IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, <br><br>　　Plaintiff, <br><br>vs. <br><br>EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA and THE WASHINGTON TIMES, <br><br>　　Defendants | Case No. 1:18-cv-000681 |

### DECLARATION OF EDWARD BUTOWSKY

My name is Edward Butowsky, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1) I am a defendant in the case identified above.

(2) I am a resident of Plano, Texas, where I work as a financial advisor.

(3) I do not conduct any business in the District of Columbia, nor do I have any clients in the District of Columbia.

(4) Seth Rich's surviving family members informed me that they could not afford to hire a private investigator to investigate his death, so I offered to pay for a private investigator, namely Rod Wheeler. Mr. Wheeler did not work for me nor was he my agent, but instead he worked for Seth Rich's family. It is my understanding that Mr. Wheeler had a contract with Mr. Rich's family, but I was never a party to that contract.

(5) Aaron Rich's allegations concerning Fox News, Mr. Wheeler, and me are wildly inaccurate. The lawsuit in New York is unraveling and, according to published reports this week, Mr. Wheeler's own attorney requested permission to withdraw from representing him.

(6) Similarly, the allegations about my relationship to Matt Couch and America First Media ("AFM") are wildly inaccurate. I never agreed to "work together" with Matt Couch or AFM to publish any kind of statements about Aaron Rich, defamatory or otherwise, nor was there ever any kind of "campaign" or "conspiracy" against Aaron Rich. Mr. Rich's Complaint alleges in Paragraph 34, for example, that I was in contact with Mr. Couch and AFM as of May 23, 2017, but I never spoke with Mr. Couch until the following August.

(7) Concerning the March 1, 2018 column in *The Washington Times* that is referenced in the Complaint, I was interviewed by the writer via telephone, and I was never physically present in the District of Columbia during any communications with the writer. I never "encouraged" the publication of anything in the District of Columbia, but I answered questions from the writer.

(8) Contrary to the allegations in Paragraph 22 of the Complaint, I have not "regularly done or solicited business in the District of Columbia," I have not "engaged in a persistent course of conduct in the District of Columbia," nor have I "derive[d] substantial revenue from goods used or consumed, or services rendered in the District of Columbia."

(9) The meetings referenced in Paragraph 28 of Aaron Rich's lawsuit were merely efforts to acquaint Mr. Wheeler with the White House press secretary, whom I knew, because Mr. Wheeler wanted a job in the White House.

THE DECLARANT SAYS NOTHING FURTHER.

May 17, 2018                                **/s/ Edward Butowsky***
                                            Edward Butowsky

**\* Signature page attached**

THE DECLARANT SAYS NOTHING FURTHER.

May 17, 2018

_____
Edward Butowsky

- 2 -