## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AARON RICH

                    Plaintiff,

    v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,
and
THE WASHINGTON TIMES,

                    Defendants.

Civil Action No. 1:18-cv-00681-RJL

Hon. Richard J. Leon

### DECLARATION OF MERYL C. GOVERNSKI

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1.  I am counsel for Plaintiff Aaron Rich.  This declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2.  Attached as Exhibit 1 to this Declaration is a true and correct transcript of a February 28, 2018 in the United States District Court for the Southern District of New York in the related case, *Wheeler v. Twenty-First Century Fox et al*, No. 1:17-cv-05807 (S.D.N.Y. Apr. 23, 2018), which was purchased directly from the Court.

Executed: June 7, 2018

/s/ *Meryl C. Governski*

D.C. Bar No. 1023549
1401 New York Ave NW
Washington, DC  20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgovernski@bsfllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2018, this document was filed with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

Additionally, a copy of the foregoing document was emailed to Defendants Couch and AFM via Defendant Couch at mattcouch@af-mg.com (pending appointment of counsel). These Defendants consented in writing to receive filings via email pending registration to receive electronic notification of filings.


Dated: June 7, 2018

/s/ *Michael J. Gottlieb*

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
1401 New York Ave NW
Washington, DC  20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgottlieb@bsfllp.com