UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>       Plaintiff,<br><br> v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH,<br>AMERICA FIRST MEDIA,<br>and<br>THE WASHINGTON TIMES,<br>       Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

### DECLARATION OF MERYL C. GOVERNSKI

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Plaintiff Aaron Rich. This declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of an excerpt of email correspondence dated May 17, 2018, sent from Ty Clevenger to Matt Couch, Allen Farber, Meryl Governski, James Barker Jr., Michael Gottlieb, Randall Jackson, Andrea Flores, and Joshua Riley with the subject line: *Re: RE: Rule 26(f) Conference*.[1]

3. Attached as Exhibit 2 to this Declaration is a true and correct copy of the State Bar of California's Initiating Document, filed June 9, 2017 in the State Bar Court in Los Angeles, California, in the *Matter of Ty Odell Clevenger, No. 216094*, Case Nos. 16–J–17320 and 17–J–00289, *available at* http://members.calbar.ca.gov/courtDocs/16-J-17320.pdf .

---

[1] For the privacy of the parties, non-public email addresses and phone numbers have been redacted in all exhibits where necessary.

1

4. Attached as Exhibit 3 to this Declaration is a true and correct copy of a *Memorandum and Order* filed April 2, 2012 in the United States District Court for the District of Columbia in the case *In re: W.A.R. LLP*, Civil Action No. 11–1574 (RCL) (D.D.C. Apr. 2, 2012).

5. Attached as Exhibit 4 to this Declaration is a true and correct copy of a *Memorandum Decision re Imposition of Sanctions Against Wade A. Robertson, Ty Clevenger, and Ray Connolly* filed on May 4, 2012 in the United States Bankruptcy Court for the District of Columbia, in the case *In re: W.A.R. LLP*, Case No. 11–00044 (Bankr. D.D.C. May 3, 2012).

6. Attached as Exhibit 5 to this Declaration is a true and correct copy of a *Memorandum Opinion* filed on August 10, 2012 in the United States District Court for the District of Columbia in the case *Robertson v. Cartinhour, Jr., et al.*, 883 F. Supp. 2d 121 (D.D.C. Aug. 10, 2012).

7. Attached as Exhibit 6 to this Declaration is a true and correct copy of an *Order* filed on January 31, 2013 in the United States Court of Appeals for the District of Columbia Circuit, in the *Matter of W.A.R. LLP v. Cartinhour, Jr.*, No. 12–7010 (D.C. Cir. Jan. 31, 2013).

8. Attached as Exhibit 7 to this Declaration is a true and correct copy of an *Order* filed on June 17, 2013 in the United States Court of Appeals for the District of Columbia Circuit, *In re W.A.R. LLP*, No. 12–7010 (D.C. Cir. June 17, 2013).

9. Attached as Exhibit 8 to this Declaration is a true and correct copy of an *Order* filed on May 16, 2014 in the United States Court of Appeals for the District of Columbia Circuit, in the case *In re: Sealed Case*, No. 13–8501 (D.C. Cir. May 16, 2014).

10. Attached as Exhibit 9 to this Declaration is a true and correct copy of a *Memorandum Opinion* filed November 25, 2014 in the United States District Court for the District of Columbia, in the case *In re: W.A.R. LLP*, No. 12–mc–306 (D.D.C. Nov. 25, 2014).

11. Attached as Exhibit 10 to this Declaration is a true and correct copy of an email sent on May 30, 2018 from Ty Clevenger to Meryl Governski, James Barker Jr., Allen Farber, Michael Gottlieb, Randall Jackson, Andrea Flores, Joshua Riley, Dale Pedrick, Ken Martin, and Matt Couch with the subject line: *Aaron Rich v. Ed. Butowsky, et al*.

12. Attached as Exhibit 11 to this Declaration is a true and correct copy of the attachment titled *2018.05.30 Proposed waiver.pdf* that was attached to Exhibit 10.

13. Attached as Exhibit 12 to this Declaration is a true and correct copy of an email sent on May 30, 2018 from Ty Clevenger to Meryl Governski, James Barker, Jr., Allen Farber, Michael Gottlieb, Randall Jackson, Andrea Flores, Joshua Riley, Dale Pedrick, Ken Martin, and Matt Couch with the subject line: *Re: RE: Aaron Rich v. Ed Butowsky, et al*.

14. Attached as Exhibit 13 to this Declaration is a true and correct copy of a letter sent on June 1, 2018 from Ty Clevenger to Michael Gottlieb, Randall Jackson, and Meryl Governski with the subject line: *Re: Aaron Rich v. Edward Butowsky, et al., Case No. 1:18-cv-0681 (DDC)*.

15. Attached as Exhibit 14 to this Declaration is a true and correct copy of a letter sent on June 2, 2018 from Michael Gottlieb to Ty Clevenger with the subject line: *Re: Aaron Rich v. Butowsky, et al. (United States Court for the District of Columbia)*.

16. Attached as Exhibit 15 to this Declaration is a true and correct copy of a letter sent on June 5, 2018 from Ty Clevenger to Michael Gottlieb with the subject line: *Re: Aaron Rich v. Edward Butowsky, et al., Case No.1:18-cv-0681 (DDC)*.

17. Attached as Exhibit 16 to this Declaration is a true and correct copy of an email sent on June 11, 2018 from Ty Clevenger to Ken Martin, Matt Couch, Allen Farber, James Barker, Joshua Riley, Michael Gottlieb, Meryl Governski, and Andrea Flores with the subject line*: Re: Aaron Rich v. Edward Butowsky, et. al*.

18. Attached as Exhibit 17 to this Declaration is a true and correct copy of the blog post: Ty Clevenger, *Why won't Seth Rich's brother authorize Wikileaks to tell what it knows?*, LAWFLOG.COM (June 11, 2018), *available at* http://lawflog.com/?p=1937.

19. Attached as Exhibit 18 is a true and correct copy of a Letter sent on July 13, 2011 from Wallace E. Shipp, D.C. Office of the Bar Counsel, to Richard Balsamo with the subject line: *Re: Richard W. Balsamo, Esquire*, *available at* https://www.dcbar.org/attorney-discipline/disciplinary-decisions/discipline02.cfm (search in disciplinary decisions, last name for "Balsamo"; then follow July 13, 2011 "Read informal admonition").

Executed: June 13, 2018

/s/ *Meryl C. Governski*

MERYL C. GOVERNSKI
D.C. Bar No. 1023549
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgovernski@bsfllp.com