| | |
|---|---|
| **From:** | Ty Clevenger |
| **To:** | Matt Couch; Farber, Allen V; Meryl Governski |
| **Cc:** | Barker, Jr., James A; Michael Gottlieb; Randall Jackson; Andrea Flores; Joshua Riley |
| **Subject:** | Re: RE: Rule 26(f) Conference |
| **Date:** | Thursday, May 17, 2018 2:01:31 PM |

Thank you

On Thursday, May 17, 2018, 1:58:49 PM EDT, Meryl Governski <MGovernski@BSFLLP.com> wrote:

Mr. Clevenger,

We do not oppose your motion to appear PHV.

Mr. Couch,

We request service via email today of the version you Fed Ex to the Court.

**Meryl Conant Governski**
Associate

# BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

mgovernski@bsfllp.com

www.bsfllp.com

**From:** Matt Couch [mailto:mattcouch@af-mg.com]
**Sent:** Thursday, May 17, 2018 1:30 PM
**To:** Farber, Allen V
**Cc:** Ty Clevenger; Barker, Jr., James A; Meryl Governski; Michael Gottlieb; Randall Jackson; Andrea Flores; Joshua Riley
**Subject:** Re: Rule 26(f) Conference

AFM, and Myself do not object.

Also please note: Do to my team not having counsel and representing ourselves at this time, the Court Clerk has advised us to overnight our responses via Fed Ex. We will be doing that shortly to Judge Leon.

On Thu, May 17, 2018 at 12:27 PM, Farber, Allen V <Allen.Farber@dbr.com> wrote:

We will not

Sent from my iPhone

On May 17, 2018, at 1:16 PM, Ty Clevenger <tyclevenger@yahoo.com> wrote:

> I forgot to ask earlier whether anyone intends to object to my motion to appear pro hac vice. Please let me know at your earliest opportunity. Thanks.