|  |  |
|---|---|
| **From:** | Ty Clevenger |
| **To:** | Ken@martin-lawfirm.com; mattcouch@af-mg.com; Farber, Allen V; Barker, Jr., James A; Joshua Riley |
| **Cc:** | Michael Gottlieb; Meryl Governski; Andrea Flores |
| **Subject:** | Re: Aaron Rich v. Edward Butowsky, et. al. |
| **Date:** | Monday, June 11, 2018 10:47:38 AM |

[Why won't Seth Rich's brother authorize Wikileaks to tell what it knows?](#)



**Why won't Seth Rich's brother authorize Wikileaks to tell what it knows?**

It's time to call somebody's bluff. On May 30, 2018, I asked lawyers representing Aaron Rich to authorize Wikile...

On Sunday, June 10, 2018, 2:45:16 PM EDT, Joshua Riley <JRiley@BSFLLP.com> wrote:

Please see the attached Notice of Withdrawal of Subpoena that has been provided to Twitter. We intend to issue a revised subpoena soon.

~Josh

**Joshua Riley**
Partner

# BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t)   202 237.2727

jriley@bsfllp.com

www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]