IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

    Plaintiff,

vs.

EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA and THE WASHINGTON TIMES,

    Defendants

Case No. 1:18-cv-000681

## DECLARATION OF EDWARD BUTOWSKY

My name is Edward Butowsky, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1) I am a defendant in the case identified above.

(2) I am a resident of Plano, Texas, where I work as a financial advisor.

(3) I do not conduct any business in the District of Columbia, nor do I have any clients in the District of Columbia.

(4) I have not "regularly done or solicited business in the District of Columbia," I have not "engaged in a persistent course of conduct in the District of Columbia," nor have I "derive[d] substantial revenue from goods used or consumed, or services rendered in the District of Columbia."

(5) I have given a total of $1,000 to Defendants Matt Couch and America First Media ("AFM"), and without any restriction on the use of that money, thus I have not been funding any ongoing investigation by Defendants Couch or AFM.

(6) I did not hire Rod Wheeler in any capacity. The Rich family hired Rod Wheeler, and he worked for them. I only agreed to pay Mr. Wheeler's fees and expenses because the Rich family told me they did not have sufficient funds to hire a private investigator.

(7) I have not "targeted" any comments to the Plaintiff in the District of Columbia, nor have I conspired with anyone else to direct comments against the Plaintiff in the District of

Columbia. Instead, the Plaintiff has verbally attacked me in national media, and I have defended myself in national media.

THE DECLARANT SAYS NOTHING FURTHER.

May 17, 2018

_____
Edward Butowsky