UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH

                 Plaintiff,

   v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,
and
THE WASHINGTON TIMES,
                 Defendants.

Civil Action No. 1:18-cv-00681-RJL

Hon. Richard J. Leon

## DECLARATION OF MERYL C. GOVERNSKI

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Plaintiff Aaron Rich. This declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of a *Memorandum of Law in Opposition to Pro Hac Vice Application of Ty Clevenger* filed by attorneys for Defendants Twenty-First Century Fox, Inc. and Fox News Network, LLC, on June 13, 2018 in the United States District Court for the Southern District of New York, in the case *Scottie Nell Hughes v. Twenty-First Century Fox, Inc., et al.*, No. 1:17-cv-07093, appearing as ECF Document 80.

3. Attached as Exhibit 2 to this Declaration is a true and correct copy of an *Affidavit of Ty Clevenger* filed on June 5, 2018 in the United States District Court for the Southern District of New York, in the case *Scottie Nell Hughes v. Twenty-First Century Fox, Inc., et al.*, No. 1:17-cv-07093, appearing as ECF Document 70-1.

4.  Attached as Exhibit 3 to this Declaration is a true and correct copy of the Blog post: Alicia Powe, *Attorney Warns: Aaron Rich Refuses to Authorize Wikileaks To Reveal Info on Seth Rich*, THE GATEWAY PUNDIT (June 14, 2018), available at https://www.thegatewaypundit.com/2018/06/attorney-warns-rich-family-obama-admin-lawyers-desperately-obstructing-wikileaks-from-revealing-truth-about-hacked-dnc-server/.

5.  Attached as Exhibit 4 to this Declaration is a true and correct copy of an email sent on June 14, 2018 from Ty Clevenger to Meryl Governski, Suzanne Dufrane, Allen Farber, Matt Couch, Ken Martin, James Barker, Jr., Joshua Riley, Randall Jackson, Andrea Flores, Dale Pedrick, and Michael Gottlieb with the subject line: *Rich v. Butowsky, et al.*

Executed: June 19, 2018

/s/ *Meryl C. Governski*

D.C. Bar No. 1023549
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgovernski@bsfllp.com