# Meryl Governski

| | |
|---|---|
| **From:** | Ty Clevenger <tyclevenger@yahoo.com> |
| **Sent:** | Thursday, June 14, 2018 3:32 PM |
| **To:** | Meryl Governski; Dufrane, Suzanne; Farber, Allen V; Matt Couch; Ken Martin (ken@martin-lawfirm.com); Barker, Jr., James A |
| **Cc:** | Joshua Riley; Randall Jackson; Andrea Flores; Dale Pedrick; Michael Gottlieb |
| **Subject:** | Rich v. Butowsky, et al. |

Below is an email that I just sent to a writer for Gateway Pundit. I do not believe the article accurately represented what I said.


----- Forwarded Message -----
**From:** Ty Clevenger <tyclevenger@yahoo.com>
**To:** alicia_powe[redacted] <alicia_powe[redacted]>
**Sent:** Thursday, June 14, 2018, 2:58:52 PM EDT
**Subject:** article

Alicia,

I'm a little concerned about some of the wording, as I am not suggesting that Rich or his lawyers have "obstructed" Wikileaks per se, only that they are not cooperating with efforts to get the information released. I don't believe I said Rich's lawsuit was a "blatant attempt to coverup how the DNC server was breached," although I do think the lawsuit is a distraction from the real story.

I'm also concerned about this excerpt: "The lawsuit is bogus, Clevenger explained, because Rich's father, Joel, admitted to Butowski that his sons leaked the emails and Butowski has only reiterated what the Joel family confirmed." I never said directly that Joel admitted anything to Ed Butowsky, only that was the information relayed to me by Ed. That may seem like hair-splitting, but Rich's lawyers will put your story in front of Judge Leon, and I suspect they are looking for ways to sue me personally.

Call me if you want to discuss further. Thanks.

Ty
******