IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

    Plaintiff,

vs.

EDWARD BUTOWSKY, MATTHEW
COUCH, AMERICA FIRST MEDIA
and THE WASHINGTON TIMES,

    Defendants

Case No. 1:18-cv-000681

## DECLARATION OF TY CLEVENGER

My name is Ty Clevenger, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1) I am an attorney licensed to practice in Texas, and I have applied to appear *pro hac vice* in the case identified above.

(2) I have reviewed DEFENDANT EDWARD BUTOWSKY'S REPLY IN SUPPORT OF MOTION FOR PERMISSION TO APPEAR PRO HAC VICE ("BUTOWSKY REPLY"), and the statements attributed to me therein are correct. I further attest that the exhibits to the BUTOSKY REPLY are true and correct copies of the documents that the BUTOWSKY REPLY represents them to be.

(3) All of the sanctions and disciplinary matters identified in Aaron Rich's OPPOSITION TO TY CLEVENGER'S MOTION TO APPEAR PRO HAC VICE ("Opposition")(Doc. No. 24) are based on events that occurred in 2012 or earlier. I have now been prosecuted in Texas, this Court, and California based on the same set of underlying events.

(4) Until last week, I had never heard nor seen anyone suggest that the term "shyster" was anti-Semitic, and I still do not believe that it is anti-Semitic.

(5) I learned about settlement negotiations between Aaron Rich and *The Washington Times* indirectly from a third party. Specifically, Defendant Edward Butowsky

- 1 -

relayed information to me that he said he obtained from Admiral Jeremy A. Lyons. I blogged about the proposed settlement only because I heard it indirectly from Admiral Lyons. I would not have blogged about that subject if I had only heard about it from counsel for *The Washington Times*.

THE DECLARANT SAYS NOTHING FURTHER.

June 22, 2018

_____
Ty Clevenger