| | |
|---|---|
| Subject: | Re: RE: Aaron Rich v. Ed Butowsky, et al. |
| From: | tyclevenger@yahoo.com |
| To: | MGovernski@BSFLLP.com |
| Cc: | james.barker@dbr.com; Allen.Farber@dbr.com; MGottlieb@BSFLLP.com; RJackson@BSFLLP.com; aflores@BSFLLP.com; JRiley@BSFLLP.com; DPedrick@BSFLLP.com; ken@martin-lawfirm.com; mattcouch@af-mg.com |
| Date: | Wednesday, May 30, 2018, 9:12:32 PM EDT |

Yes, but as a practical matter, Julian Assange, Kim Dotcom, and Wikileaks are beyond U.S. jurisdiction. Furthermore, Assange and Wikileaks have shown that they will not be coerced into revealing the identity of their sources. It is for that reason that I am asking your client to voluntarily waive any objections to the release of such information. If you are saying your client is unwilling to do that, I think the media (and the public) will find that very interesting.

On Wednesday, May 30, 2018, 4:27:50 PM EDT, Meryl Governski <MGovernski@BSFLLP.com> wrote:

Mr. Clevenger,

We believe the appropriate mechanism for obtaining information from third parties is to serve subpoenas to those third parties as contemplated under the Federal Rules of Civil Procedure. Those rules do not require any advance waiver from any party in order to serve or enforce such a subpoena. If any third party has a request to make of our client as a result of a subpoena, we will address those requests directly with those third parties rather than through opposing counsel.

Respectfully,

Meryl

**Meryl Conant Governski**
Associate

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

mgovernski@bsfllp.com

www.bsfllp.com

**From:** Ty Clevenger [mailto:tyclevenger@yahoo.com]
**Sent:** Wednesday, May 30, 2018 3:14 PM
**To:** Meryl Governski
**Cc:** Barker, Jr., James A; Farber, Allen V; Michael Gottlieb; Randall Jackson; Andrea Flores; Joshua Riley; Dale Pedrick; Ken Martin; Matt Couch
**Subject:** Aaron Rich v. Ed Butowsky, et al.

Meryl,

I've attached a preservation letter that I sent to eBay and PayPal, and I have also attached a proposed waiver for your client. Julian Assange / Wikileaks likely will not cooperate unless your client consents to the release of information. Please let me know if he is willing to consent. Thanks.

Ty

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]