# TY CLEVENGER
P.O. Box 20753
Brooklyn, New York 11202

*telephone: 979.985.5289*                                                              *tyclevenger@yahoo.com*
*facsimile:  979.530.9523*                                                              Texas Bar No. 24034380

June 1, 2018

Mr. Michael J. Gottlieb, Partner
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005
Fax: (202) 237-6131
*mgottlieb@bsfllp.com*

Mr. Randall W. Jackson, Partner
Boies Schiller Flexner LLP
575 Lexington Ave. 7th Floor
New York, NY 10022
Fax: (323) 446-2350
*rjackson@bsfllp.com*

Ms. Meryl Governski, Associate
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005
Fax: (202) 237-6131
*mgovernski@bsfllp.com*

*Via facsimile and email attachment*

    Re:  *Aaron Rich v. Edward Butowsky, et al.*, Case No. 1:18-cv-0681 (DDC)

Mr. Gottlieb, Mr. Jackson and Ms. Governski:

    I write concerning your client's pleadings in the case identified above. According to Fed. R. Civ. P. 11(b), an attorney's signature on the pleadings is certification that he or she has performed "an inquiry reasonable under the circumstances" to determine the accuracy and propriety of those pleadings.

    As you know, Ms. Governski and I have exchanged emails about whether your client, Aaron Rich, is willing to voluntarily authorize Wikileaks, Julian Assange, and/or Kim Dotcom to discuss any relationship that they may have had with Mr. Rich or his brother, Seth Rich. Thus far, it appears that your client is unwilling to authorize such disclosures.

    This is very telling. On the one hand, Mr. Rich boldly denies that he and/or his brother leaked DNC emails to Wikileaks. On the other, he refuses to authorize

disclosures from the witnesses who are in the best position to know who leaked those emails. That begs a question: if your client has nothing to hide, why is he hiding it?

Under Rule 11(b), you have a duty to answer that question. Furthermore, you should ask your client some pointed questions about what funds may have been transferred to him or his brother through eBay accounts. And you should remind him that every trip to a safe deposit box is recorded on video and preserved.

If the evidence leads where we expect it to lead, my client will aggressively seek sanctions against Mr. Rich and everyone else responsible for bringing meritless claims. Thank you for your attention to this matter.

Sincerely,

Ty Clevenger