| | |
|---|---|
| Subject: | Twitter Receipt of Legal Process |
| From: | twitter-legal@twitter.com |
| Date: | Friday, June 8, 2018, 4:28:11 PM EDT |

Dear Twitter User:

We are writing to inform you that Twitter received the attached legal process, dated June 1, 2018, requesting information regarding your Twitter account, @Ty_Clevenger.

The request is in an action entitled: Aaron Rich v. Edwrd Butowsky, et al.

This action is pending in: United States District Court, District of Colombia

The attorney(s) representing subpoenaing party is: Michael J. Gottlieb

Twitter has not disclosed any information regarding your account at this time. However, we wanted to bring this matter to your attention. Please be advised that Twitter may be obligated to produce basic subscriber information related to your account in the future. Accordingly, please advise within 14 days from the date of this notice, from the email address associated with your Twitter account, @Ty_Clevenger, if you intend to appear in this matter or file a motion to quash. Please also provide us with copies of any papers you file with the Court. If you plan to have your attorney contact us, please first respond to this email from the email address associated with your Twitter account, @Ty_Clevenger, letting us know that your attorney will be contacting us and providing us with your attorney's name and contact information.

While we cannot give you any legal advice, we suggest that you seek your own counsel in this matter. If you need assistance seeking counsel, you may consider contacting the Electronic Frontier Foundation (https://www.eff.org/pages/legal-assistance[eff.org],info@eff.org, +1 415-436-9333) or the ACLU (http://www.aclu.org/affiliates[aclu.org], +1 212-549-2500).

For more general information on legal requests, please refer to the following Help Center article: https://t.co/lrfaq.

Sincerely,

Twitter Legal

 RICH v. Butowsky.pdf
237.2kB