IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON RICH**, <br><br> Plaintiff, <br><br> vs. <br><br> **EDWARD BUTOWSKY, et al.,** <br><br> Defendants | Case No. 1:18-cv-000681 |

### DECLARATION OF EDWARD BUTOWSKY

My name is Edward Butowsky, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1) I am a defendant in the case identified above.

(2) On or about June 4, 2018, I spoke with Admiral James A. Lyons by telephone regarding the case identified above. Admiral Lyons wrote the column in *The Washington Times* that Aaron Rich claims is false and defamatory. During the telephone conversation with Admiral Lyons, he told me that attorneys for Mr. Rich and The Washington Times were discussing a settlement figure of $100,000.

(3) After speaking with Admiral Lyons by telephone, he forwarded to me a copy of a draft declaration that he said the attorneys for Mr. Rich wanted him to sign. I have attached a copy of that draft declaration to this declaration.

(4) Admiral Lyons said he did not intend to sign the draft declaration because it contained false statements, and I can personally attest to the fact that it contains false statements.

THE DECLARANT SAYS NOTHING FURTHER.

June 22, 2018                                              **/s/ Edward Butowsky***  
                                                                   Edward Butowsky

**\* Signature page attached**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

    Plaintiff,

vs.

EDWARD BUTOWSKY, et al.,

    Defendants

Case No. 1:18-cv-000681

## DECLARATION OF EDWARD BUTOWSKY

My name is Edward Butowsky, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1) I am a defendant in the case identified above.

(2) On or about June 4, 2018, I spoke with Admiral James A. Lyons by telephone regarding the case identified above. Admiral Lyons wrote the column in *The Washington Times* that Aaron Rich claims is false and defamatory. During the telephone conversation with Admiral Lyons, he told me that attorneys for Mr. Rich and The Washington Times were discussing a settlement figure of $100,000.

(3) After speaking with Admiral Lyons by telephone, he forwarded to me a copy of a draft declaration that he said the attorneys for Mr. Rich wanted him to sign. I have attached a copy of that draft declaration to this declaration.

(4) Admiral Lyons said he did not intend to sign the draft declaration because it contained false statements, and I can personally attest to the fact that it contains false statements.

THE DECLARANT SAYS NOTHING FURTHER.

June 22, 2018

                                            Edward Butowsky

\* Signature page attached

-2-

**Drinker Biddle & Reath LLP**
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005-3317
Telephone No. (202) 230-5166
Facsimile No. (202) 842-8465

## FACSIMILE COVER LETTER

| | | | |
|---|---|---|---|
| DATE: | June 4, 2018 | **RECIPIENT FAX #:** | 540-349-8257 |
| TO: | Admiral James A. Lyons (CONFIDENTIAL) | RECIPIENT PHONE #: | |
| COMPANY: | | | |
| FROM: | James A. Barker, Jr. | SENDER PHONE #: | (202) 230-5166 |

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET _____

MESSAGE: **CONFIDENTIAL**

Admiral Lyons:

As I mentioned on your voicemail this morning, I am faxing you the draft affidavit that Aaron Rich's lawyers would like you to see and consider. The Times does not endorse the contents of the affidavit and has not promised anything to Rich's attorneys. Please review it and think about how to make it an accurate affidavit (I do not think it is accurate now).

It is important that we go ahead and speak to you in person to discuss the case's status. This has to do with possible resolution of the case. Please keep this email and draft affidavit strictly confidential.

I look forward to seeing you tomorrow and discussing the status of the case in more detail.

James A. (Jay) Barker

**IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CALL AS SOON AS POSSIBLE**
(202) 230-5622

AFTER TRANSMISSION, PLEASE RETURN TO THE FOLLOWING:

| | | | | | |
|---|---|---|---|---|---|
| Contact's Name: | Bunny Sparks | Contact's Phone: | 202-230-5622 | Floor: | 4th |
| Contact's In Box: | ☒ Contact's Chair: ☐ | Other: | | | |
| Job #: | User Number: 11626 | Client Number: | | Matter Number: | |

••• CONFIDENTIALITY NOTE •••
The pages accompanying this facsimile transmission contain information from the law firm of Drinker Biddle & Reath LLP which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH,<br>AMERICA FIRST MEDIA,<br>and<br>THE WASHINGTON TIMES,<br>　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## AFFIDAVIT OF ADMIRAL JAMES LYONS

I, Admiral James Lyons, being duly sworn, hereby declare under penalty of perjury that the following statements are true and correct and are based on my own personal knowledge. I am over the age of 18, and if I were called upon to testify, I would testify competently to the facts set forth herein.

1. I frequently have contributed content, including articles and columns, to The Washington Times, and The Washington Times frequently has published such content from me.

2. I have known Edward Butowsky, a Defendant in this lawsuit, for about [[#]] years. I met Mr. Butowsky when we both served on the Citizens' Commission in Benghazi in Washington, D.C. from [[YEAR]] to [[YEAR]]. I know from my conversations with Mr. Butowsky that he was familiar with my work in and relationship with The Washington Times.

1

3. Mr. Butowsky contacted me in [[MONTH]] 2018 and encouraged me to write an article about the murder of Seth Rich and to submit the article for publication in The Washington Times. Mr. Butowsky told me that he wanted the Seth Rich murder to receive more attention in Washington, D.C. Mr. Butowsky provided me information to include in the publication, including the following:

- It is well known in the intelligence circles that Seth Rich and his brother, Aaron Rich, downloaded the DNC emails and was paid by Wikileaks for that information.

- Aaron Rich has not been interviewed in connection with Seth Rich's murder.

4. I did not independently verify the information Mr. Butowsky provided to me, and Mr. Butowsky was my only source of that information.

5. At Mr. Butowsky's urging, and with his assistance, I authored a column that was published on The Washington Times' website on March 1, 2018, and in The Washington Times print addition on March 2, 2018, under the headline, "More Cover-up Questions." That column included the following statements, which Mr. Butowsky drafted, and which were based entirely on information that Mr. Butowsky provided to me:

- "Interestingly, it is well known in the intelligence circles that Seth Rich and his brother, Aaron Rich, downloaded the DNC emails and was paid by Wikileaks for that information."

- "Why hasn't Aaron Rich been interviewed, and where is he?"

_____
JAMES LYONS

Sworn to before me this

\_\_\_\_\_ day of _____, 20\_\_

_____
Notary Public

2