Subject: **Re: RE: article**

From: tyclevenger@yahoo.com
To: alicia_powe@hotmail.com
Date: Thursday, June 14, 2018, 3:24:47 PM EDT

At this point, I think the real story is that they won't authorize Wikileaks to reveal what it knows. If they have nothing to hide, why not authorize Wikileaks to reveal the information?

> On Thursday, June 14, 2018, 3:19:48 PM EDT, Alicia Powe <alicia_powe@hotmail.com> wrote:
>
> you say its a "distraction from the real story" -- what is the real story in your opinion?
>
> that the there was no collusion with Russia?
>
> ---
>
> **From:** Alicia Powe <alicia_powe@hotmail.com>
> **Sent:** Thursday, June 14, 2018 3:11:13 PM
> **To:** Ty Clevenger
> **Subject:** Re: RE: article
>
> Got it. Thank you. Many variables here to include in one story. And I don't have a team editors at Gateway here, like I did back at WND.
>
> ---
>
> **From:** Ty Clevenger <tyclevenger@yahoo.com>
> **Sent:** Thursday, June 14, 2018 3:08:11 PM
> **To:** Alicia Powe
> **Subject:** Re: RE: article
>
> A couple more things occurred to me: (1) you might mention that Gottlieb, et al. refused to respond to your questions, and (2) Gottlieb sent my blog post to Judge Leon and is trying to block me from representing Ed in the case.
>
> On Thursday, June 14, 2018, 3:00:09 PM EDT, Alicia Powe <Alicia_Powe@hotmail.com> wrote:
>
> Taking a look. I'll edit it and send it back.
>
> BRB.
>
> Sent from Mail for Windows 10

**From:** Ty Clevenger <tyclevenger@yahoo.com>
**Sent:** Thursday, June 14, 2018 2:58:52 PM
**To:** alicia_powe@hotmail.com
**Subject:** article

Alicia,

I'm a little concerned about some of the wording, as I am not suggesting that Rich or his lawyers have "obstructed" Wikileaks per se, only that they are not cooperating with efforts to get the information released. I don't believe I said Rich's lawsuit was a"blatant attempt to coverup how the DNC server was breached," although I do think the lawsuit is a distraction from the real story.

I'm also concerned about this excerpt: "The lawsuit is bogus, Clevenger explained, because Rich's father, Joel, admitted to Butowski that his sons leaked the emails and Butowski has only reiterated what the Joel family confirmed." I never said directly that Joel admitted anything to Ed Butowsky, only that was the information relayed to me by Ed. That may seem like hair-splitting, but Rich's lawyers will put your story in front of Judge Leon, and I suspect they are looking for ways to sue me personally.

Call me if you want to discuss further. Thanks.

Ty