IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

    Plaintiff,

vs.

EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA and THE WASHINGTON TIMES,

    Defendants

Case No. 1:18-cv-000681

## MOTION OF KENNETH A. MARTIN FOR PERMISSION TO WITHDRAW AS COUNSEL FOR DEFENDANT EDWARD BUTOWSKY

    Pursuant to Local Rule 83.6, undersigned counsel hereby moves to withdraw as attorney of record for Edward Butowsky effective immediately. As grounds, the undersigned states that irreconcilable differences exist between Mr. Butowsky and the undersigned.[1]

    No trial date has been set. Any new lead counsel who might be hired today would be at no disadvantage in getting up-to-speed on the case. Allowing this Motion will not unduly delay trial of the case, be unfairly prejudicial to any party, or otherwise not be in the interest of justice.

    Undersigned counsel has given Mr. Butowsky written notice of this intention to withdraw prior to submitting this request to the Court. In accordance therewith, the undersigned certifies that Mr. Butowsky is informed that;

---

[1] As a matter of record on this docket, Mr. Butowsky's lead counsel (Mr. Clevenger) on May 18, 2018, sought leave to withdraw his *pro hac vice* application. Beyond this disclosure, I am informed that the D.C. Rules of Professional Conduct Rules 1.6 and 1.16 have been interpreted as limiting what may be disclosed in a motion to withdraw absent Court request for further explanation.

    a. The District Court for the District of Columbia retains jurisdiction of this matter;

    b. He has the burden of keeping the Court informed of his current address for the service of notices, pleadings, or other papers;

    c. He has the obligation to prepare to go forward with his case or to hire other counsel to handle his case; and

    d. If he fails or refuses to meet these obligations, he may suffer adverse consequences including the entry of judgment against him.

    e. He must file any objections to this Motion to Withdraw with this Court no later than seven days of service of the motion.

Wherefore, the undersigned, Kenneth A. Martin, respectfully requests that the Count enter an Order permitting his withdrawal as attorney of record for Mr. Edward Butowsky.

The client has indicated that he will not oppose the motion.   I further contacted all other counsel/parties of record in this case who indicate no objections to the motion.

This 27th day of August 2018.

                                                Respectfully submitted,

                                                /s/      Kenneth A. Martin
                                                Kenneth A. Martin
                                                The Martin Law Firm
                                                6718 Whittier Avenue, Suite 200
                                                McLean, Virginia 22101
                                                Telephone (703) 918-0350
                                                Email: Ken@martin-lawfirm.com
                                                Bar #420600
                                                **Attorney for Defendant Edward Butowsky**

## CERTIFICATE OF SERVICE

  I certify that I filed the foregoing document on August 27, 2018 using the Court's ECF system, which automatically provides notice to Plaintiff's Counsel and counsel for *The Washington Times*. I further certify that a copy of the foregoing document was provided to Defendants Matt Couch and America First Media via email to <u>mattcouch@af-mg.com</u> on August 27, 2018; and to Defendant Edward Butowsky via email and by first class mail to his last known address as follows:

> Edward Butowsky
> 2200 Bradbury Court
> Plano, Texas 75093
> Email: ebutowsky@gmail.com

  I further certify that I served upon Mr. Butowsky via email a notice advising him to obtain other counsel, or, if Mr. Butowsky intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk in writing within seven days of service of the motion.

            **/s/ Kenneth A. Martin**
            Kenneth A. Martin