UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH,<br>AMERICA FIRST MEDIA,<br>and<br>THE WASHINGTON TIMES,<br><br>　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**JOINT MOTION AND MEMORANDUM IN SUPPORT OF MOTION
FOR VOLUNTARY DISMISSAL AND ENTRY OF JUDGMENT
WITH RESPECT TO DEFENDANT THE WASHINGTON TIMES ONLY**

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 54(b), Plaintiff Aaron Rich ("Rich") and Defendant The Washington Times ("The Washington Times"), hereby respectfully request that the Court enter an order dismissing with prejudice the Complaint against The Washington Times only and entering final judgment as to The Washington Times only. A proposed order to this effect is enclosed with this Motion. As grounds, Rich and The Washington Times state as follows:

Rich and The Washington Times have entered into a settlement agreement ("Settlement Agreement") to resolve Rich's claims against The Washington Times and all related entities (including but not limited to The Washington Times, LLC, the publisher of The Washington Times). Pursuant to the Settlement Agreement, Rich wishes to dismiss, with prejudice, The Washington Times from the above-captioned litigation, with each of Rich and The Washington Times to bear his/its own costs and expenses, including attorneys' fees. Neither Defendant Matt Couch ("Couch") nor Defendant America First Media ("AFM") nor Defendant Edward

1

Butowsky ("Butowsky") is party to the Settlement Agreement, and Rich wishes to continue prosecuting his claims against Couch, AFM, and Butowksy. There is no reason for just delay as to the entry of final judgment with respect to The Washington Times while the litigation proceeds as to the non-settling Defendants.

Dated: October 2, 2018

| /s/ *Michael J. Gottlieb* | /s/ *Allen V. Farber* |
|---|---|
| MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)<br>JOSHUA P. RILEY (D.C. Bar No. 1026900)<br>MERYL C. GOVERNSKI (D.C. Bar No. 1023549)<br>ANDREA R. FLORES (*Admission Pending*)<br>Boies Schiller Flexner LLP<br>1401 New York Ave NW<br>Washington, DC  20005<br>Tel: (202) 237-2727<br>Fax: (202) 237-6131<br>mgottlieb@bsfllp.com<br>jriley@bsfllp.com<br>mgovernski@bsfllp.com<br>aflores@bsfllp.com<br><br>RANDALL JACKSON (D.C. Bar No. 490798)<br>575 Lexington Ave<br>7th Floor<br>New York, NY 10022<br>Tel: (212) 303-3650<br>Fax: (323) 446-2350<br>rjackson@bsfllp.com<br><br>*Attorneys for Plaintiff Aaron Rich* | ALLEN V. FARBER (D.C. Bar No. 912865)<br>JAMES A. BARKER (D.C. Bar No. 410974)<br>Drinker Biddle & Reath LLP<br>1500 K Street, NW<br>Suite 1100<br>Washington, DC 20005<br>Tel:  (202) 230-5154<br>Fax:  (202) 230-5354<br>Allen.farber@dbr.com<br>James.barker@dbr.com<br><br>*Attorneys for Defendant The Washington Times* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2018, this document was filed with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

A copy of the foregoing document was emailed to Defendants Matthew Couch ("Couch") and America First Media via Defendant Couch at mattcouch@af-mg.com (pending appointment of counsel). These Defendants consented in writing to receive filings via email pending registration to receive electronic notification of filings.

A copy of the forgoing document was emailed to Defendant Ed Butowsky, who currently is unrepresented by counsel, to edbutowsky@icloud.com and mailed via Federal Express to his home address as 2200 Bradbury Court Plano, TX 75093.

Dated: October 2, 2018

/s/ *Michael J. Gottlieb*

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
1401 New York Ave NW
Washington, DC  20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgottlieb@bsfllp.com