# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>　　　　　　Defendants. | Case No. 1:18-cv-00681-RJL |

## APPEARANCE OF COUNSEL

To:　　The Clerk of Court and all Parties of Record

　　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Aaron Rich.

Dated: October 22, 2018　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　/s/ Joshua Riley
　　　　　　　　　　　　　　　　　　　Joshua Riley (D.C. Bar No. 1026900)
　　　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP
　　　　　　　　　　　　　　　　　　　1401 New York Ave, NW
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　jriley@bsfllp.com
　　　　　　　　　　　　　　　　　　　Telephone:　(202) 237-2727
　　　　　　　　　　　　　　　　　　　Facsimile:　(202) 237-6131

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2018, this document was filed with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system.

A copy of the foregoing document was emailed to Defendants Matthew Couch ("Couch") and America First Media via Defendant Couch at mattcouch@af-mg.com (pending appointment of counsel). These Defendants consented in writing to receive filings via email pending registration to receive electronic notification of filings.

A copy of the forgoing document was emailed to Defendant Ed Butowsky, who currently is unrepresented by counsel, to Ebutowsky@gmail.com and mailed via Federal Express to his home address as 2200 Bradbury Court Plano, TX 75093.

/s/ Joshua Riley
Joshua Riley (D.C. Bar No. 1026900)