IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

    Plaintiff,

vs.

EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA and THE WASHINGTON TIMES,

    Defendants

Case No. 1:18-cv-000681

## MOTION TO TRANSFER

TO THE HONORABLE COURT:

I, Defendant Edward Butowsky, move the Court to transfer this case to the U.S. District Court for the Eastern District of Texas pursuant to 28 U.S. Code § 1404. If the Court concludes that it is necessary to sever the claims against Matthew Couch for purposes of the transfer, then I move the Court to sever the claims. I am a resident of Plano, Texas and I do not have any substantive connection to the District of Columbia (as I explained in my motion to dismiss). I also have no residential connection to the District of Colorado (where Mr. Rich resides) or the Western District of Arkansas (where Mr. Couch resides), and I do not regularly conduct business in either jurisdiction. Now that *The Washington Times* has been dismissed due to settlement, none of the parties in this case reside or do business in the District of Columbia, and there is no reason for this case

- 1 -



to proceed in the District of Columbia. I conferred with counsel for the Plaintiff, and they oppose this request. I also conferred with Mr. Couch, and he does not oppose this request. As witnessed by my signature below, I declare under penalty of perjury under the law of the United States that my factual statements in this motion are true to the best of my knowledge.

Respectfully,

Edward Butowsky
2200 Bradbury Ct.
Plano, Texas 75093

**CERTIFICATE OF SERVICE**

I certify that I emailed the foregoing document on [date] to Matt Couch (mattcouch@af-mg.com), Michael Gottlieb (mgottlieb@bsfllp.com), Joshua Riley (jriley@bsfllp.com), Randall Jackson (rjackson@bsfllp.com), Meryl Governski (MGovernski@bsfllp.com) and Andrea Flores (aflores@bsfllp.com).

                                                            _____
                                                            Edward Butowsky