Leave to file granted RJL 11/21/18

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**AARON RICH,**

Plaintiff,

vs.

**EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA and THE WASHINGTON TIMES,**

Defendants

**Case No. 1:18-cv-000681**

**OPPOSITION TO MOTION FOR A SCHEDULING ORDER**

TO THE HONORABLE COURT:

I, Defendant Matthew Couch, and America First Media respond in opposition to the Plaintiff's motion to enter a scheduling order (Docket #41). I filed a motion to dismiss this case for lack of personal jurisdiction, and it makes no sense for the Court to permit discovery before it has even decided whether it has jurisdiction over me. I therefore request that the Plaintiff's motion to enter a scheduling order be denied until the Court has ruled on my motion to dismiss and my motion to transfer.

Respectfully,

Matthew Couch
2300 W Ash Street
Rogers, Arkansas 72758

## CERTIFICATE OF SERVICE

I certify that I emailed the foregoing document on [date] to Edward Butowsky (edbutowsky@gmail.com), Michael Gottlieb (mgottlieb@bsfllp.com), Joshua Riley (jriley@bsfllp.com), Randall Jackson (rjackson@bsfllp.com), Meryl Governski (MGovernski@bsfllp.com) and Andrea Flores (aflores@bsfllp.com).

Matthew Couch