**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>  v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFF'S MOTION FOR ANTI-SUIT INJUNCTION**

                                        BOIES SCHILLER FLEXNER LLP
                                        JOSHUA RILEY (D.C. Bar No. 1026900)
                                        MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
                                        1401 New York Ave NW
                                        Washington, DC  20005
                                        Tel: (202) 237-2727
                                        Fax: (202) 237-6131
                                        jriley@bsfllp.com
                                        mgovernski@bsfllp.com

                                        WILLKIE FARR & GALLAGHER LLP
                                        MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
                                        1875 K Street
                                        Washington, DC 20006
                                        Tel: (202) 303-1000
                                        Fax: (202) 303-2000
                                        mgottlieb@willkie.com

                                        *Attorneys for Plaintiff Aaron Rich*

Plaintiff Aaron Rich respectfully requests that the Court enter an anti-suit injunction to prevent Defendant Edward Butowsky from divesting this Court of its proper jurisdiction over Mr. Rich's claims by pursuing a separate lawsuit which names certain of Mr. Rich's counsel as defendants and Mr. Rich as a non-party co-conspirator during the pendency of this action. Pursuant to Local Rule 7(m), Mr. Rich has met and conferred with the Defendants. Mr. Butowsky responded: "**I oppose your motion.** Why would you think I would agree? Please wise up and start taking my actions seriously." Mr. Couch on behalf of himself and America First Media indicated that they were "indifferent" and did not "have a position one way or the other."

Dated: March 26, 2019.

/s/ *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC  20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

*Attorneys for Plaintiff Aaron Rich*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2019, a copy of the foregoing document was emailed to Defendant Edward Butowsky at ebutowsky@gmail.com and Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com. These Defendants consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: March 26, 2019

/s/ *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC  20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com