# Appendix

**COMPARISON OF THIS LITIGATION TO TEXAS LITIGATION**

| Statement In This Litigation | Statement Alleged to be Defamatory in Butowsky Texas Litigation |
|---|---|
| "Defendants have repeatedly and falsely stated that the Plaintiff received information in advance that Seth would be murdered, and that his prior knowledge caused him to obstruct justice by refusing to provide law enforcement investigators with access to his brother's cell phones and laptop after his murder. **These same allegations also falsely allege that Aaron participated in meetings with Seth and Donna Brazile at the DNC at which Aaron threw a chair, and that Aaron warned Seth's girlfriend in advance to break up with Seth.** Each and every aspect of these allegations are fabricated: Aaron did not know that his brother was going to be murdered; he never attended any meeting at the DNC with Seth and Donna Brazile; and he never warned Seth's girlfriend to break up with Seth or leave D.C." Dkt. 3 ¶ 53; *see also id*.¶¶ 7, 83, 100, 118, 131. | "From around January until May. After that, these defendants [that are] name[d] in the lawsuit today decided to make Aaron Rich, Seth's brother the target of the conspiracy theory and sort of names [him] as the technical mastermind behind the leak and also somebody who took money from WikiLeaks into his personal bank account. That started around the summer of 2017, and the allegations grew more grotesque from there. **They started to allege[] that Aaron Rich warn[ed] Seth's girlfriend to break up with him and leave D.C., because he knew in advance that the murder was coming, they made up a meeting that reportedly occurred at the DNC where Aaron through a chair at Donna Brazile, all of this -- all of it is made up.**" Ex. B; *see also* Texas Litigation Compl. ¶ 62. |
| "Nearly 40 minutes into the August 15, 2017 Periscope, Defendant Butowsky wrote that '*Aaron Rich needs to come out and admit money is in his account*.' **That accusation was and is false—Aaron has no money in his account from WikiLeaks or any other organization relating to the alleged leaking of DNC documents, and no one in the Rich family ever said or suggested otherwise to Defendants.**" Dkt. 3 ¶ 40 (first emphasis in original); *see also id*.¶¶ 1, 7, 9–10, 41–52, 67, 83, 85, 100, 118, 131, 140. | "It began on a Periscope actually, that the defendant Matt Couch in America First Media hosts, they have about 200,000 Twitter followers and they get tens of thousands of viewers on their Periscopes and Ed Butowsky actually one of the defendants appeared as a guest on their Periscope on August 15th, 2017 and said there is money in Aaron Rich's account, he needs to come out and admit what he did. It's made up. **There is no money in Aaron Rich's account, there's no basis in fact, whatsoever for and it's a complete fabrication.**" Ex. B; *see also* Texas Litigation Compl. ¶ 62. |

1

| Statement In This Litigation | Statement Alleged to be Defamatory in Butowsky Texas Litigation |
|---|---|
| "**After receiving those letters, Defendants doubled and then tripled down on their behavior**—they continued to disseminate false statements about Aaron, and then upped the ante by conspiring to have their lies about Aaron published in a prominent national newspaper." Dkt. 3 ¶ 8; *see also id.*¶ ¶ 64–82; 140 | "I think, the parents have received certain apologies, I mean Fox News obviously retracted the story as mentioned in the piece from before. Aaron Rich hasn't received apologies from anyone, even though he has reached out separately to each of this defendants privately, he reach out to Ed Butowsky privately. He reached out to Matt Couch in America First Media privately, he told them how much pain this was causing him. **He asked them to stop spreading lies about him. He told them this was false, and they -- not only doubled down on lies they were telling, they spread them far and wide** and then worked to place them in an op-ed in the 'Washington Times'." Ex. B; *see also* Texas Litigation Compl. ¶ 62. |
| "**Defendants published the statements, without privilege, as widely as practicable to multiple third parties**, using the most effective means of distribution available to them including but not limited to, the Internet, newspaper publications, television broadcasts, radio broadcasts, and events open to the public. Dkt. 3 ¶ 101.<br><br>"**Defendants representations have allowed them to attract more viewers, raise more funds**, and tout themselves as 'leading the way' on the Seth Rich 'investigation.'" Dkt. 3 ¶ 86.<br><br>"But Defendants are not interested in the truth. Instead, **Defendants are motivated by personal notoriety, financial gain, and naked partisan aims**…" Dkt. 3 ¶ 1; *see also id.* ¶¶ 10, 56–63, ¶ 70 119, 140 | "**There was definitely coordination between Ed Butowsky, America First Media and Matt Couch to take this notion or this theory about Aaron Rich's involvement and to spread it as far wide -- as far and wide as they could and to profit off of it. And they have raise money off a bit, they have sold merchandise off it** and they now have a team of investigators roaming around in D.C. using that funding in order to go around and talk to people to try approve this theory to be true." Ex. B; *see also* Texas Litigation Compl. ¶ 62. |

| Statement In This Litigation | Statement Alleged to be Defamatory in Butowsky Texas Litigation |
|---|---|
| "But Defendants are not interested in the truth. Instead, **Defendants are motivated by personal notoriety, financial gain, and naked partisan aims**…" Dkt. 3 ¶ 1.<br><br>Defendants have admitted that **their motive for saying these things about Aaron is their desire to advance political arguments**. Dkt. 3 ¶ 10; *see also id.*¶¶ 6–8; 64; 82; 140 | In a statement by the attorney representing Aaron Rich, Meryl Governski, part of the team at Boies Schiller Flexner, Governski said, "The Washington Times' decision to take responsibility and apologize for its role in propagating lies about our client is a milestone in our case, as well as in the **broader effort to shine a light on conspiracy theorists who spread malicious lies for personal and political gain**." She added: "**We will continue our efforts against the remaining defendants, who to this day continue to spread unconscionable lies about Aaron in order to advance their false political narratives**." Ex. C; *see also* Texas Litigation Compl. ¶ 66. |