UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>       Plaintiff,<br><br> v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>       Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## PLAINTIFF AARON RICH'S NOTICE OF INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Local Civil Rule 26.2(a), and the parties' Joint Rule 26(f) Conference Report and Discovery Plan, Dkt. 18 ("Rule 26(f) Report"), Plaintiff Aaron Rich hereby notifies the Court that he served Defendants with his Initial Disclosures on April 8, 2019 via electronic mail. As stated in the Rule 26(f) Report, the Plaintiff had hoped to exchange Initial Disclosures at an earlier date but the Defendants took the position that the exchange should occur 10 days after the Court rules on Defendant Butowsky's Motion to Dismiss. *See* Dkt. 18 at 7. Accordingly, Plaintiff Rich has served his Initial Disclosures within 10 days of the Court's March 29 Order denying Mr. Butowsky's motion. *See* Minute Order dated March 29, 2019.

DATED:  April 8, 2019

                /s/ *Joshua P. Riley*
                JOSHUA P. RILEY (D.C. Bar No. 1026900)
                MERYL C. GOVERNSKI (D.C. Bar No. 1023549)

BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

*Attorneys for Plaintiff Aaron Rich*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, a copy of the foregoing document was emailed to Defendant Edward Butowsky at ebutowsky@gmail.com and Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com. These Defendants consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: April 8, 2019

/s/ *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com