**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH　　　　　Plaintiff,<br><br>　　　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon<br><br>**ORAL ARGUMENT REQUESTED** |

## REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ANTI-SUIT INJUNCTION AND NOTICE OF DEFENDANTS' FAILURE TO OPPOSE SAME

On March 12, 2019, Defendant Butowsky filed a lawsuit ("the Texas Litigation") in the United States District Court for the Eastern District of Texas against Plaintiff's counsel in this case, alleging that Plaintiff's counsel defamed Defendant Butowsky by making certain statements about this litigation. On March 26, 2019, Plaintiff filed with this Court a Motion for an Anti-Suit Injunction in which Plaintiff asked this Court to enter an order enjoining Defendant Butowsky from litigating the Texas Litigation while this case is pending. *See* Dkt. 52. Defendant Butowsky's opposition to the Anti-Suit Motion was due on April 9, 2019, fourteen days after Plaintiff filed his Motion. LCvR 7(b).

Defendant Butowksy has not filed an opposition to Plaintiff's Motion for an Anti-Suit Injunction despite having been afforded by Plaintiff's counsel an informal extension of time to May 9, 2019, to do so.[1] The Court should therefore consider the Motion unopposed and grant it.

---

[1] As Defendant Butowksy's counsel in the Texas Litigation notified this Court in an April 9, 2019, letter, Plaintiff's counsel agreed at that time not to oppose a request to extend the response deadline from April 9, 2019, to May 9, 2019. Plaintiff's counsel so agreed based on representations that Defendant Butowsky and his counsel had made to Plaintiff's counsel about a

1

*See Ashford v. E. Coast Exp. Eviction*, 774 F. Supp. 2d 329, 331 (D.D.C. 2011) (Leon, J.); *United States v. Alrasheedi*, 953 F. Supp. 2d 112, 113 (D.D.C. 2013) (Leon, J.). Plaintiff respectfully urges the Court to do so expeditiously so as to prevent the risk of conflicting orders as between this case and the Texas Litigation and to prevent the unnecessary costs and burdens that will occur if the Texas Litigation were able to go forward against Plaintiff's counsel.

Dated: May 10, 2019

/s/ *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com
**Attorneys for Plaintiff Aaron Rich**

---

medical procedure that Defendant Butowksy was said to have undergone. Pl. Aff. in Support of Default (May 10, 2019). Although Defendant Butowksy did not subsequently file with the Court a motion to extend the deadline to respond to the Anti-Suit Motion, Plaintiff nonetheless has waited until after May 9, 2019, to file this Reply, thereby effectively affording Defendant Butowsky an extension as an accommodation and as a matter of professional courtesy. Plaintiff has done this despite having evidence indicating that Defendant Butowsky is capable of meeting deadlines in this litigation. For instance, Mr. Butowsky has continued to litigate the Texas Litigation and, since April 9, 2019—the date on which Mr. Butowksy's Texas Litigation counsel sent a letter to the Court asking for an extension—Mr. Butowsky has published more than fifty tweets (many of which involve issues related to this lawsuit), and he published an online interview that he conducted about the release of DNC emails. *See* Twitter.com/EdButowsky (last visited May 9 2019); Interview by Ed Butowsky with William Binney (Apr. 18, 2019), *available at* https://twitter.com/EdButowsky/status/1118916969753927681 (last visited May 9, 2019).

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, a copy of the foregoing document was emailed to Defendant Edward Butowsky at ebutowsky@gmail.com and Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com.  These Defendants consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: May 10, 2019

/s/ *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC  20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com