UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>　　　　Defendants. | No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |



**FILED**
JUN 12 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER TO SHOW CAUSE WHY NON-PARTY ROD WHEELER SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH RULE 45 SUBPOENA
(June 12th, 2019)

Having considered the Motion For Order To Show Cause Why Non-Party Rod Wheeler Should Not Be Held In Contempt For Failing To Comply With Rule 45 Subpoena and the related memorandum, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED**, pursuant to the Court's authority under Federal Rule of Civil Procedure 45(g), that Mr. Wheeler shall show cause in writing within 30 days of this Order why he should not be held in contempt for failing to obey the Rule 45 subpoena;

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge