**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AARON RICH<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon<br><br>**ORAL ARGUMENT REQUESTED** |

### PLAINTIFF'S MOTION TO COMPEL DEFENDANT EDWARD BUTOWSKY TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION

Plaintiff Aaron Rich respectfully asks the Court to enter an order compelling Defendant Edward Butowsky ("Butowsky") to respond in full to Mr. Rich's First Set of Requests for Production ("First RFP"). (For the Court's convenience, a Proposed Order is filed herewith.) As grounds for this request, Mr. Rich states as follows:

On April 22, 2019, Mr. Rich, through undersigned counsel, served the First RFP on Defendant Butowsky. *See* Ex. A. Mr. Butowsky's response to the RFP was due no later than May 22, 2019. *See* Fed. R. Civ. P. 34. Mr. Butowsky did not respond to the RFP by the deadline, so, on May 24, 2019, Mr. Rich's counsel sent Mr. Butowsky an email to determine whether Mr. Butowsky intended to respond to the First RFP or if instead a motion to compel would be required. *See* Ex. B.

On May 27, 2019, Mr. Butowsky responded that he was "in the process of hiring an attorney who make [sic] an appearance this week"[1] and that Mr. Butowsky "was ill and needed

---

[1] No attorney has subsequently appeared for Butowsky in this litigation. Mr. Butowsky's prior counsel, Ty Clevenger, withdrew his motion to appear pro hac vice after a similar motion was denied in the United States District Court for the Southern District of New York, which found

1

more time."[2]  *Id*.  On May 28, 2019, Mr. Rich's counsel sent Butowsky an email noting that Mr. Rich had agreed to extensions of time whenever Mr. Butowsky had requested them previously and that Mr. Rich was again "willing to postpone to June 7 the filing of our motion to compel your compliance, provided that you commit to produce all non-privileged documents responsive to the RFP by that date."  *Id*.  Mr. Butowsky did not respond to that email; nonetheless, Mr. Rich afforded him an extension to, and beyond, June 7 anyway.  Mr. Butowsky did not respond to the First RFP by that date and still has not responded to it, nor has Mr. Butowsky suggested that a further extension of any particular time would facilitate his ability to respond to the RFP in good faith.  In sum, Mr. Butowsky has not followed through on any of the commitments summarized above, he has not requested an additional extension of time, and he has missed the operative production deadlines without explanation.

Mr. Rich therefore respectfully requests that the Court enter an order compelling Butowsky to respond to the First RFP.  *See* Fed. R. Civ. P. 37(a)(1); *see also Alexander v. F.B.I.*, 193 F.R.D. 1, 3 (D.D.C. 2000) (defendant bears "the burden of show[ing] why discovery should not be permitted") (citation omitted).

As described above, Mr. Rich's counsel has attempted to confer in good faith with Mr.

---

that "Clevenger has amassed a cavalcade of disciplinary issues in various courts, all of which display a lack of respect for the judicial process."  *Scottie Nell Hughes v. Twenty-First Century Fox, Inc., et al.*, Case No. 1:17-cv-07093-WHP Dkt. No. 87 at 2 (S.D.N.Y. 2018).

[2] Mr. Butowsky has, since at least April 8, 2019, represented to Mr. Rich's counsel that Mr. Butowsky is ill.  Notwithstanding that representation, Mr. Butowsky has maintained an active social media presence, including by posting content related to issues relevant to this case, such as an interview Mr. Butowsky conducted with William Binney about the Mueller Report, *available online at* https://vimeo.com/331034117, and Mr. Butowsky actively has been litigating cases in which he is the plaintiff in other courts,  *see e.g. Butowsky v. Gottlieb, et al.*, No 4:19-cv-00180-ALM-KPJ (E.D. Tex. Mar. 12, 2019); *Butowsky v. Folkenflik, et al.*, Case No. 4:18-cv-00442-ALM-CMC, (E.D. Tex. June 21, 2018).  Nonetheless, as an accommodation and as a matter of professional courtesy, Mr. Rich has afforded Mr. Butowsky extensions of time when he has requested them.  *See* Ex. B (summarizing instances); Dkt. 57 ¶ 6.

Butowsky regarding the nature of this Motion, as required by Local Rule 7(m), and the parties have been unable to reach an agreement on the issues raised in this Motion.

Dated: June 13, 2019

/s/ Joshua P. Riley_____

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

***Attorneys for Plaintiff Aaron Rich***

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on June 13, 2019, a copy of the foregoing document was emailed to Defendant Edward Butowsky at ebutowsky@gmail.com and Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com. These Defendants consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: June 13, 2019

                                              s/ Joshua P. Riley_____

                                              JOSHUA P. RILEY (D.C. Bar No. 1026900)
                                              BOIES SCHILLER FLEXNER LLP
                                              1401 New York Ave NW, Washington DC 20005
                                              Tel: (202) 237-2727 / Fax: (202) 237-6131
                                              jriley@bsfllp.com