# Hall, Samuel

| | |
|---|---|
| **From:** | Joshua Riley <jriley@bsfllp.com> |
| **Sent:** | Tuesday, May 28, 2019 2:10 PM |
| **To:** | ebutowsky@gmail.com |
| **Cc:** | Gottlieb, Michael; Meryl Governski; Hall, Samuel; Chloe Houdre; Dale Pedrick |
| **Subject:** | RE: Rich v. Butowsky, 1:18-cv-00681-RJL |

Mr. Butowsky,

We served you an RFP on April 22. Your response to the RFP was due 30 days later, on May 22. You did not respond to the RFP by the deadline. On May 24, we sent you an email, notifying you that you had missed the deadline to respond and asking you to confirm that you would respond to the RFP by May 28. At no point have you requested an extension of time with respect to the RFP (although we are prepared to offer you one anyway, as set forth below). By contrast, in those instances in which you *have* requested extensions of time—once in connection with the due date for your opposition to our motion for an anti-suit injunction and once in connection with our proposal to file an updated Rule 26 report—we have honored those requests. (Much of the record with respect to your requests for extensions is set forth in Dkt. 57 at pages 2 to 4.) As we have stated previously, we have honored those requests for extensions even though the public record—both with respect to your social media activity and your litigation activity in other matters—demonstrates that you are capable of meeting deadlines in this litigation. We also note that, despite your repeated claims to be proceeding in this matter pro se, we understand that you have in fact had assistance of counsel throughout this case.

With respect to the RFPs, we would be willing to postpone to June 7 the filing of our motion to compel your compliance, provided that you commit to produce all non-privileged documents responsive to the RFP by that date. We have offered a similar arrangement to your co-defendants. Please promptly let us know whether you agree to that proposal. Or, if you have a different proposal to offer, please let us know what it is and we will consider it.

With respect to your suggestion that we hold a conference with the Court, we would welcome the opportunity to do that, as we previously have suggested. As you know, on April 18, we sent you a draft updated Rule 26 report to which you have refused to provide comments. Shall we prepare a joint motion for a status conference to accompany the filing of that document?

~Josh

**From:** ebutowsky@gmail.com [mailto:ebutowsky@gmail.com]
**Sent:** Monday, May 27, 2019 2:19 PM
**To:** Joshua Riley <jriley@bsfllp.com>
**Subject:** Re: Rich v. Butowsky, 1:18-cv-00681-RJL

I'm in the process of hiring an attorney who make an appearance in this case this week.

I previously told you I was ill and needed more time and you refused. Regardless of your position, I needed more time and took it.

Your faint empathetic comments about my health are very shallow. You could care less about my health . However,  I'm sure you didn't want me addressing the answers while I was on pain medication for two weeks following  my surgery that was performed on April 24 .I left the hospital a few days after. I  was  then on bed rest for two weeks

 If you have a problem giving a pro se individual who was  in the hospital And under medical care after his fourth surgery in six months and I suggest we have a conference with the judge.

My attorney will be addressing you and the court on Tuesday or Wednesday.

On May 25, 2019, at 12:16 PM, ebutowsky@gmail.com wrote:

**From:** Joshua Riley
**Sent:** Friday, May 24, 2019 11:03 AM
**To:** ebutowsky@gmail.com
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Meryl Governski <MGovernski@BSFLLP.com>; Chloe Houdre <choudre@BSFLLP.com>; Hall, Samuel (SHall@willkie.com) <SHall@willkie.com>; Dale Pedrick <DPedrick@BSFLLP.com>
**Subject:** RE: Rich v. Butowsky, 1:18-cv-00681-RJL

Mr. Butowsky,

As set forth in the attached Request for Production ("RFP"), you had a 30-day deadline in which to respond to our document requests.  That deadline has passed without us having received a response from you.  Our position is that you have therefore waived your right to object to any of Mr. Rich's RFPs.  Pursuant to Local Rule 7(m), we now write to determine whether we will be required to file a motion to compel your response.  Toward that end, please confirm that you and AFM will respond to the RFP before 9am EST on Tuesday, May 28.  If you do not make your production by that date, or if you do not respond to this email indicating otherwise, we will assume that you oppose our motion and we will file it.

~Josh

**Joshua Riley**
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t)   202 237.2727
jriley@bsfllp.com

www.bsfllp.com

Begin forwarded message:

**From:** Meryl Governski <mgovernski@bsfllp.com>
**Date:** April 22, 2019 at 10:17:21 AM CDT
**To:** "ebutowsky@gmail.com" <ebutowsky@gmail.com>
**Cc:** "Gottlieb, Michael" <MGottlieb@willkie.com>, Joshua Riley <jriley@bsfllp.com>, Chloe Houdre <choudre@bsfllp.com>, "Hall, Samuel (SHall@willkie.com)" <SHall@willkie.com>, Dale Pedrick <dpedrick@bsfllp.com>
**Subject: Rich v. Butowsky, 1:18-cv-00681-RJL**

Mr. Butowsky,

I attach, and hereby serve, **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT EDWARD BUTOWSKY**.

**Meryl Conant Governski**
Associate

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t)   202 895 7565
(f)   202 237 6131
mgovernski@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

<FINAL First Set Of RFPS BUTOWSKY.pdf>