**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AARON RICH

                    Plaintiff,

        v.

EDWARD BUTOWSKY,
MATTHEW COUCH, and
AMERICA FIRST MEDIA

                    Defendants.

Civil Action No. 1:18-cv-00681-RJL

Hon. Richard J. Leon

**ORAL ARGUMENT REQUESTED**

**REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT**
**EDWARD BUTOWSKY TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS**
**FOR PRODUCTION AND NOTICE OF DEFENDANT'S FAILURE TO OPPOSE SAME**

On June 13, 2019, Plaintiff Aaron Rich filed a Motion to Compel Defendant Edward

Butowsky ("Butowsky") to respond in full to Mr. Rich's First Set of Requests for Production

("First RFP").  Dkt. 63.  Defendant Butowsky's opposition to the Motion to Compel was due on

June 27, 2019, fourteen days after Plaintiff Rich filed his Motion.  LCVR 7(b).

Defendant Butowksy has not filed an opposition to the Motion nor has he requested

additional time to do so.  The Court should therefore consider the Motion to Compel as

conceded.  *See Ashford v. E. Coast Exp. Eviction*, 774 F. Supp. 2d 329, 331 (D.D.C. 2011)

(Leon, J.); *United States v. Alrasheedi*, 953 F. Supp. 2d 112, 113 (D.D.C. 2013) (Leon, J.).  In

turn, Plaintiff Rich respectfully requests that the Court enter the proposed order filed along with

his Motion, *see* Dkt. 63-3.

Dated: June 28, 2019

/s/ Joshua P. Riley

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

***Attorneys for Plaintiff Aaron Rich***

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on June 28, 2019, a copy of the foregoing document was emailed to Defendant Edward Butowsky at ebutowsky@gmail.com and Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com.   These Defendants consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: June 28, 2019

s/ Joshua P. Riley

JOSHUA P. RILEY (D.C. Bar No. 1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com