## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|     v. | )   Case No. 1:18-cv-681-RJL |
| | ) |
| EDWARD BUTOWSKY, *et al.*, | ) |
| | ) |
|       Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Philip J. Harvey (#252080) on behalf of defendant Edward Butowsky.

Dated:  July 9, 2019

        /s/ Philip J. Harvey
Philip J. Harvey (#252080)
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, Virginia  22314
(703) 888-1943
(703) 888-1930 (fax)
pharvey@harveybinnall.com

*Counsel for Defendant*
*Edward Butowsky*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 9, 2019, I filed the foregoing using the Court's CM/ECF system, which will provide notice of it to counsel of record, and served a copy by U.S. mail, postage prepaid, on the following:

>Matthew Couch
>2300 W Ash Street
>Rogers, Arkansas  72758

/s/ Philip J. Harvey
Philip J. Harvey (#252080)
