UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**NOTICE OF ACTIVITY BY DEFENDANT BUTOWSKY IN TEXAS LITIGATION AS RELEVANT TO PLAINTIFF'S MOTION FOR ANTI-SUIT INJUNCTION**

Plaintiff Aaron Rich filed the above-captioned lawsuit on March 26, 2018.  *See* Dkt. 3. Nearly one year later, Defendant Butowsky sued Plaintiff Rich's counsel in federal court in Texas ("Texas Litigation") asserting claims that arise directly from this litigation including that Plaintiff's counsel defamed Defendant Butowsky by alleging that Defendant Butowsky defamed Plaintiff Rich.  *See* Complaint, *Butowsky v. Gottlieb, et al.*, 4:19-cv-00180, Mar. 12, 2019, Dkt. 1.  On March 26, 2019, Plaintiff filed a Motion for Anti-Suit Injunction ("Anti-Suit Motion"), asking this Court to enjoin Defendant Butowsky from litigating his claims against Plaintiff's counsel in Texas, as those claims overlap with this litigation.  *See* Dkt. 52.

Defendant Butowksy continues to move forward with the Texas Litigation while Plaintiff's Anti-Suit Motion is pending before this Court.  Most recently, on July 2, 2019, Defendant Butowsky served third-party subpoenas on the Federal Bureau of Investigation ("FBI"), the Democratic National Committee ("DNC"), and Crowdstrike for documents relating

to the core of the above-captioned litigation.  *See* Ex. A (Notice of Subpoenas),[1] Ex. B (Subpoena to the FBI), Ex. C (Subpoena to the DNC), and Ex. D (Subpoena to Crowdstrike). While Defendant Butowsky is conducting discovery in the Texas Litigation, he has refused to respond to Plaintiff's discovery requests in this case.[2]

As Plaintiff Rich explained in the Anti-Suit Motion, the Texas Litigation is an end-run around this Court's jurisdiction, and it threatens to waste judicial resources and result in contradictory rulings.  *See* Dkt. 52.  Because discovery apparently now has commenced in the Texas Litigation *and* the above-captioned litigation, Plaintiff requests the Court adjudicate the Anti-Suit Motion as expeditiously as practicable.  Crisscrossed discovery in two overlapping cases is prejudicial to all involved.[3]  Plaintiff Rich therefore respectfully requests that the Court issue a ruling on the Motion for Anti-Suit Injunction.

Dated: July 9, 2019

/s/ Joshua P. Riley_____
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

---

[1] Counsel for Defendant Butowsky in the Texas Litigation improperly served the Notice of Non-Party Subpoenas in Ex. A; therefore, Plaintiff's counsel only learned the subpoenas were issued on July 8, 2019.  Plaintiff's counsel filed this Notice promptly thereafter.

[2] Defendant Butowsky did not respond to Plaintiff's Request for Production, thereby necessitating a Motion to Compel that is now pending before the Court.  *See* Dkt. 63.  Defendant Butowsky also has not responded to Plaintiff's Interrogatories, and Plaintiff may be required to file a motion to compel as to that discovery as well.

[3] This Notice does not constitute an opposition to the subpoenas Defendant Butowsky has issued to the FBI, the DNC, and Crowdstrike, in the Texas Litigation.

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

*Attorneys for Plaintiff Aaron Rich*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on July 9, 2019, the foregoing document was (1) filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and (2) emailed to Defendants Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com.  Defendants Couch and America First Media consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: July 9, 2019

s/ Joshua P. Riley
JOSHUA P. RILEY (D.C. Bar No. 1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
