# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**Edward Butowsky,**

    Plaintiff,

**v.**

**Michael Gottlieb, et al.,**

    Defendants

**Case No. 4:19-cv-180**

## NOTICE OF NON-PARTY SUBPOENAS

NOW COMES Edward Butowsky, the Plaintiff, giving notice that he intends to serve the attached subpoenas on three non-parties, namely the Federal Bureau of Investigation, the Democratic National Committee, and CrowdStrike, Inc.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was emailed on July 2, 2019 to all counsel of record at the email addresses listed below:

Alison Holladay Moore – amoore@thompsoncoe.com,

Andrew Baxter Ryan – andy@ryanlawpartners.com

Christopher Michael Hodge – chodge@skiermontderby.com

David E McCraw  – mccraw@nytimes.com

Devin Lea Kerns – dkerns@velaw.com

Jamison Meadville Joiner – jjoiner@jw.com

Marc A. Fuller – mfuller@velaw.com

Megan Marie Coker  – megancoker@velaw.com

Paul Joseph Skiermont – pskiermont@skiermontderby.com

Robert Joseph Giglio , Jr – rj@ryanlawpartners.com

Robert Parke Latham – blatham@jw.com

Thomas S Leatherbury – tleatherbury@velaw.com


**/s/ Ty Clevenger**
Ty Clevenger