## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AARON RICH<br><br>                    Plaintiff,<br><br>     v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>                    Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon<br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT EDWARD BUTOWSKY TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Plaintiff Aaron Rich respectfully requests the Court enter an order compelling Defendant Edward Butowsky ("Butowsky") to respond in full to Plaintiff's First Set of Interrogatories ("First Interrogatories").[1]

On June 4, 2019, Plaintiff served the First Interrogatories on Defendant Butowsky. *See* Ex. A. Defendant Butowsky's response to the Interrogatories was due by July 5, 2019. *See* FED. R. CIV. P. 33(b)(2). Not having received Defendant Butowsky's response to the First Interrogatories, Plaintiff's counsel sent Defendant Butowsky an email on July 8, 2019, to determine whether Defendant Butowsky intended to respond to the First Interrogatories or if instead a motion to compel would be required. *See* Ex. B. Defendant Butowsky did not answer Plaintiff's email.[2] Plaintiff therefore asks the Court to enter an order compelling Defendant

---

[1] Defendant Butowsky also failed to respond to Plaintiff's First Set of Requests for Production ("RFP"), and Plaintiff's Motion to Compel Defendant Butowsky to do so is pending before the Court. *See* Dkt. 63.

[2] Later that day, Mr. Phil Harvey sent Plaintiff's counsel an email stating that he intended to enter an appearance on behalf of Defendant Butowsky, which Mr. Harvey did on July 9, 2019.

Butowsky to respond to the First Interrogatories.  *See* Fed. R. Civ. P. 37(a)(1).

Dated: July 9, 2019

/s/ Joshua P. Riley
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

***Attorneys for Plaintiff Aaron Rich***

---

Plaintiff's counsel sent Mr. Harvey an email explaining that Plaintiff intended to file this Motion to which Defendant Butowsky's new counsel has not replied as of the time of this filing.  *See* Ex. C.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 9, 2019, the foregoing document was (1) filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and (2) emailed to Defendants Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com.   Defendants Couch and America First Media consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: July 9, 2019

s/ Joshua P. Riley_____
JOSHUA P. RILEY (D.C. Bar No. 1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com