# Exhibit B

| | |
|---|---|
| **From:** | Joshua Riley |
| **To:** | ebutowsky@gmail.com |
| **Cc:** | Gottlieb, Michael; Meryl Governski; Hall, Samuel (SHall@willkie.com); Chloe Houdre |
| **Subject:** | RE: Rich v. Butowsky, No. 18-cv-00681 / Interrogatories |
| **Date:** | Monday, July 8, 2019 6:18:10 AM |

Mr. Butowksy,

I write pursuant to Local Rule 7(m).  Your response to Plaintiff's First Set of Interrogatories is past due.  Please let us know if you will send your verified response by 12:00 p.m. EST tomorrow.  If you refuse to do to so, we intend to file a motion to compel.  Thank you.

~Josh

**Joshua Riley**
Partner

**BOIES SCHILLER FLEXNER LLP**

1401 New York Avenue, N.W.
Washington, DC 20005
(t)   202 237.2727
jriley@bsfllp.com
www.bsfllp.com

---

**From:** Joshua Riley
**Sent:** Tuesday, June 4, 2019 3:12 PM
**To:** ebutowsky@gmail.com
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Meryl Governski <MGovernski@BSFLLP.com>; Hall, Samuel (SHall@willkie.com) <SHall@willkie.com>; Chloe Houdre <choudre@BSFLLP.com>; 'Matt Couch' <mattcouch@af-mg.com>
**Subject:** Rich v. Butowsky, No. 18-cv-00681 / Interrogatories

Mr. Butowsky,

I attach and hereby serve Plaintiff's First Set of Interrogatories to Defendant Edward Butowsky.

~Josh

**Joshua Riley**
Partner

**BOIES SCHILLER FLEXNER LLP**

1401 New York Avenue, N.W.
Washington, DC 20005
(t)   202 237.2727
jriley@bsfllp.com
www.bsfllp.com