# Exhibit C

| | |
|---|---|
| From: | Joshua Riley |
| To: | pharvey@harveybinnall.com |
| Cc: | Gottlieb, Michael; Meryl Governski |
| Subject: | RE: Rich v. Butowsky |
| Date: | Tuesday, July 9, 2019 12:22:58 PM |
| Attachments: | RE_ Rich v. Butowsky, No. 18-cv-00681__Interrogatories.pdf |
| | 2019 6 4 First Set Of Rogs BUTOWSKY 4822-9264-5528 1 (3).pdf |

Mr. Harvey,

I'm copying here my co-counsel, Mike Gottlieb and Meryl Governski. We're pleased to make your acquaintance, and we're looking forward to working with you on this important case. Please let us know if you require anything from us by way of background. Once you're up to speed, we would be happy to set up a call or a meeting to discuss the litigation if doing so would be productive.

In the meantime, we have two filings we're preparing for today. One is a notice of activity updating the court regarding activities in the Texas litigation that we believe to be relevant to our anti-suit motion. The other is a motion to compel Mr. Butowksy to respond to our First Set of Interrogatories. As you likely know by now, Mr. Butowsky did not respond to our First Set of RFPs, thereby necessitating a motion to compel. He now also has ignored our First Set of Interrogatories, thereby requiring another motion. (Our correspondence with Mr. Butowsky and the Interrogatories are attached here.) Going forward, we are hopeful that your retention will avoid the need for us to file similar motions in the future. We also are prepared to file a notice vacating the motions as moot should Mr. Butowsky produce the requested discovery before the Court rules.

Finally, I take it from your email below and the appearance you entered today that we no longer should serve Mr. Butowsky directly via email and that (1) any documents we previously served on Mr. Butowsky via email (e.g., discovery requests, third-party subpoenas, etc.) now should be served via email to you instead and (2) any documents entered on the court's docket, which we served previously via email to Mr. Butowsky, now will be served on you automatically via the ECF system. We will proceed accordingly but if that understanding is not correct, please let me know.

~Josh

**Joshua Riley**
Partner

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t)   202 237.2727
jriley@bsfllp.com
www.bsfllp.com

---

**From:** Philip Harvey [mailto:pharvey@harveybinnall.com]
**Sent:** Monday, July 8, 2019 7:32 PM
**To:** Joshua Riley <jriley@bsfllp.com>
**Subject:** Rich v. Butowsky

Joshua – I will be representing Mr. Bukowsky in the case in DC.  Please direct all communications to me in the future.  Thanks.

**Philip J. Harvey**
**Harvey & Binnall, PLC**
**717 King Street, Suite 300**
**Alexandria, Virginia  22314**
**703.888.1943**
[pharvey@harveybinnall.com](mailto:pharvey@harveybinnall.com)