**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH | |
| Plaintiff, | |
| v. | Civil Action No. 1:18-cv-00681-RJL |
| EDWARD BUTOWSKY, | Hon. Richard J. Leon |
| MATTHEW COUCH, and | |
| AMERICA FIRST MEDIA | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF THIRD-PARTY ROD WHEELER'S
PRODUCTION OF DOCUMENTS IN RESPONSE TO ORDER TO SHOW CAUSE**

On June 8, 2018, Plaintiff Aaron Rich served third-party Rod Wheeler a subpoena ("Subpoena") for the production of documents.  *See* Dkt. 54 at 1 n.1.  Mr. Wheeler failed to comply with the subpoena.  *See* Dkt. 54; 62.  On October 3, 2018, Plaintiff filed a Motion to Compel Mr. Wheeler's compliance with the Subpoena.  *See* Dkt. 39.  Mr. Wheeler still did not comply with the Subpoena.  On April 12, 2019, Plaintiff filed a Motion for an Order to Show Cause as to why Mr. Wheeler should not be held in contempt for his non-compliance with the Subpoena.  *See* Dkt. 54.  On June 12, 2019, the Court granted Plaintiff's Motion for an Order to Show Cause and entered an Order requiring Mr. Wheeler to show within 30 days why he should not be held in contempt for failing to comply with the Subpoena.  *See* Dkt. 62.  The deadline for Mr. Wheeler to show cause in response to the Court's Order is July 12, 2019.

Plaintiff hereby notifies the Court that, on July 2, 2019, Mr. Wheeler transmitted 316 files to Plaintiff Rich in response to the Subpoena.  Accordingly, Plaintiff Rich does not oppose the Court vacating the Order to Show Cause.  However, because counsel for Plaintiff Rich currently is reviewing the produced files, and because Mr. Wheeler's production appears deficient in

1

certain respects,[1] Plaintiff Rich reserves the right to file a new motion to compel or otherwise seek relief if Mr. Wheeler's production is determined to be deficient.

Dated: July 12, 2019

/s/ Michael J. Gottlieb
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

***Attorneys for Plaintiff Aaron Rich***

---

[1] Mr. Wheeler has expressed his intent to cooperate with counsel for Plaintiff with respect to the Subpoena, and has committed to complying with his obligations under the Subpoena no later than July 26, 2019.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on July 12, 2019, the foregoing document was (1) filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and (2) emailed to Defendants Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com.   Defendants Couch and America First Media consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: July 12, 2019

s/ <u>Michael J. Gottlieb</u>
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com