# Exhibit A

19. Paragraph 19 is admitted.

20. Paragraph 20 is denied.

21. Paragraph 21 is denied.

22. Paragraph 22 is denied.

23. Paragraph 23 is denied.

## FACTUAL ALLEGATIONS

24. I do not know whether Paragraph 24 is accurate, therefore I cannot admit or deny its allegations.

25. Paragraph 25 is admitted.

26. I do not know whether the Plaintiff assisted a murder investigation. The remainder of Paragraph 26 is admitted.

## DEFENDANT BUTOWSKY DID NOT PUBLISH
## FALSE STORIES ABOUT THE RICH FAMILY

27. I admit that I put the Rich family in touch with Rod Wheeler and offered to pay for his services. The Plaintiff did not say anything to me about being "a private person" because he worked for a defense contractor.

28. Paragraph 28 is admitted only insofar as it accurately describes the allegations in the Wheeler lawsuit. The allegations themselves are denied.

29. Paragraph 29 is admitted only insofar as it accurately describes the statements of others.

30. Paragraph 30 is admitted only insofar as it accurately describes the statements of others.

31. Paragraph 31 is admitted only to the extent that it describes the Wheeler Lawsuit. Mr. Wheeler's allegations themselves are denied as false.

32. Paragraph 32 is admitted to the extent that it describes articles written by Ms. Fairbanks. I admit that I have been a source for information in some of Ms. Fairbanks's stories.

## DEFENDANT BUTOWSKY NEVER CONSPIRED
## WITH OTHER DEFENDANTS

33. I do not know whether the information in Paragraph 33 is accurate, therefore I neither admit or deny its contents.

34. I admit that I had spoken with Defendant Couch as of May 23, 2017, but I deny that I was in regular communication with him.

35. I do not know whether the information in Paragraph 35 is accurate, therefore I neither admit nor deny its contents.

36. I do not know whether the information in Paragraph 36 is accurate, therefore I neither admit nor deny its contents.

37. I do not understand Paragraph 37, but I deny that I had anything to do with the alleged statements made by others.

38. I do not know whether the information in Paragraph 38 is accurate, therefore I neither admit nor deny its contents.

39. I deny that the information in Paragraph 39 disclosed my "behind-the-scenes role" in a "conspiracy." There was no conspiracy.

40. I admit the statement attributed to me in Paragraph 40. The remainder of the paragraph is denied.

41. I admit the statements attributed to me in Paragraph 41. The remainder of the paragraph is denied.

42. I admit that Mr. Couch made the statements attributed to him in Paragraph 42.

43. I admit that Mr. Couch made the statements attributed to him in Paragraph 43.

44. I do not know exactly what Mr. Couch and AFM said during the August 15 broadcast, so the allegations are neither admitted nor denied.

45. I do not know exactly what Mr. Couch and AFM said during the August 15 broadcast, so the allegations are neither admitted nor denied.

46. I do not know whether the information in Paragraph 46 is accurate, therefore I neither admit nor deny its contents.

47. I do not know whether the information in Paragraph 47 is accurate, therefore I neither admit nor deny its contents.

48. I do not know whether the information in Paragraph 48 is accurate, therefore I neither admit nor deny its contents.

80. I deny that I lied or defamed the Plaintiff. I admit that I sent the tweet described in Paragraph 80, but I do not know if the remaining information in that paragraph is accurate.

81. Paragraph 81 is admitted.

82. Paragraph 82 is denied to the extent that it accuses me of making false statements or encouraging others to do so.

## DEFENDANT BUTOWSKY'S STATEMENTS ABOUT THE PLAINTIFF WERE NOT FALSE

83. Paragraph 83 is denied. The only statements that can truthfully be attributed to me pertain to the Plaintiff's involvement in leaking emails to and receiving money from Wikileaks, and those statements are not false.

84. Paragraph 84 is denied to the extent that it accuses me of making false statements. I admit that the Rich family has denied the statements that I attributed to them.

85. I admit that Fox News retracted the May 2017 article. I do not know whether the statements attributed to the Metropolitan Police Department or mayor are accurate. I admit that Rod Wheeler sued me, and I admit that the Plaintiff sent me a letter. I deny that I "pushed" for the publication of false information about the Plaintiff or anyone else.

86. Paragraph 86 is denied insofar as it suggests some sort of conspiracy between me and Defendants Couch or AFM. I do not know what those defendants did what they are accused of doing in Paragraph 86.

87. Paragraph 87 is denied insofar as it suggests that I ever encouraged the publication of false information.

## DEFENDANT BUTOWSKY DID NOT CAUSE HARM TO THE PLAINTIFF

88. Paragraph 88 is denied.

89. Paragraph 89 is denied.

90. Paragraph 90 is denied.

91. Paragraph 91 is denied.

92. I do not know whether the statements in Paragraph 92 are accurate, but I deny that any such events are the result of my actions.

93. I do not know whether the statements in Paragraph 93 are accurate, but I deny that any such events are the result of my actions.

94. Paragraph 94 is denied.

95. I do not know whether the statements in Paragraph 95 are accurate, but I deny that any such events are the result of my actions.

96. I do not know whether the statements in Paragraph 96 are accurate, but I deny that any such events are the result of my actions.

97. I do not know whether the statements in Paragraph 97 are accurate, but I deny that any such events are the result of my actions.

### DEFAMATION CLAIMS AGAINST DEFENDANT BUTOWSKY

98. Paragraph 98 is denied.

99. Paragraph 99 is denied.

100. Paragraph 100 is denied to the extent that it references me.

101. Paragraph 101 is denied to the extent that it references me.

102. Paragraph 102 is denied to the extent that it references me.

103. Paragraph 103 is denied to the extent that it references me.

104. Paragraph 104 is denied to the extent that it references me.

105. Paragraph 105 is denied.

106. Paragraph 106 is denied.

107. Paragraph 107 is denied.

### DEFAMATION CLAIMS AGAINST THE WASHINGTON TIMES

108 – 115. I cannot admit or deny the allegations in Paragraphs 108-115 because they do not pertain to me and I do not know the underlying facts.

### DEFAMATION PER SE CLAIMS

116. Paragraph 116 is denied.

117. Paragraph 117 is denied.

118. Paragraph 118 is denied.

119. Paragraph 119 is admitted.

120. Paragraph 120 is denied.

121. Paragraph 121 is denied.

122. Paragraph 122 is denied.

123. Paragraph 123 is denied.