**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>                      Plaintiff,<br><br>   v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>                      Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFF'S MOTION TO COMPEL
DEFENDANTS MATT COUCH AND AMERICA FIRST MEDIA
TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

Defendants Matt Couch ("Couch") and America First Media ("AFM") have defamed Plaintiff Aaron Rich by falsely stating that he was involved in stealing emails from the Democratic National Committee ("DNC"), selling them to Wikileaks, knowing that his brother would be murdered as a result, and obstructing the investigation into that murder. Couch and AFM have declared, "We literally at this point, folks, *we can prove everything*, we can prove everything except who pulled the trigger." They publicly have proclaimed on social media that they have "*so many recordings*" and "*so many text messages*" that "you are not even going to believe" it. They have declared that they have ***"evidence" and "documentation"*** supporting their defamatory statements about Aaron Rich. Yet **_Couch and AFM now refuse to produce even a single document_** in response to Plaintiff Aaron Rich's First Set of Requests for Production ("First RFP"), thereby necessitating this Motion to Compel.

## BACKGROUND

**I.  Defendants Couch And AFM Have Promoted A False Conspiracy Theory Alleging That Plaintiff Aaron Rich Stole Emails From the DNC And Sold Them To Wikileaks.**

Seth Rich, a former Democratic National Committee ("DNC") staffer and the only sibling of Plaintiff Aaron Rich, was murdered in Washington, D.C., in July 2016. *See* Dkt. 3 at ¶ 2. At around the same time, Wikileaks released a trove of emails that had been stolen from the DNC by Russian agents in an effort to interfere with the 2016 presidential election. *See id.* at ¶¶ 1-2. Conspiracy theories soon emerged that the Rich brothers, not Russians, stole the emails from the DNC and sold them to Wikileaks and that Seth Rich was murdered as a result. *Id*. Since at least the summer of 2017, Couch and AFM have been the mouthpiece for this conspiracy theory, having proclaimed as recently as this week that "we are the only reason that this case has any traction whatsoever" and "there is no way that anyone would have been talking about this case for the last

two years if we had not done what we had done to put out information." 7/21/19 Periscope[1]; *see also* Dkt. 3 at ¶¶ 33-39.

To their hundreds of thousands of followers online, Couch and AFM falsely have claimed to have conducted an "investigation" into Seth Rich's murder and to have found not only that the Rich brothers stole the DNC emails together but that Aaron Rich received money from Wikileaks, that Aaron Rich knew in advance that his brother would be murdered, and that Aaron Rich has obstructed the investigation into his brother's murder. *See, e.g., id.* at ¶¶ 33-55. All of those statements are false, as Couch appears to have conceded in his recent letter to the Court in which he states that he now is "willing to issue an apology to Mr. Rich." Ex. 6. Just a handful of the many examples of Couch's and AFM's defamatory statements about Aaron Rich include the following:

- "I don't have any remorse at this point for the family. And let me tell you why: Because the family, the Seth Rich family has had every opportunity in the world to come forward. They are involved. They are 100% involved in this cover up. Joel and Mary Rich, Aaron Rich was involved in the leaks with Seth Rich. They are literally involved. And so we are working those angles constantly right now." *Id.* at ¶ 50.

- "This is a massive cover-up of epic proportions. It's on the level of a JFK cover-up. We know that Seth and Aaron did the leak. We know that Aaron Rich took money from WikiLeaks: money went in from WikiLeaks into Aaron Rich's account." *Id.*

- "There is no doubt that Seth Rich was the leaker. Aaron Rich was involved. They were doing the leak together. I mean that, we literally at this point, folks, we can prove everything, we can prove everything except for who pulled the trigger at this point and we're narrowing that as well." *Id.* at ¶ 51 (emphasis added).

---

[1] Available at https://www.pscp.tv/RealMattCouch/1YqxojRWLRZJv. Note that all links to online videos were last viewed on July 22, 2019, and were active at that time.

- "We know for a fact that Aaron Rich and Seth Rich were involved and did the leaks together." *Id.*

- Aaron Rich "helped Seth Rich with the leaks, we know that, everyone knows that now." *Id*.

- "Seth Rich, with the help of his brother Aaron Rich (A high level software guru with Northrop Gruman, one the World's largest Defense Contractors) leaked information to Julian Assange and Wikileaks. The money went into Aaron Rich's personal bank account. #WeNeedAWarrant." *Id*.

- "With Seth Rich's murder, things we want to know is how involved was Aaron Rich? We know that Aaron Rich took money from WikiLeaks. We know—we know without the shadow of a doubt." *Id.* at ¶ 52.

- "Aaron Rich definitely knew the hit was coming, because we know—we know for a fact that Aaron Rich is the one that told Kelsey Mulka to break up with Seth Rich. So, there's something that you can tweet out if you want to get some information that really gets things shaken up and this is off the liberal Twitter universe. Aaron Rich contacted Kelsey Mulka and told her to break up with Seth Rich because he knew the hit was coming for her safety." *Id.* at ¶ 53.

Couch and AFM continued to defame Aaron Rich even after Aaron Rich pleaded with Couch and AFM to stop spreading lies about the Rich brothers because of the pain Couch and AFM were causing Aaron Rich and his grieving family. *See id.* at ¶¶ 64, 66, 68. In a letter he sent to Couch on a December 21, 2017 (months before this lawsuit was filed), Aaron explained:

> "It's hard for me to read some of the stuff you've published. I wonder if you can even imagine what it feels like to have someone say you helped kill your own brother and covered it up. . . . I ask you to think about your experience as a husband, father, and son, and treat us how you would want to be treated if you had lost a loved one. If your brother was murdered, I wonder how you would feel if some person you had never met started publishing videos claiming to have 'evidence' that you had participated in your brother's murder. If you truly were capable of imagining how our family feels, you wouldn't be lying about my brother, family, Seth's friends

4

    and co-workers and myself. . . .  Nearly every day, I am forced to
    deal with the harm your lies have caused me and my family."

Ex. 7.  Upon receiving the letter, Couch and AFM published a Periscope video[2] in which Couch read the letter online while mocking Aaron Rich, doubled down on his false statement that Aaron Rich "was involved in helping cover things up," implored his followers to share the letter on social media and to "continue to support our team" through various fundraising platforms, and declared that "our investigation rolls on" because "we are closer to the truth than we have ever been."  *Id.* at ¶¶ 65, 67, 69.  Aaron Rich filed this lawsuit a few months later.

   While the conspiracy theory has been devastating to Aaron Rich and his parents, who have been unable to grieve Seth Rich's death, Couch and AFM have exploited Seth Rich's death for their own benefit, namely to: enhance their social media profiles and followings, raise money through repeated pleas for donations to fund AFM's "investigation" into Seth Rich's murder, sell merchandise online, and generate advertising revenue from their websites.  *See, e.g.*, *id.* at ¶¶ 56-63.[3]

   Couch also has explained his view that the conspiracy theory about the Rich brothers serves as a counter-narrative to the Intelligence Community's conclusion that Russia was responsible for stealing the DNC emails, stating for example, that "America First Media, with our group of 9 or 10 of us, exploded the heat of . . . the Seth Rich story, and the Russian narrative dies."  *Id.* at ¶ 45; *see also id.* at ¶ 50 ("There is no Russia story.  Russia is dead.  Guccifer 2.0 was fake.  The leak was an inside job.  We have proven that.  Others have proven that.  There is no Russia anymore.").

---

[2] Available at https://www.pscp.tv/RealMattCouch/1jMKgdLWpWMGL.

[3] In August 2017, Couch either quit or was fired from his day job, thereby allowing him to devote his full time and energy to peddling conspiracy theories online and building his business as a social media influencer.  *See* Ex. 9 at 5.

**II.    Defendants Couch And AFM Repeatedly Have Claimed To Have "Evidence" And "Proof" To Support Their False Conspiracy Theory.**

Couch and AFM repeatedly have claimed that they could "prove" that Aaron Rich was involved in stealing the DNC emails. *See, e.g.*, 8/12/19 YouTube Video[4] ("***100% we can prove it***"); 9/18/17 Periscope Video[5] ("***we can prove everything***").  For example:

- On May 21, 2017, Couch stated on Twitter that there's "actually ***evidence*** in the Seth Rich investigation" and his "team" was "uncovering ***a lot of it***," whereas "you have NOTHING but Lies with Russia."  *See* Ex. 9 at 1; *see also id.* at 3 ("***Our Evidence*** is ROCK solid") (all emphases added).

- On June 14, 2018, Couch stated on Twitter that AFM had "been putting a series of reports together based on ***evidence our team has obtained***," followed by a plea for donations to "help in getting the truth out."  *Id.* at 4 (emphasis added).

- On November 14, 2018, Couch stated on Twitter that "***America First Media Group has documentation, recordings, phone records***, etc. [t]hat will show when we first started talking to Ed Butowsky in regards to the Seth Rich Investigation."  *Id.* at 6 (emphasis added).

- On November 17, 2018, Couch stated on Twitter that "***[w]e have recordings*** that we will be releasing very soon" that "will change the *g*ame in the Seth Rich investigation."  *Id.* at 7; *see also id.* at 2 (stating that AFM has "***multiple recordings***" relating to this case and that "One Party Consent is going to be a B*tch for some folks") (all emphases added).

- On November 24, 2018, Couch claimed to have "***turned over testimony's***" [sic] to Members of Congress about Seth Rich's murder.  *Id*. at 8 (emphasis added).

- On May 17, 2018, AFM and Matt Couch submitted a declaration stating, "***we will prove with documentation***" certain matters relevant to the Complaint. Ex. 8 (emphasis added).

---

[4] Available at https://www.youtube.com /watch?v=u4ryiVb92x8& feature=youtu.be

[5] Available at https://www.pscp.tv/w/1jMJgPERzAWxL

In addition to all of the foregoing, in an August 12, 2018 YouTube video,[6] Couch stated:

> "***We have so many recordings***, so many recordings of people that don't even know. ***We have so many text messages, so many voicemails, so many emails*** from people that you are not even going to believe that's involved in this investigation and, so, there are a lot of people on both sides of the political aisle that want to shut this thing …
>
> We met with people in the Rayburn building. I personally met with them with an attorney named Ty Clevenger in April of 2018. ***We gave them unredacted audio and we gave them a video*** and they have this information. We can prove this. ***I've got text messages. I've got emails. I have phone logs.*** This information went to those who have offices in the Rayburn building and so this happened what we can prove it 100% we can prove it."

### III. Defendants Couch And AFM Have Refused To Produce A Single Document In Response To Plaintiff's First Set Of Requests For Production.

On April 23, 2019, Plaintiff's counsel served the First RFP on Couch and AFM. *See* Ex. 1 at 23; Ex. 2. In the First RFP, Plaintiff Rich requested, *inter alia*: documents relating to allegations in the Complaint, including communications between Couch or AFM and others mentioned in the Complaint; documents supporting or refuting Couch's and AFM's defamatory statements about Plaintiff Rich; all documents relating to Seth or Aaron Rich that Couch or AFM had posted online; records showing the telephone calls Couch or AFM made or received relating to the allegations in the Complaint; documents showing the steps Couch and AFM have taken to preserve documents and respond to discovery; documents relating to Couch's and AFM's fundraising activities; and documents relating to AFM's corporate formation. *See* Ex. 2.

Couch's and AFM's response was due by May 22, 2019. *See* Fed. R. Civ. P. 34(b)(2). Not having received Couch's and AFM's responses to the First RFP, Plaintiff's counsel sent Couch

---

[6] Available at https://www.youtube.com /watch?v=u4ryiVb92x8& feature=youtu.be.

and AFM an email on May 24, 2019, to determine whether Couch and AFM intended to respond to the First RFP or if instead a motion to compel would be required. *See* Ex. 1 at 22. Defendants Couch and AFM responded the same day and requested an extension of 30 days in which to respond. *See id*. Meanwhile, on June 3, 2019, Plaintiff's Counsel served the First Interrogatories on Defendants Couch and AFM. *See* Ex. 3. On June 23, 2019, Defendant Couch, on behalf of himself and AFM, sent Plaintiff's counsel an unverified response to the First Interrogatories, but neither Couch nor AFM produced any documents in response to the First RFP. *See* Ex. 1 at 4; Ex. 4.

On July 8, 2019, Plaintiff's counsel sent a letter to Couch and AFM detailing the deficiencies in Couch's and AFM's discovery responses and requesting Couch and AFM cure those deficiencies by July 18, 2019. *See* Ex. 1 at 4; Ex. 5.[7] On July 15, 2019, Couch sent Plaintiff's counsel a copy of a letter that Couch said was sent to the Court in which Couch and members of AFM stated that they had "answered the attorneys [sic] interrogatories to the best of our abilities and understanding of the situation." *See* Ex. 1 at 4; Ex. 6. The letter did not discuss the First RFP or Couch's and AFM's failure to respond to it.[8] In the letter, Couch and AFM represented to the Court that they had "removed any and all content referencing Aaron Rich from our website and are even willing to issue an apology to Mr. Rich." Ex. 6. In fact, however, Couch and AFM

---

[7] Plaintiff Rich incorporates this letter by reference as it sets forth in detail the bases for this Motion.

[8] In their letter, Couch and AFM state that they "are now simply asking you for a summary judgment on this issue." Ex. 6. Plaintiff's counsel does not understand Couch's and AFM's letter to be a motion for summary judgment in their favor, as it is not styled as such; however, should the Court construe the letter to be a motion for summary judgment, Plaintiff requests an opportunity to respond. If Couch and AFM intend to request that judgment be entered against them at this point, they should say so.

continue to post defamatory content about Aaron Rich, including a July 15, 2019 article[9] on their new website (www.thedcpatriot.com) authored by Ty Clevenger, Defendant Butowsky's former counsel in this case, that again (falsely) accuses Aaron Rich of providing DNC documents to WikiLeaks. Ex. 8 at 9. Between July 15 and 17, 2019, Couch published more than 50 tweets linking to that blog post.

## ARGUMENT

Despite their repeated claims to have all manner of "evidence" to support their lies about Aaron Rich, and despite having been afforded three months to produce that evidence, Couch and AFM have not produced a single document in response to the First RFP. *See* Fed. R. Civ. P. 34(b)(2). It is not even clear at this point whether Couch and AFM have done anything to search for responsive documents. An order compelling Couch and AFM to respond to the First RFP is appropriate here. *See* Fed. R. Civ. P. 37(a)(3)(B)(iv); *Shvartser v. Lekser*, 321 F.R.D. 23, 24 (D.D.C. 2017) (entering order compelling production where defendant "repeatedly missed the deadlines to respond to" discovery requests and refused to produce a single document in response to an RFP).[10]

---

[9] Available at https://thedcpatriot.com/bombshell-lawsuit-outs-fox-news-ellen-ratner-as-source-for-seth-rich-intel/

[10] In addition to requiring Couch and AFM to produce documents in response to the First RFP, Plaintiff asks the Court to require Couch and AFM to verify their interrogatory responses. *See* Fed. R. Civ. P. 33(b)(5) ("Each interrogatory must, to the extent it is not objected to, be answered separately and fully in writing under oath."); *Walls v. Paulson*, 250 F.R.D. 48, 52, 2008 WL 2175248 (D.D.C. 2008) (applying sanctions for failure to sign interrogatories because party "apparently misinterprets the Federal Rules as optional. They are not. Rule 33(b)(5) could not be more clear…").

Dated: July 23, 2019

/s/ Joshua P. Riley
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

*Attorneys for Plaintiff Aaron Rich*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 23, 2019, the foregoing document was (1) filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and (2) emailed to Defendants Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com. Defendants Couch and America First Media consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: July 23, 2019

       s/ Joshua P. Riley_____
       JOSHUA P. RILEY (D.C. Bar No. 1026900)
       BOIES SCHILLER FLEXNER LLP
       1401 New York Ave NW, Washington DC 20005
       Tel: (202) 237-2727 / Fax: (202) 237-6131
       jriley@bsfllp.com