# Exhibit 9



← Tweet

Matt Couch
@RealMattCouch

Replying to @HomeboyChr1s @JFlippo1327 and @Therealbp65

There's actually evidence in the Seth Rice investigation.. My team and I are uncovering a lot of it. You have NOTHING but Lies with Russia.

1:16 PM · May 21, 2017 · Twitter Web Client

2 Likes

**Matt Couch**
@RealMattCouch | 197,075 followers

Always funny when someone threatens our team not realizing we have multiple recordings of them.. One Party Consent is going to be a B*tch for some folks :-)

54   178

23:39, 5 May 2018 · View on Twitter · Twitter for iPhone

2





Matt Couch
@RealMattCouch

A Mini Thread and Update on our Seth Rich Investigations

Our own @hannibalmoot has been putting a series of reports together based on evidence our team has obtained. We're now involved in TWO frivolous lawsuits trying to silence us.

We need your help in getting the truth out.

12:07 PM · Jun 14, 2018 · Twitter Web Client

387 Retweets    459 Likes





**Matt Couch**
@RealMattCouch

147) America First Media Group has documentation, recordings, phone records, etc. That will show when we first started talking to Ed Butowsky in regards to the Seth Rich Investigation. We did not start talking to Butowsky in May as Arron Rich's Legal Counsel has claimed.

3:05 PM · Nov 14, 2018 · Twitter Web Client

**34** Retweets   **78** Likes



**Matt Couch** 🎙 @RealMattCouch · Nov 17, 2018
Why were people close to Shawn Lucas threatened?

**We have recordings that** we will be releasing very soon. These will change the game in the Seth Rich investigation.

@Therealbp65 Will be dropping them in the next 48 hours.

Stay Tuned.

#SethRich #ShawnLucas #AmericaFirstMedia

💬 10    🔁 151    ♡ 213    ↑

Show this thread



