*Leave to file, Granted* /s/ RJLeon 8/3/19

Tuesday, July 9, 2019

The Honorable Richard J. Leon
Senior Judge
US District Court for the District of Columbia
333 Constitution Avenue NW
Washington DC 20001

RE: Rich vs. Butowsky, America First Media, Matthew Couch and The Washington Times - Civil Action No. 1:18-cv-00681-RJL

Dear Honorable Judge Leon,

As we are certain you are well aware, we are currently involved in a lawsuit regarding a defamation claim made against us by Mr. Aaron Rich. Mr. Rich is being represented by Boies, Schiller, Flexner.

Our internet based group, America First Media Group, (AFMG), is a small group of private investigators, former LEO's, former government agents and investigative journalists. Additionally, AFMG is essentially only a moniker and none of us in the group are wealthy by any means.

It is unfortunate we cannot afford to seek legal counsel and thusly are forced to try and represent ourselves. We have answered the attorneys interrogatories to the best of our abilities and understanding of the situation.

We have removed any and all content referencing Aaron Rich from our website and are even willing to issue an apology to Mr. Rich.

At this time, we find ourselves at the complete mercy of the court. We are now simply asking you for a summary judgment on this issue. We do not feel we can proceed as we do not have the financial means or resources to do so.

Thank you for your time and consideration in this matter.

Very respectfully,

Matt Couch
Bill Pierce
Josh Flippo