UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**JOINT MOTION FOR SCHEDULING ORDER**

During the July 31, 2019 status conference, the Court instructed the parties to submit a joint proposed scheduling order. Dkt. 75 at 12:15-23. The parties have met and conferred and jointly submit the agreed-upon Proposed Scheduling Order attached hereto, which the parties respectfully request the Court enter.

Dated: August 16, 2019

/s/ Michael J. Gottlieb
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442
Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

*Attorneys for Plaintiff Aaron Rich*

/s/ Philip J. Harvey
Philip J. Harvey (#252080)
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
(703) 888-1943
(703) 888-1930 (fax)
pharvey@harveybinnall.com
*Counsel for Defendant Edward Butowsky*

MATTHEW COUCH,
AMERICA FIRST MEDIA

*In his own capacity as Defendant and on behalf of Defendant AFM*

1

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 16, 2019, the foregoing document was (1) filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and (2) emailed to Defendants Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com.  Defendants Couch and America First Media consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: August 16, 2019

/s/ Michael J. Gottlieb
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442
Fax: (202) 303-2000
mgottlieb@willkie.com