UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## [PROPOSED JOINT] SCHEDULING ORDER

IT IS HEREBY ORDERED that the following Scheduling Order is entered, subject to the rights of the parties to seek modification of the schedule:

| | |
|---|---|
| Close of Fact Discovery | January 27, 2020 |
| Opening Expert Reports | February 10, 2020 |
| Rebuttal Expert Reports | February 24, 2020 |
| Close of Expert Discovery | March 2, 2020 |
| Summary Judgment and *Daubert* Motions | March 16, 2020 |
| Opposition to Summary Judgment and *Daubert* Motions | April 13, 2020 |
| Reply in Support of Summary Judgment and *Daubert* Motions | April 27, 2020 |

1

| | |
|---|---|
| Pre-Trial Conference | May 26, 2020, or as soon as the Court can accommodate the parties |
| Trial Begins | June 8, 2020, or as soon as the Court can accommodate the parties |

**SO ORDERED.**

Dated:_____          _____
                                      THE HONORABLE RICHARD J. LEON
                                      UNITED STATES DISTRICT JUDGE