# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH

Plaintiff,

V.

EDWARD BUTOWSKY,
MATTHEW COUCH
AMERICA FIRST MEDIA,
Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

### DEFENDANT AMERICA FIRST MEDIA'S RULE 26(a) INITIAL DISCLOSURES

Defendant America First Media submits the following disclosures pursuant to Rule 26(a)(1).

These disclosures do not constitute a waiver of any work product protection and are without prejudice to any other issue or argument.

I.  **Individuals Likely to Have Discoverable Information**:

America First Media is not a suable entity. America First Media, LLC was created in 2017 but it is dormant and has no (and has never had any) activities, assets, liabilities or active members of any kind. Individuals listed below may have discoverable information that America First Media, LLC may use to support his defenses if it is joined as a defendant. The responses are being provided by Matthew Couch, *pro se*, because America First Media has no legal capacity to act.

1. Matthew Couch
   4000 S Dixieland A-201
   Rogers, AR 72758
   *Pro se*

II.   **Relevant Documents**:

Mr. Couch has in his possession, custody or control the following categories of documents that may be used to support any defenses of America First Media, LLC if it is joined as a defendant.

1.   Documents in his own custodial files, to be collected and produced in discovery; and

Mr. Couch reserves the right to supplement these Initial Disclosures if America First Media, LLC is joined as a defendant and acknowledges that he and, if joined, America First Media, LLC, will be required to supplement this information based upon further discovery and expert testimony and reports.

III.   **Damages**:

Not applicable.

IV.   **Insurance Agreements**:

None.

Dated: August 18, 2019

*Matthew Couch*
MATTHEW COUCH, *pro se*
4000 S Dixieland A-201
Rogers, AR 72758

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2019, a copy of the foregoing was served by agreement by electronic mail on the foregoing:

Joshua Riley
Meryl C. Governski
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, N.C
Washington, DC 2005
jriley@fsflip.com
mgovernski@bsflip.com

Micahel J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K. Street, N.W.
Washington, D.C. 20006
mgottlieb@willkie.com

Philip Harvey
Harvey & Binnalli, PLLC
717 King Street, Suite 300
Alexandria VA 22314
United States of America
pharvey@harveybinnal.com

*Matthew Couch*
MATTHEW COUCH, *pro se*
4000 S Dixieland A-201
Rogers, AR 72758