UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>               Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br><br>               Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## JOINT STIPULATION REGARDING
## DEFENDANT MATTHEW COUCH'S RULE 60(B) MOTION (DKT. 76)

Counsel for Plaintiff Aaron Rich and Defendant Matthew Couch[1] have met and conferred and have agreed as follows:

**WHEREAS,** on July 23, 2019, Mr. Rich filed a Motion To Compel Defendants Matt Couch and America First Media To Response To Plaintiff's First Set of Requests of Production ("Plaintiff's Motion to Compel"), Dkt. 71;

**WHEREAS,** on July 31, 2019, the Court granted Plaintiff's Motion to Compel, Dkt. 75 at 5:11-12; 7/31/19 Minute Order;

**WHEREAS,** on August 14, 2019, Defendant Matthew Couch filed a Motion For Relief From Judgment Or Order Under Rule 60(b) ("Couch 60(b) Motion"), Dkt. 76, to which Mr. Rich

---

[1] Mr. Eden P. Quainton represented Mr. Couch. Counsel consented to his doing so pending his application for admission to this Court and appearance in this case. Defendant Butowsky does not object to the stipulation. America First Media Group, Inc. also indicated that it does not object to the stipulation, subject to its and/or Mr. Couch's right to challenge the naming of "America First Media" as a Defendant in the action.

1

filed an opposition on August 26, 2019, Dkt. 78, and Mr. Couch replied on September 3, 2019, Dkt. 79;[2]

**WHEREAS,** Mr. Couch has begun to produce documents responsive to Mr. Rich's First Set of Requests for Production;

**WHEREAS,** on September 9, 2019, counsel for Plaintiffs and Defendants conferred regarding the pending motions before the Court and discovery;

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that the Court defer judgement on the Couch 60(b) Motion pending counsels' ongoing attempt to resolve the issues addressed in the 60(b) Motion.

**IT IS FURTHER STIPULATED AND AGREED**, subject to approval of the Court, that the parties agree that any deadlines to respond to the pending motions are tolled as of the date of this filing.

DATED:   September 10, 2019

Respectfully Submitted,

/s/ *Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC  20005

/s/*Eden P. Quainton*
EDEN P. QUAINTON
*Counsel for Defendant Matthew Couch*
*(pending admission and appearance)*
*QUAINTON LAW, PLLC*
*1001 Avenue of the Americas, 11th Floor*
*New York, NY 10018*
*Tel: (212) 813-8389*
*Fax: (212) 813-8390*

---

[2] The reply, Dkt. 79, is incorrectly docketed as being filed by Mr. Rich.   Counsel respectfully request the Court direct the clerk to correct the docket to accurately reflect that entry as filed by Mr. Couch.

Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

*Attorneys for Plaintiff Aaron Rich*

# **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on September 10, 2019, the foregoing document was (1) filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and (2) emailed to Defendants Matthew Couch and America First Media via Defendant Couch at mattcouch@af-mg.com. Defendants Couch and America First Media consented in writing to receive filings via email pending registration to receive electronic notification of filings.

Dated: September 10, 2019

                                                s/ *Michael J. Gottlieb*
                                                MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
                                                WILLKIE FARR & GALLAGHER LLP
                                                1875 K Street NW
                                                Washington, DC 20006
                                                Tel: (202) 303-1000
                                                Fax: (202) 303-2000
                                                mgottlieb@willkie.com