**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   v. | )   Case No. 1:18-cv-681-RJL |
| | ) |
| EDWARD BUTOWSKY, *et al.*, | ) |
| | ) |
|       Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Philip J. Harvey, counsel of record for defendant Edward Butowsky, moves this Court pursuant to Local Civil Rule 83.6(c) to withdraw his appearance. As grounds for this motion, Mr. Harvey states that irreconcilable differences have arisen between himself and Mr. Butowski concerning the litigation, which makes continued representation unreasonably difficult. Mr. Butowsky was told that this motion would be filed and, Mr. Harvey has been informed, is in the process of engaging replacement counsel. No unfair procedural prejudice will result from Mr. Harvey's withdrawal, as fact discovery does not close until January 2020 and the trial is tentatively set to begin no sooner than June 8, 2020. A copy of this motion was served on Mr. Butowsky by U.S. and electronic mail.

Dated: October 11, 2019

                                                    /s/ Philip J. Harvey
                                         Philip J. Harvey (#252080)
                                         HARVEY & BINNALL, PLLC
                                         717 King Street, Suite 200
                                         Alexandria, Virginia  22314
                                         (703) 888-1943
                                         pharvey@harveybinnall.com

                                         *Withdrawing Counsel for Defendant*
                                         *Edward Butowsky*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I filed the foregoing using the Court's CM/ECF system, which will provide notice of it to counsel of record, and served a copy by U.S. mail, postage prepaid, on the following:

>Matthew Couch
>2300 W. Ash Street
>Rogers, Arkansas  72758
>mattcouch@af-mg.com

>Edward Butowski
>c/o Chapwood Investments, LLC
>4965 Preston Park Boulevard, Suite 100
>Plano, Texas  75093
>ebutowsky@gmail.com

**Mr. Butowsky is hereby advised to obtain other counsel; if he intends either to conduct the case *pro se* or to object to the withdrawal, he must notify the Clerk in writing within seven days of service of this motion**

/s/ Philip J. Harvey
Philip J. Harvey (#252080)