**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>       Plaintiff,<br><br>  v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>       Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

### DECLARATION OF MERYL C. GOVERNSKI

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

  1.  I am counsel for Plaintiff Aaron Rich. This declaration is based on my personal knowledge and upon information provided to me in my official capacity.

  2.  Attached as Exhibit 1 is a true and correct copy of Defendant Matthew Couch's initial disclosures, which he served on Plaintiff's counsel on August 18, 2019.

  3.  Attached as Exhibit 2 is a true and correct copy of Defendant Edward Butowsky's initial disclosures, which his counsel served on Plaintiff's counsel on August 16, 2019.

  4.  Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the June 27, 2019 deposition of third-party Thomas Schoenberger. The cited testimony is highlighted for convenience. Mr. Schoenberger has not designated any of his testimony pursuant to the PO entered in this case. *See* Dkt. 29.

  5.  Counsel for Defendant Couch served verified answers to Plaintiff's First Set of Interrogatories on Plaintiff's counsel on September 27, 2019. Counsel for Defendant Butowsky served verified answers to Plaintiff's First Set of Interrogatories on Plaintiff's counsel on August

21, 2019. Both sets of interrogatories name a number of individuals from whom Defendants claim to have received information about Mr. Rich and/or his brother.

Executed: October 14, 2019

                                                                /s/ *Meryl C. Governski*
D.C. Bar No. 1023549
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgovernski@bsfllp.com