# Exhibit 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


AARON RICH,                          )
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )Case No. Civil Action
                                     ) 1:18-cv-00681-RJL
EDWARD BUTOWSKY,                     )
MATTHEW COUCH, and                   )
AMERICA FIRST MEDIA,                 )
                                     )
          Defendants.                )
_____      )




Videotaped Deposition of THOMAS ANDREW SCHOENBERGER,
taken on behalf of Plaintiff, at 725 South
Figueroa Street, 31st Floor, Los Angeles, California
90017, beginning at 10:18 a.m., and ending at 5:40
p.m., on Thursday, June 27, 2019, before Marceline F.
Noble, RPR, CRR, Certified Shorthand Reporter
No. 3024.




Magna Legal Services
866-624-6221
www.MagnaLS.com

Reported by: Marceline F. Noble, CSR No. 3024

Job No. 489984



Page 6

1   Flexner, representing the plaintiff Aaron Rich.
2        MS. HOUDRE:  Chloe Houdre from
3   Boies Schiller Flexner, representing the plaintiff
4   Aaron Rich.
5        THE VIDEOGRAPHER:  Will the court reporter
6   please swear in the witness.
7
8        THOMAS ANDREW SCHOENBERGER,
9   having been first duly sworn, was examined and
10  testified as follows:
11
12            EXAMINATION
13  BY MR. RILEY:
14   Q.  Good morning --
15   A.  Sorry.
16   Q.  -- Mr. Schoenberger.
17   A.  Good morning, Mr. Riley.
18   Q.  Thank you for being here today.
19        You understand that you're -- you're under
20  oath?  And --
21   A.  I do.
22   Q.  And -- and what's your understanding of what
23  that -- your understanding what that means, to be
24  under oath?
25   A.  Well, there's penalty of perjury, if I lie.

Page 7

1    Q.  Right.
2        So you have to -- you understand that you
3   have to tell the truth today and answer my -- my
4   questions honestly --
5    A.  Yes.
6    Q.  -- completely.
7        And you understand --
8    A.  I'm sorry.
9    Q.  It's okay.
10   A.  I have pneumonia.
11   Q.  Do you need a break?
12   A.  No.
13   Q.  Are you okay?  Let me know --
14   A.  Maybe for a quick --
15        MR. RILEY:  Sure.  Why don't we -- why don't
16  we go off the record for just a moment until
17  Mr. Schoenberger --
18        THE VIDEOGRAPHER:  Stand by.
19        We are going off the record at 10:20 a.m.
20        (Short recess.)
21        THE WITNESS:  Okay.  I think I'm ready.
22        THE VIDEOGRAPHER:  All right.  Stand by.
23        We are back on the record at 10:22 a.m.
24  BY MR. RILEY:
25   Q.  Mr. Schoenberger, before we went off the

Page 8

1   record, I -- I -- I asked you:  Is it your
2   understanding that you're under oath today?
3    A.  Yes.
4    Q.  And what it means to be under oath, is that
5   you need to answer my questions honestly and
6   completely.
7        You understand that --
8    A.  Yes.
9    Q.  -- correct?
10        And you understand that testifying here
11  under oath at this deposition, is the same as
12  testifying in a courtroom in front of a judge or a
13  jury, in the sense that you need to give testimony
14  that's honest here just as you would there; correct?
15   A.  Absolutely.
16   Q.  Okay.  And is there any reason today that
17  you would not be able to answer my questions
18  truthfully and completely?
19   A.  No.
20   Q.  Great.
21        Do you have an attorney with you here today?
22   A.  No.
23   Q.  Okay.  And you do understand, though, that
24  you had an opportunity to have counsel with you
25  today; correct?

Page 9

1    A.  Yeah.
2    Q.  And you were advised of your right to have
3   counsel with you here today --
4    A.  Yes.
5    Q.  -- correct?
6        And you understand that my law firm,
7   Boies Schiller Flexner, and none of the lawyers at
8   Boies Schiller Flexner, are your attorneys; correct?
9    A.  Correct.  You're here to represent Mr. Rich.
10   Q.  Right.
11        And you understand that my cocounsel at
12  Wilke Farr and Gallagher, neither Wilke Farr and
13  Gallagher, nor any of their attorneys are your
14  counsel.  That's your understanding; correct?
15   A.  Correct?
16   Q.  Correct?
17   A.  Yes, correct.
18   Q.  Okay.  And you understand that the lawsuit
19  that we're here to talk about today is a lawsuit
20  where a gentleman named Aaron Rich is the plaintiff.
21        Is that your understanding?
22   A.  Yes.
23   Q.  And is it also your understanding that in
24  the lawsuit that we're here to talk about today, the
25  defendants are Edward Butowsky, Matthew Couch and



Page 106

1    Q.  What was it that gave you the impression
2  that Ed was not telling the whole truth?
3    A.  I think the anger that he started to show
4  towards Joel Rich; the fact that his main complaint
5  was that his family is being victimized, but somehow
6  he lacked the empathy for Joel Rich's family, you
7  know, to go -- to go through what they've been
8  through.
9      And it just seemed like he didn't want his
10  privacy invaded, but he had no problem with Joel Rich
11  having his privacy invaded.
12    Q.  Did you come to a point where your
13  understanding was that Ed Butowsky's real motivation
14  was not to help the Rich family solve Seth Rich's
15  murder, but, rather, to promote allegations that
16  Seth Rich and Aaron Rich had hacked the DNC emails?
17    A.  That's exactly what I felt with the
18  September 28th meeting.
19      What -- what -- it showed us that he had an
20  agenda.
21    Q.  So let's talk about this September 20th
22  meeting.
23    A.  Great.
24    Q.  How did this meeting come to pass?
25    A.  Ed had said he wanted to meet us in person.

Page 107

1  And so he arranged the flights.  I think it was
2  either Virgin or Alaska Air.  He used his frequent
3  flier miles to fly us out there.
4      And when we met -- I think I flew in last.
5      My vague recollection is that I showed up
6  at -- I -- maybe at a restaurant or Ed's country
7  club, and I was late.
8      My interest that evening was Beth, for
9  obvious reasons.
10      And so we circled back to the hotel.  And
11  then we prepared to meet Ed the next day.
12      When we met Ed the next day, I think we met
13  right around 11 o'clock a.m.  I believe that Ed drove
14  Manuel Chavez and my -- me to his house --
15      Or no.  Maybe he drove me.  Trying to think.
16  No, he drove us.
17      Manuel drove out to Texas in late January.
18  But at that meeting, we all took airplanes.
19    Q.  Mm-hmm.
20    A.  So I think -- I think he drove us.
21    Q.  Okay.
22    A.  Yeah.
23    Q.  Drove you -- drove you to his home?
24    A.  Yes.  From the hotel.
25    Q.  Okay.  So you flew in on the 19th, stayed

Page 108

1  over.  And then Mr. Butowsky picked you up on the
2  20th?
3    A.  Yes.
4    Q.  From the hotel?
5    A.  Yes.
6    Q.  To take you to his house.
7    A.  Yes.
8    Q.  Around 11 o'clock in the morning.
9    A.  Yes.
10    Q.  Okay.  In advance of that meeting, had there
11  been conversations with respect to the purpose of the
12  meeting, the agenda for the meeting, the participants
13  in the meeting, or any other logistical --
14    A.  No.
15    Q.  -- issues?
16    A.  No.
17    Q.  Mr. Butowsky just told you that he wanted to
18  have a meeting in person?
19    A.  Mm-hmm.
20      He did say he wanted to open up his Rolodex.
21      He said, I want to meet you in person, and
22  then I want to see this company, you know, turned to
23  a billion-dollar company.
24    Q.  And by "this company," you meant Shadowbox?
25    A.  Yes.

Page 109

1    Q.  Okay.  Did Mr. Butowsky tell you, in advance
2  of the meeting, that there would be other
3  participants aside from Shadowbox members?
4    A.  No.
5    Q.  Okay.  So you get to Mr. Butowsky's house at
6  around 11 o'clock in the morning of September 20th?
7    A.  Yes.
8    Q.  Okay.  And then you walk me through what
9  happens from there.
10    A.  We sit down in the living room.  There are
11  other people there.  Matt Couch is there.  That's a
12  surprise to me.
13      We introduce each other.  There's a woman,
14  who is Melia Zimmerman.  There's a man named
15  Dave Stossel.  Dave Stossel came there with
16  Joe Berkell [sic] -- B-e-r-k-e-l-l, I believe that's
17  the spelling.  It might -- it could be B-i-r-k-e-l-l.
18      Joe Berkell [sic] is the husband of
19  Lara Logan, the 60 Minutes reporter.
20      And so here we are:  Trevor, Manuel Chavez,
21  myself, Beth, Melia, Matt, a man named Josh who came
22  with Matt, Dave Stossel and Ed.
23      Danny (phonetic), who is Ed's wife, was, I
24  think, busy preparing some foods [sic], there, too.
25      So we all started to discuss things.  And it



Page 110

```
 1   became bifurcated, where there were small discussions
 2   here, small there.
 3          But it was Ed who was holding court.  And so
 4   he would take a fork and go to a wine glass and says
 5   okay, I have a speech.
 6          And that's where he started to say, my life
 7   has been turned upside down ever since I tried to
 8   help a kid named Seth Rich.  And he said, you know,
 9   I've gone through horrible stuff, it's been horrible
10   for my family.
11          He played the victim card at that point.
12          And we had lunch.  Joe Berkell was talking
13   about an application that can track who you associate
14   with on social media.
15          Dave Stossel was a veteran.  And he was with
16   Bravo -- Bravo 13.  He was a ranger.
17          And so, you know, I -- I've had an
18   association with -- with the Department of Defense,
19   you know, in an earlier carnation.  So we talked
20   about conflict.  Seemed like a nice guy.
21          Ed then brought up -- I was at -- at one end
22   of the table.  And Defango was there.  I think Trevor
23   was two over.
24          And Ed brought up, here's what I want you
25   guys to do.
```

Page 111

```
 1          And he said, I want to outfit a van.  I'll
 2   pay for everything.  I want it outfitted with a
 3   StingRay.  He said, I want you guys to have ability
 4   to listen in on phone calls, to listen on
 5   conversations, and to listen to whatever devices I
 6   have to get into their emails.
 7          And I stopped him cold, and I said, that's
 8   wiretapping.  It's federal.  We don't break laws.
 9          And Manny says, I break laws.
10          And Ed didn't like my answer and then
11   started talking to Manny.  And he ignored me.
12          Manny said, yeah, we can do it.  I can get
13   it to the point where -- where every keystroke, I'll
14   know what's going on with them.
15          And he says, I'm -- I'm down for a ride.
16   Let's go to Omaha.
17          So he's very, very specific in telling Ed he
18   can do it.  He said he had the capabilities to do it.
19          This is a man who, until recently, was
20   denying that there was even a meeting.
21          Manuel Chavez livestreams everything.  So he
22   was gung ho on it, hundred percent.
23     Q.  Did Mr. Butowsky say why he wanted you to go
24   in a spy van to survey the -- to surveil the Rich
25   family?
```

Page 112

```
 1     A.  He said, I'm going to get down to the bottom
 2   of this.  They're holding back on me.
 3     Q.  What did he think they were -- what did he
 4   say he thought they were holding back?
 5     A.  That, only he can tell you.  He never told
 6   me other than, they're holding secrets from me.
 7          And my -- I had -- I had two big problems
 8   with it.
 9          Number one, I'm a privacy freak, which --
10   which it seemed to me offensive.
11          But number two, it's beyond illegal.  No one
12   had a private eye license; right?  Which you can do a
13   certain amount of this stuff.
14          You can't -- you know, you can't eavesdrop
15   on phone calls.  You can't, you know, listen in on
16   conversations at home.  This is -- law enforcement
17   can if they suspect a crime; right?  You -- you see
18   that.
19          But a private citizen doing this to another
20   private citizen is offensive as could be.
21     Q.  How did that conversation end?  In terms of
22   Mr. Butowsky was requesting that you would outfit a
23   spy van and surveil the Rich family, what was the
24   result of that conversation?
25     A.  He ignores me mostly for the rest of the
```

Page 113

```
 1   day.  And then, finally, he looks over at me, and he
 2   says, you can't stomach -- stomach this, Dudley -- as
 3   in Dudley Do-Right.
 4          And he says, Manny and I will go handle it.
 5     Q.  Do you know whether this operation that
 6   you're describing ended up taking place?
 7     A.  I have heard from Stuart Blaugrund.
 8          (Reporter clarification.)
 9          THE WITNESS:  Blaugrund, B-l-a-u, as in the
10   German for blue, and then grund, g-r-u-n-d.
11          I heard from Stuart Blaugrund that
12   Matt Couch was in Omaha.
13          I didn't have any personal knowledge of
14   that, but he told me that.
15          I want to tell you another small thing that
16   happened in that room.
17          After Ed basically shooed me away,
18   Matt Couch looked over at Defango, and said, you are
19   really good.  You just hacked my computer.
20          So right there, when they were standing next
21   to us --
22          Sorry.  Got a piece of plastic.
23          Right when they were next to each other,
24   Matt declared to everybody, wow, Manny, you've got
25   chops.  You just hacked my computer.
```



Page 158

1   August of 2017. But I think, obviously, he was at
2   that meeting for September 20th --
3       Q.  Mm-hmm.
4       A.  -- so he got paid.
5       Q.  Yeah. But -- so that -- just so the --
6   there was an arrangement as of at least September --
7   as -- sorry.
8       As of at least Octo- -- sorry.
9       As of at least August of 2017, there was an
10  arrange- -- a financial arrangement between Ed
11  Couch -- between Ed Butowsky and Matt Couch --
12      A.  Yeah.
13      Q.  -- whereby Ed Butowsky --
14      A.  Put --
15      Q.  -- paid Matt Couch to be Ed Butowsky's,
16  quote-unquote, "militia," with respect to
17  Mr. Butowsky's allegations against Aaron Rich and
18  Seth Rich.
19      A.  Yes.
20      Q.  Okay. And did Matt Couch have conversations
21  with you about whether there was any actual evidence
22  supporting Mr. Butowsky's allegations that Aaron Rich
23  or Seth Rich were involved in hacking the DNC emails?
24      A.  He never did.
25      You know, part of my conversation with him

Page 159

1   was, I told him, if I hear the name "Seth Rich" one
2   more time, I'm going to blow up.
3       So we talked about other things.
4       Q.  Did Matt Couch ever tell you whether he
5   actually believed that Aaron Rich or Seth Rich had
6   had anything to do with hacking the DNC emails?
7       A.  He didn't. It was -- forgot about this. He
8   was enamored of who I was as a -- as a person. So it
9   was more, you know, always complimenting me, you
10  know, always asking, you know, you've done things all
11  over the world, that kind of thing. So...
12      It was more that he was asking me, you know,
13  where did you learn all these languages? Where did
14  you do this? How do you -- how did you know Bruce
15  Cooper Clarke, the --
16      Bruce Cooper Clarke who was a former deputy
17  director of the CIA. He's a close friend. He's the
18  one who cleaned up the CIA. It dirty again, by the
19  way.
20      (Reporter clarification.)
21      THE WITNESS: It's -- he's -- he's the one
22  under Admiral Turner, that cleaned up the CIA and
23  booted over 800 agents because they were corrupt.
24  So...
25      Bruce was a great guy.

Page 160

1       Q.  Sorry. I want to go -- there's one question
2   I actually had about the September 20th meeting that
3   I failed to ask you.
4       During that meeting, Mr. Butowsky -- you've
5   testified that Mr. Butowsky inquired as to the
6   feasibility of a surveillance operation against the
7   Rich family in Nebraska.
8       Right?
9       A.  Yes.
10      Q.  Was there any discussion about having a
11  surveillance operation targeted at Aaron Rich?
12      A.  Yes. That's -- Ed asked Defango that. And
13  I kept quiet.
14      And Defango started to say, well, we
15  could --
16      And then Ed shut him up because he looked
17  over at me; he said, we'll talk later.
18      So he had -- actually, it came out of his
19  mouth -- out of his mouth.
20      And Defango says, oh, sure. We can do this
21  and this.
22      And then Ed caught himself and noticed that
23  I was watching every move, and he said, okay, let's
24  talk about this later.
25      Q.  What exactly did Mr. Butowsky or Mr. Chavez

Page 161

1   say about potentially surveying -- surveilling
2   Aaron Rich?
3       A.  Ed had only asked -- he said, could you do
4   the same with Aaron Rich?
5       And then he said, absolutely, 100 percent.
6       And then after the meeting, I talked to
7   Defango.
8       Defango said, I got this handled. I'm Ed's
9   point man. I can handle both of these jobs in my
10  sleep.
11      And I told him, this is not going to be on
12  Shadowbox. I want nothing to do with this.
13      And he said, don't you worry.
14      Q.  Do you know whether a surveillance operation
15  was, in fact, conducted against Aaron Rich?
16      A.  That's what Manuel Chavez told me later. He
17  said -- yeah.
18      He said, I -- I'm on it, and the wheels are
19  in motion.
20      Q.  Mm-hmm.
21      A.  So then, when I was -- February 3rd, I moved
22  in, in Dallas.
23      Defango -- Manuel Chavez, he goes by the
24  name "Defango" -- was there a couple days before. So
25  perhaps, five or six days in, we were having lunch at

