**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>                 Plaintiff,<br><br>   v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                 Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR AUTHORIZATION TO TAKE UP TO FIFTEEN TOTAL DEPOSITIONS
AND NOTICE OF DEFENDANT'S FAILURE TO OPPOSE SAME**

On October 14, 2019, Plaintiff filed with this Court a Motion for Authorization to Take up to Fifteen Total Depositions in which Plaintiff asked this Court to grant Plaintiff leave to take up to a total of fifteen depositions in this case, or an expansion of ten additional depositions beyond the five authorized by the Court. *See* Dkt. 83. Defendant Couch consented to the Motion. Defendant Butowsky's opposition to the Motion was due on October 28, 2019, fourteen days after Plaintiff filed this Motion. LCvR 7(b).

Defendant Butowsky has not filed an opposition to Plaintiff's Motion for Authorization to Take up to Fifteen Total Depositions. The Court should therefore consider the Motion unopposed and grant it. LCvR 7(b) ("Within 14 days of the date of service . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded."); *see United States v. Alrasheedi*, 953 F. Supp. 2d 112, 113 (D.D.C. 2013) (Leon, J.) (noting the "rule applies with equal force to *pro se* litigants"); *Ashford v. E. Coast Exp. Eviction*,

774 F. Supp, 2d 329, 331 (D.D.C. 2011) (Leon, J.). Plaintiff respectfully urges the Court to do so expeditiously so as to provide Plaintiff ample time to notice and prepare for the additional depositions.

Dated: October 29, 2019

/s/ _Michael J. Gottlieb_____
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

*Attorneys for Plaintiff Aaron Rich*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on October 29, 2019, the foregoing document was (1) filed through the CM/ECF system and thereby served electronically on counsel and parties who receive notice through CM/ECF and (2) emailed to Philip Harvey at pharvey@harveybinnall.com, Edward Butowsky at ebutowsky@gmail.com, Eden Quainton at equainton@gmail.com, and Matthew Couch and America First Media at mattcouch@af-mg.com.

Dated: October 29, 2019

/s/ _Michael J. Gottlieb_____
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960) WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com