# EXHIBIT A

| | |
|---|---|
| **From:** | Sam Hall |
| **Sent:** | Thursday, October 17, 2019 5:12 PM |
| **To:** | ebutowsky@gmail.com |
| **Cc:** | 'Philip Harvey'; Joshua Riley |
| **Subject:** | Rich v. Butowsky et al., RFAs and Deposition Schedule |
| **Attachments:** | 2019-10-17 FINAL Butowsky Rule 36 RFAs.pdf |

Mr. Butowsky,

We are emailing you, cc'ing Mr. Harvey, because the Court has granted his motion to withdraw as your attorney but we now have a pending motion for reconsideration of that order. We intend to continue to copy Mr. Harvey on correspondence with you until we have received a ruling on our motion or until suitable replacement counsel has entered an appearance on your behalf. That said, please advise if you have appointed new representation in this matter with whom we can confer on these and other outstanding and future issues.

I attach discovery requests dated today, seeking responses to requests for admission pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure. These requests are due within thirty days of service.

In addition, we would like to notice your deposition for a date in **mid-January** prior to the close of discovery. **Please promptly provide available dates and preferred location (assuming that will be in Texas).**

Because discovery closes in three months, we are noticing this deposition based on the expectation that you will make a good faith effort to engage in discovery. To date, your production and interrogatory responses have been wholly deficient (and in the case of some of your interrogatory answers demonstrably false) for all of the reasons we have articulated in a number of communications with Mr. Harvey. Please confirm that you are in possession of those communications and are working to address the inadequacies articulated therein. Mr. Rich reserves the right to seek all remedies, including to seek sanctions pursuant to Rule 37, keep the deposition open and/or request a second deposition, related to your continued obfuscation of your discovery obligations.

Finally, we are in receipt of the first set of interrogatories that Mr. Harvey served on October 7. Because you asked for material that squarely qualifies as Highly Confidential–Attorney's Eyes Only pursuant to the Protective Order in the case, we will serve you with answers that redact that type of information. As soon as you appoint counsel that has entered an appearance in the case, we will provide that attorney with an unredacted version.

Regards,

**Samuel Hall**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1443 | Fax: +1 202 303 2443
shall@willkie.com | vCard | www.willkie.com bio