# EXHIBIT 6

| | |
|---|---|
| **From:** | Meryl Governski |
| **Sent:** | Tuesday, September 10, 2019 9:36 AM |
| **To:** | wl-legal@sunshinepress.org |
| **Cc:** | Gottlieb, Michael |
| **Subject:** | Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C) |

To the Legal Representatives of WikiLeaks,

This Firm represents Aaron Rich—whose brother Seth was murdered in Washington, D.C. in July 2016—in ongoing federal litigation before the United States District Court for the District of Columbia.  *See Rich v. Butowsky et al*, No. 1:18-cv-00681-RJL (D.D.C).  We believe that the interests of transparency and open government would be aided by your participation in our litigation.  Towards that end, we have for more than a year attempted to reach you and your representatives via diplomatic channels, as well as through legal counsel of Mr. Julian Assange in the United States, Mr. Barry Pollack.  We have received no assistance in our efforts to date.

Your website provides this email address (wl-legal@sunshinepress.org) as the proper recipient for "all USA legal correspondence to our lawyers" but also states that you "do not accept electronic serving of legal documents."  We are writing to inquire whether, notwithstanding that declaration, you would be willing to discuss conditions under which you could participate in our litigation, including but not limited to your agreement to accept service of a subpoena issued pursuant to Rule 45 of the Federal Rules of Civil Procedure.  Alternatively, we would be pleased to discuss this matter with your outside counsel, if you provide us with the appropriate contact information.

Thank you for your prompt attention to this important matter.

Respectfully,
Meryl Governski