# EXHIBIT 18

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AARON RICH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:18-cv-681-RJL |
| | ) |
| **EDWARD BUTOWSKY, *et al.*,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT BUTOWSKY'S RULE 26(a) INITIAL DISCLOSURES**

Defendant Edward Butowsky submits the following disclosures pursuant to Rule 26(a)(1).  These disclosures are based upon information that is now reasonably available to Mr. Butowsky.  He reserves the right to supplement and/or amend these disclosures pursuant to Rule 26(e)(1).

These disclosures do not include the names of any potential experts retained or consulted by Mr. Butowsky.  He will produce information relating to experts as may be appropriate under Rule 26(a)(2) and any Scheduling Orders entered by the Court.  In addition, the disclosures do not include documents that may be in the possession of the Plaintiff.

These disclosures do not constitute a waiver of any work product protection and are without prejudice to any other issue or argument.

I.   **Individuals Likely to Have Discoverable Information:**

Individuals listed below may have discoverable information that Mr. Butowsky may use to support his defenses.  The description of each person's likely discoverable information is not necessarily limited to the topics described

below.  Investigation and discovery are ongoing.  Mr. Butowsky may supple-

ment this list as information becomes available.

    1.    Edward Butowsky
          c/o Counsel

          Mr. Butowsky has knowledge of some of the facts and circum-
          stances alleged in the complaint.

    2.    Matthew Couch
          2300 West Ash Street
          Rogers, AR 72758

          Mr. Couch has knowledge of some of the facts and circumstances
          alleged in the complaint.

    3.    Cassandra Fairbanks
          Address unknown

          Ms. Fairbanks has knowledge about the articles she wrote about
          Seth Rich's murder and investigation and about statements made
          by Julian Assange about Aaron Rich.

    4.    Malia Zimmerman
          c/o Dechert LLP

          Ms. Zimmerman has knowledge about her investigation of and the
          article she wrote about Seth Rich's murder and about the FBI's file
          on the Seth Rich murder investigation.

    5.    Joel Rich
          c/o Massey & Gail

          Mr. Rich has knowledge of his communications with Mr. Butowsky
          and the hiring of Rod Wheeler to investigate Seth Rich's murder.

    6.    Mary Rich
          c/o Massey & Gail

          Ms. Rich has knowledge of his communications with Mr. Butowsky
          and the hiring of Rod Wheeler to investigate Seth Rich's murder.

    7.    Rod Wheeler
          14006 Silver Teal Way
          Upper Marlboro, MD 20744

Mr. Wheeler has knowledge regarding his investigation of Seth Rich's murder, his communications with Mr. Butowsky, his communications with Mary Rich and Joel Rich.

8.   Seymour Hersch
     Address unknown

     Mr. Hersch has knowledge of his investigation of Seth Rich's murder and communications with Mr. Butowsky regarding the same.

9.   Larry Johnson
     Address unknown

     Mr. Johnson has knowledge of his investigation of Seth Rich's murder and communications with Mr. Butowsky regarding the same.

10.  Ellen Ratner
     Address unknown

     Ms. Ratner has knowledge of her communications with Julian Assange about Seth Rich's alleged involvement in the DNC hack and about her request that Mr. Butowsky contact the Rich family.

11.  Aaron Rich
     c/o Boies Schiller Flexner LLP

     Mr. Rich has knowledge of the facts alleged in the complaint.

12.  Julian Assange
     Address unknown, believed to be in custody in the United Kingdom

     Mr. Assange may have knowledge concerning the downloading of files from the Democratic National Committee

In addition to the person(s) identified above, Mr. Butowsky also identifies all persons named in Plaintiff's Initial Disclosures pursuant to Rule 26(a)(1)(A).

## II.   **Relevant Documents:**

Mr. Butowsky has in his possession, custody or control the following categories of documents that may be used to support his defenses:

1. Documents in his own custodial files, to be collected and produced in discovery, including e-mails, social media accounts, audio recordings and other electronic documents; and

2. Documents that have been or will be produced by Plaintiff or third parties in discovery.

Mr. Butowsky reserves the right to supplement and acknowledges that he will be required to supplement this information based upon further discovery and expert testimony and reports.

### III.  **Damages:**

Not applicable.

### IV.  **Insurance Agreements:**

Mr. Butowsky has a State Farm insurance policy (No. 43CEW0543) with a $1,000,000 limit, inclusive of litigation expenses, which may be available to indemnify him against a judgment rendered in this case.  A copy will be provided.

Dated: August 16, 2019

Philip J. Harvey (#252080)
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
(703) 888-1943
(703) 888-1930 (fax)
pharvey@harveybinnall.com

*Counsel for Defendant*
*Edward Butowsky*

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, a copy of the foregoing was

served by agreement by electronic mail on the following:

Joshua Riley
Meryl C. Governski
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, N.W.
Washington, DC 20005
jriley@bsfllp.com
mgovernski@bsfllp.com

Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
mgottlieb@willkie.com

Matthew Couch
2300 W Ash Street
Rogers, Arkansas 72758
mattcouch@af-mg.com
*Co-Defendant*

Philip J. Harvey (#252080)