AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Aaron Rich | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cv-0861 |
| Edward Butowsky, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew Couch

Date:   11/07/2019

*Attorney's signature*

Eden P. Quainton NY 0318
*Printed name and bar number*

Quainton Law, PLLC
1001 Avenue of the Americas, 11th Fl.
New York, NY 10018

*Address*

equainton@gmail.com
*E-mail address*

(212) 813-8389
*Telephone number*

(212) 813-8390
*FAX number*