UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                      Plaintiff,<br><br>    v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                      Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**DECLARATION OF MERYL C. GOVERNSKI IN SUPPORT OF MR. RICH'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST**

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Plaintiff Aaron Rich. This declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of Mr. Rich's Request for International Judicial Assistance: Letter of Request Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Convention").

3. Attached as Exhibit 2 to this Declaration is a slip sheet for a true and correct copy of a Nieuwsuur video, "Julian Assange on Seth Rich," to be submitted in DVD format. The video is also available online at https://www.youtube.com/watch?reload=9&v=Kp7FkLBRpKg (last visited Oct. 28, 2019).

1

4. Attached as Exhibit 3 to this Declaration is a true and correct copy of a PDF printout of WikiLeaks' August 10, 2016, 7:41 PM tweet, https://twitter.com/wikileaks/status/763565863861616640.

5. Attached as Exhibit 4 to this Declaration is a true and correct copy of a PDF printout of WikiLeaks' May 16, 2017, 3:15 PM tweet, https://twitter.com/wikileaks/status/864605358488256514.

6. Attached as Exhibit 5 to this Declaration is a true and correct copy of a PDF printout of WikiLeaks' August 1, 2017, 2:18 PM tweet, https://twitter.com/wikileaks/status/892494677823434753.

7. Attached as Exhibit 6 to this Declaration is a true and correct copy of a PDF printout of WikiLeaks' August 1, 2017, 3:22 PM tweet, https://twitter.com/wikileaks/status/892510925244203008.

8. Attached as Exhibit 7 to this Declaration is a true and correct copy of an excerpt of Special Counsel Robert S. Mueller, III's *Report On The Investigation Into Russian Interference In The 2016 Presidential Election*, dated March 2019, https://www.justice.gov/storage/report.pdf.

9. Attached as Exhibit 8 to this Declaration is a true and correct copy of a PDF printout of the WikiLeaks:Contact webpage, https://wikileaks.org/wiki/WikiLeaks:Contact (last visited Oct. 28, 2019).

10. Attached as Exhibit 9 to this Declaration is a true and correct copy of "Democrats serve Australia-based WikiLeaks with lawsuit via Twitter," an article by Anthony Colangelo, published in *The Sydney Morning Herald* on August 11, 2018, https://www.smh.com.au/world/north-america/us-democrats-serve-australia-based-wikileaks-with-lawsuit-via-twitter-20180811-p4zww0.html.

11. Attached as Exhibit 10 to this Declaration is a true and correct copy of a PDF printout of the WikiLeaks:Legal webpage, https://wikileaks.org/wiki/WikiLeaks:Legal (last visited Oct. 28, 2019).

12. Attached as Exhibit 11 to this Declaration is a true and correct copy of "12 Years Of Disruption: A WikiLeaks TimeLine," an article by David Welna, published by *NPR* on April 11, 2019, https://www.npr.org/2019/04/11/712306713/12-years-of-disruption-a-wikileaks-timeline.

13. Attached as Exhibit 12 to this Declaration is a true and correct copy of "Julian Assange: Wikileaks co-founder jailed over bail breach," an article published by *BBC News* on May 1, 2019, https://www.bbc.com/news/uk-48118908.

14. Attached as Exhibit 13 to this Declaration are true and correct copies of a July 17, 2018 email from M. Governski to K. Ossenova (DOJ-Office of International Judicial Assistance ("DOJ-OIJA")) re: IACAP Inquiry and the July 17, 2018 Letter from M. Governski to K. Ossenova (DOJ-OIJA) that was attached to the email.

15. Attached as Exhibit 14 to this Declaration is a true and correct copy of a July 19, 2018 email from K. Ossenova (DOJ-OIJA) to M. Governski re: IACAP Inquiry.

16. Attached as Exhibit 15 to this Declaration are true and correct copies of an April 19, 2019 email from M. Gottlieb to B. Pollack re: Correspondence re J. Assange and the April 19, 2019 Letter from M. Gottlieb to B. Pollack that was attached to the email.

17. Attached as Exhibit 16 to this Declaration is a true and correct copy of an email chain between M. Gottlieb and B. Pollack dated April 19, 2019 through August 14, 2019, with page numbers added for ease of reference.

18. Attached as Exhibit 17 to this Declaration is a true and correct copy of a September 10, 2019 email from M. Governski to wl-legal@sunshinepress.org re: Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C.).

19. Attached as Exhibit 18 to this Declaration is a true and correct copy of a September 10, 2019 Mimecast Email Alert delivered to M. Governski indicating the September 10, 2019 email from M. Governski to wl-legal@sunshinepress.org re: Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C.) was not delivered due to an "unavailable or busy" server.

20. Attached as Exhibit 19 to this Declaration is a true and correct copy of a September 10, 2019 email from M. Governski to wl-lawyers@sunshinepress.org re: FW: Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C.).

21. Attached as Exhibit 20 to this Declaration is a true and correct copy of a September 10, 2019 Mimecast Email Alert delivered to M. Governski indicating the September 10, 2019 email from M. Governski to wl-lawyers@sunshinepress.org re: FW: Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C.) was not delivered due to an "unavailable or busy" server.

22. Attached as Exhibit 21 to this Declaration is a true and correct copy of a September 14, 2019 Mimecast Email Alert delivered to M. Governski indicating the September 10, 2019 email from M. Governski to wl-legal@sunshinepress.org re: Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C.) was not delivered due to an "unavailable or busy" server "after 30 attempt(s) to deliver over a period of 93 hour(s)."

23. Attached as Exhibit 22 to this Declaration is a true and correct copy of a September 14, 2019 Mimecast Email Alert delivered to M. Governski indicating the September 10, 2019 email from M. Governski to wl-lawyers@sunshinepress.org re: FW: Rich v. Butowsky et al, No.

1:18-cv-00681-RJL (D.D.C.) was not delivered due to an "unavailable or busy" server "after 30 attempt(s) to deliver over a period of 93 hour(s)."

24. Attached as Exhibit 23 to this Declaration is a true and correct copy of a September 20, 2019 email from M. Governski to wl-lawyers@sunshinepress.org and wl-legal@sunshinepress.org re: FW: Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C.).

25. Attached as Exhibit 24 to this Declaration is a true and correct copy of a September 20, 2019 Mimecast Email Alert delivered to M. Governski indicating the September 20, 2019 email from M. Governski to wl-lawyers@sunshinepress.org and wl-legal@sunshinepress.org re: FW: Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C.) was not delivered to wl-lawyers@sunshinepress.org due to an "unavailable or busy" server "after 6 attempt(s) to deliver over a period of 1 hour(s)."

26. Attached as Exhibit 25 to this Declaration is a true and correct copy of a September 20, 2019 Mimecast Email Alert delivered to M. Governski indicating the September 20, 2019 email from M. Governski to wl-lawyers@sunshinepress.org and wl-legal@sunshinepress.org re: FW: Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C.) was not delivered to wl-legal@sunshinepress.org due to an "unavailable or busy" server "after 6 attempt(s) to deliver over a period of 1 hour(s)."

27. Attached as Exhibit 26 to this Declaration is a true and correct copy of a September 24, 2019 Mimecast Email Alert delivered to M. Governski indicating the September 20, 2019 email from M. Governski to wl-lawyers@sunshinepress.org and wl-legal@sunshinepress.org re: FW: Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C.) was not delivered to wl-legal@sunshinepress.org due to an "unavailable or busy" server "after 30 attempt(s) to deliver over a period of 93 hour(s)."

28. Attached as Exhibit 27 to this Declaration is a true and correct copy of a September 24, 2019 Mimecast Email Alert delivered to M. Governski indicating the September 20, 2019 email from M. Governski to wl-lawyers@sunshinepress.org and wl-legal@sunshinepress.org re: FW: Rich v. Butowsky et al, No. 1:18-cv-00681-RJL (D.D.C.) was not delivered to wl-lawyers@sunshinepress.org due to an "unavailable or busy" server "after 30 attempt(s) to deliver over a period of 93 hour(s)."

29. Attached as Exhibit 28 to this Declaration is a true and correct copy of Defendant Couch's Rule 26(a) Initial Disclosures, served on Plaintiff on August 18, 2019.

30. Attached as Exhibit 29 to this Declaration is a true and correct copy of Defendant Butowsky's Rule 26(a) Initial Disclosures, served on Plaintiff on August 16, 2019.

31. Attached as Exhibit 30 to this Declaration are true and correct copies of a June 23, 2019 email from M. Couch to M. Governski and the attached initial (unverified) "Reply for Requested Documents from Matthew Couch."

32. Attached as Exhibit 31 to this Declaration is a true and correct copy of a Declaration submitted by Edward Butowsky on October 29, 2019 in *Butowsky v. Gottlieb, et al.*, Case No. 4:19-cv-00180 (E.D. Tex.) as Docket Entry 172-3, in support of his Response in Opposition to a Motion for Sanctions.

Executed: November 8, 2019

*/s/ Meryl C. Governski*
MERYL C. GOVERNSKI
D.C. Bar No. 1023549
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgovernski@bsfllp.com