# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## NOTICE OF FILING OF A DVD

Pursuant to Local Rule 5.4(e), Plaintiff hereby gives notice of filing Governski Decl. Ex. 2, a Niuwsuur Video titled "Julian Assange on Seth Rich," available at https://www.youtube.com/watch?v=Kp7FkLBRpKg.  Due to the nature of the exhibit, it cannot be filed electronically through the Court's ECF System.  Pursuant to Local Rule 5.4(e), Plaintiff will maintain a copy of the video on a DVD and make it available for a party or the Court upon request.

Dated: November 8, 2019

　　　　　　　　　　　　　　　　　　/s/ _Michael J. Gottlieb_____
　　　　　　　　　　　　　　　　　　MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
　　　　　　　　　　　　　　　　　　WILLKIE FARR GALLAGHER LLP
　　　　　　　　　　　　　　　　　　1875 K Street NW, Washington, DC 20006
　　　　　　　　　　　　　　　　　　Tel: (202) 303-1442 / Fax: (202) 303-2000
　　　　　　　　　　　　　　　　　　mgottlieb@willkie.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*