# EXHIBIT 10

☰  WikiLeaks                                                     S    h    D    o

Search                                                                                                        🔍

project page | discuss | view source

# WikiLeaks:Legal

**Contents** [hide]
1 Send all USA legal correspondence to our lawyers
2 Digital Millennium Copyright Act
 2.1 Designated Agent
 2.2 Complaint Notice Procedures for Copyright Owners

## Send all USA legal correspondence to our lawyers

Email:

`wl-legal@sunshinepress.org`

you will then be provided with a postal address and contact details.

**We do not accept electronic servicing of legal documents.**

- Main Page
- Country index
- Follow us

[Go] [Search]

- What links here
- Related changes
- Special pages
- Printable version
- Permanent link

- Flattr profile
- Follow us on Twitter
- Check our Reddit
- Twitter this

## Digital Millennium Copyright Act

This policy is intended to implement the procedures set forth in 17 U.S.C. Section 512 and the Digital Millennium Copyright Act ("DMCA") for the reporting of alleged copyright infringement.

### Designated Agent

To contact Wikileaks (USA)'s Designated Agent to receive notification of alleged infringement under the DMCA, please email this address listed below. You will then be provided with contact details for the Wikileaks Agent:

`wl-legal@sunshinepress.org`

**We do not accept electronic servicing of legal documents**; email for our service address.

### Complaint Notice Procedures for Copyright Owners

The following elements must be included in your copyright infringement notice:

1. A written signature of the copyright owner or a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
2. An accurate identification of the copyrighted work claimed to have been infringed.
3. Proof of Wikileaks (USA)'s ongoing facilitation of the distribution of the alleged infringing work. Be sure not to confuse independent Wikileaks organizations in other jurisdictions with Wikileaks (USA).
4. A description of the DMCA provision applying.
5. Information reasonably sufficient to permit Wikileaks (USA) to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
6. A statement from the complaining party that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law (including first amendment protections).
7. A statement, under a penalty of perjury, that the information in the notice is accurate, including that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Failure to include all of the above information may result in a delay of the processing of the DMCA notification.

Wikileaks (USA) may not be able to remove infringing works without the co-operation of its sister organizations in other jurisdictions. However Wikileaks (USA) will pass on in good faith any request that meets the notification requirements as set out above.