# EXHIBIT 13

| | |
|---|---|
| **From:** | Meryl Governski |
| **To:** | Katerina.v.ossenova@usdoj.gov |
| **Cc:** | Joshua Riley |
| **Subject:** | IACAP Inquiry |
| **Attachments:** | 2018-07-17 M. Governski Ltr to DOJ re Rich.pdf |

Ms. Ossenova,

Please see the attached correspondence.

Respectfully,
Meryl Governski

**Meryl Conant Governski**
Associate

## BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t)   202 895 7565
(m) 301 502 5638
(f)   202 237 6131
mgovernski@bsfllp.com
www.bsfllp.com



July 17, 2018

**VIA EMAIL**
Katerina Ossenova
US Department of Justice
Suite 8102
1100 L St NW
Washington, DC 20530
202-353-0194
Katerina.V.Ossenova@usdoj.gov

Re:   *Rich v. Butowsky Et Al.*, No. 1:18-cv-00681-RJL (U.S. District Court for the District of Columbia)

Dear Ms. Ossenova:

On June 25, 2018, we spoke by telephone about the process by which civil litigants can serve an individual located abroad pursuant to the Inter-American Convention on Letters Rogatory and Additional Protocol ("IACAP"). I am writing to formally request assistance from the Department of Justice Office of International Judicial Assistance ("Office") in serving upon Julian Assange, who is residing in the Ecuadorian Embassy in London, a Rule 45 subpoena in connection with the above-captioned case. Please confirm in writing whether your Office is willing to assist in that regard and, if so, the proper process by which we can effectuate service.

Sincerely,

Meryl G—

Meryl Governski
Joshua Riley
Boies Schiller Flexner LLP
1401 New York Ave NW
Washington DC, 20005
202-237-2727
mgovernski@bsfllp.com
jriley@bsfllp.com