# EXHIBIT 16

| | |
|---|---|
| **From:** | Gottlieb, Michael |
| **To:** | Pollack, Barry |
| **Cc:** | Hall, Samuel; Joshua Riley |
| **Subject:** | Re: Correspondence re J. Assange |
| **Date:** | Wednesday, August 14, 2019 10:27:58 PM |

Mr. Pollack -

It has been neary three months since this email exchange. While those three months have gone by, my client and his family have been defamed by individuals who continue to claim that Mr. Assange has relevant evidence regarding Seth and Aaron Rich that the Rich family is blocking him from releasing. As you know, that is false - as our letter clearly lays out, Mr. Rich has disclaimed any privilege and asked your client to provide whatever information he or WikiLeaks may have.

It is time to end this pointless harassment of the Rich family. Please advise whether you have communicated with your client regarding our message, which as you know contains more than a request to serve a subpoena.

If you are unwilling to help, we ask that you direct us promptly to a legal representative of either Mr. Assange or WikiLeaks with whom we may speak so that we may address this injustice.

Regards,

Mike Gottlieb


**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

On May 21, 2019, at 8:13 AM, Pollack, Barry <bpollack@robbinsrussell.com> wrote:

> Thanks, Mike.  As you might suspect, my client has only become less accessible to me since you last made this request, not more so.  Further, even if you could effectuate service, it would not seem that he is presently in possession of any documents.  I leave it to you to decide whether pursuing this subpoena is really a productive use of your time.  But, in any event, I do not have authorization to accept service of your subpoena and do anticipate being able to communicate with my client anytime soon in order to inquire whether he will give me such authorization.
>
> Barry J. Pollack
> Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP
> 2000 K Street, N.W.
> 4th Floor

Washington, DC  20006
(202) 775-4514 phone
(202) 775-4510 fax
bpollack@robbinsrussell.com


<image001.jpg>

---

**From:** Gottlieb, Michael <MGottlieb@willkie.com>
**Sent:** Tuesday, May 21, 2019 7:47 AM
**To:** Pollack, Barry <bpollack@robbinsrussell.com>
**Cc:** Hall, Samuel <SHall@willkie.com>; Joshua Riley <jriley@bsfllp.com>
**Subject:** Re: Correspondence re J. Assange

Mr. Pollack,

I am following up on this request.

Thank you,

Mike


**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

On Apr 22, 2019, at 8:36 AM, Pollack, Barry <bpollack@robbinsrussell.com> wrote:

> No, I do not represent WikiLeaks. I represent Mr. Assange only and only
> with respect to criminal litigation. I will do my best to pass on the message
> to Mr. Assange with respect to your subpoena when I can.
>
> Barry J. Pollack
>
> On Apr 22, 2019, at 7:18 AM, Gottlieb, Michael <MGottlieb@willkie.com>
> wrote:
>
>> Mr. Pollack,
>>
>> We understand that, but nonetheless we trust that you will
>> communicate our request to your client when you do speak
>> to him. If there is another attorney to whom we might
>> address our request, please do let us know. Separately, it
>> would also be helpful for us to know whether you represent

WikiLeaks as an entity.

Regards,

Mike


**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

---

**From:** Pollack, Barry [mailto:bpollack@robbinsrussell.com]
**Sent:** Saturday, April 20, 2019 8:02 AM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>
**Cc:** Hall, Samuel <SHall@willkie.com>; Joshua Riley
<jriley@bsfllp.com>
**Subject:** Re: Correspondence re J. Assange

Mike,

I do not presently have the ability to communicate with my
client and am not sure when I will be able to do so.

Barry J. Pollack

On Apr 20, 2019, at 5:53 AM, Gottlieb, Michael
<MGottlieb@willkie.com> wrote:

> Mr. Pollack,
>
> Thank you for your prompt reply.  To clarify,
> we understand that you do not currently have
> authorization to accept service of a subpoena
> on behalf of Mr. Assange. Our letter, however,
> requests that you ask your client whether, given
> the extraordinary circumstances, he is willing
> to provide you with that authorization. We trust
> you will communicate that request to your
> client and inform us of his position given the
> importance of these issues to our respective
> clients and the public interest.
>
> Regards,
>
>
> Mike

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com
bio

On Apr 19, 2019, at 4:25 PM, Pollack, Barry
<bpollack@robbinsrussell.com> wrote:

> Thanks.  To be clear, I am NOT
> authorized to accept service of
> this subpoena.
>
> Barry J. Pollack
> Robbins, Russell, Englert,
> Orseck, Untereiner & Sauber, LLP
> 2000 K Street, N.W.
> 4th Floor
> Washington, DC  20006
> (202) 775-4514 phone
> (202) 775-4510 fax
> bpollack@robbinsrussell.com
>
>
> <image001.jpg>
>
> ---
>
> **From:** Gottlieb, Michael
> <MGottlieb@willkie.com>
> **Sent:** Friday, April 19, 2019 3:15
> PM
> **To:** Pollack, Barry
> <bpollack@robbinsrussell.com>
> **Cc:** Hall, Samuel
> <SHall@willkie.com>; Joshua Riley
> <jriley@bsfllp.com>
> **Subject:** Correspondence re J.
> Assange
>
> Dear Mr. Pollack,
>
> Please see the attached
> correspondence regarding your
> client, Mr. Assange.

Respectfully,

Mike Gottlieb

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington,
DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1
202 303 2442
mgottlieb@willkie.com | vCard |
www.willkie.com bio

---

**Important Notice:** This email
message is intended to be received
only by persons entitled to receive
the confidential information it may
contain. Email messages to clients
of Willkie Farr & Gallagher LLP
presumptively contain information
that is confidential and legally
privileged; email messages to non-
clients are normally confidential and
may also be legally privileged.
Please do not read, copy, forward
or store this message unless you
are an intended recipient of it. If
you have received this message in
error, please forward it
back. Willkie Farr & Gallagher LLP
is a limited liability partnership
organized in the United States
under the laws of the State of
Delaware, which laws limit the
personal liability of partners.

---

**Important Notice:** This email message is
intended to be received only by persons entitled
to receive the confidential information it may
contain. Email messages to clients of Willkie Farr
& Gallagher LLP presumptively contain
information that is confidential and legally
privileged; email messages to non-clients are
normally confidential and may also be legally
privileged. Please do not read, copy, forward or
store this message unless you are an intended
recipient of it. If you have received this message
in error, please forward it back. Willkie Farr &
Gallagher LLP is a limited liability partnership

organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

<image001.jpg>

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.