# EXHIBIT 18

| | |
|---|---|
| **From:** | Mimecast Administrator |
| **Sent:** | Tuesday, September 10, 2019 10:50 AM |
| **To:** | Meryl Governski |
| **Subject:** | [Mimecast Postmaster] Email Delivery Warning |

Boies, Schiller & Flexner LLP
Mimecast Email Alert:  Delivery Warning

This message is a warning that an email you are trying to send has not yet been delivered. You do not have to do anything yet as the email is still queued for delivery.

An email you addressed to email address :
-- wl-legal@sunshinepress.org

has not yet been delivered. The problem appears to be :
-- Recipient server unavailable or busy

Additional information follows :
-- Connection timed out

This condition occurred after 6 attempt(s) to deliver over a period of 1 hour(s).

You will receive a rejection notice after a maximum of 2 days if the email cannot be delivered. If you sent the email to multiple recipients you will receive one of these messages for each one which is still undelivered, otherwise they have been sent.

If you have any questions, please contact your local IT support or Email BSFMimecastAdmin@bsfllp.com.

--------------------------------------------------------------------------------
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]