# EXHIBIT 29

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-681-RJL |
| EDWARD BUTOWSKY, et al., | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT BUTOWSKY'S RULE 26(a) INITIAL DISCLOSURES

Defendant Edward Butowsky submits the following disclosures pursuant to Rule 26(a)(1). These disclosures are based upon information that is now reasonably available to Mr. Butowsky. He reserves the right to supplement and/or amend these disclosures pursuant to Rule 26(e)(1).

These disclosures do not include the names of any potential experts retained or consulted by Mr. Butowsky. He will produce information relating to experts as may be appropriate under Rule 26(a)(2) and any Scheduling Orders entered by the Court. In addition, the disclosures do not include documents that may be in the possession of the Plaintiff.

These disclosures do not constitute a waiver of any work product protection and are without prejudice to any other issue or argument.

### I. Individuals Likely to Have Discoverable Information:

Individuals listed below may have discoverable information that Mr. Butowsky may use to support his defenses. The description of each person's likely discoverable information is not necessarily limited to the topics described

below. Investigation and discovery are ongoing. Mr. Butowsky may supplement this list as information becomes available.

1. Edward Butowsky
   c/o Counsel

   Mr. Butowsky has knowledge of some of the facts and circumstances alleged in the complaint.

2. Matthew Couch
   2300 West Ash Street
   Rogers, AR 72758

   Mr. Couch has knowledge of some of the facts and circumstances alleged in the complaint.

3. Cassandra Fairbanks
   Address unknown

   Ms. Fairbanks has knowledge about the articles she wrote about Seth Rich's murder and investigation and about statements made by Julian Assange about Aaron Rich.

4. Malia Zimmerman
   c/o Dechert LLP

   Ms. Zimmerman has knowledge about her investigation of and the article she wrote about Seth Rich's murder and about the FBI's file on the Seth Rich murder investigation.

5. Joel Rich
   c/o Massey & Gail

   Mr. Rich has knowledge of his communications with Mr. Butowsky and the hiring of Rod Wheeler to investigate Seth Rich's murder.

6. Mary Rich
   c/o Massey & Gail

   Ms. Rich has knowledge of his communications with Mr. Butowsky and the hiring of Rod Wheeler to investigate Seth Rich's murder.

7. Rod Wheeler
   14006 Silver Teal Way
   Upper Marlboro, MD 20744

> Mr. Wheeler has knowledge regarding his investigation of Seth Rich's murder, his communications with Mr. Butowsky, his communications with Mary Rich and Joel Rich.

8. Seymour Hersch
   Address unknown

   > Mr. Hersch has knowledge of his investigation of Seth Rich's murder and communications with Mr. Butowsky regarding the same.

9. Larry Johnson
   Address unknown

   > Mr. Johnson has knowledge of his investigation of Seth Rich's murder and communications with Mr. Butowsky regarding the same.

10. Ellen Ratner
    Address unknown

    > Ms. Ratner has knowledge of her communications with Julian Assange about Seth Rich's alleged involvement in the DNC hack and about her request that Mr. Butowsky contact the Rich family.

11. Aaron Rich
    c/o Boies Schiller Flexner LLP

    > Mr. Rich has knowledge of the facts alleged in the complaint.

12. Julian Assange
    Address unknown, believed to be in custody in the United Kingdom

    > Mr. Assange may have knowledge concerning the downloading of files from the Democratic National Committee

In addition to the person(s) identified above, Mr. Butowsky also identifies all persons named in Plaintiff's Initial Disclosures pursuant to Rule 26(a)(1)(A).

## II. Relevant Documents:

Mr. Butowsky has in his possession, custody or control the following categories of documents that may be used to support his defenses:

1. Documents in his own custodial files, to be collected and produced in discovery, including e-mails, social media accounts, audio recordings and other electronic documents; and

2. Documents that have been or will be produced by Plaintiff or third parties in discovery.

Mr. Butowsky reserves the right to supplement and acknowledges that he will be required to supplement this information based upon further discovery and expert testimony and reports.

### III. Damages:

Not applicable.

### IV. Insurance Agreements:

Mr. Butowsky has a State Farm insurance policy (No. 43CEW0543) with a $1,000,000 limit, inclusive of litigation expenses, which may be available to indemnify him against a judgment rendered in this case. A copy will be provided.

Dated: August 16, 2019

    /s/ Philip J. Harvey
Philip J. Harvey (#252080)
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
(703) 888-1943
(703) 888-1930 (fax)
pharvey@harveybinnall.com

*Counsel for Defendant
Edward Butowsky*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2019, a copy of the foregoing was served by agreement by electronic mail on the following:

Joshua Riley
Meryl C. Governski
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, N.W.
Washington, DC 20005
jriley@bsfllp.com
mgovernski@bsfllp.com

Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
mgottlieb@willkie.com

Matthew Couch
2300 W Ash Street
Rogers, Arkansas 72758
mattcouch@af-mg.com
*Co-Defendant*

_____
Philip J. Harvey (#252680)