# EXHIBIT 30

| | |
|---|---|
| **From:** | Matt Couch |
| **To:** | Joshua Riley; michael moates; Meryl Governski; Sam Hall; Bill Pierce; Josh Flippo |
| **Subject:** | Rich v. Butowsky Answers to Interrogatories for AFM & Couch |
| **Date:** | Sunday, June 23, 2019 7:39:10 PM |
| **Attachments:** | REPLY FOR REQUEST MATT COUCH.doc |
| | REPLY FOR REQUESTED DOCUMENTS (AFM).doc |
| | INTEROGATORIES MATT COUCH.doc |
| | ANSWERS TO INTEROGATORIES 2.doc |

Mr. Riley,

Please find our answers to all of your requests below. Please let us know if you have any questions.

*Matt Couch*
*America First Media Group*
*The DC Patriot*
*www.thedcpatriot.com*
*479.601.9740*
*mattcouch@af-mg.com*
*"Real News in Real Time"*

REPLY FOR REQUESTED DOCUMENTS FROM
MATHEW COUCH

PRODUCTION NO.1

To the best of our recollection, the only individuals we have had communications with are Cassandra Fairbanks, and The Gateway Pundit.

The communications with Cassandra Fairbanks was in person and in the form of a conversation during dinner at a meeting in March of 2018. At which time Ms. Fairbanks informed our team that she had met with Julian Assange at the Ecuadorian embassy in the UK. Ms. Fairbanks informed us that Mr. Assange told her that he paid Seth Rich and Aaron Rich for information. Mr. Assange's exact words according to Ms. Fairbanks, yes, I paid the boys". Ms. Fairbanks also informed us at the time that Mr. Assange pulled her aside into a private stairwell where recording devices were not present and stated "if I were to buy something on eBay, could I have it shipped here to the embassy. To which Ms. Fairbanks replied, "sure you could". Mr. Assange reiterated his point and stated, "I'm not saying that's how it happened - but I could do that - right?

The communications with the Gateway Pundit is nothing more than a phone interview which can be found on their website.

PRODUCTION NO. 2

This request is vague and ambiguous and thusly we are unable to give an adequate response. If this is referring to investigative notes, we have none. Everything reverencing the investigation has at one time been posted in articles or tweets.

PRODUCTION NO. 3

There are literally hundreds of individual tweets and articles referencing Seth Rich that have been posted to our website and social media and are readily available publicly. Retrieving and printing all of these would be a relative technical impossibility. All documents and articles are on line however to be viewed at your leisure. All articles referencing Aaron Rich have been removed as per your request.

PRODUCTION NO. 4

In regards to phone records since January 1, 2016. We did not begin actively working on the Seth Rich case until at least August of 2016. Furthermore, personal phone records are in no was related to a public defamation suit.

PRODUCTION NO. 5

In regards to "steps we have taken to preserve documents" - this request is vague and ambiguous. We have no documents concerning steps we have taken to preserve other documents. This request makes little if any sense.

PRODUCTION NO. 6
> There is no documentation in existence regarding this request.