AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Aaron Rich | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-0681 |
| Edward Butowsky et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Butowsky

Date:    11/13/2019

*Attorney's signature*

Eden P. Quainton NY 0318
*Printed name and bar number*

Quainton Law, PLLC
1001 Avenue of the Americas, 11th Fl.
New York, NY 10018

*Address*

equainton@gmail.com
*E-mail address*

(212) 813-8389
*Telephone number*

(212) 813-8390
*FAX number*