UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |

**DECLARATION OF MERYL C. GOVERNSKI
IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS AGAINST
DEFENDANT BUTOWSKY**

MERYL C. GOVERNSKI, pursuant to 28 U.S.C. § 1746, states as follows:

1. I am an associate with the law firm Boies Schiller Flexner LLP.  I am counsel for Aaron Rich, Plaintiff in the above-captioned action.  I am fully familiar with the facts of this case based on personal knowledge, information provided to me in my official capacity and counsel, and my review of documents and pleadings in this case.  I submit this Declaration to put before the Court certain information and documents relevant to the above-referenced Motion.

2. I have been intimately involved with discovery in this above-captioned case, including serving discovery on Defendant Butowsky, and in responding to Defendant Butowsky's discovery requests.

3. I am aware that Defendant Butowsky has served on Plaintiff 16 interrogatories, 30 requests for production of documents, and 26 requests for admission.

4. I am further aware that Plaintiff has timely responded to all of Defendant Butowsky's

discovery requests. Plaintiff has never requested an extension from Defendant Butowsky or this Court in order to timely comply with Defendant Butowsky's discovery requests.

5. Plaintiff's counsel has collected and reviewed close to 12,000 documents and produced 1,278 documents totaling 2,245 pages in response to Defendant Butowsky's discovery requests.

6. Attached as Exhibit 1 to this Declaration is a true and correct copy of email correspondence dated August 21, 2019, sent from Paris Sorrell to Mike Gottlieb, Meryl Governski, Joshua Riley, Matthew Couch, Philip Harvey, and Dawn Fox, with the subject line: *Rich v. Butowsky – document production link*.

7. Attached as Exhibit 2 to this Declaration is a true and correct copy of email correspondence dated September 13, 2019, sent from Paris Sorrell to Philip Harvey, Meryl Governski, Michael Gottlieb, Joshua Riley, Matthew Couch, and Dawn Fox, with the subject line: *Rich v. Butowsky – link to second document production*.

8. Attached as Exhibit 3 to this Declaration is a true and correct copy of email correspondence dated November 14, 2019, sent from Joshua Riley to Eden Quainton, copying Meryl Governski, Michael Gottlieb, and Sam Hall, with the subject line: *Rich v. Butowsky / Butowsky Discovery Responses*, attaching a collection of discovery correspondence from Plaintiff's counsel to Defendant Butowsky and his former counsel.

9. Attached as Exhibit 4 to this Declaration is a true and correct copy of email correspondence dated November 23, 2019, from Eden Quainton to Joshua Riley copying Michael Gottlieb, Meryl Governski, and Erica Spevack, with subject line: *Re: Rich v. Butowsky*.

10. Attached as Exhibit 5 to this Declaration is a true and correct copy of email

correspondence dated December 2, 2019, from Eden Quainton to Joshua Riley, Meryl Governski, Michael Gottlieb, and Sam Hall, with subject line: *Re: Rich v. Butowsky et al*.

11. Attached as Exhibit 6 to this Declaration is a true and correct copy of email correspondence dated December 1, 2019, from Joshua Riley to Eden Quainton, copying Michael Gottlieb, Meryl Governski, and Sam Hall, with subject line: *RE: Rich v. Butowsky et al*, with attachment: *2019-12-01 Search Terms for E. Butowsky List.docx*.

12. Attached as Exhibit 7 to this Declaration is a true and correct copy of email correspondence dated December 23, 2019, from Eden Quainton to Joshua Riley copying Michael Gottlieb, Meryl Governski, and Sam Hall, with subject line: *Rich v. Butowsky -- Production*.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 30th day of December 2019.

/s/ Meryl C. Governski
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131
mgovernski@bsfllp.com