# EXHIBIT 1

| | |
|---|---|
| **From:** | Paris Sorrell |
| **To:** | MGottlieb@willkie.com; Meryl Governski; Joshua Riley; mattcouch@af-mg.com; Philip Harvey; Dawn Fox |
| **Subject:** | Rich v. Butowsky - document production link |
| **Date:** | Wednesday, August 21, 2019 7:44:06 PM |
| **Attachments:** | Butowsky - Privilege Log 8.21.19.xlsx |

All,

Below is a link to Mr. Butowsky's first document production (Butowsky 0000001 - Butowsky 0001308):

https://www.ediscoveryplatform.com/DownloadProduction.aspx?SharedId=52274c0f-f6e5-47cd-9430-698d330d288b

The password to download the link is: wahoowa

This link is set to expire on August 28, 2019. If you need access after that date, please contact us. Please note that if you use a Mac, you may need to download The Unarchiver to unzip the file.

I also attach a privilege log for the production.

Please let us know if you have any trouble accessing the files.

Thanks,
Paris

--

Paris R. Sorrell
Harvey & Binnall, PLLC
717 King Street
Suite 300
Alexandria, VA 22314
(703) 888-1943
(703) 888-1930 (fax)
psorrell@harveybinnall.com