# EXHIBIT 2

| | |
|---|---|
| **From:** | Paris Sorrell |
| **To:** | Philip Harvey; Meryl Governski; Gottlieb, Michael; Joshua Riley; mattcouch@af-mg.com; Dawn Fox |
| **Subject:** | Rich v. Butowsky - link to second document production |
| **Date:** | Friday, September 13, 2019 2:32:49 PM |
| **Attachments:** | Butowsky - Priv Log for 9.13.19 Production.xlsx |

All,

Below is a link to Mr. Butowsky's second document production (Butowsky 0001315 - Butowsky 0001428).

Link:
 https://www.ediscoveryplatform.com/DownloadProduction.aspx?SharedId=f47b76be-d8d0-4d30-b244-46daa077f526

The password to download the link is: wahoowa

The link is set to expire on September 20, 2019. If you need access after that date, please contact us. Please note that if you use a Mac, you may need to download The Unarchiver to unzip the file.

I also attach a privilege log for the production.

Please let us know if you have any trouble accessing the files.

Thanks,
Paris


--

    Paris R. Sorrell
    Harvey & Binnall, PLLC
    717 King Street
    Suite 300
    Alexandria, VA 22314
    (703) 888-1943
    (703) 888-1930 (fax)
    psorrell@harveybinnall.com