# EXHIBIT 4

**From:** Eden Quainton
**To:** Joshua Riley
**Cc:** Michael Gottlieb; Meryl Governski; Erica Spevack
**Subject:** Re: Rich v. Butowsky
**Date:** Saturday, November 23, 2019 1:56:32 PM

Josh,

I appreciate your taking the time to talk through the discovery issues with me yesterday. Your email accurately summarizes our call, subject to a few comments below:

1. I have been able to confirm the dates and deliverables with Mr. Couch.

2. I can also confirm the dates and deliverables for document production with respect to Mr. Butowsky as set forth in your email.

3. I had an opportunity to discuss the "close friend" request that was specifically identified in your previous email to me with Mr. Butowsky before he left on vacation and thus do not have an issue with that point. I have not, however, been able to discuss the disclosure of the source and the date of the source in the second and third points of your second bullet point with my client. I believe the request is reasonable, but if I didn't say it was subject to confirmation with my client, I should have, as he may raise an objection I had not thought of on our call.

4. With respect to RFA No. 12, nothing on our call should have been taken as an admission or implication that Mr. Assange "instructed" Mr. Butowsky to do anything. The Request was [REDACTED] What I committed to seeking from Mr. Butowsky was [REDACTED] Again, since I have not been able to speak directly to Mr. Butowsky about this point, I do not feel comfortable making any definite representation as to any admission by my client.

Please let me know if you would like to discuss the foregoing points further. I am available this weekend on my cell.

Respectfully,

Eden

On Sat, Nov 23, 2019 at 1:14 PM Joshua Riley <jriley@bsfllp.com> wrote:

> Mr. Quainton,
>
> I write to memorialize the agreement we reached during our 3:30 pm call yesterday afternoon.

Plaintiff has agreed to extend, to 12/6, the deadline for Mr. Butowsky to respond to Plaintiff's Second Set of Interrogatories. We have done so in reliance on the following commitments from you:

- By 12/6, Mr. Couch will produce a complete document production. That production will be the result of a reasonable search for documents responsive to our prior Requests for Production and will include, but not be limited to, documents discovered through a reasonable search of Mr. Couch's gmail, imessages/texts, and social media accounts (and all associated direct messages) using search terms that we will provide by Monday. The production also will include all responsive audio recordings, including those you described during today's call, unless they are specifically entered on the privilege log referenced below. We reserve our rights to engage a vendor to conduct further searches.

- By 12/6, Mr. Couch will produce his complete privilege log. The log will identify all responsive documents or recordings that are being withheld on the basis of privilege or other objection. Thus, among other things, by 12/6, Mr. Couch will have produced or logged all of the evidence on which he relies to support the statements he has made about Aaron Rich.

- By 12/6, Mr. Butowsky will supplement his response to Interrogatory No. 2 to identify ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

- By 12/6, Mr. Butowsky will supplement his response to RFA No. 12 to identify the first date on which ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

- We will have a follow up call next week to discuss deadlines for Mr. Butowsky's productions, which deadlines will be informed by your upcoming conversations with Mr. Butowsky's insurance carrier. We all expect that Mr. Butowsky will provide a complete document production by Christmas at the latest.

- All of the foregoing is in connection with Plaintiff's First RFPs, First Sets of Interrogatories, and First Sets of RFAs. Nothing herein is intended to modify any of the parties' obligations with respect to subsequent discovery requests or issues not specifically addressed herein. We are not, for example, waiving any of our rights with respect to Mr.

Butowsky's document production that is due on 12/2.

Please let us know if you have an understanding of our agreement that is different from that set forth here.

Have a nice weekend.

~Josh

**Joshua Riley**
Partner

**BOIES SCHILLER FLEXNER LLP**

1401 New York Avenue, N.W.

Washington, DC 20005

(t)   202 237.2727

jriley@bsfllp.com

www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

--
Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296

www.quaintonlaw.com