UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH <br><br> Plaintiff, <br><br> v. <br><br> EDWARD BUTOWSKY, <br> MATTHEW COUCH, and <br> AMERICA FIRST MEDIA, <br><br> Defendants. | Civil Action No. 1:18-cv-00681-RJL <br><br> Hon. Richard J. Leon |

**<u>DECLARATION OF MERYL C. GOVERNSKI IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE THE COURT'S ORDER REQUIRING DEFENDANT COUCH TO PRODUCE DOCUMENTS AND TO REMEDY DEFENDANT COUCH'S REFUSAL TO ANSWER QUESTIONS DURING HIS DEPOSITION</u>**

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Plaintiff Aaron Rich. This Declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of an excerpt of a certified transcript of a podcast, hosted by Michael Isikoff, entitled "Conspiracyland: The Untold Story of Seth Rich. Episode 1 – The Last Days of Seth Rich," highlighted for ease of reference.

3. Attached as Exhibit 2 to this Declaration is a true and correct copy of an excerpt of a certified transcript of a podcast, hosted by Michael Isikoff, entitled "Conspiracyland: The Untold Story of Seth Rich. Episode 6 – Collateral Damage," highlighted for ease of reference.

4. Attached as Exhibit 3 to this Declaration is a true and correct copy of a document produced in this litigation by third-party Rod Wheeler, bearing bates stamp WHEELER0000493.

1

5. Attached as Exhibit 4 to this Declaration is a true and correct copy of an excerpt of a document produced in this litigation by Defendant Couch, bearing bates stamp MC000010 and marked at Defendant Couch's deposition as Couch Exhibit 63.

6. Attached as Exhibit 5 to this Declaration is a true and correct copy of a document produced in this litigation by Defendant Couch, bearing bates stamp MC000008 and marked at Defendant Couch's deposition as Couch Exhibit 73.

7. Attached as Exhibit 6 to this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky, bearing bates stamp Butowsky 0001042.

8. Attached as Exhibit 7 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Defendant Couch, highlighted for ease of reference.

9. Attached as Exhibit 8 to this Declaration is a true and correct copy of a certified transcript of an audio recording produced in this litigation by Defendant Butowsky, bearing bates stamp Butowsky 0000790, highlighted for ease of reference.

10. Attached as Exhibit 9 to this Declaration is a true and correct copy of Defendant Couch's June 23, 2019 email to Josh Riley, et al., attaching Defendant Couch's responses to Plaintiff's discovery requests, marked at Defendant Couch's deposition as Couch Exhibit 70, with page numbers added for ease of reference.

11. Attached as Exhibit 10 to this Declaration is a true and correct copy of a Defendant Couch's May 17, 2018 Motion to Dismiss for Lack of Personal Jurisdiction and supporting Declaration of AFM & Matt Couch, marked at Defendant Couch's deposition as Couch Exhibit 65, with page numbers added for ease of reference.

12. Attached as Exhibit 11 to this Declaration is a true and correct copy Defendant Couch's December 6, 2019 Privilege Log, marked at Defendant Couch's deposition as Couch Exhibit 77.

13. Attached as Exhibit 12 to this Declaration is a true and correct copy of a chart created by Plaintiff's counsel excerpting from the transcript of the deposition of Defendant Couch every instance in which Defendant Couch was instructed by his counsel not to answer.

14. Attached as Exhibit 13 to this Declaration is a true and correct copy of Defendant Couch's August 21, 2019 Responses and Objection to Plaintiff's Request for the Production of Documents and Defendant AFM's August 21, 2019 Responses and Objection to Plaintiff's Request for the Production of Documents.

15. Attached as Exhibit 14 to this Declaration is a true and correct copy of Defendant Couch's September 27, 2019 Responses and Objections to Plaintiff's First Set of Interrogatories, marked at Defendant Couch's deposition as Couch Exhibit 74, with page numbers added for ease of reference.

16. Attached as Exhibit 15 to this Declaration is a true and correct copy of Defendant Couch's October 8, 2019 Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories, marked at Defendant Couch's deposition as Couch Exhibit 75.

17. Attached as Exhibit 16 to this Declaration is a true and correct copy of an October 8, 2019 Letter from M. Governski to E. Quainton re: *Aaron Rich v. Butowsky, et al.* (United States District Court for the District of Columbia), redacted for personal information pursuant to Fed. R. Civ. P. 5.2.

18. Attached as Exhibit 17 to this Declaration is a true and correct copy of an October 25, 2019 Letter from E. Quainton to M. Governski responding to letters dated October 8, October

11 and October 16, 2019 and email dated October 21, 2019, redacted for personal information pursuant to Fed. R. Civ. P. 5.2.

19. Attached as Exhibit 18 to this Declaration is a true and correct copy of Defendant Couch's November 21, 2019 Responses and Objections to Plaintiff's Second Set of Interrogatories, marked at Defendant Couch's deposition as Couch Exhibit 76, with page numbers added for ease of reference.

20. Attached as Exhibit 19 to this Declaration is a true and correct copy of Defendant Couch's August 18, 2019 Initial Disclosures, with page numbers added for ease of reference.

21. Attached as Exhibit 20 to this Declaration is a true and correct copy of an excerpt of a December 3, 2019 email chain between E. Quainton and M. Governski, cc: M. Gottlieb and J. Riley, re: Rich v. Butowsky et al: Meet and Confer re AEO, abbreviated to remove extraneous information designated as Attorneys' Eyes Only.

Executed: January 3, 2020

/s/ *Meryl C. Governski*
MERYL C. GOVERNSKI
D.C. Bar No. 1023549
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgovernski@bsfllp.com