# EXHIBIT 1

Page 1

```
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA

                        - - -

AARON RICH,              : Civil Action No.
                         :
         Plaintiffs,     : 1:18-cv-00681
      v.                 :
                         :
EDWARD BUTOWSKY,         :
MATTHEW COUCH, and       :
AMERICA FIRST MEDIA,     :
                         :
         Defendants.     :


                        - - -

                  AUDIO TRANSCRIPTION

                        - - -


          Audio transcription of
    Podcast entitled "Conspiracyland:  The
    Untold Story of Seth Rich.  Episode 1 -
    The Last Days of Seth Rich" hosted by
    Michael Isikoff.


                        - - -

              MAGNA LEGAL SERVICES
                 (866) 624-6221
                www.MagnaLS.com
```



Page 34

1  Shooting at Flagler and W Street
2  Northwest last night at 4:19 a.m.
3  No arrests.  Update from a
4  neighbor.  Victim has died.
5       MICHAEL ISIKOFF:  All this
6  activity explains why the DC
7  police was quick to conclude Rich
8  was likely the victim of one of
9  the bands of armed robbers running
10 loose in the neighborhood.  But
11 there were puzzling aspects from
12 the scene.
13      His billfold with his credit
14 cards and his cell phone were
15 still in his pocket.  A small,
16 gold, Hebrew "chai" pendant was
17 still around his neck.  If this
18 was a robbery, why was nothing
19 taken?  It's a question that has
20 hung over the case ever since.
21      But it was explainable, the
22 cops believed, by the likelihood
23 that when Seth resisted, his
24 assailants panicked, shot him, and

Page 35

1  then fled.
2       GLENN KIRSCHNER:  I will
3  tell you, I have seen so many
4  robberies gone bad that result in
5  deadly violence when a victim is
6  running away and nothing was taken
7  from the victim.
8       MICHAEL ISIKOFF:  Glenn
9  Kirschner spent more than twenty
10 years as a homicide prosecutor in
11 Washington, DC, until he retired
12 in 2018.  He didn't work directly
13 on the Seth Rich case, but he knew
14 about it in the office and says
15 the circumstances were not that
16 unusual.
17      GLENN KIRSCHNER:  You're a
18 young man with a gun.  You're
19 gonna try to steal somebody's
20 wallet, cell phone, iPad, whatever
21 the victim happens to be carrying.
22 You pull the gun.  You say -- the
23 time-tested phrase in DC is "You
24 know what time it is."  And often,

Page 36

1  victims react not by being
2  compliant and taking their wallet
3  out and turning it over; they run,
4  they lash out, they do any number
5  of things.  And that inspires the
6  impulsive robber to pull triggers.
7       And once he pulls the
8  trigger, he flees without taking
9  the time to rummage through the
10 victim's pocket.
11      If I had a dime for every
12 time I've seen that over the 22
13 years I've been prosecuting murder
14 cases in DC, you know, I -- I
15 would be a little bit wealthier.
16           - - -
17         (Music)
18           - - -
19      MICHAEL ISIKOFF:  When it
20 came time to investigate Seth
21 Rich's murder, there was one
22 obvious candidate for the job.
23 Deborah Sines.
24      As far as I can tell, they

Page 37

1  gave you all the tough cases.
2       DEBORAH SINES:  I sure had
3  my fair share.
4       MICHAEL ISIKOFF:  Until she
5  retired last year, Sines was
6  something of a legend in the US
7  Attorney's Office in Washington.
8  A gruff, fearless prosecutor who
9  had handled some of the most
10 grisly murders in the city over
11 the last couple of decades.
12      She was put in charge of the
13 Rich case and she's talking
14 publicly about it here for the
15 first time.
16      DEBORAH SINES:  Once I
17 looked at the video surveillance
18 cameras and once I figured out
19 what Seth's route was from
20 Columbia Heights down to where he
21 lived, once I saw what the
22 ballistics were and weren't, I
23 knew this would be a hard case.
24      MICHAEL ISIKOFF:  Was he



Page 38

1  able to say anything to those
2  emergency workers that came to the
3  scene pretty quickly?
4      DEBORAH SINES: He could say
5  some words, but some -- some were
6  very hard for him to say. He was
7  very drunk.
8      MICHAEL ISIKOFF: ==Like the==
9  ==police, Sines was convinced the==
10 ==answer to identifying Seth's==
11 ==killers was to be found in those==
12 ==rash of robberies, a crime spree==
13 ==which she says was likely==
14 ==committed by drug-dealing==
15 ==residents in the neighborhood.==
16     DEBORAH SINES: ==In==
17 ==particular, there's three housing==
18 ==complexes that I knew had some==
19 ==very dangerous people in them.==
20 ==What we needed was good drug==
21 information to catch these guys.
22     MICHAEL ISIKOFF: And in
23 this case, Sines and the cops
24 didn't have it.

Page 39

1      MALE REPORTER: Police are
2  out in the neighborhood tonight.
3  They're passing out these flyers.
4  The flyers offering a $25,000
5  reward. They need some help in
6  this one. So if you know
7  something, give police a call.
8      Doreen, back to you.
9         - - -
10        (Promo)
11        - - -
12        (Music)
13        - - -
14     MARY RICH: We flew our son
15 home. I -- I have always met my
16 son at the airport when he's come
17 home, and he's always received a
18 hug and kiss. And that is exactly
19 how I was gonna meet my son for
20 his last time coming home.
21     MICHAEL ISIKOFF: When's the
22 first indication you got that
23 people were gonna try and make
24 something more out of this?

Page 40

1      MARY RICH: Well, we got a
2  lot of calls right at first, on
3  Monday, from reporters. And they
4  were asking, you know, Do you
5  think it had anything to do with
6  him working at the DNC?
7      No. You know, I don't -- it
8  didn't and it doesn't.
9      JOEL RICH: He was shot on a
10 Sunday. I think the first thing
11 showed up on Facebook or Twitter
12 the next Saturday. That quick.
13     MICHAEL ISIKOFF: Actually,
14 it was even quicker than that.
15 And how it happened was far more
16 calculated than anybody could have
17 imagined.
18     Three days after Seth's
19 murder, an article appeared on an
20 obscure website called
21 WhatDoesItMean.com.
22     ANNA MERLAN: So
23 WhatDoesItMean.com is a conspiracy
24 site that claims to be run by an

Page 41

1  ancient order of nuns called the
2  Sisters of Sorcha Faal.
3      MICHAEL ISIKOFF: Journalist
4  Anna Merlan dissected the Seth
5  Rich case in a new book called
6  "Republic of Lies: American
7  Conspiracy Theorists and Their
8  Surprising Rise to Power." She
9  was one of the first to pick up on
10 this strange item.
11     ANNA MERLAN: So on July
12 13th, WhatDoesItMean.com reported
13 Seth Rich was on his way to the
14 FBI to testify against Hillary
15 Clinton.
16     MICHAEL ISIKOFF: Even
17 though it was 4:00 in the morning.
18     ANNA MERLAN: Even though it
19 was 4:00 in the morning. The site
20 also went on to claim that
21 actually the people who he thought
22 were FBI agents were really hired
23 killers hired by the Clintons.
24     MICHAEL ISIKOFF: Wild as it



Page 42

sounds, the very first seed of Seth Rich conspiracies had been planted. And it raised some tantalizing questions. Where was this coming from? And who was really behind it? A secret order of nuns? Or was it a far more sophisticated operation?

The item from WhatDoesItMean.com got scarcely any attention at the time, but it started percolating on sites like 4chan and Reddit where outrageous items are the currency and are often posted anonymously. And it soon got the attention of a character who's anything but anonymous.

- - -

(Music)

- - -

ROGER STONE: Welcome to the Stone Cold Truth.

MICHAEL ISIKOFF: We're

Page 43

talking about Roger Stone, a self-styled dirty trickster and Donald Trump's longtime political advisor.

On August 9th at 12:37 a.m. Stone tweeted a picture of Seth, describing him as another dead body in the Clintons' wake. Coincidence? wrote Stone. I think not.

As you will hear in later episodes, Stone would become obsessed with the Rich case. In the weeks and months to come, he and others would recklessly portray Seth as a thief and a leaker and the victim of a dark political murder plot.

DEBBIE FLAX: I was having a really hard time processing it all.

MICHAEL ISIKOFF: Debbie Flax was an old friend of Seth's from grade school. She was so

Page 44

upset about what was happening to his reputation she wrote a song; a remembrance of the other Seth, the goofball kid, the political idealist, the gentle soul from Omaha.

- - -

(Music)

- - -

DEBBIE FLAX: I was thinking about Seth and everything that had happened and I finished the song in two days. And was just so filled with that confusion and that emotion and that anger that something like this could happen to someone who was such a good person that I just spilled it all in -- into the song.

- - -

(Singing: As they scream out your name.)

- - -

DEBBIE FLAX: He was a person with a family. He's not

Page 45

just some name that's spiraling conspiracy. He was someone's son.

- - -

(Singing: Fly away. Fly away.)

- - -

DEBBIE FLAX: The title of the song is "Fly Away." We need to let him go. We need to remember, but we need to be able to let him go in peace.

- - -

(Singing: Fly away. Fly away. Fly away.)

- - -

MICHAEL ISIKOFF: But there were many more who were determined not to let him go.

- - -

(Music)

- - -

MICHAEL ISIKOFF: Next on Yahoo News' Conspiracyland, Julian Assange and WikiLeaks hijack the story of Seth Rich's death.



Page 46

1  JULIAN ASSANGE: We have to
2  understand how high the stakes are
3  in the United States and our
4  sources -- you know, our sources
5  face serious risks.
6  MICHAEL ISIKOFF: A Kremlin
7  disinformation campaign swings
8  into high gear.
9  FEMALE VOICE: (Foreign
10 language.)
11 MICHAEL ISIKOFF: And the
12 prosecutor discovers a smoking
13 gun.
14 DEBORAH SINES: And then I
15 thought, Oh, my God. This is over
16 my pay grade. And then I got very
17 paranoid.
18 MICHAEL ISIKOFF: That's
19 Episode 2: The Russia Connection.
20 Thanks for listening to this
21 first episode of Yahoo News'
22 Conspiracyland. We hope you're
23 intrigued enough to stick around
24 for the next five. We need to

Page 47

1  give a couple of shout-outs here.
2  First, to my Yahoo News
3  colleague Alexander Nazaryan who
4  thought investigating the
5  conspiracies around Seth Rich's
6  murder would be a good idea for a
7  podcast.
8  Thanks also to my Yahoo News
9  colleagues Charity Elder, Dan
10 Klaidman, and Mark Seaman for
11 their helpful ideas, as well as to
12 the folks from Long Story Short
13 Media for their invaluable help in
14 producing this podcast.
15 Yahoo News' Conspiracyland
16 is brought to you by Skullduggery,
17 a weekly podcast that I host with
18 Yahoo Editor-in-Chief Dan
19 Klaidman. In each episode we
20 dissect the latest revelations and
21 controversies surrounding the
22 Trump administration, and we
23 interview key newsmakers,
24 including some of the president's

Page 48

1  fiercest critics, as well as his
2  most stalwart defenders.
3  If you're enjoying this
4  series, subscribe to Skullduggery
5  and Yahoo News' Conspiracyland to
6  listen to all our episodes and
7  leave a review.
8       - - -
9  (End of audio file)
10      - - -

Page 49

1  CERTIFICATE
2
3
4  I HEREBY CERTIFY that the
5  foregoing was transcribed by me from an
6  audio file to the best of my ability.
7
8
9
   Cindy Parker
10 Dated: October 7, 2019
11
12
13
14
15 (The foregoing certification
16 of this transcript does not apply to any
17 reproduction of the same by any means,
18 unless under the direct control and/or
19 supervision of the certifying reporter.)
20
21
22
23
24

