# EXHIBIT 2

Page 1

```
      UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLUMBIA

                   - - -

AARON RICH,              : Civil Action No.
                         :
       Plaintiffs,       : 1:18-cv-00681
     v.                  :
                         :
EDWARD BUTOWSKY,         :
MATTHEW COUCH, and       :
AMERICA FIRST MEDIA,     :
                         :
       Defendants.       :


                   - - -

            AUDIO TRANSCRIPTION

                   - - -


        Audio transcription of
Podcast entitled "Conspiracyland:  The
Untold Story of Seth Rich.  Episode 6 -
Collateral Damage," hosted by Michael
Isikoff.


                   - - -

         MAGNA LEGAL SERVICES
            (866) 624-6221
            www.MagnaLS.com
```



```
                                      Page 46
 1        MICHAEL ISIKOFF:  The
 2   appeals court has yet to rule on
 3   this case, but how it does could
 4   have large implications for
 5   America's booming conspiracy
 6   industry.  It's an industry, we
 7   should note, that is of increasing
 8   concern to the FBI.
 9        In a May 30, 2019,
10   intelligence bulletin obtained by
11   Yahoo News contributor Janet
12   Winter, the bureau, for first
13   time, labeled fringe political
14   conspiracy theories a domestic law
15   enforcement threat.  The bulletin
16   pointed to growing evidence that
17   the wild and baseless claims on
18   social media are motivating
19   extremists to take violent action
20   citing examples that range from
21   Pizzagate to the harassment of the
22   Sandy Hook families to the arrest
23   of two men who were plotting an
24   attack on a research facility in
```

```
                                      Page 47
 1   Alaska that they believed, from
 2   watching online videos, the US
 3   government was using to control
 4   the weather and prevent humans
 5   from talking to God.
 6        Back to Seth's unsolved
 7   murder.
 8        Few have had a tougher time
 9   dealing with the real-world
10   implications of the conspiracies
11   around this case than the
12   Washington Police Department,
13   which after three years has gotten
14   nowhere trying to solve the crime.
15        MALE VOICE:  Can I help you?
16        MALE VOICE:  Yeah.  Kristen
17   in communications is expecting us.
18        MALE VOICE:  Do you have a
19   phone number?
20        MALE VOICE:  Yes.
21        MALE VOICE:  Can I see
22   everybody's ID, please?
23        MALE VOICE:  Sure.
24        MICHAEL ISIKOFF:  We went
```

```
                                      Page 48
 1   down to police headquarters to
 2   talk to the top cop in charge of
 3   the case.
 4        LESLIE PARSONS:  So my name
 5   is Leslie Parsons.  I'm the
 6   commander of the criminal
 7   investigations division for the
 8   Metropolitan Police Department in
 9   Washington, DC.
10        MICHAEL ISIKOFF:  As Parsons
11   told us, the wild conspiracy
12   theories about Seth Rich's death
13   have been a major problem for
14   investigators.
15        LESLIE PARSONS:  It's
16   disheartening to all the
17   detectives that are working on any
18   case when information is put out
19   that's false or misleading to the
20   public.  It also causes the
21   detectives to go down an angle and
22   investigate something that comes
23   in that clearly isn't true.  It's
24   a conspiracy theory.  But it takes
```

```
                                      Page 49
 1   police resources.
 2        MICHAEL ISIKOFF:  The DC
 3   police have examined and
 4   re-examined Seth's laptop, they've
 5   pored over his bank records,
 6   they've interviewed scores of
 7   former colleagues and friends.
 8   Their firm conclusion?
 9        LESLIE PARSONS:  We have no
10   evidence at all that leads to this
11   being something related to his
12   employment or any sort of
13   conspiracy theory whatsoever.
14        MICHAEL ISIKOFF:  No
15   indication he was in communication
16   with WikiLeaks.  No indication he
17   was getting paid from some outside
18   source.  No indication that he was
19   in communication with anybody who
20   had any political motive.  So fair
21   to assume you've examined all
22   those angles and have found zero,
23   zilch, that would support it.
24        LESLIE PARSONS:  Correct.
```



Page 50

1   There is nothing to suggest this
2   is part of any conspiracy theory
3   out there.  It's been the
4   statement of the Metropolitan
5   Police Department since the
6   beginning that this was an
7   attempted robbery gone bad.
8   There's nothing else to suggest
9   it's anything other than that.
10       MICHAEL ISIKOFF:  You may
11  remember the rash of robberies in
12  the Bloomingdale neighborhood
13  during the summer of 2016 that
14  police believe were related to
15  Seth's death.  The police has made
16  little progress in solving them.
17  And in the few cases where they
18  did make arrests, they got no
19  information about who might have
20  been behind the murder.
21       Do you have any suspects?
22       LESLIE PARSONS:  There's
23  nothing at this time that I would
24  want to divulge to the public.

Page 51

1        MICHAEL ISIKOFF:  But if you
2   had a -- a -- if you had a
3   suspect, you could put out an
4   artist sketch, right?
5        LESLIE PARSONS:  Any time --
6   yeah.  If we had information where
7   we needed the assistance from the
8   public, it would definitely be out
9   there.
10       MICHAEL ISIKOFF:  Well, that
11  would suggest you really don't
12  have anybody.
13       LESLIE PARSONS:  I -- I
14  think that's where we ended up.
15       MICHAEL ISIKOFF:  There's an
16  important point here for context
17  and it's a shocking one.  About
18  half of the homicides in the
19  country are never solved at all.
20  No arrests.  No trials.  No
21  justice.
22       Since we did that interview
23  with Commander Parsons, Joel Rich
24  told us that a new detective had

Page 52

1   been assigned to his son's murder,
2   a detective from the major
3   case/cold case squad.  The idea is
4   to bring a fresh set of eyes to
5   what had become a stale
6   investigation.
7        The lack of progress has
8   been frustrating for the Riches,
9   of course, but also to Deborah
10  Sines, the prosecutor who was in
11  charge of the case but who retired
12  in 2018 unable to crack it.
13       DEBORAH SINES:  Any time you
14  can't close a murder case it sits
15  right on your shoulders.  It still
16  does, and I don't even work there
17  anymore.  I wanted to give this to
18  his parents and his brother, but I
19  couldn't.
20       MICHAEL ISIKOFF:  Solving
21  murders in the nation's capital is
22  hard enough, Sines says.
23       DEBORAH SINES:  In
24  Washington, DC, being a witness to

Page 53

1   a murder can mean a death
2   sentence.  I've lost witnesses
3   that were murdered because they
4   were witnesses, because they told
5   me what happened.  There's a very
6   strong anti-snitch culture in
7   Washington, DC, much stronger than
8   it is in some other areas in the
9   country.  Add assassination
10  language, Russians, add all those
11  buzzwords.  Who wants to be a
12  witness in a case like that?
13       MICHAEL ISIKOFF:  The wild
14  conspiracy theories have
15  complicated the job of police and
16  prosecutors.  The stories have
17  penetrated to the streets,
18  poisoning the well of potential
19  witnesses and intimidating many
20  others from coming forward.  But
21  Sines hasn't given up hope.
22       DEBORAH SINES:  I know that
23  someone is going to talk.  I
24  know -- I know that.  It's a lot



Page 54

easier after a couple of years go by for people to talk about this because they think they got away with it.  I am convinced that Seth's murderers -- and I -- and I use the term plural on purpose -- I'll say there is one gunman but there's also an aider and abettor.  I'm convinced one or both of them will eventually be brought to justice.

MICHAEL ISIKOFF:  Over the course of the six episodes in this podcast we've traced the story of Seth Rich, an earnest, idealistic kid from Nebraska who early one summer morning in 2016 was murdered just a block and a half from his home in Washington, DC.

That was tragic enough.  But his death was cynically hijacked by a rogues' gallery -- Julian Assange, Vladimir Putin's trolls, and allies of President Trump like

Page 55

Sean Hannity and Roger Stone -- all of whom promoted baseless, false, and dangerous versions of events seemingly without any consequences.

There was, of course, a political purpose to all the Seth Rich conspiracy-mongering:  To protect Trump and deflect attention from the Russian attack on the 2016 presidential election.  Indeed, there's strong evidence that the initial version of the conspiracy theory was spawned by Russia's intelligence service, a classic case of Kremlin disinformation.

In April of 2019, Special Counsel Robert Mueller definitively stated in his final report that the claims that Seth leaked DNC e-mails to WikiLeaks were false.  You might think that would put a stake through the

Page 56

heart of these conspiracy theories, but don't count on it.  Those who believe in them will never accept anything Robert Mueller or the FBI or the Washington police or anybody else in the US government says.

That's why the story is about much more than Seth Rich.  It's emblematic of the media and political culture we live in, illustrating how falsehoods can spread from the far reaches of the dark web to Twitter and Facebook and then to a major cable news outlet polluting the national dialogue and turning innocent bystanders and grieving family members into collateral damage.  Real-life victims of the Conspiracyland our country has become.

I'm Michael Isikoff.  Thanks for listening.

Page 57

We need to give a couple of shout-outs here.

First, to my Yahoo News colleague Alexander Nazaryan who thought investigating the conspiracies around Seth Rich's murder would be a good idea for a podcast.

Thanks also to my Yahoo News colleagues Charity Elder, Dan Klaidman, and Mark Seaman for their helpful ideas, as well as to the folks from Long Story Short Media for their invaluable help in producing this podcast.

Yahoo News' Conspiracyland is brought to you by Skullduggery, a weekly podcast that I host with Yahoo News Editor-in-Chief Dan Klaidman.  In each episode we dissect the latest revelations and controversies surrounding the Trump administration, and we interview key newsmakers,



Page 58

1  including some of the president's
2  fiercest critics, as well as his
3  most stalwart defenders.
4      If you're enjoying this
5  series, subscribe to Skullduggery
6  and Yahoo News' Conspiracyland on
7  Apple Podcast, or wherever you get
8  your podcasts, and leave a review.
9           - - -
10     (End of audio file)
11          - - -

Page 59

1           CERTIFICATE
2
3
4      I HEREBY CERTIFY that the
5  foregoing was transcribed by me from an
6  audio file to the best of my ability.
7
8
9
       Cindy Parker
10     Dated:  October 7, 2019
11
12
13
14
15     (The foregoing certification
16  of this transcript does not apply to any
17  reproduction of the same by any means,
18  unless under the direct control and/or
19  supervision of the certifying reporter.)
20
21
22
23
24

Page 60

1           LAWYER'S NOTES
2  PAGE  LINE

