# EXHIBIT 8

| Field | Value |
|---|---|
| DocID : | Butowsky 0000790 |
| EndDoc : | Butowsky 0000790 |
| BegAttach : | |
| EndAttach : | |
| Parent_DocID : | |
| Attach_DocIDs : | |
| CustodiansAll : | Butowsky, Edward; |
| Custodian : | Butowsky, Edward |
| ParentChild : | Standalone Document |
| RecordType : | eDoc |
| Hidden Content Detail : | |
| From : | |
| To : | |
| CC : | |
| BCC : | |
| EmailSubject : | |
| AttachCount : | |
| DateSent : | |
| DateReceived : | |
| FileName : | Memo 1 |
| DocType : | |
| DocTypeGroup : | |
| FileExtension : | .m4a |
| FileFolder : | truthfile\Apple Desktop\ROD WHEELER STUFF\july 18 truth\Memo 1.m4a |
| FileSize : | |
| FileSubject : | |
| DocTitle : | Memo 1 |

Placeholder

**File Name:** Memo 1
**Original File Path:** truthfile\Apple Desktop\ROD WHEELER STUFF\july 18 truth\Memo 1.m4a
**Original File Size:** 10,250,796 Bytes

Butowsky 0000790 (Confidential)

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - -

AARON RICH,                : Civil Action No.
                           :
        Plaintiff,         : 1:18-cv-00681
    v.                     :
                           :
EDWARD BUTOWSKY,           :
MATTHEW COUCH, and         :
AMERICA FIRST MEDIA,       :
                           :
        Defendants.        :

- - -

AUDIO TRANSCRIPTION

- - -

Audio Recording of Ed
Butowsky and Sy Hersh (Butowsky 0000790).

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 2

```
 1              - - -
 2        SY HERSH:  -- about the kid,
 3   and I'll tell you what I know.
 4   What I know comes off an FBI
 5   report.  Don't ask me how.  You
 6   can figure it out.  I've been
 7   around long enough.
 8        The kid gets -- I don't
 9   think he was murdered.  I think --
10   I -- I don't think he was murdered
11   because of what he knew.  The
12   kid's a -- a nice boy.  27.  He
13   was not an IT expert, but he
14   learned stuff.  He was a data
15   programmer.  But he learned stuff.
16        And so he's living on 1
17   Street somewhere -- all right.
18   He's living on 1 -- 1st -- he's
19   living in a very rough
20   neighborhood.  It's a neighborhood
21   that's transit -- transit --
22   transfer -- you know, in transit,
23   being gentrified.
24        And in the -- the exact area
```

Page 3

```
 1   was -- where he -- there had been
 2   about ten -- I'm sure you know all
 3   this.  There had been about eight
 4   or nine or ten violent -- they're
 5   not -- robberies, most of them
 6   with somebody brandishing a gun.
 7        And it -- the kid's hand --
 8   I'm telling you what -- I'm sure
 9   you know -- his hands were marked
10   up.  The cops concluded he -- he
11   fought off the people, tried to
12   run, and they shot him twice in
13   the back with a .22 -- small
14   caliber.  And then they -- the
15   kids that did it ran.  They got
16   scared.  Didn't take his wallet.
17   Okay.
18        So what the cops do then --
19   and here's what nobody knows that
20   I'm telling you.  Now, maybe you
21   know something about it.  When you
22   have a death like that, DC cops,
23   if you're dead, you generally
24   don't -- just can go -- you have
```

Page 4

```
 1   to kind of what's the -- what's
 2   going on?  You -- you have to get
 3   to the kid's apartment and see
 4   what you can find.
 5        If they're -- if he's dead,
 6   you don't need a warrant.  But
 7   most cops get a warrant because
 8   they don't know if the guy has
 9   a -- has a roommate.  You need a
10   warrant.  So they get a warrant.
11   I'm just telling you there is such
12   a thing.
13        They go in the house and
14   they can't do much with his
15   computer.  His password -- the
16   cops don't know much about it.  So
17   the DC cops -- they have a cyber
18   unit in DC and they're more
19   sophisticated.  They come and look
20   at it.  The idea is maybe he's had
21   a -- a series of exchanges with
22   somebody who says, I'm gonna kill
23   you, you motherfucker, over a girl
24   or --
```

Page 5

```
 1        ED BUTOWSKY:  Right.
 2        SY HERSH:  -- you know.
 3   Whatever.  And they can't get in.
 4   The -- the cyber guys do a little
 5   better, but they can't make sense
 6   of it.  So they call the -- they
 7   call the FBI cyber unit.  The
 8   DC -- the DC unit, the Washington
 9   field office, is a hot-shit unit.
10   The guy running the Washington
11   field office, he's like -- he's
12   like -- you know, he's like a
13   three-star at an army base.  He's
14   ready looking for four.  You know
15   what I mean?  He's -- he's gonna
16   go in a top job because --
17        ED BUTOWSKY:  Right.
18        SY HERSH:  -- that's a --
19   job.  And they're good.  They
20   get --
21        ED BUTOWSKY:  Do you know --
22   do you know his name?
23        SY HERSH:  No.
24        ED BUTOWSKY:  Okay.
```



Page 6

1  SY HERSH: I mean, I -- I
2  can know it.
3  ED BUTOWSKY: All right. I
4  was just wondering. I -- I
5  just --
6  SY HERSH: No. I don't know
7  who the -- I don't know who -- I
8  don't know -- well, I know who
9  runs the field office. He's
10 public. But there's a cyber unit
11 there that's excellent.
12 ED BUTOWSKY: Okay. Okay.
13 Okay. I got you. I got you.
14 SY HERSH: That's -- I --
15 what you get in a warrant -- the
16 public information you get in a
17 warrant doesn't include -- it --
18 it does not include the affidavit
19 underlying what -- why you're
20 going in, what the reasons are.
21 That's almost never available
22 on -- I can tell you that. The
23 existence of a warrant is a public
24 document 99 percent of the time.

Page 7

1  ED BUTOWSKY: Okay.
2  SY HERSH: Okay. So they --
3  and the same warrant. They call
4  in the feds. The feds get
5  through. And here's what they
6  find. This is according to the
7  FBI report.
8  What they find is he makes
9  con -- first of all, you have to
10 know -- you have to -- you have to
11 know some basic facts. One of the
12 basic facts is there's no DNC or
13 Podesta e-mail that -- that exists
14 beyond May 22nd. May 21st, 22nd
15 is the last e-mail from either one
16 of those groups.
17 And so this -- so what the
18 report says, at some time in late
19 spring -- we're talking about
20 June -- you know, summer's in June
21 21st. Late spring would be
22 after -- I presume -- I don't
23 know. I just say it says late
24 spring, early summer. He makes

Page 8

1  contact with WikiLeaks. That's in
2  his computer. And he makes
3  contact.
4  Now, I have to be careful
5  because I don't -- I met Julian --
6  I'm in Europe -- Julian 10, 12
7  years -- I stay the fuck away from
8  people like that. You know -- and
9  he's invited me -- and when I'm in
10 London, I always get a message,
11 Come see me at the Ecuadorian
12 ambassador and there's no fucking
13 way I'm going there. I've got
14 enough trouble without getting
15 photographed. That would be
16 fucking -- he's under total
17 surveillance by everybody and --
18 including (indiscernible).
19 So I don't know how he got
20 in contact, but I'm working on it.
21 There's -- there is a way to talk
22 to -- to let people know --
23 there's something called "Signal."
24 I -- I don't -- I'm not sure. But

Page 9

1  anyway, they found what he had
2  done. He had submitted a series
3  of documents, of e-mails, some
4  juicy e-mails from the DNC.
5  And, you know, by the way,
6  all this shit about the DNC, you
7  know, whether they're hacked or
8  wasn't hacked, but whatever
9  happened, the -- the Democrats
10 themselves wrote this shit. You
11 know what I mean?
12 ED BUTOWSKY: Well, yeah.
13 SY HERSH: And -- and --
14 ED BUTOWSKY: They wrote it.
15 But also the Republicans and they
16 hired that group. But when you
17 say he submitted --
18 SY HERSH: Yeah. But you
19 know who started to group with
20 the -- the Simpson stuff? Rubio.
21 ED BUTOWSKY: Yeah.
22 Exactly.
23 SY HERSH: (Indiscernible.)
24 ED BUTOWSKY: But when you



Page 10

```
 1        say --
 2            SY HERSH:  How do you know
 3        that?
 4            ED BUTOWSKY:  Because --
 5        well, people have told me.  But it
 6        was -- it was -- it was Mc -- it
 7        was Rubio, McCain, and Bush that
 8        found this former MI6 guy.
 9            SY HERSH:  Well, you know,
10        we have to talk more about that
11        because I'll tell you, I know --
12        Simpson knew him for years.
13        That's Steele.  But, you know,
14        don't --
15            ED BUTOWSKY:  Simpson?
16        Who's Simpson?
17            SY HERSH:  Well, let me keep
18        on going.
19            ED BUTOWSKY:  All right.
20            SY HERSH:  Let me keep on
21        going.
22            ED BUTOWSKY:  Well, you
23        talked about --
24            SY HERSH:  (Indiscernible.)
```

Page 11

```
 1        All right?
 2            ED BUTOWSKY:  Let's go back
 3        to -- let's just go back to --
 4            SY HERSH:  Let me -- let me
 5        go back to my narrative.
 6            ED BUTOWSKY:  Right.
 7            SY HERSH:  Then you can ask
 8        questions.
 9            ED BUTOWSKY:  Okay.
10            SY HERSH:  All I know is he
11        offered a sample, extensive
12        sample, you know, I'm sure dozens
13        of e-mails, and said, I want
14        money.
15            ED BUTOWSKY:  Okay.
16            SY HERSH:  He said later
17        WikiLeaks did get the password.
18        He had a Dropbox, a protected
19        Dropbox, which isn't hard to do.
20        I mean, you don't have to be a
21        wizard, IT wizard.  You know, he
22        was certainly -- you know, he's
23        not a dumb kid.  All right?  They
24        got access to the Dropbox.
```

Page 12

```
 1            He also -- and this is also
 2        in the FBI report -- he also let
 3        people know with whom he was
 4        dealing.  And I don't know how he
 5        dealt -- I'll tell you about
 6        WikiLeaks in a second.  I don't
 7        know how he dealt with the
 8        WikiLeaks and the mechanism, but
 9        he also -- the word was passed,
10        according to the FBI report.  I
11        also shared this box with a couple
12        of friends.  So if anything
13        happens to me, you're not -- it's
14        not gonna solve your problem.
15            Okay?  I don't know what
16        that means.  I don't know whether
17        he was -- anyway.  But WikiLeaks
18        got access and -- before he was
19        killed.  Roger Stone was talking
20        about this file publicly about
21        five days before the kid was
22        killed.
23            So I don't think the
24        kid -- I don't think the killing
```

Page 13

```
 1        had anything to do with anything,
 2        although one of the lawyers the
 3        family now has has been mouthing
 4        off about the Russians killed him.
 5            I will tell you right now,
 6        there's not a -- I -- the Russians
 7        may indeed have -- have broken in,
 8        they may indeed -- and -- and I'll
 9        tell you right now, we and the
10        Russians are like babes compared
11        to the Chinese.  The Chinese are
12        pinging everything.  I mean,
13        everybody knows you're always
14        being pinged.  The Democratic
15        National Committee probably had a
16        lot of --
17            Anyway.  Whatever happened,
18        I -- I do not -- I can tell you
19        right now Brennan's an asshole.
20        I've known all these people for
21        years.  Clapper's sort of a better
22        guy, but not a rocket scientist.
23        The NSA guy's a fucking moron.
24        And they don't -- you know, the
```



```
                                          Page 14                                                Page 16
 1   trouble with all those guys is                    1   Snowden.  They pay him a lot of
 2   that the only -- the only way                     2   money to -- you know, he's -- he
 3   they're gonna make it to a board                  3   can -- Snowden's -- I'll tell you
 4   or two and get, you know, hired by                4   (indiscernible).  He doesn't love
 5   SAIC to deliver some fat-cat                      5   the Russians either, you know,
 6   contracts is if Hillary stayed in.                6   because he knows what assholes
 7   With Trump they're gone.  You                     7   they are.  I don't know.
 8   know, they're done.  They can live                8       Anyway, he did what he did.
 9   on their pension.  They're not                    9   He's never coming back.  He fucked
10   gonna make it.                                   10   up.
11       I gotta tell you, guys in                    11       ED BUTOWSKY:  So -- but --
12   that job, they don't want to live                12   can -- I want to go back to
13   on their pension.  They -- they                  13   something.  I want to go back to
14   want to be on boards like their                  14   something.
15   predecessors --                                  15       SY HERSH:  Yeah.  Well, what
16       ED BUTOWSKY:  Sure.                          16   do you -- go ahead.  I'm done
17       SY HERSH:  -- and, you know,                 17   talking.
18   make -- make 600,000 bucks for                   18       ED BUTOWSKY:  I want to go
19   going to four visits to some dumb                19   back to something.  So -- not --
20   company.                                         20   Joel's the father and --
21       Anyway, so there you are.                    21       SY HERSH:  Right.
22       ED BUTOWSKY:  So -- so let's                 22       ED BUTOWSKY:  -- I've spoken
23   go back to --                                    23   with Joel.  And my -- my initial
24       SY HERSH:  That -- that's                    24   feeling, being a -- a Jewish boy,

                                          Page 15                                                Page 17
 1   what I know.                                      1   and I know -- you know, I don't
 2       ED BUTOWSKY:  So --                           2   think that has a lot to do with
 3       SY HERSH:  I -- I'm -- I                     3   it, but I think you understand
 4   can't even begin to go -- and so                  4   what I mean is that here you
 5   the question then is -- is:  Was                  5   have --
 6   there any money in the kid's                     6       SY HERSH:  Yeah.  I'm a
 7   finances?  Did suddenly 25,000K                   7   landsman.  I'm a landsman.  My
 8   show up?  I mean, I've gone to                    8   family's out of Ukraine.  My
 9   Assange's people.  I know                         9   father's village was, like,
10   somebody.  I don't like Julian,                  10   knocked off (indiscernible) by the
11   but I've gone to somebody who                    11   Nazis.
12   works for him -- who's close to                  12       ED BUTOWSKY:  Right.
13   him.  And once I -- everything was               13   With --
14   okay.  We were speaking on --                    14       SY HERSH:  Go ahead.
15   Signal's a classified -- something               15       ED BUTOWSKY:  With a name
16   the government can't break into.                 16   like "Sy Hersh" I kind of figured
17   An encryption stuff.  It's good.                 17   you were a landsman.
18   Actually, Snowden works on it.                   18       SY HERSH:  Seymour Myron.
19       ED BUTOWSKY:  I -- I use                     19       ED BUTOWSKY:  Oh.  Even
20   Signal as well.                                  20   more.  Okay.
21       SY HERSH:  It's the best.                    21       SY HERSH:  Seymour Myron.  I
22   By the way, you -- you know who's                22   wore glasses.  The only thing I
23   the honcho right now for Signal,                 23   can is I was always a good
24   their main advisor?  Edward                      24   athlete, but I had to fight for
```



```
                                        Page 18                                          Page 20
 1   years over my fucking name.                    1   buddy.
 2        ED BUTOWSKY:  I would too.                2        Because he was lethal.  He
 3        But putting -- but putting                3   was --
 4   that aside, I -- I felt bad for                4        ED BUTOWSKY:  Right.
 5   this kid -- I mean, I felt bad for             5        SY HERSH:  -- under warrant
 6   the parents because the parents, I             6   because he'd broken into
 7   knew, weren't getting any                      7   everything -- in banks and shit
 8   information at all from the                    8   like that and credit cards in
 9   Washington police or the FBI.  And             9   Australia.
10   they're just left out completely             10        ED BUTOWSKY:  But so --
11   in the dark.  They have no --                11        SY HERSH:  He's a --
12   they -- they don't know anything.            12        ED BUTOWSKY:  Yeah.  No.  I
13   And when I heard something through           13   understand.
14   another channel, it made me get              14        SY HERSH:  --
15   really interested in it and --               15   (indiscernible).
16   more and more and more.                      16        ED BUTOWSKY:  But I want to
17        But what you're saying is               17   stay focused on one thing just for
18   that he uploaded stuff into the              18   a moment.
19   WikiLeaks Dropbox and they pulled            19        SY HERSH:  Yeah.
20   it down, and that's where the                20        ED BUTOWSKY:  You -- you saw
21   Podesta and DNC e-mails came from.           21   a report?  You saw --
22        SY HERSH:  Yes.  It doesn't             22        SY HERSH:  No.
23   preclude Russians also hacking               23        ED BUTOWSKY:  -- the FBI
24   them.  I just don't think they --            24   report?

                                        Page 19                                          Page 21
 1   you know, it's always Occam razor.            1        SY HERSH:  No.  I have
 2   I -- there was -- WikiLeaks got               2   somebody -- I have somebody on the
 3   them.                                         3   inside.  You know, I've been
 4        You know, by the way,                    4   around a long time and I've read a
 5   nobody -- you know, Julian's a                5   lot of stuff.  I have somebody on
 6   complete fucking lunatic, you                 6   the inside who will go and read a
 7   know, and -- and, you know,                   7   file for me.
 8   he's -- he's -- when I first met              8        ED BUTOWSKY:  Okay.
 9   him was about ten years ago in                9        SY HERSH:  And I know this
10   Italy at a conference.  He came up          10   person is unbelievably accurate
11   to me.  He's an albino.  And he              11   and careful.  He's very high-level
12   was on the run from Aussie,                  12   guy.  He's -- he'll do a favor.
13   from -- he's an Australian.  But             13        ED BUTOWSKY:  And is
14   he'd broken in there, and what he            14   there --
15   did is, he wanted to see me.                 15        SY HERSH:  You know?
16        And I said, Why?                        16        ED BUTOWSKY:  -- any way we
17        And he said, I break into               17   can get our hands on the report?
18   everything.                                  18   Because the -- because --
19        It turned out he had broken             19        SY HERSH:  I know --
20   into the fucking FBI, the CIA, The           20        ED BUTOWSKY:  -- that
21   Pentagon.  I didn't want to deal             21   changes everything.
22   with him, but he was gonna start             22        SY HERSH:  You know, I'll
23   this service.                                23   tell you something.  I learned a
24        And I said, God speed,                  24   long time ago -- I do have some
```



Page 22

1  amazing shit, but I don't use it
2  ever because I never know a
3  marking -- you know, I never know
4  if there's a marking or a phrase
5  that would trigger who -- where it
6  came from.  So I -- I'm careful
7  about that stuff.
8       And, you know, we're coming
9  into a new age of surveillance
10 now.  You know, I think some of
11 these guys -- Flynn and all
12 that -- they -- they're gonna up
13 the surveillance shit.  But that's
14 okay.  I mean, fuck it.  If you're
15 not doing it, why are you here?
16      ED BUTOWSKY:  But this --
17 this particular --
18      SY HERSH:  I don't -- I
19 can't get the report.  I cannot
20 get the report.  I can probably
21 get the warrant, but it won't show
22 anything.  I mean, I'm sure I can
23 get the warrant.  I -- I know
24 it's -- where it is.  It'll just

Page 23

1  show they issued a warrant, which
2  is normal.
3       ED BUTOWSKY:  Right.
4       SY HERSH:  Doesn't mean
5  shit.
6       ED BUTOWSKY:  Yeah.
7       SY HERSH:  Except that --
8  except that it confirms something
9  my friend told me because he said
10 there was a warrant.  And I can
11 tell you right now, you don't need
12 a warrant if somebody's dead.  You
13 only get it if you think there's a
14 roommate.  So that's interesting.
15      ED BUTOWSKY:  So I'd --
16      SY HERSH:  If he's dead,
17 they don't --
18      ED BUTOWSKY:  I'd like to --
19 I'd like to have a -- you know,
20 anything at all.  But most
21 importantly, this is one of the
22 most important documents.
23      SY HERSH:  Well, what do you
24 mean you'd like to have it?  Why?

Page 24

1       ED BUTOWSKY:  Well, what I'm
2  saying is, I -- I would love to
3  see if they had it.  I mean,
4  there's no reason not to see it.
5  But ==the most important thing is==
6  ==this:  Everyone -- there --==
7  ==there's so many people throughout==
8  ==Trump's, you know, four years --==
9  ==and maybe eight years -- are==
10 ==always gonna fall back on the idea==
11 ==that he's not legitimate and the==
12 ==Russians got him elected.  This==
13 ==changes all of that.==
14      SY HERSH:  Well, you know,
15 it -- let me tell you something.
16 This is the reason I'm pushing it.
17 Because at least it's -- it
18 doesn't -- you know, I -- I wish
19 Trump would, when -- when a
20 million people march -- woman
21 marching, wearing pink and all
22 that stuff -- they're -- you know,
23 they're -- they're mad -- they're
24 mad at him for the sexual stuff he

Page 25

1  said.  You know, I wish he would
2  just say something more -- instead
3  of saying the crowd's not big, you
4  know, that kind of shit, I wish he
5  would be a little grown up.
6       ED BUTOWSKY:  Well, of
7  course.
8       SY HERSH:  But I would tell
9  you Mattis is the best.  Mattis is
10 a grownup.  And as long as Mattis
11 is there, he's -- you know, and as
12 long as he listens to Mattis, he's
13 gonna be -- I mean, I do know
14 that.  I know people who work -- I
15 know people who work -- there are
16 a couple of people I know who work
17 for Trump who are first-rate.
18 There's a lot of loonies around
19 him.  I don't think Bannon is as
20 mad -- as crazy as everybody else
21 does either.
22      ED BUTOWSKY:  Now,
23 Bannon's -- Bannon's a great guy.
24 I know him.



```
                                             Page 26
 1        SY HERSH: No. No. He's
 2   not as crazy. I know that. He's
 3   very smart, you know. He's
 4   also -- he's also literate. I
 5   mean, he's a very literary guy.
 6        ED BUTOWSKY: Yeah. No.
 7   Bannon --
 8        SY HERSH: So --
 9        ED BUTOWSKY: But I know a
10   lot of them too. But I want to
11   get this -- I --
12        SY HERSH: I can't -- you --
13   you're -- you know, Ed, I don't
14   want to get near the -- I write
15   the -- I don't play politics. I
16   don't -- I mean, I -- Obama was a
17   piece shit on foreign stuff. I
18   thought he was a -- on racial
19   stuff I thought he was fine,
20   except he didn't do -- the
21   Democrats did nothing -- Trump won
22   because the Democrats didn't do
23   nothing for anybody.
24        But -- but having said that,

                                             Page 27
 1   the last thing I want to do is
 2   go -- go to the White House and
 3   say, Look what I have for you.
 4   Fuck you. I don't do that.
 5        ED BUTOWSKY: Right.
 6        SY HERSH: So what I'm --
 7   I --
 8        ED BUTOWSKY: But you give
 9   it to me and I'll do it.
10        SY HERSH: And by the way,
11   Larry -- even though Larry --
12   Larry, like a lot of people I
13   know, Johnson, supports Trump
14   because he -- he -- you know, you
15   gotta change the system. As I
16   said, circuit breaker. You gotta
17   break the system because our
18   foreign policy -- you know, we're
19   in fucking Afghanistan for 16
20   years, right, on the war on
21   terror? How the fuck we doing?
22   How's the war going after 16
23   years?
24        ED BUTOWSKY: Right.

                                             Page 28
 1        SY HERSH: And Trump -- you
 2   know, Trump also, you know, in --
 3   in -- he was out -- he could -- in
 4   a way -- in -- in the Forsyte
 5   Saga -- there was 19th, 20th
 6   Century novels about upper-class
 7   England -- there was something
 8   known as a "gentleman of means."
 9   And the gentlemen of means were
10   guys who had a lot of money, who
11   did not like trouble. They didn't
12   like wars.
13        A guy like Trump that has so
14   many assets all over the world, he
15   may actually be somebody who's
16   gonna say, Let me look at the --
17   the score card here in
18   Afghanistan. What the fuck --
19        ED BUTOWSKY: Right. No.
20   No. I'm in agreement with all of
21   that. I'm -- I'm trying to just
22   focus in on this because I --
23        SY HERSH: So what do you --
24   do you know anything more? The

                                             Page 29
 1   family -- the family knows
 2   nothing. They're told nothing.
 3        ED BUTOWSKY: I know -- and
 4   I just want to -- because I have
 5   to leave in a second to go to a --
 6   I have a lunch downtown at your
 7   1:00, my 12:00.
 8        SY HERSH: Yeah. Go ahead.
 9        ED BUTOWSKY: And I -- I
10   have to leave in a second.
11        SY HERSH: You know what --
12   tell me what you know.
13        ED BUTOWSKY: So I --
14        SY HERSH: My pen is down.
15   You're not in the middle -- I'm
16   not quoting you about anything. I
17   know that. What do you know?
18        ED BUTOWSKY: I -- I know
19   that Julian Assange told a friend
20   of mine who met with her that he
21   got the e-mails from Seth Rich.
22   And he told her --
23        SY HERSH: Whoa.
24        ED BUTOWSKY: -- and they're
```



Page 30

1  personal friends.  And --
2      SY HERSH:  Whose personal
3  friend?
4      ED BUTOWSKY:  She told me
5  and that's what has got --
6      SY HERSH:  The woman who
7  told you is a personal friend of?
8      ED BUTOWSKY:  Of Julian's.
9      SY HERSH:  Not Sarah.  Not
10 Sarah Harrison.
11     ED BUTOWSKY:  No, no, no.
12 It's not her.  And she told --
13     SY HERSH:  Wait.  Why would
14 he tell somebody that?
15     ED BUTOWSKY:  Because
16 he's -- he has --
17     SY HERSH:  Was he trying to
18 make her?  Was he trying to fuck
19 her or what?  That's all he
20 wants -- that's all he thinks
21 about.
22     ED BUTOWSKY:  Yeah.  No.
23 That's not what this is about at
24 all.  Trust me because she's a

Page 31

1  lesbian.
2      So my point is, is that when
3  that happened, I got very
4  emotional about hearing that and
5  feeling terrible for Seth's
6  parents.  And I initially just
7  wanted to let the parents know
8  because they should know what
9  happened to their son.  And --
10     SY HERSH:  So what -- go
11 ahead.
12     ED BUTOWSKY:  And that's why
13 I started getting really into
14 this.  Because then the -- then
15 the whole thing came up about the
16 hacking with the Russians.  And I
17 just happened to have been looking
18 into it when that happened.  And
19 we solve a lot of problems,
20 especially letting a mother and
21 father know what happened to their
22 son; and second, we solve the
23 problem about Russians are the
24 ones that gave the e-mails because

Page 32

1  that did not happen.  I know that
2  did not happen.
3      SY HERSH:  Listen.  I'm
4  gonna tell you something.  And
5  you're just gonna have to trust
6  me.  I have -- what they call in
7  my business -- long-form
8  journalism.  I have a narrative of
9  how that whole fucking thing
10 began.  It's a Brennan operation.
11     It was an American
12 disinformation and fucking -- the
13 fucking president -- at one point
14 when they -- they even started
15 telling the press -- they were
16 back-briefing the press.  The head
17 of the NSA was going and telling
18 the press -- the fucking
19 cocksucker Rogers was telling the
20 press that we even know who in the
21 GRU -- the Russian -- the Russian
22 military intelligence service --
23 leaked it.  On the -- all
24 bullshit.  They were telling

Page 33

1  these --
2      I worked at The New York
3  Times for fucking years and
4  (indiscernible) the fucking New
5  York Times that they have smart
6  guys, but they're totally beholden
7  on sources.  If the president or
8  the head of the CIA tells them
9  something, they actually believe
10 it.
11     They -- I was hired at The
12 Times to write about -- to go
13 after the war, the Vietnam War in
14 '72, because they were just locked
15 in.  So that's what The Times is.
16     These guys run the fucking
17 Times.  And Trump's not wrong -- I
18 mean, I wish he would calm down
19 and had a better press secretary.
20 You don't -- you don't have to be
21 so -- Trump's not wrong to think
22 they all fucking lied about him.
23     ED BUTOWSKY:  Well --
24     SY HERSH:  And what --



Page 34

1    ED BUTOWSKY: And I get --
2    okay.  Only because I have to go.
3    I understand all that.  I just
4    want to focus in on this --
5        SY HERSH: Well, call me
6    later.
7        ED BUTOWSKY: No.  No.
8        SY HERSH: You know --
9        ED BUTOWSKY: But I want to
10   focus in -- I want to get -- you
11   don't have to go to the White
12   House, but I -- I have a -- a
13   great history in getting things in
14   the -- getting things out there
15   where nobody knows that I'm the
16   one who did it.
17       SY HERSH: Mr. Butowsky,
18   I -- I've been doing this for --
19   for -- I don't mean to be rude.
20       ED BUTOWSKY: Yeah.
21       SY HERSH: I -- I --
22       ED BUTOWSKY: You've done it
23   a long time.
24       SY HERSH: I've been doing

Page 35

1    this story -- I've been doing this
2    story since the late summer
3    because I smelled it -- I smelled
4    it in -- in August.  Okay?
5        ED BUTOWSKY: Good.  Good.
6    Good.
7        SY HERSH: The fallback was
8    gonna be Russia.  And it's --
9    it's -- and I'll tell you right
10   now, Putin may be a prick, but
11   he's -- he's played a weak hand --
12   if you've ever played poker, he's
13   played a weak hand brilliantly.
14   He's fucking smart.
15       And he -- he -- you know,
16   there's a lot of business that can
17   be done together.  Not only
18   international -- I'm not talking
19   about money business; I'm talking
20   about political business.  Because
21   Putin hates the fucking ISIS as
22   much as we do.  You know, the
23   Russia's against religion nuts.
24       Anyway, let talk later.

Page 36

1    I -- you know -- I -- if you tell
2    me you know somebody that Julian
3    said it to -- I mean, I'm -- I'm
4    gonna push you hard.  I don't have
5    to -- I don't -- I -- you can take
6    my word for it.  I'm not gonna
7    expose anybody, but I have to hear
8    it.
9        ED BUTOWSKY: Well --
10       SY HERSH: So tell me --
11       ED BUTOWSKY: Yeah.
12       SY HERSH: Call me --
13       ED BUTOWSKY: But -- but I
14   can tell you that.  And I will.  I
15   have no problem with that.
16       SY HERSH: So go to your
17   fucking lunch.  Don't -- don't
18   be -- don't get late because of
19   me.
20       ED BUTOWSKY: Right.  But I
21   want -- but I'm just trying to get
22   something in my hands that I can
23   get public about.
24       SY HERSH: No.  No.  Hey,

Page 37

1    man.  Listen.  That's not what
2    I'm -- no, no.  No, no.  That's --
3    that's not what -- you know.  What
4    I'm -- I'm talking to you because
5    my buddy Larry, who I -- who I
6    think a lot of and I've known for
7    a long time -- you know, he used
8    to -- you know, he -- he used to
9    teach graduate courses at American
10   University here in Washington.  He
11   was -- you know, he's -- he's no
12   dummy.  I don't know if he's got a
13   Ph.D. or not, but he used to teach
14   graduate courses in politics.
15       And I remember the first
16   time -- he nagged me like hell in
17   the '80s to come speak to his
18   class.  He was still in the agency
19   then.  And when I went there, the
20   guy speaking in front of me was
21   William Colby, the head of the
22   CIA.
23       I mean, so Larry's got to --
24   Larry told me to call you, I call



Page 38

```
 1   you.  But I'm not -- I'm not
 2   trying to -- I'm not trying to
 3   give you something to go to the
 4   White House with.  That's not what
 5   it's about.
 6       ED BUTOWSKY:  Right.  Okay.
 7       SY HERSH:  (Indiscernible.)
 8       ED BUTOWSKY:  And that's
 9   okay.  That's okay.  I
10   appreciate --
11       SY HERSH:  I just need to
12   know what you know --
13       ED BUTOWSKY:  All right.
14       SY HERSH:  -- because I
15   want -- I'm writing something.
16   That's all.
17       ED BUTOWSKY:  All right.
18       SY HERSH:  I mean, maybe
19   that doesn't work.  If it doesn't
20   work, we shouldn't talk.
21       ED BUTOWSKY:  No.  We can --
22       SY HERSH:  But I don't want
23   you going to the White House
24   dropping my name.  First of all --
```

Page 39

```
 1       ED BUTOWSKY:  First of all,
 2   I don't use anybody's name so that
 3   would never occur.  Ever.
 4       SY HERSH:  And -- and they
 5   already know what -- believe me.
 6   Are you kidding me.  I can tell
 7   you right now Mattis knows what I
 8   know.
 9       ED BUTOWSKY:  Got it.
10       SY HERSH:  Okay?
11       ED BUTOWSKY:  All right.
12       SY HERSH:  It's already been
13   done.  It doesn't make it true.
14       ED BUTOWSKY:  I understand.
15       SY HERSH:  It doesn't make
16   it true.
17       ED BUTOWSKY:  I'll call you
18   back.
19       SY HERSH:  Okay.  So
20   let's -- let's talk later when you
21   have time.
22              - - -
23         (End of audio file)
24              - - -
```

Page 40

```
 1            CERTIFICATE
 2
 3
 4       I HEREBY CERTIFY that the
 5   foregoing was transcribed by me from an
 6   audio file to the best of my ability.
 7
 8
 9
      Cindy Parker
10    Dated:  November 6, 2019
11
12
13
14
15       (The foregoing certification
16   of this transcript does not apply to any
17   reproduction of the same by any means,
18   unless under the direct control and/or
19   supervision of the certifying reporter.)
20
21
22
23
24
```

Page 41

```
 1         LAWYER'S NOTES
 2   PAGE  LINE
 3   ___  ___  _____
 4   ___  ___  _____
 5   ___  ___  _____
 6   ___  ___  _____
 7   ___  ___  _____
 8   ___  ___  _____
 9   ___  ___  _____
10   ___  ___  _____
11   ___  ___  _____
12   ___  ___  _____
13   ___  ___  _____
14   ___  ___  _____
15   ___  ___  _____
16   ___  ___  _____
17   ___  ___  _____
18   ___  ___  _____
19   ___  ___  _____
20   ___  ___  _____
21   ___  ___  _____
22   ___  ___  _____
23   ___  ___  _____
24   ___  ___  _____
```

