# EXHIBIT 11



Butowsky Privilege Log
Rich v. Butowski et al., Case No. 18-0681

| Document No. | Date | Document Type | Sender(s)/Recipient(s)/Copyee(s) | Privilege Justification | Documents Withheld (Total Documents/ Emails) |
|---|---|---|---|---|---|
| 1 | 6:36 p.m. August 23, 2019 | Email | Sender: Matthew Couch Recipient: Eden Quainton | Attorney-Client Privilege | 1 |
| 2 | 8:12 p.m. August 23, 2019 | Email | Sender: Eden Quainton Recipient: Matthew Couch | Attorney-Client Privilege; Attorney Work-Product | 1 |
| 3 | 10:04 – 10:08 a.m. August 23, 2019 | Texts | Matthew Couch-Eden Quainton | Attorney-Client Privilege; Attorney Work-Product | 5 |
| 4 | 10:37- 10:39 a.m. | Texts | Matthew Couch-Eden Quainton | Attorney-Client Privilege; Attorney Work-Product | 4 |
| 5 | 11:53 a.m. August 22, 2019 | Email | Sender: Eden Quainton Recipient: Matthew Couch | Attorney-Client Privilege; Attorney Work-Product | 1 |
| 6 | August 22, 2019 | Email chain | Eden Quainton-Matthew Couch | Attorney-Client Privilege; Attorney Work-Product | 5 |

| | | | | | |
|---|---|---|---|---|---|
| 7 | 6:09 p.m. August 22 2019 | Email | Sender: Eden Quainton Recipient: Matthew Couch | Attorney-Client Privilege, Attorney Work-Product; | 1 |
| 8 | 11:52 a.m. August 22, 2019 | Email | Sender: Eden Quainton Recipient: Matthew Couch | Attorney-Client Privilege; Attorney Work Product | 1 |
| 9 | 11:44-11:47 p.m. August 22 | Texts | Matthew Couch-Eden Quainton | Attorney-Client Privilege; Attorney Work Product | 10 |
| 10 | 9:09 p.m. August 21, 2019 | Email | Sender: Matthew Couch Recipient: Eden Quainton | Attorney-Client Privilege | 1 |
| 11 | 12:26 p.m. August 20, 2019 | Text | Sender: Matthew Couch Recipient: Eden Quainton | Attorney-Client Privilege | 1 |
| 12 | 10:49 p.m. August 20, 2019 | Text | Sender: Eden Quainton Recipient: Matthew Couch | Attorney-Client Privilege; Attorney Work-Product | 1 |
| 13 | 10:30 p.m. | Text | Sender: Matthew Couch Recipient: Eden Quainton | Attorney-Client Privilege | 1 |
| 14 | 3:03 p.m. August 17, 2019 | Email | Sender: Eden Quainton Recipient: Matthew Couch | Attorney-Client Privilege; Attorney Work-Product | 1 |
| 15 | 9:26 p.m. August 17, 2019 | Text | Sender: Eden Quainton Recipient: Matthew Couch | Attorney-Client Privilege; Attorney Work-Product | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | 4:22 p.m. August 16, 2019 | Text | Sender: Eden Quainton Recipient: Matthew Couch | Attorney-Client Privilege; Attorney Work-Product | 1 |
| 17 | 11:09 p.m. August 16, 2019 | Text | Sender: Matthew Couch Recipient: Eden Quainton | Attorney-Client Privilege | 1 |
| 18 | 2:42 p.m. August 17, 2019 | Email | Sender: Eden Quainton Recipient: Matthew Couch | Attorney-Client Privilege; Attorney Work Product | 1 |
| 19 | 6:31 p.m. August 12, 2019 | Email | Sender: Eden Quainton Recipient: Matthew Couch | Attorney-Client Privilege; Attorney Work Product | 1 |
| 20 | July 27, 2019 | Email/Audio File | Quainton Couch email chain | Attorney-Client Privilege; Attorney Work Product | 10 |
| 21 | August 12, 2017 | Audio File | Interview with source re DNC leaks, Joel Rich knowledge, Aaron Rich involvement, payment for emails | 1st Amendment Reporters Privilege | 1 |
| 22 | August, 13, 2017 | Email | Matt Couch and source re Zoom call | 1st Amendment Reporters Privilege | 1 |
| 23 | August 13, 2017 | Email | Source forwarding email exchange with Rod Wheeler re blocking of investigation | 1st Amendment Reporters Privilege | 1 |
| 24 | August 13, 2017 | Audio File | Interview with source re Wheeler/Rich interactions, Sy | 1st Amendment Reporters Privilege | 1 |

| | | | | |
|---|---|---|---|---|
| 25 | August 18, 2017 | Audio File | Hersch recording, parents' knowledge of email leak | 1st Amendment Reporters Privilege | 1 |
| 26 | September 13, 2017 | Audio File | Interview with source re Rod Wheeler, use of Periscope, parents' knowledge of email leak, Wheeler lawsuit | 1st Amendment Reporters Privilege | 1 |
| 27 | April 3, 2018 | Audio File | Interview with source re May 16, 2017 Fox News Seth Rich story | 1st Amendment Reporters Privilege | 1 |
| 28 | September 13, 2017 | Audio File | Interview with source with alleged knowledge of identity of Seth Rich murderers | 1st Amendment Reporters Privilege | 1 |
| 29 | August 8, 2017 | Audio File | Interview with naval intelligence officer with alleged knowledge from confidential source of Seth Rich's last phone call | 1st Amendment Reporters Privilege | 1 |
| 30 | April 18, 2018 | Audio File | Interview with confidential source re Shawn Lucas, touches tangentially on relationship between Seth Rich and Shawn Lucas | 1st Amendment Reporters Privilege | 1 |
| 31 | April 24, 2018 | Video File | Interview with confidential source re Shawn Lucas murder, touches tangentially on whether Lucas knew Aaron or Seth Rich | 1st Amendment Reporters Privilege | 1 |
| 32 | August 24, 2019 to Present | Email exchanges | Testimony of confidential source provided to House Intelligence Committee Couch-Quainton | 1st Amendment Reporters Privilege; Attorney-Client Privilege; Attorney Work Product | >150 |

| 33 | Email exchanges | Couch-Clevenger | Attorney-Client Privilege; Attorney Work Product |
|---|---|---|---|