# EXHIBIT 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH
AMERICA FIRST MEDIA,
Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

### DEFENDANT MATTHEW COUCH'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT MATTHEW COUCH

Defendant Matthew Couch ("Defendant") for his Supplemental Response to Plaintiff First Set of Interrogatories to Defendant Matthew Couch (the "Interrogatories") states the following:

1. Defendant objects to the Interrogatories to the extent that they are vague, ambiguous, overbroad, unduly burdensome and oppressive, seek information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence, and seek information beyond that permitted by the Federal Rules of Civil Procedure.

2. Defendant objects to the Interrogatories to the extent that they contain words or phrases that are confusing or lacking in sufficient certainty to permit response. In their responses below, Plaintiffs respond to the extent they understand the Interrogatories.

3. Defendant objects to the Interrogatories to the extent they seek information protected by Federal Rule of Evidence 408, the attorney-client privilege, work product or any other applicable privilege.

4. Defendant reserves the right to modify, amend and/or supplement their responses.

Couch
EXHIBIT NO. 15
12-12-19
N. RIDDLE

All responses given below incorporate and are subject to the General Objections above, and no response given by Plaintiffs shall be deemed to constitute a waiver of any of these objections.

## SPECIFIC RESPONSES AND OBJECTIONS TO INTERROGATORIES

**Interrogatory No. 2**: Identify and describe in detail all evidence on which You relied to support any and all Statements attributed to You in the Complaint, including that Mr. Rich was involved in the theft of DNC emails and the transmittal of said emails to WikiLeaks in exchange for money, and provide all details regarding the attempts, if any, You took to examine or independently confirm the veracity of such evidence.

**RESPONSE:** Defendant hereby supplements his Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant Matthew as follows. Defendant incorporates the General Objections stated above as if set forth in full herein. Defendant further objects to this Interrogatory as overbroad and seeking irrelevant information. Defendant further objects that many statements in the Complaint speak for themselves. Subject to the foregoing objections, relevant statements in the Complaint relating to a fight involving Aaron Rich, Seth Rich and Donna Brazile were based on communications with Cassandra Fairbanks ("Ms. Fairbanks"). Defendant has no reason to doubt the veracity of this story, which was confirmed by a naval intelligence source and Rod Wheeler.

In addition, Malia Zimmerman reported that she had an FBI source who confirmed personal knowledge of emails between Seth Rich and Wikileaks. The retraction of the Fox news article was not an admission that Ms. Zimmerman's reporting was inaccurate. In addition to Adam Carter and Kim Dotcom, Defendant has learned that William Binney confirms information in the complaint.

**Interrogatory No. 4**: Identify and describe in detail all evidence of which You are or have been aware that contradicted and/or discredited the Statements attributed to You in the Complaint, and provide details regarding the attempts, if any, You took to examine such evidence. Your answer to this interrogatory shall specifically address whether and how You considered: Mr. Rich's Letter denying the Statements; Mr. Rich's decision to file a lawsuit contesting the truth of Your Statements; various retractions of statements similar to Your Statements including but not limited to those by The Washington Times, InfoWars, and Jerome Corsi; the conclusions of the Intelligence Community regarding Russia's responsibility for the theft and hack of DNC emails; and the finding by Special Counsel Robert Mueller that WikiLeaks and Julian Assange "implied falsely" that Mr. Rich's brother, Seth, had been the "source of the stolen DNC emails."

**ANSWER:** Defendant hereby supplements his Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant Matthew as follows. Defendant incorporates the General Objections stated above as if set forth in full herein. Defendant further objects to this Interrogatory as improperly attempting to shift Plaintiff's burden of proof to him. Defendant further objects to this Interrogatory as overbroad and unduly burdensome.

Subject to the foregoing objections, Defendant does not put any credence in Plaintiff's self-serving statements.

The retractions published by various outlets are limited in scope and do not affect Plaintiff's belief in the truth of his statements (1) that Wikileaks obtained the DNC emails via local download and leak by DNC insiders; (2) that Aaron Rich and Seth Rich collaborated on the downloading and leaking of emails to Wikileaks; (3) that Aaron Rich and Seth Rich received payment from Wikileaks; (4) that Aaron Rich knew Seth Rich was in danger; (5) and that Aaron Rich frustrated and blocked private investigation of his brother's murder.

The conclusions of the "Intelligence Community," in reality only a few hand-picked associates of John Brennan, and the Mueller Report are not credible because of (1) the obviously

phony nature of Guccifer 2.0, a cartoonish cut-out supposed to be the work of the masterminds of Russian military intelligence but so foolish as to forget to change the language settings on documents sent to the Western press, (2) metadata on the Wikileaks emails proving the emails cannot have been remotely hacked as alleged but must have been locally downloaded, (3) the mere "moderate confidence" of the NSA – the only intelligence agency that would have had any evidence of remote hacking – in the Russian military intelligence hacking story, (4) the failure of the Mueller team to interview Julian Assange, the one person with certain knowledge of the origin of the DNC information, and many others with information that contradicted the Russian military hacking narrative, including Kim Dotcom, William Binney, Adam Carter, Ellen Ratner and Ed Butowsky, and (5) the unproven nature of the Mueller indictment of the Russian military intelligence officers repeated as "truth" in the Mueller report.

In addition, subsequent to the filing of Plaintiff's lawsuit, Ms. Fairbanks stated to Defendant that Julian Assange told her directly that Aaron Rich and Seth Rich received payment from Wikileaks and intimated to her that the payment was made via eBay. Ms. Fairbanks has subsequently claimed that her statements were misinterpreted, but Plaintiff is certain of the statements, which were made in the presence of several other people.

Dated: New York, New York
October 8, 2019

**QUAINTON LAW, PLLC**

/s/ Eden Quainton
EDEN P. QUAINTON, ESQ.

1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Matthew Couch*[1]

---

[1] Defendant Mathew Couch has retained Mr. Quainton as his attorney who intends to enter an appearance on his behalf. Mr. Quainton's first application for admission to the Federal District

---

Court for the District of Columbia was rejected because Mr. Quainton's proposed sponsor was a member of the D.C. bar, not the District Court Bar. Mr. Quainton has located a new sponsor who has prepared an affidavit in support of Mr. Quainton's admission, the application for which will be re-submitted shortly.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH
AMERICA FIRST MEDIA,
Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## VERIFICATION OF INTERROGATORY ANSWERS

I, Mathew Couch, verify that I have read the foregoing Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant Matthew Couch and that the answers contained therein are true and correct to the best of my information, knowledge, and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on October 8_____, 2019

MATTHEW COUCH
4000 Dixieland A-201
Rogers, AR 72758

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019, a copy of the foregoing was served by agreement by electronic mail on the foregoing:

Joshua Riley
Meryl C. Governski
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, N.C
Washington, DC 2005
jriley@fsflip.com
mgovernski@bsflip.com

Micahel J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K. Street, N.W.
Washington, D.C. 20006
mgottlieb@willkie.com

Philip Harvey
Harvey & Binnalli, PLLC
717 King Street, Suite 300
Alexandria VA 22314
United States of America
pharvey@harveybinnal.com

QUAINTON LAW, PLLC

/s/ Eden Quainton
EDEN P. QUAINTON, ESQ.

1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Matthew Couch*

1