# EXHIBIT 18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

    Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

    Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

### DEFENDANT MATTHEW COUCH'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT MATTHEW COUCH

Defendant Matthew Couch ("Defendant") for his Supplemental Response to Plaintiff First Set of Interrogatories to Defendant Matthew Couch (the "Interrogatories") states the following:

1. Defendant objects to the Interrogatories to the extent that they are vague, ambiguous, overbroad, unduly burdensome and oppressive, seek information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence, and seek information beyond that permitted by the Federal Rules of Civil Procedure.

2. Defendant objects to the Interrogatories to the extent that they contain words or phrases that are confusing or lacking in sufficient certainty to permit response. In their responses below, Plaintiffs respond to the extent they understand the Interrogatories.

3. Defendant objects to the Interrogatories to the extent they seek information protected by Federal Rule of Evidence 408, the attorney-client privilege, work product or any other applicable privilege.



4. Defendant reserves the right to modify, amend and/or supplement their responses.

All responses given below incorporate and are subject to the General Objections above, and no response given by Plaintiffs shall be deemed to constitute a waiver of any of these objections.

## SPECIFIC RESPONSES AND OBJECTIONS TO INTERROGATORIES

**Interrogatory No. 7**: Describe in detail the first time You heard about Aaron Rich, including: (a) Identifying the person(s) who named Mr. Rich; (b) the date of the Communication(s); and (c) the substance of the Communication(s).

**RESPONSE**:

The first time Defendant heard the name of Aaron Rich was towards the end of September, 2016. Defendant does not remember the precise date. In September, 2016, Defendant became aware of a Crime Watch special report on the Rich family as well as an ABC interview with the Rich family from mid-July 2016 that featured Joel, Mary and Aaron Rich. Defendant believes the ABC interviewer identified Aaron Rich, who was voluntarily participating in a national broadcast.

**Interrogatory No. 8**: Identify all person(s) who told You that Aaron Rich was involved in (a) the theft of documents from the DNC; (b) receiving money from WikiLeaks; or (c) both, and Describe in detail all related Communications.

Defendant objects that this Interrogatory call for a legal conclusion and assumes facts not in evidence. Defendant objects that he has never claimed that anyone told him that Aaron was involved in the "theft" of documents. DNC emails and other documents were *downloaded* and transmitted to Wikileaks. Seymour Hersh has stated that an FBI report documents that Seth Rich provided emails to Julian Assange and wanted to be compensated for providing emails to

Wikileaks. Ellen Ratner told Ed Butowsky that Seth Rich had provided DNC emails to Wikileaks. Ellen Ratner also stated publicly that DNC insiders (plural) has provided DNC emails to Wikileaks. Malia Zimmerman had a separate confidential FBI source who had reviewed the FBI report stating that Seth Rich had sent emails to Wikileaks and had received money. Christopher Steele also reported that DNC insiders (plural) participated in transmitting DNC emails to Wikileaks. Kim Dotcom has stated that Seth Rich worked with someone very close to him in transmitting emails to Wikileaks. Cassandra Fairbanks has said Julian Assange said to look at Aaron Rich's bank accounts in connection with Wikileaks' payment for DNC emails. Cassandra Fairbanks also told Defendant that Aaron would have used eBay to receive money. Joel and Mary Rich stated "we know what our boys [plural] did." Mr. Butowsky repeated the statements of Joel and Mary Rich and Cassandra Fairbanks. Rod Wheeler has stated that Aaron Rich instructed witnesses not to respond to questions about emails and the DNC.

**Interrogatory No. 9**:

Describe in detail all Communications relating to any member of the Rich Family that You have ever had with any person(s) whom You list in Your initial disclosures.

**RESPONSE**:

Defendant responds that this Interrogatory is overbroad and unduly burdensome. Subject to the foregoing, Defendant's communications relating to the individuals listed in his initial disclosures are set forth below:

1. Edward Butowsky. Communications have with Mr. Butowsky have been discussed in Defendant's previous Responses and Supplemental Responses to Plaintiff's Interrogatories and responsive documents have been produced.
2. Cassandra Fairbanks. Communications have been discussed in Defendant's previous Responses and Supplemental Responses to Plaintiff's Interrogatories and responsive documents have been produced.
3. Michael Isikoff. None.

4. Malia Zimmerman. Defendant met Ms. Zimmerman on September 20, 2017. They spoke for approximately 10 minutes. Defendant updated Ms. Zimmerman on the status of his investigation and communicated that he had discovered that Kelsey Mulka and Seth Rich had broken up before the murder, that Seth was taken to MedStar hospital and that the operating physician was Dr. Christine Trankheim.
5. Joel Rich. None.
6. Mary Rich. None.
7. Rod Wheeler. Communications have been discussed in Defendant's previous Responses and Supplemental Responses to Plaintiff's Interrogatories and responsive documents have been produced.
8. Kelsey Mulka. None.
9. Dr. Tore Linderman. Privileged.
10. Donna Brazile. None.
11. Seymour Hersch. None.
12. Ellen Ratner: None.
13. Christopher Steele. None.
14. Aaron Rich. In January 2018 Defendant received a letter from Mr. Rich threatening legal action.
15. Julian Assange. None.
16. Joseph DellaCamera. None.
17. Kevin Doherty. Defendant spoke to Mr. Doherty for approximately one hour in the summer of 2017. Mr. Doherty had just completed a "profiling" project on the murder of Seth Rich and had concluded that Seth's murder was not a "botched robbery."
18. Pratt Wiley. None.
19. District of Columbia Chief Medical Examiner, Dr. Roger Mitchell. Defendant participated in a call with Mr. Mitchell that lasted approximately 25 minutes. Dr. Mitchell states that he could lose his job if he discussed the Rich case. To the best recollection of Defendant, Dr. Mitchell stated that he was "taking a lot of heat from brass" on the Seth Rich case. Defendant subsequently saw an email sent to Mr. Bill Pierce from Dr. Mitchell describing the location of the gunshot wounds.
20. Dimitri Alperowitch. None.
21. Shawn Henry. None.
22. Kim Dotcom. Defendant sent several messages to Mr. Dotcom via Twitter. These messages did not receive a response. At one point, Mr. Dotcom responded to a message with a thumbs up. In 2018, Mr. Dotcom contributed $2,500 to cover costs related to the Seth Rich investigation and told Defendant that he could tell his followers that Mr. Dotcom supported his work.
23. Craig Murray: None.
24. Andrew McCabe: None.

**Interrogatory No. 10**: Identify and Describe in detail any Communications You have had with anyone regarding a potential movie deal, book deal, or any other financial deal related in any way to the Rich Family.

**RESPONSE**:

Defendant objects that this Interrogatory is overbroad, unduly burdensome and irrelevant to any issue in the case. Subject to the foregoing, Defendant had discussions with a publisher named Ravenwood to write a book about his investigative work, which includes investigations into the Las Vegas shooting, the Seth Rich murder, and the Fast and Furious gun-running scandal. These discussions did not result in the preparation or execution of a contract. Defendant has had informal discussion with various other individuals about a book on his investigative work. Defendant has not been offered a contract and does not have an agent.

**Interrogatory No. 11**: Explain the difference, to the extent there is any, between "America First Media" and "America First Media Group."

America First Media Group, Inc. is a corporation of which Defendant is the sole shareholder. It has two directors, Josh Filippo and Eddie Graham. America First Media Group, Inc. has never been used. However, because of the pending lawsuit, it may need to retain counsel to assist it with a bankruptcy filing since it has no assets to satisfy a judgment or pay attorneys fees. "America First Media" is a name that Defendant has used to describe a group of patriot friends and investigators who share his interest in attempting to solve cases that the mainstream media does not want to touch. None of the individuals associated with America First Media have any connection to America First Media Group, Inc., with the exception of Defendant, Josh Filippo and Eddie Graham.

**Interrogatory No. 12**: Describe why You have stated that, as of September 2017, you did not trust Defendant Butowsky.

**RESPONSE**:

Defendant objects that this Interrogatory assumes facts not in evidence. Defendant further objects that this Interrogatory is vague and ambiguous in that the phrase "as of" is confusing and suggests an ongoing sentiment. Although on occasion he questioned Mr. Butowsky's motivation in the past, he does not do so today. Defendant has never doubted the trustworthiness of anything Mr. Butowsky has said.

Dated: New York, New York
November 21, 2019

**QUAINTON LAW, PLLC**

/s/ Eden Quainton
EDEN P. QUAINTON, ESQ.

1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Matthew Couch*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, a copy of the foregoing was served by agreement by electronic mail on the foregoing:

Joshua Riley
Meryl C. Governski
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, N.C
Washington, DC 2005
jriley@bsflip.com
mgovernski@bsflip.com

Micahel J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K. Street, N.W.
Washington, D.C. 20006
mgottlieb@willkie.com

QUAINTON LAW, PLLC

_s/ Eden Quainton_
EDEN P. QUAINTON, ESQ.

1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Matthew Couch*

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681-RJL |
| Plaintiff, | Honorable Richard J. Leon |
| v. | |
| EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, | |
| Defendants. | |

### VERIFICATION OF INTERROGATORY ANSWERS

I, Mathew Couch, verify that I have read the foregoing Responses and Objections to Plaintiff's First Set of Interrogatories to Defendant Matthew Couch and that the answers contained therein are true and correct to the best of my information, knowledge, and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2019

MATTHEW COUCH
4000 Dixieland A-201
Rogers, AR 72758