# EXHIBIT 19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH                                    Case No. 1:18-cv-00681-RJL
                                              Honorable Richard J. Leon
Plaintiff,

V.
EDWARD BUTOWSKY,
MATTHEW COUCH
AMERICA FIRST MEDIA,
Defendants.

### DEFENDANT MATTHEW COUCH'S RULE 26(a) INITIAL DISCLOSURES

Defendant Matthew Couch submits the following disclosures pursuant to Rule 26(a)(1). These disclosures are based upon information that is now reasonably available to Mr. Couch. He reserves his right to supplement and/or amend these disclosures pursuant to Rule 26(e)(1)

These disclosures do not include the names of any potential experts retained or consulted by Mr. Couch. He will produce information relating to experts as may be appropriate under Rule 26(a)(2) and any Scheduling Orders entered by the Court. In addition, the disclosures do not include documents that may be in the possession of the Plaintiff.

These disclosures do not constitute a waiver of any work product protection and are without prejudice to any other issue or argument.

I.     **Individuals Likely to Have Discoverable Information**:

Individuals listed below may have discoverable information that Mr. Couch may use to support his defenses. The description of each person's likely discoverable information is not neccessarily limited to the topics described below. Investigation and discovery are

ongoing.  Mr. Couch reserves the right to supplement this list as information becomes

available.

    1.      Edward Butowsky
              c/o Counsel

              Mr. Butowsky has knowledge of certain facts and circumstances alleged in the complaint.

    2.      Cassandra Fairbanks
              Address unknown

              Ms. Fairbanks has knowledge about statements made by Julian Assange relevant to the leaking of DNC, Clinton campaign and/or John Podesta-related emails and attachments (collectively, "DNC emails").

    3.      Michael Isikoff
              Address unknown

              Mr. Isikoff has knowledge about the podcasts he has produced relating to, among other things, Aaron Rich, Matt Couch, the alleged DNC hacking and investigations and news reports relating to the foregoing.

    4.      Malia Zimmerman
              c/o Dechert LLP

              Ms. Zimmerman has knowledge about her investigation of and the article she wrote about the leaking of the DNC emails to Wikileaks and the FBI's report relating to the leaked DNC emails.

    5.      Joel Rich
              c/o Massey & Gail

              Mr. Rich has knowledge of his communications with Mr. Butowsky, Mr. Wheeler and Aaron Rich.

    6.      Mary Rich
              c/o Massey & Gail

Ms. Rich has knowledge of her communications with Mr. Butowsky, Mr. Wheeler and Aaron Rich.

7.   Rod Wheeler
     14006 Silver Teal Way
     Upper Marlboro, MD 20744

     Mr. Wheeler has knowledge relating to his communications with Aaron Rich, Mr. Butowsky, Mary Rich, Joel Rich and other persons with knowledge of matters alleged in the Complaint.

8.   Kelsey Mulka
     Address unknown
     Ms. Mulka has knowledge about her communications with Aaron Rich relating to Seth Rich.

9.   Dr. Tore Linderman
     Address unknown

     Dr. Landsman has knowledge about communications between Aaron Rich and Kelsey Mulka relating to Seth Rich.

10.  Donna Brazile
     Address unknown

     Ms. Brazile has knowledge about her interactions and communications with Aaron Rich and circumstances surrounding the murder of Seth Rich.

11.  Seymour Hersch
     Address unknown

     Mr. Rich has knowledge of the leaking of the DNC emails to Wikileaks and the FBI's report relating to the leaked DNC emails.

12.  Ellen Ratner
     Address unknown

Ms. Ratner has knowledge of her communications with Julian Assange relating to the leak of DNC emails to Wikileaks by one or more DNC insiders or affiliated persons.

13.     Christopher Steele
        Address unknown

        Mr. Steele has knowledge relating to the role of internal DNC operatives in the alleged hacking of the DNC and the communication of the DNC emails to Wikileaks.

14.     Aaron Rich
        c/o Boies Schiller Flexner LLP

        Mr. Rich has knowledge of the facts alleged in the complaint.

15.     Julian Assange
        Belmarsh Prison, UK

        Mr. Assange knows the identity of the individual or individuals who leaked the DNC emails to him.  Mr. Assange knows the identity of the individual or individuals to whom payment was made for the DNC emails.

16.     Joseph DellaCamera
        Metropolitan Police Department of Washington D.C.
        300 Indiana Avenue, NW Washington, DC 20001

        Mr. DellaCamera has knowledge about the murder of Seth Rich.

17.     Kevin Doherty
        Nottoway Correctional Center
        Schutt Road Burkeville, VA. 23922

        Mr. Doherty has knowledge of the murder of Seth Rich.

18.     Pratt Wiley
        Address unknown

Mr. Wiley has relevant information relating to Seth Rich and Aaron Rich derived from conversation with both prior to Seth Rich's murder.

19.      District of Columbia Chief Medical Examiner
         OCME
         Dr. Roger A. Mitchell
         401 E. St. SW
         Washington D.C. 20004

         Mr. Mitchel has knowledge about the autopsy performed on Seth Rich and the cause of death.

20.      Dimitri Alperowitch
         Chief Technology Officer
         Crowdstrike Holdings, Inc.
         150 Mathilda Place, Suite 300
         Sunnyvale, California 9408

         Mr. Alperowitch has knowledge of certain matters alleged in the Complaint.

21.      Shawn Henry
         President of CrowdStrike Services and Chief Security Officer
         Crowdstrike Holdings, Inc.
         150 Mathilda Place, Suite 300
         Sunnyvale, California 9408

         Mr. Henry has knowledge of certain matters alleged in the Complaint.

22.      Kim Dotcom
         Address unknown in New Zealand
         kim@kim.com

         Mr. Dotcom has information on the leaking of the DNC emails to Wikileaks.

23.      Craig  Murray
         Address unknown in the United Kingdom

         Mr. Murray has information on the leaking of the DNC emails to Wikileaks.

24.    Andrew McCabe
Address unknown

Mr. McCabe has information about the alleged hacking of Seth Rich's gmail
account by foreign operatives and the FBI's investigation of Seth Rich's
computer.

In addition to the persons identified above, Mr. Couch also identifies the persons
named in Plaintiff's Initial Disclosures pursuant to Rule 26(a)(1)(A).

II.    **Relevant Documents**:

Mr. Couch has in his possession, custody or control the following categories of
documents that may be used to support his defenses.

1.    Documents in his own custodial files, to be collected and produced in
discovery, including e-mails, social media accounts, audio recordings and other
electronic documents; and

2.    Documents that have been or will be produced by Plaintiff or third parties in
discovery.

Mr. Couch reserves the right to supplement these Initial Disclosures and acknowledges that he
will be required to supplement this information based upon further discovery and expert
testimony and reports.

III.    **Damages**:

Not applicable.

IV.    **Insurance Agreements**:

None.

Dated: August 18, 2019

*Matthew Couch*_____

MATTHEW COUCH, *pro se*
4000 S Dixieland A-201
Rogers, AR 72758

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2019, a copy of the foregoing was served by agreement by electronic mail on the foregoing:

Joshua Riley
Meryl C. Governski
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, N.C
Washington, DC 2005
jriley@fsflip.com
mgovernski@bsflip.com

Micahel J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K. Street, N.W.
Washington, D.C. 20006
mgottlieb@willkie.com

Philip Harvey
Harvey & Binnalli, PLLC
717 King Street, Suite 300
Alexandria VA 22314
United States of America
pharvey@harveybinnal.com

*Matthew Couch*_____
MATTHEW COUCH, *pro se*
4000 S Dixieland A-201
Rogers, AR 72758