# EXHIBIT 20

| | |
|---|---|
| **From:** | Eden Quainton <equainton@gmail.com> |
| **Sent:** | Tuesday, December 3, 2019 6:37 PM |
| **To:** | Meryl Governski |
| **Cc:** | Michael Gottlieb; Joshua Riley |
| **Subject:** | Re: Rich v. Butowsky et al: Meet and Confer re AEO |

Meryl,

I have spoken to Mr. Butowsky and Mr. Couch about the outstanding points from our earlier call.

1. <u>AEO designations</u>.  Mr. Butowsky does not object to the re-designation of the six emails you identified as "Confidential" rather than "Attorneys Eyes Only," but he would first like to know who are the "designated agents" with whom Mr. Rich contemplates sharing the information.

2. <u>Ms. Linderman</u>.  Mr. Couch will be maintaining his source privilege objection with respect to Ms. Linderman.  Ms. Linderman has not consented to disclosure of the audio and Mr. Couch will not release his source information without the express consent of his sources.  I imagine this is an issue that will need to be litigated.

Respectfully,

Eden

On Tue, Dec 3, 2019 at 4:57 PM Eden Quainton <equainton@gmail.com> wrote:
> Meryl,
>
> Going over this stuff now.  One question has come up.  Who are the "designated agents" with whom you could share "confidential information"?  This is obviously broader than the "experts" who can see AEO information.
>
> Eden