# EXHIBIT 8



**NATIONAL SECURITY AGENCY**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

FOIA Case: 102706B
4 October 2018

TY CLEVENGER
PO BOX 20753
BROOKLYN NY 11202-0753

Dear Mr. Clevenger:

    This is a final response to your Freedom of Information Act (FOIA) request of 10 October 2017, requesting documents, records, and correspondence on the circumstances surrounding the death of Seth Conrad Rich since 1 January 2016. Specifically, you requested the following information:

1. All documents, records, or communications referencing or containing communications between Seth Rich and any of the following: Julian Assange, Wikileaks, Kim Dotcom, Aaron Rich, Shawn Lucas, Kelsey Mulka, Imran Awan, Abid Awan, Jamal Awan, Hina Alvi, Rao Abbas, and/or any person or entity outside of the United States. The latter five individuals performed information technology services for various Democratic members of Congress, including Rep. Debbie Wasserman-Schultz. Aaron Rich is the brother of Seth Rich, and Kelsey Mulka is Seth Rich's former girlfriend. David Kendall, Cheryl Mills, and Heather Samuelson are attorneys who represented Hillary Rodham Clinton.
2. All documents or records (including audio recordings) of phone calls made or received by Seth Rich on July 9, 2016 and on July 10, 2016.
3. All documents, records, or communications referencing or containing financial transactions between Seth Rich and any of the following: Julian Assange, WikiLeaks, Kim Dotcom, Aaron Rich, Shawn Lucas, Kelsey Mulka, Imran Awan, Abid Awan, Jamal Awan, Hina Alvi, and/or Rao Abbas, and/or any person or entity outside of the United States.
4. "All correspondence received from or sent to any member of Congress (or anyone representing a member of Congress or Congressional committee) regarding Seth Rich, Julian Assange, WikiLeaks, Kim Dotcom, Aaron Rich, Shawn Lucas, Kelsey Mulka, Imran Awan, Abid Awan, Jamal Awan, Hina Alvi, and/or Rao Abbas." Please refer to our 7 November 2017 correspondence to you regarding items 1-3 of your request. A copy of your original request is enclosed.

FOIA Case: 102706B

As previously mentioned in NSA's initial response letter on 7 November 2017, your request has been assigned Case Number 102706. We have completed searches for documents responsive to your request.

Your request has been processed under the provisions of the FOIA. Fifteen documents (32 pages) responsive to your request have been reviewed by this Agency as required by the FOIA and have been found to be currently and properly classified in accordance with Executive Order 13526. These documents meet the criteria for classification as set forth in Subparagraph (c) of Section 1.4 and remains classified TOP SECRET and SECRET as provided in Section 1.2 of Executive Order 13526. The documents are classified because their disclosure could reasonably be expected to cause exceptionally grave or serious damage to the national security. Because the information is currently and properly classified, it is exempt from disclosure pursuant to the first exemption of the FOIA (5 U.S.C. Section 552(b)(1)).

In addition, this Agency is authorized by various statutes to protect certain information concerning its activities. We have determined that such information exists in these documents. Accordingly, such information is exempt from disclosure pursuant to the third exemption of the FOIA, which provides for the withholding of information specifically protected from disclosure by statute. The specific statutes applicable in this case are Title 18 U.S. Code 798; Title 50 U.S. Code 3024(i); and Section 6, Public Law 86-36 (50 U.S. Code 3605). No portion of the information is reasonably segregable.

Sincerely,

*Paul K*
*for*

JOHN R. CHAPMAN
Chief, FOIA/PA Office
NSA Initial Denial Authority