UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                         Case No. 1:18-cv-00681 (RJL)
                                                    Honorable Richard J. Leon
Plaintiff,

v.


EDWARD BUTOWSKY,
MATTHEW COUCH
AMERICA FIRST MEDIA,
Defendants.


### <u>DECLARATION OF MATTHEW COUCH</u>


My name is Matthew Couch. I am a Defendant in the above-captioned action and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

(1)     I have limited resources.

(2)     In 2014 I filed for personal bankruptcy in Federal District Court for the Western District of Arkansas. I received a discharge from bankruptcy in 2019 pursuant to which I continue to pay $300/month to the bankruptcy trustee. I also pay $110/week in child support to my ex-wife.

(3)     My income for 2018 was approximately $60,000 and my income for 2019 declined substantially to approximately $40,000. I am working with a professional tax preparer to prepare and file my tax returns for 2018 and 2019. I have paid for the expenses of the Seth Rich investigation and the costs of the above-captioned lawsuit out my personal income.

(4)     I follow and have been connected with Mr. Kim Dotcom on Twitter since approximately early 2018.

(5)     Following the July 31, 2019 status conference, I spoke by telephone with Mr. Phillip Harvey, then counsel for Defendant Ed Butowsky. Mr. Harvey informed me that before the hearing, in which I had participated telephonically, there had been an *ex parte* hearing with Mr. Harvey and counsel for Plaintiff, at which the pending motions to compel, including the one concerning me, had been discussed and the judge had, apparently, reached a decision. Based on my discussion with Mr. Harvey, it did not appear that counsel for Plaintiff had informed the Court that I had not had an opportunity to prepare a response to the motion.

Dated: January 6, 2020
      Rogers, Arkansas

Matthew Couch

_____
MATTHEW COUCH

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on January 6, 2020, the foregoing document was

filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff

Aaron Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendants Edward Butowsky and Matthew Couch*