UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |

**PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DEEM FACTS IN CERTAIN OF PLAINTIFF'S REQUESTS FOR ADMISSION ADMITTED AND CONCLUSIVELY ESTABLISHED**

JOSHUA P. RILEY
MERYL C. GOVERNSKI
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005

MICHAEL J. GOTTLIEB
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006

*Attorneys for Plaintiff Aaron Rich*

On November 27, 2019, Plaintiff served a Second Set of Requests for Admission ("RFA") on Defendant Butowsky and a First Set of RFAs on Defendant America First Media ("AFM"). *See* Exs. 1-2.  Defendants' response to the RFAs was due on December 27, 2019.  *See* Fed. R. Civ. P. 36.  Defendants did not respond to the RFAs by December 27, 2019 (and in fact still have not responded to the RFAs as of the date of this Motion).[1]  Defendants' failure to respond timely to the RFAs marks the latest instance in Defendants' history of missing or ignoring discovery deadlines in this case, thereby necessitating discovery motions and Court orders.  *See, e.g.*, Dkt. 63, 68, 71, 93, 95.

When a party fails to respond timely to RFAs, the appropriate remedy is for the requests to be deemed admitted.  *See* Fed. R. Civ. P. 36(a)(3) ("A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney."); *Rainbolt v. Johnson*, 669 F.2d 767, 768 (D.C. Cir. 1981) (reversing district court for "failing to give binding and conclusive effect to the unanswered requests for admissions" because Rule 36 "expressly provides that requests for admissions are automatically deemed admitted if not answered within 30 days, and that the matters therein are 'conclusively established' unless the court on motion permits withdrawal or amendment of the admissions"); *see also Anchorage-Hynning & Co. v. Moringiello*, 697 F.2d 356, 363 (D.C. Cir. 1983) ("By force of Rule 36, matter subjected to such a request is admitted for purposes of the litigation pending unless answered or objected to. . . .");

---

[1] Plaintiff also served a Second Set of RFAs to Defendant Couch on November 27, 2019, and Defendant Couch also missed the deadline for responding to those RFAs.  On January 8, 2020, during the process of meeting-and-conferring about this Motion, Defendant Couch submitted an untimely response to the Second Set of RFAs.  While Plaintiff is entitled to seek an order deeming those RFAs admitted under Rule 36(a)(3), Plaintiff has excluded those RFAs from this Motion in a good faith effort to narrow the issues before the Court.  Plaintiff does not, however, waive any rights with respect to those RFA responses.

*Essroc Cement Corp. v. CTI/D.C., Inc.*, 740 F. Supp. 2d 131, 140 (D.D.C. 2010) ("By automatic operation of Rule 36, each of the matters set forth therein are 'conclusively established' for purposes of the present litigation."); *Ashford v. E. Coast Express Eviction*, 245 F.R.D. 36, 37 (D.D.C. 2007) ("Because defendants failed to respond in a timely manner to the request for admissions, the matters are deemed admitted").

Plaintiff therefore respectfully asks the Court to enter an Order deeming as admitted the requests contained in Plaintiff's Second Set of RFAs to Defendant Butowsky and Plaintiff's First Set of RFAs to Defendant AFM.[2]

Dated: January 8, 2020

/s/ *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

**Attorneys for Plaintiff Aaron Rich**

---

[2] Plaintiff's counsel conferred with Defendants' counsel prior to filing this Motion. Defendants' counsel did not consent to the relief requested in this Motion—an order deeming the requests admitted. Defendants' counsel did commit to supplement Defendant Butowsky's Interrogatory Responses to identify Cassandra Fairbanks as the "close friend" and "source close to Mr. Assange" referenced in response to Interrogatory No. 2, and on that basis Plaintiff has agreed to exclude from the scope of this Motion Butowsky RFA Nos. 65, 66, and 67, as reflected in the Proposed Order.

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on January 8, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: January 8, 2020

/s/ _Joshua P. Riley_____
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com