# Exhibit 1

| | |
|---|---|
| **From:** | Joshua Riley |
| **To:** | Eden Quainton |
| **Cc:** | Meryl Governski; Michael Gottlieb; Sam Hall |
| **Subject:** | Rich v. Butowsky / Butowsky RFAs |
| **Date:** | Wednesday, November 27, 2019 2:49:14 PM |
| **Attachments:** | Second RFAs to Butowsky.pdf |

Mr. Quainton,

I attach and hereby serve Plaintiff's Second Set of RFAs to Edward Butowsky. As you will see, several of the requests are re-stated from the First RFAs to address certain of your prior objections.

~Josh

**Joshua Riley**
Partner

**BOIES SCHILLER FLEXNER** LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t)   202 237.2727
jriley@bsfllp.com
www.bsfllp.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

### PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION
### TO DEFENDANT EDWARD BUTOWSKY

Plaintiff Aaron Rich, by and through his counsel and pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby requests that Defendant Butowsky respond to the following Requests For Admission ("Requests") within thirty days of service and afterwards supplement such responses as may become necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

### DEFINITIONS AND INSTRUCTIONS

Plaintiff incorporates by reference all the instructions, definitions, and rules contained in the Federal Rules of Civil Procedure and for purposes of the Requests, the following definitions shall apply.

A.　　These Requests are continuing so as to require supplemental responses during the pendency of the litigation in accordance with Fed. R. Civ. P. 26(e).

B.　　Answer each Request separately and fully.

C.　　If you do not admit a Request, the answer shall specifically deny it and set forth in detail the reason(s) for denial in accordance with Fed. R. Civ. P. 36(a)(4).

D. If you deny only part of a Request, you must specify the part admitted and qualify or deny the rest in accordance with Fed. R. Civ. P. 36(a)(4).

E. If you object or otherwise decline to set forth in your response any of the information requested by any Request, set forth the exact ground upon which you rely with specificity so as to permit the Court to determine the legal sufficiency of your objection or position, and provide the most responsive information you are willing to provide without a court order.

F. Unless words or terms have been given a specific definition herein, each word or term used herein shall be given its usual and customary dictionary definition.

G. The terms defined herein should be construed broadly to the fullest extent of their meaning in a good faith effort to comply with the Federal Rules of Civil Procedure.

H. The Requests hereby incorporate any and all of the Definitions in the agreed-upon Stipulated Protective Order, filed on the docket at ECF No. 29 ("Protective Order").

I. "You," "Your," or "Yours" refers to Defendant Edward Butowsky and includes any persons or entities acting for him or on his behalf, including but not limited to all representatives, servants, agents, employees, officers, affiliates, subsidiaries, parent companies, and/or third parties, as well as any entities over which Defendant Butowsky has control.

J. "State" or "Stated" means the utterance or conveyance of words, whether in writing or orally, and a "Statement" means a thing that is Stated. Where a Request for Admission references a particular Statement that is not in quotation marks, the Request seeks Your admission that one Stated the subject matter either verbatim *or* in sum and substance.

K.     "DNC Emails" references emails from the Democratic National Committee that were published by Wikileaks in 2016

## SECOND SET OF REQUESTS FOR ADMISSION

**RFA 58:**   Admit that You do not know why Seth Rich was killed.

**RFA 59:**   Admit that You do not know whether Seth Rich's murder was related to the transmittal of the DNC Emails to Wikileaks.

**RFA 60:**   Admit that You have not provided to the Washington, D.C., Metropolitan Police Departmetn any evidence relating to the murder of Seth Rich.

**RFA 61:**   Admit that You have Stated to at least one other person that Aaron Rich was involved in downloading the DNC Emails.

**RFA 62:**   Admit that You have Stated to at least one other person that Aaron Rich was involved in transmitting the DNC Emails to WikiLeaks.

**RFA 63:**   Admit that You have Stated to at least one other person that Aaron Rich received money from WikiLeaks in exchange for DNC Emails.

**RFA 64:**   Admit that Seymour Hersh did not make any Statements to you about Aaron Rich.

**RFA 65:**   Admit that the "close friend" referenced in the second sentence of your response to Interrogatory #2 is Ellen Ratner.

**RFA 66:**   Admit that the "source close to Mr. Assange" referenced in the fourth sentence of your response to Interrogatory #2 is Ellen Ratner.

**RFA 67:**   Admit that Joel Rich never Stated to You that Aaron Rich was involved in downloading the DNC Emails.

**RFA 68:**   Admit that Joel Rich never Stated to You that Aaron Rich was involved in transmitting the DNC Emails to Wikileaks.

**RFA 69:**   Admit that You do not know whether Aaron Rich was involved in downloading the DNC Emails.

**RFA 70:**   Admit that You do not know whether Aaron Rich was involved in transmitting the DNC Emails to Wikileaks.

**RFA 71:**   Admit that You do not know whether Aaron Rich received money from Wikileaks in exchange for the DNC Emails.

**RFA 72:** Admit that You do not know whether Aaron Rich has been interviewed by law enforcement in connection with Seth Rich's murder.

**RFA 73:** Admit that You do not know whether the Federal Bureau of Investigation examined Seth Rich's laptop.

**RFA 74:** Admit that You do not know when the Federal Bureau of Investigation examined Seth Rich laptop.

**RFA 75:** Admit that the first time you Stated that Mr. Assange had said, "Look at Aaron's bank accounts" was in Your response to Interrogatories in this litigation.

**RFA 76:** Admit that You have paid money to Matt Couch.

**RFA 77:** Admit that You have paid money to Shadowbox.

**RFA 78:** Admit that You have paid money to Manuel Chavez (a/k/a Defango)

**RFA 79:** Admit that you have sent or received messages about Seth Rich or Aaron Rich via the email address ed@chapwoodinvestments.com.

DATED: November 27, 2019

                          BOIES SCHILLER FLEXNER LLP

                          */s/ Meryl C. Governski*
                          MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
                          1401 New York Ave NW
                          Washington, DC 20005
                          Tel: (202) 237-2727
                          Fax: (202) 237-6131
                          mgovernski@bsfllp.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on November 27, 2019, a copy of the foregoing document was served on Defendant Butowsky and on Defendant Couch and to their counsel Eden Quainton at [equainton@gmail.com](mailto:equainton@gmail.com). Mr. Quainton has agreed to convey served documents to Defendant America First Media through Defendant Couch as necessary.

DATED: November 27, 2019

                                          BOIES SCHILLER FLEXNER LLP

                                        */s/ Meryl C. Governski*
                                        MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
                                        1401 New York Ave NW
                                        Washington, DC 20005
                                        Tel: (202) 237-2727
                                        Fax: (202) 237-6131
                                        mgovernski@bsfllp.com