# Exhibit 2

| | |
|---|---|
| **From:** | Joshua Riley |
| **To:** | Eden Quainton |
| **Cc:** | Michael Gottlieb; Meryl Governski; Sam Hall |
| **Subject:** | Rich v. Butowsky / AFM RFAs |
| **Date:** | Wednesday, November 27, 2019 3:10:46 PM |
| **Attachments:** | RFAs to AFM.PDF |

Mr. Quainton,

I attach and hereby serve Plaintiff's First Set of RFAs to AFM.

Relatedly, AFM still has refused to respond to prior discovery requests, notwithstanding the Court's order that AFM do so and the Court's denial of defendants' motion for reconsideration of that order.  We request, once again, that AFM comply with the Court's order and produce requested discovery.  We reserve all rights under Rule 37 should AFM continue to defy the Court's order.

~Josh

**Joshua Riley**
Partner

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t)   202 237.2727
jriley@bsfllp.com
www.bsfllp.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION
## TO DEFENDANT AMERICA FIRST MEDIA

Plaintiff Aaron Rich, by and through his counsel and pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby requests that Defendant America First Media respond to the following Requests For Admission ("Requests") within thirty days of service and afterwards supplement such responses as may become necessary to comply with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

## DEFINITIONS AND INSTRUCTIONS

Plaintiff incorporates by reference all the instructions, definitions, and rules contained in the Federal Rules of Civil Procedure and for purposes of the Requests, the following definitions shall apply.

A.　　These Requests are continuing so as to require supplemental responses during the pendency of the litigation in accordance with Fed. R. Civ. P. 26(e).

B.　　Answer each Request separately and fully.

C.　　If you do not admit a Request, the answer shall specifically deny it and set forth in detail the reason(s) for denial in accordance with Fed. R. Civ. P. 36(a)(4).

D.  If you deny only part of a Request, you must specify the part admitted and qualify or deny the rest in accordance with Fed. R. Civ. P. 36(a)(4).

E.  If you object or otherwise decline to set forth in your response any of the information requested by any Request, set forth the exact ground upon which you rely with specificity so as to permit the Court to determine the legal sufficiency of your objection or position, and provide the most responsive information you are willing to provide without a court order.

F.  Unless words or terms have been given a specific definition herein, each word or term used herein shall be given its usual and customary dictionary definition.

G.  The terms defined herein should be construed broadly to the fullest extent of their meaning in a good faith effort to comply with the Federal Rules of Civil Procedure.

H.  The Requests hereby incorporate any and all of the Definitions in the agreed-upon Stipulated Protective Order, filed on the docket at ECF No. 29 ("Protective Order").

I.  "You," "Your," or "Yours" refers to America First Media and includes America First Media Group, Inc. and any persons or entities acting for it or on its behalf, including but not limited to all representatives, servants, agents, employees, officers, affiliates, subsidiaries, parent companies, third parties, as well as any entities over which America First Media or America First Media Group has control.

## FIRST SET OF REQUESTS FOR ADMISSION

**RFA 1:**  Admit that America First Media Group, Inc. is registered as a non-profit corporation.

**RFA 2:**  Admit that America First Media and America First Media Group, Inc. are different names for the same entity.

**RFA 3:**  Admit that You do not maintain a bank account in Your name.

**RFA 4:**   Admit that You do not maintain audited financial statements.

**RFA 5:**   Admit that You do not maintain books and records of account.

**RFA 6:**   Admit that You do not maintained a registered agent.

**RFA 7:**   Admit that You do not record Your receipts of moneys according to accepted accounting principles.

**RFA 8:**   Admit that You do not record Your expenditures according to accepted accounting principles.

**RFA 9:**   Admit that You have not employed an accountant to perform accounting services for You.

**RFA 10:**   Admit that funds received through https://www.patreon.com/AFMG have been deposited into a personal bank account belonging to Matthew Couch.

**RFA 11:**   Admit that funds received through https://www.gofundme.com/f/americafirstmedia have been deposited into a personal bank account belonging to Matthew Couch.

**RFA 12:**   Admit that funds received through https://www.gofundme.com/f/AmericaFirstInvestigations have been deposited into a personal bank account belonging to Matthew Couch.

**RFA 13:**   Admit that funds received through https://www.gofundme.com/f/TheDCPatriot have been deposited into a personal bank account belonging to Matthew Couch.

**RFA 14:**   Admit that funds received through https://fundly.com/americafirstmedia have been deposited into a personal bank account belonging to Matthew Couch.

**RFA 15:**   Admit that funds received through https://fundly.com/americafirstmedia have been deposited into a personal bank account belonging to Matthew Couch.

**RFA 16:**   Admit that funds received through https://fundly.com/afmg have been deposited into a personal bank account belonging to Matthew Couch.

**RFA 17:**   Admit that funds received through https://www.paypal.me/AmericaFirstMedia have been deposited into a personal bank account belonging to Matthew Couch.

DATED: November 27, 2019

                                    BOIES SCHILLER FLEXNER LLP

*/s/ Meryl C. Governski*
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgovernski@bsfllp.com

4

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on November 27, 2019, a copy of the foregoing document was served on Defendant Butowsky and on Defendant Couch and to their counsel Eden Quainton at [equainton@gmail.com](mailto:equainton@gmail.com). Mr. Quainton has agreed to convey served documents to Defendant America First Media through Defendant Couch as necessary.

DATED: November 27, 2019

                                         BOIES SCHILLER FLEXNER LLP

                                         */s/ Meryl C. Governski*
                                         MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
                                         1401 New York Ave NW
                                         Washington, DC 20005
                                         Tel: (202) 237-2727
                                         Fax: (202) 237-6131
                                         mgovernski@bsfllp.com