# EXHIBIT 4







