UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH
AMERICA FIRST MEDIA,
Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## DEFENDANT MATTHEW COUCH'S UNOPPOSED MOTION FOR AUTHORIZATION TO TAKE FIVE DEPOSITIONS

Defendant Matthew Couch ("Defendant" or "Mr. Couch") respectfully requests leave to take five depositions in the present case.[1]  Defendant's grounds for the present motion are as follows:

At the July 31, 2019 Status Conference ("Status Conference"), the Court limited each party to five depositions "unless there is good cause shown" that more are necessary.  Dkt. 75 at 8:19-22.  The Court also denied Mr. Couch the right to take <u>any</u> depositions without leave of Court on the grounds that Mr. Couch was acting *pro se* at the time and was unfamiliar with deposition procedure.  Dkt. 75 at 10:2-11.  Because Mr. Couch is now represented by an attorney, he should have equal rights to take depositions as those granted to Plaintiff in this case. *See* e.g., *Gulf, C. & S.F. Ry. Co. v. Ellis*, 165 U.S. 150, 161 (1897)(citing state court favorably

---

[1] Pursuant to Local Rule 7(m), Defendant has conferred with counsel for Plaintiff, who does not oppose the Motion, provided the depositions are conducted prior to the current discovery cut-off deadline of January 27, 2020.  In light of Plaintiff's position, Mr. Couch respectfully requests that the Court grant the relief sought expeditiously.

1

for proposition that "all litigants, whether plaintiff or defendant, should be regarded with equal favor by the law"). Indeed, when Plaintiff sought leave to increase the number of depositions he would be permitted to take, Mr. Couch agreed on the condition that he be permitted to take the same number of depositions as Plaintiff. Dkt. 83, at 1 and n.1.

Although the Court has separately granted Defendant Edward Butowsky ("Mr. Butowsky") the right to take five depositions, Dkt. 75 at 9:7-8, Mr. Couch needs the ability to take a minimum number of depositions in his own right. While both Defendants share common interests, they cannot be expected to have identical views on which witnesses' depositions to seek or prioritize. For example, the Complaint alleges that Mr. Couch defamed Plaintiff by suggesting that Plaintiff was aware that Seth Rich was in danger and warned Kelsey Mulka. Complaint ¶ 55. Mr. Couch therefore has an interest in deposing Ms. Mulka that Mr. Butowsky may not have. In addition, Mr. Couch allegedly defamed Plaintiff by stating that Plaintiff was involved in an altercation with Donna Brazile. *Id.* Plaintiff does not allege that these statements were made in coordination with Mr. Butowsky, which suggests that Mr. Couch may have an independent reason for seeking the deposition of Ms. Brazile.

Moreover, the differences in which witnesses' depositions are necessary are also reflected in the Defendants' initial disclosures. Mr. Couch identified a number of individuals with relevant knowledge who do not appear in Defendant Butowsky's initial disclosure, including Kim Dotcom, an Internet personality with personal knowledge of Seth Rich's involvement in leaking emails to Wikileaks, and Joey Dellacamera, the lead D.C. investigator into the murder of Seth Rich. *See* Declaration of Eden P. Quainton ("Quainton Decl."), Ex. 1 (Couch Initial Disclosures). The relevance of Mr. Dotcom's testimony was heightened recently by an interview Mr. Dotcom gave to Consortium News at which he states unambiguously that he was

in touch with Seth Rich, that he put Seth Rich in communication with a Wikileaks intermediary, and that the technical difficulties of downloading and transmitting emails required the assistance of someone "close" to Mr. Rich. *See* https://consortiumnews.com/2019/08/02/watch-cn-live-kim-dotcom-bill-binney-mike-gravel-on-episode-4/.

Separately, the importance of Mr. Dellacamera's testimony was underscored at the recent deposition of Mr. Rod Wheeler, the investigator hired by the Rich family to investigate the murder of Seth Rich. *See* Complaint ¶ 5. ███████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██ ██████████████████████████████████████████████████
████████████████████████ the Complaint insinuates that Mr. Couch, who has looked beyond the official narrative for answers to the Seth Rich murder, has not conducted a genuine investigation. Complaint ¶¶ 20 56, 86 (disparagingly putting "investigation" in quotation marks). To the extent Plaintiff alleges it was defamatory for Mr. Couch to state that Plaintiff interfered with "investigations" into Seth Rich's murder, Mr. Couch is entitled to interview Mr. Dellacamera and individuals such as Cathy Lanier, the former chief of the

Metropolitan Police Department of D.C., and to bring forward other witnesses to support the thoroughness of his own investigation and the interference he faced and/or learned of.

## CONCLUSION

For the foregoing reasons, Mr. Couch respectfully request that the Court promptly authorize him to take a minimum of five depositions without further leave of Court.

Dated January 6, 2020

/s/ Eden Quainton
EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
QUAINTON LAW, PLLC
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Matthew Couch*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on December 30, 2019, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*
EDEN P. QUAINTON, ESQ.

1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Matthew Couch*