# EXHIBIT 1



Eden Quainton <equainton@gmail.com>

# Sy Hersh audio

**Eden Quainton** <equainton@gmail.com>  Mon, Jan 6, 2020 at 1:35 PM
To: Joshua Riley <jriley@bsfllp.com>
Cc: Meryl Governski <mgovernski@bsfllp.com>, "Gottlieb, Michael" <MGottlieb@willkie.com>, "Hall, Samuel (SHall@willkie.com)" <SHall@willkie.com>

Josh,

I have conferred with Mr. Butowsky and he confirms that the Sy Hersh audio provided in discovery should continue to be sealed.

On a separate note, his medical condition has seriously worsened and he is now in ICU at Plano Presbyterian after having a 107 degree fever last night. This is extremely serious. Apparently, his doctors are considering a further complicated surgical procedure that will keep him at the hospital and away from work for the foreseeable future. He tells me that it will be impossible for him to attend a deposition on the 14th. He is not in a position to update the declaration I will be filing shortly, but I will provide an updated version once he is in a position to sign the document and we know what is going on.

Eden

Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com