# EXHIBIT 6

**SEARCH TERMS FOR ED BUTOWSKY**

1. "Couch"
2. "Lyons"
3. "Fairbanks"
4. "Howley"
5. "Hoft"
6. "Wheeler"
7. "Zimmerman"
8. "Housley"
9. "*@foxnews.com"
10. "Seth"
11. "Aaron"
12. "Mary"
13. "Joel"
14. "Julian"
15. "Assange"
16. "WikiLeaks"
17. "Powe"
18. "Ratner"
19. "Talk Media News"
20. "Kunstler"
21. "Hersh"
22. "Sy"
23. "Della Camera"
24. "DNC emails"
25. "Isikoff"
26. "Cuomo"
27. "Marraco"
28. "Spicer"
29. "Sessions"
30. "*donaldtrump.com"
31. "*.gov"
32. "White House"
33. "Kash"
34. "McInerney" and ("Rich" or "Wheeler")
35. "vmaya" and ("Rich" or "Wheeler")
36. "Peter Berg" and ("Rich" or "Wheeler")
37. "Kim Sams" and ("Rich" or "Wheeler")
38. "what" w/3 "boys did"
39. "what" w/3 "sons did"
40. "A & R"
41. "McCabe"
42. "Ebay"
43. "Dropbox"
44. "Debunking"

1

2

45. "Johnson"
46. "Binney"
47. "Loomis"
48. "Wiebe"
49. "Schoenberger"
50. "Defango"
51. "Chavez"
52. "Manuel"
53. "Manny"
54. "Flippo"
55. "Burkett"
56. "Fitzgibbons"
57. "Shadowbox"
58. "Googie"
59. "FBI"
60. "Whysprtech*"
61. "David Edwards"