UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                           Case No. 1:18-cv-00681-RJL
                                                         Honorable Richard J. Leon

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH
AMERICA FIRST MEDIA,
Defendants.

## ERRATA

       The attached document, Exhibit 2 – Riley Quainton January 10 email, was originally filed as Dkt. 109-3. The originally filed document inadvertently failed to redact information that should have been redacted. The inadvertently filed document has been sealed and the properly redacted Exhibit 2 is filed herewith.

Dated January 15, 2020

                                        */s/ Eden Quainton*_____
                                        EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
                                        QUAINTON LAW, PLLC
                                        1001 Avenue of the Americas, 11th Floor
                                        New York, New York 10018
                                        Telephone: (212) 813-8389
                                        E-mail: equainton@gmail.com
                                        *Attorneys for Defendant Edward Butowsky*