# EXHIBIT 1
# FILED
# UNDER SEAL

# EXHIBIT 2



🐦 Home

unt? Log in ▾  ✕



💬 369    🔁 8.9K    ♡ 7.2K

**Matt Couch** 🎙️    Follow ▾
@RealMattCouch

We cannot fight the legal battles, and everything else we're fighting without the help of so many Patriots. Thanks to those of you who've joined the Fight for the Truth and Justice.

The Storm is Coming!
#AmericaFirstMedia #SethRich



**Matt Cou...**
@RealMattCou...

Christian, Fathe...
Founder The D...
Media Group, ...
Slinger instagra...



**Click here to support America First Media Investigations organized b...**
Matt Couch America First Media Investigations We are the leading Investigations Team in America in the Seth Rich Murder, Las Vegas Shoot...
gofundme.com



6:22 PM - 22 May 2018

150 Retweets 212 Likes    

💬 7    🔁 150    ♡ 212

This Tweet is unavailable.


📍 NW Arkans...


🔗 TheDCPatri...

📅 Joined June...

ЯMF @robertmferguson · 26 May 2018   ▾
Replying to @RealMattCouch
I'd donate, but I fear it will be spent on prostitutes instead of this worthy cause. Do I have your word you will not spend a dime of my donation on prostitution?

# EXHIBIT 3

| | |
|---|---|
| **From:** | ed butowsky |
| **To:** | Michael Gottlieb |
| **Cc:** | Joshua Riley; Meryl Governski |
| **Subject:** | Re: second attempt |
| **Date:** | Friday, December 7, 2018 2:36:48 PM |
| **Attachments:** | Screen Shot 2018-12-07 at 1.30.02 PM.png |

Just trying to help you out. Bottom line is you are either being lied to or ....
Stop calling me a liar. It is unprofessional and it is incorrect.. DO YOUR HOMEWORK.
They were paid via Ebay.. sadly, they got caught up with something bigger than they knew at the time.
I am communicating because when I go full throttle on discovery , if I do, I will expose everything. I have little to no interest in this but you are pulling me in .

On 12/7/18, 10:24 AM, "Michael Gottlieb" <mgottlieb@bsfllp.com> wrote:

Mr. Butowsky,

Let's try this again. I'll cut and paste the email I sent to you below, and attach it as well. I'm not sure how it got garbled on your computer, but what appears in your email is not what appears in my outbox.



Mr. Butowsky,

We are well familiar with Rule 11 and have fully satisfied our obligations under it.

As of now, you have mentioned a company that you claim is called "A and R Merchandise" - which you claim is located in Littleton, Colorado - that does not appear to exist. There is no record of an entity with that name in any registry of Colorado corporations. Your reference to Robert Hannigan is indecipherable without additional information. If you claim that we should investigate other facts that would show our allegations to be false, given that you appear to be threatening us with Rule 11 sanctions, please provide that information to us so that we may conduct the investigation you are demanding.

Regards,

Mike

Michael J. Gottlieb
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 237 9617
(m) +1 202 744 0858
mgottlieb@bsfllp.com
www.bsfllp.com

Michael J. Gottlieb
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 237 9617
(m) +1 202 744 0858
mgottlieb@bsfllp.com
www.bsfllp.com

-----Original Message-----
From: ebutowsky@gmail.com [mailto:ebutowsky@gmail.com]
Sent: Friday, December 07, 2018 11:13 AM
To: Michael Gottlieb
Cc: Joshua Riley; Meryl Governski
Subject: Re: RE: RE: RE:

Very difficult to understand. I will assume these are your thoughts.
Please resist emailing me nonsense like this.
Very unprofessional

> On Dec 7, 2018, at 10:00 AM, Michael Gottlieb <mgottlieb@bsfllp.com> wrote:
>
>
TXIuIEJ1dG93c2t5LA0KDQpXZSBhcmUgd2VsbCBmYW1pbGlhciB3aXRoIFJ1bGUgMTEgYW
> 5kIGhh
>
dmUgZnVsbHkgc2F0aXNmaWVkIG91ciBvYmxpZ2F0aW9ucyB1bmRlciBpdC4NCg0KQXMgb2
> Ygbm93
>
LCB5b3UgaGF2ZSBtZW50aW9uZWQgYSBjb21wYW55IHRoYXQgeW91IGNsYWltIGlzIGNhbG

> xlZCDi
> gJxBIGFuZCBSIE1lcmNoYW5kaXNloCdIOKAkyB3aGljaCB5b3UgY2xhaW0gaXMgbG9jYX
> RlZCBp biBMaXR0bGV0b24sIENvbG9yYWRvIOKAkyB0aGF0IGRvZXMgbm90IG

# EXHIBIT 4

To:        Aaron Rich[aaronnathanrich@gmail.com]; ed butowsky[edbutowsky@icloud.com]
From:      ed butowsky Case 1:18-cv-00681-RJL   Document 116-2   Filed 01/16/20   Page 8 of 85
Sent:      Sat 4/21/2018 12:47:48 PM
Importance:        Normal
Subject:   Re: Stop with the Lies
Received:  Sat 4/21/2018 12:47:48 PM

Hey Brad, discovery is going to be interesting. I am going to be in Washington this coming week. Want to grab lunch?

---

**From:** Aaron Rich <aaronnathanrich@gmail.com>
**Date:** Friday, January 12, 2018 at 8:38 PM
**To:** ed butowsky <edbutowsky@icloud.com>
**Cc:** Ed Butowsky <ebutowsky@gmail.com>
**Subject:** Re: Stop with the Lies

My name is Aaron, Ed.

I don't work with Brad, and he didn't write a word of my letter to you.

Have a nice night.

-Aaron

On Fri, Jan 12, 2018 at 7:21 PM, ed butowsky <edbutowsky@icloud.com> wrote:
  Brad,

  Call whenever . 9728970197
  On Jan 12, 2018, at 7:59 PM, Aaron Rich <aaronnathanrich@gmail.com> wrote:

      Mr. Butowsky,

      Please see attached letters.

      -Aaron Rich

      ---------- Forwarded message ----------
**From: Aaron Rich** <aaronnathanrich@gmail.com>
Date: Thu, Dec 21, 2017 at 7:54 AM
Subject: Stop with the Lies
To: mattcouch@af-mg.com


      Dear Mr. Couch,

      I do not know you, and you do not know me or my parents. Unfortunately, you never had the chance to meet my brother Seth. If you had, I know you wouldn't be spreading lies about me, my parents, and my brother on all of your various social media accounts.

      For the past few months you and your AFM platform have spread false conspiracy theories about the murder of my brother on Twitter and Periscope, including ridiculous and offensive statements about ways that you say I am involved. You've said that you're doing this to defend President Trump, though I don't understand what President Trump has to do with me or my family.

      It's hard for me to read some of the stuff you've published. I wonder if you can even imagine what it feels like to have someone say that you helped kill your own brother and cover it up. You've said repeatedly that I was involved in a plot with Seth to leak documents, that I received money directly into my bank account from Wikileaks, and that I have participated in a cover up including withholding information from investigators. All of these things would be

crimes if they were true. And you report these things without any evidence at all, without a care in the world as to whether any of it is actually true.

Case 1:18-cv-00681-RJL   Document 116-2   Filed 01/16/20   Page 9 of 85

Let me state this as clearly as I can: your accusations are completely false, and you should be ashamed of yourself for dragging my name through the mud to advance a political cause. I was not involved in any way in a plot to leak documents to Wikileaks, I never leaked documents to Wikileaks or anyone else, I did not receive one penny into any bank account from Wikileaks. In fact, I've never had any contact with anyone from Wikileaks. You say that I threw a chair in a meeting with Donna Brazile at the DNC – not only was I never in any such meeting, I wasn't in DC at the time you claim, and I had zero interactions with Donna Brazile before Seth's murder. I had no involvement with the DNC, the Hillary Clinton campaign, or any work relating to the 2016 election. Finally, contrary to your repeated claims, I have cooperated fully with law enforcement in the investigation into Seth's murder.

Anyone who advances any of the claims I've listed above is lying. That includes Ed Butowsky, who appears to be your main (or only) "source." Given that you regularly talk about the Wheeler lawsuit, you know that Ed has previously admitted to spreading information about my brother that he knew was false, but he urged to have it broadcast anyway in order to defend President Trump against the so-called Russia narrative. Even after one news network was forced to retract its embarrassing coverage of Ed's lies, you have continued to serve as his public mouthpiece. Not only that, you repeatedly have told your viewers that Ed has no incentive to lie, even though you know that Ed has previously been caught lying and admitted his motive for doing so (to protect President Trump).

I ask you to think about your experience as a husband, father, and son, and treat us how you would want to be treated if you had lost a loved one. If your brother was murdered, I wonder how you would feel if some person you had never met started publishing videos claiming to have "evidence" that you had participated in your brother's murder. If you truly were capable of imagining how our family feels, you wouldn't be lying about my brother, family, Seth's friends and co-workers and myself. I see you have claimed that you are the only person who wants to solve Seth's murder! You have even called us evil and that we don't care about solving Seth's murder. That is offensive, and absurd. We have poured more time and energy into trying to solve Seth's murder than you will ever know, only to have those efforts demeaned by people like you and Ed Butowsky.

Meanwhile, you are promoting your own name and your "network" by using me and my family as your props. Your campaign against us has made an excruciating time far worse. We are private people, and every lie you repeat deprives us of the chance to grieve.

Nearly every day, I am forced to deal with the harm your lies have caused me and my family. One recent afternoon, while I was in Washington, D.C., one of your followers on Twitter sent out a Tweet saying that I should be waterboarded. Another called me a sociopath because of your lies. I now fear someone may take action against me or my family because of your lies.

As has been the case since Seth's murder, we are cooperating fully with law enforcement, and we will do anything we can to help them uncover the truth. The way our justice system works is that law enforcement officials investigate crimes – the fact that you have your own conspiracy theories does not entitle you, or any other private citizen, to make false accusations about me or demand that I provide you with information. The notion that my family owes you anything, after the campaign you have launched against us in support of your politics, is ridiculous. It is you who owes us an apology for the hurt you have caused on an almost daily basis over the past months.

If you were a man of decency, you would consider the harm you have caused me and my family, and apologize. But, of course, you've already decided that decency and honesty take a back seat to advancing your personal and political agendas.

Lastly, don't ever call Seth your brother. He has only one brother, and it certainly isn't you.


-Aaron Rich


<StopWithTheLies.pdf>
<Ed Letter.pdf>

Confidential

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Sherman Division

ED BUTOWSKY, in his Individual　　)
And Professional Capacities　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　　　Case No. 4:18-cv-00442-ALM
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
DAVID FOLKENFLIK et al　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　)
_____)

# PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STAY

Plaintiff, Ed Butowsky, by counsel, respectfully submits this Memorandum in Opposition to the motion to stay pending disposition of motion to dismiss [*ECF Document 34 ("Def. Mot.")*] filed by defendants, David Folkenflik ("Folkenflik"), National Public Radio, Inc. ("NPR"), Edith Chapin ("Chapin"), Leslie Cook ("Cook") and Pallavi Gogoi ("Gogoi").

## I.  INTRODUCTION

Over a year ago, Ed Butowsky suffered permanent harm to his name, reputation and business as a registered investment advisor because of a false and vile narrative published with actual malice by David Folkenflik and Douglas Wigdor, acting in concert.

It is not surprising that Folkenflik and NPR want to short-circuit and delay this litigation and avoid discovery of their wrongdoing.

1

However, it is not the practice of Federal Courts to delay. Delay prejudices victims – evidence is lost, memories fade, costs increase. Delay clogs up the Courts and negatively impacts the public's perception of Judges, Lawyers and the quality of Justice. Delay rewards large corporations, like NPR, by impeding the search for Truth – in this case, discovery of the collusive arrangement between Folkenflik and Wigdor.

## II. <u>THE SPIRIT AND LETTER OF THE RULES</u>

The purpose of the Federal Rules of Civil Procedure is to "secure the just, speedy, and inexpensive determination of every action and proceeding." *Fed. R. Civ. P. 1.*

Consistent with the salutary policy of speedy justice, Rule 12(b) permits a defendant to assert certain defenses by motion, but, significantly, the Rule contains absolutely no "automatic stay" of discovery.

Rule 26(d) governs the timing and sequence of discovery. A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f). Rule 26(f) obligates the parties to confer "as soon as practicable – and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due" to discuss the case and develop a discovery plan. The filing of a motion pursuant to Rule 12(b) does not excuse a party from participating in the mandatory Rule 26(f) conference.

The Federal Rules of Civil Procedure embody the strong Federal public policy in favor of the resolution of disputes on their merits. Rule 26(b)(1) of the Federal Rules of Civil Procedure broadly mandates that a party may obtain discovery regarding "any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case". "Information within this scope of discovery need not be admissible in evidence to be discoverable." Rule 33 provides that an interrogatory "may

relate to any matter that may be inquired into under Rule 26. Rule 34 states that a party "may serve on any other party a request within the scope of Rule 26(b). Rule 36 allows a party to serve "on any other party a written request to admit, for purposes of the pending action only, the truth of any matters within the scope of Rule 26(b)(1)". **Not one of the Rules relating to disclosures and discovery mentions Rule 12(b)**.[1]

This Court has adopted Local Civil Rules that directly and expressly reject the notion that discovery should be stayed and cases delayed. Local Rule CV-26(a) emphatically provides as follows:

> "(a)    **No Excuses**. Absent a court order to the contrary, a party is not excused from responding to discovery because there are pending motions to dismiss, to remand, or to change venue."

## III.    THERE IS NO GOOD CAUSE TO STAY DISCOVERY

Defendants filed their motion to dismiss on October 16, 2018.

On November 8, 2018, the Court entered its Order Governing Procedures, directing the parties to hold their Rule 26(f) conference by November 29, 2018. Counsel conducted the Rule 26(f) conference on November 27, 2018. On December 11, 2018, Butowsky served interrogatories and a request for production of documents on Folkenflik. Discovery has begun.

There is nothing beyond speculation and hyperbole to justify the extraordinary relief requested by the Defendants. Defendants ask the Court to put the case on ice, and "spare" the parties "the burden and expense of discovery", upon a supposition: "if" the Court grants Defendants' motion to dismiss, discovery will be "unnecessary". That is

---

[1]    The Rules also expressly provide that leave to amend should be "freely" given in furtherance of the ends of justice. *Fed. R. Civ. P. 15(a)(2)*. A stay of discovery interferes with a party's right and ability to amend.

true in all cases.  It is also equally true that "if" the Court denies the motion to dismiss, the case will have languished and Butowsky will most certainly be prejudiced.

This case – all cases – need to move forward.

The Defendants [*Def. Mot., p. 4*] urge the Court to exercise its discretion and stay the entire case because Folkenflik – who conspired with Wigdor to promote a false narrative – would be required to produce a list of his sources "and provide additional sensitive and privileged information."

The identity of Folkenflik's sources is not privileged.  Defendants have no right in this or any defamation action to withhold the names of their sources or what the sources supposedly said to Folkenflik and NPR.  Defendants claim that

> "[d]iscovery in this case would likely result in invasive inquiries into Defendants' newsgathering techniques and unpublished information—all of which could compromise NPR's continued reporting on this and similar matters of significant public concern."

[*Def. Mot., p. 9*].  This is grand theater – hyperbolic gesticulation.  Folkenflik's "newsgathering techniques" are directly at issue.  So too is the as yet "unpublished" secret communications between Folkenflik and Wigdor.  Butowsky is absolutely entitled to develop this evidence to support his claim, alleged in the Complaint, that Folkenflik knew his statements were false or harbored serious doubt as to the veracity of his sources – Butowsky is entitled to discover evidence of Defendants' actual malice. *See, e.g., Eramo v. Rolling Stone, LLC*, 2016 WL 5234688 (W.D. Va. 2016).  Defendants speculate that "discovery **could** compromise and chill NPR's ability to report on this ongoing story". [*Def. Mot., pp. 4-5*].  There is no "ongoing story" here, and this rank speculation.

Further, "statutory fair report privilege, the statutory fair comment privilege, and the statutory third-party allegation rule" do not "squarely dispose of all remaining issues

in the case." [*Def. Mot., p. 6*].  They do not apply at all.  Contrary to Defendants' repeated assertion [*E.g., Def. Mot, p. 1*], **Butowsky did not bring this action "in response to NPR's reporting on a 2017 lawsuit" filed by Wigdor against Fox News**. No matter how many times Defendants repeat their mantra, the well-plead complaint demonstrates that Butowsky brought this action because Folkenflik colluded with Wigdor to publish false and defamatory statements about a "Dallas investment manager". Folkenflik knew he was part of Douglas Wigdor's "press strategy" and he willingly assumed the role of "firecracker" in the scheme to extort money from Fox News. [*Complaint, ¶ 10*]. This case is about collusion.  This case presents the new face of media – one that does not report the news; rather, one that manufactures stories out of whole cloth.

The First Amendment is not a shield that protects against defamation and it most certainly does not abrogate Butowsky's liberty and property interest in his name and reputation.  Mr. Justice Stewart's observations in *Rosenblatt v. Baer* bear repeating:

> "'Society has a pervasive and strong interest in preventing and redressing attacks upon reputation.'  The right of a man to the protection of his own reputation from unjustified invasion and wrongful hurt reflects no more than our basic concept of the essential dignity and worth of every human being—a concept at the root of any decent system of ordered liberty … The destruction that defamatory falsehood can bring is, to be sure, often beyond the capacity of the law to redeem. Yet, imperfect though it is, an action for damages is the only hope for vindication or redress the law gives to a man whose reputation has been falsely dishonored. … Surely if the 1950's taught us anything, they taught us that the poisonous atmosphere of the easy lie can infect and degrade a whole society."

383 U.S. 75, 92-93 (1966).  The competing Constitutional interests in this case are of equal dignity.  The First Amendment provides no "high ground" for Folkenflik or NPR. *See, e.g., United States v. Alvarez*, 132 S.Ct. 2537, 2560 (2012) (the Supreme Court of the United States has recognized "[t]ime and again" that "false factual statements possess no First Amendment value.").

## **CONCLUSION**

Motions to stay discovery "are not favored because when discovery is delayed or prolonged it can create case management problems which impede the Court's responsibility to expedite discovery and cause unnecessary litigation expenses and problems." *Feldman v. Flood*, 176 F.R.D. 651, 652 (M.D. Fla. 1997) (citing *Kron Medical Corp. v. Groth,* 119 F.R.D. 636 (M.D.N.C. 1988)).

The Defendants want to grind this case to a halt because they seek to hide evidence of actual malice. The Defendants are not entitled to a stay simply because they say that "Plaintiff has failed to state any plausible claim upon which relief can be granted as to any of his alleged causes of action." [*Def. Mot., p. 9*]. Defendants congratulatory platitudes are self-serving. They signify nothing. Butowsky contends that the Defendants' motion to dismiss should be denied. His response to the Defendants' motion [*ECF Document 32*] convincingly demonstrates that he has stated claims upon which relief can be granted. No Court should stay discovery unless it is "convinced" that the plaintiff will be unable to state a claim. A stay of discovery should never be granted on a mere suggestion by counsel for a defendant that "there is some degree of foundation in law for the dispositive motion and a possibility that Defendants may prevail." *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 583 (D. Nev. 2013).[2]

For the reasons stated above, Plaintiff, Ed Butowsky, respectfully requests the Court to deny Defendants' motion to stay.

DATED:        December 14, 2018

---

[2]        At most, the Defendants suggest that their pending motion to dismiss "*should* dispose of all of Plaintiff's remaining claims." [*Def. Mot., p. 11 (emphasis added)*].

ED BUTOWSKY,
In his Individual and Professional Capacities


By: ___/s/ Steven S. Biss_____

        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:    (804) 501-8272
        Facsimile:    (202) 318-4098
        Email:      **stevenbiss@earthlink.net**
        (*Admitted Pro Hac Vice*)

        Ty Clevenger, Esquire
        Texas Bar No. 24034380
        P.O. Box 20753
        Brooklyn, NY 11202-0753
        (979) 985-5289
        (979) 530-9523 (Fax)
        Email:  tyclevenger@yahoo.com

        *Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2018 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for Defendants and all interested parties receiving notices via CM/ECF, and a copy was also emailed in PDF to counsel for the Defendants:

Laura.Prather@haynesboone.com;

Thomas.Williams@haynesboone.com.

By: _____/s/ Steven S. Biss_____
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:    (804) 501-8272
        Facsimile:    (202) 318-4098
        Email:      **stevenbiss@earthlink.net**
        (*Admitted Pro Hac Vice*)

        Ty Clevenger, Esquire
        Texas Bar No. 24034380
        P.O. Box 20753
        Brooklyn, NY 11202-0753
        (979) 985-5289
        (979) 530-9523 (Fax)
        Email:  tyclevenger@yahoo.com

        *Counsel for the Plaintiff*

# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - -

AARON RICH,                : Civil Action No.
                           :
          Plaintiff,       : 1:18-cv-00681
     v.                    :
                           :
EDWARD BUTOWSKY,           :
MATTHEW COUCH, and         :
AMERICA FIRST MEDIA,       :
                           :
          Defendants.      :


- - -

AUDIO TRANSCRIPTION

- - -


Audio transcription of June
26, 2018, Newsmax TV interview with
Edward Butowsky.



- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



1          - - -
2          WAYNE ROOT:  And now we've
3    got our guest on the line, Ed
4    Butowsky.  He is a very famous --
5    I guess you'd call -- wealth
6    manager, wealth advisor, financial
7    investment advisor, kind of all
8    that stuff.  A Fox Business
9    Network commentator.
10         And he's also the guy who
11   had a lot to do with breaking the
12   Seth Rich murder investigation.
13   And then all the fake news came
14   along and they said terrible
15   things about him, and he's suing
16   them all now and going after them,
17   which I think is great.
18         And he's an all-around good
19   guy.  He's not just a guest
20   because I flew to Dallas, actually
21   on his dime.  He flew me to Dallas
22   like a year and a half ago to meet
23   with him at his beautiful offices.
24   They're in this all-glass building

1    in Dallas overlooking the whole
2    town.  Beautiful building.  And we
3    were talking about some business
4    opportunities together.  And I got
5    a chance to meet him and spent the
6    day in Dallas with Ed Butowsky.
7          So I thought of him when I
8    saw him in the news for the Seth
9    Rich case.  Then I saw him in the
10   news suing all these fake media
11   for lying and slandering him with
12   the Seth Rich case.  I said I got
13   to get him on my Newsmax TV show
14   and my USA Radio show.
15         You're now on both.  You're
16   on national radio and national TV.
17   You're on in Dallas, by the way,
18   because our flagship station in
19   Dallas is KBDT for Big Dallas
20   Talk.  So you're on in Dallas,
21   You're on nationwide radio, and
22   you're on national TV to 50
23   million homes.
24         So, Ed Butowsky, welcome to

1    Wayne Root's show.
2          ED BUTOWSKY:  Well, what a
3    great introduction.  Thank you.
4    And I -- I distrust the media; you
5    distrust the government.  And I'll
6    tell you, I didn't know that gold
7    depository was looking for
8    someone.  I think they missed my
9    number.  But what -- what a
10   great -- what a great commercial
11   you did there so...
12         But, Wayne, all kidding
13   aside.  Thank you very much for
14   having me on because I am suing
15   anybody who defamed me.  I'm
16   standing up and I'm saying, You
17   know what?  I've had enough of
18   this nonsense.  And I look forward
19   to kind of digging -- you know,
20   diving into it with you and how --
21   how I got them.
22         WAYNE ROOT:  All right.  So
23   let's start with Seth Rich and the
24   whole case.  How did you get

1    involved in the Seth Rich case?
2    And everyone out there knows my
3    opinion.  I believe he was
4    murdered.  I've said it on TV many
5    times.  I wrote a column in the
6    newspapers about it.  It got
7    picked up all over the country.
8          He was murdered.  He was
9    murdered because he's the guy that
10   gave all the DNC files to Julian
11   Assange and WikiLeaks, I believe.
12   That's my guess.  But it seems
13   obvious to me.  He got murdered
14   for no money, no jewelry.  They
15   just killed him for no reason.
16   And no one seems to be interested
17   in finding the killer.
18         And it sure seems to me to
19   point to the leading Democrats:
20   Debbie Wasserman Schultz, the DNC,
21   the Clintons, Hillary Clinton.
22   All the above -- Donna Brazile.
23   All the above seem mixed up in
24   this.  They all had a motive to



Page 6

1  kill this guy, Seth Rich, if he's
2  the guy that gave the DNC files
3  and ruined Hillary's campaign to
4  WikiLeaks and Julian Assange.
5      Now it comes out today James
6  Comey issued a stand-down order on
7  an immanent deal with Julian
8  Assange to reveal who leaked that
9  stuff.  And it was not Russia, so
10  therefore, it must be Seth Rich.
11  And therefore, someone must have
12  wanted retribution.  And James
13  Comey is doing the bidding of the
14  Clintons as sure as I'm sitting
15  here.  He's been on their payroll
16  on and off his whole life -- I'll
17  say "allegedly" -- and this guy's
18  doing their bidding and he killed
19  this case.
20      So I think it's the dirtiest
21  murder case ever.  Let's see what
22  you say.
23      ED BUTOWSKY:  Well, let
24  me -- let me say how I got

Page 7

1  involved with this.  And I'm not
2  gonna use those -- the person's
3  name, but somebody had come back
4  from London with some information
5  that they wanted shared with Joel
6  and Mary Rich.  That's the parents
7  of Seth Rich.
8      WAYNE ROOT:  Okay.
9      ED BUTOWSKY:  She said to
10  me, I'm -- I can't do this for a
11  variety of reasons.
12      She's a friend of mine.  I
13  said, I'll do it for you.  It was
14  a very -- it was a private thing.
15  No one can know.  And the
16  information was that her kids --
17  not just Seth, but Aaron and
18  Seth -- were the ones who
19  downloaded the e-mails from the
20  DNC server.  This information came
21  from London, so you can guess
22  where it came from --
23      WAYNE ROOT:  Yes.
24      ED BUTOWSKY:  -- Wayne.

Page 8

1      WAYNE ROOT:  Yes.
2      ED BUTOWSKY:  And I said --
3  Mr. and Mrs. Rich -- I told them
4  this on December 17th at 3:01 p.m.
5  2016.  I told them this, and they
6  said, Ed we know that.  We just
7  want to know who murdered our son.
8  This was not a surprise.  They
9  said, Ed -- Ed, this has been
10  information that's been out there
11  and so on.  You didn't tell us
12  anything we didn't know.
13      Now, I had no idea
14  (indiscernible) --
15      WAYNE ROOT:  And -- and
16  they're big Democrats, right?  The
17  family are big Democrats, correct?
18      ED BUTOWSKY:  I have no idea
19  who they are.  They're -- all I
20  knew was that this was a family
21  whose son was murdered.  And I
22  just was helping them because they
23  were getting nowhere with the
24  Washington police.  That's what --

Page 9

1  that's -- well, you can see that
2  in the news.
3      WAYNE ROOT:  Terrible.
4      ED BUTOWSKY:  I didn't know
5  much about this at all.  And
6  then -- and they said -- Mrs. Rich
7  said to me at the end of the first
8  phone call, If you ever learn
9  anything, let me know.
10      Well, I talked to a friend
11  of mine.  And, Wayne, you and I
12  both know lots of people in the
13  government and -- in and around
14  the government, and I was talking
15  to someone and I said, Look.  If
16  you know anybody, you know, who
17  knows anything about this murder,
18  let me know because I just talked
19  to the family.
20      He said, Matter of fact, I
21  know somebody.  His name's Ju --
22  his name is -- oh, what -- what --
23  my God.  I can't believe I'm --
24  I'm (indiscernible) his name



Page 10

```
1   but --
2        WAYNE ROOT:  Julian Assange?
3        ED BUTOWSKY:  No, not
4   Julian.  The -- the writer.  It'll
5   come to me in a second.
6        WAYNE ROOT:  All right.
7        ED BUTOWSKY:  And he had the
8   guy give me a call.  It'll come
9   back to me in a second because
10  it's -- it's already out there.
11  He was a very famous writer.  He's
12  about 80 years old.
13       And he said -- he called me
14  up and he was talking really,
15  really fast.  And I taped the
16  phone call.  I had never taped a
17  call before, but my kids had just
18  taught me how to do it on my iPad
19  memo.  Okay?  And I sent it over
20  to the Rich family and they never
21  said a word to me.
22       And I called them up and I
23  said -- I said, You know, I sent
24  that thing to you.  You know, was
```

Page 11

```
1   that helpful?
2        And it should have been
3   helpful.  Because anybody can go
4   to a website called
5   DebunkingRodWheelersClaims.com and
6   listen to the whole tape.  Okay?
7   And the name will come to me in a
8   moment.  I apologize.
9        WAYNE ROOT:  So Rod Wheeler
10  is a personal investigator -- a
11  private investigator, right?
12       ED BUTOWSKY:  Well --
13  well -- well, let me -- let me
14  tell you this.  Let me just say
15  how I got there.
16       At the end of the next phone
17  call -- or at the end of that
18  phone call, Mrs. Rich said, Yes,
19  Ed.  Thank you very much.
20       And I said, Well, why don't
21  you guys hire a private detective
22  because you're never gonna get
23  anywhere.  I was kind of annoyed,
24  you know, because they didn't say
```

Page 12

```
1   thank you when I had, you know,
2   done something nice for them.
3        WAYNE ROOT:  Um-hm.
4        ED BUTOWSKY:  And I don't
5   even know these people.  And I
6   said, Well, why don't you hire a
7   private detective?
8        And, Wayne, they said, We'd
9   love to but we can't afford one.
10       WAYNE ROOT:  Um-hm.
11       ED BUTOWSKY:  And I threw
12  out this:  I'll pay for it.
13       And you know what?  They
14  said, Thank you.
15       Wayne, I barely know these
16  people.  They were supposed to
17  say, Oh, my God.  Thank you so
18  much.  We could never accept that.
19  End of it.  Right?  But they said,
20  Thank you.
21       WAYNE ROOT:  So can I ask,
22  why do you think they weren't more
23  thankful?  That's a weird mystery
24  right there.
```

Page 13

```
1        ED BUTOWSKY:  Well -- well,
2   they said thank you when I offered
3   to pay for the private detective.
4   And I then searched to find a
5   private detective.  I had no idea
6   how much money these people, you
7   know, charge.  They were like 150
8   to $200 an hour.
9        Then someone said to me, Why
10  don't you call Rod Wheeler.
11       Now, Rod was a -- is a
12  private detective.  At lease
13  that's what I believed he was.  He
14  appeared on Fox.  Good guy.  He
15  got hired by the -- by the Rich
16  family.  I did not hire Rod
17  Wheeler.  Rod Wheeler was hired by
18  the Rich family; I agreed to pay
19  the bill.  And as fate would have
20  it, Malia Zimmerman wrote a story
21  along with Rod Wheeler.
22       Now, where did the media
23  come into play here?  This is a
24  very strange thing.  But unbeknown
```



Page 14

```
 1    to anybody in my circle, there's a
 2    guy named Wigdor. This is what
 3    people miss. And it's -- and,
 4    Wayne, just -- please let me share
 5    this, okay, because it's very
 6    important.
 7        This guy was the one who
 8    represented people against Fox.
 9    Went against O'Reilly, went
10    against Roger Ailes. He made a
11    living -- in fact, he has articles
12    how he made a living going after
13    Fox News.
14        WAYNE ROOT: So he's like
15    the Stormy Daniels lawyer. He's
16    that kind of guy who hates
17    conservatives.
18        ED BUTOWSKY: He is exactly
19    like that.
20        WAYNE ROOT: Right.
21        ED BUTOWSKY: And what this
22    guy did, Wayne, is unbelievable.
23    He was trying to -- Fox owned 30
24    percent of Sky News in London.
```

Page 15

```
 1    And Parliament oversaw -- or
 2    oversees Sky News. They said, We
 3    will not let Fox News buy the
 4    other 70 percent of Sky News until
 5    they clean up their act. And
 6    meaning all these sex
 7    discrimination cases that Wigdor
 8    had.
 9        WAYNE ROOT: Um-hm.
10        ED BUTOWSKY: Well, I don't
11    know anything about any of this.
12    But then what Wigdor did was
13    unreal. And that's why this guy
14    will go down in history as one of
15    the --
16              - - -
17        [Music]
18              - - -
19        ED BUTOWSKY: -- slimiest
20    human beings I've ever met in my
21    life. What he did --
22        WAYNE ROOT: Just like
23    Stormy Daniels' lawyer.
24        ED BUTOWSKY: Well, let me
```

Page 16

```
 1    tell you something, Wayne. What
 2    this guy did, he made up a story.
 3    And the story was -- to put
 4    pressure on Fox News -- that --
 5    that he -- that (indiscernible) --
 6        WAYNE ROOT: Hey, Ed. Do me
 7    a favor. When you hear the music,
 8    that means you're going a break.
 9    And I'm going to keep you over. I
10    was planning to do this in one
11    segment and take calls in the last
12    segment, but you are important
13    enough of a guest and great enough
14    story here -- and you were on the
15    trail of Seth Rich murder -- let's
16    hold you over for the next
17    segment. So don't go anywhere.
18    Sit right there.
19        Ed Butowsky. Great
20    all-around guy. Wealth manager.
21    Manages billions of dollars of
22    money in Dallas, Texas. The big
23    D. We'll be right back. WAR Now.
24              - - -
```

Page 17

```
 1        [Music]
 2              - - -
 3        WAYNE ROOT: All right.
 4    Last segment. We can't take more
 5    calls tonight. We're just gonna
 6    get to the bottom of this Seth
 7    Rich thing with my great guest, Ed
 8    Butowsky, who I consider a very
 9    good friend, a good man.
10    Financial advisor, wealth manager.
11    Manages billions of dollars. Fox
12    Business Network commentator. And
13    a guy who just, out of pure good
14    will, hired a private
15    investigator -- or I'm sorry. The
16    family hired him, but he paid for
17    the private investigator, Wheeler,
18    to dig into the Seth Rich mess and
19    he got in the middle of it all and
20    he got defamed by the media, a
21    bunch of fake media liars.
22        I do have to mention real
23    quick, if you're gonna talk about
24    distrust of government, you've got
```



Page 18

1  to talk about the Landis Tax
2  Group, the sponsor of the segment
3  of the show.  When the Obama IRS
4  tried to destroy me and defame me
5  and ruin my life and those agents
6  went after me and the Judicial
7  Watch took my case, Sam Landis
8  beat them and Judicial Watch
9  proved it was a political
10  persecution, a political witch
11  hunt against Wayne Root because
12  Obama hated my guts.
13      And they proved it and still
14  nobody got fired and still no one
15  lost their job and still no one
16  lost their pension.  It's
17  incredible how evil government is.
18  Incredible.  Especially when
19  Democrats are in charge.
20      But Sam Landis beat them
21  twice, the whole US government and
22  the whole IRS.  He did a great
23  job.  What a great attorney.
24  Based in Beverly Hills.  He

Page 19

1  handles cases in all 50 states and
2  has handled over 8,500 IRS cases.
3  8,500.  8,500.  Get a free
4  consultation and find out what he
5  could do for your tax problems,
6  how he could make them go away,
7  and how inexpensive he is, how
8  reasonable he is.  You'll be
9  shocked at how inexpensive it is.
10      And while you're talking to
11  an attorney, that means you have
12  client -- or I should say
13  attorney-client privilege.
14  Attorney-client privilege.
15      Call the Landis Tax Group.
16  (800) WEHELPU.  (800) WEHELPU with
17  the letter U.  Or (800) 934-3578.
18  Thank you, Sam Landis.
19      And any sponsor on the show
20  that you are driving, you're
21  listening, or you're watching, you
22  have no time to write it down,
23  just e-mail me,
24  WayneRoot@gmail.com, and I'll be

Page 20

1  glad to give you the information
2  of how you contact the sponsor,
3  the phone number, the website.
4  Just always remember to call
5  Wayne.  Contact Wayne.
6  WayneRoot@gmail.com and I'll help
7  you out.
8      All right.  Let's get back
9  to Ed Butowsky.
10      So sum up this whole story.
11  You got defamed by the media --
12      ED BUTOWSKY:  Okay.
13      WAYNE ROOT:  -- and you're
14  going after the media now.  Who
15  are you going after?  Tell us who
16  you're going after.
17      ED BUTOWSKY:  I'm -- I'm --
18  I'm going -- I can't -- I can't
19  announce who I'm going after until
20  I --
21      WAYNE ROOT:  Oh.
22      ED BUTOWSKY:  -- go after
23  them, but if you name them -- if
24  you can think of any news

Page 21

1  outlet --
2      WAYNE ROOT:  Yes.  Got it.
3      ED BUTOWSKY:  Every single
4  group went out -- after this guy
5  Wigdor -- very quickly.  Wigdor
6  made up a story that the president
7  of the United States and Vladimir
8  Putin had broken into the DNC
9  server, and in order to distract
10  attention from everybody, the
11  president got ahold of me in
12  Dallas --
13      I never met the president.
14  Never talked to the president.
15  Never been anywhere near the
16  president.  But according to
17  Wigdor, in order to put pressure
18  on Fox News, he said the president
19  reached out to me and that I got
20  Fox News involved and I did this
21  and I did that and I created
22  and -- all this -- all these lies.
23  And overnight, Wayne, I was on the
24  cover of 377 newspapers with a lie



Page 22

1  that -- I did nothing.  And the
2  press went with it.  And people
3  said horrible things.  And I'm
4  going after every one of those
5  pieces of you-know-what.
6       WAYNE ROOT:  Good.
7       ED BUTOWSKY:  And I'm not
8  gonna let anybody get away with
9  the crap that they did to me and
10  my life.  I mean, my family -- the
11  death threats -- my son was at
12  Vanderbilt and had that, you know,
13  like -- like, death threats --
14  they had it on the internet on --
15       WAYNE ROOT:  Wow.
16       ED BUTOWSKY:  -- how many
17  days until he was murdered -- you
18  know, to murder him.
19       WAYNE ROOT:  Can you
20  imagine.
21       ED BUTOWSKY:  This is
22  unbelievable --
23       WAYNE ROOT:  And this is all
24  because you did a good deed.  This

Page 24

1  let's say "alleged" --
2       ED BUTOWSKY:  His whole firm
3  did.
4       WAYNE ROOT:  Let's say
5  "allegedly" on my show.  Allegedly
6  he's a bad guy.  Allegedly he did
7  this because you just never know.
8       ED BUTOWSKY:  No.  He is.
9       WAYNE ROOT:  These people
10  are all crazy.
11       ED BUTOWSKY:  He is.  He's a
12  piece of you-know-what.  I guess
13  I'll say "allegedly" because --
14  no.  You know what?  I'm not.  I'm
15  not gonna play that game.
16       WAYNE ROOT:  No.  Say it.
17  Say "allegedly."  I say
18  "allegedly."
19       ED BUTOWSKY:  You know what?
20  You know what?  Not "allegedly."
21  He is what he is and --
22       WAYNE ROOT:  Look.  I think
23  Obama's the most evil president in
24  the history of America, but I say

Page 23

1  is all because --
2       ED BUTOWSKY:  That's all --
3       WAYNE ROOT:  -- you agreed
4  to pay for a private investigator.
5       ED BUTOWSKY:  It was all --
6  well, it was all -- Wayne, it was
7  because of this guy Wigdor who was
8  trying to extort money from Fox
9  News, and that is what this is all
10  about.
11       WAYNE ROOT:  And I'll bet he
12  did.  Right?
13       ED BUTOWSKY:  But people
14  don't know that.
15       WAYNE ROOT:  They made out
16  millions.  So he made a fortune.
17  Right?
18       ED BUTOWSKY:  Well, he
19  didn't get 60 million.  He got
20  something.  But this guy Wigdor is
21  an extortionist.  He's -- he -- he
22  went and got money from Fox News
23  and made up a lie.
24       WAYNE ROOT:  Let's say --

Page 25

1  "allegedly."  Always "allegedly."
2  He sicced the IRS on me --
3       ED BUTOWSKY:  All right.
4       WAYNE ROOT:  -- and
5  conservatives and Tea Party groups
6  and sicced other government
7  agencies on me, not just the IRS.
8  They're all evil.  But I'll say
9  "allegedly" just to keep on the
10  safe side (indiscernible).
11       ED BUTOWSKY:  Okay.  Fine.
12  Fine.  Fine.  Allegedly he did
13  this.  Okay?  But -- but -- so
14  that's what happened.  In terms of
15  Seth, I've got my PhD in the Seth
16  Rich situation.  Okay?
17       WAYNE ROOT:  So give me your
18  sum up.
19       ED BUTOWSKY:  I don't know
20  who murdered Seth Rich.
21       WAYNE ROOT:  You've got
22  about a minute and a half to give
23  me your sum up.
24       ED BUTOWSKY:  Yeah.



Page 26

1   WAYNE ROOT:  What happened
2   to Seth Rich?
3   ED BUTOWSKY:  I have no idea
4   who -- who murdered Seth Rich, but
5   it's not a -- you know, look.  You
6   can put 2 and 2 together --
7   WAYNE ROOT:  You're certain
8   he was murdered.
9   ED BUTOWSKY:  -- what
10  happened.  I believe --
11  WAYNE ROOT:  You don't know
12  who, but you're certain he was
13  murdered.  Right?
14  ED BUTOWSKY:  Yeah.  I
15  believe the transaction occurred
16  where he stole WikiLeaks -- I
17  believe that happened June 23,
18  2016.  I believe he got paid
19  $48,115.  That's what I was told.
20  And I'm sharing that -- not saying
21  that it happened for a fact.  It
22  allegedly happened.
23  WAYNE ROOT:  Right.  Now,
24  look.

Page 27

1   ED BUTOWSKY:  And --
2   WAYNE ROOT:  Look.
3   Everybody knows he was murdered.
4   The question is:  Was it a hit?
5   And I saw a famous forensic class
6   at George Washington University,
7   the most famous CSI class in
8   America, studied the murder.  Made
9   it their class year's, you know,
10  job.
11  ED BUTOWSKY:  Yeah.  But
12  that was with Burkman.  And
13  Burkman is a -- is a questionable
14  character.
15  WAYNE ROOT:  Yeah.  But they
16  came to the conclusion, this class
17  that solved many cases, it was
18  absolutely a hit.  It was
19  absolutely, they said, a hit.
20  ED BUTOWSKY:  Yeah.
21  WAYNE ROOD:  It was not a
22  random murder in the street.
23  ED BUTOWSKY:  Thank
24  goodness.  I mean, a four-year-old

Page 28

1   can come to that conclusion --
2   WAYNE ROOT:  Right.
3   ED BUTOWSKY:  -- and be
4   correct.
5   - - -
6   [Music]
7   - - -
8   WAYNE ROOT:  I'll leave it
9   up to everybody, Ed, to decide for
10  themselves, but it seems to me the
11  likely suspects would be DNC,
12  Debbie Wasserman Schultz, Donna
13  Brazile, Podesta, Hillary Clinton,
14  Bill Clinton, the Clinton
15  Foundation.
16  ED BUTOWSKY:  I have no
17  idea.
18  WAYNE ROOT:  Somebody paid
19  for a hit on Seth Rich.  That much
20  is clear.
21  Ed, we've go to go.
22  ED BUTOWSKY:  Right.
23  WAYNE ROOT:  Show's over for
24  the night.  We loved having you

Page 29

1   on.  Fox Business Network
2   commentator, financial investment
3   advisor, wealth guru
4   extraordinaire, Ed Butowsky in
5   Dallas, Texas.  Great guy.
6   No good deed goes
7   unpunished, unfortunately.  He did
8   a good deed for that family.  They
9   weren't thankful.  And now he gets
10  smeared all over the world.  Now
11  he's suing everyone.  Good job.
12  Go get them.  Ed Butowsky, go get
13  them.  Good man.  Thank you for
14  all you did.
15  Wayne Allyn Root.  WAR Now.
16  USA Radio, Newsmax TV.  We'll see
17  you tomorrow.  All the cops out
18  there, all the vets, all the
19  military, we love you.  Be safe.
20  God bless you.  See you tomorrow.
21  - - -
22  (End of audio file)
23  - - -
24



Page 30

```
 1          CERTIFICATE
 2
 3
 4      I HEREBY CERTIFY that the
 5  foregoing was transcribed by me from an
 6  audio file to the best of my ability.
 7
 8
 9
        Cindy Parker
10      Dated:  October 24, 2019
11
12
13
14
15      (The foregoing certification
16  of this transcript does not apply to any
17  reproduction of the same by any means,
18  unless under the direct control and/or
19  supervision of the certifying reporter.)
20
21
22
23
24
```

Page 31

```
 1          LAWYER'S NOTES
 2  PAGE   LINE
 3  _____ _____ _____
 4  _____ _____ _____
 5  _____ _____ _____
 6  _____ _____ _____
 7  _____ _____ _____
 8  _____ _____ _____
 9  _____ _____ _____
10  _____ _____ _____
11  _____ _____ _____
12  _____ _____ _____
13  _____ _____ _____
14  _____ _____ _____
15  _____ _____ _____
16  _____ _____ _____
17  _____ _____ _____
18  _____ _____ _____
19  _____ _____ _____
20  _____ _____ _____
21  _____ _____ _____
22  _____ _____ _____
23  _____ _____ _____
24  _____ _____ _____
```



# EXHIBIT 7



aaron from:realma...

**Matt Couch** @RealMattCouch · Dec 29
It's been way too long since I've done one of these, so here goes... A Seth Rich Thread on your Sunday Afternoon as I head into a Live show with my brothers .@Spaceshot76 .@Hulkanator11 .@RDoktorD

💬 61    🔁 749    ♡ 1.1K

**Matt Couch** @RealMattCouch · Dec 29
Seth Rich was the Data Director of New Voter Registration for the Democratic Party (DNC)

He was shot multiple times in the Torso and murdered in the early hours of Sunday Morning July 10th, 2016.

Many, including our team believe he was the Wikileaks Source.

#SethRich

💬 11    🔁 246    ♡ 451

**Matt Couch** @RealMattCouch · Dec 29
Seth Rich according to reports was at Lou's City Bar on Irving Street in Washington, D.C. before he was shot and killed walking home. We'll tell you exactly what we know in this thread, where he was, where he went, and all data we can release at this time. #SethRich

💬 3    🔁 133    ♡ 294

**Matt Couch** @RealMattCouch · Dec 29
According to Joe Capone, the General Manager of Lou's City Bar Seth Rich was at the bar that night, and left around 1:30 AM in the morning hours.

According to Capone, he was headed somewhere else that night, but didn't say where. #SethRich

💬 2    🔁 92    ♡ 240

**Matt Couch** @RealMattCouch · Dec 29
Joe Capone stated that he offered Seth Rich a cab ride home.

Capone also states that he told Seth that he could hang round, and Capone would take him home when they were finished closing the bar down.

He claims that Seth declined all of those offers that night. #SethRich

💬 2    🔁 105    ♡ 234

**Matt Couch** @RealMattCouch · Dec 29
Capone months later on under cover video and audio would tell multiple people that he was in fact not even at the bar the night that Seth Rich was murdered.

He claims now he was on vacation in Virginia with his family..

That's a hell of a conflicting story now isn't it?

💬 4    🔁 132    ♡ 316

**Matt Couch** @RealMattCouch · Dec 29
According to our Licensed Private Investigators, Homicide Detectives, LEO's, Former Agents, and Military Intel folks on our team, Joe Capone is now a person of interest.

What do you call someone who lies in a murder investigation? A person of interest. #HisNameWasSethRich

💬 2    🔁 121    ♡ 303

**Matt Couch** @RealMattCouch · Dec 29
There were rumors that Seth Rich had went to the Wonderland Ballroom the night that he was murdered. For quite some time we had wondered if this was true.

In the last month America First Media has confirmed that Seth Rich did indeed go to The Wonderland Ballroom that night.

💬 1    🔁 111    ♡ 245





**Matt Couch** 🔵 @RealMattCouch · Dec 29

For over a year they tried to hide the Hospital that Seth Rich was taken to, and we could never understand why it was such a mystery. People claimed Hippa and other nonsensical reasons. That had nothing to do with where he was taken. You'll understand more soon in this thread

💬 3    🔁 110    ♡ 244

**Matt Couch** 🔵 @RealMattCouch · Dec 29

Also in July of 2017 when in Washington, D.C. Investigating the murder of Seth Rich, our team would uncover that Seth Rich was taken to MedStar Hospital in Washington, D.C. the night he was shot and murdered.

#HisNameWasSethRich #SethRich

💬 3    🔁 92    ♡ 213

**Matt Couch** 🔵 @RealMattCouch · Dec 29

Seth Rich was taken to Medstar Hospital in Washington, D.C. by Ambulance #17, which is part of Engine #6 of DCFEMS.

We know that the Ambulance arrived at 04:33 AM and had Seth Rich to Medstar Hospital by 4:48 AM per our sources.

#HisNameWasSethRich #SethRich

💬 2    🔁 97    ♡ 225

**Matt Couch** 🔵 @RealMattCouch · Dec 29

Seth Rich would undergo emergency surgery by renowned trauma surgeon Dr. Christine Trankiem. Trankiem performed an emergency surgery on Congressman Steve Scalise that helped save his life.

She would pronounce Rich deceased at 5:57 AM on the operating table.

#SethRich

💬 9    🔁 94    ♡ 225

**Matt Couch** 🔵 @RealMattCouch · Dec 29

According to Seth Rich's father Joel in a Washington Post article, Seth Rich made many calls that night. Seth made several calls and received several calls after 1:30 AM..

#HisNameWasSethRich #SethRich

💬 3    🔁 97    ♡ 228

**Matt Couch** 🔵 @RealMattCouch · Dec 29

A log of Rich's phone calls, compiled by the family, accounts for a large chunk of that time — about two hours 15 minutes. But it doesn't explain why he took so long to make a walk home that should have taken about 40 minutes... No it sure doesn't, I'll elaborate on this next..

💬 1    🔁 91    ♡ 222

**Matt Couch** 🔵 @RealMattCouch · Dec 29

Notice this line "A log of Rich's phone calls, compiled by the family"

This means that they will not give you the phone records.. Now why is that?

Why will they not release the phone records? If our team is full of conspiracy theorists, just release them, prove me wrong!

💬 4    🔁 92    ♡ 239

**Matt Couch** 🔵 @RealMattCouch · Dec 29

A few weeks ago Bill Pierce and I were privileged to have dinner with another fellow Patriot, Private Investigator, and Former Homicide Detective that worked on this case.

Every time he asked a question to someone, he was told "I can't answer that, _ _ _ _ _ said not to"

💬 7    🔁 82    ♡ 222

**Matt Couch** 🔵 @RealMattCouch · Dec 29

Now why would _ _ _ _ _ tell everyone close to the situation from Joe Capone to Kelsey Mulka not to talk about things that happened the night that Seth Rich was





**Matt Couch** @RealMattCouch · Dec 29

Rich didn't sound alarmed. His girlfriend, according to a person familiar with the events of that night, went to bed thinking there was nothing amiss.

In a September Crime Watch TV Interview Mulka was asked about the call, and she said "I wasn't alarmed" odd choice of words.

💬 2    🔁 59    ♡ 176

**Matt Couch** @RealMattCouch · Dec 29

Again, the phone records are crucial, and the failure to release these to any investigators says a whole story my friends. It tells a massive part of this investigation. We also found out that he has just purchases a 2nd phone a week before murder

#HisNameWasSethRich #SethRich

💬 3    🔁 81    ♡ 197

**Matt Couch** @RealMattCouch · Dec 29

48 hours after his murder, Hillary Clinton would mention the name Seth Rich on the campaign trail...

That should be enough to send shivers down the spine of anyone with a working and functional brain.

#HisNameWasSethRich #SethRich

💬 6    🔁 161    ♡ 322

**Matt Couch** @RealMattCouch · Dec 29

Enter into the picture, Wikileaks Founder Julian Assange.

Assange and Wikileaks haven't been wrong in 12 years, and have never had to retract a story.

Assange 30 days after the murder to the day would mention Seth Rich unprompted on a Dutch TV program. #SethRich

💬 5    🔁 116    ♡ 260

**Matt Couch** @RealMattCouch · Dec 29

Assange when asked about an October surprise stated "Wikileaks never sits on material, our Whistle blowers go through significant efforts and often very significant risks to get us materials."

This is where the interview started to get very interesting. #SethRich

💬 3    🔁 82    ♡ 217

**Matt Couch** @RealMattCouch · Dec 29

Assange: "There's a 27 year old works for the DNC who was shot in the back, murdered, just a few weeks ago for unknown reasons while he was walking down the streets in Washington."

Host: "That was just a robbery wasn't it"

Assange: "No, there's no findings"

#SethRich

💬 2    🔁 112    ♡ 263

**Matt Couch** @RealMattCouch · Dec 29

Host: "What are you suggesting, what are you suggesting?"

Assange: "I'm suggesting that our sources take risks, and they are they become concerned to see things occurring like that"

Host: "Was he one of your sources"

Assange: "We don't comment on who our sources are"

💬 4    🔁 88    ♡ 227

**Matt Couch** @RealMattCouch · Dec 29

Host: "Then why make the suggestion, about a young guy being shot in the...



**Matt Couch** @RealMattCouch · Dec 29

Host: "What are you suggesting, what are you suggesting?"

Assange: "I'm suggesting that our sources take risks, and they are they become concerned to see things occurring like that"

Host: "Was he one of your sources"

Assange: "We don't comment on who our sources are"

○ 4    ⇄ 88    ♡ 227

**Matt Couch** @RealMattCouch · Dec 29

Host: "Then why make the suggestion, about a young guy being shot in the streets of Washington."

Assange: "Because we have to understand how high the stakes are in the United States. And that our sources are, our sources face serious risks, that's why they come to us." #SETHRICH

○ 2    ⇄ 102    ♡ 248

**Matt Couch** @RealMattCouch · Dec 29

JA: "So we can protect their anonymity."

Host: "But that's quite a suggestion to suggest a murder, that's basically what you're doing."

JA: "Well there are others who've suggested that, we are investigating to understand what happened with that situation with Seth Rich"

○ 3    ⇄ 77    ♡ 218

**Matt Couch** @RealMattCouch · Dec 29

Julian Assange: "I think it is a concerning situation, there's not a conclusion yet that we wouldn't be willing to stay a conclusion. But we are concerned about it. More importantly a variety of Wikileaks sources are concerned when that type of thing happens." #SethRich

○ 2    ⇄ 69    ♡ 195

**Matt Couch** @RealMattCouch · Dec 29

In April of 2017 DNC Data Science Director Andrew Therriault would make a dreadful tweet that would send the Seth Rich Investigation into hyper drive yet again.

#HisNameWasSethRich #SethRich

---

**Andrew Therriault** ✓
@therriaultphd
👤+ Follow

cc: @panda4progress.

Wes McKinney ✓ @wesmckinn
TIL: A group of Pandas is called an "Embarrassment" #pandafacts

12:36 PM - 27 Apr 2017

○ 9    ⇄    ♡

Wade🇺🇸 @TheLindenberger · 5h
Replying to @therriaultphd @panda4progress
Hey Andrew just curious, what sort of "joke" is this where you tag murder victim
#SethRich ?

↩    ⇄ 4    ♡ 12

---

○ 2    ⇄ 95    ♡ 189

**Matt Couch** @RealMattCouch · Dec 29

Now why would you tag your murdered co worker and call him an embarrassment?

Seems a little odd, doesn't it America?

FYI: There are no such things as coincidences. Andrew was Seth's boss and Mentor. He recruited Seth to the DNC also from their old polling firm. #SethRich



12/30/2019    Matt Couch on Twitter: "After sending letters to members of Congress...    aaron from:realma... / Twitter, Private Investiga…

Case 1:18-cv-00681-RJL    Document 116-2    Filed 01/16/20    Page 37 of 85







aaron from:realma

Top   Latest   People   Pho

**Search filters**

From anyone

Anywhere

All languages

Advanced search

**Related searc**

#packers

packers vs viking

**Want to take
the new Tw**

It's simp

**Worldwide tr**

#PollThePeople
51.7K Tweets

#PresidentSande
77K Tweets

#2020WillBeThe
18.9K Tweets

Republican VP
7,777 Tweets

Syd Mead
10.5K Tweets

Rupi Kaur
10.3K Tweets

#MusicCityBowl

Western Michiga
2,874 Tweets

#RedboxBowl
1,124 Tweets

Ice T
23.8K Tweets

© 2019 Twitter About
Privacy policy Cook

---

💬 1    🔁 16    ♡ 53

**Matt Couch** ✓ @RealMattCouch · Dec 29

Did we mention that we have a few insiders on Washington, D.C. Metropolitan Police ;)

They get an email within 90 days about keeping or destroying evidence on body cams. So if this has been misplaced or destroyed, it wasn't accidental folks.

#HisNameWasSethRich #SethRich

💬 1    🔁 16    ♡ 51

**Matt Couch** ✓ @RealMattCouch · Dec 29

Oh, did we mention that Liz Lyons just happened to visit the White House on July 12th, 2016 just two days after Seth Rich was murdered..

I know... I know... More conspiracy nonsense... Those America First Media guys are really reaching here dammit..

#HisNameWasSethRich

💬 3    🔁 28    ♡ 65

**Matt Couch** ✓ @RealMattCouch · Dec 29

Oh, did we mention that Seth Rich was scheduled to visit the White House on July 4th, 2016 and cancelled his visit..

I know.. I know.. More conspiracy nonsense, knock it off Matt Couch and AFMG..

#HisNameWasSethRich #SethRich

💬 1    🔁 13    ♡ 54

**Matt Couch** ✓ @RealMattCouch · Dec 29

Oh, did we mention that Joe Capone, the General Manager of Lou's City Bar also visited the White House on July 6th, 2016 and had pictures on his Facebook he took down where he was visiting off limit areas from the normal tour?

Ya know, more conspiracy stuff.. #SethRich

💬 1    🔁 23    ♡ 59

**Matt Couch** ✓ @RealMattCouch · Dec 29

Oh, did we mention that on July 8th, 2016 that Washington, D.C. Mayor Muriel Bowser also visited the White House..

You know, more coincidences right?

#HisNameWasSethRich #SethRich

💬 1    🔁 15    ♡ 50

**Matt Couch** ✓ @RealMattCouch · Dec 29

Oh, guess what we forgot about... The Flagler Market.. Right across the street from where Seth Rich was gunned down.. It has a camera system.. We're going to show it to you.. But before we do that, why don't we in the next thread put the official Police Statement on it..

💬 1    🔁 15    ♡ 49

**Matt Couch** ✓ @RealMattCouch · Dec 29

Police told the family, Joel Rich said, that a security camera from a small convenience store across the street captured a grainy image of their son collapsing and the feet or legs of two other people — possibly his killers

#HisNameWasSethRich #SethRich

💬 1    🔁 19    ♡ 54

**Matt Couch** ✓ @RealMattCouch · Dec 29

Officials with D.C. police declined an interview request. A police spokesman would not confirm the existence of a video or reveal what Rich may have said after he was shot, saying that that information could compromise an ongoing investigation. #HisNameWasSethRich #SethRich

💬 1    🔁 16    ♡ 41

**Matt Couch** ✓ @RealMattCouch · Dec 29



12/30/2019    Matt Couch on Twitter: "...column... Metro fire alarm... went up after he was shot and then the switch went to the night…

Case 1:18-cv-00681-RJL   Document 116-2   Filed 01/16/20   Page 41 of 85





**Matt Couch** 🆔 @RealMattCouch · Dec 29

This little fella appeared right after the murder, and then disappeared like a thief in the night..

Now can you imagine making this tweet after one of your neighbors was shot and murdered?

We can't either..

#HisNameWasSethRich #SethRich

good morning. nice to get one's block back. #BloomingdaleDC

6:06 AM · 11 Jul 17

**1** Retweet   **3** Likes

💬 1    ⟲ 23    ♡ 56

**Matt Couch** 🆔 @RealMattCouch · Dec 29

He's doing all but say it folks, here's another one.. Wikileaks won't roll over on a source dead or alive, because it could compromise existing assets they have in play. Those are the facts, the spy game is real.

#HisNameWasSethRich #SethRich

> You Retweeted
> **Julian Assange** @JulianAssange · 12h
> WikiLeaks has never disclosed a source. Sources sometimes talk to other parties but identities never emerge from WikiLeaks. #SethRich
> ↩ 715    ⟲ 6.0K    ♡ 12K

💬 1    ⟲ 45    ♡ 91

**Matt Couch** 🆔 @RealMattCouch · Dec 29

You know, just more conspiracy stuff... Even if there's not any basis for it.. Right Skippy?

#HisNameWasSethRich

> **WikiLeaks** ✔ @wikileaks
>
> Podesta: "I'm definitely for making an example of a suspected leaker whether or not we have any real basis for it."
>
> wikileaks.org/podesta-emails...
>
> On Sun, Feb 22, 2015 at 6:12 PM, John Podesta <john.podesta@gmail.com> wrote:
>
> > Agree. Happy to talk to the David's. Call me crazy, but I think if we can







wrote:

> Agree. Happy to talk to the David's. Call me crazy, but I think if we can
> survive the next month, it will be possible, maybe even straightforward to
> get our arms around this once there is an actual campaign. **I'm definitely**
> **for making an example of a suspected leaker whether or not we have any real**
> **basis for it.**
>
> JP

4:46 PM · Oct 30, 2016

💬 2    🔁 71    ♡ 121

**Matt Couch** 🎙 @RealMattCouch · Dec 29

People often ask, how do you know Seth Rich is Panda..

We know, trust us everyone involved knows..

#HisNameWasSethRich



💬 4    🔁 100    ♡ 165

**Matt Couch** 🎙 @RealMattCouch · Dec 29

Seems like an awfully odd tweet the day after you were murdered?

Would you or I be all smiles? What in the hell is wrong with these people America?

#HisNameWasSethRich

**Miles Mawby**
@MiMawby    🔔 Follow

Hey Seth Rich, it's really tough smiling without you here (this was hard), miss you terribly. #RichestAmerican

LIKES
7

10:03 PM · 11 Jul 2016 from Lou's City Bar

💬 2    🔁 45    ♡ 69











You know, more conspiracies on our part, right?

#HisNameWasSethRich

## HOME

# White House Author

### Jerry Abramson

Deputy Assistant to the President and Director of Intergovernmental Affairs

Follow @Abramson44

Jerry Abramson currently serves as Deputy Assistant to the President and Director of Intergovernmental Affairs. In this role, Jerry oversees the Obama administration's domestic agenda with state, city, county, and tribal elected officials across the country.

💬 1    🔁 30    ♡ 63

**Matt Couch** 🎙️ @RealMattCouch · Dec 29
The Cousin of Seth Rich Jonathan Rich…

#HisNameWasSethRich

Replying to @seanhannity

First thing I said when my Dad told me was he knew something and he was nuts. The rest of the family thought I was nuts. See last name.

LIKES
2

10:34 PM - 15 May 2017

🔁 1    🔁    ♡ 2

**AndyRich** @andersr9 · May 16
Replying to @jonathandrich @seanhannity
This is not the place & not a topic for you to comment on. I love you but filter bro. #family

💬 1    🔁 37    ♡ 70

**Matt Couch** 🎙️ @RealMattCouch · Dec 29
Notice how they're all more worried about the reputation of the "DNC" than solving Seth Rich's murder?

#HisNameWasSethRich

But one of Rich's closest friends, Miles Mawby, told the Daily Mail Online that the idea that Rich was the source who gave the leaked DNC documents to Wikileaks was 'absolutely absurd.'

'Never in a million years,' said Mawby, who had known Rich since 2011 and was with him on the Friday evening before he was killed.

'[People are] fanning flames of wild rumors from the internet from conspiracy theorists. It's absolutely absurd. Seth was one of the most dedicated people I've ever met. His day-to-day work…that got him up in the morning.'

Mawby said Rich was happy with his job at the DNC and supportive of Clinton's presidential campaign.

💬 1    🔁 33    ♡ 71

**Matt Couch** 🎙️ @RealMattCouch · Dec 29
Here's another gem..

12/30/2019
Case 1:18-cv-00681-RJL Document 116-2 Filed 01/16/20 Page 46 of 85
...ch went to the night...













🗨 1    ♻ 28    ♡ 74

**Matt Couch** @RealMattCouch · Dec 29

Remember when I told you about the Cameras at the Flagler Market.

The Police took the tape, and now claim that they can't find it, can't confirm it exists, even though the parents of Seth Rich have even on record with the Washington Post stated Police told them about it??

🗨 3    ♻ 39    ♡ 86

**Matt Couch** @RealMattCouch · Dec 29

There was a camera at the Flagler Market in the 2nd level that was aimed directly out into the street.

This is the video that Police took, and now claim doesn't exist, even though they told the parents about it, but if it does exist they can't show it to public/media.



🗨 1    ♻ 35    ♡ 67

**Matt Couch** @RealMattCouch · Dec 29

Another group of places that missed Seth Rich that dreadful night and early morning..

Oh, and that picture in the middle, that's the Camera/Security system from the Flagler Market.. You know.. The one Police took that they told the parents about, but now can't find, etc..









**Matt Couch** @RealMattCouch · Dec 29
Hanging out at Lou's City Bar.. This is where Seth Rich was allegedly at the night he would end up murdered..

#HisNameWasSethRich

♡ 1    ⟲ 26    ♥ 55

**Matt Couch** @RealMattCouch · Dec 29
Very few have had the courage to talk about this or tackle this case with our team. Thanks to OANN for when they did talk about this case. I've slimmed up since these pics too, also encouraging.

#HisNameWasSethRich

...th Rich? Part 2 (OAN 06/03/2017 Release)

♡ 3    ⟲ 30    ♥ 75

**Matt Couch** @RealMattCouch · Dec 29
Let's now enter into the picture one Dov Friedman, roommate of Seth Conrad Rich...

Dov's story is pretty interesting, and I'm going to tell it next.

It's all just coincidences and conspiracies, remember that okay America?



Dov's story is pretty interesting, and I'm going to tell it next.

It's all just coincidences and conspiracies, remember that okay America?

#HisNameWasSethRich

💬 2    🔁 31    ♡ 66

**Matt Couch** 🎙 @RealMattCouch · Dec 29
Ahhhh Yes.. Dov Friedman... The roommate of Seth Conrad Rich..

He just happened to work for a Turkish Shell Company as a Lobbyist in Turkey...

While working for this shell company, he wrote hit pieces on American Kurdish Allies while in Turkey for their media..

💬 1    🔁 38    ♡ 68

**Matt Couch** 🎙 @RealMattCouch · Dec 29
Dov Friedman is even mentioned in the Podesta emails.. You know, nothing to see here right America, just more coincidences in a stack of coincidences..

●●○○ Verizon 🔓    10:24 AM    ⚡ 🕸 42% 🔋 🔌
eng.majalla.com

**Dov** Friedman

Dov Friedman is the editor-in-chief of the Yale Journal of International Affairs. From 2011 to 2013, he lived in Turkey, where he worked as a research associate in

💬 2    🔁 36    ♡ 68

**Matt Couch** 🎙 @RealMattCouch · Dec 29
Oh, wait a minute, you mean Dov was #WithHer

**Dov Friedman** updated his cover photo.
September 23, 2016 · 

for her in March '08. I No vote, ever, at any level, has made me prouder.

For the #CampaignCabin. For #VirWINia. For our next President, Hillary Rodham Clinton.
... See More

♡🔄 39

💬 1    🔁 32    ♡ 65

**Matt Couch** 🎙 @RealMattCouch · Dec 29
Now would you say it's odd that Dov Friedman was a massive Hillary Clinton Fan and Supporter, yet he claims he didn't know Seth Rich worked for the DNC?

Then Dov went to work for Hillary Clinton for President 3 weeks after the murder?

You just can't make this stuff up..



12/30/2019 Matt Couch on Twitter: "Seth Rich was murdered... What column reported a MPD ... Mueller team... Scott... murder... which went to the night...

Case 1:18-cv-00681-RJL Document 116-2 Filed 01/16/20 Page 52 of 85



12/30/2019    Matt Couch on Twitter: "It's Jamie Blumenthal from DC, her M... aaron from:realmattcouch which went to the night…

Case 1:18-cv-00681-RJL  Document 116-2  Filed 01/16/20  Page 53 of 85



🏠 Home               account? Log in ▾    ✕

**aaron from:realma**

Hillary Clinton was interrupted

Top   Latest   People  Pho

💬 1    🔁 19    ♡ 45

**Matt Couch** 🔷 @RealMattCouch · Dec 29
Here's the biggest one of all...

#HisNameWasSethRich

**SOME MODERATELY BIG NEWS:**

This Thursday, I will join Hillary for America as a full time field organizer in the great commonwealth of Virginia. At core, the reasons for doing this are pristinely clear, but worth repeated.

I have been a supporter and admirer of Hillary Clinton's work for over a decade. I have been saying for the last year that she is likely the most qualified person ever to seek this office--and I have been thrilled to see President Obama give voice and credence to that sentiment.... See More

👍❤️🎉 253      50 Comments  1 Share

↪ Share

**Dov Friedman**
July 13, 2016 · 🌐

Early Sunday, at 4:19 AM, Seth Rich was murdered at the corner of Flagler and W NW, a mere 100 meters from his house. That house is also my house.

💬 3    🔁 31    ♡ 63

**Matt Couch** 🔷 @RealMattCouch · Dec 29
Let's review Dov

👉 Degrees from Columbia & Yale

👉 Claims he didn't know Seth worked for DNC

👉 Moved into House Less than 2 months before Murder

👉 Massive Hillary Clinton Supporter

👉 Worked in Turkey as Turkish Lobbyist

👉 Went to work for Clinton 3 weeks after murder..

💬 1    🔁 40    ♡ 79

**Matt Couch** 🔷 @RealMattCouch · Dec 29
In August of 2017 America First Media would be put in touch with Dallas Multi Millionaire Financial Mogul Ed Butowsky, who was one of our many sources in this Investigation. Butowsky paid for the Private Investigator Rod Wheeler for the Rich Family. #SethRich

💬 1    🔁 26    ♡ 61

**Matt Couch** 🔷 @RealMattCouch · Dec 29
Ed Butowsky would tell multiple members of America First Media that the parents of Seth Rich, Joel and Mary told him that they "knew what their boys did" and that they didn't care, they wanted to know who murdered their son.
#HisNameWasSethRich

💬 1    🔁 27    ♡ 63

**Matt Couch** 🔷 @RealMattCouch · Dec 29
Ed Butowsky also told America First Media Group that money went into Aaron Rich's bank account via Wikileaks. He was our source on this back in August of 2017. He also said that Aaron and Seth were involved and worked together on the leaking of documents to Wikileaks.

💬 1    🔁 33    ♡ 66







**Matt Couch** @RealMattCouch · Dec 29
America First Media Group has documentation, recordings, phone records, etc. That will show when we first started talking to Ed Butowsky in regards to the Seth Rich Investigation. We did not start talking to Butowsky in May as Arron Rich's Legal Counsel has claimed.

💬 1    🔁 24    ❤️ 57

**Matt Couch** @RealMattCouch · Dec 29
We believe to this day, and still do believe to this day that Ed Butowsky is a highly successful and credible businessman and media contributor. Ed has worked for the likes of Breitbart and Fox News, among others. We do not believe he is lying about anything he has stated.

💬 1    🔁 24    ❤️ 61

**Matt Couch** @RealMattCouch · Dec 29
We never released Ed Butowsky as our source until he did one on one interview with The Gateway Pundit and others. We have substantial evidence going back to August of 2017 that will prove and show he was our source, as it's the same info we've been saying for over a year.

💬 2    🔁 38    ❤️ 75

**Matt Couch** @RealMattCouch · Dec 29
In September of 2017 our own Eddie Graham, The Graham Cracker as we call him would uncover something no one else had, it would go viral that month. Hush Money...

Two large payments were made around two very key dates in 2016, in fact so coincidental we'll let you decide.

💬 1    🔁 72    ❤️ 132

**Matt Couch** @RealMattCouch · Dec 29
We find it highly coincidental that both of the payments came within 24 hours of two high profile murders in Washington D.C., which both have connection to the DNC.

💬 5    🔁 84    ❤️ 162

**Matt Couch** @RealMattCouch · 22h
During the 2016 Presidential Election, the biggest story became how Russia "hacked" the election. The "17 intelligence agencies" that Hillary Rodham Clinton cited all relied on word from a contracted company, Crowdstrike.

💬 1    🔁 35    ❤️ 60

**Matt Couch** @RealMattCouch · 22h
Crowdstrike is a technology company that specializes in cyber-security. Not only is there conflict of interest with Crowdstrike receiving payments, campaign data shows some incredible correlations with the payments that were made.

💬 1    🔁 36    ❤️ 61

**Matt Couch** @RealMattCouch · 22h
All payments cited below are part of the Federal Election Committee data of campaign spending on the fec.gov website.

**Home - FEC.gov**
Find what you need to know about the federal campaign finance process. Explore legal resources, campaign finance data, help for candidates and ...
fec.gov





much as 10,000 times more potent than morphine.

♡ 52

**Matt Couch** ✓ @RealMattCouch · 22h
Now we know what you're thinking, why are you telling all of this about her Vet Tech job? Well, you should probably look into how Shawn Lucas was found dead in his home 3 weeks after the murder of Seth Rich. That will explain a lot here.

💬 1   ⟲ 34   ♡ 62

**Matt Couch** ✓ @RealMattCouch · 22h
So back to the story at hand. Kristin Oland, the lone Witness in the Seth Rich murder, didn't witness the murder. She claims she saw two Men running into the LeDroit Park area. LeDroit Park is the projects in Washington D.C., a very rough neighborhood.

💬 3   ⟲ 41   ♡ 62

**Matt Couch** ✓ @RealMattCouch · 22h
Now what are the odds that the one person that the Police talked to worked for the CIA for a decade, worked in US Navy Intelligence, is a Pro MMA Fighter, is a Pilot, Oh, and a Vet Tech? I'm sure all of this is just highly coincidental, right America?

💬 2   ⟲ 45   ♡ 77

**Matt Couch** ✓ @RealMattCouch · 22h
We have exhausted all options to talk to this so called Witness, Plant, whatever you want to call her. So we're releasing this information in hopes that someone might know her, and let her know we'd like to speak with her.

💬 1   ⟲ 37   ♡ 59

**Matt Couch** ✓ @RealMattCouch · 22h
Enter Donna Brazile and her book "Hacked" talking about how she feared for her life and said she thought "Russian Snipers" were going to take her out..

Now what would Russian Snipers want to take you out for Donna?

She even dedicated her book to SR

#HisNameWasSethRich

💬 1   ⟲ 46   ♡ 67

**Matt Couch** ✓ @RealMattCouch · 22h
There was a bear involved in the DNC "LEAK" it wasn't a hack folks, that's been debunked by Adam Carter, known as With Integrity on Twitter. Guccifer 2 was a fake, and certain Conservative personalities fell for it hook, line, and sinker. Those Conservatives look like fools.

💬 2   ⟲ 29   ♡ 53

**Matt Couch** ✓ @RealMattCouch · 22h
On June 14 Debbie invited the Democratic Party officers to a conference call to alert us that a story about hacking the DNC that would would be published in the Washington Post the following day. That call was the first time we'd heard that there was a problem. -DB

💬 1   ⟲ 33   ♡ 55

**Matt Couch** ✓ @RealMattCouch · 22h
Debbie's tone was so casual that I had not absorbed the details, nor even thought that it was much for us to be concerned about. Her manner indicated that this hacking thing was something she had covered. But had she?" -DB

💬 1   ⟲ 28   ♡ 58

**Matt Couch** ✓ @RealMattCouch · 22h
Debbie Wasserman Schultz would claim that the FBI never contacted her about the DNC leaks or hacks. Donna Brazile in her book will state that also isn't true. We now know that the DNC refused to let the FBI look at the servers.

💬 1   ⟲ 49   ♡ 80

**Matt Couch** ✓ @RealMattCouch · 22h
For a whole month, CrowdStrike watched Cozy Bear and Fancy Bear operating. Cozy Bear was the hacking force that had been in the DNC system for nearly a year." -DB

12/30/2019    Me... ... st MattCouch... rom... maalma... ...01/16/20 ...te r... ...show when we first ...

Case 1:18-cv-00681-RJL   Document 116-2   Filed 01/16/20   Page 57 of 85



🏠 Home

aaron from:realma

Top    Latest    People    Pho

**Search filters**

From anyone

Anywhere

All languages

Advanced search

**Related searc**

#packers

packers vs viking

**Want to take
the new Tw**

It's simp...

**Worldwide tr**

#PollThePeople
51.7K Tweets

#PresidentSande...
77K Tweets

#2020WillBeThe...
18.9K Tweets

Republican VP
7,777 Tweets

Syd Mead
10.5K Tweets

Rupi Kaur
10.3K Tweets

#MusicCityBowl
2,874 Tweets

Western Michiga...
1,124 Tweets

#RedboxBowl
1,124 Tweets

Ice T
23.8K Tweets

© 2019 Twitter Ab...
Privacy policy Cooki...



For a whole month, CrowdStrike watched Cozy Bear and Fancy Bear operating. Cozy Bear was the hacking force that had been in the DNC system for nearly a year." -DB

Who are these bears she's talking about? One couldn't have been a Panda could it?

💬 1    🔁 37    ♡ 63

**Matt Couch** @RealMattCouch · 22h

Let's talk a little bit about _ _ _ _ _ shall we?

This person _ _ _ _ _ constantly told everyone who had information regarding the case not to talk about it. We've confirmed that from multiple sources.

Now what would be the reason for that, why would _ _ _ _ _ do that?

💬 1    🔁 34    ♡ 54

**Matt Couch** @RealMattCouch · 22h

_ _ _ _ _ would open up a Go Fund Me to raise $200,000 and get what we thought was finally serious about solving the murder of Seth Rich.

_ _ _ _ _ then it would just fizzle out as quickly as it started. Lawsuits would start being filed, and Gag orders would be sent..

💬 1    🔁 31    ♡ 57

**Matt Couch** @RealMattCouch · 22h

Now why would _ _ _ _ _ _ _ _ ask on his personal Facebook page if anyone he knew had any connections to the Israeli Digital Forensics Company known as Cellebright?

Seems like an interesting questions, doesn't it America?

#HisNameWasSethRich



Aaron Rich
February 5 ·

Time to plan Jewish geography/network game:
Does anyone know someone how does, or who knows someone else, that has a connection to someone at Cellebrite? It's an Israeli digital forensic company so I'm hoping I'm not too many degrees separated from a connection.
If so, please e-mail or PM me and I can explain more.
Thanks.

👍 Like    ➤ Share

👍 1

1 share

Brett Lundberg I'm guessing I'm out on this one. Good luck!
Like · February 5 at 2:51pm

Sarah M. Frey Can you make this public so I can share with my friends... there may be a that do...
Like · February 5 at 4:10pm





**Matt Couch** @RealMattCouch · 22h

I traveled to Omaha, Nebraska the hometown of Seth Rich to ask some questions along with

@JFlippo1327

on our team.

We went to the Beth El Synagogue, and I went live on Periscope from the parking lot to discuss with our followers.

Multiple Women with Scissors came after us

💬 3    🔁 37    ♡ 81

**Matt Couch** @RealMattCouch · 22h

You can watch this via my Periscope

@RealMattCouch

back in the summer of 2017.

These women came out of the Synagogue armed with scissors and threatening Josh (Former Military) and I to leave the Synagogue, and even demanded our video. It was appalling. #SethRich

💬 1    🔁 27    ♡ 72

**Matt Couch** @RealMattCouch · 22h

We spoke to the Funeral Home, as well as people that traveled back with the body from Washington, D.C.

No one was willing to talk about any details other than he was murdered on July 10th, and buried on July 13th..

Everyone in Omaha is silent on Seth Rich.. #SethRich

💬 2    🔁 37    ♡ 72

**Matt Couch** @RealMattCouch · 22h

We were sitting in a little local diner in Omaha, and were talking with a local about the weather, sports, etc. We then asked them about the Seth Rich murder, his response says it all..

Local: "Yeah, I've heard about that"

AFMG: "Anything you can tell us"

Local: "Hell No"

💬 2    🔁 35    ♡ 82

**Matt Couch** @RealMattCouch · 22h

In August of 2018 America First Media Group with our sources would reveal another first in the Seth Rich case.

Both Former DNC Head Donna Brazile, and Washington, D.C. Mayor Muriel Bowser were at the hospital the night that Seth Rich was brought in via ambulance. #SethRich

💬 2    🔁 47    ♡ 91

**Matt Couch** @RealMattCouch · 22h

America First Media's sources tell us that they arrived within minutes of Seth Rich arriving via ambulance.

We aren't accusing Ms. Brazile or Mrs. Bowser of any wrong doing.

We're just asking who notified them, as that person is a person of interest.

#SethRich

💬 2    🔁 57    ♡ 115

**Matt Couch** @RealMattCouch · 22h

The real question is why would the former Head of the DNC Donna Brazile (Co Chair at the time) and Washington D.C. Mayor Muriel Bowser be at the hospital and notified of a "DNC Staffers" murder as the mainstream media would call him..

Why?



12/30/2019

Why?

Why?

Why?

#SethRich

💬 6  🔁 98  ♡ 155

**Matt Couch** @RealMattCouch · 22h

So let's recap, shall we, I'll try to cap this at 200 Tweets for this thread. It's by far the largest one that we've ever done. Thanks for reading it, and we'll continue to add to it as we can.

Do America First Media a favor and SHARE these Tweets. We need your help!

💬 2  🔁 69  ♡ 136

**Matt Couch** @RealMattCouch · 22h

Seth Rich Murdered July 10th, 2016

CIC Shotspotter reports Shots fired at Flagler Block at 4:19 AM Alerts Police to the Shooting and they respond

However No BOLO (Lookout) has ever been established, which is the first thing that you would do in a shooting, #SethRich

💬 3  🔁 64  ♡ 112

**Matt Couch** @RealMattCouch · 22h

The Botched Robbery Narrative they're trying to paint

Seth Rich still had

👉His Wallet

👉His Cash

👉His Credit Cards

👉His Watch

👉His Phones

👉His Necklace

👉Nothing was taken

Now why did Police get a warrant and go to his house around 9:00 AM for botched robbery?

💬 6  🔁 92  ♡ 152

**Matt Couch** @RealMattCouch · 22h

Why would you issue a warrant for a botched robbery?

Why?

We have a ton of Homicide Detectives, LEO's, and others on our team, and none of them have ever heard of that before..

If it's a botched robbery, why issue the Warrant to retrieve his Computer and Phones?

💬 4  🔁 88  ♡ 174

**Matt Couch** @RealMattCouch · 22h

We've never seen...

The Body Cams from four of the six officers that responded to the shooting of Seth Rich..

We've never seen the video from the Flagler market that police told the family about..

We've never seen the autopsy report, which we know exists..



We've never seen the autopsy report, which we know exists..

#SethRich

💬 2    🔁 95    ♡ 193

**Matt Couch** ✓ @RealMattCouch · 22h
We've never seen....

The Toxicology Report....

The Phone Records.. Which _ _ _ _ _ refuses to show anyone, why is that?

We now know that Seth Rich had 2 Cell Phones, one that he got 1 week before he was murdered. Where are the records to that phone as well? #SethRich

💬 1    🔁 88    ♡ 169

**Matt Couch** ✓ @RealMattCouch · 22h
The most guarded city in the World in the Information and Technology age and we're expected to believe that not one video exists of Seth Rich on the night/early morning that he was murdered..

ATM's nearby wiped with a Malware Virus.. of course they were

#HisNameWasSethRich

💬 6    🔁 102    ♡ 183

**Matt Couch** ✓ @RealMattCouch · 22h
Alright... Recapping now..

-Botched Robbery, Nothing was Taken
-Still had his Wallet, Credit Cards, Cash, Phones, Watch, Necklace on him
-No Video Exists Anywhere other than the Flagler Market, D.C. Police took it and now claim it either doesn't exist or can't show it..

💬 2    🔁 77    ♡ 137

**Matt Couch** ✓ @RealMattCouch · 22h
-Four of the Six Officers were wearing body cams. D.C. Police Privacy Officer Liz Lyons says they've either been deemed not relevant or misplaced. D.C. Police's own General Orders state they must be kept 65 years for murder.
-Not one officer has ever spoke about shooting

💬 2    🔁 86    ♡ 144

**Matt Couch** ✓ @RealMattCouch · 22h
They hid the Hospital for over a year, we uncovered the Hospital, EMT's, Ambulance, as well as the Doctor.
-We now know they hid the hospital because Washington, D.C. Mayor Muriel Bowser and DNC Head Donna Brazile were at the hospital that night. Who notified them?

💬 5    🔁 146    ♡ 229

**Matt Couch** ✓ @RealMattCouch · 22h
-Seth Rich was taken to Medstar Hospital by Ambulance #17 of DCFEMS at arrived at 4:48 AM. DCFEMS arrived on the scene at 04:33 AM.
-Dr. Christine Trankiem renowned Trauma Surgeon operated on Seth Rich during emergency surgery and pronounced him dead at 05:57 AM July 10th

💬 2    🔁 86    ♡ 150

**Matt Couch** ✓ @RealMattCouch · 22h
The D.C. Police had a witness named Kristin Oland who worked for the CIA, was a Vet Tech, and a Pilot, also an MMA Fighter. She just happened to be walking her dogs at 4:30AM and claims she saw two men running into the LeDroit Park area of Washington, D.C. nearby.

💬 2    🔁 69    ♡ 135

**Matt Couch** ✓ @RealMattCouch · 22h
In a message delivered to me from a little birdie in the Ecuadorian Embassy..

JA: "I could buy something on eBay and have it delivered here, right?"

Source: "Sure"

JA: "I'm not saying that's how it happened, but I could do that" Smirking

12/30/2019    Matt Couch on Twitter: "I also have sources... and they are not afraid to show any releases..to show anyone...

Case 1:18-cv-00681-RJL Document 116-2 Filed 01/16/20 Page 62 of 85





# EXHIBIT 8

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - -

AARON RICH,                : Civil Action No.
                           :
          Plaintiff,       : 1:18-cv-00681
     v.                    :
                           :
EDWARD BUTOWSKY,           :
MATTHEW COUCH, and         :
AMERICA FIRST MEDIA,       :
                           :
          Defendants.      :

- - -

AUDIO TRANSCRIPTION

- - -

Audio transcription of Ed
Butowsky ACWT Interview (July 30, 2019).

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 2

1           - - -
2           DEBORA GEORGATOS:  So what
3    we're going to focus on today is:
4    What exactly really happened with
5    the access to the DNC server?  And
6    on that topic, we're going to turn
7    to the subject of Seth Rich.
8           We talked about Seth Rich
9    just a few weeks -- or last week,
10    I think it was, in connection with
11    a lawsuit filed by Ed Butowsky who
12    lives in the Texas -- in North
13    Texas, right near us, and he, in
14    his lawsuit, recounted his
15    experience in finding out that
16    Julian Assange, the WikiLeaks
17    guru/founder, had told a friend of
18    Ed's who told him that that hack
19    into the DNC server, that the
20    e-mail access from the DNC server
21    did not come from a foreign hack,
22    like the media and the left was
23    trying to sell, but instead came
24    internally.

Page 3

1           Somehow, that hack
2    happened -- or that access to
3    those e-mails that were then
4    shared with WikiLeaks happened
5    inside -- from someone inside the
6    FBI, which leads us to Seth Rich,
7    the DNC staffer who was murdered
8    in Washington DC.
9           And now I'm going to turn
10    and invite you -- introduce my
11    guest for the show today, Ed
12    Butowsky.
13           ED BUTOWSKY:  Hi.
14           DEBORA GEORGATOS:  Hi.
15           ED BUTOWSKY:  Great
16    introduction.
17           DEBORA GEORGATOS:  Well,
18    thank you.  I'm so glad that
19    you're here.  I actually am going
20    to do a touch more introduction of
21    you.
22           Ed Butowsky is a -- as I
23    mentioned, he lives here in North
24    Texas.  He's a financial advisor,

Page 4

1    very successful financial advisor,
2    a former Fox Business Network
3    commentator.
4           One cool thing of the many
5    things he did, he worked with
6    Morgan Stanley.  He has a great
7    financial career.  One thing he
8    did I thought was interesting
9    reading about him, he tried to
10    help athletes.  He -- he had a
11    little bit of his practice focused
12    on helping athletes be a little
13    bit smarter with their money.
14           And so I thought it was a
15    brilliant thing because we always
16    hear stories, athletes paid
17    millions, and then they -- they're
18    broke.  And you think, How can
19    that have happened?  Because
20    they --
21           ED BUTOWSKY:  Well, that's
22    actually the name of my
23    documentary.  "Broke."  It was on
24    ESPN.  It was a part of the 30 for

Page 5

1    30 series.  And it came from an
2    article we did in Sports
3    Illustrated with Pablo Torre --
4           DEBORA GEORGATOS:  Okay.
5           ED BUTOWSKY:  -- called "How
6    and Why Athletes Go Broke."  So
7    that's what I do.  And -- but at
8    the same time, as you -- as
9    everyone's going to hear in a
10    little bit, how the hell did I get
11    involved with this?
12           DEBORA GEORGATOS:  Well,
13    that's -- we're going to go right
14    to that point right now.
15           So Ed Butowsky got involved
16    in this because he has a friend
17    named Ellen Ratner.  And you may
18    have heard her name discussed in
19    the media many times.  But I want
20    to just start with your first
21    conversation with Ellen Ratner,
22    what she told you about her time
23    meeting with Julian Assange in
24    London.



Page 6

1       ED BUTOWSKY:  Sure.  And to
2  understand, this isn't somebody I
3  just met.  Ellen and I are very
4  good friends.  I've known Ellen
5  for many years.  I met her in the
6  green room because I had done Fox
7  News for -- one of those
8  commentators for about eight
9  years, unpaid.  Met her in the
10  green room in Washington.  And we
11  were talking, and she told me
12  about a company she had.
13       And she quickly -- anybody
14  that knows Ellen knows that
15  there's no secrets, although there
16  is now.  But Ellen is an open
17  book, and Ellen will tell you
18  everything.  And she just said, I
19  have this company.  I don't make
20  any money.  I'm losing all this
21  money.  So I naturally just wanted
22  to help her out.
23       Over the last five, six
24  years, we've gone to the point of

Page 7

1  having Thanksgiving dinner
2  together, going on different trips
3  around the country, going to
4  different events.  So Ellen and I
5  became very, very close.
6       She also knew some other
7  things that I had been involved
8  with, so she felt very comfortable
9  opening up her business and asking
10  me for help, which I never got
11  paid, never asked to get paid.
12  And she also felt very comfortable
13  sharing secrets with me.
14       DEBORA GEORGATOS:  So get
15  to -- tell us please what did she,
16  Ellen Ratner, tell you -- and she
17  had a meeting with Julian Assange
18  in London, the head of WikiLeaks,
19  the founder of WikiLeaks.  What
20  did she tell you he said?
21       ED BUTOWSKY:  So one day
22  we're together and she -- and she
23  said to me -- she said, You
24  wouldn't believe what Julian told

Page 8

1  me.  And I didn't know who Julian
2  was.  I didn't know she knew
3  Julian Assange.
4       DEBORA GEORGATOS:  Um-hm.
5       ED BUTOWSKY:  She said, Oh,
6  well, my brother Michael had
7  passed away, and they dedicated a
8  building to him in Berlin.  And on
9  the way back from Berlin, she
10  stopped at the Ecuadorian embassy
11  and met with Julian Assange.  And
12  she said, Julian told me three
13  things:  One, the password to
14  Podesta's e-mails was "password";
15  the password to the DNC server was
16  "change"; and that Seth Rich was
17  the one who downloaded the DNC
18  e-mails and sold them to
19  WikiLeaks.
20       And Julian wanted her to
21  contact Joel and Mary Rich.  All
22  right?  I didn't know the parents,
23  the Rich parents -- to let them
24  know what had happened.  And the

Page 9

1  reason that she said that they --
2  that he wanted that is because he
3  knew that the Washington police
4  wasn't investigating, wasn't
5  helping, and thought that they
6  needed to know and should know
7  what happened to their son.
8       Now, not that there's a
9  connection, because we don't know
10  if there's a connection between
11  his murder and the e-mails.  What
12  he wanted them to know was that
13  the e-mails that he got came from
14  them.  She asked me --
15       DEBORA GEORGATOS:  Excuse
16  me.  Julian -- to confirm that
17  first point.  Julian Assange
18  wanted the parents of Seth Rich to
19  know that the e-mails WikiLeaks
20  had from the DNC came to WikiLeaks
21  from Seth Rich.
22       ED BUTOWSKY:  That is
23  precisely --
24       DEBORA GEORGATOS:  Okay.



Page 10

1    ED BUTOWSKY: -- 100 percent
2 correct. That's what she told me.
3    She asked me to get ahold of
4 them. I said, No. I said, I
5 don't have any interest in getting
6 involved with any of this stuff.
7    And then I started seeing on
8 television -- and this is what
9 really got to me. Over and over
10 and over again watching
11 television, you kept hearing that
12 Trump and Vladimir Putin somehow
13 together coordinated to steal the
14 e-mails from the DNC.
15    DEBORA GEORGATOS: Yeah.
16    ED BUTOWSKY: And I'm
17 thinking, Well, what in the world
18 is going on here? So I -- every
19 once in a while I would call up
20 Ellen and say, Why don't you say
21 something?
22    And she told me she's told
23 many people.
24    And I said, Okay. Why isn't

Page 11

1 anybody reporting it?
2    She said, No one's -- no
3 one's reporting it. No one wants
4 to talk about it.
5    So then it was December the
6 16th, I finally reached out to the
7 Rich family. And I had a phone
8 call with them December 17th. So
9 on the 17th of December, I had a
10 phone call with the Riches. And
11 at the very beginning of the phone
12 call I told them, you know, how
13 sorry I felt for them. I had a
14 son who just went to school. And
15 if anybody knew anything about my
16 son that I didn't know, I'd kill
17 them.
18    And that's the way I feel.
19 Just like if somebody was over at
20 my house and the kid was 16 years
21 old and drinking a beer, I would
22 behind the kid's back tell his
23 parents because I shouldn't know
24 something they don't know.

Page 12

1    DEBORA GEORGATOS: Right.
2    ED BUTOWSKY: And I'm very
3 strong about that. So I felt that
4 way as well here.
5    And I finally called up. I
6 spoke to them, told them, and
7 Joel -- the very first thing Joel
8 said was, Ed, we know, you know,
9 all of this. We -- we don't need
10 to know anything more. We just
11 want to know who murdered Seth.
12    And I said, Oh.
13    He says, We don't want
14 people to know about this because
15 we're trying to keep Seth's name
16 out from being the person who got
17 Donald Trump elected.
18    You know, people don't
19 understand this, Deb -- Debbie.
20 That most people don't realize,
21 you know, what is going on with
22 the Riches. I mean, the Riches
23 know very well that they're --
24 and -- and Aaron is involved to

Page 13

1 some degree.
2    DEBORA GEORGATOS: Aaron is
3 Seth's brother.
4    ED BUTOWSKY: Seth's
5 brother. But let's just focus on
6 Seth at this moment.
7    People don't realize that
8 this family's just trying to
9 preserve so their -- their son's
10 name doesn't go down in history as
11 the guy who got Donald Trump
12 elected. Because some people
13 believe these e-mails were what
14 swayed the election.
15    DEBORA GEORGATOS: They
16 certainly didn't hurt, anyway.
17    ED BUTOWSKY: Right. And
18 so -- so that's the reason. So
19 Joel is very focused on one thing:
20 Who murdered my son? Aaron --
21    DEBORA GEORGATOS: I want to
22 jump in and ask --
23    ED BUTOWSKY: -- and Joel --
24 and Mary, whole other story.



Page 14

1    DEBORA GEORGATOS:  Okay.
2  And I want to jump in and I want
3  to ask.  So in this first
4  conversation, did it seem like the
5  dad was -- this is Seth Rich's
6  dad --
7    ED BUTOWSKY:  Um-hm.
8    DEBORA GEORGATOS:  -- and I
9  meant to say to our listeners, he
10  was murdered on July 10, 2016, in
11  Washington DC.  If you didn't
12  follow the story, two shots to the
13  back.  Very late at night/early
14  morning.  Nothing stolen, wallet
15  not taken.  All of that.  And he
16  was -- and the murder remains
17  unsolved.  This is obviously over
18  three years ago.
19    ED BUTOWSKY:  Not only
20  unsolved but uninvestigated.
21    DEBORA GEORGATOS:
22  Uninvestigated.  Okay.  But when
23  you first talked to the dad --
24    ED BUTOWSKY:  Um-hm.

Page 15

1    DEBORA GEORGATOS:  -- was he
2  assuming that his son's murder had
3  nothing to do with what he did at
4  the DNC downloading these e-mails?
5    ED BUTOWSKY:  Never really
6  discussed that.  All he said was,
7  I don't want to discuss e-mails,
8  WikiLeaks.  I want to know who
9  murdered my son.
10    DEBORA GEORGATOS:  So what
11  did you do with that information?
12    ED BUTOWSKY:  Well, then
13  what happened was, I didn't think
14  much was going to occur.  We -- we
15  then played Jewish Geography.
16  This is what Jews do.  We just sit
17  around and talk about who knows
18  who.  And we did that for a little
19  while.  And then we talked about
20  Omaha.  I thought it was amazing
21  that there were Jews in Omaha.
22  That'll tell you what a New York
23  Jew, you know, thinks about Omaha.
24  Right?  But I had no idea.

Page 16

1    And we just made small talk.
2  And the phone call lasted 30
3  minutes.  But at the end of the
4  call, Mary Rich said to me, Ed, if
5  you ever learn anything, let me
6  know.
7    And I'm thinking, I'm not
8  going to learn anything.  All I
9  did was communicate a message.
10    So about a week later I was
11  talking to a friend of mine named
12  Larry Johnson.  Larry's a former
13  CIA operative, NSA, one of
14  those -- one of those people that
15  do secretive things.  And I was
16  trying to help him find a
17  connection in the government where
18  he might be able to sell -- there
19  was a widget of some kind that he
20  was trying to sell.
21    And at the end of that phone
22  call -- this is to tell you how
23  strange life is.  At the end of
24  that phone call I said, you know,

Page 17

1  By the way, have you ever heard of
2  this Seth Rich, WikiLeaks,
3  blah-blah-blah?
4    He said, Well, yeah.  I have
5  a friend of mine, he's actually
6  trying to get a story published
7  and can't.  His name's Sy Hersh.
8    And I said, Oh.
9    He says, You know who Sy
10  Hersh is?
11    And I said, I have -- really
12  don't know.  I -- I might have
13  heard his name somewhere.
14    And he said, Well, Sy has
15  everything about it and is trying
16  to get a story published and no
17  one will publish it.  He said, You
18  want Sy to call you?
19    I said, Please.  Have him
20  call me.
21    So Sy -- one day I get a
22  phone call, and this guy's talking
23  really fast.  But he's calling me
24  to share information with me.  And



Page 18

1    all I care about at this point is
2    I can get some information and
3    share it over with Joel and Mary
4    Rich.
5         So as he's talking -- he's
6    talking so fast and my handwriting
7    is so bad -- you can see right
8    here how bad my handwriting is --
9    I just hit Voice Memo.  My kids
10   had just taught me how to do this.
11   And I thought this was the
12   greatest thing in the world on
13   iPad.  I can just tape people.  So
14   I taped him.
15        And he just went on and on
16   and on, talking about the FBI,
17   talking about the FBI file,
18   talking about what is in the FBI
19   file.
20        DEBORA GEORGATOS:  About
21   Seth Rich.
22        ED BUTOWSKY:  About Seth
23   Rich.
24        DEBORA GEORGATOS:  Okay.

Page 19

1         ED BUTOWSKY:  About, you
2    know, the e-mails and what he went
3    through.  And anybody can go right
4    from this YouTube channel and go
5    right over to Seymour Hersh or go
6    to a site called
7    DebunkingRodWheelersClaims.net.
8    There's two recordings there.  One
9    of them I redacted my voice
10   completely and redacted some
11   things Sy said, because Sy is not
12   very kind to some people.  But
13   then the whole version is up there
14   also.  About 26 minutes.  And
15   anybody who wants to listen to it
16   can listen to it.
17        And I've never said anything
18   negative about Sy Hersh.  Sy Hersh
19   goes around saying things about
20   me, and he should only say what a
21   jerk Ed Butowsky is for taping me.
22   But I've never said anything else.
23        DEBORA GEORGATOS:  Okay.
24   But -- so we don't -- so what does

Page 20

1    Sy Hersh say in relation to the
2    FBI file about Seth Rich?  He --
3    did he -- was he aware that there
4    was some acknowledge -- that the
5    FBI knows that Seth Rich was the
6    one who got the --
7         ED BUTOWSKY:  Have you
8    listened to it?
9         DEBORA GEORGATOS:  I --
10   halfway through.  I had to get
11   ready for the show.
12        ED BUTOWSKY:  Okay.
13        DEBORA GEORGATOS:  But you
14   tell me.  Give me the summary.
15        ED BUTOWSKY:  Yes.  The
16   answer is yes.  Absolutely.  Not
17   only that, he talks about how many
18   e-mails, he talks about the -- the
19   actual e-mails themselves, how
20   much he was asking, how he was
21   going to get them to him through a
22   Dropbox.  This is not a secret.
23        The problem is:  People
24   don't want -- as you said in your

Page 21

1    opening -- to admit what has
2    happened.  What -- what happened
3    was real simple.  That one little
4    part of Russia and so on that the
5    Dems and the liberals and whoever
6    the deep state wanted to blame on
7    the Russians and Trump didn't
8    happen.
9         DEBORA GEORGATOS:  Okay.  So
10   this guy, Sy Hersh, is saying he
11   personally saw the e-mails that
12   were from --
13        ED BUTOWSKY:  No, no.  He
14   was told by a very senior person
15   at the FBI.
16        DEBORA GEORGATOS:  FBI.
17   That -- okay.  Yeah.  So he --
18   that person said on Seth Rich's
19   e-mail -- on his computer are
20   e-mails reflecting he was making
21   the effort to sell these e-mails
22   he got from the DNC to WikiLeaks.
23        ED BUTOWSKY:  Right.
24        DEBORA GEORGATOS:  Through



Page 22

1    his Dropbox.
2        ED BUTOWSKY:  He gave them a
3    little sampling of it at first,
4    and they looked through all the
5    e-mails.  They gave a little
6    sampling of the e-mails that he
7    took from the DNC, then he sold
8    the rest of them.
9        DEBORA GEORGATOS:  Okay.  I
10   want to quick go -- Matt, the
11   extremely wonderful producer.  We
12   have a quick clip I want to play.
13   This is Julian Assange on August
14   19th.  And again, Julian Assange
15   being the founder of WikiLeaks.  I
16   want to play a quick clip of an
17   interview that he did related to
18   Seth Rich.
19       JULIAN ASSANGE:  WikiLeaks
20   never sits on material.
21   Whistleblowers go to significant
22   efforts to get us material at
23   often very significant risks.
24   This is a 27-year-old that works

Page 23

1    for the DNC, was shot in the back,
2    murdered, just two weeks ago for
3    unknown reasons as he was walking
4    down the street in Washington.
5    So --
6        EELCO BOSCH VAN ROSENTHAL:
7    That was -- that was just a
8    robbery, I believe.  Wasn't it?
9        JULIAN ASSANGE:  No.
10   There's no finding.  So that's the
11   sort of --
12       EELCO BOSCH VAN ROSENTHAL:
13   What are you suggesting?  What are
14   you suggesting?
15       JULIAN ASSANGE:  I'm
16   suggesting that our sources take
17   risks and they -- they become
18   concerned to see things occurring
19   like that.
20       EELCO BOSCH VAN ROSENTHAL:
21   But was he one of your sources
22   then?  I mean --
23       JULIAN ASSANGE:  We don't
24   comment on who our sources are.

Page 24

1        EELCO BOSCH VAN ROSENTHAL:
2    But why make a suggestion about a
3    young guy being shot in the
4    streets of Washington?
5        JULIAN ASSANGE:  Because we
6    have to understand how high the
7    stakes are in the United States,
8    and that our sources are -- you
9    know, our sources face serious
10   risks.  That's why they come to
11   us, so we can protect their
12   anonymity.
13       EELCO BOSCH VAN ROSENTHAL:
14   But it's quite something to
15   suggest a murder.  That's
16   basically what you're doing.
17       JULIAN ASSANGE:  Well,
18   that -- others have -- have
19   suggested that.  We are
20   investigating to understand what
21   happened in that situation with
22   Seth Rich.  I think it is a
23   concerning situation.  There's not
24   a conclusion yet.  We wouldn't be

Page 25

1    willing to state a conclusion, but
2    we are concerned about it.
3        DEBORA GEORGATOS:  Okay.
4    The reason I wanted to play that
5    is because this interview you're
6    watching with Julian Assange, the
7    founder of WikiLeaks, was August
8    9th of 2016.  It's just -- not
9    even a month after Seth Rich's
10   murder.
11       So if Julian Assange did not
12   get those e-mails from Seth Rich,
13   why is he talking about it -- and
14   you can hear the questioner
15   saying, Why are we even talking
16   about this?  So is it, one, a form
17   of independent verification that
18   even Julian Assange is trying to
19   tell people, Hey, I got these from
20   Seth Rich.
21       Now let's go back to you,
22   Mr. Butowsky.  So you have this
23   information.  You've talked to
24   Seth's parents.  They already knew



Page 26

1    that their son was doing this.
2    Just want to find the murderer.
3        You eventually hired an
4    investigator to try to figure this
5    out; is that right?
6        ED BUTOWSKY:  Well, let
7    me -- let me make a point based on
8    that video.
9        DEBORA GEORGATOS:  Yeah.
10       ED BUTOWSKY:  Anybody who
11   doesn't believe that Seth Rich
12   sold the e-mails to WikiLeaks
13   doesn't want to believe what's
14   right in front of them.  I mean,
15   we're sitting here playing around
16   with this because the press --
17   which hopefully --
18       DEBORA GEORGATOS:  Right.
19       ED BUTOWSKY:  -- we'll get
20   to -- hasn't -- hasn't decided to
21   investigate and report on this.
22   But Julian Assange -- and I know
23   this for a fact.  I know 100
24   percent certain -- I'd sell both

Page 27

1    my kids -- actually, I'd probably
2    just sell my kids anyway -- but I
3    would put my kids up -- the
4    e-mails were sold by Seth Rich to
5    WikiLeaks.  He did it through
6    different -- different channels.
7    But that's what happened.  So
8    let's -- let's stop playing games
9    around here.
10       But that's what everyone is
11   doing.  And they're doing that
12   because they're -- they were
13   trying to find a way to get Trump
14   out of office or before he got
15   into office.  And -- and that's
16   what this was -- that's what this
17   whole thing is about.  But let's
18   stop playing games.  That's what
19   everyone's doing.  It's really
20   annoying.
21       DEBORA GEORGATOS:  Well,
22   I'll tell you why they're playing
23   games -- to go back to my point a
24   moment ago -- I think -- which is:

Page 28

1    If people accept that Seth Rich
2    gave those e-mails to WikiLeaks,
3    then they are -- they believe,
4    they are agreeing, that there's
5    some implication that somehow the
6    DNC or someone connected with them
7    was responsible for his murder.
8    They don't want attention on the
9    murder.  And that is why they're
10   saying, Well -- they -- they just
11   want to keep the story in the
12   public's mind that this all had to
13   do --
14       ED BUTOWSKY:  That --
15   that -- that could be and -- and,
16   you know, we all hear different
17   things.  I have no idea who
18   murdered Seth Rich.  I have no
19   idea any of that.  And quite
20   honestly, I -- I didn't ever
21   expect to get involved with this
22   thing.  But since I'm in it and
23   everything that's happened to me
24   since, which I hope we can touch

Page 29

1    on, I'm not backing down.  I'm
2    sitting here right now and telling
3    you.
4        So you asked me a question
5    about hiring somebody.  That's not
6    what occurred.
7        At the -- after I sent the
8    audio recording to the Riches, I
9    was very upset that they didn't
10   thank me.  Okay?
11       DEBORA GEORGATOS:  You sent
12   the audio recording of Sy Hersh?
13       ED BUTOWSKY:  Of Sy Hersh.
14   I'm sorry.
15       DEBORA GEORGATOS:  Okay.
16       ED BUTOWSKY:  Once I sent
17   the audio recording of Sy Hersh,
18   they didn't thank me.  And I just
19   thought that was rude.  I -- I
20   just thought -- I could not
21   believe that I sent -- you know, I
22   got this guy and I got them
23   something that I thought would be
24   helpful, and you would expect if



Page 30

1 they were being very honest,
2 Mr. and Mrs. Rich, they would have
3 gone out of their way to thank me
4 profusely. Because when you
5 listen to that, there's a lot of
6 information --
7    DEBORA GEORGATOS: Yeah.
8    ED BUTOWSKY: -- that would
9 help them understand what possibly
10 happened or what their son was
11 involved with.
12    So I called them up about
13 three weeks later. You know,
14 they -- they said they -- they
15 acknowledged they got file, but
16 they never said anything more.
17 Three weeks later I said, Hey.
18 You know, how about a nice thank
19 you. How about an attaboy or
20 something. Okay? Because it just
21 seemed weird.
22    And they said, Yeah, we got
23 it.
24    I said, Was it helpful?

Page 31

1    And they said, Not really.
2    And I'm thinking, How in the
3 world could that not be helpful?
4    They -- they were like, No.
5 It really didn't tell us anything.
6    I'm thinking, It told you
7 everything.
8    DEBORA GEORGATOS: It didn't
9 tell them who killed their son.
10    ED BUTOWSKY: Right.
11    DEBORA GEORGATOS: That's
12 their point.
13    ED BUTOWSKY: And that's the
14 point. Okay? And I'm happy you
15 picked up on that, Debbie.
16    So then I said, Why don't
17 you hire a private detective, at
18 the end of the conversation.
19    And Joel -- Mary Rich said,
20 We couldn't afford one.
21    And I said, I'll pay for it.
22    Now, I never intended to say
23 any of those things. I just
24 called because it was weird that

Page 32

1 they didn't say thank you.
2    And instead of saying what
3 normally would happen, Oh, my
4 goodness, Ed. That is so nice of
5 you to offer. We could never
6 accept. We barely know you.
7 That's what's --
8    DEBORA GEORGATOS: Yeah.
9    ED BUTOWSKY: -- supposed to
10 happen. All right? That didn't
11 happen. What do they say? Thank
12 you.
13    And I just went, Oh, my
14 goodness. What did I just do?
15 What did I commit to? And I
16 couldn't say, Hey, I was just
17 kidding. So I interviewed seven
18 different -- you know, as opposed
19 to this nonsense lawsuit that came
20 at me, which hopefully we'll have
21 a chance to talk about -- I
22 interviewed seven different
23 private detectives. Found out
24 that if you want to hire a private

Page 33

1 detective in Washington, it's
2 going to cost you between 150 and
3 $250 an hour.
4    So I eventually had someone
5 refer me over to a guy named Rod
6 Wheeler. And I texted with Rod
7 and we spoke.
8    And Rod -- I will tell
9 you -- nice guy. All right?
10 Everything fall -- fell apart
11 later, but great guy. Actually,
12 you know, he's a nice person. Did
13 a good job. I mean, I don't know
14 how to compare because I've never
15 had a private detective before.
16 But uncovered a lot of stuff. And
17 a lot of that stuff is at
18 DebunkingRodWheelersClaims.net.
19 But he -- he worked.
20    And then things unraveled at
21 some point and very few people on
22 any radio show that I've done have
23 ever really talked about it, which
24 I -- hopefully we get a moment to



Page 34

1  because I would like you to.  But
2  the point is that Rod Wheeler did
3  a good job.
4      I did not hire Rod, by the
5  way.  Joel and Mary Rich did.  I
6  agreed to pay the bill.  Okay?
7      DEBORA GEORGATOS:  Yeah.
8  Yeah.
9      ED BUTOWSKY:  I never got a
10 bill.  I gave Rod $5,000 right at
11 the beginning, but not to work.
12 He was -- literally, he was dead
13 broke and he needed to pay his
14 bills.  And I said, Here.  Here's
15 some money.  And I'm not a rich
16 guy, as opposed to what everyone
17 says in the press.  I'm far from a
18 rich guy.  But I gave him some
19 money because I felt bad for him.
20     He started working after
21 Joel and Mary Rich and their son
22 Aaron and the wife -- Aaron's
23 wife, Molly -- negotiated a
24 contract.  And I include her

Page 35

1  because she's an attorney, and
2  that's the fax machine I think
3  they used going back and forth.
4  Eventually they came to an
5  agreement on March the 14th.  It
6  was March the 14th, 2017.  And
7  that's when they agreed.
8      But way before that Rod had
9  already started working.  He knew
10 lots of people in the homicide
11 department.  And I thought he did
12 a fine job until he screwed
13 everything up on May 15th.
14     DEBORA GEORGATOS:  Okay.  We
15 will get to that.  But I do want
16 to ask -- because the point --
17 I -- I want to try as much as we
18 can to litigation and all that,
19 but I want to get a couple of
20 points really clear.
21     Number one --
22     ED BUTOWSKY:  Sure.
23     DEBORA GEORGATOS:  -- so
24 here you have Mueller looking into

Page 36

1  the entire Trump-Russia collusion.
2  Many people in America, if you ask
3  them what got that started, Oh,
4  because the Russians hacked into
5  the DNC server.  That's what most
6  people would say.  So I want to
7  ask -- that kicked it off.
8      So during the entire course
9  of the Mueller investigation, did
10 anyone from the Mueller
11 investigation reach out to you to
12 ask you about your interaction
13 about Ellen Ratner, what she said
14 to you, what you said to the
15 Riches?
16     ED BUTOWSKY:  No.  What's
17 ironic about it is I called them
18 and offered myself up.  But I'll
19 tell you, every time a black SUV
20 drove by, I got -- kind of got a
21 little scared.
22     DEBORA GEORGATOS:  You --
23 you --
24     ED BUTOWSKY:  There's a lot

Page 37

1  of black SUVs in Dallas.
2      DEBORA GEORGATOS:  Yeah,
3  there are.  So you called to offer
4  what you knew.
5      ED BUTOWSKY:  Oh,
6  absolutely.
7      DEBORA GEORGATOS:  They
8  said, No, thank you.
9      ED BUTOWSKY:  No.  Nobody
10 ever got back to me.
11     DEBORA GEORGATOS:  Okay.
12 How about anyone from, like, the
13 DC police?  Any -- any federal or
14 state agency?  Anyone ever call to
15 find out what happened?
16     ED BUTOWSKY:  No.  I
17 called -- I called -- Joey
18 DellaCamera was assigned as the
19 detective in Washington.  I called
20 Joey probably -- I would say 15
21 times.  Never had a phone call
22 back.  Chief of Police Newsham,
23 called him.  Never heard back from
24 him.



Page 38

1      DEBORA GEORGATOS:  So they
2  just didn't really want to hear
3  what you were having to say,
4  apparently.
5      ED BUTOWSKY:  In fact,
6  you're the only person who -- who
7  will talk to me.
8      DEBORA GEORGATOS:  Well,
9  I -- you know, I'll tell you.  I'm
10  into truth.  At the end of the
11  story, I want truth, I want
12  justice --
13      ED BUTOWSKY:  Right.
14      DEBORA GEORGATOS:  --
15  because they matter.
16      So your friend Ellen Ratner,
17  who is the one who had the
18  conversation with Assange, she
19  told you what Assange said, that
20  he got the e-mails from Seth Rich.
21  Do you think the FBI ever reached
22  out to her in the course of the
23  Mueller investigation to ask her?
24      ED BUTOWSKY:  No.  Because

Page 39

1  nobody knew about Ellen until this
2  bonehead -- and I told you I
3  wouldn't use bad words, but
4  "bonehead" is not a terrible word.
5      DEBORA GEORGATOS:  It --
6  it's okay.
7      ED BUTOWSKY:  Okay.  A guy
8  named Isikoff.  Until Isikoff --
9      DEBORA GEORGATOS:  Yeah.
10      ED BUTOWSKY:  -- a bonehead
11  who says he's a reporter who's got
12  no morals in reporting, he outed
13  her.  And when he outed her, she
14  then said something that wasn't
15  true.  She said she never told me
16  that.
17      Well, we now see videos and
18  audio all over the place where she
19  did.
20      DEBORA GEORGATOS:  She said
21  she never -- I didn't even realize
22  she said it.  But I'm going to
23  go -- because we have -- wonderful
24  Matt -- we have a very quick clip

Page 40

1  of Ellen Ratner -- just quick --
2  quick short clip of her.
3      ELLEN RATNER:  I -- I spent
4  three hours with Julian Assange on
5  Saturday at the Ecuadorian embassy
6  in London.
7      MARC BERNIER:  Yeah.  Get
8  this.  Listen to this.  Go ahead.
9      ELLEN RATNER:  Well, I did.
10      MARC BERNIER:  Yeah.
11      ELLEN RATNER:  But one of
12  the things he did say is that the
13  leaks were not from -- they were
14  not from the Russians.  They were
15  an internal source from the
16  Hillary campaign or from -- from
17  somebody that knew Hillary, an
18  enemy.  He does not think they're
19  from Russians.  And he said Russia
20  got credit for something WikiLeaks
21  should have gotten credit for.
22      MARC BERNIER:  Well...
23      DEBORA GEORGATOS:  Okay.
24  That was -- that was Ellen Ratner,

Page 41

1  the same woman we were talking
2  about who spoke to Ed Butowsky, a
3  good friend of his, and told him
4  that Julian Assange said Seth gave
5  him the e-mails and to please
6  ask -- or Assange wanted Ellen to
7  go talk to Seth's parents, but
8  instead she asked Ed and he did
9  it.
10      So you have Assange
11  bizarrely interested in the Seth
12  Rich murder.  You know, not even
13  four weeks later you have Ellen
14  Ratner saying, you know, that
15  Julian Assange told her the
16  e-mails didn't come from the
17  Russians.  And then the third
18  quick point on Julian Assange is,
19  he actually put out a -- an offer,
20  a reward, whatever it was, 20,
21  25,000, for any information about
22  the murder of Seth Rich.
23      Well, if Seth Rich wasn't
24  the source of those e-mails, why



Page 42

1  would Julian Assange possibly do
2  that?
3       Now, back to you, Ed.
4       Okay.  So I just -- I want
5  to keep making this point, Ed,
6  because I am very bothered that
7  people don't want to know what's
8  true.  And I'll tell you, it's
9  gotten to where in media -- it's
10 become the cool thing in media to
11 roll your eyes about Seth Rich.
12 Oh, my Gosh.  Are you still on
13 that story?  We've all moved past
14 that.
15      ED BUTOWSKY:  Yeah.
16      DEBORA GEORGATOS:  It is --
17 it is the idea --
18      ED BUTOWSKY:  Well --
19      DEBORA GEORGATOS:  -- and
20 it's kind of the kind of tin foil
21 hat.  Are you one of those people?
22 Conspiracy people?  But the truth
23 is, facts exist.  Like these
24 facts.  And people who are denying

Page 43

1  them or trying to hang on to the
2  Russia, you know, hacked the DNC
3  don't want to deal with those
4  facts.
5       Okay.  So you said you want
6  to talk about something.
7       ED BUTOWSKY:  Well, I want
8  to address a few things about
9  that.  So first of all, there is
10 information that will be coming
11 out very, very soon that all those
12 people who rolled their eyes, they
13 can keep rolling their eyes and
14 they can, you know, roll their
15 eyes to the unemployment line
16 because -- because they're
17 denying -- it's almost media
18 malpractice.
19      I mean, if these people are
20 reporters, which most of them
21 aren't, they're -- they're doing a
22 terrible job.  Let me make an
23 example.
24      A guy named David Weigel.  I

Page 44

1  have no problem mentioning his
2  name and telling you exactly what
3  happened.  I called up David
4  Weigel at The Washington Post.
5  He's a senior person there.  He
6  also was named, by the way, as one
7  of the leakers of some --
8  something had happened.  I can't
9  remember the whole story so I've
10 got to be careful.
11      But what I don't have to be
12 careful about is happened with me.
13 I called him up and I went through
14 everything that happened.  And he
15 said, Ed, that is absolutely
16 amazing.
17      I said, Well, write it.
18 Because nobody would write
19 anything that I had to say.  I
20 said, Write it.
21      He said, Well, let me run it
22 by Brad.
23      And I said, Brad?  Brad who?
24      He said, Brad Bauman.

Page 45

1       And I said, Why do you have
2  to run this by Brad Bauman?
3       Well, Brad Bauman was a DNC
4  crisis management person.  He's a
5  public relations person.  And
6  David Weigel said, We have to run
7  everything by Brad before we print
8  it on this subject.
9       This is The Washington Post.
10      DEBORA GEORGATOS:  On the
11 subject of Seth Rich.
12      ED BUTOWSKY:  On the subject
13 of Seth Rich.
14      DEBORA GEORGATOS:  They have
15 to run it by a DNC person.
16      ED BUTOWSKY:  They have to
17 run it by a DNC person.  Then I
18 called up The New York Times.
19 Emily Steel.  She wrote something.
20 I asked her -- Here's more
21 information.
22      She said, They told us we
23 can't write about it anymore.
24      CNN, after I was on with



Page 46

```
1    Cuomo and they said, Ed, send us
2    the information.  We'll have you
3    back on.  I called Cuomo, you
4    know, probably once every two
5    months.  I sent e-mails.  They
6    said, We've moved on.  We have no
7    interest in the story.
8        I -- I can go -- and then
9    Mediaite.  The other day I got a
10   call from a really nice guy at
11   Mediaite, gave him all this
12   information.  I've called him a
13   couple of times.  He said, No.
14   We're not writing anything on it.
15       Why aren't you writing
16   anything on it?
17       DEBORA GEORGATOS:  Yeah.
18       ED BUTOWSKY:  Because the
19   truth goes against this
20   narrative --
21       DEBORA GEORGATOS:  The
22   narrative, right.
23       ED BUTOWSKY:  -- that these
24   liberal, deep state, whatever the
```

Page 47

```
1    hell you want to call them, are
2    trying to support.  But the truth
3    is what we're talking about.
4        DEBORA GEORGATOS:  Yeah.
5        ED BUTOWSKY:  And they're
6    doing everything they can to hold
7    on to this.
8        DEBORA GEORGATOS:  Well,
9    even Fox ran a story and tried to
10   lay this out, what you -- we have
11   been talking about.  Laid out the
12   whole story.  And they retracted
13   the story, right?
14       ED BUTOWSKY:  Well,
15   there's -- there's -- let me
16   explain to you what they did.
17       DEBORA GEORGATOS:  Okay.
18       ED BUTOWSKY:  Okay?  And are
19   we okay because we're not -- look
20   at the time.
21       DEBORA GEORGATOS:  Well,
22   five to seven minutes.
23       ED BUTOWSKY:  That's all we
24   have left?
```

Page 48

```
1        DEBORA GEORGATOS:  Talk as
2    fast -- yes.  Talk as fast as I
3    do.  I grew up in New York.
4        ED BUTOWSKY:  Oh, my
5    goodness.
6        DEBORA GEORGATOS:  I know.
7    I know.
8        ED BUTOWSKY:  I grew up in
9    New York.
10       DEBORA GEORGATOS:  All
11   right.
12       ED BUTOWSKY:  Okay.  So I'll
13   talk fast.
14       So when the story came out,
15   Rod Wheeler read it.  He read a
16   quote --
17       DEBORA GEORGATOS:  Yeah.
18       ED BUTOWSKY:  -- that said,
19   "'I have seen and read the e-mails
20   between Seth Rich and WikiLeaks,'
21   said a federal investigator."
22       Rod Wheeler, such a fool,
23   thought that was him.  It wasn't
24   him.  It was somebody else that
```

Page 49

```
1    Malia Zimmerman had.  He went out
2    and went on television and said,
3    Fox misquoted me, so they pulled
4    the story.  Fox did not misquote
5    him.  Malia Zimmerman's article is
6    exactly right.  There's nothing
7    wrong with it and nothing's ever
8    been proven to be wrong with it.
9        DEBORA GEORGATOS:  Yeah.
10       ED BUTOWSKY:  And -- and
11   that story should be reinstated.
12   And people in the media should get
13   behind and say, You know what?
14   She wrote a great story.  It is
15   true.  And that story should be
16   reinstated.
17       DEBORA GEORGATOS:  Here's
18   the problem.  Where we are.
19   Honestly, it is such a -- it has
20   become fact in the left wing
21   world -- and I always call them
22   the Democrat media mob -- it is a
23   fact that the Seth Rich thing was
24   cooked up.  In fact, a lot of the
```



Page 50

1    allegations -- even conservative
2    sources will say, Well, this
3    really was cooked up.  This whole
4    story of Seth Rich and -- and the
5    e-mails, it was cooked up
6    because -- by the Trump team to
7    embarrass -- you know, to draw
8    attention back to the Democrats.
9        ED BUTOWSKY:  You know who
10   they said drew -- you know who
11   they said made it up?
12       DEBORA GEORGATOS:  You.
13       ED BUTOWSKY:  Me.
14       DEBORA GEORGATOS:  Right.
15   That's what I was going to ask
16   you.  Do you know President Trump?
17       ED BUTOWSKY:  I never met
18   President -- I -- this -- this guy
19   Wigdor -- who you'll start hearing
20   a lot more about real soon, trust
21   me -- a lawyer, had all these
22   lawsuits against Fox News and made
23   up a story that the president and
24   Vladimir Putin were scared that

Page 51

1    people were on to their breaking
2    into the DNC, so they called me in
3    Dallas and asked me to create a
4    fake story for them.  So I
5    somehow -- I got ahold of Malia
6    Zimmerman's mind --
7        DEBORA GEORGATOS:  Yeah.
8        ED BUTOWSKY:  -- convinced
9    her to write a story --
10       DEBORA GEORGATOS:  Eight
11   years of investigation, she said.
12       ED BUTOWSKY:  Right.
13       DEBORA GEORGATOS:  Yeah.
14       ED BUTOWSKY:  And convinced
15   her to write a story about this.
16   Got Rod Wheeler and convinced
17   everybody -- even everyone at Fox
18   News -- convinced everybody to go
19   along with this because we were
20   doing it for the President.  I've
21   never met the president in my
22   life.
23       DEBORA GEORGATOS:  Okay.
24   But what's amazing -- and I

Page 52

1    believe -- I'm sure that was the
2    case.  But there are conserve -- I
3    mean, websites I go to -- because
4    I assume they're kind -- they are
5    kind of conservative who are
6    recounting this.  Oh, whole
7    Rich -- Seth Rich thing has been
8    debunked.
9        ED BUTOWSKY:  Which one?
10   I'll call them.
11       DEBORA GEORGATOS:  Well,
12   Washington Examiner was one.
13   Washington Examiner, you know --
14       ED BUTOWSKY:  Washington
15   Examiner -- that's not -- that's
16   not what happened.  The Washington
17   Examiner had to pull back a story
18   that -- that Admiral Lyons put up.
19   And -- because they were sued.
20       DEBORA GEORGATOS:  July of
21   this year?
22       ED BUTOWSKY:  They were sued
23   on something Admiral Lyons wrote.
24   And --

Page 53

1        DEBORA GEORGATOS:  Yeah.
2        ED BUTOWSKY:  -- I love Ace
3    Lyons.
4        DEBORA GEORGATOS:  Yeah.
5        ED BUTOWSKY:  Ace Lyons was
6    91 years old --
7        DEBORA GEORGATOS:  Yeah.
8        ED BUTOWSKY:  -- and a great
9    man.  And a friend.  And Ace wrote
10   something.  And the truth is, he
11   said one word that probably
12   shouldn't have been there.  But
13   it's called an op-ed.  Okay?
14       DEBORA GEORGATOS:  Yeah.
15       ED BUTOWSKY:  I mean, op-ed
16   is your own opinion.  I mean, if
17   people can get sued over their
18   op-eds, I mean, Karl Rove better
19   watch out.  Okay?  I mean, the
20   whole thing is ridiculous.
21       But no.  You have websites
22   that -- conservative or any
23   website -- I'll call them.  I'd
24   call up everybody.  I'm just sick



Page 54

1  of this crap.
2      DEBORA GEORGATOS:  Yeah.
3  Well, you know what we're going to
4  have to do?  We are going to have
5  to come back and do this another
6  time because I didn't -- I
7  didn't -- I want to get -- the
8  basic thing I cared about is
9  making sure it's clear that no one
10  in the entire Mueller
11  investigation, in the entire
12  federal government, want to know
13  what really happened, want to hear
14  your story, want to hear Ellen
15  tell the story.  And people got
16  just railroaded into thinking that
17  the -- it was kind of like the
18  virtue-signaling smart crowd --
19  well, we -- now everybody knows
20  now this, and so we -- we --
21  everyone knows you roll your eyes
22  about that.
23      So I don't know how this
24  will -- but I -- I'm very

Page 55

1  troubled -- number one, everyone
2  should want justice.  The -- the
3  goal of our system is justice.  It
4  is truth.  It's finding truth.  It
5  is not humoring the narrative.
6      I think the American left,
7  which I include pretty much the
8  entire media in, they want
9  nothing -- they -- they can hardly
10  stand the idea that Seth Rich's
11  murder might somehow be looked at
12  from the perspective of, Oh, so he
13  was the one who gave the e-mails
14  from the DNC.
15      ED BUTOWSKY:  Right.
16      DEBORA GEORGATOS:  And once
17  he's that, well, then obviously
18  DNC -- somebody on their side had
19  a motive for his murder, which is
20  unsolved -- they just can't stand
21  that publicity so that the easier
22  thing is to default or backpedal
23  into saying, you know, this is
24  silly.  This is some guy cooked it

Page 56

1  up.
2      So, Ed, we're going to have
3  to finish this -- we're going to
4  have to finish another time, Ed
5  Butowsky.  We're just going to
6  have to do that because I've got
7  to hit one more quick story.
8  Okay?
9      ED BUTOWSKY:  Absolutely.
10      DEBORA GEORGATOS:  Really
11  fast.  You can sit right there.
12      - - -
13  (End of audio file)
14      - - -

Page 57

1      CERTIFICATE
2
3
4      I HEREBY CERTIFY that the
5  foregoing was transcribed by me from an
6  audio file to the best of my ability.
7
8
9
        Cindy Parker
10      Dated:  December 17, 2019
11
12
13
14
15      (The foregoing certification
16  of this transcript does not apply to any
17  reproduction of the same by any means,
18  unless under the direct control and/or
19  supervision of the certifying reporter.)
20
21
22
23
24



# EXHIBIT 9



Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - -

AARON RICH,                : Civil Action No.
                           :
          Plaintiff,       : 1:18-cv-00681
     v.                    :
                           :
EDWARD BUTOWSKY,           :
MATTHEW COUCH, and         :
AMERICA FIRST MEDIA,       :
                           :
          Defendants.      :

- - -

AUDIO TRANSCRIPTION

- - -

     Audio transcription of
voicemail from Ed Butowsky to Michael
Gottlieb (March 28, 2018)."

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



1                    -   -   -

2              ED BUTOWSKY:  Mike, it's Ed

3       Butowsky.  So I got this e-mail

4       from you and -- I'm probably not

5       even gonna hire a lawyer.  This is

6       a stupid lawsuit.  And I think you

7       and I should have a conversation

8       since I'm pro se, I think is what

9       they call it.  And I've got some

10      questions for you.

11      (972) 897-0197.

12              And what -- it -- it says

13      here that I'm not allowed to

14      contact him, but who -- who says?

15      I mean, is there a law that says

16      because there's a lawsuit that I

17      can't contact him?  I don't really

18      know because I'm not a lawyer.

19              But I'm not gonna waste any

20      money on -- on this, but I don't

21      know if you guys really know what

22      you're doing here.  I know this

23      sounds like kind of a crazy call

24      to you, but I don't think you're



Page 3

1          well informed.  I really don't.

2          Because I don't think anybody

3          would bring this lawsuit against

4          me.  So I just want to make sure

5          you're well informed.

6               So give me a call.  I would

7          love to talk to you.  I don't know

8          what all the rules are, but you

9          sent this to me and you're the one

10         that filed against me so...

11              Look forward to talking to

12         you.  Bye.

13                  -  -  -

14            (End of audio file)

15                  -  -  -

16

17

18

19

20

21

22

23

24



Page 4

1                  CERTIFICATE

2

3

4          I HEREBY CERTIFY that the

5   foregoing was transcribed by me from an

6   audio file to the best of my ability.

7

8

9

    Cindy Parker

10     Dated:  January 12, 2020

11

12

13

14

15          (The foregoing certification

16   of this transcript does not apply to any

17   reproduction of the same by any means,

18   unless under the direct control and/or

19   supervision of the certifying reporter.)

20

21

22

23

24

