# EXHIBIT 40
# FILED
# UNDER SEAL

# EXHIBIT 41

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

AARON RICH,                     :
                                :
          Plaintiff,            :
                                : Civil Action No.
     v.                         :
                                : 1:18-cv-00681
EDWARD BUTOWSKY, MATTHEW        :
COUCH, and AMERICA FIRST        :
MEDIA,                          :
                                :
          Defendants.           :


- - -

AUDIO TRANSCRIPTION

- - -

Audio transcription of an Edward Butowsky
Interview on CN LIVE! Episode 3 (July 26, 2019)

- - -


MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



## Page 2

1    INTERVIEWER:  We interviewed
2  Isikoff about his story, purported to say
3  that Russia initiated the Seth Rich
4  conspiracy theory.  But it was actually
5  printed by the Washington Post which we
6  showed in that interview last week.  The
7  Post found six tweets claiming Rich was
8  the leaker of the DNC e-mails and was
9  killed for it and were actually posted
10  within three hours of Rich's death.  Not
11  three days later on a bizarre website that
12  Isikoff links to Russian intelligence.
13    Isikoff admitted that he never
14  saw supposed Russian intelligence document
15  that was dated the same day of this
16  website that whatdoesitmean.com published.
17  He merely quoted the former prosecutor of
18  the Rich case who said she saw it.  So one
19  must be the specialist that kept the
20  intelligence agency's job description,
21  including arts of deception and not just a
22  foreign adversaries (inaudible) American
23  people as other investigations and
24  Congress in the mid-1970's showed us.

## Page 3

1    Even Isikoff later in that story
2  last week, he chose to use a qualified,
3  the qualified, purported to describe what
4  he says the prosecutor was telling him, as
5  he had not seen that intelligence document
6  himself and was basically covering his
7  ass.  My contention is, that after 30
8  years in his business, it doesn't really
9  matter who the source is if you have
10  authentic documents.  That's why the
11  Russia Journal, for example, and other
12  media replicated WikiLeaks anonymous drop
13  boxes.  It could be that the Russians had
14  given things to the Wall Street Journal,
15  if it's true, you publish it.  When you
16  have documents, if they are authenticated,
17  it doesn't matter the source, what matters
18  is that you have oral statements.  Such as
19  the one that Isikoff got from the
20  prosecutor.
21    Now, on Tuesday, Isikoff
22  published a new podcast in his series on
23  the Seth Rich case, not only does he zero
24  in on Ed Butowsky, who joins us now from

## Page 4

1  Dallas.
2    Ed, welcome to CN Live.
3    EB:  Thank you for having me,
4  and I just learned somethings I didn't
5  know.  So thank you for your opening.
6    INTERVIEWER:  Ed is a money
7  manager originally from New York, West
8  Chester County.  He's become involved in
9  the Seth Rich controversy.  And it started
10  when a friend of his, who we met at FOX
11  News, Ellen Ratner, told him that she had
12  been to London to see (inaudible) the
13  Saturday before the 2016 US presidential
14  election.
15    Ed, can you pick up the story
16  from there?
17    EB:  Yes, Ellen Ratner and I had
18  become good friends.  It wasn't just that
19  I met her in the greenroom, we developed a
20  long relationship.  As a matter of fact,
21  we spent Thanksgiving together in New York
22  our families.  And the reason I'm saying
23  that is, this Isikoff, I've learned he
24  tried to make it sound like I barely knew

## Page 5

1  Ellen.  Ellen and I would communicate
2  maybe every other week, we couldn't be
3  anymore different and that's what I love
4  about this lady, is that she is as left as
5  she can be and I guess I'm a righty now,
6  although I never thought I was.  But we
7  are very good friends, up until very
8  recently, by the way which I'll get to.
9  So Ellen and I developed a very long
10  relationship, I was helping her develop a
11  revenue stream for her company, I wasn't
12  working there, wasn't getting paid, I was
13  just doing it as a friend.  Attended many
14  events at the White House, correspondence
15  dinner, some congressional dinners, the
16  point is that I had a long relationship
17  with her.
18    When she came back from seeing
19  Julian Assange, I did not know she had
20  visited this man.  And her comment was
21  this:  Ed, there are three things I
22  learned on my trip.  And I said, where
23  were you?  She said, well, I went to the
24  dedication of a building for Michael, who



Page 6

1  was her brother, Michael Ratner, a very
2  well-known attorney, represented by the
3  way Julian Assange.  And she said, my
4  brother represented Julian Assange, I've
5  been friends with Julian for 20 years.  On
6  the way back from the dedication of the
7  building, she stopped and met with him.
8  He told me three things, Ed, one, the
9  password to the Madesto's e-mail was
10 "password", the password to the DNC's
11 server was "change," and that the e-mails
12 came from a young guy named Seth Rich and
13 he wanted me to say that Julian wanted her
14 to tell Joel and Mary Rich, the parents of
15 Seth Rich, that the e-mails that he got
16 came from them.  Because he wanted to make
17 sure that they knew, because he also knew
18 that the Washington Police was not
19 investigating this and wanted them to know
20 so maybe they could find a way to find out
21 who murdered their son.  She told me, flat
22 out, I can't do this, I think I'm going to
23 get something for my brother and not only
24 that, I don't want to get involved with

Page 7

1  this, and she asked me to do it.  We had
2  that kind of relationship, almost like I
3  was like a little brother to her.  So what
4  I said at that point, I don't want to get
5  involved with this.  I don't know this
6  guy, I don't want to be involved.
7        But this is what got to me, I
8  kept seeing on television these
9  accusations that Trump and Vladimir Putin
10 or their people broke into the DNC and
11 sold the e-mails to WikiLeaks.  And I was
12 sitting there -- just from time to time, I
13 watch on television and I thought, well,
14 that didn't happen, and it kept getting
15 worse, it kept getting more, and more
16 stories like that.  So I text Ellen one
17 day, which are public now, and I said, if,
18 in fact, this man sent you -- and I was
19 trying not to use his name because I was
20 told it was a very secret thing.  I just
21 said, the man said to what you said he
22 said, why aren't you reporting it?  She
23 said, I can't because of the small family
24 meeting and I'd have to get permission

Page 8

1  from his attorney, who is now my
2  sister-in-law, Margaret Kinsler, and that
3  was it.  So she admitted it there.
4        Then December 16th, I text her,
5  and I said, have you ever told anybody?
6  She said, I have, what she said by the
7  way, she told many people about this, was
8  not a great secret.
9        Right after that, I got ahold of
10 the Rich Family.  And when I got ahold of
11 Joel and Mary Rich, I told them exactly
12 what Ellen said, that the e-mail that
13 Julian Assange got were from Seth Rich,
14 from their son.  They said, Ed, we know
15 that.  Oh, he said, I thought you had
16 something new.  He was actually upset
17 because he thought I had something new.
18 And I said, Joel, I was told that you
19 didn't know this.
20        INTERVIEWER:  Seth's brother
21 Aaron in any way mentioned --
22        EB:  With Ellen, no.  With the
23 father, yes, the father said, we know what
24 our boys did.

Page 9

1        INTERVIEWER:  Boys?
2        EB:  Right.  So Julian said,
3  Seth and -- and I'm trying to remember
4  everything, you know, I'm not saying it's
5  difficult to remember, but I know without
6  question, Joel said, we know what our boys
7  did, we want to know who murdered our son.
8  I said, well, I have no idea who murdered
9  your son, I just wanted you to know this
10 information.  And during that call, Mary
11 Rich said, Ed, if you ever learn
12 anything -- and I'm thinking, how would I
13 learn something, I'm in Dallas, I don't
14 know anything about this.  But as faith
15 would have it, I mentioned it to a friend
16 of mine, who is Sy Hersh.
17        INTERVIEWER:  We are later on.
18        EB:  My relationship with
19 Ellen -- and Ellen recently lied.  She
20 lied to Isikoff and that was it, I was
21 done, I've been through a lot of crap.
22        INTERVIEWER:  Let's go back to
23 Ellen, because I want to talk about the
24 parents, because Elizabeth did interview



Page 10

```
1    them for the podcast on Tuesday and they
2    say that they got that call from you.  And
3    when they said, we know what our son did,
4    Isikoff is interpreting that to mean that
5    what he did was not sell e-mails to
6    WikiLeaks, that there was no evidence.
7    Now this is Mrs. Rich speaking that
8    they -- the computers were checked by the
9    DC Police, there was no evidence found of
10   any communication with WikiLeaks and that
11   also there was no evidence of any drop box
12   that was used by Seth Rich to send e-mails
13   to WikiLeaks.  So it's pretty
14   categorically denied what you're saying,
15   Ed.
16        EB:  I'm going to be very -- and
17   you can understand, I'm go to be very
18   careful talking about Joel and Mary Rich.
19   Everyone is very sympathetic and
20   empathetic, and that's exactly what
21   happened with me, I became very empathetic
22   for those people, that's how I got
23   involved, and that's why I offered to pay
24   a bill for them.  Why Mary Rich is saying
```

Page 11

```
1    what she's saying, you'd have to ask Mary
2    Rich, but that's not what happened.  Mary
3    Rich, what she said there is just not
4    true.
5         INTERVIEWER:  Do you think that
6    she somehow needs to cover up some truth
7    about it, that's what you seem to be
8    implying?
9         ED:  Well, the one thing that I
10   was told by Joel was that they did not
11   want their son to be the person that got
12   in Trump -- or thought of as getting
13   Donald Trump elected, and that's is why
14   they have tried to cover up all the stuff,
15   and all the communications that went back
16   and forth, you know, don't talk about
17   WikiLeaks, and it's all public.  There are
18   notes about Aaron and how Aaron, when Rob
19   Wheeler would go someplace Aaron would
20   call ahead and tell people don't speak to
21   them, don't give them any information.
22   They also, through their contract
23   negotiations with Rob Wheeler before they
24   even hired him, said don't ever talk about
```

Page 12

```
1    e-mails or WikiLeaks.  There were putting
2    that in a contract, and there were
3    contracts back and forth between them and
4    the last one didn't have it in there,
5    which is surprising, but that's what it
6    was all about, it was Joel talking about
7    WikiLeaks.  Joel and Mary Rich know very
8    well what happened and that's what I said.
9    Seth had the e-mails sold to WikiLeaks.
10        INTERVIEWER:  And Ratner says --
11   and I quote, that the name Seth Rich never
12   came up during her meeting with the
13   embassy, which was a couple days, the
14   Saturday before the November 2016 of the
15   presidential election, and that I never
16   heard of this character, and this never
17   happened.
18        However, there is a video
19   available now of Ellen Ratner speaking on
20   November 5th, 2016, and we're going to
21   play that right now.
22        MS. RATNER:  I spent three hours
23   with Julian Assange on Saturday at I did and the
24   Ecuadorian Embassy -- well, I did and the
```

Page 13

```
1    one thing that he did say is, that the
2    leaks were not from -- they were not from
3    the Russian, they were an internal source
4    from the Hillary Campaign or from somebody
5    that knew Hillary, an enemy.  He does not
6    think they were Russians and he said
7    Russia got credit for something that
8    WikiLeaks should have gotten credit for.
9         MAN:  How many people think that
10   there was part of the party -- the
11   democratic party was trying to put the
12   poison in, because I always wondered if
13   there were people who just secretly wanted
14   to ruin it for her within their own party;
15   do you think that?
16        MS. RATNER:  Well, as he said,
17   she's been around a long time, she has a
18   lot of enemies.
19        INTERVIEWER:  But she doesn't
20   mention Seth Rich's name, but she made it
21   very clear that Assange said it was a
22   democratic party insider.
23        EB:  There's nothing I can say.
24   She was told it was Seth Rich from Julian
```



Page 14

1    Assange, and I've even spoken to Ellen's
2    sister-in-law, the attorney, she's
3    confirmed it, her name is Margaret
4    Kinsler.  This is no secret, this is just
5    a bunch of adults trying to cover their
6    asses.  That's all this is.  And I wish
7    people would stop it, and I wish Ellen
8    would stop it and come clean.  She told
9    the president of FOX News, Bill Shine, the
10   same thing.  Okay?  She's told many people
11   this, many people know that Ellen Ratner
12   shared this information just like she did
13   in that video.  If Ellen wants to lie to
14   Isikoff -- she's been lying to Isikoff.
15         INTERVIEWER:  Wait a minute, did
16   she mention Seth Rich's name to other
17   people besides you or only that it was a
18   democratic insider?
19         EB:  No, she mentioned Seth
20   Rich's name to many people, I've been
21   around her when she's talked about it.
22   She even wrote an article in WMD or WND, I
23   can't remember the name, talking about
24   what a great friendship I had with her,

Page 15

1    and then she brought up all the stuff
2    about Seth Rich.
3         INTERVIEWER:  Do you have that
4    in an e-mail from her or did you record
5    her any time saying what she said on the
6    video but also including Seth Rich's name?
7         EB:  No, I don't have that.
8         INTERVIEWER:  I want to ask you
9    one other question before I turn it over
10   to Elizabeth for her questions.
11         Do you think it's possible that
12   the Julian Assange was putting up a
13   smokescreen to hide that -- using the Seth
14   Rich name after he died, because he did
15   imply on the Dutch TV interview that Rich
16   was likely the WikiLeaks source.  And now
17   again, by telling Ratner if he did mention
18   Seth's name, but maybe trying to create a
19   smokescreen to hide the real source of who
20   the e-mails were.
21         EB:  I've never spoke to him in
22   my life.  I don't know this man.  But it
23   makes no sense, it makes no sense at all.
24   None of this stuff makes -- everyone is

Page 16

1    trying to create lies and deception to
2    cover up the truth.  And the truth is very
3    obvious, it's really obvious what took
4    place here, you listen to the Sy Hersh
5    audio and he lays it out beautifully
6    and (inaudible) a lot of that stuff
7    confirmed and even in the existence of the
8    file and the e-mail were confirmed with
9    Milia Zimmerman who, by the way, wrote the
10   article FOX News, it was put up, the
11   article has never been proven to be
12   incorrect, quite frankly, it's completely
13   correct, everyone should go back and read
14   that article.  And if they want to get a
15   hold of me, I'll send them the article.
16         And why reporters, Joe, and I
17   know you're a reporter and I know there's
18   a lot of great reporters out there.  Why
19   the reporting world has not rallied to
20   Malia's -- to talk about her and rally for
21   her it's beyond my -- I just don't
22   understand it.  She did nothing wrong, her
23   article was perfect, and Rod Wheeler -- a
24   lot of people don't realize why that

Page 17

1    article got pulled.  And it was a stupid
2    move by Rod Wheeler saying that he was
3    misquoted and he referenced a quote that
4    wasn't assigned to him, it was just
5    somebody else.  He said, I never said
6    that.  The answer is, you're right, you
7    idiot, you never said it, somebody else
8    said it because it said a federal
9    investigator.
10         INTERVIEWER:  Yeah.
11         EB:  Malia Zimmerman is a hard
12   working wonderful person who has been
13   screwed around by everyone and it's time
14   that people in the world of reporting
15   start getting behind her because she is
16   being messed around like no one ever has.
17         INTERVIEWER:  Elizabeth, if you
18   want to weigh in, I just wanted to note
19   that Ratner told Isikoff that Assange told
20   her that WikiLeaks had Trump material,
21   then they would have, in fact, put it out.
22   Which is exactly what Christian told us on
23   our show last week.  Elizabeth?
24         ELIZABETH:  Thank you, Ed, for



Page 18

1    joining us.  I just have a relatively
2    specific question that I wanted to ask you
3    and that was:  In your conversations with
4    Ellen and in the conversations that she
5    had with other people that you were
6    present for, did Ellen ever specify the
7    method of file transfer that Seth Rich
8    allegedly used to pass these e-mails and
9    these documents to WikiLeaks, because the
10   word "drop box" has been used a lot to
11   describe that transfer but there are a
12   number of different file sharing methods
13   that can be used, I'm just curious if that
14   has ever been specified?
15        EB:  No, Ellen has a hard time
16   understanding how to work a cell phone.
17   So she's a very nice person, but she would
18   have no idea.  If you were to say drop
19   box, she wouldn't even know what that is.
20        ELIZABETH:  Okay.  Thank you.
21        INTERVIEWER:  You can join in
22   with me now as we begin -- move the
23   conversation to Sy Hersh, it's a
24   fascinating conversation you had, Ed.  We

Page 19

1    only had six minutes of that for about a
2    year and a half, but now the full 20
3    minutes have been released.  It seems that
4    both of you are trying to get information
5    from each other, which is completely
6    understandable.  Hersh says he has
7    information from a trusted source inside
8    the FBI.  And he said that the person read
9    an FBI report on Rich.
10        HERSH:  This is according to the
11   FBI report, he makes contact with
12   WikiLeaks, that's in his computer and he
13   made contact.  Now, he has submitted a
14   series of documents of e-mails, some juicy
15   e-mails of the DNC.  And by the way, all
16   the shit about the DNC, was it hacked or
17   wasn't it hacked, but whatever happened
18   the democrats themselves wrote this shit,
19   you know what I mean?
20        MAN:  Yeah, they wrote it but
21   also republicans and they hired that
22   group.  When you say --
23        HERSH:  When he started that
24   group --

Page 20

1        MAN:  Exactly, well, when you
2    say --
3        HERSH:  How do you know that?
4        Man:  People told me it was
5    Rubio, McKeen, and Bush that found the
6    former MI6 guy.
7        HERSH:  We need to talk more
8    about that because I know Simpson for
9    years that's steal, but you know --
10        MAN:  Simpson, who is Simpson?
11        HERSH:  Let me go back to my
12   narrative and then you can ask questions.
13        MAN:  Okay.
14        HERSH:  All I know is that he
15   offered a sample, an extensive sample of
16   e-mails and said I want money.  Later
17   WikiLeaks did get the password, he had a
18   drop box, a protected drop box, which
19   isn't hard to do.  I mean, you don't have
20   to be IT, you know, he was certainly not a
21   dumb kid.
22        They got access to the drop box.
23   He also -- this is also the FD reporting,
24   he also let people know -- I don't have

Page 21

1    how dealt -- I'll tell you about WikiLeaks
2    in a second.  I don't know how he dealt
3    with the WikiLeaks, the mechanism but
4    also -- the word was passed according to
5    the report, he also shared this box with a
6    couple of friends, so if anything happened
7    to me, it's not going to solve your
8    problem.  Okay?  I don't know what that
9    means.  I don't know what -- anyway.
10        But WikiLeaks got access.  And
11   before he was killed, Roger was talking
12   about this file publicly about five days
13   before the kid was killed.  So I don't
14   think the killing had anything to do with
15   anything.  Now one of the lawyers the
16   family now has, has been mouthing off
17   about the Russians killed him.
18        INTERVIEWER:  That contradicts
19   the Isikoff reporter who says that I never
20   got involved in the Seth Rich case, that
21   only the local police and attorney general
22   for the District of Columbia got involved,
23   but never the FBI.
24        Later in the broadcast, Hersh



Page 22

```
 1    says, what he knows doesn't make it true,
 2    that what he's told you and what he's
 3    heard, doesn't make it true.  Now, Isikoff
 4    made a big deal out of that, saying that
 5    Hersh was no longer prepared to stand by
 6    the story that he had earlier told you.
 7    However, do you think that Hersh
 8    absolutely got this from his source, but
 9    because he did not -- Hersh that is, have
10    access to the report itself, he needed
11    more collaboration and therefore he was
12    speaking to you hoping that you might be
13    able to cooperate at least part of this
14    story.
15            EB:  No, not at all.  Hersh
16    wasn't looking for anything for me.  So
17    let me go back and explain how I came in
18    contact with Hersh and then let's address
19    the points that you're making.
20            The first and foremost, I just
21    was speaking to the friend of mine who was
22    trying to, you know, I'm going to call
23    witches -- trying to find somebody that he
24    might sell witches to and he was asking me
```

Page 23

```
 1    about my rolodex and if I knew certain
 2    people.  And at the end of the phone call,
 3    I said to him, hey, by the way, I spoke to
 4    this family and it really touched me.  And
 5    I wanted to know, do you know anybody who
 6    might know anything about that murder of
 7    this young man Seth Rich.  And he said, as
 8    a matter of fact, I do, Sy Hersh is the
 9    darndest -- and I remember his words
10    exactly.  Darnedest thing, he's been
11    trying to get an article published and no
12    one will publish it, no one will touch the
13    article.  And Sy knows as much as anybody
14    on this.  Okay, would you like to talk to
15    him?  I said, sure, I didn't know who this
16    man was, I heard his name from time to
17    time but I didn't know the man at all.  So
18    a couple weeks later, I get a phone call
19    from Sy Hersh and he just starts saying,
20    hey, look, Larry told me to call you, I
21    hear you're a great guy, blah, blah, let
22    me tell you what I know.  He wasn't
23    calling me to ask me any questions, he was
24    calling to tell me what he knew because I
```

Page 24

```
 1    knew very little about this.  Now, as he
 2    was talking -- Sy Hersh talked really fast
 3    and my handwriting, I can show it to you,
 4    is really horrible, so my kids just taught
 5    me a couple days before the voice memo on
 6    the Apple machines.  So I hit voice memo
 7    and he just started talking.  And what is
 8    really interesting is, since this, Sy
 9    Hersh has said, well, Butowsky said this
10    about me and said this and Butowsky said
11    this about me.  I never said a word about
12    Sy Hersh, all right?  I've only played his
13    recording.  Now, the reason the first one
14    was out, Joe and Elizabeth, the six
15    minutes was he said a lot of things that
16    were embarrassing.  And I had no interest
17    in ever sharing this with anyone except
18    the Rich family.  So when he first -- when
19    I first got the recording, I sent it
20    directly over to Joel and Mary Rich.  I
21    said, maybe this will be helpful, and I
22    never heard back from them.  And it really
23    bothered me that I thought -- almost like
24    in football, I felt like I threw the Hail
```

Page 25

```
 1    Mary and got some information and got
 2    up -- I hit a grand slam.  Elizabeth, I
 3    know you're not from this country, so
 4    that's like being a hero at the end.  I
 5    thought, like, wow, I came across
 6    something and they never said thank you.
 7    So when I called them, I said, hey, are
 8    you going to say thank you, because that's
 9    all I was thinking about was, why would
10    you not say thank you, I just gave you a
11    ton of information and the answer was
12    really weird, it was, oh, yeah, Ed, no big
13    deal, thanks, yeah, whatever.  And I
14    thought that's bizarre, nobody would ever
15    react that way.  There was something
16    really strange when they said, yeah, yeah
17    that's fine.  And I thought that was
18    weird.
19            So I held onto that thing for
20    the longest time and I then sent e-mails
21    to Sy Hersh, which I have and I'll be
22    happy to share it with you, and just ask
23    me, I'll sent them to you.  Saying why
24    won't you share this with Joel and Mary
```



Page 26

1  Rich?  Why won't you come clean and tell
2  them who you know?  You've got a parent
3  whose son was murdered, they should know
4  what the hell happened to their kid, and
5  you know something, why would you not come
6  clean with that?  And he ignored me, and I
7  sent him another one, he ignored me, and
8  he just continued to ignore me all the
9  time.  So I redacted my name out of this
10  whole thing, I was trying to keep my name
11  out of it but I'm wanting people to know
12  what literally he said.  And I only
13  released that after the article on May
14  15th came out from Malia Zimmerman.
15       Recently, and after Isikoff,
16  what a jackass this guy is.  Am I allowed
17  to say that on this?
18       INTERVIEWER:  You just said it.
19       EB:  This guy, you should take
20  all his pens away, take his keyboard away,
21  this guy is not a reporter.  This guy knew
22  and knows all this information but he
23  still wrote all of this conspiracy-land
24  nonsense knowing that almost everything he

Page 27

1  wrote was not true.
2       INTERVIEWER:  Ed, let me stop
3  you there for a minute.  I heard somewhere
4  that you had given the name of Ellen
5  Ratner to him.  But I understood that you
6  asked him not to use that name in anyway,
7  and in fact, you then contacted her and it
8  was based on that, that you decided to
9  release your lawsuit in which you name
10  her; is that correct what I just said?
11       EB:  So what I did is, he was
12  constantly challenging me in our
13  conversations and I said, this is
14  exhausting, you know, Michael, you know,
15  he says, well, you got to tell me who told
16  you.  I said, listen can we do that
17  reporter thing where you go off the record
18  on background, whatever that is.  He said,
19  sure.  I said, okay, off the record,
20  you'll never talk about it, you'll never
21  contact this person, but I'm pretty sure
22  he probably knows this person.  And he
23  said, yes.  I said, okay, her name is
24  Ellen Ratner.  He goes, I know Ellen

Page 28

1  Ratner.  I go, I figured you might but we
2  had an agreement, and he said, yeah.
3       So then a week before the
4  conspiracy land podcast came out, he
5  called me.  And he said, Ed, I spoke to
6  the Ellen Ratner, she says you're lying.
7  That killed me because why did you speak
8  to Ellen Ratner, because I told you the
9  name and you told me you weren't going to
10  contact her.  And I only did that because
11  I was trying to protect Ellen.  I was
12  keeping Ellen's name out of this thing for
13  two years, then she lied to Isikoff.  I'm,
14  like, my God, Ellen, how the hell are you
15  going to lie to him when I sat here and
16  protected your name for two years.  And at
17  that point, I said, I'm done with it, here
18  everyone, take whatever you want.
19       INTERVIEWER:  Now, Sy at the
20  time that first video -- audio of it came
21  out, I e-mailed him and he did confirm
22  that it was him.  And was very angry that
23  people in Texas as he said, meaning you,
24  have tape-recorded him about his knowledge

Page 29

1  and he wouldn't say any more than that.
2  But I learned from a source close to him
3  that Sy was still working on the story,
4  not that he had written it and couldn't
5  get it published, but that he was still
6  working on it, and that once that audio of
7  yours came out, his sources dried up, they
8  were burnt, they wouldn't talk to him
9  anymore.  Because what he was doing was
10  talking privately to you about what he
11  knew, hoping, I think, that you would give
12  him some stuff.  Because he does say at
13  one point, tell me what you know, that's
14  pretty clear, he wanted you to tell him
15  what you knew.  So he was working as a
16  reporter there trying to give some
17  information to you by what he had learned
18  and then hopefully you could corroborate
19  that or in some way confirm that, but
20  instead, when the audio came out, what I
21  heard, not from Sy but from somebody who
22  is very close to Sy, that he was unable to
23  continue working on the Seth Rich story
24  because particular, I guess, that FBI



Page 30

1  source and others would no longer talk to
2  him because now it's out in public what
3  was unfinished reporting.  That's why when
4  he writes in that e-mail to you, "Why are
5  you telling people things about me."  And
6  he seems to be retracting it, it seems to
7  me that he's trying to say, look, forget
8  what I told you because I don't want this
9  out because this is going to ruin my
10  sources.  Not so much that what I told you
11  wasn't true anymore.  And when he says it
12  may be true or may not be true, it doesn't
13  make it true, it means that he's still
14  gathering information.  Like I said at the
15  time of this segment, when you have
16  something orally from a source, you need
17  to them corroborate that.  He didn't --
18  when you have a document, you don't need
19  to know who the source is.  But in this
20  case, he didn't have the FBI report, he
21  doesn't have the documents, he only heard
22  it from someone inside the FBI, so he was
23  still working on the story and that your
24  release hurt him.  Have you ever heard

Page 31

1  that before?
2      EB:  No, I think it's a bunch of
3  garbage.
4      INTERVIEWER:  You do?
5      EB:  Absolutely.  Sy Hersh is a
6  great story teller, he had a lot of time
7  to make that up.  Sy Hersh, the only
8  reason he said, oh, what do you know?  He
9  wasn't calling me, you listen to that 26
10  minutes because I started it after the
11  phone call began, I started recording
12  after I figured out I couldn't keep up
13  with him.  That's just a bunch of crap.
14  Sy Hersh didn't call because he wanted to
15  find out what I knew.  He called to tell
16  me what he knows.  I only mentioned one
17  thing, that I had a friend who met with
18  Julian.  That was it, that was the only
19  thing I said.  He said, oh, tell me what
20  you know.  That was all.  Now, I had other
21  phone calls with Sy.  Sy told me he
22  couldn't get things published.  He said he
23  tried to get it published so to say that
24  he dried up, he might have wanted to do a

Page 32

1  lot more.  But remember this, when he did
2  that phone call, nobody knew about that
3  recording until May 20th, that recording
4  occurred in the middle of November of
5  2016, right?  So Sy Hersh is a great story
6  teller, and you know, he told people well,
7  Butowsky said one plus one equals three.
8  I never said a word about Mr. Hersh ever,
9  this is the first time I've actually been
10  somewhat vocal because I'm sick and tired
11  of lies.  Sy Hersh should come out, he has
12  a source at the FBI, you have a murder.
13  Sy Hersh should say what he knows, he
14  should tell the Rich family, he should
15  tell the Washington police although they
16  might not do anything about it, he should
17  come public with it.  He's an
18  81-year-old-man who was holding out
19  information keeping people from finding
20  out what happened to the murdered young
21  man.
22      INTERVIEWER:  Yeah, I can't
23  imagine why Sy would make that up except
24  to maybe just put it out there and see how

Page 33

1  you reacted to it.
2      EB:  It's also been confirmed --
3  and you say that the FBI never took it,
4  let me tell you what the FBI --
5      INTERVIEWER:  I never said that
6  Isikoff reported that.
7      EB:  The FBI has a shared place
8  called the cart division with the
9  Washington Police.  The Washington Police
10  kept it, they had possession, they never
11  signed it over to the FBI, but the FBI
12  used that shared facility on 300 -- in the
13  address of 300 Cleveland Street but
14  whatever the cart division is, that is
15  where the computer went to.  Something
16  else that you said that I wanted to get
17  back to you on.
18      INTERVIEWER:  How do you know
19  about the FBI (inaudible)  besides what Sy
20  said.
21      EB:  Oh, the other thing that I
22  want to say is, that the NSA has 32 pages
23  of communication between Seth Rich and
24  WikiLeaks, don't think that there is some



Page 34

1    mystery here, this really occurred.
2        INTERVIEWER:  Well, how do you
3    know this?
4        EB:  And they came back in the
5    (inaudible) letter and if you go to a
6    website that says
7    debunkingrodwheelersclaims.net, and you'll
8    see the communication right there.
9        INTERVIEWER:  From the NSA back
10   to the --
11       EB:  Back to the lawyer.  And I
12   will tell you there's a lot more about to
13   happen, a lot more.  And everyone is going
14   to see that every word I'm saying is
15   completely accurate.  So why Mr. Hersh
16   decided to lie, ask him.  Ellen Ratner, to
17   cover her butt, she's a nice lady, we used
18   to be good friends, we're not anymore.
19   And Isikoff, I've already explained my
20   feelings.
21       INTERVIEWER:  Obviously you're
22   motivated to help the family, I think
23   that's sincere.  But also you're a
24   republican or are -- you were tired of --

Page 35

1    you said in other interviews the Russia
2    story was hurting Trump.  Did you -- were
3    also motivated to help get this story off
4    Trump's back and did you have any contact
5    at the White House besides your meeting
6    with --
7        EB:  Yeah, but -- I hope you
8    appreciate this.  I have to correct what
9    you said.
10       INTERVIEWER:  Okay.
11       EB:  I didn't have this great
12   motivation to help Trump, I could not,
13   could not believe I'm living in a world
14   where these lies are being spewed.  I
15   mean, every time you turn around, Trump
16   was an illegitimate president.  You heard
17   this over and over again, and I thought,
18   oh, my god, if I'm in a position of
19   knowing truth, but I did not go out and do
20   much of that.  Am I a republican, yes, I
21   am.  Am I a conservative, yes, I am.  Am I
22   one of those idiotic republicans, no.  I'm
23   not one of those crazed republicans.  What
24   I value is the truth and that's what

Page 36

1    thought I was doing is helping people,
2    Joel and Mary Rich, to get the truth and
3    get the truth out, and that's what I cared
4    about.  And that's the only thing I care
5    about.
6        Isikoff said in his podcast that
7    I had an interest in finding out something
8    about the murderer, I've never once said I
9    had an interest in finding out who
10   murdered Seth Rich, never.
11       INTERVIEWER:  You once expressed
12   regret that you actually offered to pay
13   for a private detective for the Rich
14   family; is that right?
15       EB:  Yeah, I would do it exactly
16   the same.  But let me explain to you how
17   that works, I'm talking with them and I
18   said, listen, they kept saying we don't
19   have any leads, no one from the Washington
20   Police, Joey Dellacamera, the chief of
21   police knew stuff has have never done
22   anything to help them find out if he was
23   murdered -- or what was going on with the
24   murder, I should say.  And I said to them,

Page 37

1    why don't you try hiring a private
2    detective and when they said they couldn't
3    afford one, I'm not a rich guy, and I just
4    simply said, I'll pay for it.  Never
5    thinking Joe and Elizabeth at that moment
6    they would say thank you.  That's one of
7    those things where you expect them to say,
8    oh, we barely know you, no, thank you.
9    They said thank you.  Well, I'm not going
10   turned to them and say, oh, I was just
11   kidding.  Like I would have hired -- I
12   care and we have so many communications,
13   Joel and Mary Rich, they even for Passover
14   sent me a big cheesecake as a thank you.
15   They asked me to call Burkman, this guy
16   Jack Burkman and asked him to leave them
17   alone, and I did that.  I was just helping
18   a family who lost a son in any way that I
19   could.  And then, all of a sudden on May
20   the 15th, Rod Wheeler spoke to Joel Rich,
21   and Joel said, gosh, I'm really happy
22   you're coming out with the article -- and
23   Rod has this in his notes, I'm really
24   happy you're coming out with this article,



Page 38

1    there's a lady at -- at some website that
2    Michelle something, can -- can you -- Joel
3    Rich said to Rod, can you add her to the
4    story, I'm really excited about this
5    coming out.  Then two days later, a 180,
6    Joel Rich said, oh, my goodness, I can't
7    believe you did this.  Two days before, he
8    was excited as can be that this article
9    was coming out.  Rod Wheeler made the
10   article to him, he was excited.  Two days
11   later, a whole different Joel Rich.
12       INTERVIEWER:  Did you -- did the
13   Riches ever talk to you about the lawyer
14   from -- or the PR person from the DNC?
15       EB:  Brad?
16       INTERVIEWER:  Yeah, Brad.
17       EB:  Yeah, they asked me.  Mr.
18   Rich said to me, Ed, who is Brad Bauman?
19   I said, I have no idea.  He said, he
20   showed up one day and said he was assigned
21   to us and I have no idea who he is.  And
22   he said these words, why do I need someone
23   assigned to me?  I said, Mr. Rich, I have
24   no idea.  Those were his exact words to

Page 39

1    me.
2        INTERVIEWER:  And what do you --
3    what role do you think he played in
4    coaching them what to say, for example?
5        EB:  Yeah, I mean, a lot of
6    times there were e-mails back and forth
7    that I was supposedly (inaudible) where
8    from Joel that I knew they didn't send
9    them.  I know one e-mail, because Mr. Rich
10   was not very computer literate, and he had
11   pasted in things and it just couldn't be
12   him.  I'm not trying to pick on older
13   people and computers like Ellen and Joel.
14   But you know, this guy Brad Bauman showed
15   up and literally took over communication
16   for them.
17       I'll give you an interesting
18   thing -- and this I've never told anybody,
19   I might have told one person this.
20   There's a guy named David Weigel at the
21   Washington Post, and I called him up and I
22   said, why aren't you guys writing about
23   this, I'm going to tell you everything.
24   And after I told him this whole thing, he

Page 40

1    said, we need to run that by Brad, now
2    this is a guy at the Washington Post.  I
3    said, excuse me?  He goes, we need to run
4    everything by Brad before we print it on
5    this story.  The Washington Post needs to
6    run it by a DNC public relation person
7    before they can print it.
8        INTERVIEWER:  And what happened?
9        EB:  Nothing ever got printed.
10   Do you know what it's like to be me?
11   Nobody has written anything that proves
12   what, you know, what happened.  No one
13   supports anything.  FOX News, you know,
14   isn't writing anything and talking about
15   this at all.  I'm out there just, you
16   know, doing things like this.
17       INTERVIEWER:  So, Ed, you
18   obviously -- a lot of people believe you,
19   a lot of people don't believe you.  You've
20   got this lawsuit now, what are you doing
21   in terms of discovery, do you expect some
22   kind of real tangible proof to back up
23   what you're saying?
24       EB:  Anybody that doesn't

Page 41

1    believe me, write to me and tell me what
2    they don't believe, I'll prove it to them.
3    I can't stand it when people are calling
4    me a liar.  A lot of these people have
5    motivation to keep this Trump/Vladimir
6    Putin thing going, okay?  I have no
7    interest and I could care less, I just
8    care about the truth.  Which lawsuit are
9    you talking about, because I have about 17
10   lawsuits --
11       INTERVIEWER:  Let's say the last
12   one where you name Ellen Ratner.
13       EB:  Okay.  I'm suing people
14   because they deserve to be sued because
15   they lied about me and they need to be
16   held accountable.  If we don't sue these
17   people and we don't bring them to court,
18   they are going to keep doing the same crap
19   and they're going to make up stories about
20   me and people like me, and they are going
21   to get away with it because no one is
22   going to hold them accountable.  So the
23   press isn't going to hold people
24   accountable, the law -- the legal system



Page 42

1    is going to.  And I'm going to sue these
2    people and anyone who continues to smear
3    me, like some people maybe recently have,
4    they are going to be sued.
5         INTERVIEWER:  What do you harbor
6    to gain from that, just maybe a monetary?
7    Are you hoping material evidence comes out
8    that prove what you're saying?
9         EB:  Well, all the evidence is
10   going to come out, okay, it's all coming
11   out and it's being worked on right now.
12   And you'll see real soon my lawyer Ty
13   Clevenger is brilliant and we know -- he
14   knows exactly what he's doing and knows
15   exactly how to get things.  Plus, there's
16   a lot of stuff that's going to start
17   coming out from the White House.  Am I
18   going to get money?  I sure hope so, I've
19   spent about $800,000 from this crap, from
20   this made-up story about me.
21        INTERVIEWER:  Are you going to
22   try to depose Ratner, get her under oath
23   to ask her these questions from your
24   lawyer?

Page 43

1         EB:  No, I wouldn't do that to
2    Ellen.  I wouldn't do that because Ellen
3    is not the villain here, Ellen just didn't
4    want to be involved and she's lying.  I
5    mean, Ellen is a good person.
6         ELIZABETH:  Let me ask a
7    question about that:  What do you think it
8    counts for, and I'm asking you to
9    speculate here but why do you think people
10   like the Riches and Ellen would have
11   changed their tune so distinctly even when
12   there is, you know, maybe some evidence
13   especially in Ellen's case that she had a
14   different view previously?
15        EB:  Ellen didn't know this
16   stuff was out there and I think it's
17   really interesting -- can I just share
18   with you how that one video clip came
19   about?
20        INTERVIEWER:  Absolutely, we've
21   shown the video so please discuss it.
22        EB:  So the strangest thing, I
23   got tagged in a tweet and it says, fast
24   forward to an hour and two minutes, and I

Page 44

1    did, and there was what you now see.  So
2    the man, we've connected and I thanked
3    him, you know, for sending that to me.  He
4    said, let me tell you what happened here,
5    he's 71-year-old, he lives in Turkey, and
6    he said he couldn't sleep because he
7    couldn't get Ellen Ratner off his mind
8    because there was just something that came
9    out in the lawsuit, so he couldn't get
10   Ellen Ratner off his mind, so he went on
11   YouTube and wanted to know more about her
12   and then looked at clips that were near
13   the election, and he watched the whole
14   hour.  And then at that
15   hour-and-two-minute mark is when Ellen
16   Ratner said what she said.  And then he
17   sent that to me.  And he said that his
18   wife was getting mad at him saying, stop
19   talking about the Ellen Ratner, this isn't
20   Turkey.  And he said this to me, Ellen
21   Ratner -- look, Ellen is a very kind
22   person, I'm on the board of one of her
23   companies, although I'm probably kicked
24   off now.  One of her non-profits, Ellen is

Page 45

1    a good person but she lied.  And she threw
2    me under the bus and I'm not going to
3    stand for it.
4         INTERVIEWER:  Okay.  Ed, well we
5    thank you for coming on giving us your
6    side of the story.  It never ends, the
7    story, in terms of other people who can
8    respond to what you've said.  But we've
9    got you on the record now and we
10   appreciate that.
11        So we were joined from Dallas,
12   Texas by money manager Ed Butowsky with
13   another statement about the Seth Rich
14   controversy.  And I thank you, Ed, for
15   joining us on CN Live.
16        EB:  Absolutely.  Thank you.
17        - - -
18        (Whereupon, the interview was
19   concluded.)
20        - - -
21
22
23
24



Page 46

```
 1              CERTIFICATE
 2
 3
 4       I HEREBY CERTIFY that the foregoing was transcribed
 5       by me from an audio file to the best of my ability.
 6
 7
 8
         Krista M. Morici, a
 9       Professional Court Reporter and
         Notary Public
10
11
12
13
14
15       (The foregoing certification of this transcript does not
16       apply to any reproduction of the same by any means,
17       unless under the direct control and/or supervision of
18       the certifying reporter.)
19
20
21
22
23
24
```

Page 47

```
 1              LAWYER'S NOTES
 2       PAGE   LINE
 3       _____  _____  _____
 4       _____  _____  _____
 5       _____  _____  _____
 6       _____  _____  _____
 7       _____  _____  _____
 8       _____  _____  _____
 9       _____  _____  _____
10       _____  _____  _____
11       _____  _____  _____
12       _____  _____  _____
13       _____  _____  _____
14       _____  _____  _____
15       _____  _____  _____
16       _____  _____  _____
17       _____  _____  _____
18       _____  _____  _____
19       _____  _____  _____
20       _____  _____  _____
21       _____  _____  _____
22       _____  _____  _____
23       _____  _____  _____
24       _____  _____  _____
```



# EXHIBIT 42

1/14/2020 ED BUTOWSKY on Twitter: "here is a very detailed account of what really happened with me nd the Seth Rich story Ed Butowsky | ACW...

Case 1:18-cv-00681-RJL Document 116-6 Filed 01/15/20 Page 17 of 66



# EXHIBIT 43

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - -

AARON RICH,              : Civil Action No.
                         :
       Plaintiffs,  : 1:18-cv-00681
    v.                   :
                         :
EDWARD BUTOWSKY,         :
MATTHEW COUCH, and       :
AMERICA FIRST MEDIA,     :
                         :
       Defendants.  :


- - -

AUDIO TRANSCRIPTION

- - -


Audio transcription of
requested portions of radio program
entitled "Ark Midnight" with John B.
Wells airing September 14, 2019.  The
following was transcribed from audio
files entitled "ArkMidnight-190914-HR1"
and "ArkMidnight-190914-HR2."

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



1         - - -
2         (Music)
3         - - -
4         JOHN B. WHITE:  Not really.
5    When it gets to -- you can make a
6    case for it because trouble's been
7    kind all of dogging all of our
8    souls since the day we've been
9    born on account of one thing and
10   one thing only.  In the words of
11   Blutarsky, Bluto, from Animal
12   House, "We messed up.  We trusted
13   him."
14       Okay.  We did.  And that is
15   why the advent of President Donald
16   J. Trump is so important to
17   American history.  And I'm not
18   kidding you either.  You a shill
19   for Trump?  No, I'm not a shill
20   for Trump.  I'm a hundred percent
21   supporter of President Trump.
22   Whenever you see this many people
23   of questionable character running
24   from the exits, and the farther

1    away they run from you and the
2    closer they get to the exit, the
3    more rodent-like they look?  Well,
4    you know you're to something.
5        Now, let me tell you about
6    Ed Butowsky.  He has been on Ark
7    Midnight before.  And he was on
8    Episode 1169, which is from August
9    the 13th of this year, and we had
10   ourselves a really, really good
11   conversation.  It was actually
12   quite staggering.
13       Now, just to -- I want to
14   get him on here quickly.  But I
15   need to tell you, if you don't
16   know who he is, you need to.  He's
17   an internationally recognized
18   expert in the wealth management
19   industry.  He's known for his
20   unique ability to analyze the
21   current political environment or
22   worldwide current events and
23   explain how these thing affect
24   investment portfolios.

1        He's been in the financial
2    services industry for more than 25
3    years.  Started his career with
4    Morgan Stanley.  He was a senior
5    vice president in private wealth
6    management.  He had an 18-year
7    career there and he became the
8    firm's top producer nationally as
9    well as the first advisor to
10   surpass $1 billion in assets under
11   management.
12       He was also recognized as a
13   member of both the Chairman's Club
14   and the Equity Club, a distinction
15   reserved for only the top advisors
16   at Morgan Stanley.
17       Just a little more.
18       Through his work with
19   professional athletes, Ed was
20   prominently featured in the Sports
21   Illustrated 2009 article "How and
22   Why Athletes Go Broke" which
23   became one of the most widely read
24   articles in Sports Illustrated

1    history.
2        Additionally, Ed Butowsky
3    was featured in the film "Broke"
4    and ESPN "30 for 30" documentary
5    chronicling professional athletes
6    and their monetary experiences
7    based in part from the Sports
8    Illustrated 2009 article.
9        Ed is a frequent guest
10   speaking about the financial
11   worldwide current events on CNN,
12   ABC, CBS, NBC, CNBC, Fox Business
13   News, Fox News Channel, Bloomberg
14   TV, and China TV.  That's right
15   China has TV.  And it's probably
16   nicer than yours or mine, any of
17   their TVs.
18       Anyway, Ed Butowsky has
19   found himself in a very, very
20   interesting position.  Frankly, to
21   change history.  That's my
22   opinion.  So let's talk to him.
23       Ed, how are you doing?
24       ED BUTOWSKY:  Great.  Thank



Page 6

1  you very much.  I was listening to
2  the stations I used to be on, and
3  I can tell you over half of them
4  I'll never be on again based on
5  what's been happening.  But kind
6  of interesting how the world
7  changes in a -- in a very short
8  period of time.
9       JBW:  Ed, let me ask you
10  something before -- before we go
11  on.  Why do you reckon you won't
12  be on those stations anymore?
13       EB:  Because I won't go on
14  them.
15       JBW:  Oh.  Got you.
16       EB:  One -- one, most likely
17  I won't be asked.  And -- and all
18  of your listeners will understand
19  why in a couple of minutes why.
20  But I also -- the world has
21  changed so much, the media has
22  changed so much, that I don't want
23  to be associated with a lot of
24  these just -- just absolutely

Page 7

1  horrible people.
2       And -- and it took me a long
3  time to get there because I'm just
4  like any other person who's not in
5  the media.  I don't make a
6  profession.  I had no idea just
7  how bad it was until I found
8  myself in the middle of all this
9  nonsense.
10       JBW:  Well, 25 years was
11  enough for me.  It really was.  It
12  really was.  They -- you know,
13  the -- it starts with, Hey, ladies
14  and gentlemen, the promo is much
15  better than the story you're going
16  to see.
17       But in the case of our
18  conversation tonight, Ed, the
19  promo -- what little of it there
20  was -- is -- it's absolutely
21  dwarfed by the substance of what
22  you're about to tell us.  So --
23       EB:  Yeah.
24       JBW:  -- why don't we -- why

Page 8

1  don't we begin, let everybody
2  know.
3       By the way, Ed has a new
4  book out now called "Wealth
5  Mismanagement," and his website is
6  ChapwoodInvestments.com.
7  Chapwood.  Sounds -- sounds --
8  spelled just like it sounds.
9  Okay.
10       How did you find your --
11       EB:  Yeah.  Chapwood.
12  It's --
13       JBW:  Go on.
14       EB:  How did I find myself
15  in this -- it's funny that you
16  introduced me -- and that's what I
17  do for a living.  I'm a wealth
18  manager.  I -- that's what I've
19  done my whole career.
20       And then I was asked to do a
21  favor for somebody.  And her
22  name -- now, because of just
23  absolute -- I got to be careful
24  how I say this.  A man named

Page 9

1  Michael Isikoff, who is a reporter
2  for Yahoo News, he outed this lady
3  who asked me to keep her name
4  quiet and away from the news.  But
5  he outed her.  Her name's Ellen
6  Ratner.
7       So Ellen Ratner has been a
8  friend of mine -- a very close
9  friend of mine -- for many, many
10  years.  And Ellen's brother was an
11  attorney.  And one of his clients
12  was a gentleman named Julian
13  Assange.  And her brother sadly
14  died of cancer.  And Ellen and her
15  other brother, Bruce, were asked
16  to go to the dedication of a
17  building in Berlin.
18       Now, I want to get -- I'll
19  fast forward, but I want everyone
20  to understand how this happened.
21       JBW:  Right.
22       EB:  So she went to the
23  dedication of the building.  And
24  on the way back from Berlin she



Page 10

1  stopped in London and visited with
2  Julian Assange, a man that she's
3  known for about 15 years.  So
4  after that meeting, Julian very
5  privately asked her to communicate
6  to Joel and Mary Rich some
7  information about the e-mails that
8  he got from the DNC server and
9  that those e-mails came from Seth
10 Rich.
11     JBW:  Yup.  Well, let me ask
12 you this, Ed.
13     EB:  So Ellen -- okay.  Go
14 ahead.
15     JBW:  What does Ellen do for
16 a j-o-b in those days?
17     EB:  Yeah.  Ellen -- Ellen
18 has a company called Talk Media
19 News, and she's a member of the
20 White House Correspondent
21 Association.  She's a wonderful
22 lady.  She's very different
23 politically than me.  And what's
24 interesting about it is even

Page 11

1  though I'm a Republican and I'm a
2  conservative, a fiscal
3  conservative, Ellen couldn't be
4  more left.  And -- but she was one
5  of my favorite people in the world
6  and she --
7          - - -
8        (Music)
9          - - -
10     EB:  I'm sorry.  Are we
11 cut -- are we going to break?
12     JBW:  Well, yeah.  You got a
13 few seconds here.  We got a minute
14 and a half.
15     EB:  Oh, okay.
16     JBW:  Go ahead.  Finish your
17 sentence.  That's fine.
18     EB:  So Ellen -- that's what
19 she does for a living.  She has a
20 media company.  And she didn't
21 feel comfortable calling up Joel
22 and Mary Rich herself.  And it's
23 not ab -- it wasn't crazy or
24 abnormal for Ellen to ask me to do

Page 12

1  her a favor.  She asked me to
2  communicate this information to
3  Joel and Mary Rich.
4     I didn't know these people.
5  And it all -- I'll tell you how
6  this thing got deeper and deeper
7  and how it turned into what it is
8  today because I found myself, this
9  financial guy in Dallas, in the
10 middle of the most biggest
11 international controversy going.
12     You know, sometimes you just
13 don't know you're involved with
14 something until it hits you in the
15 face.  And it hit me in the face
16 pretty -- pretty solidly about a
17 year ago.
18     JBW:  Well, that happens,
19 Ed.  You're talking to a
20 Missouri-born Texas who grew up in
21 Fort Worth, Texas.  So --
22     EB:  Yeah.
23     JBW:  -- stuff happens.  You
24 know, maybe we were just born for

Page 13

1  a time such as this.
2     This is the same Ellen
3  Ratner that has been contributing
4  to Fox for 21 years, right, off
5  and on?
6     EB:  Yes.  Absolutely.
7     JBW:  Right.
8     EB:  Ellen's a --
9     JBW:  All right.  Hang on.
10 We'll be back.  Seriously.  I just
11 want to get that out before we
12 broke.
13     This is the Ark.  I'm John
14 B. Wells.  We're with Ed Butowsky.
15 We'll be back.
16          - - -
17   (Commercial break)
18          - - -
19        (Music)
20          - - -
21     JBW:  All right.  We now
22 return to our normal programming.
23     All right.  Ed Butowsky, we
24 were talking about Ellen Ratner



Page 14

1  and you knew her.  And it's right
2  there for everybody to see, ladies
3  and gentlemen.
4       EB:  Yeah.
5       JBW:  Fox News identifies
6  her as someone who is -- has been
7  an analyst and a contributor and
8  so forth for 21 years off and on
9  so -- yeah.  There it is right
10 there.
11      EB:  Yeah.
12      JBW:  21 years.
13      EB:  Yeah.  John, Ellen and
14 I met in the green room and we
15 became fast friends.
16      So when she came back -- and
17 I want to make sure I get to the
18 point of this quickly as possible.
19 When she came back from London --
20 I didn't even know she had gone to
21 London.  She lived up in
22 Washington and Los Angeles.  And
23 so we -- we met up someplace and
24 she shared with me three things.

Page 15

1       The first thing that she
2  shared with me was that Julian
3  Assange had told her that the
4  password to Podesta's e-mails was
5  the word "password"; that the
6  password to the DNC server was the
7  world "change"; and as I said
8  before we went to break, that he
9  got the e-mails from Seth Rich.
10      Now, I didn't think this was
11 a big deal, but he wanted Ellen to
12 tell Joel and Mary Rich this
13 because it might in some way help
14 them find out or investigate who
15 murdered their son.  And this is
16 what Julian Assange wanted Ellen
17 to do.  Ellen asked me to do it.
18 I hesitated for over two months.
19      But I kept seeing on
20 television all of this talk that
21 Trump was an illegitimate
22 president because he had broken
23 into the DNC server along with his
24 Russian counterpart.  And I kept

Page 16

1  thinking, This is just ridiculous,
2  because I know what Ellen told me
3  and Ellen doesn't lie to me.  And
4  I said, you know, to -- you know,
5  I said, "Why is this going on?
6  This is ridiculous."
7       The idea that Trump broke
8  into the DNC server and stole
9  e-mails is all borne out of that
10 one comment where, you know, he
11 made a joke, you know -- and I'm a
12 New Yorker and I know exactly
13 Trump's sense of humor.  Not that
14 I, you know, say it's really funny
15 or not, but he was just making an
16 off-the-cuff joke one day saying,
17 "Come on Russia.  Give me the rest
18 of the e-mails."
19      Well, then people went with
20 that because that's how toxic this
21 nonsense in the media is.
22      So I eventually, on December
23 the 17th, get an introduction and
24 call Joel and Mary Rich and told

Page 17

1  them what Ellen Ratner said.  And
2  what Ellen Ratner said is what
3  Julian Assange said.  And when I
4  said it, Joel Rich immediately
5  said, "Ed, we know what our boys
6  did.  I just want to know who
7  murdered my son."
8       JBW:  Um-hm.  And wait a
9  second.
10      EB:  I said, "No."
11      JBW:  So that was -- it's
12 Ellen's brother Michael asked
13 Ellen to ask you?  Or how did that
14 go?
15      EB:  No, no, no, no.
16      JBW:  No?
17      EB:  No, no, no, no, no.
18 Michael's dead.
19      JBW:  Right.
20      EB:  Right?  Ellen stopped
21 to see Julian Assange.
22      JBW:  Right.
23      EB:  Julian Assange asked
24 Ellen to tell Joel and Mary Rich.



Page 18

1    JBW:  Oh, Julian Assange
2    did.  Okay.  All right.  Sorry.
3        EB:  Right.
4        JBW:  All right.  I got it.
5        EB:  Instead of Ellen --
6    instead of Ellen doing it, she
7    said, "Ed, will you do this?"  And
8    it's not strange for Ellen to have
9    asked me to do it.  Ellen and I
10   have that kind of friendship.  And
11   I eventually did it.
12       But the key here is what I
13   just said.  "Ed, I know what our
14   boys did.  I know what my boys
15   did.  I just want to know who
16   killed Seth."
17       I said, "Sir, I have
18   absolutely no idea.  I'm just
19   sharing this information and so be
20   it."
21       Eventually, at some point, I
22   mentioned something to a friend of
23   mine who is a former intelligence
24   officer with the NSA.  I was

Page 19

1    chatting with him.  And he said,
2    "Ed, ironically, I know somebody
3    who knows a lot about this, and
4    his name is Seymour Hersh."
5        So there's this writer named
6    Sy Hersh that I would imagine most
7    of the people listening don't know
8    who he is.  But Sy Hersh is an
9    81-year-old gentleman who
10   apparently is a very famous
11   writer.  I had never heard of this
12   guy.
13       Larry, my friend, said, "You
14   want me to have him call you?"
15       I said, "Sure.  Have him
16   call me."
17       So one day I get a phone
18   call.  Said, "Ed, Larry told me to
19   call you.  He says you're a great
20   guy and you want to know about
21   this Seth Rich."  He says, "I know
22   a lot about it.  I'm trying to get
23   an article published and no one
24   will publish my article."

Page 20

1        I said, "You're kidding."
2        He goes, "No.  It's the
3    darnedest thing.  I've got an
4    article ready to get published and
5    no one will publish it.  But let
6    me tell you what I know."
7        And as he's talking, John --
8    this man talks really fast.  And
9    my kids had just taught me this
10   thing on my iPad called "Voice
11   Memos."
12       JBW:  Yeah.
13       EB:  I thought, You know
14   what?  Instead of writing
15   everything down, let me just tape
16   it.  Which I did.  I recorded it.
17       Soon as the recording -- the
18   phone call was over, I sent it
19   over to Joel and Mary Rich.
20       Now, this is how I stepped
21   in it.  Okay?  I did all of this
22   privately, John.  This was just me
23   doing this to help a family find
24   out who murdered their son.

Page 21

1        I sent them the recording.
2    And they never said "thank you."
3    And it just kind of pisses me off
4    when I do something nice and
5    people don't have the kindness
6    just to simply say "thank you."
7    Okay?  That's all I wanted.
8        JBW:  Well, listen --
9        EB:  They never said a word.
10   Right?
11       JBW:  I don't -- I don't --
12   I don't mean --
13       EB:  So I --
14       JBW:  Go ahead.  Go ahead.
15   Sorry.  I got one jumping out.
16   Keep going.
17       EB:  So Joel and Mary Rich
18   got a recording from Sy Hersh --
19   and it's out there.  And anybody
20   can go to a website called
21   DebunkingRodWheelersClaims.net and
22   listen to the recording.  And what
23   he says in the recording is that
24   he has an FBI informant who shared



Page 22

1  with him all the contents of the
2  Seth Rich file.  And in it are
3  e-mails back and forth between him
4  and WikiLeaks selling the e-mails.
5      JBW:  Um-hm.
6      EB:  Okay?  Well, there you
7  go.  And then what really started
8  to get to me was I could not
9  understand why the media was never
10  reporting on this, wouldn't let
11  him write that story or publish
12  that story, and why it was so
13  important for no one to know this,
14  only because of this made-up crap
15  about Trump and Vladimir Putin
16  stealing the election.  This is
17  what I stepped into.
18      JBW:  Well, this is --
19      EB:  The last --
20      JBW:  Go ahead.
21      EB:  Go ahead.
22      JBW:  No.  You go ahead.
23      EB:  All right.  I feel like
24  I'm doing a monologue here.

Page 23

1      JBW:  No.  It's all right.
2  Well, you are but --
3      EB:  And I know it's
4  supposed to be an interview.
5      JBW:  Your thoughts are --
6      EB:  Okay.
7      JBW:  Your thoughts are
8  large.  Keep going.
9      EB:  Welcome to the Ed
10  Butowsky Monologue, right?
11      JBW:  It'll work.  It'll
12  work.
13      EB:  Thank you.  Thank you.
14  I'll pay for the air time.
15      So I -- I then -- after they
16  said to me -- I called them and I
17  said, you know, "Was that
18  helpful?"
19      I mean, I felt like I shared
20  so much with them because how
21  lucky I was to record Sy Hersh.
22  And I never intended to make that
23  thing public.  I was just helping
24  a family.  And at the end of that

Page 24

1  phone call -- they were kind of
2  weird on the call and they weren't
3  very appreciative and they simply
4  said to me -- I said to them --
5  I -- excuse me.  I said, "Why
6  don't you hire a private
7  detective?"
8      And they said, "Well, we
9  can't afford one."
10      And I just said it.  Just
11  like sometimes you say "I'll pick
12  up that bill" and you really don't
13  mean it and the next thing you
14  know you're paying that bill --
15      JBW:  Oh, yeah.
16      EB:  -- for dinner?
17      JBW:  Um-hm.
18      EB:  I simply said, "I'll
19  pay for it."
20      And they said, "Thank you."
21      Well, I interviewed six
22  different people after that.  I
23  could not believe they said "thank
24  you," but I was not going to turn

Page 25

1  to the parents of a boy who was
2  murdered and say, "By the way, I
3  changed my mind."
4      JBW:  Yeah.  "I didn't
5  really mean it."
6      EB:  No.  I'm not -- yeah.
7  I'm not that kind of guy.  But I
8  would have found a really -- you
9  know, I was just looking for
10  anybody who would do the work for
11  a reasonable price.  And a normal
12  private detective in the
13  DC/Virginia area is at 150 to 250
14  dollars an hour, and I was not
15  about to go spend that much money.
16      Then a friend recommended
17  talking to Rod Wheeler.  Rod
18  Wheeler was also a Fox News
19  contributor.  Had done some
20  segments on Seth Rich's murder in
21  the DC area.  Seemed like a
22  natural choice.
23      Mr. Rich, by the way, Joel
24  Rich, loved the idea of getting



Page 26

1  Rod Wheeler.  I have e-mails.  All
2  of this stuff I have it
3  documented.  Anybody who wants --
4  anybody listening right now who
5  wants any of this documentation,
6  contact me.  I'll send you
7  anything they want.
8      Because what eventually
9  occurred was Fox News wrote a
10 story and it got pulled.  And,
11 John, the reason this story got
12 pulled was not because there was a
13 problem with the story.
14     Rod Wheeler, after the story
15 was published, he read a line in
16 the story.
17     - - -
18     (Music)
19     - - -
20 EB:  This --
21 JBW:  It's all right.  Keep
22 going.
23 EB:  All right.  This is so
24 important.  This is so important

Page 27

1  to hear.
2      So after the story was
3  published, he read a line.  And
4  the line said, "'I have seen and
5  read e-mails between Seth Rich and
6  WikiLeaks,' said a federal
7  investigator."  That was what was
8  in the story.  He was not the
9  federal investigator.  But he went
10 on CNN telling people that he was
11 not -- that he was misquoted.  And
12 that's why the story got pulled.
13 He wasn't misquoted.  It wasn't
14 his quote.
15 JBW:  Oh.
16 EB:  And then after that
17 things get even weirder, John.
18 And I'll look forward to sharing
19 that after the break.
20 JBW:  Okay.  All right.
21 Thank you very much, Ed, for
22 coming on the program and putting
23 this out there.  There are a lot
24 of people who have been wanting to

Page 28

1  get to the bottom of this for a
2  long time.
3      But, folks, the FBI did not
4  want to examine the servers after
5  they'd been hacked.  No, no, no.
6  And the FBI couldn't find --
7  didn't know very much about this
8  Seth Rich thing.  But Attorney
9  General Barr has just released
10 some documents and they may be
11 changing their tune.  Now, "Maybe
12 we did hear about it" or
13 something.  Blah-blah-blah.
14     I'm thinking this
15 operation -- well, I'll save that
16 for later.
17     By the way, Anna B, Anna
18 B-e-a-u -- and I'll leave off the
19 rest of the letters -- we're live.
20 This is the Ark.  Be back.
21     - - -
22     (Commercial break)
23     - - -
24 (End of File ArkMidnight-190914-HR1)

Page 29

1      - - -
2  (Beginning of File ArkMidnight-19094-HR2)
3      - - -
4      JBW:  Welcome to hour two of
5  Ark Midnight.  Coming to you live,
6  in many cases from space.  Now
7  let's recap a little bit.
8      First of all,
9  CaravanToMidnight.com is at 1188
10 programs as of now.  They are
11 action-packed.  They are chock
12 full o' information you will not
13 get anywhere else unless you
14 devote your time 24/7, except for
15 the occasional 40 winks.
16     Unless you devote that kind
17 of time to this research, you're
18 not going to come up with it.  You
19 have to find the people who know.
20 Then you have to get them on the
21 show.  And they come on.  And they
22 enjoy it.  They really do.  Many
23 of them say they had the best time
24 of any interview they've ever had.



Page 30

1    You can join us for $5.
2    That will give you two weeks'
3    access to all 1188 programs in
4    archive right now.  If you were
5    just to spend that $5 and just go
6    back to the past two weeks, it'll
7    knock your -- it'll knock your
8    shoes off, it'll knock your socks
9    off, it'll knock your
10   undergarments off.  All right?
11   I'm serious about this.
12       Now, let's recap real quick.
13   Ellen Ratner, 21 years with Fox
14   News, left-leaning, would never
15   vote for President Trump.  She
16   goes to a thing in Germany, in
17   Berlin.  She stops off to see
18   Julian at the Ecuadorian embassy
19   in London.  She talks with him for
20   six hours, comes back, contacts
21   Ed.
22       She said, "Ed" -- they are
23   friends.  "Ed, I want you to reach
24   out to -- I want you to reach out

Page 31

1    to Seth Rich's parents and tell
2    them what Assange told me."
3        So Ed does.  After a lengthy
4    search -- and he'll tell us about
5    that in a minute -- he gets them
6    on the phone.  He starts to tell
7    them what's up and what do they
8    say?  The father said -- Joel, the
9    father of Seth Rich says, "Ed, we
10   know what our boys did.  We just
11   want to know who killed him."
12       You understand?  No.  This
13   is serious stuff.  What this means
14   is that all this nonsense that
15   we've listened to for the past
16   what, two and a half, almost three
17   years now, this Russian collusion,
18   all these morons out there talking
19   about the Russian collusion like
20   they -- we found a new word.  We
21   found collusion.
22       Well, they were either
23   wantonly false in their
24   presentation, which is not out of

Page 32

1    the -- out of the range of
2    possibility at all.  Anything to
3    get Trump.  Well, don't look now,
4    morons, but President Trump is
5    about to get you.  Okay?  Do you
6    understand?  I read you that
7    article about how it's legal to
8    propagandize American citizens.
9    You know Bezos got set up by CIA.
10   CIA is all over Facebook and
11   Twitter and YouTube and all
12   that -- oh, YouTube.
13       By the way, Ed, did you hear
14   me?  I told you we're live and
15   welcome.  Good to have you with
16   us, darling.
17       Now, YouTube.  You go to the
18   YouTube channel.  People are
19   listening to our program right now
20   on YouTube channel.  It says 575
21   people are listening.  I guess
22   nobody likes me.  They don't like
23   the show.
24       No.  You go -- we can --

Page 33

1    we're the only ones who can get in
2    there other than the YouTube
3    technicians.  You get in the back
4    end to the administration -- no --
5    the administrator's sector,
6    there's about --
7        - - -
8        (Music)
9        - - -
10   JBW:  -- 20,000, 25,000
11   people listening just on YouTube
12   right now.  So don't get the idea
13   that those people tell the truth
14   about anything anymore than
15   anybody else.
16       One of the programs featured
17   on Caravan to Midnight, which can
18   be found at CaravanToMidnight.com,
19   featured Zach Vorhies, the guy who
20   blew the whistle on Google.  You
21   see what we're up against.
22       We'll be right back with Ed
23   Butowsky.  Much, much more to
24   come.  And it's smoking hot.  This



Page 34

1  is John B. Wells.
2          - - -
3      (Commercial break)
4          - - -
5      JBW:  All right.  As we
6  carry on through the night here.
7  Ed Butowsky, tell us some more.
8  Now, I get that part about -- I
9  don't think it would have been --
10  it's good that Ellen got you to
11  make the call, but you didn't even
12  get to get to the meat of the
13  story before Joel Rich jumped in
14  and said, "Ed, we know what our
15  boys did.  We just want to know
16  who killed him."
17      You know, and for people who
18  aren't keeping up with this, Seth
19  Rich was found shot up, but nobody
20  took his wallet, nobody took his
21  watch or his keys or his phone or
22  anything.
23      And the moment that I heard
24  that, I thought, Oh, dear.  That

Page 35

1  was a hit.  And it was done so
2  sloppily.  They didn't even make
3  it look like a robbery, which
4  makes it sound to me like -- and
5  this is wild speculation, but I
6  suspect that what happened is a
7  couple of gangbangers were hired
8  to do this.  And then a couple of
9  other gangbangers were hired to
10  take out the gangbangers that shot
11  Seth.  But I don't know this.
12  It's just what I'm thinking.  So
13  maybe that'll be revealed sometime
14  in the future.
15      But catch us back up, Ed, on
16  Wheeler and why he said he was
17  misquoted when it -- when it
18  wasn't his quote.  Just make that
19  crystal clear for us.  All right?
20      EB:  Yeah.  Yeah.  This is a
21  really important -- people wonder
22  and they -- they hear -- they say
23  Fox News pulled the story.  So it
24  implies that there was something

Page 36

1  wrong with Malia Zimmerman, her
2  story.
3      Malia Zimmerman had worked
4  on the story for Fox News.  This
5  particular story she worked on for
6  about six months.  She finally got
7  confirmation and went with it.
8  And Rod Wheeler, who was -- he was
9  fired, I found out later on, from
10  the DC homicide division because
11  he couldn't stop smoking pot.  He
12  got fired and was working as a
13  contributor to Fox News.
14      And he did a good job on
15  television.  I mean, Rod, you
16  know, even though he was part of
17  losing my license and destroyed --
18  Rod's not a horrible guy to hang
19  out with.  He's a decent person in
20  that respect.  He just has a
21  problem with lying.  And lies a
22  lot.
23      JBW:  Oh, my gosh.
24      EB:  But -- but let me --

Page 37

1  let me share what he did.  There
2  was a part of the article that was
3  written -- it said, "I have seen
4  and read the e-mails between Seth
5  Rich and WikiLeaks, said a federal
6  investigator."  Rod Wheeler
7  thought that quote was him.  That
8  it was attributed to him.  It
9  wasn't.  The two quotes that were
10  attributed to Rod Wheeler said
11  "According to Rod Wheeler."  But
12  Rod Wheeler went on CNN, where he
13  wasn't allowed to go because he
14  was a paid contributor to Fox --
15      JBW:  Oh, boy.
16      EB:  -- and said, "Fox News
17  misquoted me."
18      So Fox News pulled the
19  story.  It should never have been
20  pulled.  There's nothing in that
21  story that's wrong.  Everything
22  has held up over the two-year
23  period since May the 16th, 2017.
24      Now, this is where things



1  get really bizarre.  All of a
2  sudden one day I get -- Rod
3  Wheeler calls me up and says,
4  "Hey, Ed, I need a lawyer."
5      I recommended a couple of
6  lawyers to him because he said he
7  was going to sue -- he literally
8  was going to sue Fox 5 in
9  Washington for -- for a reason.
10  And he never called any of the
11  attorneys I gave him the names of.
12      So I called him up one day
13  and I said, "Hey, are you going to
14  hire any of those?"
15      He said, "Ed, I found
16  another lawyer."
17      And I went, "Okay."
18      And he says, "And I'm going
19  to get $4 million."
20      I said, "Why is anyone going
21  to give you $4 million?"
22      And he said these words.  He
23  said, "Ed, you're not going to
24  like it, but I'm going to get

1  $4 million."
2      I said, "What do you mean
3  I'm not going to like it?"
4      He said, "You'll see."
5      I had no idea what he was
6  talking about, but I -- at that
7  point I didn't really care.  I
8  just went on with my life.
9      And then I get a letter from
10  a lawyer -- and this is -- this
11  is -- this is the beginning of the
12  destruction of my life.  So
13  remember this name, John:  Doug
14  Wigdor, W-i-g-d-o-r.  This is an
15  employment lawyer -- at least
16  that's what he calls himself.  I
17  call him a lot of other things --
18  who had 20 race and sex
19  discrimination cases pending
20  against Fox News.  These are
21  people who said that they were
22  either discriminated against
23  because of race or sex and weren't
24  getting paid the right amount or

1  whatever it might have been.  I
2  have no idea about the individual
3  cases.
4      Well, he approached Wheeler.
5  They got together and came up with
6  a story.  And the story was set
7  up.  And this is really detailed,
8  but it's -- this is exactly what
9  happened.  The story was embedded
10  in a lawsuit against me, Fox News,
11  and Malia Zimmerman.  And this is
12  what the made-up story was.
13      The made-up story was that
14  the President of United States
15  had, along with his Russian
16  counterparts, broken into the DNC
17  server and stole e-mails.
18      Now, this is where it gets
19  just bizarre and this is where the
20  media deserves to have a -- like a
21  real discussion on what they do
22  for a living.
23      Because at this point the
24  story says that the president was

1  concerned that the media was on
2  his trail.  So what did he do?  He
3  decided that he needed to create a
4  fake story to divert attention
5  from his hacking into the DNC
6  server.
7      So the lawsuit says that he
8  called me.  I've never spoken to
9  Trump in my life.  I've never
10  communicated with Trump in my
11  life.  None of this ever happened.
12  But (indiscernible) they're
13  shaking their head right now
14  saying, "Yeah.  People can put
15  anything they want in a lawsuit."
16  And that's what he did.  And he
17  did this because he wanted to
18  embarrass Fox News.  This is Doug
19  Wigdor.
20      And what does it -- what do
21  I mean embarrass them?  They
22  needed and wanted to buy the other
23  70 percent of Sky News, which is a
24  big news agency overseas.  And he



Page 42

```
 1    petitioned Parliament and went to
 2    Parliament in London and said,
 3    "Don't sell the remaining portion
 4    of Sky News to Fox News until they
 5    clean up these lawsuits I have
 6    with them."
 7        And he told Fox News, "Pay
 8    me $60 million and I'll drop these
 9    cases."
10        JBW:  I saw that one coming.
11        EB:  So basically, Wigdor
12    was extorting Fox News.
13        JBW:  Yeah.
14        EB:  And he used me -- an
15    innocent, private citizen out of
16    Dallas, Texas -- as a pawn for him
17    to extort Fox News.
18        JBW:  (Indiscernible) --
19        EB:  So what happened --
20        JBW:  Yeah.  Go ahead.  This
21    is great.
22        EB:  So what happened.  He
23    filed the lawsuit after
24    threatening -- and he showed it to
```

Page 43

```
 1    the Fox attorney and said, "Pay me
 2    $60 million or I'm going to file
 3    this."  And Fox told him to pound
 4    sand.  So he files it.
 5        So on August the 1st I'm on
 6    the cover of 377 newspapers around
 7    the world as Trump's go-to guy,
 8    that I was -- am a wealthy Trump
 9    donor, according to this lawsuit.
10    I'm plastered all over the world
11    as Trump's go-to guy.
12        JBW:  Oh, man.
13        EB:  I never talked to -- I
14    never talked to Trump in my life.
15    None of this stuff is true.  None
16    of it.
17        And the way the story goes
18    is that I was asked to do this, so
19    I then convinced Fox News to go
20    along with this, convinced Malia
21    Zimmerman to go along with this,
22    just to help the president.  And
23    not one part of it is true.
24        But do you think the media
```

Page 44

```
 1    checked it out?  Hell no.  You
 2    think I got calls from The New
 3    York Times, The Washington Post,
 4    and all these -- you know, all
 5    these, you know, so-called media
 6    outlets that really care about
 7    writing stories?
 8        Think about it.  Did they
 9    ever stop and say, "Hm.  What are
10    the chances that the president
11    broke into the server to begin
12    with?  Then what are the chances
13    that he said, 'I know what to do.
14    I'm going to call this guy
15    Butowsky in Dallas, who I've never
16    met before, never heard of before,
17    and ask him to create a fake story
18    for me.'"
19        So, John --
20        JBW:  This is ridiculous.
21        EB:  -- do you understand
22    why I'm a little annoyed?
23        JBW:  Yeah.
24        EB:  And then they piled on
```

Page 45

```
 1    and they destroyed -- John, it's
 2    the craziest damn thing in the
 3    world.  Think about this.  That
 4    the president went, "What are we
 5    going to do?  What are we going to
 6    do?  I got it.  Let's call
 7    Butowsky."
 8        I mean, it's the craziest
 9    thing in the world.  It never
10    happened.
11        JBW:  Yeah.  President Trump
12    goes, "Who's that guy?  Who's that
13    guy?  The guy in Dallas?  Ed.  Ed
14    something.  Ed Butowsky.  Let's
15    call him."  Yeah.
16        EB:  He's never even heard
17    of me.  He doesn't know me.  It's
18    all made up because this guy
19    Wigdor was extorting Fox News for
20    $60 million.  That's what
21    happened.
22        So then everyone piles on.
23    My life gets destroyed.  My kids.
24    Death threats.  Vandalism to my
```



Page 46

1   home.  I lose clients.  John, I'll
2   tell you how crazy this was.  It
3   got to the point -- here I -- here
4   I am.  I'm -- I'm a -- I'm Jewish,
5   and a proud Jew.  I ended up
6   becoming the man of the month on a
7   white supremacist website.
8        I mean, people believed all
9   this crap.  I had -- like -- it
10  was the most ridiculous thing that
11  had ever happened in the world.
12       So people then said things
13  they shouldn't have said, and
14  they're all being sued.  And I
15  have a lot of lawsuits out there
16  because I can't go around --
17  although I'd like to -- knock on
18  the doors of these reporters who
19  made up stuff about me and all
20  aided and abetted in the
21  destruction of my life and my
22  children's lives and my wife's
23  life and my business life -- I
24  can't knock on their doors and

Page 47

1   punch them in the face.  Okay?
2        So what else can I do?  I
3   got to go to the legal system.
4        JBW:  Yeah.
5        EB:  And that's what I've
6   done.  And I've got lawsuits
7   everywhere, and I've go two more
8   I'm filing next week.
9        JBW:  All right.  Now, who's
10  the Turkish man and how does --
11       EB:  Well, this is -- yeah.
12       JBW:  -- how his obsession
13  with Ellen Ratner lands on your
14  doorstep?
15       EB:  Yeah.  It sounds
16  interesting.  Once Isikoff, who
17  writes or whatever you want to
18  call it, he -- he's a
19  propagandist, by the way.
20       This guy Michael Isikoff
21  from Yahoo News came out with
22  something recently called
23  "Conspiracyland," a six-part
24  podcast, positioning me as an

Page 48

1   agent of the Russian government.
2   Even though the Mueller report
3   shows none of this stuff was true
4   and it's never been proven.  None
5   of it's true.  But this guy
6   Isikoff decides he wants to hold
7   on and try to push his book about
8   Trump and Russia.
9        When he was doing this, he
10  outed Ellen Ratner's name.  All
11  right?  I never outed Ellen
12  Ratner's name, but he did.  And he
13  promised me in a conversation that
14  he would never mention her name,
15  he would never call her, and he's
16  the most untrustworthy reporter
17  the world has ever seen.
18       JBW:  Hm.
19       EB:  He's a dishonest man.
20       So a man out of nowhere
21  tweet -- gives -- sends me a
22  message on Twitter, which I never
23  get.  I don't know Twitter that
24  well.  Although I'm learning it

Page 49

1   better.  And it had all this
2   Italian writing or Latin writing.
3   And I kind of ignored it.  And
4   then there was a little bit of
5   English.
6        And it said that he found an
7   audio -- or excuse me -- a video
8   of Ellen Ratner where she
9   admitted -- she had just been at
10  Julian Assange's place in
11  London -- exactly like I said, by
12  the way -- and admitted that
13  Julian told her some very private
14  stuff.  And one of the things she
15  said on this recording was that it
16  was done from somebody inside the
17  DNC.
18       Now, Ellen knows exactly who
19  it was, but she didn't say it
20  publicly.  But she said what I
21  just said to you.
22       Well, this 71-year-old man
23  sends it to me -- I didn't even
24  know who he was because all of the



1  language on his Twitter
2  introduction was in Latin -- and
3  he then calls me and says, "You
4  know, you could have said 'thank
5  you.'"
6      And I said, "Well, I don't
7  even know what you sent me."
8      He said, "Well, look at it."
9      And I looked at it.
10     Now, the funny thing about
11 this is, this guy is in Turkey.
12 And once Isikoff outed Ellen
13 Ratner, he said he became obsessed
14 with learning more about Ellen
15 Ratner.  So here is this man in
16 Turkey, 71 years old, finds this
17 video where before he -- when he
18 found it, it only had about nine
19 plays on YouTube.  Now I'm sure
20 it's in the thousands.  But it
21 only had nine plays and he sent it
22 to me.
23     And he said he could not
24 sleep.  His wife was yelling at

1  him at 4:00 in the morning because
2  he couldn't stay off the computer
3  watching things from Ellen Ratner.
4      JBW:  Oh, man.
5      EB:  Pretty -- pretty cool.
6      JBW:  Yeah.
7      EB:  I just found it really
8  wild that -- that here's a man at
9  4:00 in the morning in Turkey
10 finding something --
11         - - -
12          (Music)
13         - - -
14     EB:  -- that everyone in the
15 world needs to see.
16     JBW:  Yeah.  This Michael
17 Isikoff, he's the coauthor with
18 David Corn of a book entitled
19 "Russian Roulette:  The Inside
20 Story of Putin's War on America
21 and the Election of Donald Trump."
22 It's Yahoo News.
23     If you look at any of the
24 comments there from any article at

1  JohnBWellsNews.com, if you find
2  one there from Yahoo News, which
3  you probably won't -- so go over
4  to Drudge.  You'll find one over
5  there.  That's why we started
6  JohnBWellsNews.com, because so
7  many people are sick of Drudge.
8  You look at Yahoo News, any story
9  that they put up there, and then
10 scroll down to the comments, and
11 they are excoriating comments
12 about Yahoo News and how totally
13 left they are.
14     This is a battle between the
15 left and the right, all right.
16 It's -- there's no point in
17 denying it.  It's not about that.
18 Yes, it is.
19     This is the Ark.  We'll be
20 back.
21        - - -
22    (Commercial break)
23        - - -
24      (Music)

1         - - -
2      JBW:  That's right.  Sung by
3  Manfred Mann and supported by the
4  Earth Band.
5      Well, I'm looking at an old
6  article, and this is why the
7  archives of Caravan to Midnight
8  are so valuable to you, because it
9  establishes the time line of all
10 of these various events.  All
11 kinds of stuff.  I mean, we talk
12 about everything from the murder
13 of Seth Rich to the Bosnian
14 pyramid and how it emits a
15 frequency of 432, which is
16 probably a good frequency to tune
17 your guitar to.
18     As a matter of fact,
19 speaking of guitars, we're going
20 to talk with Colin Parrish and
21 Ashleigh Semkiw of a band called
22 "Tulip" here in about 30 minutes.
23 So stick around for that because I
24 like their music.  It's very cool.



Page 54

1   And they operate right down the
2   road over there in Argyle, Texas.
3   It's fantastic.
4       Anyway, now get this.  Going
5   back to the article from May 22 --
6   Ed, hang with me here.  I'm just
7   going to read the headline and a
8   couple of other little short
9   things on it.
10      "FBI is not involved in Seth
11  Rich case despite conspiracy
12  theories, officials say.  FBI and
13  other law enforcement officials
14  are privately knocking down a
15  conspiracy theory today, fueled by
16  conservative commentators on Fox
17  News, that seeks to divert
18  attention from Russia's
19  involvement in the hacking of the
20  Democratic National Committee last
21  year by suggesting a DNC staffer
22  was murdered to cover up his
23  involvement in passing the
24  information to WikiLeaks."

Page 55

1       I only have one thing to
2   say.  (Laughing.)
3       Take it away, Ed.  These
4   people -- they have their -- they
5   have their pectoral muscles caught
6   in the wringer.
7       EB:  Who told -- that
8   article, where was that published?
9       JBW:  That's ABCNews.go.com.
10      EB:  Yeah.
11      JBW:  By --
12      EB:  Is -- they -- they --
13      JBW:  -- Brian Ross, Mike
14  Levine, and James Gordon Meek.
15      Yeah.  Go ahead.
16      EB:  Yeah.  I mean, it's
17  really -- I'm really happy you
18  brought that up because, you know,
19  the media -- you know, everyone
20  hears, like, all the media, you
21  know, is -- is so left-leaning and
22  they basically parrot exactly what
23  everyone else says.  I'm -- I'm
24  living proof of that.  I'm -- I'm

Page 56

1   a victim of all of these.
2       I mean, I called up this guy
3   David Weigel at the Washington
4   Post and I said, "Why don't you
5   write the story the way it is?"
6   Because I -- I just can't
7   understand why people wouldn't be
8   fair to me.
9       I didn't -- I don't know any
10  these people.  I'm -- I'm not a
11  politician.  I'm not trying to
12  make any money.  I'm not doing
13  anything.  Like, why wouldn't you
14  just tell the truth?
15      And I called this guy Weigel
16  and I said, you know, "Let me tell
17  you the whole story."  And I went
18  through this whole thing with him.
19      And he said, "Ed, let me run
20  this by Brad Bauman."
21      And I said -- and I knew who
22  he was.  I said, "What do you
23  mean?"
24      He said, "Well, Brad -- we

Page 57

1   have to run everything by Brad on
2   the Seth Rich story."
3       Now, this is The Washington
4   Post.  I said, "What do you mean?"
5       He said, "Well, we have to
6   run everything by Brad."
7       Now, for your listeners, who
8   is Brad Bauman?  He is the crisis
9   management person at the time
10  public relation for the DNC.
11      So The Washington Post had
12  to run past a crisis management
13  person hired by the DNC before
14  they could publish an article.
15      JBW:  Oh, man.
16      EB:  And you have -- you're
17  talking about Brian Ross and this
18  person, that person.  I mean,
19  look, Ali Velshi is a friend of
20  mine.  He's a good guy.  So many
21  people know that I'm telling the
22  truth and so many people know what
23  the truth is.  But they won't
24  write it.



Page 58

1        And it could be because of
2    that -- that feared deep state,
3    Media Matters, whoever it is --
4    someone has told these people,
5    "Don't you dare write about this"
6    because it would, as you said a
7    moment ago -- which is spot on --
8    it would completely counter their
9    narrative that Trump and the
10   Russians were in bed together.
11       JBW:  Oh, boy.
12       EB:  It would destroy it
13   because it would show what really
14   happened.
15       JBW:  Um-hm.
16       EB:  So what's happened
17   since then?  I'm suing people.
18   All right?  I'm suing everybody.
19   Everyone in the media who did
20   anything by mentioning my name out
21   of context and going after me.
22   Somebody wrote something yesterday
23   that I'm looking into right now
24   and I might be bringing a suit

Page 59

1    against them.
2        So at the top of the show
3    you said, you know, why did I say
4    there was a lot of networks I
5    won't go on?  One, I don't want to
6    go on; and I actually assume they
7    don't want you on it anyway.
8        But it's really sad that I
9    have to take this position.  I've
10   done nothing, not one thing,
11   except offer to pay a bill to help
12   a man and a lady find out who
13   murdered their son.  And the one
14   thing that -- you know, some
15   people would walk away.  Some
16   people would just disappear.  I'm
17   just not that guy.
18       JBW:  Yeah.
19       EB:  I'm not going to let
20   people screw with my life and
21   screw with my family and I'm not
22   going to -- you know, I'm just not
23   that kind of guy.  And I'm going
24   to come right back at these

Page 60

1    people.  They come at me with
2    bullets, I want to come back with
3    a bazooka.
4        JBW:  Yeah.  I got you.
5        EB:  That's what I'm doing.
6        JBW:  Yeah.  They pull a
7    knife, you pull a gun.  They send
8    one of yours to the hospital, you
9    send one of theirs to the morgue.
10   You're talking about the Chicago
11   way now.
12       Look, the traffic cameras
13   were also down there in DC right
14   around the area where Seth Rich
15   was murdered.  And then there was
16   this doctor -- he purported
17   himself to be a doctor -- who said
18   they're going to -- not going to
19   take very long for them to figure
20   out who I am.  But his wounds were
21   not life-threatening.  I've seen
22   this before.  He was -- and there
23   were cops.
24       Here's the other thing

Page 61

1    that's weird.  It's not just like
2    a guy got shot.  Well, that
3    happens all the time in Washington
4    DC.  Okay?  It does.  So why were
5    all the cops all over Seth Rich's
6    room and why did this guy
7    purporting to be a doctor come on
8    and say, I was just going to wash
9    him out in the morning, get him
10   patched up, and get him out of
11   critical care and, he said, he
12   would be fine?  They made sure
13   Rich didn't make it.
14       And you remember that little
15   rat-looking John Podesta?  Let
16   them sue me, man, because if they
17   sue me, guess what's going to
18   happen.  The worst lawyer on the
19   face of the Earth is going to
20   demand all kinds of discovery.
21   And they don't want that.
22       So, you know, that little
23   rat-looking guy, Podesta, he sent
24   out an e-mail there that said



1  effectively -- this is a huge
2  paraphrase, folks, but he thinks
3  that he'd like to send a message.
4  And not long after that little
5  Seth got whacked out.  And Seth
6  was just a good kid.
7      And you know what?  He is
8  actually an American hero.  And
9  I'm not schmoozing anybody with
10 this.  It's true.  This kid had to
11 know what kind -- how deep he was
12 stepping into this stuff, and he
13 did it anyway.  He did the right
14 thing and he got it to Julian
15 Assange and now look at Assange.
16 Assange is on ice permanently.
17 The word "torture" is being used.
18      I don't think they've got
19 him strung up on a rack or
20 anything like that, but there's a
21 lot of ways to torture a person.
22 Solitary confinement's a real good
23 way in a lot of cases.
24      So this is -- you know, Ed,

1  you walked right into a buzz saw.
2  But you know what?  You're just
3  the guy to do it.  And I'll tell
4  you this:  God, our Father,
5  doesn't ever give you any job to
6  do that you cannot handle.  He
7  just doesn't do it.
8      So you were -- I'm thinking
9  you were born for a time such as
10 this, Ed, because somebody had to
11 crack it and you're cracking it.
12 This thing with Seth right here is
13 liable to bring the whole
14 apparatus down.  Because now the
15 FBI with the release of Attorney
16 General Barr's documents -- well,
17 maybe we did know a little bit
18 about Seth, but I think this is
19 going to go straight back to
20 Comey's office and Obama's office.
21 That's what I think.
22      What do you think?
23      EB:  Yeah.  And in terms of,
24 you know, the doctor, I mean, I

1  hear all these different things.
2  I've heard, you know, about how --
3      - - -
4      (Music)
5      - - -
6      EB:  -- there was a gun that
7  was lost and they had to redo the
8  clock as to when the guns were
9  lost and reported.  I've heard all
10 those things.  I've never
11 publically talked about, you know,
12 who murdered Seth and what I think
13 about it because I don't know.
14 But everything else I do know and
15 that's what I've talked about.
16      JBW:  Did you tell me a
17 minute ago that Ellen -- did you
18 get the sense -- let me put it
19 this way.  Did you get the sense
20 that Ellen knew who pushed the
21 button -- who pushed the button on
22 Seth?  Think about that while we
23 take a break.  I'll be back with
24 you in just a minute.

1      This is Ark Midnight,
2  everybody.  Ed Butowsky's our
3  guest.  Tulip is coming up.  And
4  we've got to stop.  Just for a
5  minute.  Stand by.
6      - - -
7      (Commercial break)
8      - - -
9      (Music)
10     - - -
11     JBW:  Now he's over there
12 with the shotgun so you better
13 watch out.  All right?  That's
14 what I'm talking about.
15     Ed, do we dare even approach
16 this question?  I'm thinking -- I
17 thought I heard you say something
18 a while ago that --
19     EB:  No.
20     JBW:  So she doesn't know.
21     EB:  Oh, no, no, no.  I
22 never said anything about, you
23 know, that.  You know, I -- the
24 whole part about who killed Seth

MAGNA
LEGAL SERVICES

1    Rich and why he was killed and so
2    on, I mean, you know, I have no
3    knowledge and I speculate just
4    like anybody else would.
5        JBW:  Yeah.
6        EB:  I mean, one thing I --
7    one thing I do know, that I've
8    learned, is that when he
9    downloaded the e-mails, I was told
10   that he downloaded a lot more than
11   just the e-mails.  And in the
12   server apparently was a lot of
13   very private information related
14   to a lot of Democrats.
15       And what was not known and
16   what most people don't know -- and
17   there's a great book by Luke
18   Rosiak about the Awan brothers,
19   who are some brothers from
20   Pakistan that were hired by Debbie
21   Wasserman Schultz to manage the
22   e-mail system for the Democrat
23   side of the House.  And when he
24   downloaded these e-mails, he

1    downloaded all of this private
2    information and -- that some
3    people had no idea was on that
4    server.
5        JBW:  Yeah.  Yeah.  It's
6    interesting.  The Debbie Wasserman
7    Schultz has seemed to keep the
8    Awan brothers around.  One of them
9    went into business building
10   routers -- we call them routers --
11   but there are routers.  And he was
12   in the router business.  Hm.  I
13   wonder if that router allowed
14   people to gain access through WiFi
15   (indiscernible).
16       EB:  Not only that.
17   (Indiscernible.)  She actually
18   helped one of them buy land in
19   Pakistan, Debbie Wasserman
20   Schultz.  I mean, I -- you know,
21   sorry.  This is stuff unrelated.
22   It's just, you know, when you're
23   involved with something like this,
24   like I have been, you just -- you

1    hear things.  And, you know, they
2    come from many different sources.
3        Just like you, you know,
4    running, you know, a top radio
5    show in the country, you know, you
6    hear a lot of different things and
7    you don't know if it's right or
8    wrong.  You look into it.
9        Same thing with me.  I don't
10   run a radio show, obviously, but
11   people bring me information and
12   some really good people trying to
13   help out.  And then there's people
14   who just bring you, you know, just
15   something you're afraid to repeat
16   because it's so bizarre.
17       JBW:  Yeah.  The thing about
18   it is, is -- now, most adults,
19   they want to be responsible.  And
20   so if they -- they keep their
21   mouths shut despite the fact
22   that -- well, I did hear -- I
23   heard repeatedly that the FBI
24   wanted to look at the -- wanted to

1    look at the DNC's hacked servers.
2    The problem is they weren't
3    hacked.  They just had a little
4    data sucked out of them, put on a
5    memory stick.
6        But that aside, FBI --
7        EB:  Yeah.  Look -- look --
8        JBW:  -- wanted to look at
9    the servers but --
10       EB:  You got to make the --
11       JBW:  -- DNC didn't want to
12   give them over.
13       EB:  Yeah.  John, I have to
14   make this point very clear.  If
15   you looked into Sy Hersh, you'll
16   find out that he had a source very
17   high up at the FBI -- and I've
18   learned that it was McCabe --
19   okay?
20       JBW:  Yeah.
21       EB:  -- that gave him all
22   this information.  And all this
23   information and this file is in
24   two places.  And the main place it



Page 70

```
 1    is is in the CART division, which
 2    is a special shared division
 3    between the FBI in Washington and
 4    the Washington Police.  And if you
 5    look into Sy Hersh on
 6    DebunkingRodWheelersClaims.net,
 7    you'll hear all about these
 8    hotshot computer people and it's
 9    the CART division.
10         And why somebody hasn't gone
11    over and gotten the file or
12    somehow found the file -- you'll
13    be able to see all this
14    information and put it all to bed.
15         In addition, the NSA has
16    admitted to having 32 pages of
17    communications between Seth Rich
18    and WikiLeaks.
19         JBW:  Um-hm.
20         EB:  And they have that all
21    listed as top secret.
22         JBW:  Oh, I'm sure.
23         EB:  So -- yeah.  But, you
24    know, why would it be top secret?
```

Page 72

```
 1    it's going to come out.
 2         But look.  This is just so
 3    stupid.  First you hear that the
 4    FBI was going to look at the
 5    servers, but the DNC didn't want
 6    to have them -- want them to have
 7    those servers.  Oh, okay.  No
 8    problem.  So the FBI didn't go,
 9    "Give over the servers.  This is a
10    national security thing.  We want
11    to see if the Russians are
12    involved."
13         EB:  Exactly.
14         JBW:  "Give them over."  But
15    they didn't do that.
16         I was talking to William
17    Binney about two weeks ago, maybe
18    a little longer, three weeks ago
19    right after he came on the
20    program.  Ex-NSA man,
21    whistleblower guy with the NSA,
22    William Binney.
23         EB:  I know Mr. Binney very
24    well.
```

Page 71

```
 1    Obviously because of what it is.
 2    I mean, the whole -- this is just
 3    a massive coverup and you've got a
 4    lot of really bad, corrupt people,
 5    and this innocent, private citizen
 6    in Dallas, me, found himself right
 7    smack dab in the middle of it by
 8    simply trying to help out a family
 9    find out who murdered their son.
10         JBW:  Yeah.  Well, that's
11    why they can't open the Kennedy
12    files for another, what, 50 years
13    or something?  Because it would --
14    there are national security
15    implications there.  Yeah.  I'll
16    bet.  I'll bet.
17         EB:  Yeah.
18         JBW:  You know, as time goes
19    by, all is revealed.  It says it
20    right there in Scripture.
21    Anything you got hidden now, don't
22    think it's going to be hidden
23    forever.  It's not going to be.
24    Time line may be pretty long, but
```

Page 73

```
 1         JBW:  Yeah.  Well, he had a
 2    heart attack.  You know about
 3    that.  He's doing okay, but --
 4         EB:  Yeah.
 5         JBW:  -- that was -- that
 6    was --
 7         EB:  Quadruple bypass --
 8    just had quadruple bypass surgery.
 9    He's doing well.
10         JBW:  Okay.  Excellent.
11    Well, if you talk to him, tell him
12    John Wells and the whole crew says
13    God bless you and we're pulling
14    for you.  Praying for you.
15         But here's the thing.  I
16    said, "Bill, why couldn't
17    President Trump just say, 'Hello,
18    NSA?  This is President Trump.  I
19    want those e-mails of Clinton's by
20    close of business tomorrow.'  He
21    could do that, couldn't he?"
22         And Binney nodded.  He said,
23    "Yeah.  I'd call him up and say,
24    'Give them to me by the end of
```



1  next week or you're fired.'  But
2  be sure and add the 'or your
3  fired' part and he would get the
4  e-mail."
5      So what do I know.  For all
6  I know, he already has the e-mail.
7  But I'll tell you this --
8      EB:  Yeah.  I -- I --
9  there's something here.  All
10 I know is that I'm caught in the
11 crossfire of it and I -- I'm going
12 to make sure this thing gets
13 fixed.
14     JBW:  Well, I know you are
15 and -- so you've launched
16 defamation suits, yeah?
17     EB:  Yeah.  17 of them.
18     JBW:  Only 17?
19     EB:  I mean, you got
20 people -- yeah.  Well, I mean,
21 then I got two more coming because
22 people -- people just say things.
23 The media thinks they can do
24 whatever they want to do whenever

1  they want to do it.  And the cases
2  are public and you can read about
3  them.  And I filed a suit against
4  Doug Wigdor.
5      You know, let's just not
6  forget -- I mean, this is the
7  strangest thing.  I know I've got
8  to write a book.  I mean, I've got
9  to write this.  It's just the
10 strangest thing in the world
11 and -- but what this did to my
12 business and my life -- I mean,
13 here I am, one of the top wealth
14 managers in the world or the
15 United States -- and I know that.
16 I mean, I've been -- you know,
17 lots of people have done reviews
18 to support that.
19     JBW:  Yeah.  Very few people
20 have --
21     EB:  And then --
22     JBW:  -- a billion dollars
23 under management, one guy.  That's
24 pretty good stuff, Ed.  You know.

1      EB:  Yeah.  And actually --
2  it was -- it was actually -- grew
3  to a lot -- it was a lot more than
4  that.  I was just the first to
5  pass it.
6      JBW:  Yeah.
7      EB:  But then by helping out
8  somebody and then people having
9  their own little fiefdoms and
10 their political agendas, how they
11 can just, you know, push aside
12 somebody and treat someone the way
13 I've been treated, it's just --
14 not only is it wrong, but it needs
15 to be corrected.
16     And -- but it's amazing,
17 absolutely amazing -- you know,
18 anyone listening, you know, you're
19 sitting there and you're saying,
20 "I'm a private citizen.  This
21 could never happen to me."
22     JBW:  Yeah, it could.
23     EB:  It probably -- yeah, it
24 probably won't happen to you, but

1  it happened to me.
2      JBW:  Um-hm.  Ed, thanks for
3  coming on the program.  I know
4  you're in the Dallas area.  Let's
5  get together in the
6  not-too-distant future -- I'm
7  serious about this -- and let's --
8  let's get some -- let's get a
9  steak and some ice tea or
10 something.  All right?  I want to
11 meet you in person.  All right?
12     EB:  I look forward to it,
13 and I appreciate you giving me the
14 platform to talk.  Thank you.
15     JBW:  Last thing is:  Where
16 do we get your book?
17     EB:  Barnes & Noble.
18 Amazon.  It's called
19 WealthMismanagement.com.  There's
20 an audio book.  I just heard it
21 the other day.  I think the guy's
22 voice sounds kind of creepy so I'd
23 rather you buy the book.
24     JBW:  I'll do it for you.



Page 78

1  It's going to cost you a lot of
2  money. I'll wait till you get
3  through this lawsuit then we'll
4  talk about it. All right?
5       EB: All right. Thanks a
6  lot. Bye-bye.
7       JBW: Thank you, Ed. God
8  bless. Take care out there.
9       Here's the thing, folks.
10 Why is the mainstream media able
11 to run wild and say all these
12 things without any blow-back? Oh,
13 could it be that it's legal to
14 propagandize people, which means
15 that they may have government
16 protection because it's the
17 government telling them what to
18 say -- branch of the government.
19      Always remember: Outfits
20 like CIA, FBI, NSA, these are good
21 people. These are brilliant,
22 competent people. Patriots. But
23 it's compartmentalized. Nobody
24 knows what everybody else is

Page 79

1  doing --
2       - - -
3       (Music)
4       - - -
5       JBW: -- in the building or
6  on the other floors or even in the
7  office down the hall. They don't
8  know what's going on. They don't
9  ask. If they start asking, they
10 won't be there very long. You
11 understand? And that's just how
12 it is.
13      Seymour Hersh described the
14 NSA as a bleeping idiot. It's
15 pretty strong. Seymour Hersh is
16 pretty strong too. So is Ed
17 Butowsky. And he's doing exactly
18 what he should do.
19      Take it to those rats. Let
20 them have it, Eddie. We got your
21 back as best we can. And as long
22 as I've got my wind and my
23 strength we're going to talk about
24 these things because apparently

Page 80

1  not very many people in the
2  so-called mainstream media will.
3       So I guess we'll just have
4  to do it. That's what we do on
5  Caravan to Midnight. We're able
6  to do it because we're supported
7  by the Caravan family.
8  CaravanToMidnight.com.
9       - - -
10      (Promo)
11      - - -
12      (Commercial break)
13      - - -
14 (End of audio file)
15      - - -
16
17
18
19
20
21
22
23
24

Page 81

1       CERTIFICATE
2
3
4       I HEREBY CERTIFY that the
5  foregoing was transcribed by me from an
6  audio file to the best of my ability.
7
8
9
       Cindy Parker
10      Dated:  September 24, 2019
11
12
13
14
15      (The foregoing certification
16 of this transcript does not apply to any
17 reproduction of the same by any means,
18 unless under the direct control and/or
19 supervision of the certifying reporter.)
20
21
22
23
24



Page 82

```
 1          LAWYER'S NOTES
 2     PAGE  LINE
 3     ____ ____ _____
 4     ____ ____ _____
 5     ____ ____ _____
 6     ____ ____ _____
 7     ____ ____ _____
 8     ____ ____ _____
 9     ____ ____ _____
10     ____ ____ _____
11     ____ ____ _____
12     ____ ____ _____
13     ____ ____ _____
14     ____ ____ _____
15     ____ ____ _____
16     ____ ____ _____
17     ____ ____ _____
18     ____ ____ _____
19     ____ ____ _____
20     ____ ____ _____
21     ____ ____ _____
22     ____ ____ _____
23     ____ ____ _____
24     ____ ____ _____
```



# EXHIBIT 44



# EXHIBIT 45



# EXHIBIT 46

1/14/2020    ED BUTOWSKY 8 on Twitter "Ellen Ratner admitting Assange meeting.after this meeting she told me he privately told her that Seth Rich a…

Case 1:18-cv-00681-RJL   Document 116-6   Filed 01/16/20   Page 46 of 66

Twitter   🏠 Home   ⚡ Moments     Search Twitter   🔍    Have an account? Log in ▾   ✕



**ED BUTOWSKY**
@EdButowsky

Follow ⌄

Ellen Ratner admitting Assange meeting.after this meeting she told me he privately told her that Seth Rich and friends sold emails to Wikileaks.When she lied about me to @Isikoff is when I ended protecting her name. I have told the truth from the start. Damaged b/c of it.



7:23 AM · 21 Jul 2019 from Plano, TX

**407** Retweets **505** Likes



💬 19    ⟲ 407    ♡ 505



**Jane Gail** @Jaynitess · 21 Jul 2019     ⌄
Replying to @EdButowsky and @Isikoff
Now your story is changing from Ratner told you Julian Assange said it was "Seth Rich & his brother Aaron" to she said Assange told her it was "Seth Rich & friends"? … @EllenRatner, can you please clarify what you said to Ed Butowsky?

💬 2    ⟲ 2    ♡ 3

# EXHIBIT 47



Twitter ⚡ Home ⚡ Moments          Search Twitter          Have an account? Log in ⌄   ✕

**ED BUTOWSKY**
@EdButowsky

Follow ⌄

Thread by @Ventuckyspaz: "@EdButowsky releases the full audio with Seymour Hersh in his telephone discussion in regards to Seth Rich. I have aded so if it gets removed I can re-upload it. This is big news!!! Just to make [...]" #SethRich #JusticeForSethRich



**Thread reader**                🐦 Tweet   f Share

THREAD BY CURRIE DOBSON (@VENTUCKYSPAZ)

@EdButowsky releases the full audio with Seymour Hersh in his telephone discussion in regards to Seth Rich. I have the audio downloaded so if it gets removed I can re-upload it. This is big news!!! #SethRich #JusticeF...

Read all 8 tweets on threadreaderapp.com →

**Thread by @Ventuckyspaz: "@EdButowsky releases the full audio with Seym…**
Thread by @Ventuckyspaz: "@EdButowsky releases the full audio with Seymour Hersh in his telephone discussion in regards to Seth Rich. I have aded so if it gets
threadreaderapp.com

9:00 AM - 2 Jan 2020

**5** Retweets **6** Likes

💬 2          ⟲ 5          ♡ 6

**Rip1down** @Rip1Down · Jan 2     ⌄
Replying to @EdButowsky @Ventuckyspaz

Epic!!

# EXHIBIT 48



The S&P 500 is made up of 500 companies. In this video, I discuss how it seems only 10 to 15 are standing out this year.

Please consider adding my book, Wealth Mismanagement, to your collection. Visit wealthmismanagement.com for more information.

**A Quick Dissection of the S&P 500 Move this Year | Making ...**
The S&P 500 is made up of 500 companies. In this video, Ed Butowsky, managing partner of Chapwood Investments, LLC, discusses how it seems only 10 to 15 are ...
youtube.com

1:05 PM - 28 Oct 2019

**4** Retweets  **7** Likes












🐦 Home   ⚡ Moments

book from:edbutowsky since:201🔍   Have an account? Log in ▾

book from

Top   Latest

**Search filters**

From anyone

Anywhere

All languages

Advanced search



Want to take
the new Tw

It's simp

**Worldwide tr**

#WednesdayWis
39.5K Tweets

#NeverWarren
38.2K Tweets

#WednesdayMot
32.8K Tweets

#RockHall2020
3,290 Tweets

Aaron Hernandez
7,239 Tweets

#AngelJennieDay
402K Tweets

Pat Benatar
1,695 Tweets

Larry Fitzgerald
4,998 Tweets

Happy Founders
9,614 Tweets

Harold Carmichael
3,113 Tweets



**ED BUTOWSKY**
@EdButowsky

Follow   ▾

Dallas/Plano friends, don't forget that my first
book signing is tomorrow night from 6:30 to
7:30 at Barnes & Noble Legacy West. Please
come out. I look forward to seeing you then.




12:24 PM - 18 Nov 2019

1 Retweet   4 Likes   

💬   ↻ 1   ♡ 4





tomorrow night
ut. I look forward

about his
r portfolio.

e Barnes and
pm

✕

1/15/2020                     ED BUTOWSKY 8 ... Twitter: 1.18.1 ... ED Butowsky: I recently joined i24 News to discuss China's sanctions on the U.S. following the passing of a U.S. bill suppo...

Case 1:18-cv-00681-RJL   Document 116   Filed 01/16/20   Page 56 of 66



1/15/2020    ED BUTOWSKY on Twitter: "Please enjoy my recent interview with i24 News where I discussed Boeing's decision to suspend production…

Case 1:18-cv-00681-RJL   Document 116   Filed 01/16/20   Page 57 of 66



# EXHIBIT 49





Ed Butowsky

May 12, 2019

28

Share











