# EXHIBIT 50

Home     About     Advertise

# GATEWAY PUNDIT

Friday, March 2, 2018

# Exclusive=> Insider Ed Butowsky: Seth Rich's Father Confirmed His Son Was the Wikileaks Leaker

March 1, 2018     by Cassandra Fairbanks

 160 Share      102 Tweet     ✉ Email

**Ed Butowsky, the man who offered to assist the family of Seth Rich with the cost of hiring a private investigator, has told the Gateway Pundit that during a December 2016 conversation with the father of the slain staffer he confirmed that he "knew what his sons did."**

Hilary Clinton's Brand New Plan Is Disgusting

Diabetes Breakthrough Leaves Doctors Speechless (This Works - Try It Tonight)

Genius Simple Method Restores Vision Clarity (Watch)

Born Before 1988? Trump Just Made It Possible For You To Retire "Very, Very Rich"

Worst Cellulite Case "Ever Seen" Fixed With 1 Odd Trick (Doctors Shocked)

The Scary Truth Behind This German WW2 Photo Will Leave You Speechless



**Join TGP on Facebook**

**Gateway Pundit**

Butowsky further stated that the family was deeply concerned with their son being remembered for helping to get President Donald Trump elected.

**Speaking to Butowsky by phone on Thursday evening, he told the Gateway Pundit that during a conversation with Joel Rich on December 17, 2016 at 3:17 p.m., the father stated "we know what our sons did, but we just want to find Seth's killer."**

**"They know – we all know,"** Butowksy said.

In an audio recording that I previously obtained, private investigator Rod Wheeler explained that Seth's brother, Aaron Rich, had tried to block Wheeler from looking at Seth's computer – even though there could be evidence on it.



Wheeler said that Seth's girlfriend told him that Aaron Rich had possession of Seth's cell phones, but Aaron denied it and said "we're not going to worry about the cell phones."

Aaron also blocked Wheeler from finding out about who was at a party Seth attended the night of the murder.

**"All I want you to do is work on the botched robbery theory and that's it," Aaron told Wheeler, according to Wheeler's claim on the audio. Wheeler said that Seth's father Joel "does not appear to have any hidden agenda."**

"He said no, he said I have his computer, meaning him," Wheeler said. "I said, well can I look at it?...He said, what are you looking for? I said anything that could indicate if Seth was having problems with someone. He said no, I already checked it. Don't worry about it."

Aaron Rich works for **Northrup Grumman**, which was named as the fifth-largest defense contractor in the world in 2015, as a lead software developer.

## Contact The Gateway Pundit

**Email Technical Support**
**Email Comment Support**
**Send Tips to The Gateway Pundit**
**Email Jim Hoft**

## Search The Gateway Pundit

**Search**

## Join for updates from the Gateway Pundit!

\* indicates required

Email Address \*

[                    ]

[ Subscribe ]



## GP Favorite American Blogs

| | |
|---|---|
| **63red.com** | **Pamela Gellar** |
| **Ace of Spades** | **Pat Dollard** |
| **Althouse** | **Patterico** |
| **Andrew Malkman** | **Pewsitter** |
| | **PoliPundit** |
| **Ann Coulter** | **Politichicks** |
| **Astute Bloggers** | **Politomix** |
| **Atlas Shrugs** | **Poor Richard's News** |
| **Bad Blue** | **Power Line** |
| **Belmont Club** | **Prairie Pundit** |
| **Black and Right** | **Protein Wisdom** |
| **Bob Owens** | |

"It's not just hacking and defending, there's a lot more to it," a cyber software engineer at Northrup Grumman says in a video on the company's website.

An additional leaked phone conversation I previously obtained featured award winning journalist Sy Hersh confirming that Rich had made contact with WikiLeaks.



Error loading player:
HTML5 player not found

"There are no DNC or Podesta emails that exist beyond May 21 or 22, last email from either one of those groups. What the report says is that some time in late Spring… he makes contact with WikiLeaks, that's in his computer," he says. "Anyway, they found what he had done is that he had submitted a series of documents – of emails, of juicy emails, from the DNC."

**"All I know is that he offered a sample, an extensive sample, I'm sure dozens of emails, and said 'I want money.' Later, WikiLeaks did get the password, he had a DropBox, a protected DropBox," he said. They got access to the DropBox."**

Hersh also states that Rich had concerns about something happening to him, and had shared the DropBox with trusted associates incase anything happened to him.

"The word was passed, according to the NSA report, he also shared this DropBox with a couple of friends, so that 'if anything happens to me it's not going to solve your problems,'" he added. "WikiLeaks got access before he was killed."

> ❝ *Audio tape of Seymour Hersh discussing WikiLeaks DNC leaks and Seth Rich* **https://t.co/STp9u7Vtbn** *h/t* **@CassandraRules**
>
> *– WikiLeaks (@wikileaks)* **August 1, 2017**

In an email exchange that had been previously provided to me exclusively, Butowsky pleaded with Hersh to go to Congress with what he knew.

Carol Platt Liebau
Chicago Boyz
Cold Fury
Conservative Review
Corruption Chronicles
Corner
Dinocrat
Doug Ross
Dr. Helen
Ed Driscoll
Elephant Bar
Fausta's Blog
Flopping Aces
FOX Nation
Freedom's Lighthouse
Free Republic
Gates of Vienna
Gay Patriot
Got News
Grand Old Partisan
HotAir
HotAirPundit
Hugh Hewitt
Infowars
I Own the World
IMAO
Insta-Backup
Instapundit
Jammie Wearing Fool
Just One Minute
Legal Insurrection
Lucianne
Maggie's Farm
Mark Steyn
Michelle Malkin
News Busters
Orbus Max
Outside the Beltway

Pundit & Pundette
Rantburg
Reaganite Republican
Rebel Pundit
Red State
Ricochet
Riehl World View
Right Wing News
Right Wing Nuthouse
Roger L. Simon
Say Anything
Scared Monkeys
Sister Toldjah
Sooper Mexican
Sound Politics
Strata Sphere
Sweetness & Light
Tammy Bruce
Teri O'Brien
Texas Rainmaker
The Anchoress
The Autonomist
The Futurist
The Jawa Report
The Last Tradition
The News Commenter
The Other McCain
The Postil
The Right Scoop
The Shark Tank
This Aint Hell
Verum Serum
Viking Pundit
Volokh Conspiracy
Weasel Zippers
WILLisms
Wizbang!
Zombietime

**GP Favorite International Blogs**

**"I am curious why you haven't approached the house committee telling them what you were read by your FBI friend related to Seth Rich that you in turn read to me. Based on all your work, it appears that you care about the truth. Even though, as you said you couldn't get a second, shouldn't you tell them so they could use their powers to determine the truth?"** Butowsky asked.

In a bizarre response completely contradicting what Hersh is heard saying on the audio recording, he denies having any inside knowledge of the case.

"ed –you have a lousy memory…i was not read anything by my fbi friend..i have no firsthand information and i really wish you would stop telling others information that you think i have…please stop relaying information that you do not have right…and that i  have no reason to believe is accurate…" Hersh wrote.

Desperate to find the truth about what happened, Bukowsky continues to plead with the journalist to go forward.

"I know it isn't first hand knowledge but you clearly said, my memory is perfect, that you had a friend at the FBI who read / told you what was in the file on Seth Rich and I wonder why you aren't helping your country and sharing that information on who it was?" Bukowsky responds.

Interestingly, a new report published on Thursday evening by the Washington Times also confirms that Rich had downloaded thousands of DNC emails.

**"Another aspect that needs to be uncovered is the FBI's 'denial' that its cyber experts who share space with the D.C. Metro police department at Cleveland Avenue in the District, assisted in accessing data on Mr. Rich's laptop. Not likely. Data on the laptop revealed that Mr. Rich downloaded thousands of DNC emails and was in touch with Wikileaks. The file with evidence of what was on Mr. Rich's laptop sits with the FBI in a co-shared space with the D.C. police department. According to Ed Butowsky, an acquaintance of the family, in his discussions with Joel and Mary Rich, they confirmed that their son transmitted the DNC emails to Wikileaks,"** the Washinton Times reported.

Rich was shot in the back in the early morning hours of July 10, 2016, near his home while he was on the phone with his girlfriend – 12 days before the publication of the DNC emails by WikiLeaks. The police initially ruled that it was a botched robbery – but his wallet, watch, and necklace were still on his person when he was discovered by police.

Afghan Lord
Amarji- A Heretic's Blog (Syria)
American Expat (SE Asia)
Aryamehr (Iran)
Azarmehr (Iran)
Babalu' (Cuba)
Barcepundit
Beirut to the Beltway
Brussels Journal
Chan'Ad Bahraini
Crossroads Arabia
Curiales
Davids Medienkritik
Desipundit (India)
Dore Gold
Egyptian Sandmonkey
Ethiopundit
EU Referendum
Free Thoughts (Italy/World)
Freedom for Egyptians
Iraq The Model
Israel Matsav
Kamangir (Iran)
Klein Verzet (Europe)
Mabblog (Bolivia)

Islam in Europe
New Zeal Blog
No Pasaran (France)
One Free Korea
Or Does It Explode (Middle East)
Registan-Eurasia
Rezwan- 3rd World View (Bangladesh)
Serendip (Iran)
Siberian Light
Small Dead Animals (Canada)
Sokwanele (Zimbabwe)
The Lanka Reporter (Sri Lanka)
The Real Cuba
Tea and Politics
The Spirit of Man (Iran)
V-Crisis (Venezuela)
Venezuela News
Vital Perspective
Western Standard (Canada)
Yid With Lid
Zimbabwean Pundit

## GP Favorite Media

Progressives Today
PJ Media
HotAir
Drudge Report
Breitbart.com
Big Hollywood
Big Government
Twitchy
Daily Caller
FOX Nation
The Blaze
Rush Limbaugh

Haaretz Daily
IMRA-Independent Media
Jerusalem Post
YNET News
Debka File
Laura Mansfield
Terrorism Research Center
ADN Kronos (Italy)



The **report** from the Washington Times points out that "the same day Seth Rich was murdered, an FBI agent's car was burglarized in the same vicinity. Included in the FBI equipment stolen was a 40 caliber Glock 22. D.C. Metro police issued a press release, declaring that the theft of the FBI agent's car occurred between 5 and 7 a.m. Two weeks later, the FBI changed the time of the theft to between 12 a.m. and 2 a.m. Was the FBI gun used to shoot Seth Rich? Neither the FBI nor the Metro police will discuss."

Last July, Veteran Intelligence Professionals for Sanity (VIPS) – a 30 member group made up of well respected former experts from the National Security Administration, tech companies and other intelligence agencies put out a **report** asserting that the DNC emails came from a leak, not a hack.

**VIPS stated that "forensic studies of 'Russian hacking' into Democratic National Committee computers last year reveal that on July 5, 2016, data was leaked (not hacked) by a person with physical access to DNC computer. After examining metadata from the "Guccifer 2.0" July 5, 2016 intrusion into the DNC server, independent cyber investigators have concluded that an insider copied DNC data onto an external storage device."**

Additionally, the former intelligence operatives detail how the FBI neglected to perform any independent forensics on the original "Guccifer 2.0," and assert that "the reason the U.S. government lacks conclusive evidence of a transfer of a 'Russian hack' to WikiLeaks is because there was no such transfer."

Among those who signed on to the report is William Binney, former NSA Technical Director for World Geopolitical & Military Analysis; Co-founder of NSA's Signals Intelligence Automation Research Center, Larry C Johnson, who is retired from the CIA & State Department, Kirk Wiebe, former Senior Analyst at SIGINT Automation Research Center of the NSA, and many more.

Laura Ingraham
Mark Levin
Michael Savage
One America News
Real Clear Politics
American Thinker
American Spectator
National Review
Weekly Standard
Commentary Magazine
IBD Editorials
SLATE- Kaus Files
Front Page Magazine
Human Events
NewsMax
World Net Daily
Town Hall
The Hill
Ashbrook Center
Media Research Organization
GOP.com
GOP.gov
GOP.gov - House
GOP Senators.com
Cybercast News Service
C-SPAN
Radio Free Europe-Radio Liberty
The White House
US State Department
US Senate
US House of Representatives
Bureau of Labor Statistics

Internet Haganah
Irin News- UN War & Peace Reporting
Charter '97-Belarus
All Africa
Sudan Tribune
Arab World News
Aljazeera
Al Arabiya
Al Ahram
Asharq Alawsat
Gulf Times
Kurdish Media
Iraqi News
Voices of Iraq
Alsumaria (Iraq)
Bahrain Tribune
Maan News (Palestine)
Naharnet
Ya Libnan
Iran Focus
Iran Press News
Mehr News
Tehran Times
Islamic Republic News
Fars News (Iran)
Press TV
Pajhwok Afghan News
Hindustan Times
Tribune India
North Korea News
Japan Today
China Daily
Sound of Hope Radio
Asian Tribune
Korea Times
Dawn (Pakistan)
Daily Times Pakistani Newspaper
Itar-Tass
Pravda
Russian News

Though Assange has infamously expressed interest in Rich, he has always maintained that WikiLeaks will never name a source. WikiLeaks has offered a $20,000 reward for Rich's murderer however, and has retweeted articles that asserted he was their source without providing any additional comment.



---

Hilary Clinton's Brand New Plan Is Disgusting

Odd Diabetes Discovery ENRAGES Medical Industry

This Fruit "Burns" Belly Fat While You Sleep

German Scientist's Secret Letter Found In WW2 Archive. Doctors Shocked By What It Says.

The Next Bitcoin Is Coming Says, "Crypto-Genius"

Hilary Clinton Video Is So Shocking Trump Won't Mention It

Crazy Revelation Can Now "Reverse" Dementia In Just 21 Days

How To Shut An Atheist Up In 15 Seconds Flat

Genius Simple Method Restores Vision Clarity (Watch)

## Comments

As a privately owned web site, we reserve the right to edit or remove comments that contain spam, advertising, vulgarity, threats of violence, racism, anti-Semitism, or personal/abusive attacks on other users. The same applies to trolling, the use of multiple aliases, or just generally being a jerk. Enforcement of this policy is at the sole discretion of the site administrators and repeat offenders may be blocked or permanently banned without warning

Treasury Department
Defend America
US Central Command
Pentagon Channel
FOX News
Politico
New York Times
Reuters
World Picture News
BBC News
EUX TV News (Europe)
Arutz Sheva-Israel News
The Case For Freedom
Global Voices Online
The Human Rights Blog
Human Rights Watch
EYE on the UN
Lifeboat Foundation
One Jerusalem
Air Force Pundit
Investigative Project
American Soldier
Blackfive
Counterterrorism Blog
Pat Dollard
Long War Journal (Roggio)
Jihad Watch
St. Louis Post-Dispatch
Belleville News Democrat
KSDK NewsChannel5
FOX 2 St. Louis
KMOV News 4

Russia Today
Interfax
Ferghana
The Australian
El Universal (Venezuela)
Watching America

## Democracy & Human Rights

## Favorite Military & Foreign Service

## Favorites

MEMRI
JCPA
Christians with Israel
CWSI-Blog
Free Muslims Coalition
The Religion of Peace
Persecution Blog

### Fro

Matt Sanchez
Michael Yon
Murdoc Online
OP FOR
Strategy Page
United States Action
National Terror Alert

## Gateway City & Area

## Great

Bob McCarty
Hennessy's View
Reboot Congress
The Black Sphere
A Traditional Life Lived

Crane Durham-
Nothing But
Truth

Jamie Allman
on 97.1 FM

Mark Reardon
KMOX

Dana Loesch
Show

Missouri Record

24th State

John Combest

Dr. Gina Loudon

P/Oed Patriot

STLMedia

Gateway
Grassroots
Initiative

St. Louis Tea
Party Coalition

Beyond
November

Stacy on the
Right

American Issues
Project

Melanie Morgan

Day By Day
Cartoon

People's Cube

Ann Coulter

Memeorandum

CONURLS

YouTube

LiveLeak

Radio Equalizer

Climate Depot

Oil Price

Watts Up With
That?

Judgepedia

Sharp Elbows

Fred Sauer

Matrix
Conservatism
With Heart

Leaning to
Starboard

Respublica

Birdnow's
Aviary

The News
Buckit

Clark Mountain
Musings

Pubdef Weekly

RightMissouri

Midwest
Conservative
Journal

## Websites

Zero Hedge

Political Science
Links

Conservative
Talk

Conservapedia

American
Conservative
Party

Energy
Tomorrow

Conservatives 4
Palin

Life News

The Becket
Fund

Dick Morris

Hugh Hewitt

Peggy Noonan

Victor Davis
Hanson

View My
Stats

Home
About
Advertise
Facebook

Twitter
YouTube
Terms
Privacy Policy

**GATEWAY PUNDIT**

*Where Hope Finally Made a Comeback.*

© 2018 The Gateway Pundit – All Rights Reserved.

# EXHIBIT 51
# FILED
# UNDER SEAL

# EXHIBIT 52

# More cover-up questions

The curious murder of Seth Rich poses questions that just won't stay under the official rug



The Murder of Seth Rich illustration by Greg Groesch/The Washington Times more >

By James A. Lyons - - Thursday, March 1, 2018

**ANALYSIS/OPINION:**

With the clearly unethical and most likely criminal behavior of the upper management levels of the Department of Justice (DOJ) and the Federal Bureau of Investigation (FBI) exposed by Chairman Devin Nunes of the House Intelligence Committee, there are two complementary areas that have been conveniently swept under the rug.

The first deals with the murder of the Democratic National Committee (DNC) staffer Seth Rich, and the second deals with the alleged hacking of the DNC server by Russia. Both should be of prime interest to special counsel Robert Mueller, but do not hold your breath.

The facts that we know of in the murder of the DNC staffer, Seth Rich, was that he was gunned down blocks from his home on July 10, 2016. Washington Metro police detectives claim that Mr. Rich was a robbery victim, which is strange since after being shot twice in the back, he was still wearing a $2,000 gold necklace and watch. He still had his wallet, key and phone. Clearly, he was not a victim of robbery.

This has all the earmarks of a targeted hit job. However, strangely no one has been charged with this horrific crime, and what is more intriguing is that no law enforcement agency is even investigating this murder. According to other open sources, Metro police were told by their "higher ups" that if they spoke about the case, they will be immediately terminated. It has been claimed that this order came down from very high up the "food chain," well beyond the D.C. mayor's office. Interesting.

One more unexplained twist is that on July 10, 2016, the same day Seth Rich was murdered, an FBI agent's car was burglarized in the same vicinity. Included in the FBI equipment stolen was a 40 caliber Glock 22. D.C. Metro police issued a press release, declaring that the theft of the FBI agent's car occurred between 5 and 7 a.m. Two weeks later, the FBI changed the time of the theft to between 12 a.m. and 2 a.m. Was the FBI gun used to shoot Seth Rich? Neither the FBI nor the Metro police will discuss.

Another aspect that needs to be uncovered is the FBI's "denial" that its cyber experts who share space with the D.C. Metro police department at Cleveland Avenue in the District, assisted in accessing data on Mr. Rich's laptop. Not likely. Data on the laptop revealed that Mr. Rich downloaded thousands of DNC emails and was in touch with Wikileaks. The file with evidence of what was on Mr. Rich's laptop sits with the FBI in a co-shared space with the D.C. police department. According to Ed Butowsky, an acquaintance of the family, in his discussions with Joel and Mary Rich, they confirmed that their son transmitted the DNC emails to Wikileaks.

Since then, the DNC hired a "spokesperson," Brad Burman, a known hatchet man to basically cut off any further communications with Mr. Rich's parents. Interestingly, it is well known in the intelligence circles that Seth Rich and his brother, Aaron Rich, downloaded the DNC emails and was paid by Wikileaks for that information.

While Wikileaks doesn't expose sources, Julian Assange gave a clear clue during an Aug. 9, 2016 interview on Dutch television when he implied that Mr. Rich was killed because he was the Wikileaks source of the DNC emails. Mr. Assange offered a $20,000 reward leading to the arrest of Mr. Rich's killers. Also, why hasn't Aaron Rich been interviewed, and where is he?

With regard to the alleged Russian hacking of the DNC server, Mr. Assange also offered information to the Trump administration to prove Russia didn't hack the DNC server, as the DNC claimed. Mr. Assange also met with Orange Country Rep. Dana Rohrabacher, California Republican, and gave him information to present to the Trump administration to prove no one hacked the DNC server.

However, with the Obama holdovers in key positions, it is not surprising that no one from the Trump administration would meet with the congressman or Mr. Assange. New Zealand tech expert Kim DotCom said he has proof that both he and Seth Rich were involved in passing the emails to Wikileaks, but he has been ignored as well.

The FBI opened an investigation into the theft of the DNC emails in July 2016. However, the FBI has not inspected the DNC server because the DNC won't give permission. Is the FBI an extension of the DNC? That's why we have subpoenas. Instead, the FBI relied on an assessment by a cyber security firm, Crowd Strike, hired by the Hillary Clinton campaign and DNC's law firm Perkins Coie as proof that Russia was the hacker. Incompetence is an understatement. Corruption at the highest levels of the DOJ/FBI is clear.

The Trump administration must take charge and get a competent attorney general to pursue these crimes.

• James A. Lyons, Jr., a retired U.S. Navy admiral, was commander in chief of the U.S. Pacific Fleet and senior U.S. military representative to the United Nations.

Copyright © 2018 The Washington Times, LLC. Click here for reprint permission.



**The Washington Times Comment Policy**

The Washington Times is switching its third-party commenting system from Disqus to Spot.IM. You will need to either create an account with Spot.im or if you wish to use your Disqus account look under the Conversation for the link "Have a Disqus Account?". Please read our Comment Policy before commenting.

**Popular In the Community**

| | | | | | |
|---|---|---|---|---|---|
| **TRUMP, TEXAS SANCTUARY CITY FIGHT…** | **LOUIS FARRAKHAN ENDORSEMENT OF…** | **DEMOCRATS WON'T DO WELL IF THEY KEEP…** | **GINA HASPEL'S 'BLACK SITE' PAST A HURDLE TO…** | **NANCY PELOSI: TILLERSON'S HIRING,…** | **STEPHEN HAWKING DIED AT AGE OF 76** |
| Russell Armor | Spec Ops Lawyer | BlueCupcake | Jaysonrex | GoldRaindrop | ★Dixiecrat★ |
| 15h | 7h | 3h | 7h | 15h | 4h |
| … now start putting some of them… | The Democrats are constantly whipping… | There is no such thing as over reaction to a… | The Dems will do anything to interfere… | Nancy has never seen an administration th… | The man who believed GOD didn't create th… |

**Conversation (247)**

Sort by **Best** ▾                                                                  Have a Disqus Account?   🔔   **Log In**

Add a comme …

**TM61** ★ Leader
Mo e mpo a  y  a  ask  g f a   B gu  was used  o mu de  Se   R c  s w e  e   e e was a   B age    o d  g   a  gu  w e   R c  was mu de  ed w     ?
Reply · Share · 151 Likes · 👍 👎

**PurpleAirBalloon** ⇒ TM61
Mo e  a   ke y Comey, McCabe o  S  ozk…  ey p obab y c  ose s  aws.
Reply · Share · 54 Likes · 👍 👎

**GoldPopcorn** ⇒ PurpleAirBalloon
ke   e cu  of you  b.
Reply · Share · 9 Likes · 👍 👎

**BlueCone** ⇒ GoldPopcorn
oug   Debb e Wasse ma   Sc u z pu ou a    o ms- 3
Reply · Share · 41 Likes · 👍 👎

Show 24 more replies ▾

SHOW MORE COMMENTS…

erms · Privacy                                                                              ⬤ Add Spot IM to your site ·

# EXHIBIT 53

\<iMessage\>

2017-02-23 07:48 AM

I appreciate you reading this text message. We have many mutual friends including Adam Housley and many others from Fox News. Although I'm not a paid fox contributor,  I do appear  frequently on the News channel as well as the business channel. I watched your work for years and admire what you wearing on television.

 Behind the scenes I do a lot of work, ( unpaid )  helping to uncover certain stories, my biggest work was revealing most of what we know today about Benghazi.

I'm looking for some assistance on something that happened in Washington I would appreciate if you would give me a call at 972.897.0197.

Of all the people you have met in your line of work you have put me right next to those you view as the most confidential.
I am extremely discreet.

Is there a time I can give you a call this morning?

2017-02-23 07:54 AM

I will give you a call in an hour if that's ok.
(9:00am edt).

WHEELER0000636

Let's shoot for in the morning!  I'm about to do a local fox 5 news segment and I will be a while but I will call you around 7 am your time tomorrow.

2017-03-01 10:03 PM

Got it.

2017-03-03 08:10 AM

Please send me wiring instructions

2017-03-03 08:40 AM

Don't be surprised if you get a call from Joe Rich, Seth's father. Please call me when you have a moment

2017-03-03 08:45 AM

Sounds good.  I will give you a call in about an hour.  Thanks!

2017-03-03 10:02 AM

Please immediately send me something brief for mr.rich to sign

2017-03-03 11:43 AM

WHEELER0000645

Expect a direct call from Joel rich . Please call me prior to give you a few data points.  Make sure to downplay Fox News , don't mention you know Malia .

2017-03-03 01:02 PM

Are you still on with them?

2017-03-03 01:43 PM

Bank account number 

2017-03-03 02:19 PM

Which bank ?

Citibank

2017-03-04 01:32 PM

Joel ask me to spend time talking with his son aaron.  He also called today to thank me once again. He said he and his wife feel like they have real help now.

2017-03-04 02:05 PM

WHEELER0000646

My mother would be proud of us. Money will be in your account on Monday I couldn't get to the bank to Citibank today. There are not many in Texas.

2017-03-05 03:11 PM

Did you speak with brother? Haven't received the signed agreement from Joel

2017-03-05 03:13 PM

No haven't heard yet. Last communication was yesterday evening from Joel.

2017-03-05 05:01 PM

Don't forget to send the other documents regarding the  venture capital information.  I'd like to start reviewing the details. Thanks!

2017-03-06 01:38 PM

Just briefly talked with Joel.  He want to have a call later this evening to further talk. He said they will get the signed document back to use shortly.

2017-03-06 01:45 PM

WHEELER0000647

A lady was the police chief who took a job at the NFL. The Clintons arranged it and she's making $2 million a year. It was all hush money

2017-05-11 12:40 PM

?

2017-05-11 02:44 PM

Della camera just called me.

2017-05-11 02:55 PM

Give me a call when you can.  Della camera just called.

2017-05-14 09:10 PM

Not to add any more pressure but the president just read the article. He wants the article out immediately. It's now all up to you. But don't feel the pressure

2017-05-15 01:11 PM

Just had a meeting I need to tell you about . Did u meet up with Dellacamera ?

WHEELER0000682

2017-05-15 08:28 PM

> Aaron rich just called and blast me out!

2017-05-15 08:31 PM

I told you he would

> Not Joel but aaron.

2017-05-15 08:32 PM

> He said several fox reporters have been calling him.  He hasn't talked with Joel

I know. I knew his father will tell him. That only gives us more comfort in knowing that our story is right

I guess the fox Washington people just called him.

2017-05-15 08:33 PM

> No he said they caught him this morning

WHEELER0000683



He's a dangerous guy and will probably speak out against the article

Called

That's really odd.

He will he's really already defending everything in the article because he said Fox emailed him a copy of the article already

2017-05-15 08:34 PM

He also said the fact that Donna Brazil card is not a big deal she's been a friend for a long time and they talk often

Called

Who would've done that?

Seems like a revealing way too much of our hand.

2017-05-15 08:35 PM

WHEELER0000684

I sure hope this article gets published early tomorrow nobody should call Aaron . He really doesn't have any credibility because from the beginning he tried managing what we saw but we didn't see and what we wrote on

How did Fox Washington get a draft of the story

?

2017-05-15 08:36 PM

He also said he was very familiar with video from the body cameras and he already has talk to the police officers on the scene. When I asked him which police officers he said he could not tell me

And I don't think fox Washington has the story because I haven't talk to them unless someone else talk to them

I would shut down all communication with that guy

2017-05-15 08:37 PM

Aaron was upset that Joe shared with me that Donna had called him. Aaron said there was no need for me to know that

2017-05-15 08:48 PM

That's bullshit who the fuck does this guy think he is deciding what you should know when what you should do now? Sure looks like Aaron had a roll him his death or possibly in selling the wiki leaks

2017-05-15 10:48 PM

Can you text me Adams number.

2017-05-15 11:15 PM

I just blasted the local reporter!  She put that information without me giving her shit.  I'm pissed.  I talked to Malia too.

2017-05-15 11:27 PM

On the local Fox website it looks like our story.

2017-05-15 11:28 PM

Yes I see what happened.  Disappointed.

WHEELER0000686

# EXHIBIT 54

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - -

AARON RICH,                  : Civil Action No.
                             :
          Plaintiff,     : 1:18-cv-00681
     v.                      :
                             :
EDWARD BUTOWSKY,             :
MATTHEW COUCH, and           :
AMERICA FIRST MEDIA,         :
                             :
          Defendants.   :

- - -

AUDIO TRANSCRIPTION

- - -

March 17, 2018, The Gateway

Pundit Interview with Edward Butowsky.

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 2

1         - - -
2         CASSANDRA FAIRBANKS:  Thank
3    you so much for taking the time to
4    speak to us.  Last week news broke
5    that the Seth Rich family is suing
6    you --
7         ED BUTOWSKY:  Um-hm.
8         CASSANDRA FAIRBANKS:  -- for
9    speaking publicly about
10   conversations that you say that
11   you had with them.  Can you please
12   tell us how you got involved with
13   the Seth Rich family in the first
14   place?
15        ED BUTOWSKY:  Sure.  And the
16   lawsuit against me isn't
17   necessarily about me speaking.
18   And I'll kind of go into that a
19   little bit because -- it's hard to
20   understand, Cassandra, because it
21   doesn't make any sense.
22        CASSANDRA FAIRBANKS:  Right.
23        ED BUTOWSKY:  So people can
24   interpret this lawsuit any way

Page 3

1    they want.  It's -- that in itself
2    will become one of the great
3    mysteries, okay, is what is this
4    lawsuit.
5         Look.  Nobody can empathize
6    more for a family who's lost a
7    family than -- than I can.  I -- I
8    feel for these people.  And I
9    don't just say that; I actually
10   jumped in because -- I felt so
11   much for these people, I actually
12   took my own money and tried to
13   help out this family.  And we'll
14   get to that in a moment.
15        But what had occurred is a
16   friend of mine had come back from
17   London and had some information
18   that this one individual -- and
19   I'm -- this is the one area where
20   I'm not sharing names.  Okay? --
21   wanted that information to be
22   shared with the Rich family
23   because that person thought it
24   might help them find out who had

Page 4

1    murdered their son.
2         They -- this person, you
3    know, knows a lot -- in fact,
4    knows quite a bit -- and I knew
5    this information was relevant.  I
6    didn't seek it out.  It came to
7    me.  Now, why did it come to me?
8    Things just happen in my life.
9    Okay?
10        So I was asked to share this
11   information, and I didn't at
12   first.  I thought, Well, I'm not
13   gonna get involved with this.  I
14   don't know this -- these people at
15   all.  They live in Omaha.  The
16   only thing I knew about them was
17   that they lived in Omaha, their
18   son had been murdered, and they
19   were Jewish.  Okay?
20        I'm Jewish.  You know,
21   there's certain rules that Jews,
22   you know, have and -- and we -- I
23   guess we can just say, They were
24   Jewish, I'm Jewish, so I can go

Page 5

1    find them, and I'll explain to you
2    how I found them in a moment.
3         So without, you know,
4    jumping on it, I started
5    reflecting on my son, who had just
6    gone to college, and thought how
7    terrible it was that somebody's
8    child had been murdered.  And then
9    I heard about the story again and
10   I thought, You know what?  Why
11   not.
12        So I went on Facebook.  I
13   literally said, Do any of my
14   Facebook friends know anybody
15   Jewish in Omaha?  All right?
16   Because as Jews, we kind of find
17   it interesting when we find Jews
18   in different places.  Okay?  And I
19   don't know what it is about it.
20   It's like, Oh, there's a Jew in
21   Boise?  Or I didn't know there
22   were Jews in, you know,
23   Saskatchewan or whatever.  I mean,
24   we -- I don't know what -- what it



Page 6

1  is, but it's been that way.
2      So this one guy responded to
3  me and said, My name's Jeremy, I'm
4  Jewish, and I live in Omaha.
5      So I then got him on the
6  phone.  Didn't say what I was
7  looking for.  And I said to him,
8  Do you know the Rich family?
9      And they -- he says, Yes,
10 actually.  I know them.  They go
11 to my shul.
12     And I said, Is there any
13 chance you could set up a phone
14 call because I have something I
15 wanted to communicate to them.
16     This is my involvement.
17 There was no other involvement
18 whatsoever in terms of my
19 interest.  I'm just communicating
20 some information that was shared
21 with me from somebody.  Okay? I
22 don't know if it's relevant or
23 not.
24     So I got them on the phone

Page 7

1  and I shared with them the
2  information that this man had
3  wanted them to know.  And what I
4  told them was that I was told that
5  your sons downloaded the e-mails
6  from the DNC server and sold them
7  to WikiLeaks.
8      And Mr. Rich said -- and I
9  didn't see him.  It was over the
10 phone.  He's like, Ed, we already
11 know that.  That's not new
12 information to us.
13     I said, Oh.  I had no idea.
14 I thought this might have been
15 helpful.  That's why I felt a need
16 to share it with you.
17     He says, Ed, we know what
18 our sons did.  What we want to do
19 is focus on who murdered our sons.
20 Those were the exact words.  We
21 don't want to talk about
22 WikiLeaks.  We don't want to talk
23 about the DNC and e-mails.  None
24 of that.  We want to focus on who

Page 8

1  murdered our son.  That's what
2  matters to us.  What's happened in
3  the past is in the past.
4      Then we spoke for the rest
5  of the time about being in Omaha.
6  I go to Omaha from time to time.
7  They come to Dallas.  We played a
8  little what we call "Jewish
9  geography," who knows who.
10     And towards the end of the
11 phone call Mrs. Rich said, If you
12 ever learn anything, please let us
13 know.
14     And I'll always remember I'm
15 thinking, How am I gonna learn
16 anything in Dallas, Texas?  Okay?
17 How is that gonna occur?  It's
18 just not going to.
19     I said, Mr. and Mrs. Rich,
20 if you ever come down here, be
21 happy to, you know, show you
22 around.  You know, I'm sorry what
23 happened to you and -- and, you
24 know, obviously, the information

Page 9

1  that I had you already knew, you
2  already had.  Goodbye.
3      So a couple of days later I
4  was talking to a friend of mine
5  who retired from some intelligence
6  agency, and I was talking to him
7  about him getting this product
8  that a friend of his developed and
9  seeing if there was a way to try
10 to get it into the government, to
11 try to sell it.  And I mentioned
12 to him -- I said, If you ever
13 learn anything about this Seth
14 Rich murder, let me know.
15     Now, this guy lived in
16 Washington.  And, Cassandra, he
17 said, You know what?  As fate
18 would have it, I know somebody who
19 knows a lot about it.
20     I went, Oh.
21     He said, Have you ever heard
22 of a guy named Sy Hersh?
23     I said, No.  I said, I think
24 I heard something about him



Page 10

1  somewhere along the way, but I
2  don't know him.
3        He said, Well, he writes,
4  and he actually has written a lot
5  about this and knows a lot about
6  it but can't get it published by
7  anybody.
8        CASSANDRA FAIRBANKS:  Which
9  is shocking because he's an
10  award-winning journalist.  Like,
11  we really need to make clear that
12  he is a very well-respected,
13  very -- very highly regarded
14  journalist.
15        ED BUTOWSKY:  Well, I've
16  learned that since.
17        CASSANDRA FAIRBANKS:  With
18  good sources.
19        ED BUTOWSKY:  I've learned
20  that since.
21        So when he -- and I said --
22  I said, Oh.  Well, if he knows
23  anything, I would absolutely, you
24  know, find it interesting so I

Page 11

1  could tell Mr. and Mrs. Rich and
2  maybe that would help them.  I
3  mean, like, wow.  What are the
4  chances.
5        And a lot of this is what
6  are the chances.  Okay?  You know,
7  if I ever write a story about
8  this, what are the chances?  Well,
9  this stuff happens in my life.
10  All right.
11        Two days later I get a phone
12  call.  Ed Butowsky?  This is how
13  he talks.
14        I go, Yeah.
15        He goes, It's Seymour Hersh.
16        I'm like, Oh.
17        And he just starts talking.
18  And this guy talks as fast as
19  anybody I've ever heard in my
20  life.  And my kids had just taught
21  me how to do Voice Memos on my
22  iPad.  And I thought, I cannot
23  keep writing -- and I have
24  terrible handwriting anyway.  And

Page 12

1  so I thought, All right.  I'm
2  gonna -- six minutes in I just
3  thought -- I hit Voice Memo.
4        And he's talking.  All
5  right?  And I'm kind of listening.
6  And he's saying a lot of
7  outrageous things.  He's using a
8  lot of bad language and -- about a
9  lot of people like Clapper and
10  Brennan and he's saying a lot of
11  things.
12        But when it was done I said,
13  Thank you.  Goodbye.  And that was
14  the end of the conversation.
15        I took that memo and I sent
16  it over to the Rich family.  I
17  said, Please confirm when you get
18  this.  Maybe this will be helpful.
19  That was it.
20        CASSANDRA FAIRBANKS:  Right.
21        ED BUTOWSKY:  Okay?  They --
22  they respond, Got it.  Okay.
23        CASSANDRA FAIRBANKS:  And on
24  that audio, which, you know,

Page 13

1  we've -- I have written about
2  before, he says that, you know,
3  the FBI did, in fact, have his
4  e-mails or did have his laptop
5  that had the e-mails on it and all
6  this stuff.  Right?  Like, he --
7  he lays it all out that --
8        ED BUTOWSKY:  Anybody can
9  go -- and I know this is on, you
10  know, your website --
11        CASSANDRA FAIRBANKS:  Right.
12        ED BUTOWSKY:  -- but you can
13  go to a website called
14  DebunkingRodWheelersClaims.com.
15  And somebody has taken a lot of
16  information and put it up there.
17  And you can hear the audio
18  recording that I -- that I taped.
19  Now, I did cut out a lot of things
20  in that recording where he goes on
21  tangents and says some terrible
22  things about people, but
23  everything else there is exactly
24  his words.



Page 14

1        But let me -- let me focus
2    in on this one point.
3        After the Riches got this,
4    okay, they said, Got it.  I didn't
5    hear from them for about three or
6    four weeks.
7        CASSANDRA FAIRBANKS:  Was
8    this before or after the DNC hired
9    a spokesperson for them?  Do you
10   know?
11       ED BUTOWSKY:  I have no
12   idea.
13       CASSANDRA FAIRBANKS:  Okay.
14       ED BUTOWSKY:  I have no
15   idea.  But as I'm developing, you
16   know, this relationship -- because
17   I'm thinking, Wow.  Here I got
18   something that might help these
19   people.  Okay?  Because it said in
20   there that all this information
21   was at the FBI, and the Riches had
22   told me that the Washington police
23   weren't helping them at all.  The
24   Metro police had shut down the

Page 15

1    investigation.
2        I felt terrible.  These
3    people -- their son was murdered.
4    All right?  No one's helping them
5    find out who murdered their son.
6    I mean, how tragic can this be?
7    So I'm helping these people.  This
8    is all I'm doing.  And Sy Hersh
9    happened to have come into my life
10   and I taped it, never thinking for
11   a moment what would transpire and
12   what this thing would build into.
13       But let's continue.
14       After about two and a half
15   weeks I never heard from the
16   Riches.  And I don't really care,
17   but it kind of -- in me -- in my
18   mind I thought it was kind of
19   rude, quite frankly.  All right?
20   Because I sent them something --
21   here's a guy in Dallas who doesn't
22   know them at all.  I sent them
23   something.  I never heard -- I
24   didn't hear another word from

Page 16

1    them.
2        I just kind of thought about
3    it.  So I got ahold of Mr. Rich
4    and I said, Was that helpful?  You
5    know, sort of like, Hey.  Hey.
6    Guess what.  I did you something
7    really nice.  How about a Thank
8    you very much, Ed, or Ed, help me
9    with this, or anything.  Nothing
10   from Mr. Rich.  And I thought that
11   was rude.  So that's why I called
12   him.
13       He said, Yeah, Ed.  Ed,
14   we've been busy.  Blah-blah-blah.
15   He acted kind of -- kind of
16   strange at that point.
17       I said, Okay.  I said, I
18   gotta just ask you a question.
19   Why don't you hire a private
20   detective?
21       And he said, Well, we would
22   love to.  We would absolutely love
23   to hire a private detective, but
24   we can't afford one.

Page 17

1        And this is when, you know,
2    you hope somebody would have said
3    no, but this is when they said
4    yes.
5        I said, I'll pay for it.
6        And you know what?  They
7    said, Thank you.
8        And I thought, Well, these
9    people just said thank you.  How
10   much is a private detective?  I
11   mean, this thing just kept
12   building and building.  I went --
13   I'm like, What is -- how much is a
14   private detective?  And I'm
15   thinking to myself, I don't even
16   know how to find a private
17   detective.
18       So I reached out to people
19   and found out that a private
20   detective in Washington DC is 150
21   to $250 an hour.  I'm not gonna
22   pay that much.  So I kept looking.
23   I was hoping to find, like, some
24   private detective, like, you know,



Page 18

1   who's just kind of retired, wanted
2   to do something for free.  And
3   then someone recommended a guy who
4   appeared on Fox -- seemed like a
5   nice guy -- named Rod Wheeler.
6       And through a series of
7   communications, I got with Rod,
8   introduced Rod to the Rich family.
9   Mr. and Mrs. Rich and Aaron, the
10  brother, okay, of Seth Rich
11  interviewed him over a 14-day
12  period.  They came to an
13  agreement.  And the agreement was
14  that Rod was hired -- and he had
15  certain contingencies, Rod did.  I
16  never saw the contract.
17      Rod had sent them a contract
18  to begin with, and Mr. and
19  Mrs. Rich created a new contract
20  along with Aaron.  Didn't know
21  what it said.  Okay?  I did get
22  sent it later on, but I wasn't a
23  party to it.  All it said in there
24  was a third party named Ed

Page 19

1   Butowsky will pay the bill.
2       And you know what?  I will
3   pay the bill.  All right?  I said
4   I would do it, and I would do it.
5   And I initiated -- I started off
6   by giving Rod Wheeler $5,000.  He
7   was, you know, in some financial,
8   you know -- you know, condition
9   where he needed some money.
10      Rod -- and I do want to take
11  a moment -- did a very good job of
12  doing investigation.  I mean, I
13  don't know what a bad job looks
14  like.  I don't know what a good
15  job --
16      CASSANDRA FAIRBANKS:  I read
17  his notes and they're fantastic.
18      ED BUTOWSKY:  I mean, I -- I
19  think the guy did a really good
20  job.
21      CASSANDRA FAIRBANKS:  Yeah.
22      ED BUTOWSKY:  But -- but
23  then towards the end, which I'm
24  sure we'll get to, Rod just had a

Page 20

1   little problem with telling the
2   truth about a few things.  But I
3   think Rod did a -- a fine job.
4   And he's a really nice guy.  Even
5   to this day, he's -- he's a guy
6   I'd grab a beer with and have a --
7   you know, go to a game with.  He's
8   a really nice guy.
9       CASSANDRA FAIRBANKS:
10  Really?  After all this.
11      ED BUTOWSKY:  You know what?
12  Yeah.  I -- he really is a good --
13  he's a nice guy.  He's done some
14  schmucky things, but he -- but
15  he's a nice guy.
16      CASSANDRA FAIRBANKS:  Sure.
17      ED BUTOWSKY:  But the -- but
18  the point of this whole thing is,
19  is that every effort, every move
20  made, was to help the Rich family
21  find out who murdered their son.
22      CASSANDRA FAIRBANKS:  Right.
23      ED BUTOWSKY:  After I
24  agreed, Cassandra, to pay the

Page 21

1   bill, I -- the only times that I
2   would really get involved for the
3   most part is, I would call Rod up
4   and talk with Rod two reasons.  He
5   was trying to find a job and kept
6   asking me to get him a job at the
7   White House.  He said, Can you get
8   me a job at the State Department?
9   Not State Department.  Excuse me.
10  The Department of Treasury --
11  Justice Department.  Excuse me.
12  The Justice Department.  Although
13  Rod would have taken a job just
14  about anywhere.  Okay?
15      And you know what?  I'm
16  trying to help him out.  I
17  actually tried helping him build a
18  business by talking to him about
19  how he could do investigations for
20  venture capital firms.  Okay?  And
21  when they make investments in
22  companies, they need really good
23  investigators.
24      So I made introductions and



6  (Pages 18 to 21)

Page 22

1  gave him a list of 35,000 venture
2  capital firms.  I'm helping the
3  guy.
4          CASSANDRA FAIRBANKS:  Right.
5          ED BUTOWSKY:  Okay?
6          CASSANDRA FAIRBANKS:  So did
7  you keep in touch with the Rich
8  family during this?
9          ED BUTOWSKY:  Yes.  So Mr.
10  and Mrs. Rich -- very nice people.
11  And they're trying to find out,
12  you know, who murdered their son.
13  At the same time they had a couple
14  of characters in their life.  Now,
15  Brad Bauman and the family have
16  become close.  Okay?
17          CASSANDRA FAIRBANKS:  Right.
18          ED BUTOWSKY:  Brad Bauman is
19  not one of my favorite people.
20          CASSANDRA FAIRBANKS:  Can
21  you explain who Brad Bauman is --
22          ED BUTOWSKY:  Yeah.
23          CASSANDRA FAIRBANKS:  --
24  just for anybody watching

Page 23

1  (indiscernible).
2          ED BUTOWSKY:  Sure.  Brad
3  Bauman works for a company called
4  the Post -- Postheriamus
5  [phonetic] Group.  Something --
6  some name like that.
7          CASSANDRA FAIRBANKS:  I
8  don't have it written in front of
9  me.
10          ED BUTOWSKY:  Yeah.  I -- I
11  just don't remember the name of
12  it.  But it's in Washington and he
13  is a crisis management public
14  relation person for the DNC.  And
15  I remember Mr. Rich saying to me,
16  Who is this guy?  He showed up one
17  day and said he was assigned to me
18  by the DNC.
19          Now, why would the DNC
20  assign somebody?  I have no idea.
21          And there was another guy
22  named Burkman who was putting up
23  some money, and Mr. Rich asked me
24  ask him to go away.  All right?

Page 24

1  Now, I think he has a podcast or
2  some show --
3          CASSANDRA FAIRBANKS:  Well,
4  Burkman just got assaulted a
5  couple of days ago for the second
6  time while he was trying to get
7  source files.  He's --
8          ED BUTOWSKY:  Oh.
9          CASSANDRA FAIRBANKS:  --
10  actually a lobbyist who put up a
11  reward for information regarding
12  the case.
13          ED BUTOWSKY:  Okay.  And --
14  and I -- I don't know anything
15  about that.  But he asked me -- I
16  guess I should check out Brad
17  Bauman.  But --
18          CASSANDRA FAIRBANKS:
19  Burkman.  Yeah.
20          ED BUTOWSKY:  Yeah.  But
21  maybe Bauman and Burkman know each
22  other.  I had no idea who these
23  characters are.  Okay?
24          CASSANDRA FAIRBANKS:  Right.

Page 25

1          ED BUTOWSKY:  All I know is
2  that Mr. Rich and I developed a
3  relationship.  I donated some
4  money to some charity that he
5  wanted me to put money towards
6  because Seth really liked camps --
7  summer camps and they were naming
8  something for his son.
9          And I would call from time
10  to time because I did ask Rod, How
11  much are you charging an hour?  He
12  would never tell me.  And, look,
13  if someone's charging per hour,
14  you kind of want to know when
15  they're are working.  All right?
16          It's like a lawyer.  I can't
17  stand legal bills.  And they'll
18  say, Oh, yeah.  I had to do
19  research.
20          I'm like, Well, you're a
21  lawyer.  You should already know
22  this stuff.
23          CASSANDRA FAIRBANKS:  Right?
24          ED BUTOWSKY:  This is the



Page 26

1    way I think.  But I always want to
2    know if I'm being charged -- if
3    I'm being charged on an hourly
4    basis, Cassandra, I absolutely
5    want to know what I'm being
6    charged.  So I would call Rod from
7    time to time on that.
8        Now, there were some other
9    little things I got involved with
10   because Rod had met Malia
11   Zimmerman.  He was introduced to
12   Malia Zimmerman not by me but by
13   Adam Housley at Fox News.
14       There's a mis -- there's a
15   story out there that somehow I
16   coordinated Rod Wheeler with
17   Malia.  And that's not true.  Adam
18   Housley, who's a veteran at Fox
19   News and a friend of mine, and Rod
20   Wheeler have known each other for
21   many, many years.  And Rod put --
22   or excuse me.  Adam put Rod with
23   Malia because Malia had been
24   looking into the Seth Rich story

Page 27

1    to write on it.
2        CASSANDRA FAIRBANKS:  Okay.
3    So before we jump into the Fox
4    News story, a lawyer from Chicago
5    who's now representing the Seth
6    Rich family actually sent a letter
7    demanding a retraction from The
8    Gateway Pundit when we reported on
9    your conversation that you said
10   you had with Mr. Rich.  He said
11   that it was false, reckless, and
12   defamatory to say that Seth or
13   Aaron were ever involved with
14   WikiLeaks.
15       Do you -- why do you think
16   that he -- he's denying it so
17   strongly?
18       ED BUTOWSKY:  Well, one of
19   the things -- why -- why do I
20   believe that the Rich family is
21   denying that their sons were
22   involved with the e-mails and
23   WikiLeaks and so on?
24       CASSANDRA FAIRBANKS:  Yes.

Page 28

1        ED BUTOWSKY:  Because --
2        CASSANDRA FAIRBANKS:  Did
3    they ever say or...
4        ED BUTOWSKY:  Well, yes.  We
5    talked about it.  They don't want
6    their son's name to be associated
7    with being the people
8    responsible -- or the person
9    responsible for getting Donald
10   Trump elected.  In addition -- I
11   was not told this.  I was told
12   what I just said to you by
13   Mr. Rich.
14       But what I was not told,
15   which I surmised, is that maybe
16   they're a little afraid that if
17   Seth was murdered and if Seth's
18   murder was related to him
19   downloading the e-mails from the
20   DNC server on a $56 Western
21   Digital hard drive -- okay.
22       CASSANDRA FAIRBANKS:  It
23   was?
24       ED BUTOWSKY:  Yes.  If that

Page 29

1    happened -- and he put it in
2    Dropbox, by the way -- that maybe
3    Aaron's life is at risk because of
4    the relationship between what they
5    did together.  I don't even know
6    what they did together.  I'm not a
7    computer person.
8        CASSANDRA FAIRBANKS:  The --
9    the WikiLeaks e-mails came out 12
10   days after his murder.  Do you
11   know what happened with this
12   $56 --
13       ED BUTOWSKY:  No.  I don't
14   know.
15       CASSANDRA FAIRBANKS:  Okay.
16       ED BUTOWSKY:  No.  And
17   again, remember, I don't really
18   have -- I've never had, like, an
19   interest in it.  I'm a money
20   manager -- okay? -- who just kind
21   of found his way into this by
22   being, quite frankly, a nice guy.
23   These lawsuits, which we'll get
24   to, tried to paint a really



Page 30

1  strange story.  And if anybody
2  ever took the time to listen to
3  what these lawsuits said and
4  believe this stuff, they've got to
5  go on some kind of medication.
6      CASSANDRA FAIRBANKS:  Right.
7      ED BUTOWSKY:  These -- these
8  lawsuits are ridiculous.
9      CASSANDRA FAIRBANKS:  So in
10  Malia Zimmerman's report, which is
11  now the -- the center of another
12  lawsuit --
13      ED BUTOWSKY:  Um-hm.
14      CASSANDRA FAIRBANKS:  -- she
15  said that there -- she cited a
16  second source that was a federal
17  investigator and didn't claim that
18  her entire reporting was based on
19  Wheeler.  Do you know anything
20  about the second source and do you
21  think that it is fair for Fox News
22  to pull her reporting when she had
23  multiple sources confirming the
24  same fact?

Page 31

1      ED BUTOWSKY:  So let me --
2  let me tell you -- let me answer
3  that question this way:  Rod
4  Wheeler read the story and saw
5  this quote:  "I saw the e-mails
6  between Seth Rich and
7  WikiLeaks" -- or something along
8  those lines -- "said a federal
9  investigator."
10      Rod Wheeler -- he told me
11  this on the phone -- he said, Ed,
12  I blew it.  I thought that was
13  referencing me.
14      He thought that quote was
15  attributed to him.  And he had
16  gone on CNN and said, Fox
17  misquoted me.
18      Fox didn't misquote him.  He
19  just read it wrong.  He thought he
20  was the federal investigator she
21  was referencing.  He screwed up.
22  We all screw up.  Rod Wheeler
23  screwed up.  The quotes that are
24  in these lawsuits that he says he

Page 32

1  never said, he actually typed them
2  himself.
3      CASSANDRA FAIRBANKS:  Right.
4      ED BUTOWSKY:  He wrote them
5  and said them on television.  And
6  anybody who wants to look at these
7  suits and really look into the
8  kind of nonsense that were being
9  fed through these lawsuits -- read
10  it.  I mean, here I am being
11  sued -- I'm talking to you.  Any
12  lawyer's going, Oh, my God.  I
13  can't believe he's talking on
14  camera about this.
15      CASSANDRA FAIRBANKS:  Right.
16      ED BUTOWSKY:  Right?  The
17  truth is really simple.  I'm not
18  afraid about the truth.  The truth
19  is what I'm telling you.  The guy
20  typed the quotes.  Okay?
21      CASSANDRA FAIRBANKS:  Do you
22  know anything about the second
23  source that you can say or no?
24      ED BUTOWSKY:  You'd have to

Page 33

1  talk to Malia Zimmerman about her
2  sources.
3      CASSANDRA FAIRBANKS:  Okay.
4  So --
5      ED BUTOWSKY:  But I want to
6  make sure I got this point across.
7  Rod Wheeler said the quotes that
8  he said he didn't say --
9      CASSANDRA FAIRBANKS:  All of
10  which are online.
11      ED BUTOWSKY:  -- before the
12  article went out.  He said it the
13  night before.  He said it days
14  later.  He wrote the actual quotes
15  that he said were not his quotes.
16      CASSANDRA FAIRBANKS:  Right.
17      ED BUTOWSKY:  And then he
18  brings a lawsuit saying he was
19  defamed.
20      CASSANDRA FAIRBANKS:  And I
21  actually have a lot of these text
22  message exchanges and e-mail
23  exchanges, and I will include them
24  in the report that goes on with



Page 34

1    this.
2         ED BUTOWSKY:  Please do.  I
3    mean, this is how insane this
4    thing is.
5         CASSANDRA FAIRBANKS:
6    Because they are really -- really
7    legitimately word-for-word and --
8         ED BUTOWSKY:  Right.
9         CASSANDRA FAIRBANKS:  -- and
10   now Malia Zimmerman has had her
11   report yanked and has been smeared
12   all over the media --
13        ED BUTOWSKY:  Yup.
14        CASSANDRA FAIRBANKS:  --
15   saying that she made up the story
16   and, you know, every liberal media
17   outlet has used this to -- has
18   used Fox's retraction as a way to
19   attack any media that reports on
20   Seth Rich.
21        ED BUTOWSKY:  Yeah.
22        CASSANDRA FAIRBANKS:  But
23   Fox News probably shouldn't have
24   even pulled that report because

Page 35

1    everything that she quoted Wheeler
2    saying is recorded.
3         ED BUTOWSKY:  You know what?
4    You know what it is?  I gotta tell
5    you, Cassandra.  Your industry is
6    really tough.  Reporting is hard.
7    But there should be -- I'm gonna
8    use brotherhood, sisterhood --
9    there should be some sort of a
10   collaboration between all people
11   in the media.  And really look at
12   what happened to Malia Zimmerman.
13        Malia Zimmerman is one of
14   the hardest working, most honest
15   reporters.  As a matter of fact,
16   she wouldn't go with the story --
17   she had the story for a month and
18   a half and held on to it until she
19   got her second.  And she wouldn't
20   go with any of Rod Wheeler's
21   quotes until he confirmed them
22   over and over and over again.
23   Okay?
24        CASSANDRA FAIRBANKS:  Right.

Page 36

1    Because I've -- I personally read
2    those text message exchanges and
3    she sent him a draft.
4         ED BUTOWSKY:  That's right.
5         CASSANDRA FAIRBANKS:  She
6    sent him a full draft of what
7    ultimately was published and said,
8    Is this correct?  Is there
9    anything that is wrong?
10        ED BUTOWSKY:  That's right.
11        CASSANDRA FAIRBANKS:  And he
12   said, No.  And, by the way, can
13   you please add that I -- you
14   know --
15        ED BUTOWSKY:  Believe that
16   the e-mails lie on a server
17   somewhere --
18        CASSANDRA FAIRBANKS:  I
19   actually --
20        ED BUTOWSKY:  -- in
21   blah-blah in the FBI.
22        CASSANDRA FAIRBANKS:  Yeah.
23        ED BUTOWSKY:  So Rod
24   Wheeler -- all those things --

Page 37

1    anybody who takes the time to look
2    at it can see --
3         CASSANDRA FAIRBANKS:  I have
4    it right here.  He said --
5         ED BUTOWSKY:  Okay.
6         CASSANDRA FAIRBANKS:  --
7    Malia, you can add that I do
8    strongly believe that the answer
9    as to who murdered Seth sits on
10   his -- sits on his computer on a
11   shelf at the DC police or FBI
12   headquarters, exclamation point.
13        And she said, Okay.  I'll
14   add it.
15        ED BUTOWSKY:  And you can go
16   to DebunkingRodWheelersClaims.com.
17   Or actually, you know what you
18   should do?  Take those from
19   DebunkingRodWheelersClaims if you
20   can get ahold of them, and put
21   them up on your site.
22        CASSANDRA FAIRBANKS:  Yeah.
23   I have all of that.
24        ED BUTOWSKY:  People don't



Page 38

1  understand that Malia Zimmerman
2  did great work.
3      CASSANDRA FAIRBANKS:  Right.
4      ED BUTOWSKY:  She's a great
5  person.  She didn't do anything
6  wrong.
7      CASSANDRA FAIRBANKS:  She's
8  going through pretty much what
9  Julian Assange is going through.
10  You know, there is a very
11  tight-knit group in the media
12  and -- amongst journalists, but
13  once you're excluded from it, if
14  you're not telling the right
15  narrative, then you're on the outs
16  and they're not --
17      ED BUTOWSKY:  Yeah.
18      CASSANDRA FAIRBANKS:  --
19  defending your free press.
20      ED BUTOWSKY:  But I can't
21  let you -- I can --
22      CASSANDRA FAIRBANKS:  I'm
23  sorry.
24      ED BUTOWSKY:  I don't know

Page 39

1  if Malia would like to be --
2      CASSANDRA FAIRBANKS:  I'm
3  ranting right now, but --
4      ED BUTOWSKY:  Yeah.  Let's
5  just put that aside, Malia and
6  Julian Assange.
7      CASSANDRA FAIRBANKS:  --
8  I'm -- I'm just trying to say
9  that -- that there is -- there is
10  camaraderie in the media.  But if
11  you're not telling the story that
12  they want, then your --
13      ED BUTOWSKY:  That's right.
14      CASSANDRA FAIRBANKS:  --
15  your freedom of press and your
16  freedom of speech doesn't matter
17  anymore.
18      ED BUTOWSKY:  Yeah.  And
19  Malia Zimmerman, her story -- I do
20  not know why that story was taken
21  down.  And when it was taken down
22  after they figured out what Rod
23  Wheeler had messed up, that story
24  should be reposted.  You should

Page 40

1  start a, you know, put the story
2  back up.
3      CASSANDRA FAIRBANKS:  I
4  actually -- I wrote an article
5  demanding that they put the story
6  back up before.
7      ED BUTOWSKY:  Well, it's --
8  the story should be put back up
9  because nobody knows this -- I --
10  I don't know anything wrong with
11  that story.
12      So once that story came out,
13  every -- you know, everybody just
14  went, Oh, the story's discredited.
15  Malia Zimmerman this, that.  Malia
16  then, you know, was -- you know,
17  here she is put on hold or not
18  able to work and not able to write
19  stories.  What did she do wrong.
20      CASSANDRA FAIRBANKS:  Right.
21      ED BUTOWSKY:  Right?  And --
22  so please, carry on.
23      CASSANDRA FAIRBANKS:  So --
24  now, after the story was retracted

Page 41

1  and everybody was forced to -- to
2  apologize, even though it wasn't
3  really clear what was actually
4  wrong and it was this big mess,
5  Wheeler actually joined a class
6  action lawsuit against Fox and
7  against you.  Can you explain a
8  little bit about why?
9      ED BUTOWSKY:  Yeah.  So --
10  so this is -- this is, like, gets
11  into that -- you know, if we can
12  add music like do-do-do-do.  Like,
13  this is when things just get more
14  bizarre.
15      So Rod Wheeler had called me
16  because he wanted to sue a lady
17  named Marina Marraco, which we
18  haven't talked about.  But Marina
19  Marraco had taken Malia's story
20  and -- and had promised Rod
21  apparently -- this is what Rod had
22  said -- that she wouldn't use the
23  story and wouldn't do anything
24  with the story except tease it.



1  Okay?
2      CASSANDRA FAIRBANKS:  She
3  was the local Fox --
4      ED BUTOWSKY:  Local Fox 5
5  reporter.  And he asked me to get
6  him an attorney.  So I made a
7  recommendation for an attorney.
8  All right?  And -- not that I
9  supported his case, but he was,
10 Hey, do you know an attorney?
11     And I said, Here are a
12 couple of names.
13     And then about two weeks
14 later I call him up and I say,
15 Hey, did you get ahold of one of
16 those people?
17     And he said, Ed, I found me
18 another lawyer who's gonna give me
19 $4 million.
20     And I said, Rod, why would
21 anyone give you $4 million?  I
22 mean, what in the world did you do
23 to deserve $4 million?  From who?
24     He says, You'll see.  He

1  said, You're not gonna like it,
2  but you'll see.
3      And I thought, Okay.
4      Never talked to Rod Wheeler
5  again.
6      Then in the middle of June I
7  get an e-mail from a lawyer named
8  Wigdor.  At first I was like, I
9  can't -- I was like, Who's this?
10 It said, We are asking you to
11 retain copies of all of your
12 e-mails between you and Sean
13 Spicer, Steve Bannon, and the
14 President of the United States.
15     And I wrote back.  I said,
16 Okay.  Please ask Rod Wheeler --
17 because it said it was a
18 preparation of a lawsuit Rod
19 Wheeler against me.  And I said,
20 Well, you tell Rod Wheeler to keep
21 all his between him and Vladimir
22 Putin, Kim Jong-Il -- I think
23 that's how you say his name -- and
24 Barack Obama.  I said -- I just

1  thought this was a complete joke.
2      And then I found out what
3  was happening.  So this is what
4  happened.  And this is about the
5  lawsuit.  August 1st.  And it's
6  really important to understand
7  this, Cassandra.
8      Fox News was trying to buy
9  Sky News.  Sky News -- when you're
10 in Europe it's -- you know, you
11 see it everywhere, and it's a news
12 agency.  I don't know if it's a
13 conservative news agency, but it's
14 a news agency and you see it a lot
15 of times all over Europe.
16     CASSANDRA FAIRBANKS:  Right.
17     ED BUTOWSKY:  Had lots of
18 up-side potential.  Okay?  And Fox
19 had already bought, from what I
20 understand, 30 percent of the
21 company and wanted to buy the
22 other 70 percent, but Parliament
23 was staying in the way of this
24 occurring.  Said, You're not gonna

1  be able to buy this until Fox
2  cleans up its act.
3      Wigdor had been going over
4  to Europe and telling people --
5  anybody should go Google this.
6  Okay?  You know, you want to
7  question what's coming out of my
8  mouth, go Google this.
9      Wigdor was going overseas
10 and encouraging people at
11 Parliament to not sell the other
12 remaining portion to Fox because
13 of these -- because of their
14 indiscretions and what a bad group
15 of people at Fox.
16     Let me tell you, Fox News --
17 and I want to make this very
18 clear -- hard working, good
19 people.  Their stories are -- you
20 know, they can't go with a story
21 unless it's really, really checked
22 out.  And they've got a great news
23 agency, a great news department,
24 and really great people there.



Page 46

1 And about 70 percent of the
2 people, Cassandra, that work there
3 are Democrats. People don't
4 believe that. It's unreal.
5 People just don't understand --
6     CASSANDRA FAIRBANKS: I
7 believe it.
8     ED BUTOWSKY: -- the truth
9 behind some of these companies.
10 Fox News is a great place. But
11 this guy Wigdor has these lawsuits
12 of Fox employees saying there's
13 race discrimination, there's sex
14 discrimination. And if Fox didn't
15 buy the other 70 percent, they'd
16 have to pay Sky News $270 million.
17     CASSANDRA FAIRBANKS: Right.
18     ED BUTOWSKY: Now, this is
19 where it gets real interesting,
20 and it's really important to
21 understand. Wigdor went to the
22 DLA Piper attorney representing
23 Fox and said, Give me $60 million
24 and I will drop all the cases. We

Page 47

1 won't try any of them. Which I
2 think is terrible for the people
3 who have cases. Right? I don't
4 know if the cases are real, not
5 real, but some -- for them to put
6 their name on a piece of paper and
7 say, I'm suing my employer,
8 they've got to feel like there's
9 something there and they deserve
10 their day in court.
11     But Wigdor, he wasn't gonna
12 do that. He said, We're not gonna
13 try any of these cases. You give
14 me 60 million. Where do you think
15 4 million might have gone? He
16 would take about 24 million, if
17 history told us anything, and the
18 rest would be split between those
19 people. And then Fox can go buy
20 the rest of Sky News.
21     CASSANDRA FAIRBANKS: Right.
22     ED BUTOWSKY: Well, the DLA
23 Piper attorney looked at him and
24 said -- his exact words, from what

Page 48

1 I heard from someone who was
2 there was, You're a terrorist.
3 And he told that to Wigdor.
4     Wigdor said, I guess I'll
5 file this crazy lawsuit that I
6 have.
7     CASSANDRA FAIRBANKS: Right.
8     ED BUTOWSKY: And the crazy
9 lawsuit was filed August 1st.
10     CASSANDRA FAIRBANKS: So how
11 did -- how did you end up wrapped
12 up in this? If he's -- I mean,
13 he's trying to possibly prevent a
14 Sky News merger --
15     ED BUTOWSKY: Right.
16     CASSANDRA FAIRBANKS: --
17 what does that have to do with you
18 who's --
19     ED BUTOWSKY: Yeah. Like
20 how --
21     CASSANDRA FAIRBANKS: -- in
22 Dallas and doesn't work for Fox?
23     ED BUTOWSKY: Why is Ed
24 Butowsky -- yeah. Why is Ed

Page 49

1 Butowsky, who, by the way, doesn't
2 work for Fox, okay, has or had a
3 lot of friends at Fox, okay --
4 they don't talk to me anymore.
5 All right? Hopefully I'll be able
6 to talk to them one day, okay,
7 because there's a lot of great
8 people there. And how did I get
9 involved?
10     I don't have any idea.
11 Except a story that was dreamt up.
12 And here's the story. This is
13 what the lawsuit wants you to
14 believe. And this is what made
15 headlines all over the world. And
16 this is what Mr. and Mrs. Rich's
17 lawsuit is related to. Okay?
18 Because a lot of stuff in their
19 lawsuit came from this lawsuit.
20 So think about this.
21     The lawsuit says that
22 President Trump was getting very
23 nervous about his collusion with
24 Vladimir Putin and breaking into



1  the DNC server.  All right?  So
2  they decided that they needed some
3  help to create a diversion from
4  that issue.
5      Now, it's already been
6  proven there was no -- there was
7  no collusion between Trump and
8  Vladimir Putin.
9      CASSANDRA FAIRBANKS:  Yeah.
10  But we're the conspiracy
11  theorists.  Right?
12      ED BUTOWSKY:  Well -- but
13  let me -- let me finish this point
14  because I think it's a very
15  important point.
16      It's already been proven
17  that there's never -- there's no
18  collusion between any of that.
19  But the lawsuit wants you to
20  believe that Vladimir Putin and
21  President Trump decided to call Ed
22  Butowsky in Dallas to create a
23  diversion from their Russian
24  hacking problem.

1      I -- Cassandra, I can't even
2  do one PowerPoint slide.  I don't
3  know how to create -- I don't know
4  any of this stuff.  It's all made
5  up.  I've never met the President
6  of the United States in my life.
7  I've never given him any money.  I
8  was called a Trump supporter, a
9  Trump enthusiast, a huge Trump
10  backer.  All right?  I was called
11  a rich Republican conservative.
12      That cost me a lot of pairs
13  of shoes, by the way, because my
14  wife said, I didn't know we were
15  rich.
16      I said, I don't either -- I
17  didn't know we were rich either.
18      And -- and this happened
19  overnight.  And the idea was,
20  along with that story, is that I
21  then called up the Rich family.  I
22  decided -- this was my plan that I
23  presented to Trump.  I'm going to
24  call up the Riches and I'm going

1  to just harass them.  All right?
2      This is what the story goes.
3  Although it doesn't make any sense
4  and no one can even understand it.
5  And then somehow I would go get
6  Rod Wheeler to go along with this
7  and use him as a pawn.  And then
8  I'd get Fox News to go along with
9  the whole thing.  And I was the
10  mastermind.  I'm the mastermind
11  behind this.  This is what the
12  lawsuit wants you to believe.
13      CASSANDRA FAIRBANKS:  Yeah.
14  And yet we're -- we're the
15  conspiracy theorists.  Right?
16      ED BUTOWSKY:  Well,
17  regardless of -- you know -- you
18  know, you say that.  The point is,
19  is that the focus is how crazy
20  this story is and how many people
21  went along with it, Cassandra.
22  Regardless of this conspiracy or
23  that conspiracy, the facts are
24  this was a complete made-up story

1  that a lawsuit was filed against a
2  private citizen whose life was
3  completely destroyed -- completely
4  destroyed -- over a BS lawsuit
5  that doesn't have a dotted line to
6  the truth.
7      CASSANDRA FAIRBANKS:  Right.
8      ED BUTOWSKY:  And the --
9  what happened after that,
10  Cassandra, besides the death
11  threats, okay, to my family, the
12  vandalism to my home, they had a
13  clock on the internet on how many
14  days until my son got back to
15  Vanderbilt so they could kill him.
16  The crazy people in this country
17  all jumped on this darn story and
18  just assumed it was true.  And it
19  was all about this guy Wigdor
20  making up a BS story.
21      He even went on television
22  the next day, Cassandra, along
23  with Rod Wheeler and said, We
24  don't even know if our story's



Page 54

1    true.
2        And everyone in the world,
3    every media outlet, 377 newspapers
4    I was on the cover of. 266,000
5    negative tweets. Two days in a
6    row I was the number one trending
7    story on Facebook.
8        CASSANDRA FAIRBANKS: Right.
9        ED BUTOWSKY: As a Trump
10   supporter, making up stories,
11   going after the parents of a dead
12   child. All of this stuff because
13   Wigdor and Wheeler made up a story
14   to try to get money from Fox News.
15       CASSANDRA FAIRBANKS: It's
16   insane. What -- how are you gonna
17   fight back against this?
18       ED BUTOWSKY: Yup.
19       CASSANDRA FAIRBANKS: Like,
20   are you gonna just keep fighting?
21   You're not gonna settle, you're
22   not gonna --
23       ED BUTOWSKY: Well, you
24   know, Cassandra, it's very

Page 55

1    difficult. I want to get back to
2    my life. Okay? My life was
3    one -- I have a good life.
4    Beautiful, wonderful wife. Great
5    kids. Thought I had great
6    friends. After this I found out
7    who my real friends were. And I
8    want to sit down next to Stuart
9    Varney on Fox Business and discuss
10   economics. And -- and I miss a
11   lot of what my life was.
12       And some people say, Just
13   let it go. I'm not that kind of
14   person.
15       CASSANDRA FAIRBANKS:
16   (Indiscernible.)
17       ED BUTOWSKY: I'm not gonna
18   sit back -- but, Cassandra, I'm
19   not gonna sit back and let what
20   happened -- just let it go. Just
21   not gonna do it.
22       CASSANDRA FAIRBANKS: Right.
23       ED BUTOWSKY: And I don't
24   know who would. I don't know

Page 56

1    anybody who would endure what I've
2    endured. And now we got a new
3    lawsuit. This lawsuit says -- on
4    an article, by the way, that I
5    didn't write.
6        Let's remember something
7    also. On this one article that
8    Malia Zimmerman wrote, I didn't
9    write it. What's the case against
10   me?
11       CASSANDRA FAIRBANKS: You're
12   not even quoted in it.
13       ED BUTOWSKY: I know I'm not
14   quoted in it. I didn't prepare
15   it. I didn't do anything. And
16   the lawsuit says that I defamed
17   Rod Wheeler.
18       CASSANDRA FAIRBANKS: Right.
19       ED BUTOWSKY: No -- first of
20   all, Rod Wheeler wasn't defamed.
21   Second of all, Rod Wheeler wrote
22   all the quotes himself. Third, I
23   didn't write anything. I didn't
24   say anything.

Page 57

1        This country is out of their
2    minds. People that want to accept
3    this. And they don't want to hear
4    what I have to say. And now the
5    lawsuit with Mr. and Mrs. Rich,
6    what does that say? That -- well,
7    Ed Butowsky didn't write the
8    article, didn't say anything, but
9    apparently I think what it says is
10   that they have emotional stress or
11   distress and that somehow I caused
12   that.
13       CASSANDRA FAIRBANKS: Right.
14       ED BUTOWSKY: I volunteered
15   to pay a bill. I gave them money
16   to help find out who murdered
17   their son. So there's a lot more
18   at work here. There's a lot more
19   going on in this than people know.
20       CASSANDRA FAIRBANKS: Right.
21       ED BUTOWSKY: So am I gonna
22   back away? No. Am I gonna fight
23   Mr. and Mrs. Rich? I'm not. I
24   was brought up better than that.



Page 58

1        CASSANDRA FAIRBANKS:  Right.
2        ED BUTOWSKY:  I mean, what
3    am I gonna do?  Sue Mr. and
4    Mrs. Rich?  How do you do that?
5    So sorry I have to sue you now for
6    saying things that aren't true?
7    So sorry I've got to -- what?  How
8    do you defend yourself against the
9    parents of a boy who was murdered?
10       I mean, they're getting
11   advice from this guy Bauman and
12   these lawyers and none of these
13   people know what the hell they're
14   talking about.  If people care
15   about the truth, what I just said
16   is the truth, and Mr. and
17   Mrs. Rich can do whatever they
18   want to do.  Okay?
19       I don't even know what they
20   want.  Okay?  I just hope they
21   find some way to deal with what
22   they have to deal with.  I wish
23   they would be honest with people
24   because there's a lot of hardship

Page 59

1    in this country and a lot of
2    separation, and some of it has to
3    do with this case.
4        CASSANDRA FAIRBANKS:  Right.
5        ED BUTOWSKY:  But I'm not
6    going to sue Mr. and Mrs. Rich.
7    All right?  They're -- they're
8    actually really nice people.  I
9    know it sounds strange.  So is Rod
10   Wheeler.
11       CASSANDRA FAIRBANKS:  They
12   seem like real good people.
13       ED BUTOWSKY:  Bauman?  Not a
14   nice guy.  But Rod -- Rod -- yeah.
15   Rod's a -- Rod and the Wheelers --
16   I mean, and the Riches, these are
17   good people and there's just a lot
18   of BS stories going on.
19       CASSANDRA FAIRBANKS:  Do you
20   think that they were -- they've
21   been manipulated in any way or do
22   you think that they just really
23   don't believe -- or -- I don't
24   know.  They don't really --

Page 60

1        ED BUTOWSKY:  Well, I think
2    what you're saying is, like, why
3    are the Riches doing that?
4        CASSANDRA FAIRBANKS:  Yeah.
5        ED BUTOWSKY:  I've reached
6    out over and over and over again,
7    sent text messages to Mr. Rich
8    ever since the May 15th article or
9    May 16th article because somehow
10   somebody twisted something and it
11   was actually Bauman saying
12   Butowsky took advantage of the
13   Riches.  It doesn't make no sense
14   at all.
15       CASSANDRA FAIRBANKS:  Right.
16       ED BUTOWSKY:  Okay?  I mean,
17   if you want to be confused, hire
18   this guy Bauman.  I mean, he's
19   pretty good at just confusing
20   things.  Okay?  But Mr. and
21   Mrs. Rich, I didn't do anything to
22   these people and I never would.
23       CASSANDRA FAIRBANKS:  Right.
24       ED BUTOWSKY:  I mean, why --

Page 61

1    why would I?
2        CASSANDRA FAIRBANKS:  Do you
3    have any questions?
4        MALE SPEAKER:  Have you
5    reached out to anyone with
6    WikiLeaks or related to WikiLeaks
7    to --
8        ED BUTOWSKY:  Yeah.  No.
9    Let me -- let me make a point very
10   clear.  I think it's terrible that
11   Seth Rich was murdered.  Okay?  I
12   think it's terrible if anybody
13   gets murdered.  I didn't really
14   get into this for any reason
15   except I shared something and then
16   I thought very privately I was
17   helping somebody out.  I wasn't
18   doing this in the limelight.  I
19   help lots of people out.
20       I mean, I give money to
21   people and -- and I'm out of that
22   game, by the way.  So anyone
23   watching this, don't ask for me
24   money.  I'm done with that stuff.


MAGNA
LEGAL SERVICES

Page 62

1  I'm somewhat done being a nice
2  guy.
3       But I do a lot of things
4  privately.  And that's what it is,
5  it's private.  Okay?  And I kid
6  my -- I tease with my kids that at
7  my funeral there'll be a lot of
8  people coming up telling stories
9  about how I helped their lives.
10      And this is just bizarre.
11 There's nothing else about it.  Do
12 I have an interest in finding out
13 who murdered Seth Rich?  Honestly,
14 no.  I had an interest in paying a
15 bill so a family could find a way
16 to get some comfort.
17      And all the idiots out there
18 that want to write terrible text
19 messages to me, okay?  Go ahead.
20 You know, they write horrible,
21 mean things to my children.  Go
22 ahead.
23      I did -- I will tell you one
24 thing.  I did find one.  I

Page 63

1  confronted a guy in Virginia.  I
2  went to his place where he worked.
3  I might just do a whole thing
4  on -- we should do a whole TV show
5  just on me confronting people who
6  wrote mean things to me.
7       CASSANDRA FAIRBANKS:  I'll
8  chase them down with you.
9       ED BUTOWSKY:  I did.  I went
10 to his store and I said, I'm Ed
11 Butowsky.
12      He's like, Uh, I'll be right
13 back.  And he closed the door and
14 never came back out.
15      You know, people can do
16 whatever they want to do.  I'm not
17 gonna -- you know, I have changed
18 over this.  But the idea embedded
19 in the Wigdor/Wheeler lawsuit and
20 Mr. and Mrs. Rich's lawsuit,
21 they're just pie-in-the-sky stuff.
22      They'll say, Well, why did
23 you send this text message?
24      There was one text message

Page 64

1  that said that the president -- I
2  was kidding around -- and I guess
3  it -- I should be addressed
4  because it's brought -- it comes
5  up all the time.
6       Malia Zimmerman was trying
7  to get ahold of Rod Wheeler to
8  confirm some quotes, ironically.
9  She couldn't get ahold of him.
10 Rod would respond to me probably
11 more often than he did to Malia.
12 I sent him a text message and I
13 said, Hey, Rod.  Hurry up.  Come
14 on.  You gotta do this.  The
15 president's waiting.
16      Because that's how he and I
17 were teasing because he always was
18 asking me about getting him a job.
19 And he said, Ed, when I solve this
20 and it shows that the president
21 didn't do anything with the
22 server, the president's gonna hire
23 me.
24      So that text message was me

Page 65

1  just teasing with him, Come on.
2  The White House is waiting.
3       But what do people want to
4  do?  They want to make up a stupid
5  story and say that the president
6  was involved.
7       CASSANDRA FAIRBANKS:  Right.
8       ED BUTOWSKY:  He wasn't
9  involved with anything.
10      CASSANDRA FAIRBANKS:  I
11 always think about my text
12 messages and my inside jokes and
13 I'm like, Man, if deep state's
14 reading this (indiscernible).
15      ED BUTOWSKY:  Yeah.  I mean,
16 but -- but you --
17      CASSANDRA FAIRBANKS:  But
18 they do.
19      ED BUTOWSKY:  -- don't
20 imagine that's gonna happen.  And
21 I will tell you, you know, I don't
22 know how long Wigdor's law firm is
23 gonna last but -- you know, and
24 how good they're gonna be and what



Page 66

1  they're gonna be, but Disney
2  should sign them up because they
3  can come up with some really neat
4  stories.
5      CASSANDRA FAIRBANKS:  So I
6  know that we were probably going
7  really long right now, but to wrap
8  things up, I know that you said
9  that you don't really have
10  interest in who killed Seth Rich
11  or if he was involved with
12  WikiLeaks or not.
13      ED BUTOWSKY:  No.
14      CASSANDRA FAIRBANKS:  But
15  since you were around all these
16  people who have such intense
17  knowledge about the case, do you
18  personally think that he was the
19  leaker and is there anything that
20  you would hope -- obviously
21  besides naming his source -- that
22  Julian Assange would come out and
23  say that can possibly help fit
24  some puzzle pieces together for

Page 67

1  not only the Rich family but for
2  everybody who's involved in this
3  chaotic mess?
4      ED BUTOWSKY:  Yeah.  I -- I
5  hope the truth comes out one way
6  or the other.  Okay?  Who -- and
7  Mr. and Mrs. Rich and a number of
8  other people know the truth, and
9  they should come forward and just
10  tell the truth.  It's real simple.
11          - - -
12      (End of audio file)
13          - - -
14
15
16
17
18
19
20
21
22
23
24

Page 68

1          CERTIFICATE
2
3
4      I HEREBY CERTIFY that the
5  foregoing was transcribed by me from an
6  audio file to the best of my ability.
7
8
9
       Cindy Parker
10     Dated:  November 12, 2019
11
12
13
14
15     (The foregoing certification
16  of this transcript does not apply to any
17  reproduction of the same by any means,
18  unless under the direct control and/or
19  supervision of the certifying reporter.)
20
21
22
23
24

Page 69

1          LAWYER'S NOTES
2  PAGE   LINE
3  _____ _____  _____
4  _____ _____  _____
5  _____ _____  _____
6  _____ _____  _____
7  _____ _____  _____
8  _____ _____  _____
9  _____ _____  _____
10  _____ _____  _____
11  _____ _____  _____
12  _____ _____  _____
13  _____ _____  _____
14  _____ _____  _____
15  _____ _____  _____
16  _____ _____  _____
17  _____ _____  _____
18  _____ _____  _____
19  _____ _____  _____
20  _____ _____  _____
21  _____ _____  _____
22  _____ _____  _____
23  _____ _____  _____
24  _____ _____  _____



# EXHIBIT 55

| | |
|---|---|
| **From:** | Ed Butowsky |
| **To:** | Defango |
| **Sent:** | 3/5/2018 4:45:10 AM |
| **Subject:** | FW: Stop with the Lies |
| **Attachments:** | StopWithTheLies.pdf; Ed Letter.pdf |

Lerts discuss this email address

---

**From:** Aaron Rich <aaronnathanrich@gmail.com>
**Date:** Friday, January 12, 2018 at 7:59 PM
**To:** ed's gmail <ebutowsky@gmail.com>, ed butowsky <edbutowsky@icloud.com>
**Subject:** Fwd: Stop with the Lies

Mr. Butowsky,

Please see attached letters.

-Aaron Rich

---------- Forwarded message ----------
From: **Aaron Rich** <aaronnathanrich@gmail.com>
Date: Thu, Dec 21, 2017 at 7:54 AM
Subject: Stop with the Lies
To: mattcouch@af-mg.com

Dear Mr. Couch,

I do not know you, and you do not know me or my parents. Unfortunately, you never had the chance to meet my brother Seth. If you had, I know you wouldn't be spreading lies about me, my parents, and my brother on all of your various social media accounts.

For the past few months you and your AFM platform have spread false conspiracy theories about the murder of my brother on Twitter and Periscope, including ridiculous and offensive statements about ways that you say I am involved.  You've said that you're doing this to defend President Trump, though I don't understand what President Trump has to do with me or my family.

It's hard for me to read some of the stuff you've published.  I wonder if you can even imagine what it feels like to have someone say that you helped kill your own brother and cover it up.  You've said repeatedly that I was involved in a plot with Seth to leak documents, that I received money directly into my bank account from Wikileaks, and that I have participated in a cover up including withholding information from investigators.  All of these things would be

CHAVEZ0000408

crimes if they were true. And you report these things without any evidence at all, without care in the world as to whether any of it is actually true.

Let me state this as clearly as I can: your accusations are completely false, and you should be ashamed of yourself for dragging my name through the mud to advance a political cause. I was not involved in any way in a plot to leak documents to Wikileaks, I never leaked documents to Wikileaks or anyone else, I did not receive one penny into any bank account from Wikileaks. In fact, I've never had any contact with anyone from Wikileaks. You say that I threw a chair in a meeting with Donna Brazile at the DNC – not only was I never in any such meeting, I wasn't in DC at the time you claim, and I had zero interactions with Donna Brazile before Seth's murder. I had no involvement with the DNC, the Hillary Clinton campaign, or any work relating to the 2016 election. Finally, contrary to your repeated claims, I have cooperated fully with law enforcement in the investigation into Seth's murder.

Anyone who advances any of the claims I've listed above is lying. That includes Ed Butowsky, who appears to be your main (or only) "source." Given that you regularly talk about the Wheeler lawsuit, you know that Ed has previously admitted to spreading information about my brother that he knew was false, but he urged to have it broadcast anyway in order to defend President Trump against the so-called Russia narrative. Even after one news network was forced to retract its embarrassing coverage of Ed's lies, you have continued to serve as his public mouthpiece. Not only that, you repeatedly have told your viewers that Ed has no incentive to lie, even though you know that Ed has previously been caught lying and admitted his motive for doing so (to protect President Trump).

I ask you to think about your experience as a husband, father, and son, and treat us how you would want to be treated if you had lost a loved one. If your brother was murdered, I wonder how you would feel if some person you had never met started publishing videos claiming to have "evidence" that you had participated in your brother's murder. If you truly were capable of imagining how our family feels, you wouldn't be lying about my brother, family, Seth's friends and co-workers and myself. I see you have claimed that you are the only person who wants to solve Seth's murder! You have even called us evil and that we don't care about solving Seth's murder. That is offensive, and absurd. We have poured more time and energy into trying to solve Seth's murder than you will ever know, only to have those efforts demeaned by people like you and Ed Butowsky.

Meanwhile, you are promoting your own name and your "network" by using me and my family as your props. Your campaign against us has made an excruciating time far worse. We are private people, and every lie you repeat deprives us of the chance to grieve.

Nearly every day, I am forced to deal with the harm your lies have caused me and my family. One recent afternoon, while I was in Washington, D.C., one of your followers on Twitter sent out a Tweet saying that I should be waterboarded. Another called me a sociopath because of your lies. I now fear someone may take action against me or my family because of your lies.

As has been the case since Seth's murder, we are cooperating fully with law enforcement, and we will do anything we can to help them uncover the truth. The way our justice system works is that law enforcement officials investigate crimes – the fact that you have your own conspiracy theories does not entitle you, or any other private citizen, to make false accusations about me or demand that I provide you with information. The notion that my family owes you anything, after the campaign you have launched against us in support of your politics, is ridiculous. It is you who owes us an apology for the hurt you have caused on an almost daily basis over the past months.

If you were a man of decency, you would consider the harm you have caused me and my family, and apologize. But, of course, you've already decided that decency and honesty take a back seat to advancing your personal and political agendas.

Lastly, don't ever call Seth your brother. He has only one brother, and it certainly isn't you.


-Aaron Rich

CHAVEZ0000410

Thursday, December 21, 2017

Dear Mr. Couch,

I do not know you, and you do not know me or my parents. Unfortunately, you never had the chance to meet my brother Seth. If you had, I know you wouldn't be spreading lies about me, my parents, and my brother on all of your various social media accounts.
For the past few months you and your AFM platform have spread false conspiracy theories about the murder of my brother on Twitter and Periscope, including ridiculous and offensive statements about ways that you say I am involved.  You've said that you're doing this to defend President Trump, though I don't understand what President Trump has to do with me or my family.

It's hard for me to read some of the stuff you've published.  I wonder if you can even imagine what it feels like to have someone say that you helped kill your own brother and cover it up. You've said repeatedly that I was involved in a plot with Seth to leak documents, that I received money directly into my bank account from Wikileaks, and that I have participated in a cover up including withholding information from investigators.  All of these things would be crimes if they were true. And you report these things without any evidence at all, without a care in the world as to whether any of it is actually true.

Let me state this as clearly as I can: your accusations are completely false, and you should be ashamed of yourself for dragging my name through the mud to advance a political cause.  I was not involved in any way in a plot to leak documents to Wikileaks, I never leaked documents to Wikileaks or anyone else, I did not receive one penny into any bank account from Wikileaks.  In fact, I've never had any contact with anyone from Wikileaks.  You say that I threw a chair in a meeting with Donna Brazile at the DNC – not only was I never in any such meeting, I wasn't in DC at the time you claim, and I had zero interactions with Donna Brazile before Seth's murder. I had no involvement with the DNC, the Hillary Clinton campaign, or any work relating to the 2016 election. Finally, contrary to your repeated claims, I have cooperated fully with law enforcement in the investigation into Seth's murder.

Anyone who advances any of the claims I've listed above is lying. That includes Ed Butowsky, who appears to be your main (or only) "source." Given that you regularly talk about the Wheeler lawsuit, you know that Ed has previously admitted to spreading information about my brother that he knew was false, but he urged to have it broadcast anyway in order to defend President Trump against the so-called Russia narrative.  Even after one news network was forced to retract its embarrassing coverage of Ed's lies, you have continued to serve as his public mouthpiece. Not only that, you repeatedly have told your viewers that Ed has no incentive to lie, even though you know that Ed has previously been caught lying and admitted his motive for doing so (to protect President Trump).

I ask you to think about your experience as a husband, father, and son, and treat us how you would want to be treated if you had lost a loved one.  If your brother was murdered, I wonder how you would feel if some person you had never met started publishing videos claiming to have "evidence" that you had participated in your brother's murder. If you truly were capable

CHAVEZ0000411

of imagining how our family feels, you wouldn't be lying about my brother, family, Seth's friends and co-workers and myself. I see you have claimed that you are the only person who wants to solve Seth's murder! You have even called us evil and that we don't care about solving Seth's murder. That is offensive, and absurd. We have poured more time and energy into trying to solve Seth's murder than you will ever know, only to have those efforts demeaned by people like you and Ed Butowsky.

Meanwhile, you are promoting your own name and your "network" by using me and my family as your props. Your campaign against us has made an excruciating time far worse. We are private people, and every lie you repeat deprives us of the chance to grieve.

Nearly every day, I am forced to deal with the harm your lies have caused me and my family. One recent afternoon, while I was in Washington, D.C., one of your followers on Twitter sent out a Tweet saying that I should be waterboarded. Another called me a sociopath because of your lies. I now fear someone may take action against me or my family because of your lies.

As has been the case since Seth's murder, we are cooperating fully with law enforcement, and we will do anything we can to help them uncover the truth. The way our justice system works is that law enforcement officials investigate crimes – the fact that you have your own conspiracy theories does not entitle you, or any other private citizen, to make false accusations about me or demand that I provide you with information. The notion that my family owes you anything, after the campaign you have launched against us in support of your politics, is ridiculous. It is you who owes us an apology for the hurt you have caused on an almost daily basis over the past months.

If you were a man of decency, you would consider the harm you have caused me and my family, and apologize. But, of course, you've already decided that decency and honesty take a back seat to advancing your personal and political agendas.

Lastly, don't ever call Seth your brother. He has only one brother, and it certainly isn't you.

Aaron Rich

CHAVEZ0000412

January 12, 2018

Mr. Butowsky,

It is a new year, and I wish that I could say that I was able to enjoy the holidays but I was distracted due you tweeting yet another lie about me.



> **ED BUTOWSKY**
> @Edbutowsky
>
> Wonder how big the level of outrage will be when it is proven that McCabe order the Seth Rich file at the CART division at FBI be closed? McCabe couldn't afford to have EXPOSED that files from DNC were downloaded by Arron and Seth Rich.

You know there is no truth to this claim, or any other one you have made about me having any involvement with the DNC e-mails or Seth's murder. These claims are absolutely false and ridiculous, not to mention painful and harmful for me and my family. I try to live my life as a private person, but every time you Tweet out lies like this about me, it brings unwanted attention, scorn, and ridicule to my personal and professional life.

I didn't receive any money from WikiLeaks. I've never had any contact with WikiLeaks or anyone associated with WikiLeaks. My father never told you "I know what my boys did" or admitted to have any knowledge of any involvement in the DNC hack. Point blank, all these things you are saying are lies – there is no cover up, and you know it. You have fabricated a conspiracy and cover-up, and you've spread it through people like Cassandra Fairbanks and Matt Couch (and his "group" of fellow conspiracy theorists).

I am including with this letter another letter that I sent Mr. Couch via e-mail and certified mail. As of this date, I have received no response. Given my belief that you have been, and remain, the source for all the lies that he spreads about me and my family. I am requesting that you forward on my letter to him.

While you are talking to him, I would ask you to come clean and admit all of the lies you have told about me and my family, so that he will stop harming my reputation with further lies about meetings I did not attend, money I did not receive, and contacts I did not make. I also ask you to publicly retract your false statements that I was involved in Seth's murder, that I took money from Wikileaks, and that I have knowledge of Seth's involvement with Wikileaks (I have no such knowledge). I'd ask you to also publicly apologize for the lies, pain and harm you have caused me and my family. You have already made it painfully obvious that you are focused on pushing your own political agenda rather than attempting to help me or my family deal with Seth's murder.

-Aaron Rich

CHAVEZ0000413

# EXHIBIT 56
# FILED
# UNDER SEAL

# EXHIBIT 57

# Retraction: Aaron Rich and the murder of Seth Rich



*The Washington Times more >*

By Washington Times Staff - - *Sunday, September 30, 2018*

The Washington Times published an op-ed column titled, "More cover-up questions: The curious murder of Seth Rich poses questions that just won't stay under the official rug," by Adm. James Lyons (Ret.) (the "Column"), on March 1 online and on March 2 in its paper editions. The Column included statements about Aaron Rich, the brother of former Democratic National Committee staffer Seth Rich, that we now believe to be false.

One such statement was that: "Interestingly, it is well known in the intelligence circles that Seth Rich and his brother, Aaron Rich, downloaded the DNC emails and was paid by Wikileaks for that information." The Washington Times now does not have any

basis to believe any part of that statement to be true, and The Washington Times retracts it in its entirety.

The Column also stated: "Also, why hasn't Aaron Rich been interviewed [by law enforcement], and where is he?" The Washington Times understands that law enforcement officials have interviewed Mr. Rich and that he has cooperated with their investigation. The Washington Times did not intend to imply that Mr. Rich has obstructed justice in any way, and The Washington Times retracts and disavows any such implication.

The Washington Times apologizes to Mr. Rich and his family. All online copies of the Column have been deleted and all online content referencing the Column has been deleted to the extent within The Washington Times' control.

Copyright © 2018 The Washington Times, LLC. Click here for reprint permission.

# EXHIBIT 58
# FILED
# UNDER SEAL

# EXHIBIT 59



By using this site, you agree to our **Privacy Policy** and our **Terms of Use**.

**CRIME** · **Published** May 23, 2017

# Statement on coverage of Seth Rich murder investigation

By | **Fox News**

    

On May 16, a story was posted on the Fox News website on the investigation into the 2016 murder of DNC Staffer Seth Rich. The article was not initially subjected to the high degree of editorial scrutiny we require for all our reporting. Upon appropriate review, the article was found not to meet those standards and has since been removed.

We will continue to investigate this story and will provide updates as warranted.