# EXHIBIT 60
# REDACTED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------

AARON RICH                          *

          Plaintiff,               *

v.                                  * Case No. Civil Action
                                      1:18-cv-00681-RJL
EDWARD BUTOWSKY,                     *
MATTHEW COUCH, and
AMERICA FIRST MEDIA,                *

          Defendants.              *

------------------------------




VIDEOTAPED DEPOSITION OF:

                    ROD WHEELER,

taken on Monday, November 18, 2019, at 10:00 a.m.,

held at the offices of Willkie Farr & Gallagher, LLP,

1875 K Street, NW, Washington, D.C. 20006, before

Goldy Gold, a Registered Professional Reporter and a

Notary Public within and for the District of

Columbia.




Reported by:  Goldy Gold, RPR

Job No. 523974



1    talking about is a May 19, 2017, recording of a call
2    or a voicemail that Mr. Butowsky --
3        A.   Yeah, with Butowsky, right, yeah.
4        Q.   Okay.
5        A.   I'll look again for it, but everything I
6    had I sent over.  But I'll look again.  It doesn't
7    hurt to look again.
8        Q.   Okay.  Do you use any social media
9    platforms or ephemeral messaging platforms to
10   communicate with others?
11       A.   Twitter every now and then.  I think I
12   have tweeted over the past five years maybe twice.
13       Q.   Okay.  Even though -- you also use
14   Twitter, to receive -- to receive news?
15       A.   Yes, I use Twitter every now and then.
16       Q.   But do you -- do you ever recall ever
17   having any direct messages on Twitter with anyone --
18       A.   No.
19       Q.   -- in this case?
20       A.   No, I don't use social media for that.
21       Q.   How about Signal?
22       A.   No, I'm not familiar with Signal at all.
23       Q.   WhatsApp?
24       A.   I'm not familiar with Signal.
25       Q.   No, no.  I said WhatsApp.  How about

1    WhatsApp?
2        A.   Oh, WhatsApp.
3        Q.   Yeah.
4        A.   Oh, I thought you said "what's that."
5        Q.   No, no, I --
6        A.   Yeah, I'm familiar with WhatsApp, but I
7    don't use it.  I've never used it, but I've heard of
8    it.  I mean, I know what it is.  It's like an
9    iMessenger in a way, I think, but I don't use
10   WhatsApp.
11       Q.   So is there any -- we have a production
12   from you.  I'm just -- what I'm trying to get is we
13   have a production from, and we have certain messages;
14   we have e-mail messages; we have some text messages;
15   we have some audio recordings.
16            Is there any other platform that you can
17   think of that you used at any time to communicate
18   with Mr. Butowsky or Mr. Couch that would include
19   things like Facebook, Signal, Telegram, WhatsApp --
20       A.   No.
21       Q.   -- anything like that?
22       A.   No.
23       Q.   Okay.  Thank you, Mr. Wheeler.  I
24   appreciate that.
25            So can you tell us a little bit about

1    your background and in becoming an investigator
2    and -- why don't we start with your educational
3    background.
4        A.   Sure.  Originally from Cleveland, Ohio,
5    east Cleveland, Ohio, born and raised.  I attended
6    the Ohio State University where I majored in criminal
7    justice, and then I moved to the D.C. area and went
8    to graduate school at American University and
9    finished my master's in public administration, and
10   joined the police department back in 19- -- the end
11   of 1989.
12            And after two years, I was promoted to
13   homicide where I worked as a homicide detective for
14   about five years.  So a total of about eight years on
15   the D.C. force.  And then after that I left the
16   force, went back into private industry, and I've been
17   in private industry ever since.
18       Q.   And when you -- when you went into
19   private industry, what private industry did you go
20   into?
21       A.   Working a lot with the food industry, to
22   do like investigations for tampering of food
23   products, things like that.
24       Q.   You were doing private investigation?
25       A.   Yes, but not as a private investigator.

1    Typically it would be for that company.  So, for
2    example, I worked for McDonald's Corporation, their
3    security division, and at the time McDonald's owned
4    Boston Market, and so I worked for them.  So I was
5    like an employee of their's.
6            And then from there, I went to another
7    organization called AIB.  AIB is a -- like an
8    auditing firm, food safety auditing firm.  And this
9    is way -- right after 9/11 when everyone was talking
10   about terrorism and things like that.
11            I went on board -- or came on board with
12   AIB to serve as their food defense expert and whereby
13   I would, you know, meet with companies, talk about
14   tampering with food products and things like that.
15   And I've been doing that ever since.
16       Q.   Okay.  And during that time, have you --
17   have you run a private investigation business?
18       A.   No.
19       Q.   Okay.  From time to time, have you been
20   asked to conduct private investigations in the
21   criminal space?
22       A.   Consulting.
23       Q.   Consulting?
24       A.   That's what I call it.
25       Q.   Okay.  So what's the difference?



Page 18

1     A.    Yes, it is a difference, Mike.
2          An investigator to do a private
3     investigation -- first of all, typically, you're
4     licensed in that jurisdiction.  Most jurisdictions
5     require you be licensed, but you can consult, from my
6     understanding, on anything.  You're not necessarily
7     doing an investigation.
8          So, for example, with this Rich case, I
9     consider myself more of a consultant than an
10    investigator, although I did file with the State of
11    Maryland the business, Capital Investigations,
12    because I could see it was going down that path where
13    I needed to go ahead and get the certification as a
14    private investigator.
15         So when this Rich case first kicked off,
16    that's when I actually filed.  I had never filed for
17    a private investigator's license because I wasn't
18    doing private investigation.
19    Q.    Okay.
20    A.    So that's when that first kicked off
21    with this.
22    Q.    So you had not had a private
23    investigative firm --
24    A.    No, license.
25    Q.    -- or company or license prior to the

Page 19

1     Rich investigation?
2     A.    Exactly.
3     Q.    Okay.  Was Mr. Butowsky aware of that
4     when he -- when you and he spoke?
5     A.    Oh, I'm not sure what Mr. Butowsky was
6     aware of.
7     Q.    Okay.  Was Mr. Butowsky aware that you
8     filed for a license and created an entity after he
9     reached out to you?
10    A.    I'm not sure, sir.
11    Q.    Okay.  But you had experience working on
12    criminal investigations at the Metropolitan Police
13    Department in D.C.?
14    A.    That's correct.
15    Q.    Okay.  So if I say MPD, you will
16    understand we're both referring to the Metropolitan
17    Police Department in D.C.?
18    A.    That's correct.
19         (Reporter clarification.)
20    BY MR. GOTTLIEB:
21    Q.    Okay.  Rough ballpark, how many criminal
22    investigations in the eight years you were at MPD --
23    MPD would you guess you handled, estimate I guess?
24    A.    Yes.  I can't give you a good qualified
25    estimation because I don't know.  You know, you have

Page 20

1     a lot of cases.  Even when I was in uniform, there
2     would be cases that I would investigate as a uniform
3     officer.  I don't remember.  I mean, I don't know.
4     But what I would say --
5     Q.    A large number?
6     A.    -- a significant amount because that's
7     why when I went to homicide, Mike, they came and got
8     me to come to homicide.  I never applied to go to
9     homicide, but it was to cover the case work that I
10    had done as a street officer, like doing my own
11    investigations from the calls that I would get so the
12    defectives would not have to do it.
13         And so they recognized things like that,
14    and then that's when they came and actually
15    approached me about coming to homicide.
16    Q.    Okay.  What's the difference between
17    being in homicide -- just for the purpose of
18    understanding:  What's the difference of being in
19    homicide and being -- and in the position you were in
20    before you went into homicide?
21    A.    Well, when you're in homicide -- when
22    you're in any detective's unit -- is considered
23    somewhat of an advance in your career because you
24    know, you're given a lot more responsibility, a lot
25    more ownership of the actual cases that you're going

Page 21

1     to be investigating.
2          So typically a uniform officer would
3     obviously take the initial report, send it up to the
4     detective unit, and then those are the folks that
5     would continue on the investigation which would
6     subsequently --you know, hopefully lead to a
7     prosecution of the accused.
8          But to go from a street officer -- and I
9     was over in the 7th District, which is southeast D.C.
10    To go from a street officer direct to homicide is
11    somewhat unprecedented because usually there's a
12    procedure or a process that you have to do.
13         But I guess because of my work -- I
14    would like to believe because of the quality of my
15    work as a street officer, the leadership from the
16    homicide branch came in and recruited me for
17    homicide.
18    Q.    And you -- were you a detective in
19    homicide; is that the official title?
20    A.    Yes.
21    Q.    Are there some detectives who are better
22    than others in performing homicide investigations?
23    A.    I don't know that answer.
24    Q.    Is there a right way to do a homicide
25    investigation?



Page 74

1    Q.    Who was -- do you know who that other
2  person was?
3    A.    I don't remember the guy's name, but we
4  are connected on LinkedIn.
5    Q.    Okay.  Was it someone associated with
6  Fox?
7    A.    No.  This was a guy who was a former
8  military guy.  I think he had something to do with
9  Benghazi because he never talked much.  The only
10 reason I say we are connected on LinkedIn -- and I'll
11 try to find his name on LinkedIn -- is because after
12 the meeting, he e-mailed me or he connected with me
13 on LinkedIn and said, It was really pleasure of
14 meeting you, let's connect on LinkedIn.  That's the
15 last I ever heard of this guy.
16         But he was -- I think he was like a
17 Hispanic guy, if I recall.  He didn't talk much at
18 the meeting, but he just sat there.  But he had
19 something to do with Benghazi I believe.
20   Q.    Okay.  You understood him to have some
21 connection to the work that Butowsky and
22 Ms. Zimmerman had done --
23   A.    Previously.
24   Q.    -- on Benghazi?  Do you have an
25 understanding of the work that Mr. Butowsky did on

Page 75

1  Benghazi?
2    A.    I don't.
3    Q.    Do you have any -- any recollection of
4  Mr. Butowsky pursuing a theory about a stand-down
5  order with respect to Benghazi --
6    A.    No.
7    Q.    -- or ever read anything about that or
8  heard anything about?
9    A.    No, I never had -- I never had any
10 interest in Benghazi or the Russian hacking case.  I
11 just never had any interest.
12   Q.    Do you know if Mr. Butowsky ever made
13 any business deals or any money off of his work on
14 Benghazi?
15   A.    No.
16   Q.    If you look at the text chain between
17 you and Mr. Butowsky, the page with the Bates number
18 WHEELER640?
19   A.    Yes.
20   Q.    Do you see a discussion there related --
21 with Mr. Butowsky relating to the meeting you were
22 having with him on February 28th?
23   A.    Yes.
24   Q.    Do you see a reference to where the
25 meeting would take place?

Page 76

1    A.    Yes.
2    Q.    Where did the meeting take place?
3    A.    In the Capitol Hill Club.
4         (Reporter clarification.)
5         THE WITNESS:  I'm sorry, the Capital
6         Hill Club, also known as the Republican club on
7         Capitol Hill.
8  BY MR. GOTTLIEB:
9    Q.    What do you remember about that meeting?
10   A.    We didn't meet there I don't believe.  I
11 don't think it was this time that we met there.  I
12 think it was so crowded that we decided to go up the
13 street to a Mexican restaurant.
14   Q.    Okay.  Let me show you -- take a look
15 back at the complaint in paragraph 92, there's a
16 description of -- of the meeting.
17   A.    Yeah.
18   Q.    I'm less concerned about the physical
19 place you were in.
20   A.    Sure.
21   Q.    I'm more interested in --
22   A.    The content of the meeting.
23   Q.    What -- what did you all discuss when
24 you met with Mr. Butowsky and Ms. Zimmerman and this
25 third gentleman, whoever the third gentleman was?

Page 77

1  What did you all discuss?
2    A.    Well, first of all, Butowsky introduced
3  me to Malia Zimmerman because I had never met Malia
4  before, and she told me that she was an investigative
5  reporter, and, you know, she went through all the
6  people that she knows for Fox, and basically that was
7  it.  And then I was going to be investigating -- she
8  knew I was going to be investigating the case.
9         And the reason she was involved is
10 because she can help provide the support that I
11 needed with, like, information on people and things
12 like that, using, like, Fox's what they call brain
13 room.
14         So my interpretation of that meeting was
15 that I'm working with this Fox reporter on behalf the
16 family to try to find out who killed Seth Rich.
17   Q.    Okay.
18   A.    That's why I was so surprising when he
19 said, When you talk to Joel, don't bring up Malia and
20 play her name -- don't bring up her name, and I
21 always thought to myself, Why.
22   Q.    Let's just look at that quickly since we
23 we've brought it up again, which is -- I'll direct
24 in the text chain --
25   A.    Right.

Page 78

1    Q.    -- it's -- WHEELER646 is the page.
2    A.    Okay.
3    Q.    And you'll see there a text that's dated
4    March 3, 2017, 11:43 a.m. is the timestamp on the --
5    WHEELER645 and then on WHEELER646 you see the text
6    And this is a text from Mr. Butowsky to you?
7    A.    Yes.
8    Q.    It says: "Expect a direct call from
9    Joel Rich.  Please call me prior to give you a few
10   data points.  Make sure to downplay Fox News.  Don't
11   mention you know Malia."
12   A.    That's correct.
13   Q.    And this is the text you mentioned gave
14   you some discomfort?
15   A.    Only because I didn't know why -- what
16   was the significance of not mentioning Malia.
17   Q.    And -- and to be clear, who is the
18   client in your representation?
19   A.    Joel Rich, the Rich family.
20   Q.    And so in this text Mr., Butowsky is
21   asking you to make a misrepresentation to a client he
22   is trying to set you up with; is that correct?
23   A.    No, I wouldn't -- I would not
24   characterize it as misrepresentation.  Just don't
25   represent that you do.  You know what I mean?  Don't

Page 79

1    say that you know this person, not to lie about who
2    she is or anything like that.  Is that fair?
3    Q.    I'm -- I'm not suggesting that you lie
4    about -- I'm -- I'm asking about what Mr. Butowsky is
5    asking you to do here.
6    A.    Right.
7    Q.    When he is asking you to downplay
8    Fox News, is Mr. Butowsky asking to you to be honest
9    with your client?
10   A.    Again, I don't think he's asking me to
11   be honest or dishonest.  I think he's telling me,
12   Just don't share as much information with the client
13   about your relationship with Fox News, although
14   Joel Rich knew my relationship with Fox News since we
15   talked about it.
16   Q.    Understood.  But did Joel Rich know that
17   you knew Malia Zimmerman?
18   A.    I don't recall, Mike.
19   Q.    Okay.  Do you have any recollection of
20   telling Joel Rich or Aaron Rich or Mary Rich that you
21   were working with Malia Zimmerman?
22   A.    No, I don't.
23   Q.    Okay.  We'll come back to that in a
24   little bit.
25         Let me show you exhibit -- we'll mark

Page 80

1    the next exhibit, WHEELER11.
2         [Wheeler Exhibit 6, Bates number WHEELER
3    11, was marked for identification.]
4         THE WITNESS:  What page?
5    BY MR. GOTTLIEB:
6    Q.    That's the going to be a new -- a new
7    exhibit.
8         I'm handing you a document marked as
9    Wheeler Exhibit 6.  We can take a look at this.  And
10   this appears to be an e-mail that Malia Zimmerman has
11   sent to you on March 1, 2017, at 4:28 p.m.
12        Does -- do you recognize this e-mail?
13   A.    Yes.
14   Q.    This is an e-mail you produced to us?
15   A.    Yes.
16   Q.    And -- and -- and so I understand,
17   there's two e-mails she's included here for you:  One
18   is the rodwheeler.com, and one is rod@4capitol.com.
19        What is the 4capitol.com e-mail?
20   A.    It's just another e-mail I use.  I was
21   in the process of developing a website for my now
22   defunct criminal investigation firm, and I never got
23   that far, but I did have an e-mail address.
24   Q.    Okay.  And so this is an e-mail
25   Ms. Zimmerman sent to you after the meeting that you

Page 81

1    had --
2    A.    That's correct.
3    Q.    -- with her?
4         And this appears to be the first or one
5    of the first things that she's sent to you about this
6    investigation.  Does that sound right to you?
7    A.    That's correct.
8    Q.    If you see, she's attached an article
9    here, and it's an article from Crime Watch Daily
10   dated September 30th.
11        Do you recall ever taking a look at this
12   article when she sent it to you?
13   A.    Yes, I do.
14   Q.    And did you see when you took a look at
15   it that there were statements from the family and
16   from Seth's friends that related to this conspiracy
17   theory about Seth Rich having been -- a document
18   leaker?
19   A.    Yes.
20   Q.    All right.  And do you see where it says
21   -- there's a quote from Seth's best friend, Michael
22   Cass-Antony saying "all those lies that are being
23   bandied about in the news are just that"?
24   A.    Yes.
25   Q.    And you see where he said "because



Page 98

```
1      Q.    Because this was a grieving family, and
2   you wouldn't want somebody running around saying
3   they're representing the family when they didn't; is
4   that right?
5      A.    That's correct.
6      Q.    And so Ed was trying to shut Mr. Burkman
7   down; is that right?
8      A.    That's correct.
9      Q.    Okay.  Let me ask you, back on the text
10  chain with the Bates number 645 on the bottom, there
11  is a text from Mr. Butowsky to you on March 3rd at
12  10:02, a.m., that says, "please immediately send me
13  something brief for Mr. Rich to sign."
14         Do you see that?
15     A.    Yes.
16     Q.    Is this the way Mr. Butowsky typically
17  talked to you?
18     A.    Yes.
19     Q.    And how -- do you interpret this as an
20  instruction or an order from Mr. Butowsky?
21     A.    I do.
22     Q.    And -- and that -- would it be fair to
23  say that that is the way he treated you throughout
24  this interaction you had with him?
25     A.    Yes.
```

Page 99

```
1      Q.    How did you interpret that?  How did
2   that -- how did you receive that type of
3   communication from Mr. Butowsky?
4      A.    Throughout the entire saga here with the
5   Seth Rich case, Butowsky appeared to me to be the guy
6   that was -- you know, kind of coordinating between
7   myself and Malia Zimmerman.
8         Remember, I first started out this
9   morning by saying every telephone call we had,
10  Butowsky was on the call.  There was only one or two
11  calls that I remember he wasn't on, so Butowsky was
12  the coordinated of just about everything, I would
13  say.
14     Q.    Okay.  And was that true from the time
15  he reached out to you until the time you stopped
16  working for him?
17     A.    In my opinion, yes, sir.
18     Q.    Okay.  Were there times that Mr.
19  Butowsky ever yelled at you or used what you believed
20  to be inappropriate language or mannerisms in the way
21  he communicated with you?
22     A.    Yes.
23     Q.    And do you have specific recollections
24  of any of those times?
25     A.    Just that one time when I was in the
```

Page 100

```
1   Le Droit Park area.  That bothered me a lot because I
2   wasn't -- I think -- I think I was becoming more
3   clear at that point, that this wasn't just about a
4   murder, solving a murder, and that bothered me.  It
5   really did.  That's why I remember it so well.
6         And he screamed at me because I was
7   doing what you would typically do to try to find a
8   murderer.
9      Q.    And these text messages are from back --
10  back in the start of March.  Do you have a
11  recollection of roughly when that conversation when
12  you were in Le Droit Park would have been with Mr.
13  Butowsky?
14     A.    No, I don't.
15     Q.    Okay.  I'm showing you the next exhibit,
16  which we have marked as Wheeler Exhibit 10.
17         [Wheeler Exhibit 10, Bates number
18
```



MAGNA
LEGAL SERVICES

Page 102

1 ████████████████████████████

6     Q.    Okay.  So turning back to the text chain
7 at WHEELER647, there's a discussion on March 6th or a
8 text message from you on March 6th to Mr. Butowsky
9 referencing a conversation that you had with
10 Joel Rich.
11        Do you see that?
12     A.    Yes.
13     Q.    And there's a reference to a signed
14 document.  Do you have an understanding of what that
15 is referring to?
16     A.    Which page?  I'm sorry.
17     Q.    And I'm -- I'm sorry, let me -- I
18 apologize.  Let me just walk back a step.
19        On the previous page, WHEELER646 --
20     A.    Huh-uh.
21     Q.    -- take a look at text exchange from
22 March 3rd through the last message that you've sent
23 on March 6th on WHEELER647.  Just take a -- just read
24 through those, and then I'm going to ask you a couple
25 of questions about this exchange.

Page 103

1     A.    So this was -- it looks like the initial
2 time that the contract was signed between myself and
3 Joel and Mary Rich, and just sending Butowsky the
4 information as to how to wire me the initial payment.
5     Q.    Okay.  Let's talk first about -- you
6 referenced on March 6th the call with Joel Rich.  Do
7 you -- do you recall this initial phone call that you
8 had with Mr. Rich?
9     A.    Is this the one where you say Joel asked
10 me to spend less -- to spend time talking with his
11 son?
12     Q.    This is -- we're on WHEELER647, a text
13 at 1:38 p m., "just talked briefly with Joel.  He
14 wants to have a call later this evening to further
15 talk."
16        (Reporter clarification.)
17 BY MR. GOTTLIEB:
18     Q.    I'm sorry.  "He wants to have a call
19 later this evening to further talk."
20        Do you see that?
21     A.    Yes.
22     Q.    Do you recall that conversation that you
23 had with the -- the first phone call you with
24 Joel Rich?
25     A.    Yes.

Page 104

1     Q.    And what did he say to you and what did
2 you say to him in that call?
3     A.    Joel Rich?
4     Q.    Yes.
5     A.    I don't recall.
6     Q.    You know -- are you aware that you then
7 had a later phone call with Mr. Rich on the same day?
8     A.    No.
9     Q.    Okay.  Do you have a recollection of
10 what you talked about with Mr. Rich the first time
11 you all talked on the phone?
12     A.    Vague recollection.  Like I said, he
13 said he had seen me on FOX before.  Him and Mary had
14 watched month a few times.  They were very glad to
15 hear that I was willing to help them out with this
16 case and solving the murder.
17     Q.    Okay.  Do you see of -- several
18 references on these pages where Mr. Butowsky is
19 asking you about the agreement and wire transfer?
20     A.    That's correct.
21     Q.    Was Mr. Butowsky nervous or anxious
22 about getting an agreement signed with the Rich
23 family?
24     A.    Yes.
25     Q.    And do you recall him regularly asking

Page 105

1 you in this period of time about the status of the
2 agreement?
3     A.    Yes.
4     Q.    Do you have an understanding of why Mr.
5 Butowsky was anxious or nervous about getting an
6 agreement signed with the Rich family?
7     A.    Today, or did I then?
8     Q.    Today, do you understand?
9     A.    Oh, today I do, yes.  And my
10 interpretation is that he needed to get this thing
11 signed so that they can continue to move forward with
12 their narrative.  That's how I interpret it today.
13     Q.    But Mr. Butowsky and Ms. Zimmerman could
14 have moved forward with the narrative and
15 investigated the Seth Rich theory that they had
16 without you, correct?
17     A.    No.
18     Q.    They couldn't have?
19     A.    No, because -- here is where it really
20 -- the story really gets interesting.  This article
21 was written before I got involved, the article that
22 was published.
23     Q.    What article, FOX --
24     A.    The article that came out in '16.
25     Q.    The May 16th Fox News article?



1     A.    That article was written well in
2  advance.  In January of that year, that article was
3  written.  They couldn't get that article -- I don't
4  know if you know this.  It's probably in the
5  documents somewhere.
6          But Bill Sammon was the director or the
7  coordinator for Fox News, Washington D.C. Bureau, and
8  he rejected that story back in January of that year.
9  And this is where I thought my attorney would go
10 because this was significant.  I thought -- I'm not
11 an attorney, but I thought it was significant.
12         We all knew that article was prewritten
13 before I even got involved.  The only thing they
14 didn't have on those two quotes that came out was a
15 name to put with it.  But they had it.  It was
16 already written.  You can look at the article.  It's
17 dated like January something.
18         The only thing that was missing was the
19 name, so they had to get me involved to answer your
20 question, Mike, so that they could have a name to go
21 along with it.  That's the only reason why they had
22 to get me involved.
23    Q.    So when did you learn that -- it's
24 Bill Sammon?
25    A.    Bill Sammon, yes.

1     Q.    When did you learn that Bill Sammon had
2  rejected the story, and the story being the May 16,
3  2017, Fox News story alleging a connection between
4  Seth Rich and WikiLeaks?
5     A.    Prior to my involvement?
6     Q.    When did you learn that Bill Salmon had
7  rejected that story in January?
8     A.    At some point during the course of my
9  investigation, because I raised the issue, you know,
10 Let's talk to Bill Sammon about this because I knew
11 Bill Sammon because he headed the D.C. bureau for Fox
12 News.
13         And that's when Malia and Butowsky
14 explained to me how Bill Sammon is part of the other
15 side and Bill Sammon is not a good person and all
16 this kind of stuff.  And that was a little concerning
17 to me too because I knew Bill -- Bill Sammon.  I
18 thought he was all right.  But that's when I, you
19 know, realized that they just needed me for the
20 story.
21         And when I really found out that the
22 story was actually written -- I mean literally
23 written in January is when -- you have this in your
24 notes somewhere but Butowsky at the end -- when this
25 thing came out, I kept telling, Ed, you know, those

1  quotes didn't come from me.  Send me everything you
2  have, the communications between you and Malia and
3  the varies iterations of the article.
4          Where -- there was one dated in January
5  of that year, where when you read that article, it's
6  exactly the same as the article that came out.  But
7  that article was never published.  See, that was the
8  one they were trying to get published, but the
9  Fox Bureau in D.C. would not do it.
10         Butowsky told me everybody in the
11 Fox Bureau in D.C. in the were Democrats or were very
12 partisan towards the democrat or something like that.
13 And, you know, that's why I thought Wigdor should
14 have had really harped on that because to me that was
15 significant.
16    Q.    I -- I don't want to know conversations
17 that you had with Mr. Wigdor.  I mean, you were --
18 and -- and what I want to do is I want to follow up
19 and show you one document.  Give me one second to
20 find it.  It is WHEELER234.  So we jump around a
21 little bit in the timeline but because we've gone
22 down this road, I want to follow up on it.
23         So you've talked about an article that
24 was eventually published on May 16th.  We're going to
25 talk quite a bit more on that down the road.  But

1  what I would like to show you is what I believe is
2  the first version of the story that we were produced.
3          So you believe there is a version --
4  this is 234, WHEELER234, the date is April 27th.  You
5  believe there is a -- essentially a draft version of
6  the story that was ultimately published on May 16th
7  that dates back to January; is that correct?
8     A.    That's what I believe.
9     Q.    Okay.  Did you ever see a draft from
10 January?
11    A.    I believe I did, and it was dated
12 January.
13    Q.    Okay.
14    A.    I don't remember the date.
15    Q.    Do you remember roughly when in January?
16    A.    No.  I'll try to look for it.  I
17 thought -- I mean, I produced everything I had, but I
18 can go back and look through the documents, but these
19 were e-mails, Mike, that Butowsky sent me after
20 everything blew up in the news.  He sent me every
21 iteration of the story.
22    Q.    Okay.
23    A.    And there was one dated January.
24    Q.    Okay.  And do you -- do you have any
25 recollection of roughly when in January it was?



Page 414

1          CERTIFICATE OF REPORTER/NOTARY PUBLIC
2
3          I, Goldy Gold, a Notary Public within and
4    for the State of Maryland, do hereby certify that the
5    within-named witness personally appeared before me at
6    the time and place herein set out, and after having
7    been duly sworn by me, according to the law, was
8    examined by counsel.
9          I further certify that the examination was
10   recorded stenographically by me and this transcript
11   is a true record of the proceedings.
12         I further certify that I am not of counsel
13   to any of the parties, nor in any way interested in
14   the outcome of this action.
15         As witness my hand and notarial seal this
16   4th day of December, 2019.
17
18

     _____
19        GOLDY GOLD, RPR
          Notary Public
20
21
22
23
24
     My Commission Expires:  April 21, 2024
25



# EXHIBIT 61

**From:** ed butowsky <ebutowsky@gmail.com>
**To:** Malia Zimmerman <Malia.Zimmerman@FOXNEWS.COM>, Rod Wheeler <rod@rodwheeler.com>
**Subject:** just click on the link i provided OR CALL IN FROM NUMBER PROVIDED
**Date:** March 8, 2017 at 5:07:59 PM EST

Hi there,

Ed Butowsky is inviting you to a scheduled Zoom meeting.

Topic: Ed Butowsky's Zoom Meeting with rod and malia..
Time: Mar 8, 2017 4:30 PM Central Time (US and Canada)

LINK: https://zoom.us/j/756388776

Or Telephone:

Dial: +1 408 638 0968 (US Toll) or +1 646 558 8656 (US Toll)
Meeting ID: 756 388 776
International numbers available: https://zoom.us/zoomconference?
m=DOAyxDyrUoyUZK89ce1cuqa84Lwo4LLq

&lt;mailbox:Message Header 0x7ffc8aca28f0 Message ID: B12B9C0F-D70F-4CD2-B04D-DB08B4E47A20&gt;@gmail.com From: mailbox: Address 0x7ffc8aca2ea0 ed butowsky &lt;ebutowsky@gmail.com&gt; To: [mailbox: Address 0x7ffc8aca3140 Malia Zimmerman &lt;Malia.Zimmerman@FOXNEWS.COM&gt;,mailbox: Address 0x7ffc8aca3770 Rod Wheeler &lt;rod@rodwheeler.com&gt;] Subject: just click on the link i provide-d OR CALL IN FROM NUMBER PROVIDED Mime version: 1.0 Return Path: &lt;ebutowsky@gmail.com&gt; User Agent: Microsoft MacOutlook/f.15.1.190411 X-Received: by 10.55.42.24 with SMTP id qkbxa10068591qkb.51.1489031896081; Wed, 08 Mar 2017 14:08:42 -0800 (PST) Thread Topic: just click on the link i provided OR CALL IN FROM NUMBER PROVIDED X-Gm Message State: APwPV8W8FMpdsh5V8Fde4MmOoEBUpxgHKmT4eLf+DlWV6HkG5dhj6nKm5eYxTkfchDfkFNfp9== X-Noi-spam: None DKIM Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20161025; h=user-agent:date:subject:from:to:message-id:thread topic: mime-version: bh=3361U0tnmuIxahFiAJXZnqW0fUEJzsSmBID2OIxcCgsTbXn= b=wPKkTFXH5BFf8WfbM1YI5mc30mqBrQvgeAW5pJsAwOmdG1OG3BFPKBA9-P0j48 WMBB21jkB9BkptkUEv+8n0ePe3636r4t+tpsse2theCr7UkawOW2V+1Qp35g8x22y7j4v3YT aUigsBGKQ4PLePO7S6AZECOmCgLf15tUbForM8OF+FDvPbKgsKvuEygcMHXsNhDbO-ENBgzdql+L1+FBY0VmKI1t2UrefP+DzdkflzBeudIfkvx6nofgRuCh4qd2xlqFi= X-Google DKIM Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=1e100.net; s=20161025; b=q mymcnager-state-user agent date subject from to message-id thread topic mime version: bh=5H05T6nus1sanhYbeCZaQbG1utJwdxcBB2UGmnCg7Bn5== b=13Bk1Bz1Bk1DhxB1jHfsX3ttgrCpBJdtp5gX0Hjp6R0c0jTp9750-gO+OBK uHhoHpiXckpt+M0xrwz1a61SvYx90mb7qxqb1TiFHPVXK-MwkxtbFawmVjE0x7mmSpWXX0u8X0S9 OD-VVYSoMnGsP8KxDDh3kntkQoSoMbnA72U7XaEuBajmJw9xQ0+hOBoy5Y8Jh1 kOxTKkKXTXcTJ2Cr2hwsJKAgVTlFWT2EXQIWpYpDXWFvsZcRs7+thL56LcdP+tbJ2mvCe01C UhXlOvfPx3hkK1kvmWDOoTiuCLhFofFFjuB3hkm0WDOoTiuCLhFofFFjuB3hkjnDf0e1YEFjo 3bkltX5b1e=&gt;&gt;<br>Email Archiver Version: 371.100

WHEELER0000064

# EXHIBIT 62
# FILED
# UNDER SEAL

# EXHIBIT 63

`UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                         Case No. 1:18-cv-00681-RJL
                                                    Honorable Richard J. Leon

      Plaintiff,

      v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

      Defendants.

## DEFENDANT EDWARD BUTOWSKY'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

Defendant Edward Butowsky ("Defendant") for his Responses and Objections to Plaintiff's Second Set of Interrogatories  (the "Interrogatories") states the following:

1.      Defendant objects to the Interrogatories to the extent that they are vague, ambiguous, overbroad, unduly burdensome and oppressive, seek information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence, and seek information beyond that permitted by the Federal Rules of Civil Procedure.

2.      Defendant objects to the Interrogatories to the extent that they contain words or phrases that are confusing or lacking in sufficient certainty to permit response.  In their responses below, Plaintiffs respond to the extent they understand the Interrogatories.

3.      Defendant objects to the Interrogatories to the extent they seek information protected by Federal Rule of Evidence 408, the attorney-client privilege, work product or any other applicable privilege.

4.       Defendant further objects that together with the First Set of Interrogatories, the Second Set of Interrogatories constitute more than the maximum number of 25 Interrogatories permitted under FRCP 33.   Defendant is under no obligation to respond to more than 25 Interrogatories and declines to do so.

5.       Defendant reserves the right to modify, amend and/or supplement their responses.

All responses given below incorporate and are subject to the General Objections above, and no response given by Plaintiffs shall be deemed to constitute a waiver of any of these objections.

## SPECIFIC RESPONSES AND OBJECTIONS TO INTERROGATORIES

**INTERROGATORY NO. 4.**

Identify and Describe in detail all Communications relating to any member of the Rich Family that You have ever had with any person(s) whom You list in Your initial disclosures.

**RESPONSE**: Defendant objects that this Interrogatory is unduly burdensome and disproportionate to the needs of the case in that Defendant has produced all communications relating to any member of the Rich family in his responses to Plaintiff's Request for Production or is in the process of conducting further searches to determine whether any additional responsive documents exist.  It is impossible for Defendant to "Describe in detail" conversations he may or may not have had from years ago.   Defendant further objects that discovery is ongoing and it is impossible for him to recall the nature of all oral communications with the individuals identified below.  Defendant further objects that this Interrogatory calls for the production of material that is privileged under Rule 26(b)(3)(A).  Defendant further objects that this Interrogatory in fact subsumes 12 discrete Interrogatories.  Subject to the foregoing, in

addition to written communications with the individuals identified in Defendant's prior and forthcoming document productions, Defendant recalls the following communications:

11.  <u>Matthew Couch</u>.  In addition to the written communications that have been separately produced, Defendant recalls speaking by phone with Matt Couch four times during 2017, three times in August and one time in September.  Defendant does not recall the exact times of the calls and has no independent recollection of the precise content of the calls.  He spoke with Mr. Couch on the condition of anonymity and source protection, which he declines to waive.  He met with Mr. Couch on September 20th at his home in Dallas.   A number of other people had been invited to Defendant's home to consult with Defendant about reputation management, since Defendant had been the subject of vicious attacks following the publication of the May 16, 2017 Fox News story on Seth Rich and the baseless Rod Wheeler lawsuit that has since been dismissed.  The persons present included Trevor Fitzgibbons, Tom Schoenberger, an individual named Manny, also known as DeFango, a woman named Beth, Joe Burkett, and a person named Dave Stappel.  The meeting focused on social media reputation management, particularly with respect to Twitter. Malia Zimmerman was also present because Defendant's reputation had been damaged as a result of lies that were spread about him following the publication of the Fox New story, in particular the baseless lawsuit by Rod Wheeler.   Defendant had invited Mr. Couch because Mr. Couch had expressed an interest in meeting Defendant and Defendant thought Mr. Couch, as an investigator into the Seth Rich murder, could provide context.  However, Mr. Couch arrived towards the end of the meeting.  Defendant does not recall speaking to Mr. Couch about Seth or Aaron Rich.

Subsequently, Defendant disagreed with Mr. Couch's commitment to protecting a source and recalls leaving him a number of messages expressing his frustration.   Mr. Couch and

Defendant met recently in Dallas and cleared up the misunderstanding between them.   Mr.

Butowsky now believes that Mr. Couch was correct to protect his source, given the degree of

hostility and hate Mr. Butowsky himself has faced for attempting to help the Rich family.

12.   <u>Cassandra Fairbanks</u>.   Defendant first became acquainted with Cassandra

Fairbanks when she contacted him to discuss stories she was writing on Seth Rich.   Defendant

recalls communicating to Ms. Fairbanks that Joel Rich had told him, "I know what the boys did."

He also recalls providing Ms. Fairbanks with the Sy Hersch audio relating to the FBI report on

Seth Rich and his communications with Wikileaks.   Defendant continued to maintain a

relationship with Ms. Fairbanks as he does with many reporters and got to know Ms. Fairbanks

reasonably well.   Among other things, he learned that Ms. Fairbanks has a particular interest in

Julian Assange.   Defendant also recalls conversations about Ms. Fairbanks' daughter and he also

recalls telling Ms. Fairbanks that he knows Charles Johnson and Dana Rohrbacher who also

knew Mr. Assange.

After Ms. Fairbanks went to England in August 2017, Ms. Fairbanks sent Defendant a

message telling him that Mr. Assange said to look at Aaron Rich's bank records.   Defendant

does not remember the first person he told about this information, but he believes it was either

Ellen Ratner or Margaret Kunstler shortly after he received the information from Mr. Assange

through Ms. Fairbanks.   He also recalls talking about this information with several other

reporters including David Weigel, Adam Entoff and Eric Wempel.   Defendant recalls being

surprised that the reporters were not more interested in this story and he was particularly shocked

that David Weigel said the Washington Post was unable to write anything on the Rich family

without first running it by Brad Bauman.   Defendant also recalls inviting Ms. Fairbanks to a

Congressional radio and television awards ceremony.   At or about the time of this award

ceremony, Defendant was present when Ms. Fairbanks called Julian Assange on her cell phone. Ms. Fairbanks let Defendant listen in on a portion of the call, but Ms. Fairbanks smokes and Defendant did not want to stay too close.  When the call was finished, Ms. Fairbanks told Defendant that Julian Assange said that Aaron Rich used e-Bay to get compensated by Julian Assange.   Ms. Fairbanks later became extremely upset at Defendant because she wrongly blamed him for a subpoena she had received.  Ms. Fairbanks told him she was deleting all their communications as a result.

13.    <u>Malia Zimmerman</u>.  Defendant objects that he has already responded to the substance of this Interrogatory in his responses to Plaintiff's First Set of Interrogatories.  Subject to the foregoing objection, Defendant met Ms. Zimmerman in or about 2014 when he was appearing on Fox News frequently.  They have since gotten to know each other well and have had far too many interactions for Defendant to remember any one in any detail.  Defendant's conversations Zimmerman blend together blend together and Defendant would be simply making things up if he attempted to describe in detail all of their interactions.

14.    <u>Joel Rich</u>.  Defendant contacted Mr. Rich on December 17, 2016 at the request of Ellen Ratner, who had just met with Julian Assange and who had requested that a message be delivered to Mr. Rich that Seth Rich had downloaded and transmitted DNC emails to Wikileaks. During this first call, Defendant and Mr. Rich engaged in small talk about their Jewish backgrounds and then Defendant transmitted Mr. Assange's message to Mr. Rich that Seth had communicated the DNC emails to him.   Mr. Rich cut Defendant off and said, "I know what my boys did.  I just want to find out who murdered Seth."   Mr. Rich also said he didn't want his son to be known as the person who helped Trump get elected.

Defendant had a few follow-up calls with Mr. Rich that he does not remember in any detail.  On or about January 25, 2017, Defendant had a conversation with Seymour Hersch, a well-known Pulitzer Prize-winning investigative journalist who stated he had been working on a story about Seth Rich.  According to Mr. Hersch, the FBI cyber unit had assisted the D.C. metropolitan police with the forensic examination of Seth Rich's laptop and had discovered email communications between Seth Rich and Wikileaks and a request by Seth Rich for payment in exchange for emails from the DNC.  Mr. Hersch was basing his comments on an FBI report that had been reviewed by someone very senior at the FBI.

Defendant had recorded Mr. Hersch's statements and, believing this information would have been of great interest to Joel and Mary Rich, Defendant sent the tape to Mr. Rich a few days later. To Defendant's surprise, he did not hear back from Mr. Rich for three weeks.  When Defendant and Mr. Rich finally did speak, Mr. Rich seemed completely uninterested in the Sy Hersch audio, which Defendant found strange. Even though Mr. Rich had already said that he knew what his boys had done, Defendant thought Mr. Rich would be interested to know that a major investigative journalist had a contact at the FBI who could confirm that the FBI had reviewed Seth's laptop and had discovered that Seth was in communication with Wikileaks and transmitted emails to Wikileaks in exchange for payment.

At or about this time, Defendant volunteered to pay for a private investigator to help find Seth Rich's murderer.  To Defendant's surprise, Mr. Rich accepted Defendant's offer.  Private investigators are frequently very expensive and Mr. Butowsky conducted a search to find a reasonably priced investigator.   A friend mentioned private investigators named Lauren Anderson and Laurent Galati, but they were too expensive.  Another acquaintance suggested Rod Wheeler, who had served on the Metropolitan D.C. Police Force as a detective and seemed to be

both well-credentialed for the assignment and reasonably priced.   Defendant put Mr. Wheeler in touch with the Rich family, who negotiated the terms of Mr. Wheeler's engagement.

Defendant had minimal involvement in the negotiations of the terms of Mr. Wheeler's engagement, but since he was going to be paying for Mr. Wheeler's services, he received updates on the negotiations.  One of the things that struck him the most was that Aaron Rich insisted that Mr. Wheeler be prohibited from investigating anything relating to Wikileaks or DNC emails. Eventually this prohibition was deleted from the engagement letter with Mr. Wheeler. Defendant recalls being on a call with Joel and Aaron Rich and also being struck by the hostility between father and son over the investigation of Seth Rich's murder and the vehemence with which Aaron insisted that the investigation not have anything to do with DNC emails.

Defendant stayed on good terms with the Rich Family for the following several weeks. In early March, Defendant recalls that Joel told him that he wanted Jack Burkman to stop assisting the family and also that a person named Brad Bauman had just showed and announced to the family that he was representing them for free.  On March 22, 2017, Defendant was in the hospital for surgery and he recalls Joel Rich calling him and asking him if there was anything he could do.   Defendant replied that he really wanted a homemade marble cheesecake.  Mr. Rich then sent Defendant a marble cheesecake, for which Defendant was grateful.

Defendant does not recall any communications in particular until the time of the publication of the Fox News story on May 16, 2017.  The day before the story was published Mr. Rich told Rod Wheeler that he "loved" the article and asked that a person from Crime Stoppers, Michelle Segora, be included in the article.  After the article was published, Mr. Rich received a call from Donna Brazile and Brad Bauman, and everything about his attitude to Defendant

changed.   After first stating that he "loved" the article, he now said he was "offended" by it. Defendant's relationship with Mr. Rich deteriorated since then and has not improved.

Defendant and his family began receiving death threats and Defendant lost nearly one third of his clients.   Defendant was incensed that Joel did not go public with his knowledge of what his sons had done and was sitting by passively as Defendant was skewered in the press and he and members of his family were subjected to increasingly vicious and nearly daily attacks. Defendant's relationship with Joel and Mary Rich deteriorated and they did not have any substantive conversations following the publication of the Fox News story.

15.   <u>Aaron Rich</u>.  Defendant has only interacted briefly a few times with Aaron Rich. The first time Defendant interacted with Aaron occurred at the beginning of March when the family was interviewing Rod Wheeler.  Defendant recalls making small talk with Aaron and asking him where he was living.  Aaron immediately became extremely defensive and retorted, "Why are you asking that? Why do you need to know that? I'm not going to tell you." Defendant was very surprised by this reaction, as his question had been very innocent and was just meant to open the door to conversation.

Defendant was also on a call relating to Rod Wheeler when he heard Joel and Aaron yelling at each other and heard Aaron in a state of extreme agitation and hostility shouting at his father that the investigation should not cover anything relating to Wikileaks or DNC emails. Defendant believes he was on one other call with Joel and Aaron and Aaron was again in a state of extreme agitation, arguing with and shouting at his father.  Defendant never spoke to Aaron Rich again.

16.   <u>Mary Rich</u>.  Defendant only recalls two conversations with Mary Rich.  Mrs. Rich was on the call during Defendant's first interaction with the parents when he communicated

Julian Assange's message and was met with Mr. Rich's comment, "I know what the boys did."
Defendant also recalls that Mrs. Rich was on the phone when Defendant followed up with Joel
Rich about the Sy Hersch audio.  Defendant does not recall any specific words except that Mrs.
Rich was very upset and was crying on the phone.

17.   <u>Rod Wheeler</u>.   Defendant already responded to an identical interrogatory in his
responses to Plaintiff's first set of interrogatories on August 21, 2019.  Defendant supplements
his prior interrogatory by stating that at the time of the State of the Union address in 2017,
Defendant arranged a lunch between Malia Zimmerman and a US State Department contractor
who had worked with Ms. Zimmerman on numerous articles on the South Sudan, including one
she was working on at the time.  Defendant invited Rod Wheeler to the lunch because he had just
begun the process of introducing Mr. Wheeler to the Rich family and thought Mr. Wheeler, who
lives in Washington, might enjoy meeting Ms. Zimmerman and the State Department contractor.

18.   <u>Seymour Hersch</u>.   In late January, through Larry Johnson, Defendant learned that
Sy Hersch was working on a story relating to Seth Rich, which Defendant was interested in
because of his separate knowledge of Seth Rich's involvement in the transmission of DNC
emails to Wikileaks.  Larry Johnson communicated Defendant's interest to Sy Hersch and on
January 25, 2017, Mr. Hersch called Defendant.  Mr. Hersch was audibly agitated and was
speaking quickly under the pressure of intense emotion—so much so that Defendant felt he
needed to record Mr. Hersch's statements to make sure he understood them properly.

Mr. Hersch breathlessly told Defendant that, according to a highly placed FBI official
with first-hand knowledge, an FBI report had been prepared following an examination of Seth
Rich's laptop and had noted that Seth Rich was in communication with Wikileaks, that he had
transmitted DNC emails to Wikileaks and that he had requested payment for the emails.  Mr.

Hersch's agitation was evident not only in the speed with which he was talking but his frequent use of obscenities.

Several weeks later, after Defendant had sent the audio to Joel Rich, Defendant followed up with Mr. Hersch, but Mr. Hersch stated he was too busy to talk.  Defendant remained cordial and asked if Mr. Hersch could at least reveal confidentially whom he had spoken to at the FBI, but Mr. Hersch became very upset and stated he was not going to give up his source.  Defendant tried to defuse the tension evident in Mr. Hersch's emotional refusal to provide further information and proposed that the two men grab lunch at a later date.  Defendant does not recall any further conversations with Mr. Hersch.

20.     Larry Johnson.  Defendant's relevant communications with Mr. Johnson are privileged under FRCP 26(b)(3)(A).

21.     Ellen Ratner.  Defendant has known Ms. Ratner for approximately four years.  He first met her in the "green" room at FOX where she was a contributor. Ms. Ratner told Defendant about her company, Talk Media, and Defendant volunteered to help her develop a revenue source.  At the time, Ms. Rather had a group of ten reporters stationed in different locations around the world, but was struggling to develop a viable business model.  Defendant shared with Ms. Ratner different ways of developing her platform, including providing content through a subscription service and promoting her work the through rural radio stations.  Ms. Ratner and Defendant subsequently became friendly and talked frequently on the telephone.   In November 2016, around the time of the election of Donald Trump, Ms. Ratner called up Defendant and told him she had some bombshell news from Julian Assange, whom she had just met in the Ecuadorian embassy in London.  Ms. Ratner is a progressive democrat and was stunned by the news Julian Assange gave her: her voice trembled with emotion as she told Defendant that there

were three messages she needed to communicate: (1) the password to the DNC server was

change and the password to Podesta's email was password; (2) the Washington police were

never going to help get to the bottom of Seth Rich's murder; and (3) Seth Rich transmitted and

received payment for emails sent to Wikileaks. After that initial call relating to Seth Rich, Ms.

Ratner called Defendant relentlessly for a month, putting intense pressure on him to tell the

parents what Ms. Ratner knew. Defendant spoke very frequently with Ms. Ratner, probably as

much as every other week. In fact, Ms. Ratner offered to take Defendant to Israel as a purely

personal gesture of gratitude, most likely for Defendant's advice in helping her with her media

company. Ms. Ratner also shared many details of her personal life with Defendant, including

that she had adopted a child from South Sudan named Kier. Since the date of her obvious lies –

or clear mis-recollection – in the ConspiracyLand Podcast with Michael Issikoff, Defendant has

not spoken with Ms. Ratner. He understands she is in a state of dementia. He has also learned

that members of the Ratner family are so upset and disturbed by her behavior that they no longer

permit her to have control of her own email account.

22.    <u>Julian Assange</u>. None.

**INTERROGATORY NO. 5**:

Identify each of the Identified Individuals and, for each such person, Describe in detail

Your relationship and Identify and Describe all Communications You have had with such person

relating to any member of the Rich Family.

**RESPONSE**:

23.    <u>Peter Berg</u>. Peter Berg is Defendant's oldest friend and a close business

associate. Defendant has had no communications with Mr. Berg relating to any member of the

Rich Family.

24.     "Ron C": Ron C is person who professed to understand the dark web and claimed to have means of tracing payments from Wikileaks to Seth and Aaron Rich via blockchain.  In reality, Ron C did not have any reliable information.

25.     Shawnna Conner. Defendant has no recollection who this person is.

26.     Chris Farrell.  Mr. Farrell works for Judicial Watch.   Defendant had one networking meeting with Mr. Farrell at some point after May 15, 2016.  Defendant was interested in learning more about Judicial Watch's work and whether they were looking into the Rich case.  Defendant recalls sharing with Judicial Watch what he knew about the Rich situation, including what he had learned from Sy Hersch about the existence of an FBI report in the CART division and what he had learned from Rod Wheeler about the Metropolitan Police, namely that Joey Della Camera had been told by Muriel Bowser and people above her not to investigate the Seth Rich murder and that any mention of Seth Rich could result in officers being fired.

27.     Matt Flynn.  Mr. Flynn is a family friend and an attorney at the Department of the Interior.  Defendant has not had any communications with Mr. Flynn relating to any member of the Rich Family.

28.     Thomas McInerney.  Lieutentant Mr. McInerny is an acquaintance Defendant made in the course of his work on the Benghazi scandal.  Mr. McInerny was a member of the Citizens' Council on Benghazi.   Mr. McInerny was the person who suggested that Defendant call Rod Wheeler when he was searching for an appropriate private investigator to recommend to Joel and Mary Rich.   Other than in connection with his search for a private investigator to investigate Seth Rich's murder, Defendant has not had any communications with Mr. McInerny relating to any member of the Rich Family.

29.     Kathryn Leishman.

**RESPONSE**: Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.   Subject to the foregoing objection, Ms. Leishman is a free-lance reporter interested in solving the Seth Rich murder.   Ms. Leishman constantly called Defendant but, to Defendant's knowledge, never actually wrote any stories.

30.   <u>Kash Patel</u>.

**RESPONSE:**  Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.

31.   <u>Kirk Wiebe</u>.

**RESPONSE**: Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.

32.   The "Marines" that you reference having communicated with in the document with bates stamp Butowsky 0001046.

**RESPONSE**: Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.

33.   The individual with whom You communicate in the documents with bates stamps

Butowsky0000631 and Butowsky0000632, who appears to use the phone number 512-810-9498.

**RESPONSE**: Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.

34.     The individual with whom You communicate in the audio recording with bates stamp Butowsky0000854.

**RESPONSE**: Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.

35.     The individuals whose email addresses and names are obscured in the document with bates stamp Butowsky0000618.

**RESPONSE**: Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.   Defendant further objects that no email addresses and names are "obscured" in the document with bates stamp Butowsky0000618.

36.     The individuals with the email addresses "hcf@guldbrandsenfilm.dk" and "orone@ilisols.com" with whom You communicate in the document with bates stamp Butowsky0000344.

14

**RESPONSE**: Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.

**INTERROGATORY NO. 6 [36]**:

Describe in detail the meeting You convened at Your home in Texas on or about September 20, 2017 (the "Meeting"), with Defendant Matt Couch and other individuals, Including: (a) a list of all individuals who were invited to the meeting; (b) a list of all individuals who attended the meeting; (c) the reason(s) the meeting was convened; (d) the start-time and end-time of the meeting; (e) the location of the meeting; (f) the substance of any and all Communications that took place at the meeting, including but not limited to Communications regarding the Rich Family, such as accusations that Aaron Rich was involved in the DNC Hack and/or receiving money from WikiLeaks, and any discussions regarding efforts to surveil any member of the Rich Family or obtain information or documents belonging to any member of the Rich Family; and (g) any decisions or plans made, or agreements reached, at the meeting.

**RESPONSE:** Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.   Defendant further objects that this Interrogatory is duplicative and Defendant has already responded on page 3 above.

**INTERROGATORY NO. 7 [37]**:

Describe in detail the first time you learned about the existence of Aaron Rich, Including:

(a) Identifying the person(s) who named Mr. Rich; (b) the date of the Communication(s); and

(c) the substance of the Communication(s).

**RESPONSE:**  Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.

**INTERROGATORY NO. 8 [38]**:

Identify all person(s) who told You that Aaron Rich either (a) was involved in the DNC Hack; (b) received money from Wikileaks; or (c) both, and Describe in detail all related Communications with those person(s) including the basis they provided for their claim(s).

**RESPONSE**: Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.

**INTERROGATORY NO. 9 [39]**:

Describe in detail Your relationship with Ellen Ratner, including but not limited to any personal, professional, or business relationship, including any involvement you have or had with the media organization, Talk Media News, at which Ms. Rather served as D.C. Bureau Chief.

**RESPONSE**: Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.   Defendant further objects that this Interrogatory is duplicative and Defendant has already responded on pages 10-11 above.

**INTERROGATORY NO. 10 [40]**:

Explain why You publicly claimed that Ellen Ratner related information about *both* Seth

and Aaron Rich (including by amending the complaint in Your lawsuit against certain of Mr.

Rich's counsel) and subsequently changed Your recollection to state that Ellen Ratner solely

related information about Seth Rich (including by again amending the complaint in Your lawsuit

against certain of Mr. Rich's counsel). Defendant further objects that this Interrogatory is based

on a false predicate.  Defendant has always stated that Ellen Ratner only related information to

him relating to Seth Rich.  Ellen Ratner publicly stated to others that Julian Assange had said that

DNC insiders (plural) were responsible for leaking the DNC emails.  To the extent there was an

inadvertent error in a separate complaint in a separate action, that is irrelevant and the error has,

in any event, been corrected.

**RESPONSE**:  Defendant objects that including the two duplicative interrogatories relating to

Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his

Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further

Interrogatories.

**INTERROGATORY NO. 11 [41]**:

Identify all articles, blog posts, Internet forums, editorials, op-eds, Social Media threads,

forums, interviews, or other form of publication that You authored, ghost wrote, served as a

source to, commented on, were quoted in, spoke with the author about prior to publication,

reviewed prior to publication, or in any way provided content to about any member of the Rich

Family. Please include links to the publications, where available, and the username/handle under

which any Social Media comments were made.

**RESPPONSE**:

Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.   Defendant further objects that this Interrogatory is duplicative of Plaintiff's Request for Admissions.   Defendant objects to this Interrogatory as seeking irrelevant information.

**INTERROGATORY NO. 12 [42]**:

Identify and Describe in detail any Communications You have had with anyone regarding the development of any book, movie, documentary, article, or any other financial deal or transaction related in any way to the Rich Family.

**RESPONSE**:

Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.   Defendant objects that this Interrogatory is irrelevant.

**INTERROGATORY NO. 13 [43]**:

Describe in detail the entity Googie L.P. For the avoidance of doubt, Your answer to this Interrogatory shall Identify details Including: (a) when this entity was formed; (b) the purpose of forming this entity; (c) who formed the entity; (d) the partners involved in the entity; (e) any actions that the entity took Relating to the above-captioned matter, Including disbursement of funds; (e) if this entity was dissolved; and, if so, (f) when and why the entity was dissolved. To be clear, the information requested following the colon after "Including" is *necessary* but *not sufficient* in providing a complete response to this Interrogatory.

RESPONSE: Defendant objects that including the two duplicative interrogatories relating to Malia Zimmerman and Rod Wheeler, Plaintiff reached the limit of 25 Interrogatories with his Interrogatory relating to Thomas McInerny and is under no obligation to respond to any further Interrogatories.   Defendant further objects that this Interrogatory is irrelevant.

Dated: New York, New York
       December 6, 2019

                              **QUAINTON LAW, PLLC**

                              */s/ Eden Quainton*
                              EDEN P. QUAINTON, ESQ.

                              QUAINTON LAW, PLLC
                              1001 Avenue of the Americas, 11th Floor
                              New York, New York 10018
                              Telephone: (212) 813-8389
                              E-mail: equainton@gmail.com
                              *Attorneys for Defendant Edward Butowsky*

19

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, a copy of the foregoing Responses and Objections to Plaintiff's Second Set of Interrogatories to Defendant Edward Butowsky was served by agreement by electronic mail on the foregoing:

Joshua Riley
Meryl C. Governski
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, N.C
Washington, DC 2005
jriley@fsflip.com
mgovernski@bsflip.com

Micahel J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K. Street, N.W.
Washington, D.C. 20006
mgottlieb@willkie.com
shall@willkie.com

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*
EDEN P. QUAINTON, ESQ.

1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Edward Butowsky*

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                    Case No. 1:18-cv-00681-RJL
                                               Honorable Richard J. Leon

      Plaintiff,

      v.


EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

      Defendants.


## <u>VERIFICATION OF INTERROGATORY ANSWERS</u>


      I, Edward Butowsky, verify that I have read the foregoing Responses and Objections to

Plaintiff's Second Set of Interrogatories to Defendant Edward Butowsky and that the answers

contained therein are true and correct to the best of my information, knowledge, and belief.

      I verify under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2019




                                 _____
                                 EDWARD BUTOWSKY

2

Fredericksburg
WILLKIE FARR & GALLAGHER LLP
1875 K. Street, N.W.
Washington, D.C. 20006
mgottlieb@willkie.com
shall@willkie.com

QUAINTON LAW, PLLC
/s/ Eden Quainton
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
Attorneys for Defendant Edward Butowsky

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                   Case No. 1:18-cv-00681-RJL

                                              Honorable Richard J. Leon

        Plaintiff,

        v.


EDWARD BUTOWSKY,

MATTHEW COUCH,

AMERICA FIRST MEDIA,

        Defendants.


## VERIFICATION OF INTERROGATORY ANSWERS

I, Edward Butowsky, verify that I have read the foregoing Responses and Objections to
Plaintiff's Second Set of Interrogatories to Defendant Edward Butowsky and that the answers
contained therein are true and correct to the best of my information, knowledge, and belief.
        I verify under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2019

                                              EDWARD BUTOWSKY

2

# EXHIBIT 64

**From:** ed butowsky <ebutowsky@gmail.com>
**To:** Malia Zimmerman <Malia.Zimmerman@FOXNEWS.COM>, Rod Wheeler
<rod@rodwheeler.com>
**Subject:** zoom at 5 est/ 4 cst / 2 pst
**Date:** March 14, 2017 at 4:54:05 PM EDT

Hi there,

Ed Butowsky is inviting you to a scheduled Zoom meeting.

Join from PC, Mac, Linux, iOS or Android:
# https://zoom.us/j/266571184

Or iPhone one-tap (US Toll):  +14086380968,266571184# or +16465588656,266571184#

Or Telephone:
   Dial: +1 408 638 0968 (US Toll) or +1 646 558 8656 (US Toll)
   Meeting ID: 266 571 184
   International numbers available: https://zoom.us/zoomconference?m=BLx-
bAjGlmMVHqAREcEq6GWCn-g6ehUy

<mailbox: MessageHeader 0x7fb30bf6ef00 Message ID: 45442604 T-O43 4122-5024 755B0270GWORW@mail.com From: mailbox -Address 0x7fb30b5c64b10 ed butowsky <ebutowsky@gmail.com> To: [mailbox -Address 0x7fb30b5c64b20 Malia Zimmerman <Malia.Zimmerman@FOXNEWS.COM> mailbox -Address 0x7fb30b5c6b10 Rod Wheeler <rod@rodwheeler.com>] Subject: zoom at 5 est/4 cst / 2 pst Mime version: 1.0 Return Path: <ebutowsky@gmail.com> User-Agent: Microsoft MacOutlook/f.15.1.190411 X-Received: by 10.55.227.4 with SMTP id abcr4357035@d4.235.1405924046871; Tue, 14 Mar 2017 13:54:06  -0700 (PDT) Thread-Topic: zoom at 5 est 4 cst /2 pst X-Gm-Message-State: AFeKfbL+ps7lfiDFAj6nrwNkhjrWDKGIebBG3LcWWWEDAHuPWGC67SdbxxhwPOBE+FGAkj== X-Storgram: Hose DSDE Signature: v=1; a=rsa-sha256; d=rodwheeler.com; s=2016103R; h=user-agent:date:subject:from:to:message-id:thread-topic: mime-version; bh=LdkSgrGEWsBb12wu4ADY6GC2hrFQEqBdDAHnr4u4gvX/o185at2GEnTaDrNqxYxesuT5+neAODVWC0+FQLE8W+ b=sex4GVWC0eFQL29bNgUMkquUrwHwCHA+HJE5GUpMgw/jyJvS7e; LPl15L6JQ2L5wjGOiEF7SMqr7Yb0JqFnp7mBxEDPirY3eKDKCZMpkAvw0f5nt3aEbz-Ox-8nZ+EM2bW4+4wJ6oo7n1Rfob20JBbxg+D4jvuY5i0Bc9Oes7h5LP1DihVtgBw0rywIy0rOegwEDBEKVSBwu+Nmqw-GYD- mrIrcuxxXJp/6x5ktag-DvyfEEx-PJYGN2LIkZLxF7v+4GXj+7.Eg-Z02F9FfA4dsmnQpOw-Vkw==- Remove-X [qmail-DSBN-invcln-k by uid-N2B77; 14 Mar 2017 20:54:10  -0000 Content-type: multipart/alternative; boundary="B_3875GB1043_35705189" X-Google-DKIM-Signature: v=1; a=rsa-sha256; d=rodwheeler.com; s=2016103R; h=x-gm-message-state:user-agent:date:subject:from:to:message-id:thread-topic:mime-version; bh=LdkSgrGEWsBb12wu4ADY6WMBKDE0XZGVFQpLJnW8= b=LF+w/7udvDLEL2bux4Y7bw2HUXIeNwiCK8e9ARKrg2ZZSt4knN7kGe/xC24Sv+vbvRvvDasfS8p-NOO3EkvXxbu3gyCyBrGbcPGq2ivbwDet2X2eyC8Mx9TJGyqvfWJF0rHi6F84E7+ ekEVEvkQgwgA+LvyE31p7Smth6uLNEFVcnb6rGZ46zhq9tGxaJGX6Eer1E3Pc/Nu3Su5NM9-PPwn=/GyY==>
Email Archive Version: 271.100

# EXHIBIT 65

<SMS>

2017-03-14 12:38 PM



2017-03-14 12:39 PM

Thanks Malia.  Just received the document from Joel.

2017-03-14 12:40 PM

Great! Was it what you expected?

2017-03-14 12:41 PM

WHEELER0000738

No.  I actually thought it was going to be a lot of legal mumbo jumbo but it wasn't too bad.  I'm going to get this right back to them and try to meet with the detective today or tomorrow.

2017-03-14 12:43 PM

Great!

2017-03-14 02:35 PM

Thoughts on the agreement?

2017-03-14 02:36 PM

I didn't see it

2017-05-15 03:59 PM

Can you read the story now?

Yes

Get back to me as soon as you can so I can turn it in

Thanks!

WHEELER0000739

Reading it now

2017-05-15 04:25 PM

Malia you can add that I do strongly believe that the answers to who murdered Seth sits on his computer on a shelf at the D.C. Police or FBI headquarters!

2017-05-15 04:27 PM

Ok I'll add it

2017-05-16 03:45 PM

Can we have a call now?

Calling you in 5

2017-05-16 03:47 PM

Rod did you just go on CNN? My top boss in the Company said you were just on and said there are mistakes in my story.

2017-05-16 04:12 PM

Let us know if there are mistakes thanks

WHEELER0000740

2017-05-16 04:15 PM



No

I can't do other networks

Ok thanks. I wonder why he thought that. That was from Jay wallace

2017-05-16 04:19 PM

Rod I need to talk to you immediately

2017-05-19 03:21 PM

Rod can you check your email real quick

WHEELER0000741

# EXHIBIT 66

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** rod@rodwheeler.com <rod@rodwheeler.com>, Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**Subject:** Questions about Seth Rich's murder
**Date:** March 15, 2017 at 10:58:20 AM EDT

For us to get from police and family: Get phone records for both phones, index from computers, computer hard drive content, security footage from store, security footage from neighbor, smart watch data, data from FBI cyber audit, get phone records from earlier months to compare calling patterns, autopsy records, death certificate (who signed off and when)
--

## QUESTIONS FOR POLICE

Was there a warrant obtained by DC police, and if so, can we see what was found?

Were electronics found, if so, which electronics? Did they include his two cell phones and two computers (work and home). Were all searched and if not, why not? And if so, what was found? Did anyone check his GPS on his phone or watch to see if they could track his route?

Was the FBI called in to perform a cyber audit of any electronics? What was found? Who were the agents that worked on it, how can they be reach?

Were emails between Rich and Wikileaks obtained? Was there a drop box on Seth Rich's computer and if so, what was in it?

Is there any evidence of a financial transaction between Rich and Wikileaks? Did he receive $25,000 for the sale of the emails?

Were his office and home searched?

Was the DNC server searched for breaches, uploads? If so what was found?

What were Seth Rich's steps the night he died?

Did anyone check security footage of other places along his route home?

Did the police check surveillance footage at Lou's City Bar?

Did any other homes in the area have security cameras that might have captured someone following him?

Seth Rich was shot about 8 feet from an apartment building that had several windows right next to the crosswalk. Did anyone talk to the residents and did they see anything? Were other residents interviewed?

Were his roommates and girlfriend interviewed?  And what about his fraternity friend who he spoke to while walking him?

What happened when the police got to Seth Rich just after he was shot? What did he say to the police or to the EMS driver?

WHEELER0000140

Did anyone from the neighborhood come to his aid before police arrived?

Who signed the death certificate and at what location/hospital?

Autopsy records?

Is there support to solve this case? Or is there any intervention from political forces outside the department and if so, who are they and what interest do they have in the case?

## QUESTIONS FOR US

Did he leave with the Lou's City Bar General Manager Joe Capone? If so, what did they discuss, where did they go?

Did he talk with anyone while he was at the bar?

Did the police ask for security footage at the bar?

Was he sitting outside or inside at the bar?

Where was he for three hours between when he left the bar at 1:15 and 4:19 when he was killed? Where did he walk? Did he stop anywhere else or encounter anyone else?

Did he stop at that other bar, Wonderlund?

His cell phone, wallet, $2000 necklace, watch and house keys were not taken by his assailants. Did he have anything else with him that might have been taken such as a computer thumb drive or second phone?

Do we know if he had another relationship besides his girlfriend?

Was anyone close to him connected to Wikileaks?

What would be his motivation for leaking to Wikileaks if he did that?

Who are the people exposed in the emails who might have a reason to seek revenge for him exposing them or who would want to prevent him from leaking additional emails?

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

SXyVirq72XYgu3TsQo3oh4nD4tcgKxNEomXZmmC3t1SSgfyfwNY9HxdAGFpxpkAmcgH1YtV9rfj1Gec2K9HvWnf3hv7pNhdkVGx1j3wr Received: tymid:97023 seceked by:xd 3QF9T; 15:Mar 2017 14:50:12 -0000 X: Proofpoint-Spam-Details: rslevindlscand_policy_antispam policyvcathond_policyscere0 priorityscore:1501 malwarescore:0 suspectscore:0 phishscore:0 bulkscore:0 spamscore:0 classscore:1331 lowpriorityscore:0 impostorscore:0 adjustscore:0 adultscore:0 mwscore:0 mwsreactions:0 composcore:0 engine:8.0.1-1702010001 definitions:te-sts:1701050145 5:843-Exchange-Transport-CrossTenantHeadersStamped: 2910R6D4B30dd6v-fronthost-pvv; 31473EGA01:Accept-Language: en-US e-exchange-antispam-report-test: Un:0cas;OSD94US:d70SD3U30C3942440261730;1770S5C3630100; XAJS-Exchange-CrossTenant-fromentityheader: Hosted spam:tagauto:cmetabin: HIPM e-exchange-antispam-report-cfa-test: BCL:0;PCL:0;RULEID:40047;SRVR:3QXX0JPE8:BM1O30046;BCL:0;PCL:0;RULEID: ;SRVR:3910RQMBD30046 a-microsoft-antispam: Un:0cas; BCL:0;PCL:0;RULEID:(203021);SRVR:3910RQMBD30046 =
d061240c261t0210355072t120140612t50311t12000t0t2t014113100036t3-607(140) SRVR:3910RQMBD30046;BCL:0;PCL:0;RULEID: ;SRVR:3910RQMBD30046 =
Email-Archive-Version: 371.000

WHEELER0000142

# EXHIBIT 67

**From:** Malia Zimmerman <maliamzimmerman@gmail.com>
**To:** Ed Butowsky <ebutowsky@gmail.com>
**Cc:** Rod Wheeler <rod@rodwheeler.com>, Adam Housley <adam.housley@foxnews.com>
**Subject:** A four -way
**Date:** March 29, 2017 at 3:50:14 PM EDT

The only time that doesn't work is 8-8:30 am my time, Pacific. or after 5 my time.

thanks.

On Wed, Mar 29, 2017 at 12:47 PM, <ebutowsky@gmail.com> wrote:

I really need a four-way zoom video conference tomorrow with all of you. Please tell me what times DO NOT work for you tomorrow?
We are on the 1 yard line and we need to take it over the goal line and in order to do that we all need to be on a video conference as a starting point. Once I get the time set I will send out a link.

\<mailroot\> MessageHeader 0a7f6b98e3fe0 Message-ID: CAOCntf8PCkJLFhDXnZPL_Nwc-oeqXCFCVbhz6Sy1yjO+C86AtO7Q@mail.gmail.com Reference: [9D111AD3-33D9-47E4-BB8A-40101609A738@gmail.com] In-Reply-To: [9D111AD3-33D9-47E4-BB8A-40101609A738@gmail.com] From: malore: Address 0a7f6b98e60b0 Malia Zimmerman <maliamzimmerman@gmail.com> To: [malore: Address 0a7f6b98e60b0 Ed Butowsky <ebutowsky@gmail.com] Cc: [malore: Address 0a7f6b98e60b0 Rod Wheeler <rod@rodwheeler.com> malore: Address 0a7f6b98e70e0 Adam Housley <adam.housley@foxnews.com>] Subject: Fe A four -way Content-Type: multipart/alternative; boundary=001a11364d30eef65f4acfe2ec D Received: by 10.237.32.240 with SMTP id ec45es257520a; Wed, 29 Mar 2017 12:50:14 -0700 (PDT) MIME-Version: 1.0 X-Ote-Message-State: AFeK0O.. etc. Email Archive Version: 371.300

# EXHIBIT 68

**From:** Ed Butowsky <ebutowsky@gmail.com>
**To:** Rod Wheeler <rod@rodwheeler.com>
**Subject:** please FaceTime me when you et this .. thx ..i have an idea
**Date:** April 27, 2017 at 10:14:12 AM EDT

The Democratic National Committee staffer who was gunned down on a Washington, D.C., street 8 months ago just steps from his home in the cozy Washington DC's Columbia Heights neighborhood, did, in fact, provide some 30,000 internal emails between DNC party leaders to WikiLeaks, Fox News has confirmed.

Seth Rich, 27, who was murdered July 10, worked as a DNC data analyst and completed a database for spurring voter turnout. During a forensic search of Rich's work computer, two FBI cyber experts uncovered correspondence between Rich and Wikileaks and a Dropbox where documents were uploaded from Rich's computer to Wikileaks. The FBI cyber unit performed an analysis at the request of DC police.

While this could be a politically related hit, a source close to the investigation said the police chief, at the direction of the DC mayor, is keeping any information related to the case in his office, under lock and key, with only one DC detective allowed access.

"The DC mayor is really monitoring this case very closely and officers are restricted in terms of what they can say or not say to the family and the public," said a source close to the investigation. "It appears that the investigators are walking on eggshells with

regard to the case."

The emails published July 22, 12 days after Rich's death, and just before the Democratic Party Convention, showed top DNC officials conspired to stop Sen. Bernie Sanders of Vermont from becoming the party's presidential nominee. That controversy resulted in Debbie Wasserman Schultz resigning as DNC chairperson during the convention. A number of Sanders supporters refused to support party nominee, Hillary Clinton, and some subsequently formed groups to work against Clinton and their party.

Former Washington DC Homicide Detective Rod Wheeler, who now runs his own private detective service, said detectives normal look at several possible working theories.

For example, police could look into whether Rich was killed by someone he knew for personal reasons, possibly out of jealously, betrayal or anger. They could also investigate whether he was murdered for political reasons, either out of revenge for him releasing DNC emails to Wikileaks or to prevent him from sending additional files.

DC police have stuck to the theory that Rich's murder was the result of a botched robbery, despite the fact that the dual assailants who shot Rich twice in his back, did not take his wallet, cell phone, keys, watch or $2,000 necklace.

Wheeler said the botched robbery theory, which police have pursued for 8 months, doesn't seem to be panning out.

Police should consider a political angle, he said, especially in light of WikiLeaks' founder Julian Assange alleging Rich was source.

During an Aug. 9 interview from Ecuador's London embassy with a Dutch television reporter, Assange hinted that Rich was the source of those emails and announced Wikileaks put up a $20,000 reward for information leading to a conviction in Rich's murder case.

The Dutch journalist looked astonished, and asked Assange, "What are you suggesting?"

"I am suggesting," Assange replied, "that our sources take risks, and they, they become concerned to see things occurring like that."

On Twitter, Wikileaks noted the reward and Assange's statement "should not be taken to imply that Seth Rich was a source for WikiLeaks or to imply that his murder is connected to our publications." Wikileaks has a policy not to release the names of its sources, even after their death.

WHEELER0000236

But in subsequent appearances on Fox News Channel, Assange confirmed, "We're interested in anything that might be a threat to alleged WikiLeaks sources."

D.C. police have offered a $25,000 reward. That, with the Wikileaks fund, and $130,000 from Republican lobbyist Jack Burkman, amounts to $175,000, the largest reward in such a case in the nation's capital.

Wheeler said several other leads could be followed in the case, such as a review of all of Rich's actions the night of his death. A bar tender at Lou's City Bar told Fox News this week that Rich sat on the patio, not inside at his usually seat at the bar, before he leaving about 1:15 a.m. to walk home.

Police did not obtain security footage from the area or the restaurant to see if Rich met anyone or was in a confrontation with anyone who walked by or was a patron in the bar, according to the bartender on duty.

Rich took his time walking home, calling several people, including his father, who he missed because he had gone to sleep. He phoned a fraternity brother, and his girlfriend, Kelsey Mulka, who was out of town. Around 4:17 a.m., when Rich was about a block from his home, Mulka, still on the phone with him, heard voices in the

WHEELER0000237

background, but Rich reassured her he was steps away from being at his front door.

Two minutes later, Rich was shot twice in the back. Because DC has an alert system that detects gunshots, police were on the scene within 3 minutes. Rich, who had sustained bruising on his hands and face, remained conscious, but died at a nearby hospital about an 1 hour and 40 minutes later. Police and EMS personnel will not say whether Rich provided them with any clues about the identities of his attackers or their motivation.

Police also have refused to release security footage from a market on the corner of the crosswalk where Rich was killed to either the family or the media. The footage shows two people following Rich across the tiny crosswalk just moments before he was attacked. The camera captured the assailants' legs and Rich as he fell backwards into the street after being shot.

Wheeler said normally police would release the footage to the media to see if anyone remembers anything from that night or recognizes assailants. The family also should be privy to the entire case jacket, with all the details of the case, unless they are considered suspects, Wheeler said. However, according to Joel Rich, Seth Rich's father, they have not received a copy of the tape or many of the details related to their son's murder case.

=mailcom-MessageHeader-0x7f6bbb205d43 Message-ID: 0:32768EA 582059a9sdcmailbg@gmail.com From: mailcore -Address 0x7f6bbb205970 Ed Bubcaoby <ebubcaoby@gmail.com> To: [mailcore -Address 0x7f6bb205dd3 Rod Wheeler <rod@rocdwheeler.com> [Subject: please FaceTime me when you all thu .the .i have an idea Mime-version: 1.0 Return-Path: <ebubcaoby@gmail.com> User-Agent: Microsoft Mac Outlook/14 7.2 170226 R Received: by 10 202.180.87 with SMTP id R48ms 262176bof 228 1493182892538 Thu, 27 Apr 2017 07:14:13 -0700 (PDT) Thread-Topic: please FaceTime me when you all thu .the .i have an idea X-Gm-Message-State AK2r1/5R9bzkEay6a0a0T4bA5Kcb59rgWKJ87Xtjbdb5mfzdb9xj0qaaA9KDIA nQWmo5SmGC/proggg7U/brw bpwu89Q4voa05368edHaneq4kJ7B0uiy7/uuts1m4rmnqmLLNUbyCf8gJdcXzdwu wsydaOKMrw5dpowLHqtV7wiq9cAyasIEA bmosdMLRnjpnJpZXKOnmOkSypdrWK9mm/6EYR6ClgrW4xz9f8 aphWLl2OWKL/eH /al+7bqdSpqubDQrt2wpCfAs0sdd3oDS/5Nsw/6PsCdnwkrRy9DmDFormmUm88gjcvqhWs9hQVM5z/Vrxtr7WPfl XamreqZwbz2b5Ir-aHazwSvytLXsjK7/HHpZ8j+Ek4/nnsshw +74fWTm/bbgzOWsiwf kjhZAWr Wrj7bqm3xMpz vcGtpp1J3fI9Tcfkcf05Q1f6wewe7Tb5N9OhPscpJXFt67R w2HOu4A+cAzLH1t9JrLX YnnqdBYkfbjqb3k1ddDmmmwKwXoMLTnjTnjx9fmTBF7/8Jiwda HMybj9tmd6Jx9Y8qL7uyt9mMdp5ff8ARE+6c6ICgXtwQ5NHfwJyw5haxJihXytBXxjb9dwYNL5z+A4SsrHLgztmr JPcfRhfoPwn4SsCfSmmt/SmXmqSNLFa7opSfHa/ul/SrhfM/bPDLOKCtCzE/T1c/dvf5p+znMHL6rwNw1bqd 7HmnAwXq7waOgmbAh3zcobA7bsalumjGdoshmiqMcamSkBtoDOBCCE 71JolSsfTqvoK8H1JwrHzXjoTHoS+TbX1xqmpdXTH6i5c1uBwnTAP Mb9yb5daW9GP+ 8BhX/iR9YwTxcQmTnYrHolrdDGwMwNMNAPx2zqvm3SFumQpSbAiFFC0y 6Lw+[v> > Email-Archiver-Version: 371.100

WHEELER0000238

# EXHIBIT 69

**From:** Ed Butowsky <ebutowsky@gmail.com>
**To:** Rod Wheeler <rod@rodwheeler.com>
**Subject:** draft of story on Seth Rich and Wikileaks
**Date:** June 10, 2017 at 7:26:52 AM EDT

---

**From:** Malia Zimmerman <maliamzimmerman@gmail.com>
**Date:** Thursday, May 4, 2017 at 3:52 PM
**To:** Ed Butowsky <ebutowsky@gmail.com>
**Subject:** Fwd: draft of story on Seth Rich and Wikileaks

any news on the key point?

---------- Forwarded message ----------
From: **Malia Zimmerman** <maliamzimmerman@gmail.com>
Date: Sat, Apr 29, 2017 at 1:26 PM
Subject: draft of story on Seth Rich and Wikileaks
To: Ed Butowsky <ebutowsky@gmail.com>, Malia Zimmerman <maliamzimmerman@gmail.com>

Hi Ed, I need to confirm the bold sections. And also approve these statements from Rod. but here is a rough draft. Let me know what you think. Thanks, Malia

The Democratic National Committee staffer who was gunned down on a Washington, D.C., street last July just steps from his home in the cozy Washington DC's Columbia Heights neighborhood **leaked a series of controversial internal emails between DNC party leaders to WikiLeaks.**

Seth Rich, 27, worked as a DNC data analyst and completed a database for spurring voter turnout. **During a forensic search of Rich's work computer, investigators uncovered correspondence between Rich and Wikileaks**, a source close to the murder investigation told Fox News.

The 44,053 emails and 17,761 attachments from US Democratic National Committee leaders, which span from January 2015 through May 25, 2016, were published July 22, 12 days after Rich's death, and just before the Democratic Party Convention began July 25. They showed top DNC officials conspired to stop Sen. Bernie Sanders of Vermont from becoming the party's presidential nominee.

That controversy resulted in Debbie Wasserman Schultz resigning as DNC chairperson. A number of Sanders supporters refused to support party nominee, Hillary Clinton, and some subsequently formed groups to work against Clinton and their party.

While some in the intelligence community and Congress have blamed Russian hackers for stealing and leaking emails from the DNC and Hillary Clinton's campaign to Wikileaks to impact the election in Donald Trump's favor, the emails show, at least in the case of the DNC emails, **the emails were taken by an employee, possibly to expose the bias against Sanders.**

A source close to the investigation said the police chief, at the direction of the DC mayor, is keeping any information related to the case in his office, under lock and key, and other politics are involved.

"The DC mayor is really monitoring this case very closely and officers are restricted in terms of what they can say or not say to the family and the public," said a source close to the investigation. "It appears that the investigators are walking on eggshells with regard to the case."

DC police have no suspects and no substantial leads as to who the killer or killers may be.

The FBI's national office has refused to respond to questions about any assistance they provided in the case; DC police also have refused several requests for interviews about the murder investigation and have refused to answer questions about Rich's emails to Wikileaks or the FBI's reported involvement in helping to uncover those.

Former Washington DC Homicide Detective Rod Wheeler, who now runs his own private detective service, said police detectives typically look at several possible working theories.

For example, police could look into whether Rich was killed by someone he knew for personal reasons, possibly out of jealously, betrayal or anger. They could also investigate whether he was murdered for political reasons, either out of revenge for him releasing DNC emails to Wikileaks or to prevent him from sending additional files.

DC police have stuck to the theory that Rich's murder was the result of a botched robbery, despite the fact that the dual assailants who shot Rich twice in his back, did not take his wallet, cell phone, keys, watch or necklace worth about $2,000.

Wheeler said the botched robbery theory, which police have pursued for nearly a year, doesn't seem to be panning out.

Police should consider all angles, Wheeler said, especially in light of WikiLeaks' founder Julian Assange alluding that Rich was his source.

During an Aug. 9 interview from Ecuador's London embassy with a Dutch television reporter, Assange hinted that Rich was the source of those emails and announced Wikileaks put up a $20,000 reward for information leading to a conviction in Rich's murder case.

The Dutch journalist looked astonished, and asked Assange, "What are you suggesting?"

"I am suggesting," Assange replied, "that our sources take risks, and they, they become concerned to see things occurring like that."

On Twitter, Wikileaks noted the reward and Assange's statement "should not be taken to imply that Seth Rich was a source for WikiLeaks or to imply that his murder is connected to our publications." Wikileaks has a policy not to release the names of its sources, even after their death.

But in subsequent appearances on Fox News Channel, Assange confirmed, "We're interested in anything that might be a threat to alleged WikiLeaks sources."

During an August 25 interview with Fox News host Meghan Kelly, Assange confided, "We have received information (about Seth Rich's killer)… we don't want to compromise the investigation."

D.C. police have offered a $25,000 reward. That, with the Wikileaks fund, and $130,000 from

WHEELER0000552

Republican lobbyist Jack Burkman, amounts to $175,000, the largest reward in such a case in the nation's capital.

Wheeler said all leads in this case need to be followed to solve Rich's murder including where he went the night he died, who he encountered that night, and who he spoke to on the phone.

Rich had been at Lou's City Bar until about 1:15 am and took his time walking home, calling several people, including his father, who he missed because he had gone to sleep. He phoned a fraternity brother, and his girlfriend, Kelsey Mulka, who was out of town. He stopped at a McDonalds restaurant just before getting into his neighborhood.

Around 4:17 a.m., Rich was about a block from his home when Mulka, still on the phone with him, heard voices in the background. Rich reassured her that he was steps away from being at his front door and hung up.

Two minutes later, Rich had been shot twice in the back and left to die. Because DC has an alert system that detects gunshots, police were on the scene within 3 minutes. Rich sustained bruising on his hands and face, but remained conscious. He died at a nearby hospital about an 1 hour and 40 minutes later. Police and EMS personnel will not say whether Rich provided them with any clues about the identities of his attackers or their motivation.

Police also have refused to release security footage from a market on the corner of the crosswalk where Rich was killed to either the family or the media. The footage shows two people following Rich across the tiny crosswalk just moments before he was attacked. The camera captured the assailants' legs and Rich as he fell backwards into the street after being shot.

Wheeler said normally police would release the footage to the media to see if anyone remembers anything from that night or recognizes assailants. The family also should be privy to the entire case jacket, with all the details of the case, unless they are considered suspects, Wheeler said. However, according to Joel Rich, Seth Rich's father, the family has not received a copy of the tape or most of the details related to their son's murder case.

**SIDEBAR: TIMELINE**

· May 25, 2016, or thereabouts, emails are copied from the DNC top brass spanning from January 2015 through May 25, 2016 and delivered to Wikileaks;

· June 8, Bernie Sanders loses hope of winning Presidential primary, vows to fight on;

· July 6, Seth Rich is offered a job by Hillary Clinton's presidential campaign in Manhattan, which his family said he planned to accept;

· July 10, Seth Rich is murdered by two unknown assailants;

· July 22 at 10:30am EDT, WikiLeaks releases 44,053 emails and 17,761 attachments from US Democratic National Committee leaders including DNC Communications Director Luis Miranda National Finance Director Jordon Kaplan, Finance Chief of Staff Scott Comer, Finance Director of Data & Strategic Initiatives Daniel Parrish, Finance Director Allen Zachary, Senior Advisor Andrew Wright and Northern California Finance Director Robert (Erik) Stowe.

· July 25–28, The 2016 Democratic National Convention is held at the Wells Fargo Center in Philadelphia, Pennsylvania. Many delegates at the convention are in an uproar because the DNC emails showed party leaders conspired to sabotage Sanders' campaign. Debbie Wasserman Schultz, the chairwoman of the party, steps down. Hillary Clinton secures her nomination as the party's presidential candidate.

· August 9, Assange spoke about Rich's death during an interview with Dutch TV station NOS, and seemed to say Rich was his source: "Whistleblowers go to significant efforts to get us material, often very significant risks. There's a 27-year-old that works for the DNC who was shot in the back, murdered, just two weeks ago, for unknown reasons as he was walking down the street in Washington... I am suggesting that our sources, ah, take risks and they, they become concerned to see things occurring like that..."

· LINK https://www.youtube.com/watch?v=Kp7FkLBRpKg

· August 9, WikiLeaks issues a $20,000 reward for information leading to conviction for the murder of DNC staffer Seth Rich.

· August 25 in an interview with Meghan Kelly, she asked him "Why are you so interested in Seth Rich's killer?" Assange responded, "We're very interested in anything that might be a threat to Wikileaks' sources... we're not saying that Seth Rich is necessary connected to our publications." Kelly pressed further, "Do you have any suspicions on who may be have been behind his murder?" The Wikileaks founder said, "We have received information... we don't want to compromise the investigation."

· Jan. 3, 2017, Seth Rich would have turned 28. That same day, Sean Hannity released his interview with Julian Assange in which he disputes Russia provided him with the DNC documents

WHEELER0000554

and once again maintains neither the Russian government nor any state actor provided Wikileaks with the DNC emails. Assange said he will not clarify who the source is, whether that source is within or outside the U.S., or within the DNC or a service provider of the DNC.

· Jan. 10 is the six month anniversary of Seth Rich's murder; police announce they have no updates on the case.

textcore: MessageHeader:0x7fd73bd69520 Message-ID: 159341BD-5FC7f9a4ubzaaba@gmail.com References: [1]AOCm9LFTWNHrCbadd4sP51mitJyOHzml6MAdphftJ1958tqdfkpdhfmesta.mail.com, [2]AOOm7fN2N3G21H473zJsfwrVffBUmTURSpkOvaCUxWJ2SZ55JjRh-mail.gmail.com] From: mailcore: Address:0x7bf73bc6b40c Ed Butzasky <edubzaadby@gmail.com> To: [mailcore: Address:0x7bf73bc6b40c Ed Wheeler <rod@rodwheeler.com>] Subject: FW: draft of story on Seth Rich and Wikileaks User-version: 1.0 Return-Path: <edubzaaby@gmail.com> com= User-Agent: Microsoft-MacOutlook/14.7.1.07122014 Received: by 10.107.29.35 with SMTP id j20mr8288097sabs.224.1497036613170; Sat, 10-Jun-2017 04:29:53 -0700 (PDT) Thread-Topic: draft of story on Seth Rich and Wikileaks X-Gm-Message-State: AKS3aGywzqwt1ZX44Z1UsQ0f9zKrFOEuf0uf9TRBcjDr9huhzqUpft 5765MPgKNumQyphZ4/Bcompare. Auto-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20161025; h=user-agent:date:subject:from:to:message-id:thread-topic:references:in-reply-to:mime-version; bh=AK17r0pzPuTlaaBU2jEaFu0vNm04V4UK2hfZuO2Q+ht; b=kHmahad7T45bdhCqouWoY12e4cNhJiguhmWp/1VTesYHnDhQ5lpDp5ebs.bxm0P7Q,2PozCMaVylasckxUgAmHhd9/OKnvZEDhS/qux1RyeHT0u/Eb04hLbqsyo8ozZW4K/9E11E24; IpreddqaHoZmonddaza RmFandcef7H0SdG1jsuWnY12eUnL0gsqzdeKo72V5mfHrdcQ4jSbjb1JmAQP1Q_PknzMaMajo5Gekc1mWbIxVhkVDE/8wTRCkbaz9p3V/FGxdpPywaK5vZ9cla8XU/QW2kUfxFJhzc5/Ebaq1-ZS9opqufcV9tzz16eMaJkjHXmjdPCbzokKzeKw/BjEQqOktAtRH6/nqEHwoG1QKjQJ1qQ2kqkAnWiH7J0WZ/kUFG/6qjKjeMa92F10W2Re Auto(datesmacby:permilaon)Haqsal0zxb9ahMHzhzqN5LaHPmzkdQ+vaRrhPwgnltPxGfeabdpnY+1+ReqznLet 1qarcal1a7RMHk,mazoahZ9h.Gr-8uo-Asfma ced.ua460075, 16-Jun-2017 11:27:53 -0860 textcore-topic: mailtopwlqbdmmatsec boundary="B_3979339865_396985B" X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=1e100.net; s=20161025; h=xgm
message-state-user-agent:date:subject:from:to:message-id :thread-topic:references:in-reply-to:mime-version; bh=sAK17r0pzPuTlaaBU2jEaFu0vNm04V4UK2hfZuO2Q+ht; b=nXrmogs8X51vZ12J5DIJ40zV/jx+ZtYzeXHxJtQFwzZ4bqb/4Xss/tlZaUGLj4EywJXD36Uwlo5U6RPHLpJXTNogJcQg3PdJE wqdwq5wx4HivfW1j8EXdmqoZzbVWzR cpoHlUjudZcZ/2o3dkAMKJ84kZ9fK4usvngfbdsmHtwdcJsk3erCIm2pUG/qBdYyw0IIAnsNQdGkkJI2kdhbkcJXKn84PqavTDoHWGxn9hJSaB49J3y72r3sppmXpK3av2HAQLps3QUi9/c99G8rwe KWcReH6zWfqgHumV5qdlKaXqpzzp/9x4zlla84Ma 275Arr-

Email-Archiver-Version: 271.100

WHEELER0000555