# EXHIBIT 70

**From:** Malia Zimmerman <maliamzimmerman@gmail.com>
**To:** Ed Butowsky <ebutowsky@gmail.com>, Rod Wheeler <rod@rodwheeler.com>, Malia Zimmerman <maliamzimmerman@gmail.com>
**Subject:** Seth Rich
**Date:** May 11, 2017 at 1:43:59 PM EDT

Ed, Rod

Could you please ask your sources:

1) Why are they privy to information about Seth Rich's murder investigation? Was they part of an investigation into Wikileaks - or Seth Rich's murder - or how they intersect?

2) Do they know for sure that Seth Rich sent emails to Wikileaks and if so, how do they know? Did they see his emails, or drop box, or how do they know with certainty? Is this first and knowledge? Any specifics would be helpful. The date they were uploaded, the address they were sent to, etc.

3) Did Seth Rich sell the emails and if so, for how much, and how was the transaction completed? Did he give Wikileaks all 30,000 emails that were published from the DNC or just a portion?

4) Who do they think killed Seth Rich and what evidence is there to prove the theory? If the Romanian hacker group killed him, was it revenge? How did they intersect?

5) Do they remember seeing any documentation or have any documentation they can show us or read to us that proves Seth Rich was the leaker?

6) Do they think there is an attempt to cover up the fact that Seth Rich was the leaker and if so, by who, or which agency, and why?

7) Which agencies have been involved in the murder investigation either by assisting in some way or getting involved in the investigation? Was the FBI involved and if so which unit? What did the agency do specifically?

8) Can we use their responses in the story without attribution? And just say according to a US intelligence source?

Thanks

Malia

<mailcore::MessageHeader:0x7f8ea1da3ea0 Message-ID: CAOCmf5O=ez7ypfqacJQ5Pbe2Q395-ZKjXta9p1OHBWv+abT7oQ@mail.gmail.com From: mailcore::Address:0x7f8ea1da4890 Malia Zimmerman <maliamzimmerman@gmail.com> To: [mailcore::Address:0x7f8ea1da42a0 Ed Butowsky <ebutowsky@gmail.com>, mailcore::Address:0x7f8ea1db1490 Rod Wheeler <rod@rodwheeler.com>, mailcore::Address:0x7f8ea1da43e0 Malia Zimmerman <maliamzimmerman@gmail.com>] Subject: Seth Rich Content-Type: multipart/alternative; boundary=001a11407816498684054f432245 X-Received: by 10.200.34.35 with SMTP id [illegible]; Thu, 11 May 2017 10:44:00 -0700 (PDT) MIME-Version: 1.0 X-Gm-Message-State: [illegible] X-Nonspam: None DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20161025; h=mime-version:from:date:message-id:subject:to; bh=[illegible]; b=[illegible] Received: (qmail 133569 invoked by uid 30297); 11 May 2017 17:44:01 -0000 X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=1e100.net; s=20161025; h=x-gm-message-state:mime-version:from:date:message-id:subject:to; bh=[illegible]; b=[illegible] >
Email-Archiver-Version: 371.100

# EXHIBIT 71

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** ebutowsky@gmail.com <ebutowsky@gmail.com>, Housley, Adam <Adam.Housley@FOXNEWS.COM>, Rod Wheeler <rod@rodwheeler.com>
**Subject:** quick question
**Date:** May 12, 2017 at 12:22:02 PM EDT

from the dark web search nothing turned up on Seth Rich's murder or his connection to wikileaks

---

**From:** Mark Turnage <Mark.Turnage@owlcyber.com>
**Sent:** Friday, May 12, 2017 8:56 AM
**To:** Zimmerman, Malia McLaughlin
**Subject:** Re: quick question

Malia
We looked but all we have found is repeated stories about the allegations....no proof though. Not surprising---if he were leaking to Wikileaks, it wouldn't necessarily show up on the darknet.....
Hope you are well
Mark

**Mark Turnage** | CEO
OWL Cybersecurity
303.888.4113
www.owlcyber.com

---

**From:** "Zimmerman, Malia McLaughlin" <Malia.Zimmerman@FOXNEWS.COM>
**Date:** Thursday, May 11, 2017 at 2:04 PM
**To:** Mark Turnage <Mark.Turnage@owlcyber.com>
**Subject:** Re: quick question

Hi Mark

Thank you.

I am looking for any information on the following:

Any mention of Democratic National Committee employee Seth Rich, who was

murdered on July 10, 2016 in DC. His murder is still unsolved.

Wikileaks offered a $20,000 reward for information that leads to the arrest of his killers, so anything that mentions who could have killed him or explains his connection to Wikileaks would be helpful.

We would like any proof that he was the leaker to Wikileaks.

We were told by reliable sources that he sold 30,000 emails that he took from his employer, the DNC, to Wikileaks, and that Romanian hackers were upset, and may have killed him in revenge.

We were told his murder was not a street robbery as police have said but a hit.

These were the very important emails credited with possibly swinging the election in Donald Trump's favor. And these are the emails the FBI has claimed that Russian hackers took and leaked to Wikileaks. We don't believe that is true.

We were told some information about this is on the dark web.

This sounds far fetched, I know, but these are reliable government sources.

Here is a story with some background on Seth Rich and Wikileaks.

http://www.foxnews.com/politics/2017/01/10/slain-dnc-staffers-father-doubts-wikileaks-link-as-cops-seek-answers.html

Slain DNC staffer's father doubts WikiLeaks link as cops seek answers

www.foxnews.com

Six months after a Democratic National Committee staffer was gunned down on a Washington, D.C., street, suspicion that he may have been the source who passed ...

Let me know what you think. Thanks!

Malia

---

**From:** Mark Turnage <Mark.Turnage@owlcyber.com>
**Sent:** Thursday, May 11, 2017 12:46 PM
**To:** Zimmerman, Malia McLaughlin
**Subject:** Re: quick question

Hi Malia
Happy to help.  What are you looking for?
Mark

Sent from my iPhone

**Mark Turnage**


On May 11, 2017, at 12:51 PM, Zimmerman, Malia McLaughlin
<Malia.Zimmerman@FOXNEWS.COM> wrote:

Hi Mark

I was wondering if you would be willing to help me with a dark web search. I am happy
to attribute any information you find to your company in my story.

Thanks,
Malia

Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue
Los Angeles, CA 90025

O: 310-571-2042
M: 808-306-3161
E: Malia.Zimmerman@foxnews.com

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by replying to this message and delete the message immediately thereafter. Thank you.

[illegible]

# EXHIBIT 72

| | |
|---|---|
| DocID : | 20190702_042-000000334 |
| EndDoc : | |
| BegAttach : | 20190702_042-000000334 |
| EndAttach : | 20190702_042-000000334 |
| Parent_DocID : | |
| Attach_DocIDs : | |
| CustodiansAll : | Wheeler; |
| Custodian : | Wheeler |
| ParentChild : | Standalone Document |
| RecordType : | Electronic File |
| Hidden Content Detail : | |
| From : | |
| To : | |
| CC : | |
| BCC : | |
| EmailSubject : | |
| AttachCount : | 0 |
| DateSent : | |
| DateReceived : | |
| FileName : | Voicemail on 2017-05-14 19.29.58 from ED Butowsky .amr |
| DocType : | Adaptive Multi-Rate Audio File |
| DocTypeGroup : | Multimedia |
| FileExtension : | amr |
| FileFolder : | \Wheeler\Rod Wheeler |
| FileSize : | 66054 |
| FileSubject : | |
| DocTitle : | Voicemail on 2017-05-14 19.29.58 from ED Butowsky .amr |

Due to size limitations, not all document information was included on this page.

DOCUMENT PRODUCED NATIVELY

WHEELER0000922

WHEELER0000922



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\- - -

| | |
|---|---|
| AARON RICH, | : Civil Action No. |
| | : |
| Plaintiff, | : 1:18-cv-00681 |
| v. | : |
| | : |
| EDWARD BUTOWSKY, | : |
| MATTHEW COUCH, and | : |
| AMERICA FIRST MEDIA, | : |
| | : |
| Defendants. | : |

\- - -

AUDIO TRANSCRIPTION

\- - -

May 14, 2017, Ed Butowsky Voicemail for Rod Wheeler (WHEELER0000922).

\- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



\- - -

ED BUTOWSKY: Hey, Rod. It's Ed. So a couple of minutes ago I got on a note that we have the full attention of the White House on this. And tomorrow let's close this deal. Whatever you gotta do. But you can feel free to say that the White House is onto this now and they better come clean right away. Something along those lines. You know what I mean?

Has DO [phonetic] confirmed and what time are you guys meeting? If he hasn't let me know because I spoke to him a little while ago. Thanks.

\- - -

(End of audio file)

\- - -

CERTIFICATE

I HEREBY CERTIFY that the foregoing was transcribed by me from an audio file to the best of my ability.

Cindy Parker
Dated: November 13, 2019

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

LAWYER'S NOTES

PAGE LINE



# EXHIBIT 73

<iMessage>

2017-03-26 11:37 AM

Starting tomorrow for a couple of days I will not have my phone with me. That doesn't mean I'm not able to talk nor does it mean I won't be of good mind and body. I will just be in the hospital for a day or so.
My wife's phone number is [Redacted for Personal Information - FRCP 5.2] her is name is Dani.
My daughter's number is [Redacted for Personal Information - FRCP 5.2]
If there is anything going on you want to tell me or need help with please don't hesitate to reach out. I have brought my wife and daughter in on this thread as well

2017-03-26 11:40 AM

Thanks. Hope all is well. Talk soon.

2017-03-26 11:42 AM

Everything is very good. Just wanted you to have the numbers OK something is going on that we need to chat about.

# EXHIBIT 74
# FILED
# UNDER SEAL

# EXHIBIT 75

| | |
|---|---|
| DocID : | 20190702_042-000000321 |
| EndDoc : | |
| BegAttach : | 20190702_042-000000321 |
| EndAttach : | 20190702_042-000000321 |
| Parent_DocID : | |
| Attach_DocIDs : | |
| CustodiansAll : | Wheeler; |
| Custodian : | Wheeler |
| ParentChild : | Standalone Document |
| RecordType : | Electronic File |
| Hidden Content Detail : | |
| From : | |
| To : | |
| CC : | |
| BCC : | |
| EmailSubject : | |
| AttachCount : | 0 |
| DateSent : | |
| DateReceived : | |
| FileName : | rod malia and ed email string (critical) (challenging on accuracy of article).MP3 |
| DocType : | MPEG Audio File |
| DocTypeGroup : | Multimedia |
| FileExtension : | MP3 |
| FileFolder : | \Wheeler\Rod Wheeler |
| FileSize : | 10496490 |
| FileSubject : | |
| DocTitle : | rod malia and ed email |

Due to size limitations, not all document information was included on this page.

DOCUMENT PRODUCED NATIVELY

WHEELER0000893

WHEELER0000893



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\- - -

| | |
|---|---|
| AARON RICH, | : Civil Action No. |
| Plaintiff, | : 1:18-cv-00681 |
| v. | : |
| EDWARD BUTOWSKY, MATTHEW COUCH, and AMERICA FIRST MEDIA, | : |
| Defendants. | : |

\- - -

AUDIO TRANSCRIPTION

\- - -

May 16, 2017, Phone Call Between Ed Butowsky, Rod Wheeler, and Malia Zimmerman (WHEELER0000893).

\- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 2

\- - -

AUTOMATED VOICE: -- at FoxNews.com. Please leave a message and I'll get back to you as soon as --

\- - -

[Dialing]

\- - -

[Ringing]

\- - -

AUTOMATED VOICE: Your call has been forwarded to an automated --

\- - -

[Dial tone]

\- - -

[Dialing]

\- - -

[Ringing]

\- - -

ED BUTOWSKY: Rod, I got -- I was talking to Malia. I brought her on.

Page 3

ROD WHEELER: Okay. Good. So I'm looking -- I'm working on this response to this e-mail. But I was -- can you guys hear me?

ED BUTOWSKY: Yeah.

MALIA ZIMMERMAN: Yeah.

ROD WHEELER: Okay. But I was kind of reading down through the e-mail string and I kind of came across a response, Malia, that you had to Joe, and I just wanted to make sure I understood it correctly.

MALIA ZIMMERMAN: Yeah.

ROD WHEELER: This is, see, 4:31 May 18th, and it says -- I think you sent this to Joe. But the thing that I'm a little concerned about is, it says: As you know, much of our information came from a private investigator, Rod Wheeler, who we understand was working on behalf of you.

MALIA ZIMMERMAN: Yeah.

Page 4

That's what -- that's the e-mail that Fox asked me to send him. They wrote it for me and they told me to send it to him.

ROD WHEELER: But that's not accurate, though, because much -- much of the information did not come from me.

MALIA ZIMMERMAN: Well, not -- not necessarily. Not the part about the e-mails. Not the part about -- I mean, about the connection to WikiLeaks. But the -- the rest -- the rest of the quotes in the story did. A lot of the quotes in the story did.

ROD WHEELER: Okay. Well, we probably should just review that then because I -- I don't want to make it sound like to them that --

MALIA ZIMMERMAN: Um-hm.

ROD WHEELER: -- that I was the person behind the story. I

Page 5

mean, that just wasn't -- that wasn't the case.

ED BUTOWSKY: Right.

MALIA ZIMMERMAN: Yeah.

ED BUTOWSKY: But I'm also gonna inject one thing.

MALIA ZIMMERMAN: Um-hm.

ED BUTOWSKY: This is gonna be a moot point real soon because we're gonna be proud because everything in that story is correct. So don't -- let's not be too worried, you know, like -- we're like -- like all of a sudden we're like, Oh, I didn't say -- you know, I'm not -- I didn't say this or we're not sure about that. That story is perfect.

ROD WHEELER: Okay. Well, I mean, I don't have a -- a problem with that, Ed. I just want to make sure because I'm getting all kinds of threatening letters for lawsuits now and -- and I need to



be careful because, you know, I need to -- it needs to be shown what really was the deal here, and I don't want -- I just really don't want it to make it seem like it was me that --

ED BUTOWSKY: Yeah.

ROD WHEELER: -- that -- that caused all of this when, in fact, we -- you, me, and Malia both know that I didn't have any connect -- communication with that -- with that investigator. I -- I just didn't. You know?

ED BUTOWSKY: Right. And --

MALIA ZIMMERMAN: Right.

ED BUTOWSKY: -- (indiscernible) was just talking about the quote, but I -- I agree with your concern. Let me say something to you about lawsuits. Everybody threatens lawsuits all the time. And then there's a big difference between threatening a

lawsuit and having a basis for it. And quite frankly, I would love these people to sue you because then you can go discover things.

ROD WHEELER: Right.

ED BUTOWSKY: So -- so don't get scared about, Oh, I'm gonna sue you or I'm gonna do this. My God. I mean, don't -- I mean, I know you're not used to it. It's not like I get threatened with lawsuits all the time anyway, but --

ROD WHEELER: Right.

ED BUTOWSKY: -- don't get scared about that at all.

ROD WHEELER: No. I'm not scared about the lawsuits. Trust me. The only thing is I just want to -- you know, the -- the narrative that's going around now is Rod, Rod, Rod screwed everything up. I mean, let's cut to the chase. That's the

narrative. And that narrative is incorrect as we know, all of us know --

ED BUTOWSKY: Right.

ROD WHEELER: -- because we know what really happened. And for example, that's why I said to you earlier I'm not talking to any more media because I don't want to be -- I'd rather they just go with what they want.

CNN just called me. I didn't even answer. I -- I'm not gonna talk to any of these folks. But I want the truth to be know, though. That's important.

ED BUTOWSKY: And that's what -- and I've got a guy that I know -- and just let me do a little work on this because we gotta have a channel with some of these besides Kerry (indiscernible) we just talked a little while ago. And I got

another guy. And I'm also getting Greta Van Susteren's phone number from Adam. And maybe she's the one that we can sit down with also, Rod. Greta's a good friend of ours.

ROD WHEELER: No. I know. Yeah. I have Greta's number here.

ED BUTOWSKY: At some point -- and -- or -- or you should call Judge Jeanine. But we gotta -- and -- and Malia is writing up all of the little notes and things and -- about -- but there's a lot of support coming your way.

We just -- Fox has shut -- you know, shut off, which pisses me off. And that's why you -- like, you might end up having to talk to Refret [phonetic] which is the boss' boss.

But, Rod, nobody is



putting -- is blaming -- because there's no blame here. We have to remember, we got a guy named Brad Bauman who is creating all of this.

ROD WHEELER: No. I understand. It's just that -- especially, Malia, since you said that the Fox News folks sent this --

MALIA ZIMMERMAN: Um-hm. Yeah.

ROD WHEELER: -- or wrote this. Then they -- then they don't know the truth. If they wrote this, then they don't know the truth. Because this isn't the truth, what they wrote in this e-mail, if I'm reading it correctly. Maybe I'm not reading it.

But this went to Joe at 4:31 p.m., and it clearly says: As you know, much of our

information came from Rod Wheeler. That's not true. And if Fox said that to them --

MALIA ZIMMERMAN: They mean not -- that doesn't mean it was about the e-mails. That just means it was the -- the whole story (indiscernible).

ROD WHEELER: That's what I mean. Even the whole story. I mean, when you read the story -- and I read it and you read -- you wrote it -- I mean, what part of that -- that the whole story came from -- came from me? I mean, really. What part of that?

And we did the -- I've been working through this thing and sharing the report with you guys -- which I e-mailed you a copy of my running resume, and I still have that. You know, the daily things that I was doing. But that wasn't in the -- that

wasn't in that news story that went out. None of that was.

Everything in that news story was about this federal guy and -- and that was that. And then nothing else in that news story that went out I really -- came from me. I mean, it just didn't. I mean, unless -- maybe I'm missing it.

ED BUTOWSKY: And I agree -- I agree, Rod. And -- but right now -- this is the one part about it. I understand and I agree with you, Rod. On the flip-side -- and there is a flip-side -- it -- nobody can disprove because it's not possible because it's the truth what's there. All right? So that's one thing.

So nobody's going to bring a suit saying you said this, Rod. You know what? Fine. Prove to me what is in that story is wrong.

And they can't because it's all correct.

ROD WHEELER: No. And I -- I understand that, Ed. I just want to make sure, though, that the communication that --

ED BUTOWSKY: Yeah.

ROD WHEELER: -- goes out isn't incorrect in and -- in and of itself. And this e-mail --

ED BUTOWSKY: Yeah.

ROD WHEELER: -- this e-mail is incorrect. It's incorrect. It's just not accurate. And it went to Joe, and Joe is gonna use that.

I mean, look at their -- look at the press release that they did just today. Just today. And I was just reading it on NBC's website where they clearly said that Fox 5 DC and Fox News Channel was, in essence, duped by me. That's the way -- that's exactly



what it says. And that's just not true.

ED BUTOWSKY: Yeah. But that kid --

ROD WHEELER: But that comes from somewhere -- but that comes from this kind of stuff.

ED BUTOWSKY: Yeah. But -- but I -- no. I want to tell you, Rod, that kid -- that kid is a low-level writer who is part of this whole team of people. So I'm not gonna say that came from that. They will take and -- they'll write anything and -- and -- because that's the kid who called me and I didn't call him back and then he said I lied to him. Like, that's NBC at its best. So just put a little -- that, particular one --

ROD WHEELER: Um-hm.

ED BUTOWSKY: -- you gotta put aside for a little bit. But I

agree with what you're saying about the e-mail and -- and I guess it -- it went and let's not throw the pot (indiscernible). Because information --

MALIA ZIMMERMAN: I mean, you can put whatever you want in your response. Just, you know, add in whatever you want in your response and then I'll forward it. I'll forward it. Are you -- are you working on that right now?

ROD WHEELER: I'm working on a response. I just want to make sure it's -- it's appropriate. And I was kind of waiting on Friedman to call me back too, Ed, because I wanted to make sure he would -- he was good with this since he's going to be --

ED BUTOWSKY: Okay. Well, then do that.

ROD WHEELER: -- since he's going to be representing me.

ED BUTOWSKY: Yeah. Then -- then do that. And I understand your concern in the meanwhile --

ROD WHEELER: Because I don't want Fox News Channel to throw me under the bus because that would be unfair. I mean, and that's what this e-mail does, in -- in essence.

ED BUTOWSKY: And I -- and I do not disagree with what you're reading. And I don't disagree what you're saying. There's gonna be some (indiscernible) and there's gonna people saying things or writing things and getting things confused. And I agree with you, Rod.

ROD WHEELER: Okay.

ED BUTOWSKY: In the meanwhile -- in the meanwhile, one day you're gonna win an award for having said those things that you didn't say.

ROD WHEELER: You're right.

ED BUTOWSKY: Okay?

ROD WHEELER: Keep the award. Let's just tell the truth here.

ED BUTOWSKY: I'm telling you. You're gonna win an award because we're gonna break this thing open real soon. And everyone's gonna see that every word in there is correct.

ROD WHEELER: Okay.

ED BUTOWSKY: And you're gonna be begging to own those words.

ROD WHEELER: All right.

ED BUTOWSKY: Right now let's go -- let move forward.

ROD WHEELER: Okay. Well, let me continue to work on this.

ED BUTOWSKY: All right.

ROD WHEELER: All right. Thanks.

I'm not working on shit.

\- - -

(End of audio file)

\- - -

CERTIFICATE

I HEREBY CERTIFY that the foregoing was transcribed by me from an audio file to the best of my ability.

Cindy Parker
Dated: November 13, 2019

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

LAWYER'S NOTES

PAGE LINE

# EXHIBIT 76
# FILED
# UNDER SEAL

# EXHIBIT 77

Home
Moments
this is a rarely heard audio from
Have an account? Log in
ED BUTOWSKY
@EdButowsky
Follow
Audio 2 youtu.be/giuZdBAXVh0 via @YouTube
This is a rarely heard audio from famed writer Sy Hersch admitting to that Seth Rich downloaded the DNC emails and sold to Wikileaks.and that the FBI covered it up.
Audio 2
youtube.com
2:12 PM - 19 Jun 2019
3 Retweets 5 Likes
3
3
5
This Tweet is unavailable.
Majestic Angel @MajesticAngel01 · 24 Jun 2019
Replying to @EdButowsky @YouTube
Thank you! In no way shape or form have you ever done anything but tell the truth and and actually tried to help the Rich family. God Speed🙏
1
3 more replies
Majestic Angel @MajesticAngel01 · 28 Jun 2019
Replying to @EdButowsky @YouTube
Stuart. all makes sense now.. m.facebook.com/stuart.blaugru...
Stuart Blaugrund
"this is a
Top
Latest
Search filter
Want to tak
the new T
It's sim
Worldwide t
#TheGrudge
Now Playing On
Promoted by T
#WWIII
1.87M Tweets
#sweepstakes
17.6K Tweets
#KohlsxUnderA
24.3K Tweets
#TrumpsWar
34.6K Tweets
#wwIII
92.3K Tweets
All-Pro
22.1K Tweets
Pompeo
166K Tweets
Geraldo
24.9K Tweets
Deutsche Bank
62K Tweets
© 2020 Twitter
Privacy policy
nitting to that Seth
at the FBI covered

# EXHIBIT 78



*DC WHISPERS*

# Emails: Ed Butowsky Pleads With Sy Hersh to Go Public With What He Knows About Seth Rich

Published 2 years ago on Aug 2, 2017
By **Cassandra Fairbanks**



          Share                    Tweet                    Flip

In an email exchange in June, Ed Butowsky pleads with Pulitzer Prize winning investigative journalist Seymour Hersh to go public with information that he had regarding the murder of Seth Rich and his contacts with WikiLeaks.

Butowsky had become interested in the case and offered to assist the Rich family with the cost of hiring a private investigator, bringing Rod Wheeler on board.

As Big League reported on Tuesday, Hersh is heard clearly stating that Rich had contacted WikiLeaks with sample emails from the leak. Hersh cites an FBI document as proof for his claim.



Seymour Hersh

**Trending:** Supreme Court Rejects to Hear Case Regarding Christian Student Forced to Recite Islamic 'Conversion Prayer'

"There are no DNC or Podesta emails that exist beyond May 21 or 22, last email from either one of those groups. What the report says is that some time in late Spring… he makes contact with WikiLeaks, that's in his computer," he says. "Anyway, they found what he had done is that he had submitted a series of documents — of emails, of juicy emails, from the DNC."

take our poll - story continues below

Should Adam Schiff be charged with treason for fabricating statements attributed to President Trump?

In an email exchange provided exclusively to Big League Politics by an anonymous source, Butowsky inquires as to why Hersh has not approached the Congress with what he knows.

**Butowsky emails Hersh:**

"I am curious why you haven't approached the house committee telling them what you were read by your FBI friend related to Seth Rich that you in turn read to me. Based on all your work, it appears that you care about the truth. Even though, as you said you couldn't get a second, shouldn't you tell them so they could use their powers to determine the truth?"

In a bizarre response completely contradicting what Hersh is heard saying on the audio recording, he denies having any inside knowledge of the case.

ed --you have a lousy memory...i was not read anything by my fbi friend..i have no firsthand information and i really wish you would stop telling others information that you think i have...please stop relaying information that you do not have right...and that i have no reason to believe is accurate...

On Fri, Jun 2, 2017 at 9:02 AM, <ebutowsky@gmail.com> wrote:

> I am curious why you haven't approached the house committee telling them what you were read by your FBI friend related to Seth Rich that you in turn read to me.
> Based on all your work, it appears that you care about the truth.
> Even though , as you said you couldn't get a second, shouldn't you tell them so they could use their powers to determine the truth?

**Hersh responds:**

"ed –you have a lousy memory…i was not read anything by my fbi friend..i have no firsthand information and i really wish you would stop telling others information that you think i have… please stop relaying information that you do not have right…and that i have no reason to believe is accurate…"

Desperate to find the truth about what happened, Butowsky continues to plead with the journalist to go forward.

**Butowsky replies:**

"I know it isn't first hand knowledge but you clearly said, my memory is perfect, that you had a friend at the FBI who read / told you what was in the file on Seth Rich and I wonder why you aren't helping your country and sharing that information on who it was?"

When contacted on the phone by Big League Politics Editor-in-Chief Patrick Howley to inquire about his story abruptly changing, Hersh stated, "I'm not going to comment about that stuff, I mean, come on, I live in the real world."

When asked to confirm that it was him speaking on the bombshell audio recording, he stated, "I'm not going to talk to anybody about that. No comment."

In the audio provided to Big League Politics, Hersh additionally accused the Obama administration of fabricating the Russian hacking narrative, as people like John Brennan and James Clapper have motivation for wanting Hillary Clinton to win the election over Donald Trump.

"Anyways, Wikileaks got access, and before he was killed- I can tell you right now Brennan is an asshole. Uh, I've known all these people for years. Clapper is sort of a better guy but not

rocket scientist, the NSA guy's a fucking moron, and they don't- you know the trouble with all of those guys is that the only way they're going to make it to a board or two and get hired by (?) and get some fat cat contracts is if Hillary stayed in. With Trump they're gone, they're done, they're going to live on their pension, they're not going to make it. And I gotta tell you guys, they don't want to live on their pension, they want to be on boards," Hersh says. A full transcript of the audio was posted to Reddit by a dedicated user.

Hersh has an impressive record, winning the 1970 Pulitzer Prize, the 2004 George Orwell Award for Distinguished Contribution to Honesty and Clarity in Public Language, two National Magazine Awards, and five George Polk Awards — the most any journalist has ever received. His credentials include over a dozen other awards for his reporting, which includes breaking the story about the abuses at Abu Ghraib prison and the story of the My Lai Massacre in Vietnam.

It remains unclear who or what in the "real world" caused Hersh's knowledge of the Seth Rich case to suddenly vanish.

# EXHIBIT 79

**From:** **Larry Johnson** Redacted for Personal Information - FRCP 5.2
**Subject:** Re: seth r ch
**Date:** May 16, 2017 at 10:31 AM
**To:** Seymour Hersh Redacted for Personal Information - FRCP 5.2

I have no dea where that came from. Last I heard from Fast Edd e was two months ago.
LJ

> On May 16, 2017, at 10:30 AM, Seymour Hersh Redacted for Personal Information - FRCP 5.2 wrote:
>
> but to d h m had no proof. and do not have such. and macfayden has nada to do w th t...he s a drunk.
>
> On Tue, May 16, 2017 at 10:29 AM, Larry Johnson Redacted for Personal Information - FRCP 5.2 wrote:
>
>> It s h s quest. He's not a buddy. I met h m n December and earned, be ated y, that he s a b t of a flake.
>> LJ
>>
>>> On May 16, 2017, at 10:28 AM, Seymour Hersh Redacted for Personal Information - FRCP 5.2 > wrote:
>>>
>>> your fr gg n assho e buddy n texas s respons b e for th s...thank god he got t wrong... d ot...he ca ed me a few weeks to ask f st be eved what had to d h m and sa d cou d find no ev dence for what sa d. what a jerk.,
>>>
>>> ---------- Forwarded message ----------
>>> From: Redacted for Personal Information - FRCP 5.2 >
>>> Date: Tue, May 16, 2017 at 9:13 AM
>>> Subject: seth r ch
>>> To: syhersh Redacted for Personal
>>>
>>> http://www.fox5dc.com/news/local-news/254852337-story