# EXHIBIT 80

# In the Matter Of:

## *Where Do We Go From Here*

_____

## *MATT COUCH*

_____

MATT COUCH -

1

2

3

4

5

6

7

8

9

10            Where Do We Go From Here?

11            Matt Couch Live Broadcast

12              America First Media

13

14

15

16

17

18

19

20   Job No.: WDC-156947

21   Pages: 1 - 46

22   Transcribed by: Jackie Scheer

Page 2

1         P R O C E E D I N G S
2         MATT COUCH:  What's going on, everyone,
3  Matt Couch, America First Media group.  How's
4  everybody doing?  Happy Tuesday evening, everyone.
5  Hope everybody's doing well.  What's going on, guys.
6  What's up, everybody.  Gotta get my swagger back.
7  Got a little sleep.  I definitely dig, folks.  I
8  definitely dig.
9         How's everybody doing.  What's going on,
10  Matt Couch, America First Media group.  Got a lot to
11  talk about tonight.  Illinois, what's going on.
12  Florida, good to see you.  What's up, E-fog.
13  California, Indiana.  How's it going, guys.  I'm
14  feeling better.  I'm not completely
15  un-discombobulated but we're getting there.  Texas,
16  what's up, guys.  How's it going, everybody.
17         So a lot to talk about here today.  How's
18  it going, everybody.  Welcome to the program.  Matt
19  Couch, America First Media group.  First and
20  foremost, follow my entire amazing team @tracybeanz
21  with a Z, @JFlippo1327, @ThinBlueLR, @HannibalMoot,
22  @TruthinGovernment2016, @Eddie_Graham23, and

Page 3

1  @TheRealBP65.  I left anybody out, I apologize.  I
2  don't think I did right there.  He is probably at
3  home, Chub.  I'm hoping he's at home.  That's my --
4  my theory anyway on Josh.
5         Welcome, YouTube, welcome, Periscope, and
6  Twitter to America First Media group.  I'll turn the
7  music down just a little bit here, kind of helps me
8  keep the -- I don't know, keeps me focused.  Best
9  way I can say it.  What's going on, try some
10  classical music.  Maybe I should there, Poncho.
11  Maybe I should.  Cap, how's it going?  It's a little
12  hard core version of the Zac Brown Band there.  We
13  don't always get to hear that.
14         So let's talk about the Seth Rich murder
15  investigation, shall we?  I kept saying we were
16  gonna slow down a little bit.  It doesn't look like
17  I'm slowing down much.  Sorry, guys, I'm moving a
18  few things around here.  Hoping this works and it
19  doesn't fall.  That way I don't feel like I'm
20  looking at -- I am looking at multiple screens, but
21  so I apologize.  YouTube, I gotta look at you more.
22  I was told that, so I apologize on the YouTube

Page 4

1  people.  Periscope, you might feel left out just a
2  little bit.  So let's -- hey, what's up, everyone,
3  welcome to the program, Matt Couch, America First
4  Media group here.  And let's talk just a little
5  bit -- let's talk -- thank you for the hearts, the
6  super hearts.  Do me a favor, click those three
7  little buttons, the little dots and share this
8  program.  And, you know, that's -- that's the best
9  way you can help get our message out is to share
10  this and get it out on social media.  I've been --
11  been told by a lot of people that it's -- keep the
12  music, absolutely.  I've been told by quite a few
13  people that we're not actually appearing on Twitter,
14  so I'm checking on that.  It looks like we are on
15  Twitter, so there we go.  All right.  It's actually
16  out there.  I'll be damned.  There we go.
17         So on the Seth -- little too loud, turned
18  it down, guys, turned it down.  A little -- a little
19  bit of information here on the Seth Rich murder
20  investigation.  Where do we go from here?  And when
21  I say where do we go from here, as far as intel goes
22  and information, it's a very interesting question.

Page 5

1  Where do -- where do we go from here?  Think about
2  that.  Where do we go from here?  No one wants to
3  touch the Seth Rich murder investigation, folks,
4  with a 20 foot pole.  Yeah, I'm rejuvenated.  I feel
5  a lot better.  It is thundering outside.  It's
6  awesome that you guys can hear that.  It is
7  thundering.  Welcome to Arkansas.
8         So with that being said, where do we go
9  from here?  Think about that right there.  Where do
10  we go from here?  No one in the mainstream media
11  will touch the Seth Rich investigation with a 20
12  foot pole.  It's not about the -- at this point in
13  time, it's not about -- I mean, yeah, we're gonna
14  solve this case eventually.  But it's -- it's not
15  that.  Sean Hannity won't touch it.  WikiLeaks won't
16  touch it.  Lou Dobbs, Tucker Carlson, nobody will
17  touch this case with a 20 foot pole.  And I -- we --
18  we put this out just kind of some feelers out,
19  folks, on purpose today on this investigation,
20  and -- and realistically we wanted to talk about --
21  we wanted to talk about what can be done in this
22  investigation.  The problem is not the mainstream

Page 6

1  media touching it.  The problem is do you think that
2  I'm gonna be able to walk in and get a meeting with
3  Jeff Sessions?  No.  That's not gonna happen.  Do
4  you think that Donald Trump is gonna walk up and
5  meet with me on this information?  No.  No.  And no,
6  Flynn did not get threatened.  I don't know who
7  asked that.  I saw Hannibal answering questions
8  there.  So, no, they're -- they're not.  This is
9  the -- this is the problem with this investigation
10  that our team is uncovering, and it's -- and it's
11  the topic for tonight's Periscope.  And it needs to
12  be discussed as a team and with you, the people.
13  The real Judicial Watch has got way more information
14  and, folks, they're not touching it, okay.  We are
15  so insider-wise connected with Judicial Watch I
16  can't even comment on it.  We know a lot more about
17  Judicial Watch than we can even talk about on this
18  Periscope, okay.
19      So with that being said, with that being
20  said, think about that.  Where do we go from here as
21  far as information goes?  There's no one that wants
22  to take this.  I mean, George Webb's not gonna get a

Page 7

1  meeting.  I see you put George Webb out there.
2  George Webb's not gonna get a meeting with Jeff
3  Sessions or Donald Trump, folks.  That's not
4  happening.  Let's be realistic.  It's not gonna
5  happen.  So that's -- yes, Tracy Beanz' still
6  involved.  That's the question that we have to talk
7  about here in this investigation.  And I appreciate
8  you guys getting your news from us and I hope you'll
9  continue to do so, because we're branching off and
10  we're going to take this to a whole new level.
11  Tracy's working on other stuff, Josh is working on
12  other stuff.  Our team is working on multiple fronts
13  here.  But I'm asking you the people.  I mean, Roger
14  Stone, maybe.
15      But the point is, where do we take this
16  information as we continue to -- to dissolve the
17  Seth Rich murder investigation?  I don't know why
18  Sean Hannity quit.  I really don't.  I -- I don't
19  know.  I don't know.  WikiLeaks is not touching this
20  information.  So you've got Sean Hannity, WikiLeaks,
21  Lou Dobbs, Tucker Carlson, all of these different
22  people, media personalities, Dennis Michael Lynch,

Page 8

1  I'm just throwing names out there, folks.  Kim dot
2  com, none of these people are -- you know, Kim dot
3  com's probably the only one out there -- Kim dot
4  com's probably the only one out there who's still
5  continuing to talk about this case in some capacity.
6  WikiLeaks isn't touching it, folks.  They -- they --
7  trust me, I guarantee you they have the information
8  that my team has in some capacity or another.
9      And so that's what we wanted to bring to
10  you all tonight.  Where do we go from here?  We want
11  you, the American people, to understand we've got
12  lots of information.  We're continuing to vet
13  sources, we're continuing to get more and more
14  information.  Alex nailed it.  Re-tweet this, get it
15  out there.  You know, get the information out there,
16  click these three little dots.  Navy Jack, maybe,
17  great guy.  I've talked to him a couple times
18  recently.  Trying to get together to discuss some
19  things.  But I think this needs to be discussed with
20  everyone that follows us.  Because the real issue is
21  it's not about -- even if you got it to the
22  mainstream media, who's going to investigate it?

Page 9

1  Who's going, at the Department of Justice, is going
2  to open this up?  And that's, you know, and that's a
3  concerning thing for my team, because the team as a
4  whole is putting their lives in jeopardy to
5  investigate this murder.  And they're not, you know,
6  they're not, you know, they're not going to, you
7  know, they're not going to stop.  No one on our team
8  is going to stop investigating this, but we're
9  asking you all as a, you know, as -- as United
10  States citizens that watch this, where do we go from
11  here?  Someone said -- someone said it and I don't
12  want to get anyone in danger here.  Two people have
13  now said it.  I believe that the only play in this
14  investigation, and I'm gonna give credit to the
15  graham cracker, because he said it last night, Eddie
16  Graham, I'm gonna give credit to Eddie Graham on
17  this, he and I were talking about this last night.
18  I truly believe the only play with the investigation
19  that we have at this point as we continue to compile
20  evidence and documentation is to take it to Donald
21  Trump, Jr.  I believe he's the only one with the
22  testicular fortitude to push this thing in that

Page 10

1  direction.  That's where we are at at this point in
2  time.  We believe that Donald Trump, Jr. is the only
3  one that we can probably trust and take this
4  information to as we continue to push in that
5  direction.  So someone got it.  I'm glad to see
6  that.
7       So Donald Trump, Jr., if you're watching
8  this, we have the utmost respect for you.  This case
9  folks needs a special council.  Our team probably at
10 some point's gonna need protection.  You know, at
11 this point in time I've got my family protected, but
12 I've also got 8 other team members.  So that's where
13 we're at right now.  We need to get this to someone
14 who can do something with it.  I -- I think Don, Jr.
15 will take it.  You know, he's good friends with
16 James O'Keefe and project Veritas.  I think there's
17 a very good chance that Donald Trump, Jr. will
18 listen to us.  That's my theory.  That's my theory.
19 But at this point in time if you've got -- hey,
20 thank you, Wilson, I appreciate that, brother.  At
21 this point in time if you've got a better suggestion
22 than Donald Trump, Jr., throw it out here.  Because

Page 11

1  I promise you, folks, it's not Lou Dobbs, it's not
2  Sean Hannity, and it's not Tucker Carlson.  And it's
3  not Jeff Sessions.  It's none of those people.  I
4  would love to meet with James O'Keefe.  I think that
5  would be great.  I think that would be great.  I
6  know he's got a lot of things he's working on with
7  the New York Times and CNN and things like that,
8  too.  You can send information to me at America
9  First Media at outlook dot com.  You can reach out
10 to me on Twitter @RealMattCouch.  Someone just asked
11 for our information.  At -- it's America First Media
12 at outlook dot com.
13      Tom Finch, no, I don't think he's gonna
14 touch it.  Jay Sekulow, maybe.  Maybe.  But that's
15 something that -- that needs to be discussed.
16 WikiLeaks won't touch it.  About 95 percent of the
17 media outlets will not touch this information.
18 Chuck Norris is a great choice.  But I -- I just
19 wanted to put that out there to everyone tonight.
20 Where -- where do we go with this.  And I think it's
21 a great -- I think it's a great -- a great piece of
22 information.  But we definitely need to figure this

Page 12

1  out as a group, as Americans.  Where do we go with
2  this information?  And -- and I think -- I think
3  it's needed, folks.  It's needed.  But at some point
4  you have to understand.  Let me -- I -- I think I
5  may have said this on a scope earlier, but I'm gonna
6  say it again.  Does anyone know what the Democrats
7  need to survive in Washington, D.C.?  Dan Bongino, I
8  like Dan a lot.  That might be -- might be a good
9  one.  Does anyone know what the Democrats need in
10 Washington, D.C. to survive?  Throw it out there.
11 And, I'm sorry, on YouTube I don't normally -- I
12 don't think I have the comments up on YouTube.
13 Blackmail, facelift, roddy (phonetic), deceit,
14 power, lies.  All of those are good answers, but
15 would you all like me to tell you what the Democrats
16 need to survive in Washington, D.C.?  'Cuz I don't
17 think you're gonna like my answer.  The -- you know
18 what the Democrats need to survive?  The Democrats
19 need the Republicans to survive.  And would you like
20 to know what the Republicans need to survive?  The
21 Republicans -- the Republicans need the Democrats to
22 survive.  Until we as Americans realize that, it's

Page 13

1  gonna be very, very hard.  It's gonna be very, very
2  hard for America to get anything done as a country.
3  The Republicans need the Democrats.  The Democrats
4  need the Republicans.  And, folks, as long as that
5  happens, they're not going to let either side
6  crumble.  You -- you realize that, right?  I hope
7  everyone in America realizes that right now.  The
8  Democrats and the Republicans are in this together
9  and they are against the American people.  Period.
10      So if you think that -- think about this.
11 As the Republicans with this Seth Rich
12 investigation.  If you had the opportunity to put
13 the nail in the coffin of your competitor, why
14 wouldn't you do it?  You have the opportunity, you
15 literally have the opportunity to put the nail in
16 the coffin with your competitor and the Republicans
17 are not doing it with the Seth Rich investigation,
18 Shawn Lucas, you know, Beranton Whisenant, Jr., all
19 of these things.  They're not doing it.  And any
20 other field in America, in any other field in
21 America, you would take the opportunity and you
22 would bury your competition.  So why aren't the

Page 14

1  Republicans doing it?  Why aren't there special
2  councils all over the place for the corruption that
3  went on during the Obama administration?  It's
4  because they need the Democrats, just like the
5  Democrats need the Republicans.  And there is
6  absolutely no way they're going to listen to this
7  information and let one of those two parties fall.
8  That's where this -- hey, somebody sold a shirt,
9  thank you.
10        That's -- that's literally where this is
11 at.  And I've tried to explain this to people and
12 I've -- I've had -- I had a good talk today with
13 Truth and Government on the phone.  And I -- and
14 I've had some great talks with my team.  But there
15 are a lot of people that just still don't get it.
16 They need each other to survive.  So they're not
17 going to let either party fall, for whatever reason.
18 So think about that.  Think about that for a minute.
19 It's very interesting, very intriguing right there.
20 And so it's -- it's very, very -- it's very, very
21 interesting, you know, when you look at this
22 entire -- entire investigation of Seth Rich's

Page 15

1  murder.  Very, very interesting.
2        So that's where we're at, folks.  They're
3  not gonna let either party fall.  So you know
4  what -- you know what it really comes down to?  It
5  comes down to what do we do in 2018.  What do we --
6  what do we do, as voters in America, in 2018?
7  That's how important this next election is with all
8  425 congressional seats, 34, 36 senate seats,
9  somewhere in there, in that range.  It is
10 imperative, no matter what side of the political
11 spectrum that you are on, imperative.  It's
12 imperative that you vote out the problems in
13 congress and in the United States Senate in 2018.
14 But until Americans on both sides realize that a two
15 party system is the problem and the Democrats and
16 Republicans are in bed together against the American
17 people, it's not -- this problem's not gonna easily
18 solve itself.  It's not.  The Republicans need the
19 Democrats.  The -- the Democrats need the
20 Republicans and that's why nothing's being done in
21 some of these corrupt stories in our government.
22 It's just -- it's just how it is.  I mean,

Page 16

1  unfortunately it's just how it is right now.  So
2  vote them out.  Exactly.  Vote them out.
3        It is an A.J. Styles shirt, guys,
4  absolutely it is.  Thank you, guys, for the hearts
5  and the super hearts.  Do me a favor, click those
6  three dots, share this.  Let's spread this
7  information.  Let's get it out there.  The more
8  people that hear about this type of information, the
9  better.  But that's what my team wanted to talk
10 about tonight.  We wanted to talk about -- we wanted
11 to talk about where do we go from here.  We've got a
12 lot of information.  We know that Joe Capone lied.
13 We can prove that Joe Capone, the general manager of
14 Lou City Bar, lied.  We can prove that.  We can
15 absolutely prove it.  We know that Joe Capone in a
16 Crime Watch interview said he was there and then in
17 multiple interviews after the fact said he wasn't
18 there.  We can prove that Kelsey Mulka, the
19 girlfriend, lied.  Went on like they were still an
20 item.  Went on like they were still together.  They
21 weren't.  They were broken up.  We broke that story,
22 okay.  We absolutely broke that story, okay.

Page 17

1        So when you look at all of this
2  information that's out there and you look at
3  everything that's out there -- sorry, I always hear
4  something behind me, I think it might be the wife.
5  Always makes me a little nervous with what we're
6  investigating.  So with that being said, we can
7  prove Kelsey Mulka lied.  We can prove Joe Capone
8  lied.  We can prove that Donna Freedman, the
9  roommate, lied, when he worked for the democratic
10 party of Virginia, and then he went to work for
11 Hillary Clinton three weeks, three weeks after Seth
12 Rich's murder.  So we now know -- we now know, you
13 know, we can prove three people lied in the Seth
14 Rich murder investigation.  Three lies that we can
15 prove should be enough to open up an independent
16 council and investigate this murder of Seth Rich.
17 You know, there's a ton of lying.  Why did Aaron
18 Rich -- why did Aaron Rich contact everyone before
19 Rod Wheeler?  Why did he contact all of these
20 people?  Why did he contact Kelsey?  Why did he
21 contact Joe Capone?  Why did he contact everyone and
22 say don't talk about the e-mails?  Don't talk about

Page 18

1  this, don't talk about that.  Think about that.  You
2  just -- you just kind of have to think about all
3  this stuff, folks.  There's so much corruption in
4  this investigation alone.
5        And then we haven't even talked about
6  Shawn Lucas, the process server who was murdered
7  three weeks after Seth Rich, who was connected to
8  Seth Rich.  We've talked about that some, okay.  And
9  then the DNC fraud lawsuit, which now -- think about
10  what the DNC did after I talked with Jared Beck.
11  This is something that -- just a second, talking to
12  my team here.
13        Now, think about this.  The DNC fraud
14  lawsuit, three weeks after Shawn -- Shawn Lucas is
15  murdered three weeks after Seth Rich, right?  He was
16  murdered after Seth Rich.  The very next day or the
17  second day, I can't remember, it's one to two days
18  after the murder, the DNC filed a countersuit
19  claiming wrongful process serving.  Think about
20  that.  A man is murdered who served you papers for a
21  fraud lawsuit on voter fraud, and literally,
22  literally the next day the DNY files a suit for

Page 19

1  wrongful process.  No one finds that uncanny?  No
2  one -- no one wonders why Jared Beck is wanting
3  protection?  I mean, think about that.  The man
4  dies, the man dies and the very next day, they file
5  a wrongful process server.  That's not coincidence,
6  America.  That's not a conspiracy.  You -- you can't
7  find that a conspiracy.  There's no way that's a
8  conspiracy.  I mean, it's -- it's absolutely absurd
9  that no one is talking about this with the DNC fraud
10  lawsuit.  One to two days after Shawn Lucas died,
11  they filed -- they -- they filed a wrongful
12  process -- you know, that he served them wrong,
13  served them papers wrong.  So sorry, guys, talking
14  to the team here.
15        No, they don't -- they don't -- they
16  don't wanna talk about it, folks, they don't.  But
17  it's a fact and it needs to be talked about.  Jared
18  Beck, the DNC fraud lawsuit is crazy light now.  I
19  kind of agree with stopping (inaudible) there.  I
20  mean, that's where we're at at this point.  So we
21  can prove at least half a dozen people lied in the
22  Seth Rich investigation.  If you believe that Shawn

Page 20

1  Lucas died of an overdose at 38 years old, face down
2  dead in his bathroom three weeks after Seth Rich and
3  after serving the DNC papers, and then if you look
4  at -- and then if you look at the other situation,
5  you look at the federal prosecutor which this broke
6  in the last week who was murdered on May 24th,
7  Whisenant, Jr., blunt force trauma to the back of
8  the head, now ruled a suicide two-and-a-half months
9  after the fact.  Maybe James O'Keefe is our best bet
10  with our information and what we're working on.  But
11  that 37-year-old prosecutor, Beranton Whisenant, Jr.
12  was investigating voter fraud.
13        So think about all of that, folks.  Think
14  about all that.  I mean, it's -- it's just this is
15  where we're at in American politics right now.  So
16  where it has gotten to the point to where they can
17  murder people and no one will even investigate it.
18  That is -- that is not the America that I want.
19  That's not the America that any of you should want.
20  So why are we allowing it to happen?  How do we stop
21  it?  I'd love for you to tweet it myself, tweet
22  @Hannibalmoot.  You know, tweet @TruthandGovernment.

Page 21

1  Give us your feedback.  You know, get it out there
2  to ThinBlueLR, to JFlippo1327, TheRealBP65,
3  Tracybeanz.  Get it out to our team.  Give us your
4  thoughts.  How do we stop this?  How do we get
5  information into the right hands?  I mean, do -- do
6  you march with 6 million people to Washington, D.C.
7  with the Seth Rich information?  Where do we go with
8  this?  That's -- that's the real concern.  Not a
9  march, there you go.  But that's the real concern.
10  No one will touch this information, no one.  No
11  one's talking about it, no one will touch it.
12        When you have six different people, you
13  know, so I have six different people that lied in
14  the Seth Rich investigation that we can prove
15  without a -- a shadow of a doubt, one hundred
16  percent certainty we can prove they lied.  That
17  alone should be enough to open up an investigation
18  and should.  That's the key.  Or -- or -- or where
19  do we go, folks?  Do you release all the information
20  publicly?  Do you just throw anything and everything
21  out in the Seth Rich investigation?  Is that what
22  you do?  Do you just throw anything and everything

MATT COUCH -                              Pages 22..25

1  out publicly so that at least the people know?  You
2  know, there's lots and lots of information.  Some is
3  one hundred percent accurate.  Some is 95 percent
4  accurate.  Some could be 10 percent accurate.  It's
5  hitting us like a brick right now there's so much
6  stuff coming in.  That's why we said we're gonna
7  slow it down, pump the brakes, vet information and
8  see where we go from here.  Exactly what Truth and
9  Government just said.
10       So even if we put all the information out
11 publicly, who -- who will prosecute it?  Tom Cotton
12 is a great, great junior Senator from the state of
13 Arkansas.  I voted for Tom Cotton.  But think about
14 this.  There are 425 members of -- of congress.
15 There are one hundred United States Senators.
16 5 percent of those are probably in the patriot
17 spectrum that care that much about America and
18 American politics.  435, sorry.  I'm not reading off
19 a teleprompter, I wish I was.  This is all right
20 there (indicating).  So you have 535 members of
21 congress of the -- of 5 percent, 5, 5 percent are
22 patriots who would fight and who actually took the

1  oath and take it seriously.  Do you think 5 percent
2  can actually get a council?  Do you think 5 percent
3  can get an independent council?  Do you think
4  5 percent can get an investigation?  That means
5  there's 30 people, at 5 percent.  30 congressmen, 30
6  Senators, that Americans can trust to take this
7  information and try and fight for it.  That's just
8  all I'm saying.  So where do we go from here?  If I
9  got -- if I got Donald Trump's (inaudible) that
10 would be great.  That would be great.  The problem
11 is the mainstream media, thanks to a bunch of
12 jackasses, you know, they want to drag everything
13 into a Russian narrative which is, thank God, dead.
14 But it's absolutely unbelievable.
15       So that's -- that's where we're at, you
16 know.  That's -- that's literally where we are at
17 this point in time.  And so it's almost imperative
18 that we find a way to get information out, like
19 Truth and Government said, we have to find someone,
20 you know, that -- someone that will prosecute this
21 case.  That's the kicker.  Who will prosecute
22 information in these investigations?  Very

1  interesting.  Good night, (inaudible), thanks for
2  tuning in.  Roger Stone (inaudible) Trump's ear,
3  possibly.  He probably does.  He probably does, for
4  sure.  For sure.  Lee's got some connections.  He
5  does.  He does.
6       But here's the thing.  Here's the thing.
7  You know, we're one group that has the courage to
8  investigate this murder.  And has the courage to
9  take and vet information.  And I have to ask
10 everyone because how many of you have clicked these
11 three dots and re-tweeted this?  There's hundreds of
12 people watching on multiple platforms.  How many of
13 you have clicked those three dots and actually
14 shared this tonight?  How many?  And if you've
15 already done it, do it again.  Lee has supported us,
16 yes, he has.  So if everyone out there that watches
17 this and wants our team to push this investigation
18 over the top shares this, re-tweets it, gets it out
19 there multiple times, I've seen two people share it
20 since I brought that up.  Three now out of 300-plus
21 on Periscope and others on other platforms.  That's
22 three out of 300.  There's four.  There's four

1  people that have shared it.  Now we're at five.  Now
2  we're at six.  Seven.  You see what I'm doing here?
3  Seven.  Seven.  Seven out of 300 so far.  There's
4  eight.  There's number eight.  Okay.  There's --
5  we're at eight.  Do you see what I'm getting at
6  here, folks?  Eight out of 300-plus.  I'm proving my
7  point on the -- on five percent of congress.  Oh,
8  there's number nine.  I said even if you've done it,
9  do it again.  There's -- oh, there's ten.  Now we're
10 at ten.  You all see what I'm getting at, right.
11 There's 11.  I know you have, Expose, I know you
12 have.  But there's where I'm getting at.  There's 11
13 out of 300-plus that share this.  Now we're at 12,
14 13.  14.  You see what I'm getting at, right?  We
15 can't even get people to share this, correct?
16 That's 14 people.  There's 15, 16.  That's 16,
17 right?  You see what I'm getting at, right?  16
18 people out of 300-plus on Periscope and I don't know
19 how many on YouTube.  But you see what I'm getting
20 at.  I think I proved my point on what the
21 government will do.  When I talk about these junior
22 Senators, that's 16 people and -- 17.  That's 16

MATT COUCH -                                    Pages 26..29

Page 26

1  people -- 17 people that have shared this out of
2  300-plus and it's growing a little bit.  The point
3  I'm trying to make is that everyone's, like, go to
4  congress, go to here, go to there.  We have a scope
5  of passionate people that follow us in the thousands
6  and only 17 people have shared this scope in the
7  last three, four minutes I've been asking you to
8  share it.  I can see when someone shares it on the
9  feed.  That's only 17 people that have shared this.
10 Why is that?  If we can't even get more than 20
11 people to share this, if we can't even get more than
12 20 people to share this scope, how are we going to
13 get congress to listen?  How are we gonna get the
14 government to listen?  How are we gonna get the
15 mainstream media?  Now we're at 18.  18 people have
16 shared this.  No, 18, still at 18.  How are we going
17 to get people to listen?  You have to think about
18 that.  And -- and I think I've proven my point.
19      19.  There you go, 19.  Now we're at 20.
20 Thank you, Alex.  20 people have shared this
21 information.  If you want this case out there and
22 you want it solved and you want it prosecutable,

Page 27

1  everyone that is following us has to step up and
2  help us, because we can't do it by ourselves.  We
3  need your help.  I know you have, Smith or Vicky.
4  Vicky Smith, there we go.  But that's the point I'm
5  trying to make.  You know, it's not anything that
6  you guys are doing or anything that you guys are
7  doing, but it's amazing that only 20 people have
8  shared this scope in the last five minutes.  And I'm
9  proving my point that when someone says take it to
10 congress -- there's 21, thanks Rockin' Rebel,
11 there's 21 now.  When I -- when I say this, you say
12 take it to congress, I tell you 5 percent of
13 congress is the good guys, that means there's about
14 30 people, 35 people in congress in the Senate.  So
15 who's going to take this and get a special council?
16 How is that gonna happen?  Hey, that -- that's good,
17 Two Term, if that's right, then that's good.
18 Microbust, that was funny.  Hey, Big Rick, I
19 appreciate it, brother, that works.
20      But -- but that's where we're at with
21 this -- with this investigation, you know.  Who's
22 gonna share the investigation, who's gonna talk

Page 28

1  about it.  Hey, we're at 22 now.  That's good.
2  That's good.  Is this a political crime, we believe
3  so, yes.  And -- and he's absolutely -- less than
4  7 percent.  Thank you, Cleveland.  And I trust
5  Cleveland and I trust truth, because these guys work
6  with me, they wanna solve the case, they want the
7  truth.  They have no reason to lie about the
8  percentages of people that are sharing this.
9  7 percent of the people watching have shared it.
10 7 percent.  Which is crazy when you think about all
11 that, right.  It's crazy.  But, you know, when
12 someone asks is this a political crime, is this a
13 political crime, there's no death certificate.
14 There's no autopsy report.  There's no medical
15 examiner's remark.  There's no ballistics report.
16 There's no autopsy report.  None of this.  There's
17 no caliber of weapon used.  The girlfriend lied.
18 The family lied.  The -- the GM of the bar lied.
19 The roommate lied.  All of this is proven.
20 Everything I just said I can prove one hundred
21 percent, without a shadow of a doubt.  I can prove
22 one hundred percent without a shadow of a doubt that

Page 29

1  everything that I just stated is one hundred percent
2  factual.
3      Not one camera in Washington, D.C. picked
4  up Seth Rich that night.  Not one.  That's hard to
5  believe, isn't it, America?  That's hard to believe.
6  That's very hard to believe.  We're trying to
7  find -- you know what, I'm gonna throw it out there.
8  You know, Truth, if you don't want me to, shoot a
9  message in the chat.  But I'm gonna throw it out
10 there.  We're currently trying to find the address
11 of the party.  We have been looking all over the
12 place.  Thank you, Cleveland, for the stats.
13 6 percent of the people watching have shared this.
14 6 percent.  It definitely proves my point.  It
15 definitely proves my point when you say 6 percent of
16 the people watching this scope shared it, how do we
17 get this story out to the American people, how do we
18 solve this information, how do we solve this
19 investigation?  Where do we go from here when people
20 are too scared to even share it or talk about it?
21 And I think this scope needed to happen.  My team
22 wanted me to address this.  Cleveland is awesome.

Page 30

1       So when we have people that aren't even
2   involved that are too scared to even share the
3   Periscope or share the tweets that we throw out on
4   the investigation, how do we get the government to
5   listen?  How do we get the mainstream media to
6   listen?  Hey, there's number 22 on the -- on the
7   re-tweets, thank you Lynn9193.  That's the thing.
8   That's where we're at.  Look at Truth.  Guccifer
9   2.0, debunk story.  So the liberal media is even
10  debunking the Guccifer Russia story now in the
11  collaboration.  It doesn't exist.  The Guccifer
12  story doesn't exist anymore.  Russia doesn't exist.
13  Bloomberg, the nation, all of these people are now
14  saying that Russia doesn't exist.  They're saying
15  the leak was an inside job.  Show of hands now, show
16  of hands, you can say yes or no, show of hands --
17  show of hands -- there you go.  How many people
18  realize -- how many people realize -- how many
19  people realize that they're saying that now?  The
20  Russian narrative is dead.  And that's coming from
21  the liberal media.  The Russian narrative's over,
22  it's dead.  The liberal media is dead.  So the

Page 31

1   difference between Sean Hannity is I haven't stopped
2   investigating.  My team hasn't stopped
3   investigating.  We turned up the heat on Seth Rich
4   and all of a sudden the Russian story dies.  Tell me
5   about that one, folks.  Just like Truth and
6   Government just said.  America First Media with our
7   group of nine or ten of us exploded the heat of
8   the -- of the (inaudible) story in the Russian
9   narrative dies.  Why is that?  Why is that?
10      Good to see Ed Butowsky in the chat with
11  us.  Ed, great to have you, my friend.  And you saw
12  what Ed Butowsky said.  I hope you guys see that
13  we've got Ed in here with us.  You all need to see
14  that.  Ed wants to get his story out as well, I see
15  him talking there.  The parents know everything in
16  this investigation, okay.  The parents know
17  everything in this investigation.  Ed Butowsky is
18  the financier that backed Rod Wheeler, just so some
19  of you know.  And -- and Ed wants the truth out.
20  His family's in danger as well.  He's got Media
21  Matters going after him and all sorts of different
22  media outlets, NPR, Bloomberg.  And so look at that

Page 32

1   narrative right there, folks.  Look at the narrative
2   here.  Why are they covering everything up?  Why did
3   Aaron Rich try to stop this investigation?  And
4   that's what my team's trying to figure out.  That's
5   what my team is trying to figure out.  Why -- why is
6   no one talking about this.  Why will no one in the
7   mainstream media touch this?  Thank you, Ed.  And
8   I'm gonna follow Ed here.  I've talked to Ed and,
9   Ed, if you don't want me to say that, I -- I won't
10  say anything, but you're putting it out there so I'm
11  gonna follow Ed's lead here.  Ed and I had a couple
12  of phone calls where we had a couple of great talks
13  and Ed just put it out there.  Aaron Rich accepted
14  money.  Aaron Rich had money from WikiLeaks go into
15  his personal account.  Think about that.  Aaron Rich
16  had WikiLeaks money go into his personal account,
17  okay?  We've been trying to tell you guys this.
18      I've got my friend Ed Butowsky here in
19  this chat.  There's no one closer to this
20  investigation than Ed, and, Ed, thank you for coming
21  out, brother, I appreciate it.  And so if you guys
22  wondered who America First Media was talking to, and

Page 33

1   who multiple sources we have in this investigation,
2   Ed Butowsky's here right now, folks.  So once again
3   I'm gonna ask you, hit those three dots and share
4   this.  Man up, woman up, share it.  Get this
5   information out.  Why not?  Why -- why is it --
6   why -- why wouldn't people be re-tweeting the hell
7   out of this right now to get this information out?
8   Everyone should be clicking those three dots and
9   sharing this right now and you should click those
10  three dots and you should put Matt Couch and Ed
11  Butowsky and they're talking about the Seth Rich
12  murder.  You should be getting that information out.
13  You should be getting it out.  And everyone should
14  be sharing this, re-tweeting it, talking about it.
15  In fact, hell, I'll do it right now.  Might as well.
16  Let's do it.  Might as well.  I'll get that tweet
17  out there.  Why not?  Because if -- we need your
18  help to get this information out, America.  That's
19  what we need.  So that's exactly what we need.  So
20  I'm gonna share it right now.  I'm gonna do my best
21  to share it right now.  Let's do that.  You know
22  what, I'm just gonna make a tweet.  I'm gonna make a

Page 34

1  tweet. It's not often you get somebody this close
2  to the investigation that also wants the truth out
3  here. Let's do it here. Let's tweet that out
4  there, shall we? Might as well.
5         WikiLeaks definitely pays for sources.
6  We do believe that it's possible that Aaron and Seth
7  worked together and did the leaks together, folks.
8  We've been trying to say that. How does one say
9  that, okay. We've been trying to say it for quite
10 some time that Aaron and Seth leaked together, okay.
11 Aaron accepted money from WikiLeaks. But regardless
12 if money was accepted or not, it's not like they
13 were -- they were doing bad things. They were
14 trying to stop bad people and obviously -- you look
15 what happened to Seth Rich. Look what happened to
16 Seth Rich.
17         And so that's where this is at. And I
18 apologize here, I'm gonna share this myself. There
19 it goes. Boom. There you go. So I'm sharing it
20 myself right now. You've got Ed Butowsky. No one's
21 closer than ground zero than Ed Butowsky in the Seth
22 Rich murder investigation telling you straight up --

Page 35

1  straight up -- telling you straight up that Aaron
2  Rich took money from WikiLeaks.
3         No, folks, they're not in danger. This
4  is a problem -- this is the problem that no one
5  understands in this investigation. They're not in
6  danger. They're trying to protect one of their sons
7  while at the same time protecting their reputation
8  of the other son. This is about family pride. This
9  is not about doing the right thing. The family
10 knows everything that happened other -- they know
11 everything that happened other than who killed their
12 son. That's what they wanna know. The family wants
13 to know who killed Seth Rich. They do not -- they
14 know everything else, they know about the money,
15 they know about the leaks. They know Aaron and Seth
16 did the leaks together. They know all of this
17 information. Oh, Aaron knows. Aaron knows,
18 Cleveland, absolutely he does. In fact, I don't
19 know if Eddie Graham's on this or not, but I gotta
20 give the graham cracker some credit because, you
21 know, and let me see if I can find that information
22 here real quick. I think he sent it to me here, so

Page 36

1  let's see if I can find it. But -- and Hannibal
2  here, I think Hannibal's in here, and you saw Ed,
3  Ed, no -- no idea who -- who killed Seth or why, but
4  one percent certain about the e-mails from Ed
5  Butowsky.
6         Ed, thank you for joining us tonight.
7  It's an honor and it's great to have you in here.
8  And it's good to see, you know, Ed talking and
9  putting this information out for a public forum and
10 we're very happy to have Ed in here. Because you
11 all need to see this. America needs to see this.
12 America needs to get the truth out, okay. The truth
13 in the Seth Rich murder investigation needs to get
14 out. Ed has had threats on his family, his
15 children. I have had threats. My team has had
16 threats. You know, and at some point the Rich
17 family has got to stop lying. At some point you
18 have to tell the truth. How many more people have
19 to be hurt or have to be in danger. How many more
20 people have to be hurt or have to be in danger
21 before you do the right thing?
22         That's what -- that's where this

Page 37

1  investigation's at, folks. That's where it's at.
2  You know, that's where it's at. I have information
3  that I will tweet out here in just a little bit.
4  Truth -- Truth and Government with a great point.
5  How about the IRS audit Aaron's finances. Can we do
6  that, folks? Can we see what -- what happened
7  there? I think that's a great point. I -- I don't
8  think the parents have been threatened. I could be
9  wrong, but I don't think they have. Truth and
10 Government with a great point. And, folks, this
11 should be the biggest thing that's being re-tweeted
12 right now. You got America First Media out here.
13 You can see Ed debunking Rod Wheeler's claims dot
14 com. You can check the website and listen to things
15 out there that Ed's put out.
16         Ed, thank you again for coming on and
17 joining us. I appreciate you doing this and putting
18 your neck out there. And, you know, Ed's a brave
19 man. And he deserves respect. And he deserves a
20 huge kudos from our audience because literally,
21 literally, you know, Ed is risking it all. Ed
22 didn't have to do this. You know, Ed Butowsky is a

MATT COUCH -                              Pages 38..41

Page 38

1  portfolio manager, you know, in Dallas, Texas, and a
2  damn good one at that.  He didn't have to do this.
3  He got involved because he wanted to do the right
4  thing when someone asked him if he would help.
5  That's where this came in at folks, okay.  But this
6  should be the biggest thing right now on Twitter, in
7  America.  Not just -- not just right -- I mean, it
8  should be the biggest thing anybody's talking about.
9  The family could have came forward at any time with,
10  you know, we need the truth for America.  And there
11  you have it.  Ed Butowsky on the -- on the Sy Hersh
12  audio.  He edited the audio because Sy Hersh said a
13  lot of embarrassing things and Ed did not want to
14  docks him.  That, my friends, is called a class act.
15  On the Sy Hersh audio, Ed actually edited that so
16  that he would not bury Sy Hersh.  Think about that,
17  folks.  Think about that.  That's not a man who's
18  out for attention.  That's not a man who's out to
19  hurt people.  That's someone who just wants the
20  truth out.  That's someone who wants the truth.
21  It's that simple.  But you have my entire team in
22  this chat.  You have Ed Butowsky who hired Rod

Page 39

1  Wheeler.  You're not gonna get anymore truth in the
2  Seth Rich investigation than what you're seeing
3  right here tonight.  And I encourage everyone
4  watching to share this.  Tweet out.  You don't even
5  have to share this.  Get on your Twitter feed and
6  tweet Matt Couch, Ed Butowsky, Truth and Government,
7  Hannibal Moot talking Seth Rich murder.  That's all
8  you've gotta do.  That's all you've gotta do.
9  Literally.
10        Sorry.  I'm tweeting it out, guys.  I'm
11  doing what I hope all of you guys will do.  There we
12  go.  And now it's out there, you know.  Now it's out
13  there.  If it's frozen, log out, come back in.  But
14  America needs a resolution in this case to heal.
15  That's a fact.  We know Ed Butowsky just told all of
16  you that the Rich family knows exactly what
17  happened.  They know about the money, they know
18  about WikiLeaks, they know about everything.  The
19  only thing that they don't know, the only thing the
20  Rich family doesn't know is who murdered their son,
21  and neither do I.  We don't either.  That's where
22  we're at in this investigation.  We know everything

Page 40

1  except who murdered Seth Rich, America.  That's
2  where we're at.  We know everything except who
3  murdered Seth Rich and why.  And that's what we're
4  trying to do.  That's what we wanna do.  But
5  realistically, the Rich family 0and there you have
6  it.  Rich interviewed five private investigators,
7  five, before he hired Rod Wheeler.  Now, who else
8  would know that information besides Ed Butowsky?
9  I'll tweet it out.  I hope you guys will re-tweet
10  it.
11        There we go.  And now it's out there.
12  But you are not gonna get anymore information in the
13  Seth Rich investigation than you will ever find on
14  anything we've ever done than right now, because Ed
15  Butowsky has joined us, and we can't thank Ed enough
16  for that.  I'm here, Matt Couch with America First
17  Media.  Truth and Government is here.  Hannibal Moot
18  is here, Josh Flippo is here.  I don't know if Eddie
19  Graham is here or not.  But, Joel Rich, you need to
20  do the right now.  Joel Rich needs to do the right
21  thing and he needs to come forward in the Seth Rich
22  investigation.  That needs to happen.  That needs to

Page 41

1  happen.  And -- and -- and that, you know, Ed
2  Butowsky is telling you all what happened.  In this
3  investigation, Ed Butowsky is ground zero in the
4  Seth Rich murder investigation.  He hired Rod
5  Wheeler, he's spoken to the family.  He's giving you
6  tidbit after tidbit after tidbit.  There are foyer
7  requests from Judicial Launch.  There are foyer
8  requests from multiple places and NPR and Bloomberg
9  are doing hit pieces on Ed Butowsky.  My team has
10  talked about that.  My team has talked about that.
11        Ed, thanks for joining us, brother, I
12  appreciate you coming on here.  Thank you, Ed
13  Butowsky, for joining us tonight.  And for all of
14  you that are trying to troll Ed, shame on you.  You
15  didn't just put your neck in guillotine.  Anyone
16  trolling Ed Butowsky, I'm sorry, you're a coward.
17  You're an absolute coward if you're trolling Ed
18  Butowsky.  I mean, I'm sorry, you are.  You're a
19  complete coward if you're trolling Ed Butowsky.  The
20  man just put his neck in a guillotine for America
21  tonight.  And I'm right there with him.  And so is
22  my team.  And so that's what I am trying to get

Page 42

1 through to America. We know the information. We
2 know the information. We know, Ed knows. We've got
3 lots of information. The only thing that we can't
4 prove at this point is who killed Seth Rich, and
5 we're close. And we're getting close.
6       A huge thanks to Ed Butowsky, who I guess
7 at this point -- I mean, hell, it's out. Ed joined
8 my Periscope, yeah, he's one of my sources, America.
9 Any point in hiding it at this point, Truth,
10 Hannibal? No. Why would there be any point in
11 hiding it at this point, America, why? I mean, just
12 think about that. So you all wondered who are we
13 talking to. Ed's one of many. And thank you, Ed,
14 for coming forward. I mean, there's just -- I mean,
15 it's out now, folks. I can't believe Ed did that
16 but I'm thankful that he did. And -- and that took,
17 you know, I -- I really haven't even cussed once on
18 this scope. But what Ed just did took massive
19 cojones. It took balls. I mean, it's -- what he
20 just did is insane and, Ed, we pray for your safety.
21 We thank you. You're an American patriot for coming
22 forward and talking. Very courageous and thank you

Page 43

1 very much.
2       Guys, I mean, I saw somebody say it,
3 guys, I've already got Joel Rich's phone numbers.
4 Patriots put the country first, folks, they do.
5 That's what Ed Butowsky just did. You know what Ed
6 Butowsky just did? He put his neck out for Matt
7 Couch. He put his neck out for Truth and
8 Government. He put his neck out for Josh Flippo.
9 He put his neck out for Bill Pierce. He put his
10 neck out for Ed Graham. Ed Butowsky literally just
11 put himself in front of my team. I hope some of you
12 realize that. I hope everyone watching realizes
13 that. 'Cuz I don't think some of you do. Because a
14 lot of heat was coming down on our team, a lot of
15 threats. And Ed literally is like a human shield,
16 just put himself right in front of my entire team to
17 protect us. That, my friends, is a real man. He
18 put his neck out for the truth and I can't thank him
19 enough because he -- he more than likely protected
20 my team tonight. And so, Ed, we're praying for your
21 safety and we thank you, because you are an American
22 patriot. You didn't have to do what you just did.

Page 44

1 And that is amazing what he just did.
2       So with that being said, there's not much
3 more that I can say. I think I've made my point
4 tonight, America. Thank you guys for tuning in.
5 Our funding site is -- is Paypal dot ME forward
6 slash America First Media. That's Paypal dot ME
7 forward slash America First Media. We need your
8 help as we push forward into finding the killers of
9 Seth Rich in this investigation. Our other funding
10 is Fundly, f-u-n-d-l-y, dot com forward slash
11 America-first-media-investigations. We can't do
12 this without all of you. We are investigating, we
13 are heading back to Washington, D.C. We are heading
14 to Dallas soon for more investigative work as well.
15 We can't do it without all of you. And -- and we
16 need your help.
17       You can follow me on Twitter
18 @RealMattCouch and also on Periscope at Real Matt
19 Couch, also Facebook at Real Matt Couch. You can
20 follow @HannibalMoot. Make sure and check out the
21 BullTruth Magazine from Hannibal Moot, the best
22 conservative platform out there to get your news and

Page 45

1 information. Follow @TruthandGovernment2016.
2 Follow @JFlippo1327, follow @TheRealBP65. Follow
3 @ThinBlueLR. Follow @Tracybeanz with a Z, I can't
4 leave off the lovely Tracy Beanz.
5       Gofundme did release the funds and we
6 have since switched to Fundly so we don't have a
7 Gofundme issue anymore. Follow the Graham Cracker,
8 Eddie_Graham23. That's Eddie_Graham23. And with
9 that being said guys, we need your help. We're not
10 giving up, we're not stopping, and last but not
11 least, Ed Butowsky, a man of his word, a very brave
12 patriot tonight coming forward to say what Ed did
13 and we can't thank him enough. We cannot thank you
14 enough, Ed Butowsky. From Matt Couch and my entire
15 team at America First Media, God bless everyone and
16 good night.
17       (End of broadcast.)
18
19
20
21
22

                                          Page 46
1              CERTIFICATE OF TRANSCRIBER

2          I, Jackie A. Scheer, do hereby certify

3    that the foregoing transcript is a true and correct

4    record of the recorded proceedings; that said

5    proceedings were transcribed to the best of my

6    ability from the audio recording and supporting

7    information; and that I am neither counsel for,

8    related to, nor employed by any of the parties to

9    this case and have no interest, financial or

10   otherwise in its outcome.

11

12

13

14

15

16          JACKIE A. SCHEER

17          January 2, 2018

18

19

20

21

22

# EXHIBIT 81

| From: | Eden Quainton |
|---|---|
| To: | Joshua Riley |
| Cc: | Michael Gottlieb; Meryl Governski; Sam Hall |
| Subject: | Re: Rich v. Butowsky / NSA Sources |
| Date: | Monday, January 13, 2020 12:08:38 PM |

Josh,

Thanks and I hope the same was true for you.

I can confirm your two points, subject to the following caveats.

With respect to the first source, that is my understanding.  I should note that, as I mentioned, Mr. Butowsky went in for surgery on Friday and I have not spoken to him since then. Communication was also limited before then as he was admitted to the emergency room on January 5.  My understanding is that the surgery was successful, but he will need a long (six-week) period of rehab, followed by another surgery.  I will provide you with further details when they are available.  I would want to confirm my understanding before making any definite representation and drafting an interrogatory response.   I would also not want anything I have said to you or am saying to you now to be construed as any waiver of the attorney-client privilege.

With respect to the second source, I have heard the name of the second source over the phone, but do not believe I have ever seen it in writing and am not sure I could reproduce it.   Second, my understanding is this is a source seeking whistleblower protection and therefore absolute confidentiality is essential.  As with the first point, I would not want anything I have said or am saying to be considered a waiver of the attorney-client privilege.  I have not been able to discuss privilege issues with Mr. Butowsky either.

Sincerely,

Eden

On Mon, Jan 13, 2020 at 11:41 AM Joshua Riley <jriley@bsfllp.com> wrote:

> Mr. Quainton,
>
> I hope you had a nice weekend.
>
> As we continue to await a supplement to Defendant Butowsky's interrogatory responses, could you at least confirm in the interim what you represented to me during our January 8 call, namely that (1) the first "high-level NSA source" referenced on page 11 and in Exhibit 1 of Defendants' Motion to Extend or Stay Discovery ("Motion") is someone whose name and identity neither you nor Defendant Butowsky know and (2) the person referenced as "another high-level source" on page 8 of the Motion is someone whose identity has not been disclosed in this litigation but whose identity and name both you and Defendant Butowsky do know?

Thanks.


~Josh


**Joshua Riley**
Partner

_____

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t)   202 237.2727

jriley@bsfllp.com

www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]


--
Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com

# EXHIBIT 82

| | |
|---|---|
| **From:** | Ty Clevenger <tyclevenger@yahoo.com> |
| **Sent:** | Monday, August 20, 2018 9:55 PM |
| **To:** | Meryl Governski; Michael Gottlieb |
| **Cc:** | Randall Jackson; Ken Martin; Allen V. Farber; Suzanne Dufrane; Barker Jr. James A.; Matt Couch |
| **Subject:** | Re: RE: Rich v. Butowsky et al, No. 1:18-cv-006810-RJL |

Yeah, go ahead and file that complaint against me. We've already established that you like to talk tough... and then do nothing. By the way, coordinating my client's representation in multiple jurisdictions is not "practicing law" in DC. And when your client's case craters (like the related cases in NY did), I'll probably be handling the malicious prosecution claims against you and your firm.

On Monday, August 20, 2018, 9:32:57 PM EDT, Michael Gottlieb <MGottlieb@BSFLLP.com> wrote:


Thank you for confirming in writing that you continue to practice law in D.C. without authorization to do so.


**From:** Ty Clevenger [mailto:tyclevenger@yahoo.com]
**Sent:** Monday, August 20, 2018 9:29 PM
**To:** Meryl Governski; Michael Gottlieb
**Cc:** Randall Jackson; Ken Martin; Allen V. Farber; Suzanne Dufrane; Barker Jr. James A.; Matt Couch
**Subject:** Re: Rich v. Butowsky et al, No. 1:18-cv-006810-RJL


I still serve as Mr. Butowsky's personal attorney, and I am involved directly or indirectly in all of his cases. I'm not sure why any of that matters. The first question pertained to a case in NY, not DC. The other question, frankly, was for purposes of my blog. If you and your client were serious about getting answers, you wouldn't be dragging your feet and making excuses. Your bluff has been called, and I think you know it.


On Monday, August 20, 2018, 9:19:10 PM EDT, Michael Gottlieb <MGottlieb@BSFLLP.com> wrote:


Mr. Clevenger,


You have sent two emails today (one copied below) purporting to ask us questions regarding the lawsuit our client Aaron Rich filed against the Washington Times, Mr. Butowsky, Mr. Couch, and America First Media in the District of Columbia, Case No. 1:18-cv-00681-RJL. Do you currently represent any party in that action? If so, which party do you represent? Do you contend that you are authorized to continue acting on behalf of a party in this litigation notwithstanding

that you are not admitted to practice in D.C. and you withdrew your motion to appear pro hac vice? Or perhaps you are now authorized to practice law in D.C.  If that is the case, please let us know.

Regards,

Mike

**Michael J. Gottlieb**
Partner

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t) +1 202 237 9617

(m) +1 202 744 0858

mgottlieb@bsfllp.com

www.bsfllp.com

**From:** Ty Clevenger [mailto:tyclevenger@yahoo.com]
**Sent:** Monday, August 20, 2018 7:58 PM
**To:** Meryl Governski
**Cc:** Michael Gottlieb; Randall Jackson; Ken Martin; Allen V. Farber; Suzanne Dufrane; Barker Jr. James A.; Matt Couch
**Subject:** Re: Fw: Re: RE: Clevenger v. DOJ, et al., 18-CV-01568 (WFK) (LB)

Ms. Governski,

Per the article below, the Democratic National Committee served its lawsuit on Wikileaks via Twitter. I'm wondering why your client has not tried to subpoena Wikileaks via Twitter. I'm also wondering why your client has not served subpoenas on eBay for payments into the accounts of companies controlled by Mr. Rich.  Mr. Butowsky would have issued his own subpoenas by now, but he does not wish to consent to the jurisdiction of the D.C. court.

Ty Clevenger

https://www.cbsnews.com/news/dnc-serves-wikileaks-with-lawsuit-via-twitter/

On Monday, August 20, 2018, 6:01:33 PM EDT, Ty Clevenger <tyclevenger@yahoo.com> wrote:

Ms. Governski,

Below is FYI. As you can see, there seems to be a conflict between the FBI's version of events and the complaint that you filed on behalf of your client. Would you mind explaining which federal law enforcement officials your client was cooperating with?

Ty Clevenger

----- Forwarded Message -----

**From:** Ty Clevenger <tyclevenger@yahoo.com>

**To:** Mahoney, Kathleen (USANYE) <Kathleen.Mahoney@usdoj.gov>

**Sent:** Monday, August 20, 2018, 5:37:32 PM EDT

**Subject:** Re: RE: Clevenger v. DOJ, et al., 18-CV-01568 (WFK) (LB)

Kathleen,

I've attached a copy of the complaint that Seth Rich's brother filed against my client, Ed Butowsky. Here's an excerpt from Paragraph 4: "For well over a year, Aaron [Rich] has devoted countless hours assisting state and federal law enforcement officials investigating the murder."

According to my sources, the federal law enforcement officials were FBI agents. I know discovery is not typical in a FOIA case, but I'll probably request depositions from one or two FBI officials on this subject. Let me know if you want to discuss in advance of the teleconference. Thanks.

Ty

On Monday, August 20, 2018, 12:54:49 PM EDT, Mahoney, Kathleen (USANYE) <Kathleen.Mahoney@usdoj.gov> wrote:

In response to your inquiry, the FBI advised that its searches of ACS and Sentinel found no main or cross reference records. They also reached out to the Washington, D.C. Field Office, which confirmed that D.C. Police had declined the FBI's assistance. They did not reach out to CART since the FBI did not assist in the investigation. However, if CART records existed, they would have been located through the ACS and/or Sentinel searches.

Kathleen A. Mahoney

Assistant U.S. Attorney

Eastern District of New York

271-A Cadman Plaza East, 7th Floor

Brooklyn, New York   11201

(718) 254-6026

**From:** Ty Clevenger <tyclevenger@yahoo.com>
**Sent:** Thursday, August 16, 2018 10:28 AM
**To:** Mahoney, Kathleen (USANYE) <KMahoney2@usa.doj.gov>
**Subject:** question

Do you know whether the FBI searched for records with its Computer Analysis and Response Team ("CART")(URL below)? My understanding is that team assisted D.C. police in retrieving data from Seth Rich's electronic devices.



**FBI Laboratory: Computer Analysis and Response Team**

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

# EXHIBIT 83
# FILED
# UNDER SEAL