**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>          Plaintiff,<br><br>     v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>          Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

### DECLARATION OF MERYL C. GOVERNSKI IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR SANCTIONS AGAINST DEFENDANT BUTOWSKY

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Plaintiff Aaron Rich. This Declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of an email thread between Eden Quainton, counsel for Defendants Butowsky and Couch, and Joshua Riley, et al., counsel for Plaintiff Rich, dated January 5, 2020 through January 12, 2020, re: Rich v. Butowsky / Depositions.

3. Attached as Exhibit 2 to this Declaration is a true and correct copy of an email thread between Eden Quainton, counsel for Defendants Butowsky and Couch, and Meryl Governski, et al., counsel for Plaintiff Rich, dated January 13, 2020 through January 14, 2020, re: Rich v. Butowsky.

1

4.     Attached as Exhibit 3 to this Declaration is a true and correct copy of an excerpt of a document produced in this litigation by third party Rod Wheeler, bearing bates stamp WHEELER0000636.

5.     Attached as Exhibit 4 to this Declaration is a true and correct copy of a transcript of a CNN Tonight interview of Ed Butowsky, which aired on August 1, 2017, available at https://web.archive.org/web/20190220071646/https://www.cnn.com/TRANSCRIPTS/1708/01/cnnt.01.html.

6.     Attached as Exhibit 5 to this Declaration is a true and correct copy of an excerpt of the transcript of the deposition of third party Rod Wheeler, which took place on November 18, 2019.

7.     Attached as Exhibit 6 to this Declaration is a true and correct copy of a document produced in this litigation by a third party without a bates stamp, and marked at third party Thomas Schoenberger's deposition as Exhibit D.

8.     Attached as Exhibit 7 to this Declaration is a true and correct copy of an excerpt of the transcript of the deposition of third party Thomas Schoenberger, which took place on June 27, 2019.

9.     Attached as Exhibit 8 to this Declaration is a true and correct copy of a document produced in this litigation by a third party without a bates stamp, and marked at third party Thomas Schoenberger's deposition as Exhibit J.

10.    Attached as Exhibit 9 to this Declaration is a true and correct copy of an excerpt of a document produced in this litigation by Defendant Couch, bearing bates stamp MC000010 and marked at Defendant Couch's deposition as Couch Exhibit 63.

11.     Attached as Exhibit 10 to this Declaration is a true and correct copy of an excerpt of the transcript of the deposition of Defendant Matt Couch, which took place on December 12, 2019.

Executed: January 17, 2020

>/s/ *Meryl C. Governski*
>MERYL C. GOVERNSKI
>D.C. Bar No. 1023549
>1401 New York Ave NW
>Washington, DC 20005
>Tel: (202) 237-2727
>Fax: (202) 237-6131
>mgovernski@bsfllp.com