# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---------------------------------
AARON RICH                         *

      Plaintiff,             *

v.                                 * Case No. Civil Action
                                         1:18-cv-00681-RJL
EDWARD BUTOWSKY,                   *
MATTHEW COUCH, and
AMERICA FIRST MEDIA,               *

      Defendants.            *

---------------------------------

VIDEOTAPED DEPOSITION OF:

                ROD WHEELER,

taken on Monday, November 18, 2019, at 10:00 a.m.,

held at the offices of Willkie Farr & Gallagher, LLP,

1875 K Street, NW, Washington, D.C. 20006, before

Goldy Gold, a Registered Professional Reporter and a

Notary Public within and for the District of

Columbia.

Reported by:  Goldy Gold, RPR

Job No. 523974



Page 210

1  A. "That's why Devin Nunes needs to help
2  us, or get his guy to. What we know dispels that
3  whole narrative."
4  Q. Okay. Do you have an understanding of
5  what Ms. Zimmerman is referring to here?
6  A. Obviously, it has something to do with
7  the Russian narrative or the hacking narrative, to
8  some degree. That's what this was about.
9  Q. Do you have any understanding of who
10 Ms. Zimmerman is referring to when she says "get his
11 guy"?
12 A. I don't.
13 Q. Did you ever have meetings with anyone
14 who worked for Devin Nunes in the course of your
15 investigation?
16 A. There was one individual who worked for
17 the House intelligence committee. You probably saw
18 that information in some of the documents. He went
19 by the name of "Kash."
20 Q. Was his name Kash Patel?
21 A. They wouldn't tell me his last name.
22 Q. Okay.
23 A. I'm only the investigator.
24 Q. What did he look like?
25 A. They wouldn't tell me his last name. He

Page 211

1  was like a -- he used to be -- he was an attorney out
2  of Florida, because he did tell me that. He used to
3  be an attorney down in Pensacola, Florida. I
4  remember him telling me that.
5      But I never could get the guy's last
6  name. He always said, "Call me 'Kash.'"
7      "All right." So I always called him
8  "Kash." Now, I don't know if Kash --
9  Q. Did he ever tell you how to spell
10 "Kash"?
11 A. K-a-s-h.
12 Q. Okay.
13 A. Now, why was this important to me as an
14 investigator?
15     Because I thought, if they have an
16 investigation going on in Capitol Hill, and he's an
17 investigator, and they're looking at the Russian
18 narrative thing or anything like that --
19     And I'm investigating this murder. And
20 if there is a link between the two, I was thinking,
21 "The police department here in D.C. should talk to
22 the investigators on the House side to share
23 information, to see if they can come up with
24 something."
25     Remember, we're trying to solve a

Page 212

1  murder. That's the whole reason why I thought it was
2  important to talk to Kash or somebody in Capitol
3  Hill. And so I had actually set up a meeting between
4  Kash and Dellacamera.
5      Because I had mentioned it to
6  Dellacamera, and he said, "Yeah, Rod, that's a good
7  idea. This makes sense to me."
8      And at the last minute, that's when --
9  Dellacamera called me that Monday morning. We were
10 going to meet right down here on Ninth Street at a
11 little restaurant.
12     But that Monday morning, Joe Dellacamera
13 called me and said, "Rod, I can't meet because I have
14 to do something with my child at his school." And he
15 said, "I have to get back with you later."
16     Because he was going to bring a
17 sergeant -- or not a sergeant -- from the homicide --
18 I think it was going to be Anthony Hathe, Hathe --
19 from homicide with him, but they backed out at the
20 last minute.
21 Q. Were you going to meet at a coffee shop
22 in, like, an alley, or Ninth Street?
23 A. Well, Ninth Street. Somewhere down on
24 Ninth Street, yeah. I had never been.
25 Are you familiar with it?

Page 213

1  Q. Well, what I want to ask you is: Do you
2  recall who suggested that meeting location?
3  A. I think it was Kash.
4  Q. It was Kash?
5  A. I think he lives over there or
6  something. He was very family with the northwest
7  side of D.C.
8      Why? Are you familiar with that
9  location?
10 Q. Well, let me ask you another question.
11 A. I've never been there, though. At some
12 little restaurant.
13 Q. You never met them, I understand.
14     Did you ever meet with Kash in his
15 office?
16 A. No. We met over at the Department of
17 the Interior, I believe it was. On the sixth floor,
18 they have a little restaurant, like a cafeteria.
19 Q. Why? Not why they have it, but why did
20 you meet there?
21 A. Oh, I don't know. This is where he
22 wanted to meet. In other words, if you're asking me,
23 how come I didn't go to his office, I don't have an
24 answer for that.
25     The guy said, "Let's meet in the

```
                                           Page 214
 1   cafeteria," so I met him in the cafeteria.  You have
 2   to ask him why the cafeteria.
 3        We could have went to his office,
 4   because I went over there.  I think it was the
 5   Department of the Interior, one of the government
 6   buildings off of Constitution over there.
 7        Q.   Okay.  So there was one -- one instance
 8   in which you met with Kash in the Department of the
 9   Interior cafeteria, another instance where there was
10   going to be a follow-up meeting that did not occur,
11   somewhere around Ninth Street.
12        Were there any other meetings with Kash
13   that you can recall?
14        A.   Not that I had, no.
15        Q.   Okay.  How did you get connected with
16   Kash?
17        A.   Butowsky.
18        Q.   And what did Mr. Butowsky say to you
19   when he connected you with Kash?  What was the reason
20   he was connecting you with Kash?
21        A.   Kash was a friend of his, and he worked
22   on Capitol Hill, and he was investigating the Russian
23   hacking narrative as part of their investigative
24   team.
25        Q.   So Kash was a federal investigator who
```

```
                                           Page 215
 1   worked for the House intelligence?
 2        A.   The House -- on the House side, yeah, on
 3   the House intelligence committee.  They have their
 4   own investigators.  If they were investigating -- I
 5   think this is the team that was investigating the
 6   whole Russian narrative thing.
 7        Again, so I'm thinking it's, you know, a
 8   dumb investigator.  I'm thinking, "If I'm
 9   investigating a murder in D.C. and it has
10   something" -- let's say it has something to do with
11   this job, relating -- meaning Seth's job -- "they're
12   investigating the Russian hacking thing, why don't
13   those investigators come together and share notes?"
14   That's what -- that's all my goal was to do.
15        Q.   Okay.  Do you recall what you discussed
16   with Kash when you met at the Department of the
17   Interior?
18        A.   We just talked about where I was in the
19   investigation and why I thought it was important for
20   him to meet with Dellacamera and the D.C. police
21   department.
22        Q.   And what did he say?
23        A.   He said, "Okay.  I'll meet with him,"
24   meaning he'll meet with Dellacamera.  I said -- he
25   said, "Can you arrange it?"
```

```
                                           Page 216
 1   I said, "Yes.  Let me talk to Joe, and
 2   I'll arrange it."  And that's what I did.
 3        Q.   Did -- did you or anyone else that you
 4   were in contact with at this time ever refer to Kash
 5   by any other names or nicknames or code names?
 6        A.   No.  There was another name that came
 7   up, Dee-O, and I'm not sure, though -- I don't recall
 8   exactly who was -- who that person is, but I do
 9   remember that name that Butowsky used, Dee-O.  That
10   was his contact.  I think it is D-e-e-O, I think.  I
11   don't know -- I don't know if that was Kash or not.
12   It could have been, but I don't know.
13        Q.   Okay.
14        A.   You know, they don't tell you to
15   investigate or anything.
16        Q.   So there's someone named Dee-O, but
17   you're not sure if that person was Kash or if that
18   person was anyone else?
19        A.   Right, but I could not know Kash's last
20   name.
21        Q.   According to him?
22        A.   According to him and Butowsky.  He just
23   said, "Call me 'Kash.'"
24        "I get it.  All right."
25        Now, why I need to call you "Kash," I
```

```
                                           Page 217
 1   don't know, but this is what the man told me, "Just
 2   call me 'Kash.'"
 3        I said, "My name is Rod Wheeler."
 4        He said, "Call me 'Kash.'"
 5        I said, "Okay."
 6        Q.   Did you ask him what his last name was?
 7        A.   Yeah.
 8        Q.   And he said?
 9        A.   "Just call me 'Kash.'"
10        "All right.  I'll just call you 'Kash.'"
11   I thought maybe the guy was loaded with cash or
12   something.  I don't know.  That's why -- I was
13   thinking, "Maybe that's why he wants me to call him
14   Kash."  I don't know.
15        Q.   All right.  So turning back to this
16   exhibit, this e-mail from Mr. Butowsky, do you
17   understand what he's saying when he says, "Let's see
18   if Kelsey has something for us, and then I will get
19   very aggressive with Devin over the weekend"?
20        A.   Well, I do know I was going to be
21   meeting with Kelsey.
22        Q.   And Kelsey is who?
23        A.   Kelsey was Seth's girlfriend.  And we
24   met right down here on 17th Street --
25        Q.   Okay.
```



```
                                          Page 414
 1            CERTIFICATE OF REPORTER/NOTARY PUBLIC
 2
 3         I, Goldy Gold, a Notary Public within and
 4   for the State of Maryland, do hereby certify that the
 5   within-named witness personally appeared before me at
 6   the time and place herein set out, and after having
 7   been duly sworn by me, according to the law, was
 8   examined by counsel.
 9         I further certify that the examination was
10   recorded stenographically by me and this transcript
11   is a true record of the proceedings.
12         I further certify that I am not of counsel
13   to any of the parties, nor in any way interested in
14   the outcome of this action.
15         As witness my hand and notarial seal this
16   4th day of December, 2019.
17
18
                 _____
19                   GOLDY GOLD, RPR
                      Notary Public
20
21
22
23
24
     My Commission Expires:  April 21, 2024
25
```

