# EXHIBIT 6

# Shadowbox

Shadowbox is an elite team of specialists. Our backgrounds range from corporate, covert strategists, technical specialists and PR/marketing experts with worldwide high-level contacts. Our researchers uncover your competitors likely next move – what others cannot, using cutting-edge intelligence mapping systems. Deep data research and AI algorithms to locate and analyze threats and your opportunities. Our digital networks mobilize in seconds using decentralized discreet solutions. We identify the threat and craft a solution, the opportunity and the plan to take advantage. From product launches, to deep recon on your competitors next move, we position your company for ultimate success.

Envision TQM (Total Quality Mamagement) on steroids.

Real time digital data targeting to provide best pathway towards the highest profit margin

Research analyst that specializing in countering cyber attacks

Undetectable Strategies

Ability to create campaigns to protect clients from unfair practices.

We collaborate with legal teams for operations and defamation

We pinpoint your competitors next move

We provide strategy to outflank them.

We forecast what your opponent's next step is.

We set in motion strategies your opponent can't counteract.

We maintain a protected foundation for the future...

We help position your company for future maximum success.



DEPOSITION EXHIBIT D  6.27.19  MN