# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

AARON RICH,                         )
                                    )
            Plaintiff,              )
                                    )
      vs.                           ) Case No. Civil Action
                                    ) 1:18-cv-00681-RJL
EDWARD BUTOWSKY,                    )
MATTHEW COUCH, and                  )
AMERICA FIRST MEDIA,                )
                                    )
            Defendants.             )
_____ )

Videotaped Deposition of THOMAS ANDREW SCHOENBERGER, taken on behalf of Plaintiff, at 725 South Figueroa Street, 31st Floor, Los Angeles, California 90017, beginning at 10:18 a.m., and ending at 5:40 p.m., on Thursday, June 27, 2019, before Marceline F. Noble, RPR, CRR, Certified Shorthand Reporter No. 3024.

Magna Legal Services
866-624-6221
www.MagnaLS.com

Reported by: Marceline F. Noble, CSR No. 3024

Job No. 489984



Page 106

1  Q. What was it that gave you the impression
2  that Ed was not telling the whole truth?
3  A. I think the anger that he started to show
4  towards Joel Rich; the fact that his main complaint
5  was that his family is being victimized, but somehow
6  he lacked the empathy for Joel Rich's family, you
7  know, to go -- to go through what they've been
8  through.
9  And it just seemed like he didn't want his
10 privacy invaded, but he had no problem with Joel Rich
11 having his privacy invaded.
12 Q. Did you come to a point where your
13 understanding was that Ed Butowsky's real motivation
14 was not to help the Rich family solve Seth Rich's
15 murder, but, rather, to promote allegations that
16 Seth Rich and Aaron Rich had hacked the DNC emails?
17 A. That's exactly what I felt with the
18 September 28th meeting.
19 What -- what -- it showed us that he had an
20 agenda.
21 Q. So let's talk about this September 20th
22 meeting.
23 A. Great.
24 Q. How did this meeting come to pass?
25 A. Ed had said he wanted to meet us in person.

Page 107

1  And so he arranged the flights. I think it was
2  either Virgin or Alaska Air. He used his frequent
3  flier miles to fly us out there.
4  And when we met -- I think I flew in last.
5  My vague recollection is that I showed up
6  at -- I -- maybe at a restaurant or Ed's country
7  club, and I was late.
8  My interest that evening was Beth, for
9  obvious reasons.
10 And so we circled back to the hotel. And
11 then we prepared to meet Ed the next day.
12 When we met Ed the next day, I think we met
13 right around 11 o'clock a.m. I believe that Ed drove
14 Manuel Chavez and my -- me to his house --
15 Or no. Maybe he drove me. Trying to think.
16 No, he drove us.
17 Manuel drove out to Texas in late January.
18 But at that meeting, we all took airplanes.
19 Q. Mm-hmm.
20 A. So I think -- I think he drove us.
21 Q. Okay.
22 A. Yeah.
23 Q. Drove you -- drove you to his home?
24 A. Yes. From the hotel.
25 Q. Okay. So you flew in on the 19th, stayed

Page 108

1  over. And then Mr. Butowsky picked you up on the
2  20th?
3  A. Yes.
4  Q. From the hotel?
5  A. Yes.
6  Q. To take you to his house.
7  A. Yes.
8  Q. Around 11 o'clock in the morning.
9  A. Yes.
10 Q. Okay. In advance of that meeting, had there
11 been conversations with respect to the purpose of the
12 meeting, the agenda for the meeting, the participants
13 in the meeting, or any other logistical --
14 A. No.
15 Q. -- issues?
16 A. No.
17 Q. Mr. Butowsky just told you that he wanted to
18 have a meeting in person?
19 A. Mm-hmm.
20 He did say he wanted to open up his Rolodex.
21 He said, I want to meet you in person, and
22 then I want to see this company, you know, turned to
23 a billion-dollar company.
24 Q. And by "this company," you meant Shadowbox?
25 A. Yes.

Page 109

1  Q. Okay. Did Mr. Butowsky tell you, in advance
2  of the meeting, that there would be other
3  participants aside from Shadowbox members?
4  A. No.
5  Q. Okay. So you get to Mr. Butowsky's house at
6  around 11 o'clock in the morning of September 20th?
7  A. Yes.
8  Q. Okay. And then you walk me through what
9  happens from there.
10 A. We sit down in the living room. There are
11 other people there. Matt Couch is there. That's a
12 surprise to me.
13 We introduce each other. There's a woman,
14 who is Melia Zimmerman. There's a man named
15 Dave Stossel. Dave Stossel came there with
16 Joe Berkell [sic] -- B-e-r-k-e-l-l, I believe that's
17 the spelling. It might -- it could be B-i-r-k-e-l-l.
18 Joe Berkell [sic] is the husband of
19 Lara Logan, the 60 Minutes reporter.
20 And so here we are: Trevor, Manuel Chavez,
21 myself, Beth, Melia, Matt, a man named Josh who came
22 with Matt, Dave Stossel and Ed.
23 Danny (phonetic), who is Ed's wife, was, I
24 think, busy preparing some foods [sic], there, too.
25 So we all started to discuss things. And it



Page 110

1  became bifurcated, where there were small discussions
2  here, small there.
3      But it was Ed who was holding court. And so
4  he would take a fork and go to a wine glass and says
5  okay, I have a speech.
6      And that's where he started to say, my life
7  has been turned upside down ever since I tried to
8  help a kid named Seth Rich. And he said, you know,
9  I've gone through horrible stuff, it's been horrible
10 for my family.
11     He played the victim card at that point.
12     And we had lunch. Joe Berkell was talking
13 about an application that can track who you associate
14 with on social media.
15     Dave Stossel was a veteran. And he was with
16 Bravo -- Bravo 13. He was a ranger.
17     And so, you know, I -- I've had an
18 association with -- with the Department of Defense,
19 you know, in an earlier carnation. So we talked
20 about conflict. Seemed like a nice guy.
21     Ed then brought up -- I was at -- at one end
22 of the table. And Defango was there. I think Trevor
23 was two over.
24     And Ed brought up, here's what I want you
25 guys to do.

Page 111

1      And he said, I want to outfit a van. I'll
2  pay for everything. I want it outfitted with a
3  StingRay. He said, I want you guys to have ability
4  to listen in on phone calls, to listen on
5  conversations, and to listen to whatever devices I
6  have to get into their emails.
7      And I stopped him cold, and I said, that's
8  wiretapping. It's federal. We don't break laws.
9      And Manny says, I break laws.
10     And Ed didn't like my answer and then
11 started talking to Manny. And he ignored me.
12     Manny said, yeah, we can do it. I can get
13 it to the point where -- where every keystroke, I'll
14 know what's going on with them.
15     And he says, I'm -- I'm down for a ride.
16 Let's go to Omaha.
17     So he's very, very specific in telling Ed he
18 can do it. He said he had the capabilities to do it.
19     This is a man who, until recently, was
20 denying that there was even a meeting.
21     Manuel Chavez livestreams everything. So he
22 was gung ho on it, hundred percent.
23     Q. Did Mr. Butowsky say why he wanted you to go
24 in a spy van to survey the -- to surveil the Rich
25 family?

Page 112

1      A. He said, I'm going to get down to the bottom
2  of this. They're holding back on me.
3      Q. What did he think they were -- what did he
4  say he thought they were holding back?
5      A. That, only he can tell you. He never told
6  me other than, they're holding secrets from me.
7      And my -- I had -- I had two big problems
8  with it.
9      Number one, I'm a privacy freak, which --
10 which it seemed to me offensive.
11     But number two, it's beyond illegal. No one
12 had a private eye license; right? Which you can do a
13 certain amount of this stuff.
14     You can't -- you know, you can't eavesdrop
15 on phone calls. You can't, you know, listen in on
16 conversations at home. This is -- law enforcement
17 can if they suspect a crime; right? You -- you see
18 that.
19     But a private citizen doing this to another
20 private citizen is offensive as could be.
21     Q. How did that conversation end? In terms of
22 Mr. Butowsky was requesting that you would outfit a
23 spy van and surveil the Rich family, what was the
24 result of that conversation?
25     A. He ignores me mostly for the rest of the

Page 113

1  day. And then, finally, he looks over at me, and he
2  says, you can't stomach -- stomach this, Dudley -- as
3  in Dudley Do-Right.
4      And he says, Manny and I will go handle it.
5      Q. Do you know whether this operation that
6  you're describing ended up taking place?
7      A. I have heard from Stuart Blaugrund.
8      (Reporter clarification.)
9      THE WITNESS: Blaugrund, B-l-a-u, as in the
10 German for blue, and then grund, g-r-u-n-d.
11     I heard from Stuart Blaugrund that
12 Matt Couch was in Omaha.
13     I didn't have any personal knowledge of
14 that, but he told me that.
15     I want to tell you another small thing that
16 happened in that room.
17     After Ed basically shooed me away,
18 Matt Couch looked over at Defango, and said, you are
19 really good. You just hacked my computer.
20     So right there, when they were standing next
21 to us --
22     Sorry. Got a piece of plastic.
23     Right when they were next to each other,
24 Matt declared to everybody, wow, Manny, you've got
25 chops. You just hacked my computer.

Page 114

1  And Ed looked around and said, you're who I
2  want, and pointed a finger at Manny.
3  So Manny was doing it to show off to Ed to
4  show that he had the skill set.
5  Q. Is it your understanding that Mr. Chavez
6  had, in fact, hacked into Mr. Couch's computer at
7  that time?
8  A. I believe it.
9  Manuel Chavez has publicly stated that he's
10 hacked into my emails. And I believe he does have
11 those capabilities.
12 Q. During -- so -- I want to just take a step
13 back.
14 The -- when the meeting -- when the meeting
15 started, was everybody sitting around a room?
16 Sitting around a table? What was the -- the
17 configuration?
18 A. It was sitting around at a lunch table.
19 Q. Okay.
20 A. Where lunch was served maybe 20 minutes, 30
21 minutes in.
22 Q. Okay. And then Mr. Butowsky started the
23 meeting by giving a short speech about how --
24 A. Yes.
25 Q. -- he had been a victim?

Page 115

1  A. How he had been a victim; how his life had
2  been torn asunder; how it's affected his family's
3  emotional state; how he's -- he -- he wakes up
4  crying; that all he wants to do is protect his wife
5  and kids from these constant attacks.
6  Oh. And that his son had bought guns to
7  protect the house.
8  Q. Did Mr. Butowsky explain why he felt like he
9  had come under attack?
10 A. He said it's an attack by the DNC. It's an
11 attack by Hillary. It's an attack by media matters,
12 David Brock.
13 And he said, they're out to silence all of
14 us.
15 Q. And what was the -- did he -- did
16 Mr. Butowsky say what the message was that he wanted
17 to get out, that was being silenced by the DNC and
18 others?
19 A. He didn't put it like that.
20 What he said is he's being persecuted
21 because he was the only honest guy to look into the
22 Seth Rich murder.
23 He said the fact that Doug Wigdor wants to
24 take down Fox News only adds to the fire. He said
25 there is a conspiracy to destroy him and destroy his

Page 116

1  life and destroy his family.
2  Q. And that's -- did Mr. Butowsky say -- did
3  Mr. Butowsky say that what he was trying to
4  accomplish was --
5  Sorry. Strike that.
6  Did Mr. Butowsky say that one of his
7  objectives of convening the people at this meeting,
8  was to promote allegations that Seth Rich and
9  Aaron Rich had hacked the DNC emails and transmitted
10 them to WikiLeaks?
11 A. He did not state that that was his purpose,
12 to go public.
13 What he said was he was going to bring the
14 battle to the enemy. He said he had been hurt for
15 asking to find the truth. And he said no matter
16 what, he's going to get to the truth. And that's why
17 he was doing the planned surveillance operation with
18 Omaha and the Rich family.
19 Q. Did he say what he thought -- did he say
20 what the, quote-unquote, "truth" was, in his view?
21 A. He said, we already know they took 50 grand,
22 and they put a Dropbox with some of the material.
23 I can't recall beyond that.
24 Q. So Mr. Butowsky -- am I correct that -- am I
25 correct that your understanding is that Mr. Butowsky

Page 117

1  convened to this meeting so that he could advance the
2  narrative that Seth Rich and Aaron Rich had been paid
3  $50,000 to hack the DNC emails?
4  A. As part of the truth he wanted to put out,
5  as he put it.
6  Q. Okay. And how did he put it?
7  A. He talked about it. He said this is what
8  they did. And then he said, how do we get into their
9  bank accounts? How do we get into Aaron Rich's bank
10 accounts?
11 He said that. Absolutely.
12 Q. And did he provide any evidence,
13 whatsoever --
14 A. No.
15 Q. -- for the proposition --
16 A. No.
17 Q. -- that either Seth Rich or Aaron Rich had
18 any involvement in the DNC email hacking?
19 A. He provided no evidence.
20 Q. And so I'm going to ask you the question
21 again, and just to make sure there's a clear record.
22 So I'll -- I'll just ask you to wait till I've -- I
23 finish the question.
24 During this meeting, did Mr. Butowsky
25 provide any evidence, whatsoever, for the proposition

Page 118

1  that either Seth Rich or Aaron Rich had any
2  involvement in hacking the DNC emails?
3      A.  He provided no evidence.
4      Q.  Did anybody, during the meeting, ask him
5  what his evidence was to support his allegation that
6  either Seth Rich or Aaron Rich were involved in
7  hacking the DNC emails?
8      A.  Yes.  I did.
9      Q.  And what did you ask him?
10     A.  I asked him, where is your evidence?  How do
11 you know this?
12         His response was, I have a source and the
13 source is credible.
14     Q.  Did anybody ask him who the source was?
15     A.  I did.
16         And he said, someone connected to the
17 government.
18         My response was, as in IC?
19         (Reporter clarification.)
20         THE WITNESS:  Intelligence community.
21 Clandestine services.
22         So, you know, I wanted to know if it was
23 FBI, CIA, whatnot, pick your alphabet.
24         And he said, that's not for discussion here
25 and now.

Page 119

1  BY MR. RILEY:
2      Q.  So did -- Mr. Butowsky was asking everybody
3  at this meeting to take it at face value that -- that
4  his allegations were credible against Seth Rich and
5  Aaron Rich.
6      A.  Yes.
7      Q.  Do you remember, did Mr. Butowsky say
8  anything at this meeting about a -- the Fox News
9  article by Melia Zimmerman having been retracted?
10     A.  Yes.  At that meeting.
11     Q.  And what was said?
12     A.  What was said was that they retracted it.
13 That it was Rupert Murdock's sons who had a lot to do
14 with it; that she's been given a time-out; and that
15 she's not being given any new writing assignments,
16 because Fox News is now part of the coverup of the
17 Seth Rich murder and subsequent coverup.
18         He said that the D.C. police are complicit,
19 too; that the coroner is complicit.
20         And he said, I'm going to get down to the
21 bottom of it, no matter what.  And then he said, we
22 gotta get the info from the Riches; they're holding
23 back.
24         And then he mentioned this guy Brad who we
25 had heard about before.  I'm trying to think how.

Page 120

1          And he said, he's media matters.  You know,
2  he's with David Brock.
3          Brad Bauman.
4          (Reporter clarification.)
5          THE WITNESS:  I believe B-a-u-m-a-n.
6  BY MR. RILEY:
7      Q.  Did -- and did Melia Zimmerman say anything
8  during this meeting?
9      A.  Melia did.  We had a nice talk.
10         She seemed like a very nice person.  She
11 said she's been given a time out at Fox, and she
12 can't do any stories.  But she said that she's
13 getting paid during that period.
14         And she said that she's considering working
15 for One America News Network, and that she's
16 itching -- itching to go.
17         She communicated very well with Beth.  They
18 became friends.
19         Mr. Riley, it's 1:10 right now.
20         MR. RILEY:  Yep.  We -- we can -- why don't
21 we take a break for 30 minutes to get lunch?
22         THE WITNESS:  Yeah.  Is there a place in the
23 building, too?
24         MR. RILEY:  Yeah.  We've -- why don't we go
25 off the record.

Page 121

1  We'll take a 30-minute lunch break.
2          THE VIDEOGRAPHER:  Okay.  We're going off
3  the record at 1:11 p.m.
4          (Lunch recess.)
5          THE VIDEOGRAPHER:  We are now back on the
6  record.
7          The time is 1:47.
8  BY MR. RILEY:
9      Q.  Mr. Schoenberger, you understand that you're
10 still under oath?
11     A.  Yes.
12     Q.  And when we were off the record, we did not
13 discuss the -- we did not discuss your testimony;
14 correct?
15     A.  Correct.
16     Q.  Right.
17         Before we took a break, you were describing
18 a meeting that happened at Mr. Butowsky's house on
19 September 20th, 2017.
20         You remember that conversation?
21     A.  Yes.
22     Q.  Okay.  During that conversation -- or during
23 that meeting, did Mr. Butowsky speak, at all, about
24 the connection, or any alleged connection between
25 Seth Rich -- between Seth Rich's murder and



Page 122

1   accusations that President Trump's campaign had
2   conspired with the Russians to hack the DNC emails?
3        A. He said the Russian connection's fake. He
4   said, that's how they're trying to take down Trump
5   and delegitimize him as a president. "DNC dirty
6   tricks," is what he called it --
7        Q. Mm-hmm.
8        A. -- too.
9        Q. Did he say that one way to legitimize the
10  president, or support the president, would be to show
11  that Seth Rich and Aaron Rich had hacked the emails
12  and not the Russians?
13       A. No.
14       Q. How did the -- in what context did he talk
15  about the president and the president being
16  delegitimized?
17       A. He said, they're throwing the kitchen sink
18  at him. He said, the Russia thing is a fake.
19          And I said, okay, who?
20          And he said, the entire DNC, but also the
21  British.
22          I said, who?
23          And he said, MI6 and the whole machine.
24          And I said, well, they always interfere with
25  our politics. All the covert agencies do. That's

Page 123

1   the way of the world.
2          And then he said, not Israel.
3          And I said okay. I thought it was a pretty
4   naive statement to make. Everybody spies on
5   everybody. It's the way it is.
6        Q. Was it your understanding that Mr. Butowsky
7   wanted to support -- was it your understanding that
8   Mr. Butowsky's efforts directed at the Rich family
9   were intended to support the president?
10       A. I didn't make that connection. He seemed
11  outside -- of any mention of Trump, he seemed furious
12  that information was being held back from him; that
13  he felt he had a right to.
14       Q. Did he say, at any point, specifically, what
15  information he believed that was being held back from
16  him?
17       A. No. That's the curious thing. When I asked
18  him, what do you think is being held back?
19          He looked at me. He said, whatever it is,
20  I'm gonna find out.
21       Q. Right.
22          And you talked about some conversations that
23  happened during the September 20th meeting involving
24  outfitting a -- a spy van.
25       A. Yes. He had stated that he wanted us to

Page 124

1   drive to Omaha; to have a van that would have the
2   capability of eavesdropping. And our conversations,
3   no matter what room in the house it was, he wanted
4   the phones tapped, the computers tapped, the cell
5   phones tapped.
6          He said he wanted to be able to hear a pin
7   drop in the kitchen.
8          And I said to him, what if it's linoleum.
9          And he said, even that.
10         And I said, that's a big mistake. This is
11  breaking federal law, and we won't break laws with
12  Shadowbox.
13       Q. Did -- did he say what he was hoping or what
14  he wanted to obtain by spying on the Rich family in
15  that manner?
16       A. He said he was going to find out the truth.
17  And he said nothing's going to stop him. I remember
18  that statement.
19       Q. Did Mr. Butowsky -- Mr. Butowsky had taken
20  the position that he was just trying to help the Rich
21  family solve Seth Rich's murder previously; correct?
22       A. Yes.
23       Q. Did anybody raise with him a concern as to
24  why he was trying to spy on a family that he,
25  supposedly, was trying to help?

Page 125

1        A. I did.
2        Q. And what did he --
3        A. I told him --
4        Q. What did he say?
5        A. He called me Dudley Do-Right. He -- he
6   brushed me aside for the rest of the meeting.
7          You know, he bonded with Manuel Chavez, too.
8   And so, you know, he --
9          He said, your hands are too clean for me.
10  That's what he said. And then he said, my buddy,
11  Matt here, has a CIA guy named Ty something.
12         And then he said, I'll work with Defango.
13  You know, he understands the job I want done.
14       Q. And then -- forgive me if I asked you this
15  previously.
16         But do you know, one way or the other,
17  whether a spying operation actually was conducted
18  against the Rich family in Omaha?
19       A. I did not know, at all, until
20  Stuart Blaugrund and I had a conversation, maybe a
21  month ago, where he stated that Matt Couch was down
22  there weeks later in Omaha.
23         I think he also wrote something in a text
24  message from me that I could try to find out.
25       Q. Mr. Blaugrund sent you a text message?

```
                                              Page 274
1        THE WITNESS:  Can we go off the record?
2        THE VIDEOGRAPHER:  Stipulation?
3        MR. RILEY:  Yeah.  We'll read it.
4        THE VIDEOGRAPHER:  Okay.  Copy --
5     We are going off the record at 5:40, and
6  that ends today's deposition.
7        THE REPORTER:  So we have Exhibits A
8  through O.
```

```
                                              Page 275
1
2       DECLARATION UNDER PENALTY OF PERJURY
3
4     I, THOMAS ANDREW SCHOENBERGER, do hereby
5  certify under penalty of perjury that I have read the
6  foregoing transcript of my deposition taken on
7  June 27, 2019; that I have made such corrections as
8  appear noted herein in ink, initialed by me; that my
9  testimony as contained herein, as corrected, is true
10 and correct.
11
12        DATED this ____ day of_____, 20___,
13 at _____ , California.
14
15
16
17        _____
          THOMAS ANDREW SCHOENBERGER
```

```
                                              Page 276
2              REPORTER'S CERTIFICATION
4     I, Marceline F. Noble, a Certified Shorthand
5  Reporter in and for the State of California, do
6  hereby certify:
8     That the foregoing witness was by me duly sworn;
9  that the deposition was then taken before me at the
10 time and place herein set forth; that the testimony
11 and proceedings were reported stenographically by me
12 and later transcribed into typewriting under my
13 direction; that the foregoing is a true record of the
14 testimony and proceedings taken at that time.
16    IN WITNESS WHEREOF, I have subscribed my name
17 this 9th day of July, 2019.
20        _____
21        Marceline F. Noble, CSR No. 3024
```

