UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                        Case No. 1:18-cv-00681-RJL
                                                   Honorable Richard J. Leon
Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,
Defendants.

## DECLARATION OF EDEN P. QUAINTON IN OPPOSITION TO MOTION TO COMPEL

I, Eden P. Quainton, declare under penalty of perjury that the foregoing is true and correct:

1.      I am counsel for Defendant Matthew Couch.  This declaration is based upon my personal knowledge and upon information provided to me in my official capacity.

2.      I entered an appearance for Mr. Couch on November 7, 2020, who had been acting *pro se* until that time, although I had previously provided him advice for several months before my admission to the District of Columbia District Court.

3.      I raised the issue of the availability of a reporter's privilege at least as early as October 25, 2019 in correspondence to opposing counsel.

4.      Set forth on Exhibit 1 hereto is a true and accurate copy of an order dated December 13, 2019, entered in a related matter, *Edward Butowsky v. David Folkenflik, et al.*, Civil Action No. 4:18CV442, denying Plaintiff's Motion to Compel.

5.      Set forth on Exhibit 2 hereto is a true and accurate copy of a letter to John C. Eckenrode, dated December 27, 2019.

1

6.      Set forth on Exhibit 3 hereto are true and accurate extracts from the deposition of

Rod Wheeler, dated November 18, 2019.

/s/ Eden P. Quainton_____

EDEN P. QUAINTON
QUAINTON LAW PLLC
D.C. Bar No. NY0318
Quainton Law PLLC
1001 Avenue of the Americas, 11th Fl.
New York, NY 10018
212-813-8389