# EXHIBIT 2

**Eden P. Quainton**
## Quainton Law, PLLC

1001 Avenue of the Americas, 11ᵗʰ Floor
New York, NY 10018

33 Tyson Lane
Princeton, NJ 08540

---

Telephone (212) 813-8389; (609) 921-0529
Fax (212) 813-8390
Cell: (202) 360-6296
Email equainton@gmail.com

December 27, 2019

Mr. John C. Eckenrode
U.S. Attorney's Office for the District of Connecticut
Connecticut Financial Center
157 Church Street Floor 25
New Haven, CT 0651

                Re:  Information relating to Origins of Russia Investigation

Dear Mr. Durham,

      I represent Edward Butowsky, one of the Defendants in a lawsuit pending in the United States District Court for the District of Columbia, Aaron Rich v. Edward Butowsky et al., 18-cv-00681 (RJL) (the "Rich Lawsuit"). The Rich Lawsuit alleges that Mr. Butowsky defamed Aaron Rich, the brother of murdered DNC staffer Seth Rich, by statements attributed to Mr. Butowsky that, among other things, Aaron worked with his brother to transmit DNC emails to Wikileaks. In the course of defending against the Rich lawsuit, my client has become privy to certain information that may be highly relevant to your investigation into the origins of the Russia investigation into the Trump campaign. Specifically, my client has learned that the National Security Administration (the "NSA") is in possession of a substantial number of classified documents relating directly to Seth Rich's communications with Wikileaks. This information corroborates what my client has learned from a separate source, that the Federal Bureau of Investigation (the "FBI") has prepared a report on Mr. Rich's communications with Wikileaks in which an offer of DNC emails was made to Wikileaks.

      The information in the possession of the NSA is highly relevant to my client's defense in the Rich Lawsuit and would help establish the truth of statements attributed to Mr. Butowsky. More importantly, the NSA information would help shed light on the origins of the Russia investigation. The recently released Inspector General's Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation (the "IG Report") identifies the allegations of Russia hacking of the DNC as an essential backdrop to the Crossfire Hurricane investigation. The IG Report specifically states: "William Priestap also told us that the combination of the FFG information [relating to George Papadopolous] and the FBI's ongoing cyber intrusion investigation of the DNC hacks created a counterintelligence concern that the FBI was 'obligated' to investigate." IG Report at 53.

While the FFG information was the official predicate to the opening of the Crossfire Hurricane investigation, this predicate only became a "tipping point," in the words of Deputy Director Andrew McCabe, because of the pre-existing FBI investigation into alleged Russian hacking efforts in the 2016 election.  Id.  As the IG Report makes clear, "according to the Intel Section Chief and Strzok, when the FFG information arrived, the FBI already had strong corroborating information indicating that senior officials in the Russian government were responsible for directing attacks on the 2016 U.S. elections, including the hack of the DNC."  Id. at 54.

The FBI was not asked about and did not address evidence that other actors, such as private individuals acting as whistleblowers for corruption and misconduct within the DNC, may have leaked the DNC emails to Wikileaks either in place of or together with Russian military intelligence operating through the Guccifer 2.0 persona, as affirmed in the Intelligence Community Assessment of January 6, 2017 (the "ICA") and repeated in the Report On The Investigation Into Russian Interference in the 2016 Presidential Election by Special Counsel Robert S. Mueller, III (the "**Mueller Report**").  It appears that the Mueller team did not investigate the possibility (or was not provided with relevant information) that actors other than Russian Military intelligence may have been at the origin of the leaked emails to Wikileaks: the Mueller Report dismisses the hypothesis that Seth Rich may have participated in the leak as simply a fabrication of Julian Assange.  Mueller Report at 48-49.

However, the Mueller Report cites no evidence for its claim that Julian Assange "falsely" implied that Seth Rich may have leaked DNC emails to Wikileaks.  Id. at 48.  The Mueller team does not appear to have interviewed Julian Assange, sought discovery from Wikileaks, had access to the FBI report establishing that Seth Rich and Wikileaks were in communication or reviewed the substantial volume of classified information gathered by the NSA relating to the leaking of emails by Seth Rich to Wikileaks.  These materials should be reviewed to ensure that the opening of the Russia investigation was properly predicated and that material information was not either suppressed or mischaracterized.  To the extent that Seth Rich and Wikileaks were in communication and Mr. Rich made an offer of emails to Wikileaks, there may be further evidence the Russian military intelligence hacking theory was simply a partisan narrative developed for political purposes by the DNC, with the assistance of or in coordination with the Central Intelligence Agency and uncritically accepted by the FBI and the Mueller team.

If nothing else, the interests of justice would recommend that your office review the relevant NSA documents and the above-mentioned FBI report as part of its investigation of the origins of the Russia investigation and that an appropriate mechanism be established for my client to submit the relevant information confidentially to the court.

We would appreciate very much the opportunity to discuss these matters further with your office.  My client can arrange for the names of the sources identified in this letter to be provided to you.  Mr. Butowsky has also been placed in communication with a high level CIA/ DOD contractor who has received whistleblower protection in the past and has first-hand knowledge of SAP-classified information relating to Seth and Aaron Rich.  We understand this source is willing to discuss his information with your office.

3

    Please do not hesitate to contact me if you have any questions with respect to the foregoing.

                                           Very truly yours,

                                           */s/Eden P. Quainton*____
                                           EDEN P. QUAINTON