UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681 (RJL) |
| Plaintiff, | Honorable Richard J. Leon |
| v. | |
| EDWARD BUTOWSKY, MATTHEW COUCH AMERICA FIRST MEDIA, Defendants. | |

## **DECLARATION OF MATTHEW COUCH**

My name is Matthew Couch. I am a Defendant in the above-captioned action and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

1. I am an independent reporter and investigator.

2. I am a proud supporter of the University of Arkansas, father of two girls and a Christian conservative.

3. My background in media was originally in radio, including an ESPN morning radio show, where I was host of the "In the Zone Show" from 6am – 9am, Monday to Friday.

4. I have been the Host of Extreme Wrestling Radio and have interviewed many of the top names in MMA and Pro Wrestling.

5. My focus has shifted to politics over the last several years.

6. I am currently the host of the Matt Couch show, and have interviewed conservative personalities such as Dinesh D'Souza, Sheriff David Clarke, and James O'Keefe, personalities who have also appeared on other established networks such as Fox News.

1

7. I maintain a news website originally known as af-mg.com, but that has been rebranded the DC Patriot.com, on which I publish both third-party and my own independent content. My style is to write short, punchy articles that capture the essence of a newsworthy event.

8. I was one of the first journalists to publicly state that the Jesse Smollet story was a hoax. I believe my reporting helped combat the mainstream outlets' initial predisposition to believe anything, no matter how far-fetched, that was asserted by an anti-Trump figure. In a similar vein, I broke the story that Christine Blasey Ford had a potential animus against Judge Kavanaugh in that Judge Kavanaugh's mother had presided over Dr. Ford's bankruptcy petitions.

9. I have been particularly interested in investigating and reporting on stories that the mainstream media ignores or does not explore in sufficient detail, such as the Obama administration "fast and furious" gun-running scandal, and the still unsolved Las Vegas mass shooting.

10. I believe investigations and reporting such as mine perform a valuable service in the marketplace of ideas, by helping ensure that public debate is not dominated by the monolithic "herd mentality" of most established liberal media outlets. While many disagree with my philosophy, it is shared by many other established journalists and media personalities.

11. My politics are conservative but that does not make me any "lesser" of a journalist. The National Rifle association has afforded me full press credentials and I have also been a member of the White House Press Pool.

12. I believe my reporting is important and that I should be allowed to protect my communications with my sources. Otherwise, no sources would agree to talk with me. It is

standard practice for journalists of whatever political persuasion to provide confidentiality and anonymity to their sources if requested.

13. The information over which I am asserting constitutional source protection was obtained in the course of professional news gathering activities related to my ongoing investigation into the Seth Rich murder and any connections that may exist between Seth Rich and his brother and Wikileaks, with the understanding that the information would remain confidential.

14. I derive most of my income through my professional news gathering and reporting activities.

15. On July 31, 2019, I participated telephonically in a hearing in this matter in which the Court advised me of its decision to grant Plaintiff's motion to compel responses to discovery requests. I subsequently learned that counsel for Plaintiff and counsel for Mr. Butowsky had participated in an *ex parte* hearing in the Court's chambers during which the Court reached its decision on the discovery motions. It appears no effort was made to inform the Court that I had not yet had an opportunity to respond.

Dated: January 17, 2020
Rogers, Arkansas

Matthew Couch
_____
MATTHEW COUCH