# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |

## ERRATA

　　The attached documents, Exhibit 1 – an email thread between Eden Quainton, counsel for Defendants Butowsky and Couch, and Joshua Riley, et al., counsel for Plaintiff Rich, dated January 5, 2020 through January 12, 20202, re: Rich v. Butowsky / Depositions; and Exhibit 3 – an excerpt of WHEELER0000636, were originally filed as Dkt. 118-2 and Dkt. 118-4 respectively.[1]  The originally filed documents inadvertently failed to redact information that should have been redacted.  The inadvertently filed documents have been sealed and the properly redacted Exhibit 1 and Exhibit 3 are filed as attachments hereto.

Dated: January 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　/s/ _Meryl C. Governski_____
　　　　　　　　　　　　　　　　　　　　　　　　MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
　　　　　　　　　　　　　　　　　　　　　　　　JOSHUA P. RILEY (D.C. Bar No. 1026900)
　　　　　　　　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP
　　　　　　　　　　　　　　　　　　　　　　　　1401 New York Ave NW, Washington DC 20005
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 237-2727 / Fax: (202) 237-6131
　　　　　　　　　　　　　　　　　　　　　　　　mgovernski@bsfllp.com
　　　　　　　　　　　　　　　　　　　　　　　　jriley@bsfllp.com

　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
　　　　　　　　　　　　　　　　　　　　　　　　WILLKIE FARR GALLAGHER LLP
　　　　　　　　　　　　　　　　　　　　　　　　1875 K Street NW, Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 303-1442 / Fax: (202) 303-2000
　　　　　　　　　　　　　　　　　　　　　　　　mgottlieb@willkie.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Aaron Rich*

---

[1] Plaintiff separately filed a motion to keep the information contained in Dkts. 118-2 and 118-4 under seal, Dkt. 121.  Plaintiff is filing redacted versions of Exhibit 1 and Exhibit 3, and hereby incorporates the arguments as to those documents made in the motion to keep under seal.