# EXHIBIT 3

<iMessage>

2017-02-23 07:48 AM

I appreciate you reading this text message. We have many mutual friends including Adam Housley and many others from Fox News. Although I'm not a paid fox contributor, I do appear frequently on the News channel as well as the business channel. I watched your work for years and admire what you wearing on television.

Behind the scenes I do a lot of work, ( unpaid ) helping to uncover certain stories, my biggest work was revealing most of what we know today about Benghazi.

I'm looking for some assistance on something that happened in Washington I would appreciate if you would give me a call at 972.897.0197.

Of all the people you have met in your line of work you have put me right next to those you view as the most confidential.
I am extremely discreet.

Is there a time I can give you a call this morning?

2017-02-23 07:54 AM

I will give you a call in an hour if that's ok. (9:00am edt).

> Will call you shortly!

2017-04-14 02:02 PM

> I'm going to meet with the deputy director of public affairs for DOJ next Wednesday. Can you get a message to Sessions so I can try to meet with him too? He is the boss of all of these folks. I'm meeting with Ian Prior and Sarah Flores.

2017-04-14 02:03 PM

Do you know Sarah? I can get you in with Sessions if he's around I believe

2017-04-14 02:04 PM

> Sarah and Ian seen me on fox and loved the segment so they reached out to me. I don't know them but Sessions is their boss.

2017-04-18 07:17 AM

Are you in Washington DC area on Thursday afternoon ? I am meeting Sean spicer and want you with me

2017-04-18 07:18 AM

> Do you have an updated list that summarizes where things currently stand and where we are being stonewalled?

2017-04-18 07:20 AM

> Yes. Are things still a go for the correspondence dinner?

2017-04-18 07:23 AM

> Good question. You are a go. Lois like I cannot go.

> Looks like

2017-04-18 07:24 AM

> I will call you at 8:30 am eastern to update you

> Good ?

2017-04-18 07:25 AM

> Let me call you. I may be on a phoner with Fox. It's been crazy over the past two days with the crazy Cleveland Facebook murderer. Several segments yesterday!

> Will call you around 9:00

I saw. Great work. Ok

2017-04-18 04:02 PM

> So I am confirmed with the AGs office tomorrow. Sessions has a TV segment at 10:30 so I will meet with his folks right after that over at his office! I have a fox&friends hit at 8:20.

2017-04-18 04:03 PM

> Katrina is on with charles Payne fox business tonite as well as I at 6:10 pm.

2017-04-18 04:26 PM

OK sounds good. Tell Katrina that I said hi and let her know that we are working on that case together. I got her meeting with Sean Spicer for Thursday afternoon around three.

2017-04-18 05:01 PM

> Ok super!

2017-04-19 06:39 AM

You looked and sounded great .

2017-04-19 06:40 AM

Thanks! On again at 8:30

Same subject ? Katrina Pierson is in San Antonio

Yes.

2017-04-19 07:38 AM

Twitter is on fire with my segment this morning! People loved what I said!!!

2017-04-19 07:40 AM

i agree...it was very powerful and you spoke the truth .

2017-04-19 09:00 AM

For the White House, can you give me your Social Security number?

2017-04-19 09:01 AM

WHEELER0000665

> Also your city born in and city you reside in

2017-04-19 09:07 AM

> [Redacted for Personal Information] Born in Cleveland Ohio. Live in Upper Marlboro Md. do you need the info on the person who will attend the dinner with me?

2017-04-19 09:08 AM

> That as well. This is for tomorrow afternoon with Sean spicer. Do you have summary done yet?. Just bulletpointed . Just want to make sure we get point to Sean easily

2017-04-19 09:22 AM

> Ok. I will email it to you after my meeting this morning over at Sessions office.

2017-04-19 09:48 AM

> For the White House, I think they require a date of birth too. 4/4/60

2017-04-19 11:44 AM

> Sarah Flores says hello.

> She's over at DOJ.

2017-04-19 11:47 AM

> Yes. She knows me well. Tell her I said hello. Let her know why I was calling her , Seth  Rich.
> Ask her to keep it quiet because we don't know the who the good or  the bad people are anymore.
> But we know she's one of the really good ones

2017-04-19 11:52 AM

> Got it.   Told her you will be in DC tomorrow.

2017-04-19 12:20 PM

> How do you know so many people?   Lol.

2017-04-20 09:36 AM

> Caught up Det Della camera today.  We are going to have lunch on Monday.

2017-04-20 09:38 AM

> great... i land at 11:10.. taking cab directly to trump hotel. dellacamera?

2017-04-20 09:40 AM

> Yep. I called a senior official at MPD yesterday that I know and told him dellacamera has not called me. He said he would get right on it. Dellacamera just called.

2017-04-20 10:11 AM

based on what he says , we almost are required to do a story explaining in detail what we are enduring. lets discuss when we are together at hotel

2017-04-20 10:12 AM

in the lobby of hotel

2017-04-20 04:16 PM



WHEELER0000668

2017-04-20 04:18 PM



2017-04-24 01:25 PM

Caught up with Dellacamera by phone again. He is not in court-where I am now in the courthouse.  He said he was pulled away. Didn't have time to talk.  Will meet me @9am in the morning.

2017-04-24 01:48 PM

I think this fucker needs to know the police code. You don't fuck around with your brothers in blue. I'm happy your meeting up with him tomorrow.

2017-04-24 02:19 PM

2017-05-15 11:34 PM



Hopefully we get our story out early tomorrow on FOXNews.com.

2017-05-15 11:35 PM

I'm done Ed. I feel aweful. It clearly was not my intent. She pulled my responses to other questions and spliced it to make it appear I was referring to emails. Wow. I feel like a hill.

2017-05-15 11:49 PM

Let's chat in the morning. We will get past this very quickly and focus back on what the story is. Let's not forget if it wasn't for your work we wouldn't have a story.

Keep your head up and keep going forward. The narrative in the interviews you might use is that your and Malia's work prove that the Russians didn't hack into the DNC and steal the emails.

> didn't hack into the DNC and steal the emails and impact our election.
>
> Comey FBI report is just filled with suggestions, innuendos and hypotheticals. his report is what senators and congressmen used when they said that the Russians hacked the DNC emails that destroyed the election for Hillary.

2017-05-15 11:50 PM

> I'm alerting Fox and friends about the article so get ready to get up early tomorrow.

2017-05-15 11:53 PM

> I've already called her boss and left a message. I've known her boss for 20 years. This was wrong. It really makes me mad Malia because I did not say anything about the emails. Listen closely to the story and it sounds like I don't know about the emails and I was saying we need more information and cooperation. Many people are tweeting that I never said anything about finding emails!

2017-05-15 11:54 PM

> Can I do Hannity tomorrow night? They just called.

2017-05-16 12:07 AM

Yes

2017-05-16 12:25 AM

I'm getting death threats

2017-05-16 12:27 AM

From who?

Multiple places online. Lots of support too.

Some are saying I'm next to die!

2017-05-16 12:28 AM

I just can't win.

A lot of tweets from Robyn about you too online.

2017-05-16 12:37 AM

She's a nut. I responded a little bit because she said I threatened her. Get some sleep

2017-05-16 06:13 AM

> Are you going on Fox and friends?

2017-05-16 06:27 AM

> Just woke up. Had my phone off. So can I go with the story now or hold off?

2017-05-16 06:28 AM

> Fox and friends just had you on from your clip from Fox Washington. Did Fox and friends call you this morning?

> Yep

2017-05-16 06:29 AM

> I'm not sure what's happening with our story. FOXNews has another story up there based on the Fox Washington report.

> I would absolutely go on the show and will find out if our stories getting up or not. But you are certainly front and center on this

2017-05-16 06:30 AM

> So to be clear I can talk about the details in Malia's report?

I was told the story was going up on Fox News.com early this morning. I would start heading down and hopefully will find out on your way down there. But somehow we need to retain ownership of the story versus Fox five

2017-05-16 06:42 AM

> Can you email me the story Malia submitted so I'm consistent with her latest report. I never got it.

2017-05-16 07:16 AM

If you can, try to highlight this puts the Russian hacking story to rest

2017-05-16 07:31 AM

Can you talk?

2017-05-16 07:32 AM

> Yes

2017-05-16 08:38 AM

WHEELER0000691

> Just reflecting: we need to emphasize the FBI has a report that has been suppressed that shows that Seth rich did this. With Comey recently being fired this will gain a lot of attention and it's true. Separately the DC police department has the same information and was told to drop the case.
>
> The above and stating that the Russian hacking narrative of stealing the records from the DNC is officially dead.

2017-05-16 09:24 AM



2017-05-16 10:35 AM