UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT BUTOWSKY**

Defendant Edward Butowsky has claimed that he is suffering from "extremely serious medical issues" that have required "rescheduling" of his deposition, Dkt. No. 109, at 1, and "limited his ability to participate in discovery" such that a "substantial extension of the discovery deadline is warranted," Dkt. 106, at 7.

Plaintiff notifies the Court that earlier **today**, Mr. Butowsky posted a new video for public release to his Twitter account as well as his "Making Sense with Ed Butowsky" YouTube Channel. The video, in which Mr. Butowsky speaks but does not appear, lasts 2 minutes and 42 seconds, and is available online at the time of this filing at both of the following: https://twitter.com/EdButowsky/status/1220037686452420610 (Twitter); https://www.youtube.com/watch?v=nToLiToHIyI&feature=youtu.be (YouTube).

In the video, Mr. Butowsky analyzes the conditions of the stock market thus far in 2020, including discussing investment strategies that he is currently employing for clients. At approximately 1 minute and 48 seconds into the video, a time stamp appears on the Wall Street

1

Journal page that Mr. Butowsky is analyzing, revealing a time of "2:43 PM Coordinated Universal Time, 1/21/20," suggesting that the video was created at or after that time and date. Mr. Butowsky sounds lucid as he presents his analysis, and says nothing about any medical condition. At the end of the video, Mr. Butowsky offers to take phone calls from anyone listening to the video, stating: "give me a call anytime," after which he offers two phone numbers at which he may be reached.

The video just released underscores that Mr. Butowsky is currently capable of attending to his discovery obligations, as argued in Plaintiff's Opposition with respect to Mr. Butowsky's claims to medical disability. *See* Dkt. No. 116. Plaintiff respectfully urges that the Court review this video before issuing any Order on Mr. Butowsky's pending motion to extend the discovery period.

Dated: January 22, 2020

s/ Michael J. Gottlieb
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

Attorneys for Plaintiff Aaron Rich

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on January 22, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and Matthew Couch. A courtesy copy of the foregoing document was also emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: January 22, 2020

/s/ Michael J. Gottlieb
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

Attorney for Plaintiff Aaron Rich