# EXHIBIT 1

                                                                                   Eden Quainton <equainton@gmail.com>

# Rich v. Butowsky
11 messages

**Joshua Riley** <jriley@bsfllp.com>                                                                                   Sat, Nov 23, 2019 at 1:14 PM
To: Eden Quainton <equainton@gmail.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>, Erica Spevack <espevack@bsfllp.com>

Mr. Quainton,

I write to memorialize the agreement we reached during our 3:30 pm call yesterday afternoon.

Plaintiff has agreed to extend, to 12/6, the deadline for Mr. Butowsky to respond to Plaintiff's Second Set of Interrogatories. We have done so in reliance on the following commitments from you:

•      By 12/6, Mr. Couch will produce a complete document production. That production will be the result of a reasonable search for documents responsive to our prior Requests for Production and will include, but not be limited to, documents discovered through a reasonable search of Mr. Couch's gmail, imessages/texts, and social media accounts (and all associated direct messages) using search terms that we will provide by Monday. The production also will include all responsive audio recordings, including those you described during today's call, unless they are specifically entered on the privilege log referenced below. We reserve our rights to engage a vendor to conduct further searches.

•      By 12/6, Mr. Couch will produce his complete privilege log. The log will identify all responsive documents or recordings that are being withheld on the basis of privilege or other objection. Thus, among other things, by 12/6, Mr. Couch will have produced or logged all of the evidence on which he relies to support the statements he has made about Aaron Rich.

•      By 12/6, Mr. Butowsky will supplement his response to Interrogatory No. 2 to identify (1) the "close friend" referenced in the sentence "Mr. Butowsky was present during a telephone conversation [with] Julian Assange and a close friend"; (2) identify the "source" referenced in the sentence "Mr. Butowsky also learned from a source close to Mr. Assange that the transfer of funds for the DNC email leak was made through ebay"; and (3) provide the date on which Mr. Butowsky learned from the source that a transfer of funds was made through ebay.

•      By 12/6, Mr. Butowsky will supplement his response to RFA No. 12 to identify the first date on which he stated that Mr. Assange had instructed that Mr. Butowsky should "look at Aaron's bank accounts," as well as to whom and in what medium he made that statement.

- We will have a follow up call next week to discuss deadlines for Mr. Butowsky's productions, which deadlines will be informed by your upcoming conversations with Mr. Butowsky's insurance carrier. We all expect that Mr. Butowsky will provide a complete document production by Christmas at the latest.

- All of the foregoing is in connection with Plaintiff's First RFPs, First Sets of Interrogatories, and First Sets of RFAs. Nothing herein is intended to modify any of the parties' obligations with respect to subsequent discovery requests or issues not specifically addressed herein. We are not, for example, waiving any of our rights with respect to Mr. Butowsky's document production that is due on 12/2.

Please let us know if you have an understanding of our agreement that is different from that set forth here.

Have a nice weekend.

~Josh

**Joshua Riley**
Partner

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t)   202 237.2727

jriley@bsfllp.com

www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

**Eden Quainton** <equainton@gmail.com>   Sat, Nov 23, 2019 at 1:56 PM
To: Joshua Riley <jriley@bsfllp.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>, Erica Spevack <espevack@bsfllp.com>

Josh,

I appreciate your taking the time to talk through the discovery issues with me yesterday. Your email accurately summarizes our call, subject to a few comments below:

1. I have been able to confirm the dates and deliverables with Mr. Couch.

2. I can also confirm the dates and deliverables for document production with respect to Mr. Butowsky as set forth in your email.

3. I had an opportunity to discuss the "close friend" request that was specifically identified in your previous email to me with Mr. Butowsky before he left on vacation and thus do not have an issue with that point. I have not, however, been able to discuss the disclosure of the source and the date of the source in the second and third points of your second bullet point with my client. I believe the request is reasonable, but if I didn't say it was subject to confirmation with my client, I should have, as he may raise an objection I had not thought of on our call.

4. With respect to RFA No. 12, nothing on our call should have been taken as an admission or implication that Mr. Assange "instructed" Mr. Butowsky to do anything. The Request was initially denied subject to the comment in the answer to RFA No. 11, but that did not mean there was any admission with respect to either No. 11 or No. 12. What I committed to seeking from Mr. Butowsky was the date on which the substance of the communication referenced in RFA No. 12 was first communicated to another person and how such communication was made, if Mr. Butowsky is able to admit or deny that such communication was made. Again, since I have not been able to speak directly to Mr. Butowsky about this point, I do not feel comfortable making any definite representation as to any admission by my client.

Please let me know if you would like to discuss the foregoing points further. I am available this weekend on my cell.

Respectfully,

Eden

[Quoted text hidden]

--
Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com

---

**Eden Quainton** <equainton@gmail.com>  Sat, Nov 23, 2019 at 2:02 PM
To: Ed Butowsky <ebutowsky@gmail.com>

Conference call with Riley and co on discovery stuff yesterday. Please see my response and Riley's email below and let me know if there is anything that makes you scream.

Hope all is going well in Paris!

Regards,

Eden

[Quoted text hidden]

---

**Joshua Riley** <jriley@bsfllp.com>  Sat, Nov 23, 2019 at 2:09 PM
To: Eden Quainton <equainton@gmail.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>, Erica Spevack <espevack@bsfllp.com>

Mr. Quainton,

Thank you for the prompt response and clarifications.

It appears that we have an agreement with respect to points 1 and 2 in your list below.

With respect to point 3, I take it that, by 12/6, you will either supplement Interrogatory No. 2 with the information we have requested or you will tell us that you are refusing to do so, at which point we can proceed accordingly—though it seems from your email that the former scenario is most likely, but not guaranteed.

With respect to point 4, I now see the source of the confusion.  We are willing to restate the RFA to address your objection so long as we know that doing so will yield the information we need.  So I propose the following: if we were to issue a new RFA stating, "Admit that the first time you stated that Mr. Assange had said,'look at Aaron's bank accounts' was in Your response to interrogatories in this litigation," could you agree that your client would either (1) admit or (2) with his denial, provide all prior dates that he stated, and to whom he stated, that Mr. Assange had said to "look at Aaron's bank accounts."?

~Josh

**Joshua Riley**
Partner

# BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t)   202 237.2727

jriley@bsfllp.com

www.bsfllp.com

**From:** Eden Quainton [mailto:equainton@gmail.com]
**Sent:** Saturday, November 23, 2019 1:56 PM
**To:** Joshua Riley <jriley@bsfllp.com>
**Cc:** Michael Gottlieb <mgottlieb@willkie.com>; Meryl Governski <mgovernski@bsfllp.com>; Erica Spevack <espevack@bsfllp.com>
**Subject:** Re: Rich v. Butowsky

Josh,

[Quoted text hidden]
[Quoted text hidden]

---

**Eden Quainton** <equainton@gmail.com>     Sat, Nov 23, 2019 at 2:20 PM
To: Joshua Riley <jriley@bsfllp.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>, Erica Spevack <espevack@bsfllp.com>

Josh,

We are in agreement on 1, 2 and 3. On 4, your reformulation of the Request addresses my principal concern with respect to the prior wording. Based on my understanding of the sequence of events, I believe the new request can be admitted or denied as you indicate. However, there may be facts of which I am unaware and I have not had a chance to discuss this with my client, so this point must remain subject to confirmation with Mr. Butowsky.

Eden

[Quoted text hidden]

---

**Meryl Governski** <mgovernski@bsfllp.com>  Mon, Nov 25, 2019 at 8:50 PM
To: Eden Quainton <equainton@gmail.com>, Joshua Riley <jriley@bsfllp.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Erica Spevack <espevack@bsfllp.com>

Mr. Quainton,

Attached is a list of suggested search terms for Mr. Rich's first and second sets of RFPs to Mr. Couch. Please note that these suggested terms do not, and cannot, address individuals or documents/communications about which we do not know (such as, for example, the names of all individuals with whom Mr. Couch has communicated about any member of the Rich family). Therefore, Mr. Couch remains obligated to add his own terms to locate materials he knows are responsive but are not captured by these proposed terms, and we reserve the right to supplement the proposed search terms pursuant to ongoing discovery. We also reserve the right to move to compel and/or for sanctions and providing this list does not in any way modify those rights.

**Meryl Conant Governski**
Associate

---

# BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t)  202 895 7565

(m) 301 502 5638

(f)  202 237 6131

mgovernski@bsfllp.com

[Quoted text hidden]

 **2019-11-25 Search Terms for M. Couch.docx**
23K

---

**Eden Quainton** <equainton@gmail.com>  Tue, Nov 26, 2019 at 11:16 AM
To: Matt Couch <mattcouch@af-mg.com>

Okay, Matt, time to get to work. Here's what JR is asking for. Will call to discuss.
[Quoted text hidden]

 **2019-11-25 Search Terms for M. Couch.docx**
23K

**Matt Couch** <mattcouch@af-mg.com>  
To: Eden Quainton <equainton@gmail.com>  
Tue, Nov 26, 2019 at 12:52 PM

I'll start working on this this evening, I'm currently in route to Springfield, Missouri to pick my oldest up and bring her back for Thanksgiving break.

Nice to have some guidelines, I'm actually excited about this as cheesy as this sounds. Will help a lot sir.

Matt

[Quoted text hidden]

---

**Eden Quainton** <equainton@gmail.com>  
To: Matt Couch <mattcouch@af-mg.com>  
Tue, Nov 26, 2019 at 2:39 PM

Yes, I agree. We should be able to say you have searched and not found anything on many of the items.
[Quoted text hidden]

---

**Eden Quainton** <equainton@gmail.com>  
To: Charlie Balot <balot@onlinesecurity.com>  
Wed, Nov 27, 2019 at 3:54 PM

Charlie,

I think these search terms will be good for you to start with.

Regards and Happy Thanksgiving,

Eden

---------- Forwarded message ---------  
From: **Meryl Governski** <mgovernski@bsfllp.com>  
Date: Mon, Nov 25, 2019 at 8:50 PM  
Subject: RE: Rich v. Butowsky  
[Quoted text hidden]  
[Quoted text hidden]  
[Quoted text hidden]

📄 **2019-11-25 Search Terms for M. Couch.docx**  
23K

---

**Matt Couch** <mattcouch@af-mg.com>  
To: Eden Quainton <equainton@gmail.com>  
Mon, Dec 2, 2019 at 3:01 PM

[Quoted text hidden]

📄 **2019-11-25 Search Terms for M. Couch.docx**  
23K