# EXHIBIT 2

Page 30

1  A. [redacted]







Page 50



