# EXHIBIT 4



Eden Quainton <equainton@gmail.com>

## Rich v. Butowsky -- Defendants' Motions

**Eden Quainton** <equainton@gmail.com>  Wed, Jan 8, 2020 at 4:32 PM
To: Joshua Riley <jriley@bsfllp.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>, Sam Hall <shall@willkie.com>

Josh,

In addition, you agreed to look at Mr. Couch's deposition with respect to RFA 67 to Couch. The deposition transcript is clear that Mr. Couch believed/never doubted Mr. Butowsky's information, but questioned his motives. It is not good faith to stand on a request for an admission when you have sworn testimony that flatly contradicts the request.

As I mentioned, the background to the Second Requests for Amissions was that I had objected to the phrasing of certain of the requests in the First Requests. I believe you did make a good faith effort to address my concerns and many of the responses can be admitted.

I am attaching Mr. Couch's responses. Mr. Butowsky's are done as well, but as I mentioned, he is in the hospital, and I have not been able to reach him.

Sincerely,

[Quoted text hidden]

📄 **Couch Responses to Second Requests for Admissions.pdf**
156K