# EXHIBIT 5



Eden Quainton <equainton@gmail.com>

## Rich v. Butowsky -- Defendants' Motions

**Joshua Riley** <jriley@bsfllp.com>  Wed, Jan 8, 2020 at 4:14 PM
To: Eden Quainton <equainton@gmail.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>, Sam Hall <shall@willkie.com>

Mr. Quainton,

Following up on our most recent call, we will exclude from our motion Butowsky RFA Nos. 65, 66, and 75, and in exchange you will provide an appropriately verified supplement to Defendant Butowsky's responses to the Second Set of Interrogatories to make clear under oath that Cassandra Fairbanks is the "close friend" and "source close to Mr. Assange" referenced in response to Interrogatory No. 2 (at page 8).

~Josh

**Joshua Riley**
Partner

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t)  202 237.2727

jriley@bsfllp.com

www.bsfllp.com

**From:** Joshua Riley
**Sent:** Wednesday, January 8, 2020 3:52 PM
**To:** 'Eden Quainton' <equainton@gmail.com>
**Cc:** Michael Gottlieb <MGottlieb@willkie.com>; Meryl Governski <MGovernski@BSFLLP.com>; Sam Hall <SHall@willkie.com>
**Subject:** RE: Rich v. Butowsky -- Defendants' Motions

Mr. Quainton,

What you write, as counsel, in emails is not a substitute for sworn testimony from your client. You are not really suggesting that your 12/6/19 email constitutes a verified response to written discovery requests, are you?

In any event, in a good faith effort to try to minimize the issues before the Court, if you are requesting that we exclude from our motion Butowsky RFA Nos. 65, 66, and 75, then we will do that if you agree to provide an appropriately verified supplement to Defendant Butowsky's responses to the Second Set of Interrogatories to make clear under oath what I understand you to have represented in your 12/6/19 email, namely that Cassandra Fairbanks is the "close friend" and "source close to Mr. Assange" referenced in response to Interrogatory No. 2 (at page 8).  Let me know if that is acceptable to you.

~Josh

[Quoted text hidden]