# EXHIBIT 3

Case 1:18-cv-00681-RJL   Document 130-4   Filed 01/23/20   Page 2 of 3

**Texas Health Resources® MyChart**  Ed

Messaging | Health | Pre-Register | Visits | Billing | Resources | Profile

Ed Wayne Butowsky
Log Out

Use the links to jump directly to a section of your Health Summary.

**Current Health Issues** | Medications | Allergies | Immunizations | Preventive Care

Please review your health issues, and verify that the list is up to date. **Call 911 if you have an emergency.**.

Changes made here will remain 'pending' until you have a visit with a Texas Health Physicians Group Provider or Texas Health Hospital.

| | | |
|---|---|---|
| **Osteoarthritis (arthritis due to wear and tear of joints)**<br>Added 3/27/2017<br>(i) Learn more | ~~[redacted]~~<br>(i) Learn more | ~~[redacted]~~<br>(i) Learn more |
| ~~[redacted]~~<br>Added 3/27/2017<br>(i) Learn more | **Presence of left hip implant**<br>Added 10/6/2017<br>(i) Learn more | **Back pain**<br>Added 8/9/2018<br>(i) Learn more |
| **Lumbar nerve root disorder**<br>Added 8/9/2018<br>(i) Learn more | **Left hip pain**<br>Added 8/9/2018<br>(i) Learn more | **History of hip replacement, total, left**<br>Added 8/9/2018<br>(i) Learn more |
| **Abnormal walking**<br>Added 8/9/2018<br>(i) Learn more | **Weakness of left lower extremity**<br>Added 8/9/2018<br>(i) Learn more | **Muscular deconditioning**<br>Added 8/9/2018<br>(i) Learn more |
| **Pyogenic bacterial arthritis of left hip**<br>Added 12/17/2018<br>(i) Learn more | **Encounter for postoperative care**<br>Added 12/17/2018<br>(i) Learn more | **Acute infective arthritis**<br>Added 12/18/2018<br>(i) Learn more |
| **Joint infection**<br>Added 4/4/2019<br>(i) Learn more | ~~[redacted]~~<br>(i) Learn more | ~~[redacted]~~<br>(i) Learn more |

        

Ed Wayne B...
Log Out

**Aftercare following left hip joint replacement surgery**
Added 4/18/2019
(i) Learn more

**Abnormal walking**
Added 4/18/2019
(i) Learn more

**Muscle weakness**
Added 4/18/2019
(i) Learn more

**Left hip postoperative wound infection**
Added 4/22/2019
(i) Learn more

**Encounter for examination following surgery**
Added 5/1/2019
(i) Learn more

**Joint pain**
Added 7/15/2019
(i) Learn more

**Status post revision of total hip replacement**
Added 7/15/2019
(i) Learn more

**Acute bacterial arthritis**
Added 7/15/2019
(i) Learn more

**Prosthetic joint infection of left hip**
Added 7/24/2019
(i) Learn more

**Infection associated with internal left hip prosthesis**
Added 10/3/2019
(i) Learn more

**Pyogenic bacterial arthritis of hip, left**
Added 2/1/2019
(i) Learn more

**Encounter for postoperative care**
Added 10/3/2019
(i) Learn more

**Severe sepsis**
Added 1/5/2020
(i) Learn more

**Sepsis**
Added 1/6/2020
(i) Learn more

**[redacted]**
Added 1/6/2020
(i) Learn more

**Intractable pain**
Added 1/22/2020
(i) Learn more

+ ADD A HEALTH ISSUE