# EXHIBIT 4

# Butowsky, Edward Wayne

MRN: 25721

**Reitman, Richard David, MD**
Physician
Orthopedics

Op Report
Signed

Date of Service: 01/10/20 1506

```
OPERATIVE NOTE

PATIENT: BUTOWSKY, EDWARD WAYNE
DATE OF BIRTH: 02/12/1962
ACCOUNT: 9448967672
MRN: E1805698
ADMISSION:      01/06/2020
DISCHARGE:
AUTHOR:   RICHARD DAVID REITMAN, MD

DATE OF PROCEDURE:
January 10, 2020

SURGEON:
Richard David Reitman, MD

ASSISTANT:
Lorna Woodford, LSA

PREOPERATIVE DIAGNOSIS:
Septic left total hip replacement.

POSTOPERATIVE DIAGNOSIS:
Septic left total hip replacement.

PROCEDURE PERFORMED:
Removal of hip prosthesis, complicated, including implantation
of methylmethacrylate antibiotic spacer, removal of entire
acetabular component and removal of entire femoral component.
(CPT code 27091)

COMPLICATIONS:
None.

ESTIMATED BLOOD LOSS:
250 cc.

POSITION:
Lateral.
```

ANESTHESIA:
General anesthesia.

ANESTHESIOLOGIST:
Dr. Karl Winters.

DRAINS:
2 medium Hemovac drain.

INDICATION FOR PROCEDURE:
This patient is a 57-year-old male who has developed a left septic hip replacement and underwent total hip replacement performed elsewhere in the remote past. He presents for definitive removal and removal of femoral component, acetabular component, implantation of antibiotic spacer, and a two-stage revision for hip replacement procedure.

DESCRIPTION IN DETAIL:
In the lateral position, the patient's left lower extremity was prepped and draped in usual sterile fashion. The patient's prior skin incision was utilized. Full-thickness anterior and posterior flaps were developed and the proximal and distal Gelpi retractors were inserted. We exposed the iliotibial band. Then, the Charnley retractor was inserted and we divided the iliotibial band lengthwise over the course of 12 inches. The hip was externally rotated and the anterior arthrotomy was performed. We uncovered purulent material. This was recovered and sent for cell count, permanent pathology culture. We also took swab cultures of the pseudomembrane. The capsule of the hip and synovium was sent for permanent pathology and culture as well as additional second set of swab cultures were obtained.

Next, we copiously irrigated the hip with sterile saline pulsatile lavage. First, we directed our attention to the proximal femur. We performed an episiotomy anteriorly of the proximal femur using the oscillating saw. Two cerclage cables were utilized for provisional fixation. These thin flexible osteotomes were utilized to free the femoral component and this was removed with blunt impaction in retrograde fashion. No proximal femur bone was sacrificed. Cerclage cables were tightened to support the episiotomy, and the proximal femur was inserted with an OsteoRemedies antibiotic spacer with a 60 mm external diameter methylmethacrylate antibiotic head.

The acetabulum was exposed with a Charnley retractor and retractor. The acetabular screws were removed, and the acetabular component was removed with Moreland curved osteotomes. We reamed the acetabulum stepwise up to size 60, and we copiously debrided the entire hip. Before we inserted

the antibiotic spacer, we copiously irrigated and debrided the hip with 9 L of antibiotic tobramycin and sterile saline in pulsatile fashion. Each 3 L bag was impregnated with 1 bottle of Betadine solution. After the hip was completely debrided and we finalized our several stages of irrigation, we then implanted the methylmethacrylate OsteoRemedies antibiotic spacer with 60 mm outer diameter femoral head. Then, the wound was copiously irrigated. Meticulous hemostasis was achieved with the Bovie electrocautery unit, and then the wound was closed in layers with subcuticular 3-0 Vicryl, and staples were placed in the skin over 2 medium Hemovac drains, and a wound VAC was placed over the wound. Needle and sponge counts were correct. The patient was awakened from anesthesia without complication and transported to PACU in stable condition. This procedure required an assistant because the level of complexity necessitated an additional set of hands to be performed safely.


RICHARD DAVID REITMAN, MD

RDR/MODL
D:  01/10/2020 14:40:23
T:  01/10/2020 15:06:42
Job #:  410627/867861679

Last signed by: Reitman, Richard David, MD at 01/12/20 1333
Revision History ⌄