UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,
Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## NOTICE OF CORRECTION

Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Extend or Stay Discovery (the "Reply") incorrectly stated that Plaintiff had taken three depositions to date. Dkt. 130 at 6. In fact, Plaintiff has taken four depositions. *See* Declaration of Eden P. Quainton, dated January 27, 2020 filed herewith (the "Quainton Decl.") at ¶ 3. In addition, Defendants incorrectly stated that Defendant Butowsky's former counsel had produced 1,429 documents. Dkt. 130 at 3. In fact, Defendant's former counsel had produced 1,429 pages of documents. Quainton Decl. at ¶ 4.

Defendants also stated Plaintiff needs to schedule "as many as six" depositions. Dkt. 130 at 10. This was Defendants' counsel's understanding. *Id.* at ¶ 5. However, two depositions were scheduled, but are being rescheduled, Mr. Butowsky's for health reasons, and Mr. Housely's because it is anticipated he will raise defenses that will be litigated in the deposition of Malia Zimmerman. *Id.* The parties agreed it would be more efficient to defer his deposition until the conclusion of the Zimmerman litigation. *Id.* The deposition of Larry Johnson was noticed for January 27, 2020 but will be rescheduled once issues surrounding Mr. Johnson's representation have been resolved. *Id.* Finally, William Binney's deposition has been scheduled for February 6, 2020 but it was Defendants' counsel's understanding that this deposition was being rescheduled. *Id.* To the extent this deposition

1

is definitively proceeding on February 6, 2020 there would only remain as many as five depositions for Plaintiff to schedule or reschedule.  *Id.*

Any inaccuracies in the Reply were unintentional.  *Id.* at ¶ 6.

Dated: January 27, 2020

>  */s/ Eden Quainton*_____
> EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
> QUAINTON LAW, PLLC
> 1001 Avenue of the Americas, 11th Floor
> New York, New York 10018
> Telephone: (212) 813-8389
> E-mail: equainton@gmail.com
> *Attorneys for Defendants Edward Butowsky and Matthew Couch*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on January 27, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendants Edward Butowsky and Matthew Couch*