UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681-RJL |
| | Honorable Richard J. Leon |
| Plaintiff, | |
| v. | |
| EDWARD BUTOWSKY, <br> MATTHEW COUCH <br> AMERICA FIRST MEDIA, <br> Defendants. | |

### DECLARATION OF EDEN P. QUAINTON IN SUPPORT OF NOTICE OF CORRECTION

I, Eden P. Quainton, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Defendants Edward Butowsky and Matthew Couch ("Defendants"). This declaration is based upon my personal knowledge and upon information provided to me in my official capacity.

2. On January 23, 2020, Defendants filed a Reply to Plaintiff's Opposition to Defendants' Motion to Extend or Stay Discovery (the "Reply"). *See* Dkt. 130.

3. On page 6 of the Reply, Defendants stated that Plaintiff has only taken three depositions. This is incorrect. Plaintiff has taken four depositions, including one Rule 31 deposition by written questions of Ellen Ratner and one deposition prior to my engagement on behalf of Defendants.

4. On page 3 of the Reply, Defendants stated that Mr. Butowsky's prior counsel had produced 1429 documents. This is also incorrect. Mr. Butowsky's prior counsel had produced 1,429 <u>pages</u> of documents.

5. Defendants also stated that Plaintiff still needed to schedule "as many as six depositions." This was my understanding. However, two depositions were scheduled, but are being rescheduled, Mr. Butowsky's for health reasons, and Mr. Housely's because it is anticipated he will raise defenses that will be litigated in the deposition of Malia Zimmerman. The parties agreed it would be more efficient to defer his deposition until the conclusion of the Zimmerman litigation. The deposition of Larry Johnson was noticed for January 27, 2020 but will be rescheduled once issues surrounding Mr. Johnson's representation have been resolved. Finally, William Binney's deposition has been scheduled for February 6, 2020 but it was my understanding that this deposition was being rescheduled. To the extent this deposition is definitively proceeding on February 6, 2020 there would only remain as many as five depositions for Plaintiff to schedule or reschedule.

6. Any inaccuracies in the Reply were unintentional.

Executed: January 27, 2020

                                                  */s/ Eden P. Quainton*  
                                                  EDEN P. QUAINTON  
                                                  QUAINTON LAW PLLC  
                                                  D.C. Bar No. NY0318  
                                                  1001 Avenue of the Americas, 11th Fl.  
                                                  New York, NY 10018  
                                                  212-813-8389  
                                                  equainton@gmail.com