UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY, MATTHEW COUCH, and AMERICA FIRST MEDIA,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |

# DECLARATION OF ANDREW ENGLISH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO NON-PARTIES MALIA ZIMMERMAN AND FOX NEWS NETWORK, LLC'S JOINT MOTION FOR A PROTECTIVE ORDER BARRING DEPOSITION

I, Andrew English, hereby declare as follows:

1. I am an attorney with Willkie Farr & Gallagher LLP and represent Aaron Rich ("Plaintiff") in the above-captioned matter. This Declaration is made in support of Plaintiff's Opposition to Non-Parties Malia Zimmerman and Fox News Network, LLC's Joint Motion for a Protective Order Barring Deposition ("Opposition"). All of the statements set forth herein are true and correct and are based on my personal knowledge.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of a PDF printout of a news article authored by Malia Zimmerman with the title "Seth Rich, slain DNC staffer, had contact with WikiLeaks, say multiple sources," published by Fox News on May 16, 2017, and available at http://web.archive.org/web/20170516133954/http:/www.foxnews.com/politics/2017/05/1

5179161.1

      6/slain-dnc-staffer-had-contact-with-wikileaks-investigator-says.html.

3. Attached as Exhibit 2 of this Declaration is a true and correct copy of an excerpt of the transcript of the deposition of third party Rod Wheeler, which took place on November 18, 2019.

4. Attached as Exhibit 3 of this Declaration is a true and correct copy of an excerpt of the transcript of the deposition of third party Rod Wheeler, which took place on November 18, 2019.

5. Attached as Exhibit 4 of this Declaration is a true and correct copy of an excerpt of the transcript of the deposition of third party Rod Wheeler, which took place on November 18, 2019.

6. Attached as Exhibit 5 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Edward Butowsky bearing bates stamp Butowsky 0000340 through Butowsky 0000343.

7. Attached as Exhibit 6 of this Declaration is a true and correct copy of an excerpt of the transcript of the deposition of third party Rod Wheeler, which took place on November 18, 2019.

8. Attached as Exhibit 7 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000451 through Butowsky 0000452.

9. Attached as Exhibit 8 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000314 through Butowsky 0000315.

5179161.1

10. Attached as Exhibit 9 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000522.

11. Attached as Exhibit 10 of this Declaration is a true and correct copy of documents produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000550 through Butowsky 0000552.

12. Attached as Exhibit 11 of this Declaration is a true and correct copy of documents produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000606 through Butowsky 0000608.

13. Attached as Exhibit 12 of this Declaration is a true and correct copy of a document produced in this litigation by third party Joe Biggs; the document does not have a bates stamp.

14. Attached as Exhibit 13 of this Declaration is a true and correct copy of documents produced in this litigation by third party Malia Zimmerman bearing bates stamp MZ-ARS00000006 through MZ-ARS00000014.

15. Attached as Exhibit 14 of this Declaration is a true and correct copy of a document produced in this litigation by third party Malia Zimmerman bearing bates stamp MZ-ARS00000017.

16. Attached as Exhibit 15 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000125.

17. Attached as Exhibit 16 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000323 through Butowsky 0000327.

5179161.1

18. Attached as Exhibit 17 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000516 through Butowsky 0000517.

19. Attached as Exhibit 18 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000518 through Butowsky 0000519.

20. Attached as Exhibit 19 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000571 through Butowsky 0000573.

21. Attached as Exhibit 20 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000588 through Butowsky 0000593.

22. Attached as Exhibit 21 of this Declaration is a true and correct copy of documents produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000598 through Butowsky 0000599.

23. Attached as Exhibit 22 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000604.

24. Attached as Exhibit 23 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0001044 through Butowsky 0001045.

25. Attached as Exhibit 24 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0001092 through Butowsky 0001094.

26. Attached as Exhibit 25 of this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky bearing bates stamp Butowsky 0000789.

27. Attached as Exhibit 26 of this Declaration is a true and correct copy of an excerpt of the transcript of the deposition of third party Thomas Schoenberger, which took place on June 27, 2019.

28. Attached as Exhibit 27 of this Declaration is a true and correct copy of an excerpt of the transcript of the deposition of third party Rod Wheeler, which took place on November 18, 2019.

29. Attached as Exhibit 28 of this Declaration is a true and correct copy of a declaration by Andrew English, an attorney with Willkie Farr & Gallagher LLP, who represents Plaintiff.

30. Attached as Exhibit 29 of this Declaration is a true and correct copy of a PDF printout of an email exchange among Andrew English, David Stern (counsel for Malia Zimmerman), and others from November 22, 2019 to December 12, 2019.

31. Attached as Exhibit 30 of this Declaration is a true and correct copy of an excerpt of the transcript of the deposition of third party Rod Wheeler, which took place on November 18, 2019.

32. Attached as Exhibit 31 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000014.

5179161.1

33. Attached as Exhibit 32 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000015 through WHEELER0000019.

34. Attached as Exhibit 33 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000020 through WHEELER0000024.

35. Attached as Exhibit 34 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000050 through WHEELER0000052.

36. Attached as Exhibit 35 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000065 through WHEELER0000066.

37. Attached as Exhibit 36 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000118 through WHEELER0000120.

38. Attached as Exhibit 37 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000184 through WHEELER0000187.

39. Attached as Exhibit 38 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000194 through WHEELER0000197.

5179161.1

40. Attached as Exhibit 39 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000198 through WHEELER0000200.

41. Attached as Exhibit 40 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000265 through WHEELER0000268.

42. Attached as Exhibit 41 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000270 through WHEELER0000276.

43. Attached as Exhibit 42 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000284 through WHEELER0000291.

44. Attached as Exhibit 43 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000025.

45. Attached as Exhibit 44 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000026.

46. Attached as Exhibit 45 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000029 through WHEELER0000031.

47. Attached as Exhibit 46 of this Declaration is a true and correct copy of a document produced in this litigation by third party Rod Wheeler bearing bates stamp WHEELER0000032 through WHEELER0000033.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2020, in Washington, DC.

/s/ Andrew English<br>Andrew English