# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------

AARON RICH                        *

      Plaintiff,          *

v.                                * Case No. Civil Action
                                                      1:18-cv-00681-RJL

EDWARD BUTOWSKY,                  *
MATTHEW COUCH, and
AMERICA FIRST MEDIA,              *

      Defendants.         *

---------------------------------

VIDEOTAPED DEPOSITION OF:
                ROD WHEELER,
taken on Monday, November 18, 2019, at 10:00 a.m.,
held at the offices of Willkie Farr & Gallagher, LLP,
1875 K Street, NW, Washington, D.C. 20006, before
Goldy Gold, a Registered Professional Reporter and a
Notary Public within and for the District of
Columbia.

Reported by:  Goldy Gold, RPR
Job No. 523974



Page 61

1     A.     That's correct.
2     Q.     And what is your recollection of this
3  first call that you had with Mr. Butowsky?  What did
4  he say to you, and what did you say to him?
5     A.     Sure.  And it is depicted here in the
6  complaint.  We talked.  He was telling me a little
7  bit about the Seth Rich murder, and really I wasn't
8  too much aware of it, although I had done a walk and
9  talk -- we call it a walk and talk -- back in October
10 of the previous about the case, with -- I think it
11 was the local Fox station.
12            And back then I even thought it was a
13 botched robbery case.  And I remember telling
14 Butowsky that's the most I remembered about the case,
15 and so what was basically the way I -- I can remember
16 today I probably said something like, So what's up.
17            And he said, Well, we need, you know, --
18 the family needs some help in investigating this, and
19 then I agreed to help the family out.
20     Q.     Did he say what about the crime he
21 wanted to investigate?
22     A.     The murder of Seth Rich.
23     Q.     Did he mention to you at that time
24 anything about any other people with whom he was
25 working in his investigation?



Page 62

1      A.      No.
2      Q.      So Mr. Butowsky did not mention
3   Malia Zimmerman to you on this initial phone call?
4      A.      That's correct, sir.
5      Q.      Okay.
6      A.      I didn't meet Malia Zimmerman until we
7   met at the restaurant when he said, Oh, and this is
8   the woman from Fox, and I said, Oh, I never met her
9   before.
10     Q.      Okay.  So, is there anything else you
11  recall about the conversation that you had with
12  Mr. Butowsky at this time?
13     A.      No.
14     Q.      Did Mr. Butowsky have a theory of the
15  case that he described to you in this first call?
16     A.      Not that I can recall.
17     Q.      Okay.  Did you discuss anything about
18  evidence that he was aware of in this first call?
19     A.      To the best of my knowledge today, Mike,
20  I want to say he mentioned something about an audio
21  recording in the initial call.  I know I was in,
22  Winona, Minnesota when I got the call, when I talked
23  to him because I was out there for work, and it was
24  snowing.  I remember that.  And this guy, Butowsky,
25  was telling me all this stuff about this case.

