# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------

AARON RICH                          *

      Plaintiff,              *

v.                                  * Case No. Civil Action
                                      1:18-cv-00681-RJL

EDWARD BUTOWSKY,                    *
MATTHEW COUCH, and
AMERICA FIRST MEDIA,                *

      Defendants.             *

---------------------------------

VIDEOTAPED DEPOSITION OF:
              ROD WHEELER,
taken on Monday, November 18, 2019, at 10:00 a.m.,
held at the offices of Willkie Farr & Gallagher, LLP,
1875 K Street, NW, Washington, D.C. 20006, before
Goldy Gold, a Registered Professional Reporter and a
Notary Public within and for the District of
Columbia.

Reported by:  Goldy Gold, RPR
Job No. 523974



```
 1   committed a murder?
 2        A.    Yes.
 3        Q.    And is that -- is that your
 4   understanding of the audio today?
 5        A.    Yes.
 6        Q.    Okay.  If you look at paragraph 84 back
 7   in the complaint, on page 2.  Can you take a look at
 8   paragraphs 84 and 85, please?
 9        A.    Yes.
10        Q.    Are these -- are these paragraphs
11   accurate?
12        A.    Yes.
13        Q.    And you believe the contents of
14   paragraphs 84 and 85 as we sit here today?
15        A.    I do.
16        Q.    What -- what do you mean in 84 when you
17   say "Butowsky and Zimmerman were not simply good
18   samaritans attempting to solve a murder; rather,
19   Butowsky and Zimmerman were interested in advancing a
20   political agenda."
21        A.    I meant exactly that.
22        Q.    What political agenda do you believe
23   Mr. Butowsky and Ms. Zimmerman were interested in
24   advancing?
25        A.    At some point during my investigation,
```



1  it became rather clear to me that Butowsky and
2  Zimmerman, first of all, knew each other much better
3  than I thought they did.  I knew they had worked
4  together on the Benghazi case, but I didn't know they
5  were as close.
6              But, every time I talked to Malia on the
7  telephone, Malia Zimmerman, Butowsky would be on the
8  line, just about -- just about every time.  There
9  could have been one or two calls where he wasn't.
10 But for the most part he was always -- he was always
11 on the line.
12             Then when he started making comments,
13 you know, Don't share this -- even early on in the
14 investigation when he said, don't mention to
15 Joel Rich that you know Malia Zimmerman, you know,
16 it's a red flag in the back of my mind.  You know,
17 I'm thinking, Why not, but I didn't question it that
18 much.  I didn't know.
19             But anyway, at some point like, midway
20 through my investigation, Mike, I really began to
21 think, This isn't just about solving a murder.  And
22 can I quickly tell you why that happened?
23     Q.    It's yes.
24     A.    And I know I'm not supposed to volunteer
25 information, but this is like this.

