# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------

AARON RICH                           *

      Plaintiff,              *

v.                                   * Case No. Civil Action
                                         1:18-cv-00681-RJL

EDWARD BUTOWSKY,                     *
MATTHEW COUCH, and
AMERICA FIRST MEDIA,                 *

      Defendants.             *

---------------------------------

VIDEOTAPED DEPOSITION OF:
               ROD WHEELER,
taken on Monday, November 18, 2019, at 10:00 a.m.,
held at the offices of Willkie Farr & Gallagher, LLP,
1875 K Street, NW, Washington, D.C. 20006, before
Goldy Gold, a Registered Professional Reporter and a
Notary Public within and for the District of
Columbia.

Reported by:  Goldy Gold, RPR
Job No. 523974



1  you in this period of time about the status of the
2  agreement?
3       A.    Yes.
4       Q.    Do you have an understanding of why Mr.
5  Butowsky was anxious or nervous about getting an
6  agreement signed with the Rich family?
7       A.    Today, or did I then?
8       Q.    Today, do you understand?
9       A.    Oh, today I do, yes.  And my
10 interpretation is that he needed to get this thing
11 signed so that they can continue to move forward with
12 their narrative.  That's how I interpret it today.
13      Q.    But Mr. Butowsky and Ms. Zimmerman could
14 have moved forward with the narrative and
15 investigated the Seth Rich theory that they had
16 without you, correct?
17      A.    No.
18      Q.    They couldn't have?
19      A.    No, because -- here is where it really
20 -- the story really gets interesting.  This article
21 was written before I got involved, the article that
22 was published.
23      Q.    What article, FOX --
24      A.    The article that came out in '16.
25      Q.    The May 16th Fox News article?



1      A.     That article was written well in
2  advance.  In January of that year, that article was
3  written.  They couldn't get that article -- I don't
4  know if you know this.  It's probably in the
5  documents somewhere.
6             But Bill Sammon was the director or the
7  coordinator for Fox News, Washington D.C. Bureau, and
8  he rejected that story back in January of that year.
9  And this is where I thought my attorney would go
10 because this was significant.  I thought -- I'm not
11 an attorney, but I thought it was significant.
12            We all knew that article was prewritten
13 before I even got involved.  The only thing they
14 didn't have on those two quotes that came out was a
15 name to put with it.  But they had it.  It was
16 already written.  You can look at the article.  It's
17 dated like January something.
18            The only thing that was missing was the
19 name, so they had to get me involved to answer your
20 question, Mike, so that they could have a name to go
21 along with it.  That's the only reason why they had
22 to get me involved.
23    Q.     So when did you learn that -- it's
24 Bill Sammon?
25    A.     Bill Sammon, yes.



Page 107

1    Q.    When did you learn that Bill Sammon had
2  rejected the story, and the story being the May 16,
3  2017, Fox News story alleging a connection between
4  Seth Rich and WikiLeaks?
5    A.    Prior to my involvement?
6    Q.    When did you learn that Bill Salmon had
7  rejected that story in January?
8    A.    At some point during the course of my
9  investigation, because I raised the issue, you know,
10  Let's talk to Bill Sammon about this because I knew
11  Bill Sammon because he headed the D.C. bureau for Fox
12  News.
13          And that's when Malia and Butowsky
14  explained to me how Bill Sammon is part of the other
15  side and Bill Sammon is not a good person and all
16  this kind of stuff.  And that was a little concerning
17  to me too because I knew Bill -- Bill Sammon.  I
18  thought he was all right.  But that's when I, you
19  know, realized that they just needed me for the
20  story.
21          And when I really found out that the
22  story was actually written -- I mean literally
23  written in January is when -- you have this in your
24  notes somewhere but Butowsky at the end -- when this
25  thing came out, I kept telling, Ed, you know, those



1  quotes didn't come from me.  Send me everything you
2  have, the communications between and you Malia and
3  the varies iterations of the article.
4              Where -- there was one dated in January
5  of that year, where when you read that article, it's
6  exactly the same as the article that came out.  But
7  that article was never published.  See, that was the
8  one they were trying to get published, but the
9  Fox Bureau in D.C. would not do it.
10             Butowsky told me everybody in the
11 Fox Bureau in D.C. in the were Democrats or were very
12 partisan towards the democrat or something like that.
13 And, you know, that's why I thought Wigdor should
14 have had really harped on that because to me that was
15 significant.
16       Q.    I -- I don't want to know conversations
17 that you had with Mr. Wigdor.  I mean, you were --
18 and -- and what I want to do is I want to follow up
19 and show you one document.  Give me one second to
20 find it.  It is WHEELER234.  So we jump around a
21 little bit in the timeline but because we've gone
22 down this road, I want to follow up on it.
23             So you've talked about an article that
24 was eventually published on May 16th.  We're going to
25 talk quite a bit more on that down the road.  But



1  what I would like to show you is what I believe is
2  the first version of the story that we were produced.
3           So you believe there is a version --
4  this is 234, WHEELER234, the date is April 27th.  You
5  believe there is a -- essentially a draft version of
6  the story that was ultimately published on May 16th
7  that dates back to January; is that correct?
8       A.    That's what I believe.
9       Q.    Okay.  Did you ever see a draft from
10 January?
11      A.    I believe I did, and it was dated
12 January.
13      Q.    Okay.
14      A.    I don't remember the date.
15      Q.    Do you remember roughly when in January?
16      A.    No.  I'll try to look for it.  I
17 thought -- I mean, I produced everything I had, but I
18 can go back and look through the documents, but these
19 were e-mails, Mike, that Butowsky sent me after
20 everything blew up in the news.  He sent me every
21 iteration of the story.
22      Q.    Okay.
23      A.    And there was one dated January.
24      Q.    Okay. And do you -- do you have any
25 recollection of roughly when in January it was?



1       A.      I don't.
2       Q.      Do you recall that the Sy Hersh
3  conversation between Mr. Butowsky and Sy Hersh also
4  took place in January?
5       A.      No.
6       Q.      Okay.  And so I understand what your
7  testimony and understanding is is that some version
8  of the story was presented to Fox News in D.C., and
9  Bill Sammon, who is the head of the bureau at the
10 D.C. at the time, rejected the story; is that
11 correct?
12      A.      That's correct.
13      Q.      And your understanding is that upset Mr.
14 Butowsky and Ms. Zimmerman?
15      A.      Yes.
16      Q.      And they thought he was on the wrong
17 team or the bad --
18      A.      The bad guys.  Well, you don't want to
19 -- yeah.  I forget exactly the language that he used,
20 Butowsky and Malia, because they both said just about
21 the same thing, but it was something of or relating
22 to they're not part of the team.  They're on the
23 other side.  They're not -- because I -- I talked
24 about going to Bill Sammon, discussing this whole
25 thing about my investigation before it was published,


 1   and they said, No, no that's the last thing you want
 2   to do.
 3        Q.   Let me show you documented that was
 4   marked as Exhibit -- Wheeler Exhibit 11.
 5             [Wheeler Exhibit 11, e-mail dated April
 6        27, 2017, from Wheeler to Butowsky, was marked
 7        for identification.]
 8   BY MR. GOTTLIEB:
 9        Q.   This is an e-mail that appears to be
10   from Mr. Butowsky to yourself on April 27, 2017, at
11   10:14 a.m.  It bears the Bates number WHEELER 234
12   through WHEELER238.
13             Do you recognize this document?
14        A.   Yes.
15        Q.   What is this document?
16        A.   This is -- it looks like a draft the
17   article that Malia Zimmerman had written.
18        Q.   Do you know that Malia Zimmerman wrote
19   this?
20        A.   I don't know for a fact, no.
21        Q.   Is it possible Ed Butowsky wrote this?
22        A.   Absolutely.
23        Q.   And Malia Zimmerman's name is not
24   anywhere in this document, is it?
25        A.   No, it's not.



1    Q.    And this is an e-mail from Mr. Butowsky
2    directly to you on April 27th?
3    A.    That's correct.
4    Q.    This -- this appears to be an early
5    draft of the article that eventually got published.
6          Is this similar to what you can recall
7    seeing as a draft article from January 2017?
8    A.    Yes.
9    Q.    And there is a reference to a forensic
10   search of Rich's work computer and two FBI cyber
11   experts uncovering correspondence between Rich and
12   WikiLeaks and a Dropbox where document were uploaded
13   from Rich's computer to WikiLeaks.
14         Does that sound to you like the
15   conversation that Mr. Butowsky and Sy Hersh had?
16   A.    Yes.
17   Q.    And this is something that Mr. Butowsky
18   sent to you in April.  At this time, did Mr. Butowsky
19   or Ms. Zimmerman -- had they presented to you that
20   they had an FBI source by this point in time?
21   A.    I don't think so, and I can tell you why
22   I don't think so.  Do you want me to tell you why?
23   Q.    Sure.
24   A.    Because when I first learned -- or I
25   guess I should say when it was first confirmed to me



```
 1   by Malia Zimmerman that she had spoken with this FBI
 2   source, she has spoken with -- because I asked her.
 3   She said she spoke with the FBI source, who confirmed
 4   that he looked at the -- the computers and the
 5   e-mails and all this.
 6              That's when I called Pete Newshom at the
 7   police department that same day.  I'll never forget
 8   it.  I said, Pete, we have an FBI guy that can
 9   confirm, and he said, Okay, Rod, that's good
10   information, but that's when I called Joel and Mary
11   Rich and Aaron because that's when I first learned
12   about it.  I was excited because I said, We've got a
13   guy who has confirmed this, this is good, now we're
14   about to solve the case.
15              Whether it's e-mail related or not, we
16   got a guy that can -- that's when I first learned
17   about it.
18       Q.    And so -- so those events are the day
19   before the story gets published; is that correct?
20       A.    Right, because that's when I went on
21   local FOX 5.  I was excited about it.  I thought, We
22   finally got the break we needed.
23       Q.    Okay.
24       A.    And who confirmed it to me?
25   Malia Zimmerman because I asked her, Is this
```



```
 1   confirmed.  She said, Yes.  That's when I did the
 2   FOX 5 story.  If you -- I'm sure you watched it 50
 3   times.  I said confirmed because it was confirmed to
 4   me from Malia, who told me she confirmed it with the
 5   FBI guy.
 6        Q.   Okay.  So we are jumping around a bit in
 7   our timeline, but that's okay, but let me just focus
 8   on this conversation for a moment.
 9             So this is a conversation that you
10   recall having with Malia Zimmerman on May 15th?
11        A.   Huh-uh.
12        Q.   That's the day before the Fox News story
13   was publish; is that correct?
14        A.   That's correct.
15        Q.   And it's the same day that you went on
16   the FOX 5 show and relayed information that you had
17   received from Malia Zimmerman; is that correct?
18        A.   That's correct.
19        Q.   And specifically what do you recall
20   Malia Zimmerman saying to you about her source or
21   alleged source that she had?
22        A.   It was an FBI source that she could not
23   let me talk to because I wanted to talk to the guy.
24   She said, I can't let you talk to him.  He doesn't
25   want to talk to anyone.  I remember this like
```



1  yesterday.
2          But she said -- I said, Is it confirmed
3  Malia.  And she said, Yes, it's confirmed.  Okay.
4  Good.  Well, we're going to go with it.
5      Q.   Did she say whether it was a current or
6  former FBI employee?
7      A.   I don't remember if she said current or
8  former.  I just don't remember that.
9      Q.   And are you sure that she said that this
10 person was an FBI employee because the ultimate story
11 just says federal investigator.
12     A.   No, she said an FBI source.
13     Q.   Not an FBI source?
14     A.   -- that she's -- that she has talked to.
15     Q.   Okay.  But an FBI source, not an FBI
16 agent?
17     A.   That's correct.
18     Q.   Not an FBI special agent?
19     A.   An FBI source.
20     Q.   Not an FBI supervisor?
21     A.   Right.
22     Q.   And an FBI source could theoretically
23 mean a lot of things; isn't that right?
24     A.   That's correct.
25     Q.   Did you -- did there come a point in



```
 1   time when Mr. Butowsky told you that Malia Zimmerman
 2   had not actually ever spoken to a source at the FBI?
 3        A.   No.  But there did come a time when
 4   Malia told me she did not physically speak to the FBI
 5   source.  Someone else did.  See, now it goes back to
 6   why all of this happened.
 7             Who was that someone else?  Well, I
 8   can't tell you because I know why she can't tell me.
 9   And I don't want us to get too far ahead of
10   ourselves, but that's because that person was
11   Ed Butowsky.
12             I'm telling you, this is how it all went
13   down.  You know, regardless of all this, this is what
14   happened.  That person I believe was Ed Butowsky, who
15   told Malia that, and Malia went with it in her story.
16   But see, Ed told Malia, I believe to add my name to
17   get the story credence.
18        Q.   Okay.  And so we're clear, you believe
19   that person that Malia talked to who relayed
20   information about someone at the FBI who had
21   reviewed --
22        A.   The files.
23        Q.   -- the file was Ed Butowsky?
24        A.   I believe that.
25        Q.   Do you believe that Ed Butowsky talked
```

