# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------

AARON RICH                          *

      Plaintiff,               *

v.                                  * Case No. Civil Action
                                                        1:18-cv-00681-RJL

EDWARD BUTOWSKY,                    *
MATTHEW COUCH, and
AMERICA FIRST MEDIA,                *

      Defendants.              *

---------------------------------

VIDEOTAPED DEPOSITION OF:
                ROD WHEELER,
taken on Monday, November 18, 2019, at 10:00 a.m., held at the offices of Willkie Farr & Gallagher, LLP, 1875 K Street, NW, Washington, D.C. 20006, before Goldy Gold, a Registered Professional Reporter and a Notary Public within and for the District of Columbia.

Reported by:  Goldy Gold, RPR
Job No. 523974



```
 1      A.      "That's why Devin Nunes needs to help
 2   us, or get his guy to.  What we know dispels that
 3   whole narrative."
 4      Q.      Okay.  Do you have an understanding of
 5   what Ms. Zimmerman is referring to here?
 6      A.      Obviously, it has something to do with
 7   the Russian narrative or the hacking narrative, to
 8   some degree.  That's what this was about.
 9      Q.      Do you have any understanding of who
10   Ms. Zimmerman is referring to when she says "get his
11   guy"?
12      A.      I don't.
13      Q.      Did you ever have meetings with anyone
14   who worked for Devin Nunes in the course of your
15   investigation?
16      A.      There was one individual who worked for
17   the House intelligence committee.  You probably saw
18   that information in some of the documents.  He went
19   by the name of "Kash."
20      Q.      Was his name Kash Patel?
21      A.      They wouldn't tell me his last name.
22      Q.      Okay.
23      A.      I'm only the investigator.
24      Q.      What did he look like?
25      A.      They wouldn't tell me his last name.  He
```



 1   May 4th, 2017?
 2        A.    That's correct.
 3        Q.    And do you see -- we talked a little bit
 4   earlier today about the name DO?
 5        A.    Yes.
 6        Q.    As you look at Mr. Butowsky's text, do
 7   you see he has said to you sort of towards the
 8   middle, it looks like it, the 1st of May, 8:02 a.m.,
 9   "Gentlemen, please try to meet earlier this week even
10   for just 20 minutes.  Rod, you have a lot of info to
11   get to DO.  DO, this information is really
12   eye-opening."
13              Does that refresh your recollection as
14   to who, at least Mr. Butowsky, was -- was calling DO?
15        A.    I believe it's Kash.
16        Q.    Okay.
17        A.    And I think I made reference of that
18   earlier, that I wasn't sure, but I think it was Kash.
19        Q.    And do you see here, a little bit later
20   down, where you actually referred to Kash as "DO"?
21   It looks like May 4th, '17, at 7:06 a.m.
22              MR. QUAINTON:  Objection to form.
23              THE WITNESS:  No, I don't see that last
24        part.  Oh, on the other side.
25   BY MR. GOTTLIEB:



1      Q.     Do you see on the -- on the right-hand
2    side, Mr. Butowsky -- sorry -- on the 3rd of May,
3    says, "Please connect today."
4           And it looks like you have responded,
5    "Will do.  DO, are you available to connect at
6    1:00 p.m. today somewhere in the D.C. area?"
7      A.     Yes.
8      Q.     Is that you saying that?
9      A.     I believe it is.
10     Q.     Okay.  And then whoever the person that
11   Kash is looks like he has responded here; is that
12   right?
13     A.     Yes.
14     Q.     And it looks like he set up a meeting
15   here on the steps of the Library of Congress, and
16   duck inside there to chat?
17     A.     Okay.  So that's where we were, at the
18   Library of Congress.  I think I made reference
19   earlier that it was the Interior Department.  But I
20   knew it was one of those buildings over there off of
21   Constitution.  But it was the Library of Congress,
22   and it was on the sixth floor, because they have a
23   cafeteria up there.
24     Q.     Okay. And you did, in fact, meet with
25   Kash there?

