# EXHIBIT 12



**Malia**

**Jun 7, 2017**, 15:48

> Just wanted to check in with you. Have you heard anything from our mutual friend, Mike or Thomas? He mentioned you knew each other and said he gave you a document but it doesn't appear to be a real one. Wondering what you think?

>> It's a fake for sure

>> And no haven't heard from him

> Do you know anything about him or where he really works or who he is? I can't seem to track him down. I'm concerned about his wellbeing but also wondering why he passed a fake document when other info he's shared has been spot on

> He had told me he does undercover work

> Confidentially I am worried because I was on the phone with him when it sounded like he was arrested. I don't know if it's real or fake at this point. Please keep confidential because it's hard to know who to trust

iMessage