# EXHIBIT 26

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
AARON RICH,                        )
                                   )
          Plaintiff,               )
                                   )
     vs.                           ) Case No. Civil Action
                                   )  1:18-cv-00681-RJL
EDWARD BUTOWSKY,                   )
MATTHEW COUCH, and                 )
AMERICA FIRST MEDIA,               )
                                   )
          Defendants.              )
_____)
```

Videotaped Deposition of THOMAS ANDREW SCHOENBERGER, taken on behalf of Plaintiff, at 725 South Figueroa Street, 31st Floor, Los Angeles, California 90017, beginning at 10:18 a.m., and ending at 5:40 p.m., on Thursday, June 27, 2019, before Marceline F. Noble, RPR, CRR, Certified Shorthand Reporter No. 3024.

Magna Legal Services
866-624-6221
www.MagnaLS.com

Reported by: Marceline F. Noble, CSR No. 3024

Job No. 489984



Page 118

1  that either Seth Rich or Aaron Rich had any
2  involvement in hacking the DNC emails?
3     A. He provided no evidence.
4     Q. Did anybody, during the meeting, ask him
5  what his evidence was to support his allegation that
6  either Seth Rich or Aaron Rich were involved in
7  hacking the DNC emails?
8     A. Yes. I did.
9     Q. And what did you ask him?
10    A. I asked him, where is your evidence? How do
11 you know this?
12       His response was, I have a source and the
13 source is credible.
14    Q. Did anybody ask him who the source was?
15    A. I did.
16       And he said, someone connected to the
17 government.
18       My response was, as in IC?
19       (Reporter clarification.)
20       THE WITNESS: Intelligence community.
21 Clandestine services.
22       So, you know, I wanted to know if it was
23 FBI, CIA, whatnot, pick your alphabet.
24       And he said, that's not for discussion here
25 and now.

Page 119

1  BY MR. RILEY:
2     Q. So did -- Mr. Butowsky was asking everybody
3  at this meeting to take it at face value that -- that
4  his allegations were credible against Seth Rich and
5  Aaron Rich.
6     A. Yes.
7     Q. Do you remember, did Mr. Butowsky say
8  anything at this meeting about a -- the Fox News
9  article by Melia Zimmerman having been retracted?
10    A. Yes. At that meeting.
11    Q. And what was said?
12    A. What was said was that they retracted it.
13 That it was Rupert Murdock's sons who had a lot to do
14 with it; that she's been given a time-out; and that
15 she's not being given any new writing assignments,
16 because Fox News is now part of the coverup of the
17 Seth Rich murder and subsequent coverup.
18       He said that the D.C. police are complicit,
19 too; that the coroner is complicit.
20       And he said, I'm going to get down to the
21 bottom of it, no matter what. And then he said, we
22 gotta get the info from the Riches; they're holding
23 back.
24       And then he mentioned this guy Brad who we
25 had heard about before. I'm trying to think how.

Page 120

1        And he said, he's media matters. You know,
2  he's with David Brock.
3        Brad Bauman.
4        (Reporter clarification.)
5        THE WITNESS: I believe B-a-u-m-a-n.
6  BY MR. RILEY:
7     Q. Did -- and did Melia Zimmerman say anything
8  during this meeting?
9     A. Melia did. We had a nice talk.
10       She seemed like a very nice person. She
11 said she's been given a time out at Fox, and she
12 can't do any stories. But she said that she's
13 getting paid during that period.
14       And she said that she's considering working
15 for One America News Network, and that she's
16 itching -- itching to go.
17       She communicated very well with Beth. They
18 became friends.
19       Mr. Riley, it's 1:10 right now.
20       MR. RILEY: Yep. We -- we can -- why don't
21 we take a break for 30 minutes to get lunch?
22       THE WITNESS: Yeah. Is there a place in the
23 building, too?
24       MR. RILEY: Yeah. We've -- why don't we go
25 off the record.

Page 121

1        We'll take a 30-minute lunch break.
2        THE VIDEOGRAPHER: Okay. We're going off
3  the record at 1:11 p.m.
4        (Lunch recess.)
5        THE VIDEOGRAPHER: We are now back on the
6  record.
7        The time is 1:47.
8  BY MR. RILEY:
9     Q. Mr. Schoenberger, you understand that you're
10 still under oath?
11    A. Yes.
12    Q. And when we were off the record, we did not
13 discuss the -- we did not discuss your testimony;
14 correct?
15    A. Correct.
16    Q. Right.
17       Before we took a break, you were describing
18 a meeting that happened at Mr. Butowsky's house on
19 September 20th, 2017.
20       You remember that conversation?
21    A. Yes.
22    Q. Okay. During that conversation -- or during
23 that meeting, did Mr. Butowsky speak, at all, about
24 the connection, or any alleged connection between
25 Seth Rich -- between Seth Rich's murder and

31 (Pages 118 to 121)

MAGNA
LEGAL SERVICES