# EXHIBIT 27

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

--------------------------------
AARON RICH                              *

      Plaintiff,                  *

v.                                      * Case No. Civil Action
                                                1:18-cv-00681-RJL

EDWARD BUTOWSKY,                        *
MATTHEW COUCH, and
AMERICA FIRST MEDIA,                    *

      Defendants.                *

--------------------------------

VIDEOTAPED DEPOSITION OF:
                ROD WHEELER,
taken on Monday, November 18, 2019, at 10:00 a.m.,
held at the offices of Willkie Farr & Gallagher, LLP,
1875 K Street, NW, Washington, D.C. 20006, before
Goldy Gold, a Registered Professional Reporter and a
Notary Public within and for the District of
Columbia.


Reported by:  Goldy Gold, RPR
Job No. 523974



Page 339

1  There's an original document.  Whether it's right,
2  wrong, good, or bad, we have to stick with the
3  original document.
4              But this has been altered, for some
5  reason or another, and I don't know why it was
6  altered, but it's been completely altered.
7      Q.    Okay.  Let's -- let's go to Wheeler 924.
8            MR. GOTTLIEB:  How much time is left?
9            VIDEOGRAPHER:  An hour and nine minutes.
10           (Sideline discussion.)
11 BY MR. GOTTLIEB:
12     Q.    I'm handing you a document that has been
13 marked as Wheeler Exhibit 57.
14           [Exhibit 57, transcript of voice mail,
15     was marked for identification.]
16 BY MR. GOTTLIEB:
17     Q.    Do you recognize Exhibit 57 to be one of
18 these audio files that we looked at earlier today?
19     A.    Yes, I do.
20     Q.    And what's the file name that you see on
21 the first page of Wheeler Exhibit 57?
22     A.    The file name is "Voice Mail on
23 2017-05-24, 08.33.29, From Ed Butowsky."
24     Q.    And you produced this recording to us in
25 this litigation?



1      A.      That's correct.
2      Q.      Is this a -- as you look at the
3  transcript, is this an e-mail that Mr. Butowsky left
4  for you?
5      A.      I believe it's a voice mail.
6      Q.      I'm sorry.  A voice mail that
7  Mr. Butowsky left for you?  I apologize.
8      A.      Yes, it's a voice mail.
9      Q.      And this is a voice mail on May 24th.
10 This is after Fox 5 -- this is after Fox News has
11 retracted the May 16th article; is that correct?
12             THE WITNESS:  Bless you.
13             That's correct.
14 BY MR. GOTTLIEB:
15     Q.      And we talked earlier about the alleged
16 source that Malia Zimmerman spoke to.
17             Here in this voice mail, Mr. Butowsky
18 says, "The reason Fox pulled the story is because CNN
19 misquote, and then the other reason was that Malia
20 did not actually speak to someone.  She heard.  And
21 that's because that guy wouldn't speak to her because
22 he's a spy," something, "lunatic.  But it was obvious
23 that Fox News, because of Murdoch, said find any
24 legitimate reason.  I need to pull the story."
25             Is this a confirmation that Mr. Butowsky



1  informed you that Malia Zimmerman never spoke to the
2  FBI source prior to the publication of the article?
3           MR. QUAINTON:  Objection to the form.
4           THE WITNESS:  Yes.
5  BY MR. GOTTLIEB:
6      Q.    And is it correct that Ms. Zimmerman
7  told you the same thing?
8      A.    Yes.  But that's not why Fox pulled the
9  story.  Fox pulled the story because I complained to
10 Fox big time.  The next day, they pulled the story.
11     Q.    Understood.
12     A.    I just wanted to make sure that's on the
13 record.  That's why they pulled the story.
14     Q.    Let's look at Wheeler 669.  I'm sorry.
15 This is back in your text messages.  I apologize.
16 We're back to the text message chain.  This is
17 page 699.  Sorry.  699.  I went back in time.
18 Wheeler 699.
19           So this is May 19th, and Mr. Butowsky
20 sent you a text message at 5:13 p.m., and he's asking
21 you to text him the Seymour Hersh number that he
22 originally sent to you; is that right?
23     A.    That's correct.
24     Q.    He then follows up with that.  If you
25 flip to page 702, a few pages later, on May 20th.

