# EXHIBIT 28

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY, MATTHEW COUCH, and AMERICA FIRST MEDIA,<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |

## DECLARATION OF ANDREW ENGLISH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO NON-PARTIES MALIA ZIMMERMAN AND FOX NEWS NETWORK, LLC'S JOINT MOTION FOR A PROTECTIVE ORDER BARRING DEPOSITION

I, Andrew English, hereby declare as follows:

1. I am an attorney with Willkie Farr & Gallagher LLP and represent Aaron Rich ("Plaintiff") in the above-captioned matter. This Declaration is made in support of Plaintiff's Opposition to Non-Parties Malia Zimmerman and Fox News Network, LLC's Joint Motion for a Protective Order Barring Deposition ("Opposition"). All of the statements set forth herein are true and correct and are based on my personal knowledge.

2. Attached as Exhibit 29 to this Opposition is a true and correct copy of an email exchange among David Stern (counsel for Malia Zimmerman), me, and others.

3. On December 9, 2019, I had a teleconference with David Stern, as well as other counsel for Ms. Zimmerman and Plaintiff. On that call, I discussed Ms. Zimmerman's production

in response to a subpoena *duces tecum*, service of which Ms. Zimmerman's counsel had accepted on her behalf.

4. On that December 9 call, I also told Mr. Stern that Plaintiff intended to serve Ms. Zimmerman with a subpoena for a deposition and I asked him if he would be able to accept service. I also expressed a willingness to confer on a mutually convenient date for the deposition.

5. On December 10, 2019, I emailed a summary of that call to counsel for Ms. Zimmerman. *See* Ex. 29 of this Opposition.

6. On December 12, 2019, counsel for Ms. Zimmerman confirmed the summary was "substantively accurate." Counsel for Ms. Zimmerman also stated that Ms. Zimmerman and Fox News would jointly move for "a protective order/motion to quash" if Plaintiff were to serve a deposition subpoena upon Ms. Zimmerman, as counsel for Ms. Zimmerman believed the "bulk of any testimony sought . . . will involve privileged conversations and material made in the course of newsgathering." *Id.*

7. Following this email exchange, there was no further discussion as to the proposed topics of the deposition.

8. On December 26, 2019, A. Adam Housley, a former Fox News employee, was served with a subpoena for a deposition in the above-captioned litigation.

9. Counsel for Plaintiff and counsel for Mr. Housley met and conferred regarding the subpoena and reached an agreement to schedule a deposition with Mr. Housley reserving rights to object to certain questions based upon privilege claims.

10. Following the filing of Non-Parties Malia Zimmerman and Fox News Network, LLC's Joint Motion for a Protective Order Barring Deposition ("Motion"), Plaintiff and Mr.

Housley agreed to hold Mr. Housley's deposition in abeyance to allow sufficient time for the Court to consider the legal issues raised in the Motion.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2020, in Washington, DC.

/s/ Andrew English
Andrew English

3