# EXHIBIT 30

# English, Andrew

| | |
|---|---|
| **From:** | Stern, David <David.Stern@dechert.com> |
| **Sent:** | Thursday, December 12, 2019 4:22 PM |
| **To:** | English, Andrew |
| **Cc:** | Spjute, Alex; Gottlieb, Michael; Hall, Samuel |
| **Subject:** | RE: Aaron Rich Subpoena |
| | |
| **FilingDate:** | 12/12/2019 9:55:00 PM |

Andrew,

Your summary of our call is substantively accurate.  As we discussed, we are in the process of reviewing Ms. Zimmerman's documents and intend to produce responsive documents on a rolling basis.  We will endeavor to make an initial production by December 16, but that will likely not occur until the following week as Fox also needs to review the production for privilege. Of course, any relevant documents withheld on an assertion of privilege will be logged as such, and the log provided to you.

With respect to your intent to subpoena Ms. Zimmerman for deposition, we understand you have pushed for an accelerated discovery and trial schedule in Mr. Rich's lawsuit and have upcoming deadlines. But should you proceed to subpoena Ms. Zimmerman for deposition, we want you to be aware that we will move, together with Fox, for a protective order/motion to quash as we believe the bulk of any testimony sought from Ms. Zimmerman will involve privileged conversations and material made in the course of newsgathering, which conversations and materials would be subject to the reporter's privilege.


David H. Stern
Partner

**Dechert LLP**
+1 213 808 5720 Direct
david.stern@dechert.com
dechert.com

---

**From:** English, Andrew [mailto:AEnglish@willkie.com]
**Sent:** Tuesday, December 10, 2019 9:00 PM
**To:** Stern, David <David.Stern@dechert.com>
**Cc:** Spjute, Alex <Alex.Spjute@dechert.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Hall, Samuel <SHall@willkie.com>
**Subject:** RE: Aaron Rich Subpoena

David,

Thank you for the call yesterday.  This email summarizes the substance of that call.  With respect to Request No. 1 in the document subpoena served on Ms. Malia Zimmerman, we agreed that Ms. Zimmerman will produce from December 2016 to present all non-privileged communications Ms. Zimmerman had with Messrs. Edward Butowsky, Matthew Couch, Ty Clevenger, and/or Rod Wheeler that relate to or reference Seth Rich or Aaron Rich.  For any documents withheld in full or in part on the basis of a claim of privilege, you will produce a privilege log.

1

With respect to Request No. 3, we agreed that Ms. Zimmerman will produce any non-privileged Communications with Mr. Butowsky that post-date publication of the Retracted Article and that relate to the Retracted Article or the subject matter of the Retracted Article.  For any documents withheld in full or in part on the basis of a claim of privilege, you will produce a privilege log.

With respect to Request No. 4, we agreed that Ms. Zimmerman will produce any non-privileged Communications Ms. Zimmerman had with Messrs. Butowsky, Couch, Clevenger, and/or Wheeler related to the case *Aaron Rich v. Edward Butowsky*, No. 1:18-cv-00681-RJL.  For any documents withheld in full or in part on the basis of a claim of privilege, you will produce a privilege log.

Based on this agreement, we agreed to withdraw Request No. 2 in the subpoena if we receive the documents as described above.  We agreed that production would begin on a rolling basis, with some documents produced by December 16, and with production completed by the end of December.

We also raised that we intend to serve a deposition subpoena on Ms. Zimmerman and were targeting January 13 for the deposition.  You stated that you would check with your client to see if you could accept service on her behalf and if that date would work for her.  As we discussed on our call, we are willing to confer with you to find a date that works for your and our schedule.  If we do not hear from you by Friday morning (Eastern) as to whether you can accept service of a deposition subpoena on Ms. Zimmerman's behalf, we intend to serve Ms. Zimmerman to preserve our right to depose her.  We will remain open to meeting and conferring on a date acceptable to your and our schedule.

Kind Regards,

Andrew


**Andrew English**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1186 | Fax: +1 202 303 2186
aenglish@willkie.com | vCard | www.willkie.com bio

---

**Willkie Compliance Concourse -** The latest legal and enforcement developments, trends, and thinking. App Download Instructions

---

**From:** English, Andrew
**Sent:** Wednesday, December 04, 2019 4:54 PM
**To:** 'Stern, David' <David.Stern@dechert.com>; Gottlieb, Michael <MGottlieb@willkie.com>
**Cc:** Joe Terry (jterry@wc.com) <jterry@wc.com>; Spjute, Alex <Alex.Spjute@dechert.com>
**Subject:** RE: Aaron Rich Subpoena

Thank you, David.  I will circulate a calendar invite and dial-in for 2:00 p.m. Eastern on Monday.

Andrew


**Andrew English**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238

Direct: +1 202 303 1186 | Fax: +1 202 303 2186
aenglish@willkie.com | vCard | www.willkie.com bio

---

**Willkie Compliance Concourse -** The latest legal and enforcement developments, trends, and thinking. App Download Instructions

---

**From:** Stern, David [mailto:David.Stern@dechert.com]
**Sent:** Wednesday, December 04, 2019 1:41 PM
**To:** English, Andrew <AEnglish@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>
**Cc:** Joe Terry (jterry@wc.com) <jterry@wc.com>; Spjute, Alex <Alex.Spjute@dechert.com>
**Subject:** RE: Aaron Rich Subpoena

Thanks, Andrew.   We are available on Monday, December 9 between 2 and 3 p.m. EST and then after 5:00 p.m. EST.

David

**David H. Stern**
**Partner**

**Dechert LLP**
+1 213 808 5720 Direct
david.stern@dechert.com
dechert.com

---

**From:** English, Andrew [mailto:AEnglish@willkie.com]
**Sent:** Wednesday, December 4, 2019 7:01 AM
**To:** Stern, David <David.Stern@dechert.com>; Gottlieb, Michael <MGottlieb@willkie.com>
**Cc:** Joe Terry (jterry@wc.com) <jterry@wc.com>; Spjute, Alex <Alex.Spjute@dechert.com>
**Subject:** RE: Aaron Rich Subpoena

Mr. Stern:

Following up on this email.  Could you let us know your availability today, tomorrow, and Monday for a call to meet and confer on the subpoena?

Thanks,

Andrew


**Andrew English**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1186 | Fax: +1 202 303 2186
aenglish@willkie.com | vCard | www.willkie.com bio

---

**Willkie Compliance Concourse -** The latest legal and enforcement developments, trends, and thinking. App Download Instructions

3

**From:** English, Andrew
**Sent:** Tuesday, November 26, 2019 6:22 PM
**To:** 'Stern, David' <David.Stern@dechert.com>; Gottlieb, Michael <MGottlieb@willkie.com>
**Cc:** Joe Terry (jterry@wc.com) <jterry@wc.com>; Spjute, Alex <Alex.Spjute@dechert.com>
**Subject:** RE: Aaron Rich Subpoena

Mr. Stern:

Thank you for your email.  We do not concede any of your objections, but instead would like to set up a call to meet and confer regarding the subpoena and your response.  Please let us know your availability for such a call next week or the week after.


**Andrew English**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1186 | Fax: +1 202 303 2186
aenglish@willkie.com | vCard | www.willkie.com bio

---

**Willkie Compliance Concourse -** The latest legal and enforcement developments, trends, and thinking. App Download Instructions

---

**From:** Stern, David [mailto:David.Stern@dechert.com]
**Sent:** Friday, November 22, 2019 2:36 PM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>; English, Andrew <AEnglish@willkie.com>
**Cc:** Joe Terry (jterry@wc.com) <jterry@wc.com>; Spjute, Alex <Alex.Spjute@dechert.com>
**Subject:** Aaron Rich Subpoena

Counsel,

Please find attached a courtesy copy of Ms. Zimmerman's Responses and Objections to Mr. Rich's subpoena.  We are working to review and produce Ms. Zimmerman's documents, together with Fox, which are being reviewed for privilege.



**David H. Stern**
**Partner**

**Dechert LLP**
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
+1 213 808 5720 Direct
+1 213 808 5760 Fax
david.stern@dechert.com
dechert.com

4

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.