# EXHIBIT 30

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------

AARON RICH                         *

      Plaintiff,              *

v.                                 * Case No. Civil Action
                                                  1:18-cv-00681-RJL

EDWARD BUTOWSKY,                   *
MATTHEW COUCH, and
AMERICA FIRST MEDIA,                *

      Defendants.             *

---------------------------------

VIDEOTAPED DEPOSITION OF:
              ROD WHEELER,
taken on Monday, November 18, 2019, at 10:00 a.m.,
held at the offices of Willkie Farr & Gallagher, LLP,
1875 K Street, NW, Washington, D.C. 20006, before
Goldy Gold, a Registered Professional Reporter and a
Notary Public within and for the District of
Columbia.

Reported by:  Goldy Gold, RPR
Job No. 523974



1  cafeteria," so I met him in the cafeteria.  You have
2  to ask him why the cafeteria.
3            We could have went to his office,
4  because I went over there.  I think it was the
5  Department of the Interior, one of the government
6  buildings off of Constitution over there.
7       Q.   Okay.  So there was one -- one instance
8  in which you met with Kash in the Department of the
9  Interior cafeteria, another instance where there was
10 going to be a follow-up meeting that did not occur,
11 somewhere around Ninth Street.
12           Were there any other meetings with Kash
13 that you can recall?
14      A.   Not that I had, no.
15      Q.   Okay.  How did you get connected with
16 Kash?
17      A.   Butowsky.
18      Q.   And what did Mr. Butowsky say to you
19 when he connected you with Kash?  What was the reason
20 he was connecting you with Kash?
21      A.   Kash was a friend of his, and he worked
22 on Capitol Hill, and he was investigating the Russian
23 hacking narrative as part of their investigative
24 team.
25      Q.   So Kash was a federal investigator who



1   worked for the House intelligence?
2        A.    The House -- on the House side, yeah, on
3   the House intelligence committee.  They have their
4   own investigators.  If they were investigating -- I
5   think this is the team that was investigating the
6   whole Russian narrative thing.
7              Again, so I'm thinking it's, you know, a
8   dumb investigator.  I'm thinking, "If I'm
9   investigating a murder in D.C. and it has
10  something" -- let's say it has something to do with
11  this job, relating -- meaning Seth's job -- "they're
12  investigating the Russian hacking thing, why don't
13  those investigators come together and share notes?"
14  That's what -- that's all my goal was to do.
15       Q.    Okay.  Do you recall what you discussed
16  with Kash when you met at the Department of the
17  Interior?
18       A.    We just talked about where I was in the
19  investigation and why I thought it was important for
20  him to meet with Dellacamera and the D.C. police
21  department.
22       Q.    And what did he say?
23       A.    He said, "Okay.  I'll meet with him,"
24  meaning he'll meet with Dellacamera.  I said -- he
25  said, "Can you arrange it?"

