# EXHIBIT 31

**From:** ebutowsky@gmail.com
**To:** Malia Zimmerman <maliamzimmerman@gmail.com>
**Cc:** rod@rodwheeler.com
**Subject:** this Republican lobbyist is really out of control
**Date:** March 2, 2017 at 10:08:45 PM EST

Malia , can you get me his contact info?
I need to shut him up.
Okay with both of you?

On Mar 2, 2017, at 6:41 PM, Malia Zimmerman <maliamzimmerman@gmail.com> wrote:

http://www.fox5dc.com/news/238926113-story

now he says he represents the family

on top of all the other wild claims.

the family told me he doesn't represent them.

<mailcore:MessageHeader:0x7fe698de5ff0 Message-ID: 6415964A-7E8C-4961-BF97-FD57A385B3E5@gmail.com References: [CAOCmf5O32=_1WPtxdFziP-Oud1eCnba2SE3n+CtkoNCQqEHAVg@mail.gmail.com] In-Reply-To: [CAOCmf5O32=_1WPtxdFziP-Oud1eCnba2SE3n+CtkoNCQqEHAVg@mail.gmail.com] From: mailcore::Address:0x7fe698le3150 <ebutowsky@gmail.com> To: [mailcore::Address:0x7fe698le3c40 Malia Zimmerman <maliamzimmerman@gmail.com>] Cc: [mailcore::Address:0x7fe698le13f0 <rod@rodwheeler.com>] Subject: Re: this Republican lobbyist is really out of control Return-Path: <ebutowsky@gmail.com> Content-Type: multipart/alternative; boundary=Apple-Mail-5312DB78-A99B-466B-B5D6-E6062188801E X-Received: by 10.157.9.42 with SMTP id 39m.r300548otp.152.1488510523777; Thu, 02 Mar 2017 19:08:48 -0800 (PST) X-Gm-Message-State: AMke39mYty7LxguKPgTBFRlagPHkOd8xoZvBJgj04eC00BVTzL5JA0NbLYAKoIE2as9NQ== X-Noxspam: None Content-Transfer-Encoding: 7bit X-Mailer: iPhone Mail (14D27) DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20161025; h=mime-version:subject:from:in-reply-to:date:cc:content-transfer-encoding:message-id:references:to; bh=v8D4PCtVxDM4edpy8dMdnxqL3YxVZc8tZPHB1HWX6Wc=; b=DrL+oPDx3i4JuzZshrd1Fcn4SwigYN+QN2bDy5E6L31XCVRm7C/TEow AiwcSfAd/dsD m KnIJX/+v394SaemfwnR7CBbC3MpfebKCGoMY4kYCejEw UeLczRxCx83IzLkscAB4e31rz 1h55V78Vh3616HPtUJDD6Pa2BHMdshSqMXA3q+/w4jEvgjK0m gZeE7zCMtXBta08ptv7m/ 9w/7N8Yz8lxF/rB3LvDb58zefOjpmMRCpoCwggs0UOuOcw4V63nVqLfOmaO1Sd8k2KWgFA1VhzmR5WZCdRWqt03vdwgg2HBeTVo1gqxifI5TIg+2C44lMQEVs9rwo02:f711bF/mp Ysng== Received: (qmail 22449 invoked by uid 80297); 3 Mar 2017 03:08:50 -0000 Mime-Version: 1.0 (1.0) X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=1e100.net; s=20161025; h=x-gm-message-state:mime-version:subject:from:in-reply-to:date:cc:content-transfer-encoding:message-id:references:to; bh=v8D4PCtVxDM4edpy8dMdnxqL3YxVZc8tZPHB1HWX6Wc=; b=CUsD63OdWm4m3wpuLQ4bArmq0KWJ2stiQs0sXpRM5oHVXRiQ/0ICEo+hAaNLxdEOo 7p0V4ux.1mxdXMjoqnpUeJxIdIJXdkHrOb0Inibwis36w4vpZhNoZ51HPQdIObqMIoH3 BIuCHP/4BuImOCMHYPT5RxiThAOhBgMyoSVqngyCmTRWP/9tmr9JDhOOi8Wg4ze38/ DPTY8w4gldJ/90aFuOulLVJX+mqm9vGbat5rt6dqg27FWzE9IEssVnWTR/ZOu6hLPzVnL IBplvs4O5RCPTR3g+0ng/NL+8E2+h2t6NvNg/gRXSCnn80HLW9bBjmKYK5MhHnUeF/l3Q==>
Email-Archiver-Version: 371.100