# EXHIBIT 32

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** Ed Butowsky <ebutowsky@gmail.com>, Malia Zimmerman <maliamzimmerman@gmail.com>, Rod wheeler <rod@rodwheeler.com>
**Subject:** here is contact info
**Date:** March 2, 2017 at 10:14:04 PM EST

This is the PR Guy for the GOP lobbyist offering a reward and how I reached him.

Adam Farragut

adam@seligmultimedia.com

http://www.foxnews.com/politics/2017/01/10/slain-dnc-staffers-father-doubts-wikileaks-link-as-cops-seek-answers.html

### Slain DNC staffer's father doubts WikiLeaks link as cops ...

www.foxnews.com

Six months after a Democratic National Committee staffer was gunned down on a Washington, D.C., street, suspicion that he may have been the source who passed ...

**From:** Zimmerman, Malia McLaughlin
**Sent:** Wednesday, January 4, 2017 1:04 PM

**To:** Adam Farragut
**Subject:** Re: here is my contact info

Adam, Just checking in. I am ready to speak to you and Jack when you are available. Is this the right time?

My desk is 310 571-2042 - thanks

---

**From:** Adam Farragut <adam@seligmultimedia.com>
**Sent:** Wednesday, January 4, 2017 11:04:51 AM
**To:** Zimmerman, Malia McLaughlin
**Subject:** RE: here is my contact info

Great. I can conference you in with Jack at 1:00/4:00. Your cell is the best number to reach you at correct?

Adam

---

**From:** Zimmerman, Malia McLaughlin [mailto:Malia.Zimmerman@FOXNEWS.COM]
**Sent:** Wednesday, January 04, 2017 2:03 PM
**To:** Adam Farragut <adam@seligmultimedia.com>
**Subject:** Re: here is my contact info

Yes that is perfect. Thank you.

Do you want me to call him? Or what is the best way to connect?

---

**From:** Adam Farragut <adam@seligmultimedia.com>
**Sent:** Wednesday, January 4, 2017 11:01:39 AM
**To:** Zimmerman, Malia McLaughlin
**Subject:** RE: here is my contact info

Hi Malia,

I spoke with Jack and he's available today at 1:00 PT/4:00 ET. Does that work for you?

Adam

---

**From:** Zimmerman, Malia McLaughlin [mailto:Malia.Zimmerman@FOXNEWS.COM]
**Sent:** Wednesday, January 04, 2017 12:24 PM
**To:** Adam Farragut <adam@seligmultimedia.com>; Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**Subject:** here is my contact info

Thanks for speaking with me today. I am resending my contact info.

As we discussed, I am looking forward to speak with Jack Burkman about the reward he offered for information leading to the arrest of Seth Rich's killer.

I am hoping he received some tips that we can follow up on or has some insight into the case.

We can speak on background and I can confirm any quotes we might want to use before we go to press. The story is taking another look at Seth Rich's murder and tying that into the Julian Assange interview we are airing this week.

WHEELER0000017

Thanks,

Malia

Malia Zimmerman

Investigative Reporter,

FoxNews.com

2044 Armacost Avenue

Los Angeles, CA 90025

O: 310-571-2042

M: 808-306-3161

E: Malia.Zimmerman@foxnews.com

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

<mailcore::MessageHeader,0x7f8ea1dc8a20 Message-ID: 33600DD6-920D-4EBF-B82C-CA7A94503588@FOXNEWS.COM References: [BY2PR02MB203845D5F81534EC6BC5FA0EB610@BY2PR02MB2038.namprd02.prod.outlook.com,MWHPR17MB0989B2DA1C3D44F388FA18A9AC5610@MWHPR17MB0989.namprd17.prod.outlook.com,BY2PR02MB2038D0CD7DD83A4D68F3BAAFEB610@BY2PR02MB2038.namprd02.prod.outlook.com,MWHPR17MB098990014EDDB1FE21DC71808C5610@MWHPR17MB0989.namprd17.prod.outlook.com,BY2PR02MB2038D456FFF5550B5A675913EB610@BY2PR02MB2038.namprd02.prod.outlook.com,BY2PR02MB203892409A4681B012F36818E670@BY2PR02MB2038.namprd02.prod.outlook.com] In-Reply-To: [BY2PR02MB203892409A4681B012F36818E670@BY2PR02MB2038.namprd02.prod.outlook.com] From: mailcore::Address 0x7f8ea1ddb7f0 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> To: [mailcore::Address 0x7f8ea1dd6000 Ed Butowsky <ebutowsky@gmail.com>,mailcore::Address 0x7f8ea1dd4f50 Rod wheeler <rod@rodwheeler.com>] Subject: Fwd: here is contact info X-MS-TNEF-Correlator: Content-Type: multipart/related; boundary="_004_33600DD6920D4EBFB82CCA7A94503588FOXNEWSCOM_"; type="multipart/alternative" x-forefront-antispam-report: SFV:NSPM; SFS:(10009020)(7916002)(39450400003)(39410400002)(39830400002)(7812402)(377454003)(82746002)(3280700002)(606005)(236005)(7320053)(99286003)(5890100001)(554214002)(2906002)(24730053)(102836003)(3870400002)(3660700001)(54556002)(6306002)(1961863500)(92566002)(54896002)(5660300001)(6512007)(6506006)(7706006)(168070000)(122556002)(6436002)(2950100002)(616002)(225830001)(6486002)(2786008)(93886004)(7906003)(22853002)(8936002)(7736002)(8636200)(837160003)(6756003)(8056040002)(2900100001)(1061600)(1166006)(53886004)(6993600)(66604)(54356999)(53566002)(33656002)(189998001)(50986999)(76176999)(25546006)(8676002)(7099028)(104396002);DIR:OUT;SFP:1101;SCL:1;SRV:BY2PR02MB2038;H:BY2PR02MB2038.namprd02.prod.outlook.com;FPR:;SPF:None;MLV:ovrnspm;PTR:InfoNoRecords;LANG:en; authentication-results: FOXNEWS.COM; dkim=none (message not signed) header.d=none;FOXNEWS.COM; dmarc=none action=none header.from=FOXNEWS.COM; X-MS-Exchange-CrossTenant-originalarrivaltime: 03 Mar 2017 03:14:04.7638 (UTC) MIME-Version: 1.0 Thread-Topic: here is contact info X-MS-Exchange-CrossTenant-id: f0a087e0-8516-4c1a-bf25-7796e09a6d7e X-OriginatorOrg: foxnews.com x-microsoft-exchange-diagnostics: 1;BY2PR02MB2038;7:kLVgfqf14dLQj504sNz1tgBff/Emsrb+PmgXfSEoNOG4uxJKH8OC/Jxtvk7WWdVJq4m4fRWd/C0sgpSNBrd84es94LpD}Ee67YwUgpP68fOCRnsBBzo0q2VKgBOpK+aiswithYyeCaXdxgwTAIEbdDu8zGlCvOfyD76iL591s8x}ymsi+f3dTint55YRTqT8kHelqVgoWWD0oZ1GTkQj5659CbiAjrYylwWDtUo6lX38zmblaPNyUukBleW)jFI4gRCwfR7CEYD4cveSQY9EQbfJ1INxnhubMI3BQn8Fx7kw/8dSDwLJkTtQqWv0cZNOvsuzsOYSfT5loY9Em6xkdNg== x-ms-office365-filtering-correlation-id: 168c3f4c-688a-49a1-5db6-081464c33957 x-ms-exchange-messageentrepresentingtype: 1 Thread-Index: AQH3k8w2i1VVLxuc+0C8;b0iZZSZQ== spamdiagnosticoutput: 1:99 x-microsoft-antispam-prvs: <BY2PR02MB203891078F61F7DCD8DE56029EB2B0@BY2PR02MB2038.namprd02.prod.outlook.com> x-originating-ip: [2600:1003:b019:d5d5:589e:98bf:272b:b9cc] X-MS-Has-Attach: yes Content-Language: en-US X-Nonspam: None X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:, definitions=2017-03-03_02:, signatures=0 DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=foxnews.com; h=from : to : subject : date : message-id : references : in-reply-to : content-type : mime-version; s=foxnews; bh=4oCmdaUJnsoZkMoDUA/X1imq4NGswf0NTZsAyPqY758=; b=fV3Cu8ofzEKluAW4AFXvpsKGHn4tamUonRa0f8TCs5fUnPs1t+KUkmg/pzl9f/257hBev3onY7iRZ1+/TK91Rlq+urQN9QSsalicyld6dvs4dmplct?nsxjot6DEcH827Kbq8O9l0 eQDNQuFq2BNWdlWLpWWZbMszluuhmMt6m30= Received: (qmail 65925 invoked by uid 30297); 3 Mar 2017 03:14:11 -0000 X-Proofpoint-Spam-Details: rule=outbound_policy_notspam policy=outbound_policy scores=0 priorityscore=1501 malwarescore=0 suspectscore=0 phishscore=0 bulkscore=0 spamscore=0 clxscore=1011 lowpriorityscore=0 impostorscore=0 adultscore=0 reasonx=mlx scancount=1 engine=8.0.1-1702020001 definitions=main-1703030029 X-MS-Exchange-Transport-CrossTenantHeadersStamped: BY2PR02MB2038 x-forefront-prvs: 02305CBE7D0 Accept-Language: en-US x-exchange-antispam-report-test: UriScan:(154138814692180)(14809)(252536123)(155582106045688)(215826162496588)(1904757173086536); X-MS-Exchange-CrossTenant-fromentityheader: Hosted spamdiagnosticmetadata: NSPM x-exchange-antispam-report-cfa-test: BCL:0;PCL:0;RULEID:(102415395)(6040375)(601004)(2401047)(8121501046)(5005006)(5002001)(10201501046)(6041248)(2016112355025)(2016112355805)(2016112356025)(2016112356025)(6072148);SRVR:BY2PR02MB2038;BCL:0;PCL:0;RULEID:;SRVR:BY2PR02MB2038; x-microsoft-antispam: UriScan:;BCL:0;PCL:0;RULEID:(2001);SRVR:BY2PR02MB2038; >
Email-Archiver-Version: 371.100