# EXHIBIT 33

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** rod@rodwheeler.com <rod@rodwheeler.com>
**Subject:** media inquiry-FoxNews.com
**Date:** March 6, 2017 at 3:31:04 PM EST

---

**From:** Press, MPD (MPD) <mpd.press@dc.gov>
**Sent:** Thursday, August 11, 2016 10:02 AM
**To:** Zimmerman, Malia McLaughlin
**Subject:** RE: media inquiry-FoxNews.com

Good afternoon Malia,

I've attached the original news release, public incident report and latest reward flier to this email.

All crime scene pictures, 9-1-1 calls, or videos related to this case have not been released to the public as this is an ongoing investigation. We appreciate your understanding.

Thanks,

Rachel Schaerr
Public Information
Metropolitan Police Department

---

**From:** Zimmerman, Malia McLaughlin [mailto:Malia.Zimmerman@FOXNEWS.COM]
**Sent:** Thursday, August 11, 2016 12:57 PM
**To:** Press, MPD (MPD); Zimmerman, Malia McLaughlin
**Subject:** media inquiry-FoxNews.com

I am writing to ask if I could obtain from you any public documents, photos or videos related to the Seth Rich murder investigation.

Is there a police report or 9-1-1 tape we could also secure?

I can be reached at 808-306-3161 or by this email.

Thank you.

Malia

Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue
Los Angeles, CA 90025

M: 808-306-3161
E: Malia.Zimmerman@foxnews.com

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

WHEELER0000021

METROPOLITAN POLICE DEPARTMENT
Cathy L. Lanier
Chief of Police



OFFICE OF COMMUNICATIONS
Dustin Sternbeck
Director

# NEWS RELEASE

FOR IMMEDIATE RELEASE

Public Information Office: 202-727-4383

July 11, 2016

## Homicide: 2100 Block of Flagler Place, Northwest

(Washington, DC) – Detectives from the Metropolitan Police Department's Homicide Branch are investigating a fatal shooting that occurred in the 2100 block of Flagler Place, Northwest on Sunday, July 10, 2016.

At approximately 4:19 am, members of the Fifth District were patrolling the area when they heard gunshots. Upon arrival on the scene, members located an adult male victim conscious and breathing, and suffering from gunshot wounds. The victim was transported to an area hospital, where he succumbed to his injuries and was pronounced dead.

The decedent has been identified as **27-year-old Seth Conrad Rich**, of Northwest, DC.

The Metropolitan Police Department currently offers a reward of up to **$25,000** to anyone that provides information which leads to the arrest and conviction of the person or persons responsible for any homicide committed in the District of Columbia. Anyone with information about this case is asked to call the police at **(202) 727-9099**. Additionally, anonymous information may be submitted to the department's **TEXT TIP LINE** by text messaging **50411**.

###

METROPOLITAN POLICE DEPARTMENT
300 Indiana Avenue, NW, Room 5125
Washington, DC 20001
www.mpdc.dc.gov


Government of the
District of Columbia

CCN #16113797 – Event # 16113797 Public Incident Packet                    Metropolitan Police Department

## CCN #16113797 – PUBLIC INCIDENT REPORT

| REPORT DATE / TIME | INCIDENT AREA | SCENE FOUND DATE / TIME - SCENE END DATE / TIME | WEATHER CONDITIONS |
|---|---|---|---|
| Jul 19, 2016 02:20 | Fifth District / 501 | Jul 19, 2016 06:20 - | |
| REPORTING OFFICER | | DIVISION | |
| Jody O'Leary (#7016) – MPD | | Clear | |

ASSIST: HINGATE-ROBINSON (#7634) (Body Worn Camera), Derek Tarr (#9237) (Other Officers At Scene), Shea Ellis (#9475) (Other Officers At Scene), Benjamin Valor (#6232) (Body Worn Camera), Mark Lee (#6561) (Body Worn Camera)

### REPORTING PERSON
NAME
A-1 CIC SHOTSPOTTER

### OFFENSE #1 – 16113797

OFFENSE
Murder I (22 DC 2101.37)                                                           ☒ Completed ☐ Attempted

CRIMINAL ENTRY METHOD
Open

OFFENSE LOCATION
2134 FLAGLER PLACE NW, WASHINGTON, DC 20001  Type: Residence / Home  Public/Private: Private  PSA: 501  District: Fifth District

LOCATION TYPE                              PREMISE ENTERED / POINT OF ENTRY
Residential / Home                         TW Corner

LOCATION DESCRIPTION
Southwest corner of the intersection of Flagler and W St. NW

CIRCUMSTANCES / WEAPON / CONTRIBUTING FACTORS         SUSPECTED HATE/BIAS
Unknown Circumstances                                 Gun Involved

WEAPON USED
Handgun

### VICTIMS
NAME                                       ADDRESS
Seth Conrad Rich                           2233 1ST STREET NW, WASHINGTON, DC 20001, UNITED STATES

### PROPERTY & ITEMS

## CCN #16113797 – PUBLIC NARRATIVE

CIC reports the sound of gunshots at 2134 Flagler Pl NW. Upon arriving to the scene, the decedent was laying in the Southwest corner of the intersection of W St. and Flagler Pl NW. The decedent was conscious and breathing with apparent gunshot wound(s) to the back. The decedent was transported to local area hospital and was pronounced by attending physician at 0557 hours.



METROPOLITAN POLICE DEPARTMENT | WASHINGTON, DC

Public Bulletin No. 2016-HOM-071016A Ref CCN: 16-113-797

# HOMICIDE VICTIM

Up to

# $25,000 Reward

**VICTIM**
Seth Conrad Rich

**LOCATION**
2100 block of Flagler Place NW

**DATE**
July 10, 2016

**TIME**
4:19 am

**CONTACT**

| | |
|---|---|
| Det. Joe Della Camera | (202) 438-8301 |
| Det. Brian Bradol | (202) 497-4365 |
| Homicide Branch | (202) 645-9600 |

**DESCRIPTION OF INCIDENT**

On Sunday July 10, 2016, at approximately 4:19 am, Mr. **SETH CONRAD RICH** was shot and killed in the 2100 block of Flagler Place NW. The Metropolitan Police Department seeks the public's assistance in gathering information regarding this homicide.

**HOW TO HELP OUR INVESTIGATION**

ANONYMOUS TIPS
CALL (202) 727-9099
TEXT 50411

DO YOUR PART TO HELP PREVENT AND SOLVE CRIME.

We care. Do you?

CONNECT WITH US

<mailcore::MessageHeader:0x7fbd4297fc40 Message-ID: BY2PR02MB2038EAC19631AC9D5B7DDBB1EB2C0@BY2PR02MB2038.namprd02.prod.outlook.com References: [BY2PR02MB203820ED335DD331AA07D81EEB1E0@BY2PR02MB2038.namprd02.prod.outlook.com, 1b35102e432a4426a211485397376b1d@CWM-EXMR-202.dcgov.priv] In-Reply-To: [1b35102e432a4426a211485397376b1d@CWM-EXMR-202.dcgov.priv] From: mailcore::Address:0x7fbd4298d6e0 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> To: [mailcore::Address:0x7fbd42997f20 rod@rodwheeler.com <rod@rodwheeler.com>] Subject: Fw: media inquiry-FoxNews.com X-MS-TNEF-Correlator: Content-Type: multipart/mixed; boundary="_008_BY2PR02MB2038EAC19631AC9D5B7DDBB1EB2C0BY2PR02MB2038namp_" x-forefront-antispam-report: SFV:NSPM;SFS:(10009020)(7916002)(39410400002)(39830400002)(39450400003)(377424004)(377454003)(229853002)(7736002)(6436002)(5890100001)(9686003)(54896002)(6306002)(6506006)(2473003)(55016002)(38730400002)(25786008)(5640700003)(236005)(606005)(6116002)(733005)(92566002)(2900100001)(53936002)(19618635001)(189998001)(53546006)(7906003)(74316002)(110136004)(122556002)(1600100001)(2501003)(450100001)(86362001)(6916009)(2950100002)(99936001)(8936002)(6606003)(8676002)(7696004)(1730700003)(102836003)(5660300001)(81166006)(33656002)(50986999)(3660700001)(3280700002)(19627405001)(76176999)(2906002)(54356999)(106116001)(77096006)(2351001)(7099028);DIR:OUT;SFP:1101;SCL:1;SRVR:BY2PR02MB2039;H:BY2PR02MB2038.namprd02.prod.outlook.com;FPR:;SPF:None;MLV:sfv;LANG:en; authentication-results: rodwheeler.com; dkim=none (message not signed) header.d=none;rodwheeler.com; dmarc=none action=none header.from=FOXNEWS.COM; X-MS-Exchange-CrossTenant-originalarrivaltime: 06 Mar 2017 20:31:04.9306 (UTC) MIME-Version: 1.0 Thread-Topic: media inquiry-FoxNews.com X-MS-Exchange-CrossTenant-id: f0a087e0-8516-4c1a-bf25-7796e09a6d7e X-OriginatorOrg: foxnews.com x-microsoft-exchange-diagnostics: 1;BY2PR02MB2039;7:fO3rhDnK5sIBCVdQW6Tjhpel4cl+1gKlHqwJWuuZpnBt+z2jMW/UVYUsay1mgEvCjfuJzp5s/JxUgtLMfxSnna1ssQYNH0S7c/AkSiCLbe4lri/b6RdelAC4JBAU79bEWBczg6VZ/DzvSA4PM06hwF1N9WyUWisLgDWYde7QHDh0ExqPxJhcRVZkxXjF0jHin8wnHOkpRJf/TiwxyAhHiitmw2JtIZUF3Wdrqeox4tqt2BHr+7uaaMR9SHzTXmQJGtzOKWDR8ONh1BT1876aMHxbgnyVB59VXqmKmUATEHqQrvI1SvQoMmLsvUkYvRjB+tiqXUzIo+DwTusQUH5tEA== x-ms-office365-filtering-correlation-id: 4ce3a060-3ca3-4510-65a8-08d464cfb696 Thread-Index: AQHR8/FTBoum0jKPV0ujsMutzpySPqBD+z9wgUWN95g= spamdiagnosticoutput: 1:99 x-microsoft-antispam-prvs: <BY2PR02MB20392D0D65B01F053B3E1897EB2C0@BY2PR02MB2039.namprd02.prod.outlook.com> x-originating-ip: [2605:e000:8488:d000:70be:3f30:a03c:c38d] X-MS-Has-Attach: yes Content-Language: en-US X-Nonspam: None X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:,, definitions=2017-03-06_19:,, signatures=0 DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=foxnews.com; h=from : to : subject : date : message-id : references : in-reply-to : content-type : mime-version; s=foxnews; bh=S22bE3StTH6OJx8PTCR59CXRQJy8Ew6yFB2DHxoFjsM=; b=ODrhKNKRk+jOfWIt0d4qITjCJ1twUbar2Pur6iYXU0lP3EHahbZlugi36jM+rA0JPRkpeDeqSwW3rgDyLThQ3pN4BLZwb2DDNHqb7skyaNutldFevLCAiSslXWuh7KEqMbwIGAowEqrG4npF+97Sb3fDBQ3Bt3POTq1WYzkLrbs= Received: (qmail 10731 invoked by uid 30297); 6 Mar 2017 20:31:10 -0000 X-Proofpoint-Spam-Details: rule=outbound_policy_notspam policy=outbound_policy score=0 priorityscore=1501 malwarescore=0 suspectscore=0 phishscore=0 bulkscore=0 spamscore=0 clxscore=1015 lowpriorityscore=0 impostorscore=0 adultscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.0.1-1702020001 definitions=main-1703060163 X-MS-Exchange-Transport-CrossTenantHeadersStamped: BY2PR02MB2039 x-forefront-prvs: 0238AEEDB0 Accept-Language: en-US x-exchange-antispam-report-test: UriScan:(154135814692180); X-MS-Exchange-CrossTenant-fromentityheader: Hosted spamdiagnosticmetadata: NSPM x-exchange-antispam-report-cfa-test: BCL:0;PCL:0;RULEID:(102415395)(6040375)(601004)(2401047)(8121501046)(5005006)(3002001)(10201501046)(6041248)(20161123562025)(20161123564025)(20161123560025)(20161123558025)(20161123555025)(6072148);SRVR:BY2PR02MB2039;BCL:0;PCL:0;RULEID:;SRVR:BY2PR02MB2039; x-microsoft-antispam: UriScan:;BCL:0;PCL:0;RULEID:(22001);SRVR:BY2PR02MB2039; >
Email-Archiver-Version: 371.100