# EXHIBIT 34

**From:** Rod wheeler <rod@rodwheeler.com>
**To:** Malia Zimmerman <maliamzimmerman@gmail.com>
**Cc:** Rod wheeler <rod@rodwheeler.com>, Ed Butowsky <ebutowsky@gmail.com>
**Subject:** social media - seth rich
**Date:** March 7, 2017 at 3:26:45 PM EST

Thanks! Yes, I noticed the post from the girl, Julia. Im curious who some of the guys are in the photo as well.

I will let you know once I speak with Joel. (will call you later this evening. About to drive over to Lou's)

Thanks
Rod
On Mar 7, 2017, at 3:24 PM, Malia Zimmerman <maliamzimmerman@gmail.com> wrote:

Looks great.

Don't forget to get the video footage promised to the family of the killers in the crosswalk taken from the minimart. (with police)

And any other footage from the bar that night (if there is any).

What about a return on a warrant (if they got a warrant) and any body camera footage from police?

reports from EMS/medical records from that night.

Gps data on his phone and you mentioned phone records - maybe they can authorize you to get that from his carrier?

Maybe you could ask Seth Rich's parents about what they found in his apartment. Any strange keys, safes, other electronics? Banking info etc. What about electronic games (that is how the terrorists sometimes communicate along with telegram)

I also ran a social media report on him but it is mostly other people/articles talking about his murder. (see attached)

Also on FB he has pictures with a few friends. Would be interesting to ask the dad who they are. One girl has a weird post.

Here is the girl he writes to

https://www.facebook.com/juliapoipoi?fref=ufi

see their exchange.

**Julia Barrett** lol

No automatic alt text available.

July 20, 2015 at 6:00pm

**Seth Rich** Alone, right?
2 · July 20, 2015 at 6:11pm

**Julia Barrett**

July 20, 2015 at 6:12pm

**Daniel Christensen** Damn! Now I have to stand up every time you post something.
1 · July 20, 2015 at 6:15pm

On Tue, Mar 7, 2017 at 12:12 PM, Rod wheeler <rod@rodwheeler.com> wrote:
Trying to gain access. I've added it to the list of requests for Joel.
1. Access to twitter and Facebook Acct.
2. Send Seth's cell phone to me via overnight mail
3. Can I retrieve Seths "personal" computer that was never taken by police. Perhaps he can send me the hard drive.
4. Any video from the memorial service held for Seth?
5. Authorization to get the Autopsy report.
6. Authorization to get the CIC/Spot Shotter report.

7. ????

Rod

On Mar 7, 2017, at 2:50 PM, Malia Zimmerman <maliamzimmerman@gmail.com> wrote:

Maybe you can get access to his social media accounts

this is locked

https://twitter.com/seth_rich/following

https://www.facebook.com/seth.rich.77

<Screenshot 2017-03-07 11.33.47.png><Screenshot 2017-03-07 11.50.45.png>
<Screenshot 2017-03-07 12.17.33.png><Social Media Locator Seth Rich.webarchive>

<mailcore::MessageHeader 0x7fce33813420 Message-ID: 470D9B35-F8AD-4CE9-85C0-2832B1E24B2F@rodwheeler.com References: [CAOCmf5OnD4aKyrt-8QmCiJUPF1WKzsbMvvrejRYMit==3D7qQA@mail.gmail.com,B7E3D39C-2600-4DC2-8FDE-33E2BB1CBA4D@rodwheeler.com,CAOCmf5NYmB50saXqF5cZEN7PvMAo0eZqi-DKiB3k=4htq3enkA@mail.gmail.com] In-Reply-To: [CAOCmf5NYmB50saXqF5cZEN7PvMAo0eZqi-DKiB3k=4htq3enkA@mail.gmail.com] From: mailcore::Address 0x7fce33820240 Rod wheeler <rod@rodwheeler.com> To: [mailcore::Address 0x7fce33820a40 Malia Zimmerman <maliamzimmerman@gmail.com>] Cc: [mailcore::Address 0x7fce33820300 Rod wheeler <rod@rodwheeler.com>,mailcore::Address 0x7fce33832cf0 Ed Butowsky <ebutowsky@gmail.com>] Subject: Re: social media - seth rich Content-Type: multipart/alternative; boundary="Apple-Mail=_2A5FC761-D904-48D2-BD6A-99F897853DD1" Mime-Version: 1.0 (Mac OS X Mail 10.2 \(3259\)) X-Universally-Unique-Identifier: 36F34117A-32D4-4B16-986B-3B6E2FDA84C9 >
Email-Archiver-Version: 371.100