# EXHIBIT 35

**From:** ed butowsky <ebutowsky@gmail.com>
**To:** Rod wheeler <rod@rodwheeler.com>, Malia Zimmerman <maliamzimmerman@gmail.com>
**Subject:** Edison Media Research and Seth Rich
**Date:** March 8, 2017 at 5:09:43 PM EST

I JUST SENT BOH OF YOU AN INVITE TO A ZOOM VIDEO CONF STARTING IN 20 MINS

On 3/8/17, 2:12 PM, "Rod wheeler" <rod@rodwheeler.com> wrote:

Thanks Malia. I spoke with Joel this morning and he assured me the signed agreement would be coming my way by early evening. He also shared with me that Aaron and Molly are in possession of the "2nd" cell phone so I would need to get it from them. Further, he said that Aaron and Molly examined the other "personal computer" but they did not see anything worth noting. I told him I would like to copy the hard drive and have it reexamined. He said he doesn't think it would be a problem, but it is up to Aaron and Molly. He said that Aaron should have a timeline of everyone Seth talked with the night of the incident however, he too agreed that there are several gaps in time that no one has been able to account for yet. Im still waiting to hear back from my MPD contact. I think by tomorrow, I should be able to make a move with them. (MPD) Im utilizing different approaches to seek out our information from the case file. Im going to call Aaron again this evening if I don't hear from them by 7:00pm. (They are in Denver)

Rod-
On Mar 8, 2017, at 2:36 PM, Malia Zimmerman <maliamzimmerman@gmail.com> wrote:

There was an allegation by some on line that Seth Rich was killed because he was supposed to be a key witness in a lawsuit against Edison Media Research, which was being sued by some activist group for reporting inaccurate exit polling data.

I contacted the head of the group suing, Bob Fitrakis, and he said that they realized AFTER Seth Rich had died that he would have been a good witness in their case.. But Seth clearly wasn't killed for that reason.

Just tracking down these little weird allegations that seem to pop up around this story.

<mailcore:MessageHeader 0x7f85ec90ce00 Message-ID: 7E079864-4164-405B-AD1B-3ED036A46B9B@gmail.com References: [CAOCmf5PqD6c3pqgdCzOmAPyDCcxwzyepJUngc+XxKNvjcKxhjg@mail.gmail.com, 5D47D61D-AE4C-4A2B-8FBC-DA585F7C1FA3@rodwheeler.com] From: mailcore::Address 0x7f85ec905680 ed butowsky <ebutowsky@gmail.com> To: [mailcore::Address 0x7f85ec905d50 Rod wheeler <rod@rodwheeler.com>, mailcore::Address 0x7f85ec906010 Malia Zimmerman <maliamzimmerman@gmail.com>] Subject: Re: Edison Media Research and Seth Rich Mime-version: 1.0 Return-Path: <ebutowsky@gmail.com> User-Agent: Microsoft-MacOutlook/f.15.1.160411 X-Received: by 10.55.68.34 with SMTP id r81mr10210145pka.90.1489010985452; Wed, 08 Mar 2017 14:09:45 -0800 (PST) Thread-Topic: Edison Media Research and Seth Rich X-Cm-Message-State: AFeK/H2QyHOU8s3df++xdl+iaWPfMZ3pHNBO7n36oCCacLEIovsI3U12Fgh9el6lM3KgKow== Content-transfer-encoding: quoted-printable X-Nonspam: None DKIM-Signature: v=1; a=rsa-sha256, c=relaxed/relaxed; d=gmail.com; s=20161025; h=user-agent:date:subject:from:to:message-id:thread-topic:references:in-reply-to:mime-version:content-transfer-encoding; bh=Rq+s+1DIysopRoPm03xZ7R11d3d7F1WyLnkURwy6kvI=; b=s73bH9zFXYHuONUQCykNidAOpLhzPnYP9AlpDvfdqV6LssvpeB)XR2TCPYftB3yKZe emOr7OZnoF6XtyWPjWgrT/oTpE/PsnRucI7wxI2CfKSNvqx+jWlsIElQRAQACzie8zCpE ZOUJXxI26COVCyFRpiUIIK8jYw3gu8Oe4FHoIC7ayPfHFs9ZOOz0x0ROTjQsqAzhtwopR AE7IQZqKAtB7lV7wr9MFC93CuamDMpCasH5XqMgcwXw6M29cw46iQwUTU9C7yhoWAmrjc fBp2CtmiGOo0Wp0WBofxDjnfhHtrhIodlQXthqaOcq7jO2oZJR whane4969EPffdform wrXA== Received: (qmail 7718 invoked by uid 30297); 8 Mar 2017 22:09:46 -0000 Content-type: text/plain; charset="UTF-8" X-Google-DKIM-Signature: v=1; a=rsa-sha256, c=relaxed/relaxed; d=1e100.net; s=20161025; h=x-gm-message-state:user-agent:date:subject:from:to:message-id:thread-topic:references:in-reply-to:mime-version:content-transfer-encoding; bh=Rq+s+1DIysopRoPm03xZ7R11d3d7F1WyLnkURwy6kvI=; b=rswbmWoiG1CPtyNf0lm1REO53m3bxZA+3nWFiRmd23n8t9hWkKIxglhlbO99hT5QRoCK EnqfRqfSBF6Z03tzhPWsaBX4s98MUSsX4K3lhT8Tld1RorrCKD/MyeMZKpKa2VovOFpS W0sUL03qMsdlxhCw46JWRM1iRmxfBPxXJTlRAgY1PL7wQYj5x3CXCs2NQb1nZF3ezh b0icOR0s8NMkLsLOLT2Z133qUvmOoc2mpq+t+KLQYOu2Xoz6TUqY16U96+b3jPU75T3CRtEE0QkyQDROBLTEjfxBsP62Jpe9etNB9NWCX5Oamngjh+BBIwv+cJssM06RA3ypHE CSNA==>
Email-Archiver-Version: 371.100