# EXHIBIT 36

**From:** ebutowsky@gmail.com
**To:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**Cc:** rod@rodwheeler.com <rod@rodwheeler.com>
**Subject:** media inquiry - Fox News
**Date:** March 13, 2017 at 3:58:17 PM EDT

I think we knew that. The FBI only help by the cyber unit. The entire case is being investigated by the DC police homicide division and as we know they were told not to pursue it.

On Mar 13, 2017, at 12:54 PM, Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> wrote:

what do you think?

---

**From:** Schwab, Nicole J. (WF) (FBI) <Nicole.Schwab@ic.fbi.gov>
**Sent:** Monday, March 13, 2017 12:52 PM
**To:** Zimmerman, Malia McLaughlin
**Subject:** media inquiry - Fox News

Good Afternoon Malia,

The FBI's Washington Field Office is not assisting the DC police with the investigation into the murder of Seth Rich in any capacity.

Thank you!

Nicole J. Schwab

FBI Washington Field Office

Public Affairs

Desk: 202-278-3041

Media Line: 202-278-3519

---

**From:** Zimmerman, Malia McLaughlin [mailto:Malia.Zimmerman@FOXNEWS.COM]
**Sent:** Friday, March 10, 2017 4:02 PM
**To:** Schwab, Nicole J. (WF) (FBI) <Nicole.Schwab@ic.fbi.gov>; Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**Subject:** media inquiry - Fox News

Hi Nicole

Per our conversation on the phone, I am writing to ask two questions:

1) Did the FBI assist the DC police with the investigation into the murder of Democratic National Committee employee Seth Rich, and if so, in what capacity? I was told it was to do a cyber review of his computer since it was encrypted. Is that the case? If not, in what manner did the FBI assist?

2) If the FBI did examine his computer and/or cell phone, can you disclose whether any communication was found between Seth Rich and Wikileaks, including emails, drop box exchanges, texts, or financial transactions? Or whether he was in possession of the emails found on from the DNC on Wikileaks?

Thank you.

Malia

WHEELER0000119

Malia Zimmerman

Investigative Reporter,

FoxNews.com

2044 Armacost Avenue

Los Angeles, CA 90025

O: 310-571-2042

M: 808-306-3161

E: Malia.Zimmerman@foxnews.com

<image002.jpg>

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

<mailcore::MessageHeader 0x76d73e1706c0 Message-ID: 44063FDD-9E68-41E5-97D1-7A5517EEA757@gmail.com References: [BY2PR02MB2038B8DB03E95A96D94BBEB200@BY2PR02MB2038.namprd02.prod.outlook.com.953eefa7a326481da5731f133f9ea2@HQV2-UEMBX-421FBI.OCW,BY2PR02MB2038A05AD4F101E372BAE406EB250@BY2PR02MB2038.namprd02.prod.outlook.com] In-Reply-To: [BY2PR02MB2038A05AD4F101E372BAE406EB250@BY2PR02MB2038.namprd02.prod.outlook.com] From: <mailcore::Address 0x76d73e179c70 <ebutowsky@gmail.com> To: [mailcore::Address 0x76d73e179fa0 rod@rodwheeler.com <rod@rodwheeler.com>] Subject: Re: media inquiry - Fox News Return-Path: <ebutowsky@gmail.com> Content-Type: multipart/alternative; boundary=Apple-Mail-E88C3E37-5B9F-4F67-AF8D-159900B7CEF8 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>] Cc: [mailcore::Address 0x7fd73e179fa0 rod@rodwheeler.com <rod@rodwheeler.com>] Subject: Re: media inquiry - Fox News Return-Path: <ebutowsky@gmail.com> Content-Type: multipart/alternative; boundary=Apple-Mail-E88C3E37-5B9F-4F67-AF8D-159900B7CEF8 X-Received: by 10.84.197.131 with SMTP id n3mr49765347pld.43.1489435099615; Mon, 13 Mar 2017 12:58:19 -0700 (PDT) X-Gm-Message-State: AMke39mCEzl37vN4B0DqHdsqc+y3v7QVs0Ec73TNhpgX1rL10ERPgKMFzTBnv+64fXbs== X-Nonspam: None Content-Transfer-Encoding: 7bit X-Mailer: iPhone Mail (14D27) DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20161025; h=mime-version:subject:from:in-reply-to:date:cc:content-transfer-encoding:message-id:references:to; bh=kf3xjFFb)2yndrPOHneyP7WhaA12R+gbQ3a1DHyVs2M=; b=NRoCLxqHFHs9ues)g.geougpFq3+xd.MCPmKgh5ylWEhrPrPrhiDspuBHaWC5J65y0+v 7yZ5EqZLAQR6vEmZmmX4UqZj49ilY1O+bCBS8AXst4js1+89hMrE7fAQQDAmvpeBiw01rg383oEhCSsoPrK3P1BFaQyv8lVl+8lZIgeIjBIGkZsuifvmaYR83f69QPtJsvVvyGFQE Z4ud+T5PCa4fraxn5v3hM1+Shpb62pahCA9cSFh4y6UHDhNeetN9+DSVZV3bhojvB956Pv Vbkbb3kwa5B134x23ILokFb451+jfwv0X5khrfPBrVBPCymNaaRcyOLzTQcqgaXCVvH cy5A== Received: (qmail 21444 invoked by uid 30297); 13 Mar 2017 19:58:20 -0000 Mime-Version: 1.0 (1.0) X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=1e100.net; s=20161025; h=x-gm-message-state:mime-version:subject:from:in-reply-to:date:cc:content-transfer-encoding:message-id:references:to; bh=kf3xjFFb)2yndrPOHneyP7WhaA12R+gbQ3a1DHyVs2M=; b=mDCPOKru5eryZWMCyre8mis2KjDkry5QsSV5W9iKd5wWjiEVPydxTe/XyiwDLhoksu oYC5RIMOyvCknaX1gQCUaI4xUHaY/k7bDuPzfOPQANMMf0kBbd2iHBPYuDl65el2cpc UsaKMUOU3M7f69aWSw9EMVEqmYA4DKvldPY4pCP1VWDugaNwFlLB2YHCLSC0SYoQ/Yo gw/ZBe9PpMMNXdfCheDWXY6BFs13HyeIP9WvKBRtBEIHxz/fBpOqtZaXMtgIHioeIuTq diteK.l6gMfT/7qGRPnmA4kVxLXcnrgoHQuvsje69/hAazevWebiTjROed3bSsdov+jLRO hPig==>
Email-Archiver-Version: 371.100