# EXHIBIT 37

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** Rod Wheeler <rod@rodwheeler.com>, Ed Butowsky <ed@chapwoodinvestments.com>, ebutowsky@gmail.com <ebutowsky@gmail.com>
**Subject:** media inquiry - Fox News
**Date:** March 30, 2017 at 12:56:10 PM EDT

fyi
very frustrating. The FBI won't say whether or not they helped with the Seth Rich computer. Seems like if they had not, they would just say no

---

**From:** NPO <NPO@ic.fbi.gov>
**Sent:** Thursday, March 30, 2017 9:54 AM
**To:** Zimmerman, Malia McLaughlin
**Subject:** RE: media inquiry - Fox News

I was saying we do not have any comment.

Susan McKee
Unit Chief
National Press Office
FBI Office of Public Affairs

202-324-6345 office
202-384-6828 mobile

---

**From:** Zimmerman, Malia McLaughlin [mailto:Malia.Zimmerman@FOXNEWS.COM]
**Sent:** Thursday, March 30, 2017 12:52 PM
**To:** NPO <NPO@ic.fbi.gov>
**Subject:** Re: media inquiry - Fox News

Could you please clarify this response. I don't really understand what you mean.

Are you saying you helped with the forensic audit or computer analysis for Seth Rich or did not do so.

Or you won't say?

Thanks.

Malia

**From:** NPO <NPO@ic.fbi.gov>
**Sent:** Thursday, March 30, 2017 9:46:58 AM
**To:** Zimmerman, Malia McLaughlin; Housley, Adam
**Subject:** RE: media inquiry - Fox News

Sorry, Malia, for the delay.  The FBI does not have anything to add.

Susan McKee
Unit Chief
National Press Office
FBI Office of Public Affairs

202-324-6345 office
202-384-6828 mobile

**From:** Zimmerman, Malia McLaughlin [mailto:Malia.Zimmerman@FOXNEWS.COM]
**Sent:** Thursday, March 30, 2017 11:34 AM
**To:** NPO <NPO@ic.fbi.gov>; Housley, Adam <Adam.Housley@FOXNEWS.COM>; Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**Subject:** Re: media inquiry - Fox News

Good morning.

Just circling back around on this media inquiry.

**From:** Zimmerman, Malia McLaughlin
**Sent:** Tuesday, March 28, 2017 2:47 PM
**To:** npo@ic.fbi.gov; Housley, Adam; Zimmerman, Malia McLaughlin
**Subject:** media inquiry - Fox News

Good afternoon,

We are writing from FoxNews.com in hopes of getting an answer to the questions below.

We were directed to you by the DC police department:

1) Did the FBI Cyber unit or any FBI forensic team or any FBI employee, analyst or agent assist the Washington DC police with the investigation into the murder of Democratic National Committee employee Seth Rich, and if so, in what capacity? We were told two agents performed a cyber review of Seth Rich's computer because it was encrypted. Is that the case? Did the FBI assist in any capacity in this investigation, remotely or otherwise?

2) If the FBI did examine Seth Rich's computer and/or cell phone, can you disclose whether any communication was found between Seth Rich and Wikileaks, including emails, drop box exchanges, texts, or financial transactions? Or whether he was in possession of the emails found on from the DNC on Wikileaks?

3) Finally, did Seth Rich's name turn up in any investigation of Wikileaks email leaks related to the DNC, and if so, in what capacity?

Thank you.

Malia

Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue
Los Angeles, CA 90025

O: 310-571-2042
M: 808-306-3161
E: Malia.Zimmerman@foxnews.com



This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or

its attachments are without defect.

<mailto:MessageHeader.0x7fcb0e0c7c00 Message-ID: MWHPR02MB25104D4A4CD782DB0361E4E0EB340@MWHPR02MB2510.namprd02.prod.outlook.com References: [BY2PR02MB2038D9764BB38D73722 4BDEFEB250@BY2PR02MB2038.namprd02.prod.outlook.com,DM5PR02MB2506F4AC9FD0FB55D50252 0FEB3204@DM5PR02MB2506.namprd02.prod.outlook.com,9f6d375c24c74172bcf6fb95875f07bc@HCQV2-UEMBX-409.FBI.OOV,MWHPR02MB25106CCE25345FC9B7F3A73 8EB340@MWHPR02MB2510.namprd02.prod.outlook.com,f9670456964149cd8859f1e15b72d0d8@HCQV2-UEMBX-409.FBI.OOV] In-Reply-To: [f9670456964149cd8859f1e15b72d0d8@HCQV2-UEMBX-409.FBI.OOV] From: mailcore:Address 0x7fcb0e0c8060 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> To: [mailcore:Address 0x7fcb0e0c8120 Rod Wheeler <rod@rodwheeler.com>,mailcore:Address 0x7fcb0e0c8a40 Ed Butowsky <ed@chapwoodinvestments.com>,mailcore:Address 0x7fcb0e0c8d10 ebutowsky@gmail.com <ebutowsky@gmail.com>] Subject: Re: media inquiry - Fox News X-MS-TNEF-Correlator: Content-Type: multipart/alternative; boundary="_000_MWHPR02MB25104D4A4CD782DB0361E4E0EB340MWHPR02MB2510namp_" x-forefront-antispam-report: SFV:NSPM;SFS:(10009020)(39450400003)(39840400002)(39410400002)(39400400002)(377454003)(58434003)(1564003)(589010001)(7696004)(7703606)(6506006)(5660300011)(6116002)(6430002)(2906002)(2950100002)(229853002)(236005)(6606003)(102836003)(3660700001)(53936002)(9686003)(733005)(606005)(3280700002)(189698001)(122556002)(9836004)(1961863001)(97736004)(2900100001)(8636001)(76176999)(2501003)(54356999)(7736002)(74816002)(50866999)(7906003)(6246003)(25786009)(896002)(8676002)(54896002)(38730400002)(99286003)(53546009)(81166006)(33656002)(196274f5001)(39060400002)(5501600 2)(6306002);DIR:OUT;SFP:1101;SCL:1;SRVR:MWHPR02MB2510;H:MWHPR02MB2510.namprd02.prod.outlook.com;FPR:;SPF:None;MLV:ovrnspm;PTR:InfoNoRecords;LANG:en; authentication-results: rodwheeler.com; dkim=none (message not signed) header.d=none;rodwheeler.com; dmarc=none action=none header.from=FOXNEWS.COM; X-MS-Exchange-CrossTenant-originalarrivaltime: 30 Mar 2017 16:56:10.5012 (UTC) MIME-Version: 1.0 Thread-Topic: media inquiry - Fox News X-MS-Exchange-CrossTenant-id: f0a087e0-8516-4c1a-bf25-7796e09a6d7e X-OriginatorOrg: foxnews.com x-microsoft-exchange-diagnostics: 1;MWHPR02MB2510;7:6VA1sPC1A3PeVbviyCOCr6f5PHRzXyODf45Yd1wDCb8FWL49FZNe1Yq8f598VBrB6o7F7FOCeWeOgEO(QieP4uhkQOyynqVByigNLV+eToC8vTcYYQQp1gQnzCOyiZz5QWglgNZDKChHhXypm w+tx5Rm2soXPuhRolg38CfXODR9x7asBQzWAJ4CrJtgqX95sxoFnDyvymM/0s9stH3D2Fv/IiV3aJYIhYq2qlrbaBow2057yW3n3yPpnFRaAH6sbpUprmpfytEs0V tc5ppn1cEfADozOu+1B9yJalzCjmFjv+ds9yx1ifnye4jK9CDLsIqR6FcSRdC8PgH/DtVzA== x-ms-office365-filtering-correlation-id: 5473d1ba0-0e4e-4bec-3b8c-084477fkdsae1 Thread-Index: AQHSnDkO1TBdAcxt6CUKfWdunsF5Y4aOg4KL7gAK2smeAAB83o1AAA3wwgABAB3CAAAA7Dg== spamdiagnosticoutput: 1.99 x-microsoft-antispam-prvs: <MWHPR02MB2510EDDA3602B12CAB8E1 76PEB8340@MWHPR02MB2510.namprd02.prod.outlook.com> x-originating-ip: [2605:e000:8488:d000:2d5:a72b:62:45:2cf9] X-MS-Has-Attach: Content-Language: en-US X-Nonspam: None X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:,definitions=2017-03-30_14:,signatures=0 DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=foxnews.com; h=from : to : subject : date : message-id : references : in-reply-to : content-type : mime-version; s=foxnews; bh=fCXFBwfrawmLF+o+bRMpinPouNg+W5HB00u0FP5JP0g=; b=bDl3jh399VHzje3WgpA/gCBeimgTy1COr3KILxsMFH6rPj+KCC/VpnIjiRzfCz3yX3M5e7L3q MnpxoPtP30MCog9JZHpxC/HYutlFzYoW1dwT4mchrz6/RIh3KpA9nbt8nHzPXXe5YoLzp j8MD36qUHei3cBj+NNAeIHo6ef4DhmF59A= Received: (qmail 3201 invoked by uid 30297); 30 Mar 2017 16:56:16 -0000 X-Proofpoint-Spam-Details: rule=outbound_policy_notspam policy=outbound_policy score=0 priorityscore=1501 malwarescore=0 suspectscore=0 phishscore=0 spamscore=0 clxscore=1015 lowpriorityscore=0 impostorscore=0 adultscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.0.1-1702020001 definitions=main-1703030147.X-MS-Exchange-Transport-CrossTenantHeadersStamped: MWHPR02MB2510 x-forefront-prvs: 02622CEF0A Accept-Language: en-US x-exchange-antispam-report-test: UriScan:(16447070)(6847 70)(154135814)(692180)(211996372)(134217); X-MS-Exchange-CrossTenant-fromentityheader: Hosted spamdiagnosticmetadata: NSPM x-exchange-antispam-report-cfa-test: BCL:0;PCL:0;RULEID:(6040450)(601004)(2401047)(5005006)(8121501046)(802001)(1020150104 6)(6041248)(20161123560425)(20170313142307 5)(20170221528075)(20170306142 1075)(20161235555025)(20161123560025)(6072148);SRVR:MWHPR02MB2510;BCL:0;PCL:0;RULEID:;SRVR:MWHPR02MB2510; x-microsoft-antispam: UriScan:;BCL:0;PCL:0;RULEID:(2201)(2017030254075)(20170313142307 5)(20170303113308 1);SRVR:MWHPR02MB2510; >
Email-Archiver-Version: 371.100

WHEELER0000187