# EXHIBIT 38

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** Rod Wheeler <rod@rodwheeler.com>, ebutowsky@gmail.com <ebutowsky@gmail.com>
**Subject:** media inquiry - Fox News
**Date:** March 30, 2017 at 1:09:11 PM EDT

FYI

**From:** Zimmerman, Malia McLaughlin
**Sent:** Thursday, March 30, 2017 10:06 AM
**To:** NPO
**Subject:** Re: media inquiry - Fox News

Thanks for clarifying.

The FBI in DC was able to confirm on the record they are not assisting the DC police on this case, so that is the kind of clarification I am looking for.

Just a "yes" or "no" would be much appreciated even if you cannot provide details of the assistance.

Thanks.

Malia

**From:** NPO <NPO@ic.fbi.gov>
**Sent:** Thursday, March 30, 2017 9:54:32 AM
**To:** Zimmerman, Malia McLaughlin
**Subject:** RE: media inquiry - Fox News

I was saying we do not have any comment.

Susan McKee
Unit Chief
National Press Office
FBI Office of Public Affairs

202-324-6345 office
202-384-6828 mobile

WHEELER0000194

**From:** Zimmerman, Malia McLaughlin [mailto:Malia.Zimmerman@FOXNEWS.COM]
**Sent:** Thursday, March 30, 2017 12:52 PM
**To:** NPO <NPO@ic.fbi.gov>
**Subject:** Re: media inquiry - Fox News

Could you please clarify this response. I don't really understand what you mean.

Are you saying you helped with the forensic audit or computer analysis for Seth Rich or did not do so.

Or you won't say?

Thanks.

Malia

**From:** NPO <NPO@ic.fbi.gov>
**Sent:** Thursday, March 30, 2017 9:46:58 AM
**To:** Zimmerman, Malia McLaughlin; Housley, Adam
**Subject:** RE: media inquiry - Fox News

Sorry, Malia, for the delay.  The FBI does not have anything to add.

Susan McKee
Unit Chief
National Press Office
FBI Office of Public Affairs

202-324-6345 office
202-384-6828 mobile

**From:** Zimmerman, Malia McLaughlin [mailto:Malia.Zimmerman@FOXNEWS.COM]
**Sent:** Thursday, March 30, 2017 11:34 AM
**To:** NPO <NPO@ic.fbi.gov>; Housley, Adam <Adam.Housley@FOXNEWS.COM>; Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**Subject:** Re: media inquiry - Fox News

Good morning.

Just circling back around on this media inquiry.

---

**From:** Zimmerman, Malia McLaughlin
**Sent:** Tuesday, March 28, 2017 2:47 PM
**To:** npo@ic.fbi.gov; Housley, Adam; Zimmerman, Malia McLaughlin
**Subject:** media inquiry - Fox News

Good afternoon,

We are writing from FoxNews.com in hopes of getting an answer to the questions below.

We were directed to you by the DC police department:

1) Did the FBI Cyber unit or any FBI forensic team or any FBI employee, analyst or agent assist the Washington DC police with the investigation into the murder of Democratic National Committee employee Seth Rich, and if so, in what capacity? We were told two agents performed a cyber review of Seth Rich's computer because it was encrypted. Is that the case? Did the FBI assist in any capacity in this investigation, remotely or otherwise?

2) If the FBI did examine Seth Rich's computer and/or cell phone, can you disclose whether any communication was found between Seth Rich and Wikileaks, including emails, drop box exchanges, texts, or financial transactions? Or whether he was in possession of the emails found on from the DNC on Wikileaks?

3) Finally, did Seth Rich's name turn up in any investigation of Wikileaks email leaks related to the DNC, and if so, in what capacity?

Thank you.

Malia

Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue
Los Angeles, CA 90025

O: 310-571-2042
M: 808-306-3161
E: Malia.Zimmerman@foxnews.com

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

<mailcore:MessageHeader 0x7f85ec918600 Message-ID: MWHPR02MB25103060C961869430A98F680EB340@MWHPR02MB2510.namprd02.prod.outlook.com References: [BY2PR02MB2038D9764BB38D737224BDEFEB250@BY2PR02MB2038.namprd02.prod.outlook.com,DM5PR02MB2506F4AC0FD0FB55D502520FEB320@DM5PR02MB2506.namprd02.prod.outlook.com,MWHPR02MB25105D3EDF3D4961238E8840EB340@MWHPR02MB2510.namprd02.prod.outlook.com,9f6d375c24c74172bcfb6fb9587ff07bo@HQV2-UEMBX-409.FBI.OOV,MWHPR02MB25106CCE25345FC9B7F3A738EB340@MWHPR02MB2510.namprd02.prod.outlook.com,f9670456964149cd8859f1e15b72d048@HQV2-UEMBX-409.FBI.OOV,MWHPR02MB25100654282B6D44222B7CDEEB340@MWHPR02MB2510.namprd02.prod.outlook.com] In-Reply-To: [MWHPR02MB25100654282B6D44222B7CDEEB340@MWHPR02MB2510.namprd02.prod.outlook.com] From: mailcore: Address 0x7f85ec918a60 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> To: [mailcore: Address 0x7f85ec918b20 Rod Wheeler <rod@rodwheeler.com>, mailcore: Address 0x7f85ec919440 ebutowsky@gmail.com <ebutowsky@gmail.com>] Subject: Re: media inquiry - Fox News X-MS-TNEF-Correlator: Content-Type: multipart/alternative; boundary="_000_MWHPR02MB25103060C961869430A98F680EB340MWHPR02MB2510namp_" x-forefront-antispam-report: SFV:NSPM;SFS:(10009020)(3694040002)(3940400002)(39410400002)(39450400003)(58432400 2)(81564003)(377454003)(6923400 5)(5501600 2)(606005)(122256002)(9928600 3)(54896002)(53956002)(6306002)(6506006)(753005)(6436002)(7696004)(6686003)(566030 0001)(7709600 6)(29501000 2)(1962740500 1)(2475003)(9686003)(236005)(22853002)(2900100 001)(5542140 02)(61160 02)(1028360 03)(366070000 1)(76176999)(54356999)(8676 002)(81166 006)(589010000 1)(50986999)(328070000 2)(1961863500 1)(53546009)(93886004)(3906040000 2)(38750400002)(7906003)(66620 01)(7736 002)(97736004)(1899980 01)(336560 02)(2578600 9)(25010 03)(2906002)(8936002)(74816002);DIR:OUT;SFP:1101;SCL:1;SRVR:MWHPR02MB2512;H:MWHPR02MB2510.namprd02.prod.outlook.com;FPR:;SPF:None;MLV:ovrnspm;PTR:InfoNoRecords;LANG:en;authentication-results: rodwheeler.com; dkim=none (message not signed) header.d=none; rodwheeler.com; dmarc=none action=none header.from=FOXNEWS.COM; X-MS-Exchange-CrossTenant-originalarrivaltime: 30 Mar 2017 17:09:11.2590 (UTC) MIME-Version: 1.0 Thread-Topic: media inquiry - Fox News X-MS-Exchange-CrossTenant-id: f0a387e0-8516-4c1a-bf25-7796e09a6d7e X-OriginatorOrg: foxnews.com x-microsoft-exchange-diagnostics: 1;MWHPR02MB2512;7:BuArkj7eVeiUBQ8mQ4uDfwKzubUvgn7RXLS9A+QbfwtiYOf0eGFuJT5l49GmshQU9V3qbVhlCtpiEhkvfWnrR6vNeLyPuS+uRoiO6jRDtlxM6cu+U2wngxB5Zom0ISL6BUC1ZR.vsLjxRR1AeytLQ8o35kbfcceZVlpeR4tfWbxK23GWPAV3K3Ot6L8h3uo39j8py0slodnWNdR/uv1tf52vl2dffcuC02ln+Niy8ryYd3SFKpaFuX7c933 koR8tYyfDOHlHlZf9WRm+jE99gv4f8n8eu2Mqio01qRafv69EP9xdXCFFCgZav89IM8yYTaJqWNpqCMyWuDWRQ8Nq2rw== x-ms-office365-filtering-correlation-id: c2bf9010-04ba-4f06-8310-08d4778f7c52 Thread-Index: AQH3nDkGiTBdAoxtKUKFWdunaF5Y4aQn4KL7gAK3rneAAB3SolAAASww gAABA8CAAAMjxlAAAPSI spamdiagnosticoutput: 1:99 x-microsoft-antispam-prvs: <MWHPR02MB2512E201IE1E9A884352DA38EEB340@MWHPR02MB2512.namprd02.prod.outlook.com> x-originating-ip: [2605.e000.8438.d000.2d05.a72b.6245.2cf9] X-MS-Has-Attach: Content-Language: en-US X-Notspam: None X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:,,definitions=2017-03-30_14:,,signatures=0 DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=foxnews.com; h=from : to : subject : date : message-id : in-reply-to : content-type : mime-version; s=foxnews; bh=v6liCkfWjAyfOVE9f6wG8gfCvKcusB8pmMqpeVXohK3J/ox=; b=is8BMXbQu6B448QofKUUqx7od1FOUJ/UqDQwq64hJqE5i2ilo6jjXT/spPTy0oC0RpB4Z.7i3T6WYNyUZsSP2Q/P1dF+pjaeLDZwAvQFP7Us2V2fmaM+kiT44e5us5MXJ586CJmO/i/vFEZywR0BUC0bMHslpqsKafC+TgG3l/FY= Received: (qmail 55534 invoked by uid 30297); 30 Mar 2017 17:09:15 -0000 X-Proofpoint-Spam-Details: rule=outbound_policy_notspam policy=outbound_policy score=0 priorityscore=1501 malwarescore=0 suspectscore=0 phishscore=0 bulkscore=0 spamscore=0 clxscore=1015 lowpriorityscore=0 impostorscore=0 adultscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.0.1-1702020001 definitions=main-1703300149 X-MS-Exchange-Transport-CrossTenantHeadersStamped: MWHPR02MB2512 x-forefront-prvs: 02622CEF0A Accept-Language: en-US x-exchange-antispam-report-test: UriScan:(16447070658477 0)(1541358146921 80)(2115963721 34217); X-MS-Exchange-CrossTenant-fromentityheader: Hosted spamdiagnosticmetadata: NSPM x-exchange-antispam-report-cfa-test: BCL:0;PCL:0;RULEID:(6040450)(601004)(2401047)(5005006)(8121501046)(3002001)(1020150104 6)(93006067)(6041248)(2016112355502 5)(20161123564025)(2017051314230 75)(20170221528375)(20170306142107 5)(2016112356002 5); SRVR:MWHPR02MB2512;BCL:0;PCL:0;RULEID:(6072148);SRVR:MWHPR02MB2512;BCL:0;PCL:0;RULEID:(23001)(2017030254075)(201705131423075)(201703311330 81);SRVR:MWHPR02MB2512; >
Email-Archiver-Version: 371.100