# EXHIBIT 39

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** Rod Wheeler <rod@rodwheeler.com>, ebutowsky@gmail.com <ebutowsky@gmail.com>
**Subject:** media inquiry - Fox News
**Date:** March 30, 2017 at 1:18:21 PM EDT

this is from the DC FBI clarifying they have not been involved in the case.

so that is why i wrote to the national office.

---

**From:** Schwab, Nicole J. (WF) (FBI) <Nicole.Schwab@ic.fbi.gov>
**Sent:** Monday, March 13, 2017 1:09 PM
**To:** Zimmerman, Malia McLaughlin
**Subject:** media inquiry - Fox News

We are not assisting now and have not assisted in the past. I'm not sure if our national office would be involved either, but it doesn't hurt to ask.

Thanks again!

Nicole J. Schwab
FBI Washington Field Office
Public Affairs
Desk: 202-278-3041
Media Line: 202-278-3519

---

**From:** Zimmerman, Malia McLaughlin [mailto:Malia.Zimmerman@FOXNEWS.COM]
**Sent:** Monday, March 13, 2017 4:00 PM
**To:** Schwab, Nicole J. (WF) (FBI) <Nicole.Schwab@ic.fbi.gov>
**Subject:** Re: media inquiry - Fox News

Thanks Nicole

Just for clarification, the Washington field office is not assisting now with the investigation, but did the FBI field office assist in the past? If not, I will check with the National bureau's cyber unit. I was just told FBI in DC.

Thanks

Malia

**From:** Schwab, Nicole J. (WF) (FBI) <Nicole.Schwab@ic.fbi.gov>
**Sent:** Monday, March 13, 2017 12:52 PM
**To:** Zimmerman, Malia McLaughlin
**Subject:** media inquiry - Fox News

Good Afternoon Malia,

The FBI's Washington Field Office is not assisting the DC police with the investigation into the murder of Seth Rich in any capacity.

Thank you!

Nicole J. Schwab
FBI Washington Field Office
Public Affairs
Desk: 202-278-3041
Media Line: 202-278-3519

**From:** Zimmerman, Malia McLaughlin [mailto:Malia.Zimmerman@FOXNEWS.COM]
**Sent:** Friday, March 10, 2017 4:02 PM
**To:** Schwab, Nicole J. (WF) (FBI) <Nicole.Schwab@ic.fbi.gov>; Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**Subject:** media inquiry - Fox News

Hi Nicole

Per our conversation on the phone, I am writing to ask two questions:

1) Did the FBI assist the DC police with the investigation into the murder of Democratic National Committee employee Seth Rich, and if so, in what capacity? I was told it was to do a cyber review of his computer since it was encrypted. Is that the case? If not, in what manner did the FBI assist?

2) If the FBI did examine his computer and/or cell phone, can you disclose whether any communication was found between Seth Rich and Wikileaks, including emails, drop box exchanges, texts, or financial transactions? Or whether he was in possession of the emails found on from the DNC on Wikileaks?

Thank you.

Malia

Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue
Los Angeles, CA 90025

O: 310-571-2042
M: 808-306-3161
E: Malia.Zimmerman@foxnews.com

|                |
|----------------|

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

<mailcore:MessageHeader 0x7fcb0be5d560 Message-ID: MWHPR02MB2510C679C63B3F82F1FB1E57EB340@MWHPR02MB2510.namprd02.prod.outlook.com References: [BY2PR02MB2038B8D603E95A55A96DB4BBEB200@BY2PR02MB2038.namprd02.prod.outlook.com, 953eefa7a32648lda57311f1338a9aa2@HQV2-UEMBX-421.FBI.GOV,BY2PR02MB20386AD51E016B2D6C96578BEB2504@BY2PR02MB2038.namprd02.prod.outlook.com,7438654baa3c460a8f6f945273181641@HQV2-UEMBX-421.FBI.GOV] In-Reply-To: [7438654baa3c460a8f6f945273181641@HQV2-UEMBX-421.FBI.GOV] From: mailcore:Address 0x7fcb0be5d9e0 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> To: [mailcore:Address 0x7fcb0be5da80 Rod Wheeler <rod@rodwheeler.com>, mailcore:Address 0x7fcb0be5e3a0 ebutowsky@gmail.com <ebutowsky@gmail.com>] Subject: Fw: media inquiry - Fox News X-MS-TNEF-Correlator: Content-Type: multipart/related; boundary="_004_MWHPR02MB2510C679C63B3F82F1FB1E57EB340MWHPR02MB2510namp_"; type="multipart/alternative" x-forefront-antispam-report: SFV:NSPM;SFS:(10009020)(39840400002)(39400400002)(39410400002)(39450400002)(43784003)(377454003)(55016002)(6060005)(122556002)(99286003)(54896002)(53936002)(6306002)(6506006)(7330053)(54556002)(6436002)(7696004)(6606003)(5660300001)(77096006)(2950100002)(1942745001)(2473003)(9686003)(236005)(229651002)(9001000)(6116002)(10836005)(3660710001)(76176999)(54356999)(8676002)(61166006)(589010001)(99936001)(50986999)(23807000001)(19618665001)(5354609)(9886004)(3906040001)(3877040001)(7506003)(6306001)(7736002)(18699801)(53656002)(2578600)(2501003)(296002)(6936002)(74316002) DIR:OUT;SFP:1101;SCL:1;SRVR:MWHPR02MB2512;H:MWHPR02MB2510.namprd02.prod.outlook.com;FPR:;SPF:None;MLV:ovrspm;PTR:InfoNoRecords;LANG:en; authentication-results: rodwheeler.com; dkim=none (message not signed) header.d=none;rodwheeler.com; dmarc=none action=none header.from=FOX2NEWS.COM; X-MS-Exchange-CrossTenant-originalarrivaltime: 30 Mar 2017 17:18:21.0607 (UTC) MIME-Version: 1.0 Thread-Topic: media inquiry - Fox News X-MS-Exchange-CrossTenant-id: f3a087e0-8516-4c1a-bf25-7796e09a6d7e X-OriginatorOrg: foxnews.com x-microsoft-exchange-diagnostics: 1;MWHPR02MB2512;7;gY34RHnld2H/l#vyT9V4u3TVF1yybalXzQXuBBoTogA5YM4yUltfUSn2cV3qK32RXUUq3UNzA0nPDOBwXCWIC5759wpXOX(8p4bjvmGTM86Y3930BJ+VeoZ3+IO3LcAsOUjieHB8x[WgneKztpqZo1qlOvQYUhE31qpP7sdfts3si3713sNhhFGB(16fi6iu75CBqlC0HmiOmql5uO5WlBYyIhBvzfTsx3QF9CDcOdYsQz+L2F9WwLqc[K29O6yVsAm WCObE9HNIX30hfW0q@NCInWLeBBLgzpxEWqDqC3b250pd5QWjs++lllRUnMWCUnNLxoX3ZoJq+g== x-ms-office365-filtering-correlation-id: 3bf80055-e06c-4ab5-a279-08447790c40c Thread-Index: AQHBmeC14Cmi3aP5FE23DQy513M+IqQT1J6gAA3zUGAAAINgIAsieOX spamdiagnosticoutput:1.99 x-microsoft-antispam-prvs: =MWHPR02MB25128E915A4EE191406A36IBEB340@MWHPR02MB2512.namprd02.prod.outlook.com> x-originating-ip: [2605:e000:8488:d000:2d05:a72b:6245:2ef9] X-MS-Has-Attach: yes Content-Language: en-US X-Nonspam: None X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432;, definitions=2017-03-30_14;, signatures=0 DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=foxnews.com; h=from : to : subject : date : message-id : references : in-reply-to : content-type : mime-version; s=foxnews; bh=D1gCO+KWC03892I2eCNMumiSunRiqfBADZV0+CvOUE=; b=Og1QPEKRC8LXl56wWEIMwZj4lf5pP1i3mOmgeH4/FBLOKnlI3oYhmtGZo6kg/gGBAfC4#s UCsqDXzRQNwbfnhKacp4jQmNfdbtmh+P45IM4fQs46NHfp+bofhwqSQ3kZsLHPOxZnvNLSPo6FRNAfpzbbmoXfVDA8zR4QNpvHxsfov Received: (qmail 12966 invoked by uid 30297); 30 Mar 2017 17:18:25 -0000 X-Proofpoint-Spam-Details: rule=outbound_policy_notspam policy=outbound_policy score=0 priorityscore=1501 malwarescore=0 suspectscore=0 phishscore=0 bullscore=0 spamscore=0 clxscore=1015 lowpriorityscore=0 adultscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.0.1-1702020001 definitions=mail&m:1703800150 X-MS-Exchange-TransportCrossTenantHeadersStamped:MWHPR02MB2512 x-forefront-prvs: 02622CEF0A Accept-Language: en-US x-exchange-antispam-report-test: UriScan:(154135814692180); X-MS-Exchange-CrossTenant-fromentityheader: Hosted spamdiagnosticmetadata: NSPM x-exchange-antispam-report-cfs-test: BCL:0;PCL:0;RULEID:(102415395)(6040450)(601004)(2401047)(5005006)(8121501046)(3002001)(102015010140)(9300067)(9300100067)(6041248)(2016112355002)(2016123564025)(201703131423075)(201702281528075)(201703061421075)(2016112335024060025)(6072148);SRVR:MWHPR02MB2512;BCL:0;PCL:0;RULEID:(10241535.5)(6040450)(601004)(2401047)(5005006)(8121501046)(3002001)(102015010146)(9300065)(9300100067)(6041248)(2016112355002)(2016123564025)(201703131423075)(201702281528075)(201703061421075)(2016112335024025)(6072148);SRVR:MWHPR02MB2512;BCL:0;PCL:0;RULEID:(2001)(2017030254075)(201703131423075)(2017030311300081);SRVR:MWHPR02MB2512; > microsoft-antispam: UriScan;BCL:0;PCL:0;RULEID:(2001)(2017030254075)(2017031314307S)(2017030311300811);SRVR:MWHPR02MB2512; > Email-Archiver-Version: 371.100