# EXHIBIT 40

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** ebutowsky@gmail.com <ebutowsky@gmail.com>, Housley, Adam <Adam.Housley@FOXNEWS.COM>, Rod Wheeler <rod@rodwheeler.com>
**Subject:** quick question
**Date:** May 12, 2017 at 12:22:02 PM EDT

from the dark web search nothing turned up on Seth Rich's murder or his connection to wikileaks

---

**From:** Mark Turnage <Mark.Turnage@owlcyber.com>
**Sent:** Friday, May 12, 2017 8:56 AM
**To:** Zimmerman, Malia McLaughlin
**Subject:** Re: quick question

Malia
We looked but all we have found is repeated stories about the allegations....no proof though. Not surprising---if he were leaking to Wikileaks, it wouldn't necessarily show up on the darknet.....
Hope you are well
Mark

**Mark Turnage** | CEO
OWL Cybersecurity
303.888.4113
www.owlcyber.com

---

**From:** "Zimmerman, Malia McLaughlin" <Malia.Zimmerman@FOXNEWS.COM>
**Date:** Thursday, May 11, 2017 at 2:04 PM
**To:** Mark Turnage <Mark.Turnage@owlcyber.com>
**Subject:** Re: quick question

Hi Mark

Thank you.

I am looking for any information on the following:

Any mention of Democratic National Committee employee Seth Rich, who was

murdered on July 10, 2016 in DC. His murder is still unsolved.

Wikileaks offered a $20,000 reward for information that leads to the arrest of his killers, so anything that mentions who could have killed him or explains his connection to Wikileaks would be helpful.

We would like any proof that he was the leaker to Wikileaks.

We were told by reliable sources that he sold 30,000 emails that he took from his employer, the DNC, to Wikileaks, and that Romanian hackers were upset, and may have killed him in revenge.

We were told his murder was not a street robbery as police have said but a hit.

These were the very important emails credited with possibly swinging the election in Donald Trump's favor. And these are the emails the FBI has claimed that Russian hackers took and leaked to Wikileaks. We don't believe that is true.

We were told some information about this is on the dark web.

This sounds far fetched, I know, but these are reliable government sources.

Here is a story with some background on Seth Rich and Wikileaks.

http://www.foxnews.com/politics/2017/01/10/slain-dnc-staffers-father-doubts-wikileaks-link-as-cops-seek-answers.html




Slain DNC staffer's father doubts WikiLeaks link as cops seek answers

www.foxnews.com

Six months after a Democratic National Committee staffer was gunned down on a Washington, D.C., street, suspicion that he may have been the source who passed ...

Let me know what you think. Thanks!

Malia

---

**From:** Mark Turnage <Mark.Turnage@owlcyber.com>
**Sent:** Thursday, May 11, 2017 12:46 PM
**To:** Zimmerman, Malia McLaughlin
**Subject:** Re: quick question

Hi Malia
Happy to help. What are you looking for?
Mark

Sent from my iPhone

**Mark Turnage**

On May 11, 2017, at 12:51 PM, Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> wrote:

Hi Mark

I was wondering if you would be willing to help me with a dark web search. I am happy to attribute any information you find to your company in my story.

Thanks,
Malia

Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue
Los Angeles, CA 90025

O: 310-571-2042
M: 808-306-3161
E: Malia.Zimmerman@foxnews.com



This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by replying to this message and delete the message immediately thereafter. Thank you.

<mailcore::MessageHeader:0x7f83ec930f30 Message-ID: MWHPR02MB2510EED03A186CF7B418C3A6EBE20@MWHPR02MB2510.namprd02.prod.outlook.com References: [DM5PR02MB2506C90FD3FB659A25A55135EBED0@DM5PR02MB2506.namprd02.prod.outlook.com,EE2E7767-5752-4B6B-8006-899ADF1D450F@owlcyber.com,DM5PR02MB250650EAB6543A3AC708EDE9EBED0@DM5PR02MB2506.namprd02.prod.outlook.com,FFE743D2-F19E-4394-A1C3-5E77C26710AE@owlcyber.com] In-Reply-To: [FFE743D2-F19E-4394-A1C3-5E77C26710AE@owlcyber.com] From: mailcore::Address:0x7f83ec931330 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> To: [mailcore::Address:0x7f83ec9313f0 ebutowsky@gmail.com <ebutowsky@gmail.com>,mailcore::Address:0x7f83ec931d70 Housley, Adam <Adam.Housley@FOXNEWS.COM>,mailcore::Address:0x7f83ec931f00 Rod Wheeler <rod@rodwheeler.com>] Subject: Fw: quick question X-MS-TNEF-Correlator: Content-Type: multipart/alternative; boundary="_000_MWHPR02MB2510EED03A186CF7B418C3A6EBE20MWHPR02MB2510namp_" x-forefront-antispam-report: SFV:NSPM;SFS:(10009020)(39840400002)(39410400002)(39450400003)(39850400002)(39400400002)(24454002)(40134004)(85714005)(377454003)(76104003)(2501003)(38730400002)(2473003)(54896002)(229853002)(102836003)(54556002)(2950100002)(5890100001)(2900100001)(72206003)(50986999)(221733001)(966004)(81166006)(478600001)(66066001)(8676002)(53936002)(236005)(54356999)(76176999)(55016002)(93886004)(9686003)(99286003)(6306002)(6116002)(3846002)(2906002)(7116003)(7736002)(566030000 1)(19627405001)(7696004)(74316002)(19618635001)(7906003)(55414002)(122556002)(189998001)(733005)(500363010000 1)(6606003)(8936002)(606005)(6506006)(3660700001)(33656002)(86362001)(6436002)(53546009)(25786009)(551944002)(3280700002)(39060400002)(77096006);DIR:OUT;SFP:1101;SCL:1;SRVR:MWHPR02MB2830;H:MWHPR02MB2510.namprd02.prod.outlook.com;FPR:;SPF:None;MLV:ovrnspm;PTR:InfoNoRecords;LANG:en; authentication-results: gmail.com; dkim=none (message not signed) header.d=none;gmail.com; dmarc=none action=none header.from=FOXNEWS.COM; X-MS-Exchange-CrossTenant-originalarrivaltime: 12 May 2017 16:22:02.0261 (UTC) MIME-Version: 1.0 Thread-Topic: quick question X-MS-Exchange-CrossTenant-id: f0a087e0-8516-4c1a-bf25-7796e09a6d7e X-OriginatorOrg: foxnews.com x-microsoft-exchange-diagnostics: 1;MWHPR02MB2830;7:RX0XibRDn2XKxsgvxhOl7pQ6sXwjDrNLTk5H6hANor4kJlo77tUcC+MvfnZtaHgCtsW+RUHJQTK4PVexwctqNspJwlAGtdeOy0CTL/aRJ6Ii3rqjTgFf9/5rb0lJOZgHyyOfN+cSL+htmDY6vFQYy6KC3zr0kXOVJ7raWfwCNCl2IzEsrO+4otW72mmxnym00zo7+NWRUnxafqgGbG53xXXG0fhNB4ozdI6otkfQMnOydq/yVNkVcaD+RCl2ufnm3opTvt8rUSnbAt9Kzbbkf15467np9Aon+X7wdACpKQn+sFOnsV6+6ADZ60vbdItUAQ97aG6dCRVC1ZbHLenH8g== x-ms-office365-filtering-correlation-id: 05b9c633-74f1-4d8a-da7e-08d4995305a5 Thread-Index: AQHSyoc2NGAfUvKZHEKK6Tlh8Xg2Q6HviYsYgAACpviAAU9egIAABvm3 x-ms-publictraffictype: Email spamdiagnosticoutput: 1:99 x-microsoft-antispam-prvs: <MWHPR02MB283021EF1B10DBB74523E5C2EBE20@MWHPR02MB2830.namprd02.prod.outlook.com> x-originating-ip: [25.174.66.4] X-MS-Has-Attach: Content-Language: en-US X-Nonspam: None X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:,, definitions=2017-05-12_09:,, signatures=0 DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=foxnews.com; h=from : to : subject : date : message-id : references : in-reply-to : content-type : mime-version; s=foxnews; bh=qDZ0KTq8R5gvpxLX6bAaqPq0gd0p8FLVZ90IYsXmOkY=; b=l652mNPfXiY6iySDNcvei8olqIxEeZMMZV1Yw6MDHwwNrPMX/ASYSX//lJAfraRcsZ4F OuWVYxq/X142wQvCSJ9J3SHN/IfYfNYCDyfJac6nnleNj3Te9oYAH9klUomagatFOkHU QOSZftt7nSxpv66nf0AiVra31/wYSTfj7tQ= Received: (qmail 29335 invoked by uid 30297); 12 May 2017 16:22:07 -0000 X-Proofpoint-Spam-Details: rule=outbound_policy_notspam policy=outbound_policy score=0 priorityscore=1501 malwarescore=0 suspectscore=0 phishscore=0 bulkscore=0 spamscore=0 clxscore=1015 lowpriorityscore=0 impostorscore=0 adultscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.0.1-1703280000 definitions=main-1705120307 X-MS-Exchange-Transport-CrossTenantHeadersStamped: MWHPR02MB2830 x-forefront-prvs: 0305463112 Accept-Language: en-US x-exchange-antispam-report-test: UriScan:(154135814692180); X-MS-Exchange-CrossTenant-fromentityheader: Hosted spamdiagnosticmetadata: NSPM x-exchange-antispam-report-cfa-test: BCL:0;PCL:0;RULEID:(6040450)(601004)(2401047)(5005006)(8121501046)(93006095)(93001095)(3002001)(10201501046)(6041248)(20161123564025)(20161123560025)(20161123562025)(20161123555025)(201703131423075)(201702281528075)(201703061421075)(201703061406153)(20161123558100)(6072148);SRVR:MWHPR02MB2830;BCL:0;PCL:0;RULEID:;SRVR:MWHPR02MB2830; x-microsoft-antispam: UriScan:;BCL:0;PCL:0;RULEID:(22001)(201703025407 5)(201703131423075)(201703031133081)(201702281549075);SRVR:MWHPR02MB2830; >
Email-Archiver-Version: 371.100