# EXHIBIT 41

**From:** Malia Zimmerman <maliamzimmerman@gmail.com>
**To:** Ed Butowsky <ebutowsky@gmail.com>, Rod Wheeler <rod@rodwheeler.com>
**Subject:** please read carefully
**Date:** May 15, 2017 at 3:58:56 PM EDT

By Malia Zimmerman

The Democratic National Committee staffer who was gunned down on July 10 on a Washington, D.C., street last July just steps from his home in the cozy Washington DC's Columbia Heights neighborhood, leaked thousands of highly controversial emails to WikiLeaks that were generated internally between DNC party leaders, Fox News has confirmed after a 10-month investigation.

A federal investigator who reviewed an FBI forensic report detailing the contents of DNC staffer Seth Rich's computer generated within 96 hours after his murder, said Rich made contact with Wikileaks through Gavin MacFayden, a famous American investigative reporter and director of Wikileaks.

"I have seen and read the emails between Seth Rich and Wikileaks," the federal investigator told Fox News, confirming the MacFayden connection. But he said the whole case was put to rest after the FBI initial audit, and agents were told not to investigate further. The emails sit inside the FBI today, said the federal agent, who asked to remain a confidential source.

Rod Wheeler, a retired DC Homicide police detective who now runs a private detective firm and was hired to investigate Rich's murder, said he too uncovered evidence that confirms the connection between Rich and Wikileaks.

"My investigation up to this point shows there was some degree of email exchange between Seth Rich and Wikileaks," said Wheeler, who also is a Fox News contributor.

The last of the 44,053 emails and 17,761 attachments between Democratic National Committee leaders, which spanned from January 2015 through late May 2016, were transferred from Rich to Wikileaks before May 21. Fifty days later, Rich was murdered, shot twice in the back and left to die just steps from his home. On July 22, just 12 days after Rich was killed, Wikileaks published the emails. They showed top DNC officials conspired to stop Sen. Bernie Sanders of Vermont from becoming the party's presidential nominee. That controversy resulted in Debbie Wasserman Schultz resigning as DNC chairperson. A number of Sanders supporters refused to back party nominee, Hillary Clinton, and some subsequently formed groups to work against Clinton and their party. On August 9, Wikileaks added another mysterious twist to Rich's murder by tweeting: "WikiLeaks has decided to issue a US$20k reward for information leading to conviction for the murder of DNC staffer Seth Rich."

While some in the intelligence community and Congress have blamed Russian hackers for stealing and leaking emails from the DNC and Hillary Clinton's campaign to Wikileaks to impact the election in Donald Trump's favor, the emails show, at least in the case of the DNC emails, the emails were taken by Rich, possibly to expose the bias against Sanders.

The Metropolitian Police Department has no suspects and no substantial leads as to who the killer or killers may be.  DC Police, including the police chief, have continuously refused to answer questions from Fox News about the lagging murder investigation or about the FBI's findings or initial involvement in the case.

A source close to the investigation said the DC mayor is closely monitoring this case and officers are restricted in terms of what they can say or not say to the family and the media.

"It appears that the investigators are walking on eggshells with regard to the case," the source said.

The FBI's national office has refused to respond to several inquiries about any initial assistance the agency's cyber experts provided in the investigation.

"My investigation also shows someone within the DC government, Democratic National Committee or Clinton team, is blocking the murder investigation from going forward," Wheeler said. "That is unfortunately. Seth Rich's murder is unsolved as a result of that."

Despite obvious knowledge of Rich's involvement with Wikileaks, DC police have stuck to their initial theory that Rich's murder was the result of a botched robbery.

The botched robbery theory, which police have pursued for nearly a year, isn't panning out, Wheeler said. The dual assailants caught on a grainy video tape from a camera posted outside a grocery mart, shot Rich twice in his back, but did not take his wallet, cell phone, keys, watch or necklace worth about $2,000.

Police detectives typically look at several possible working theories, but Wheeler said, they are not doing so in this case.

Police could look into whether Rich was killed by someone he knew for personal reasons, possibly out of jealously, betrayal or anger. They could also investigate whether he was murdered for political reasons, either out of revenge for him releasing DNC emails to Wikileaks or to prevent him from sending additional files, Wheeler said.

Police should consider all angles, Wheeler said, especially in light of WikiLeaks' founder Julian Assange alluding that Rich was his source and also evidence he's reviewed and interviews he has conducted pointing to Rich as the source of the emails.

Wheeler referred to the Aug. 9 interview of Assange by a Dutch television reporter. During the interview, Assange hinted that Rich was the source of those emails and announced Wikileaks put up a $20,000 reward for information leading to a conviction in Rich's murder case.

The Dutch journalist looked astonished, and asked Assange, "What are you suggesting?"

"I am suggesting," Assange replied, "that our sources take risks, and they, they become concerned to see things occurring like that."

On Twitter, Wikileaks announced the reward but said Assange's statement "should not be taken to imply that Seth Rich was a source for WikiLeaks or to imply that his murder is connected to our publications" because Wikileaks has a policy not to release the names of its sources, even after their death.

But in subsequent appearances on Fox News Channel, Assange confirmed, "We're interested in anything that might be a threat to alleged WikiLeaks sources."

Assange has not returned a series of emails from Fox News about Rich. MacFayden, the director of Wikileaks who initially made contact with Rich, died October 21.

In addition to Wikileaks' $20,000, D.C. police announced a $25,000 reward, and Republican lobbyist Jack Burkman issued a $130,000 reward, totaling $175,000 for information about Rich's killer.

Wheeler said all leads in this case need to be followed to solve Rich's murder including where he went the night he died, who he encountered that night, and who he spoke to on the phone.

Rich had been at Lou's City Bar a couple of miles from his home until about 1:15 am. He walked home, calling several people along the way. He called his father, Joel Rich, who he missed because he had gone to sleep. He phoned a fraternity brother, who he spoke with, and his girlfriend, Kelsey Mulka, who was out of town. He stopped at a McDonalds restaurant.

Around 4:17 a.m., Rich was about a block from his home when Mulka, still on the phone with him, heard voices in the background. Rich reassured her that he was steps away from being at his front door and hung up.

Two minutes later, Rich had been shot twice. Police were on the scene within 3 minutes. Rich sustained bruising on his hands and face. He remained conscious but died at a nearby hospital within 1 hour and 40 minutes. Police and EMS personnel will not say whether Rich provided them with any clues about the identities of his attackers or their motivation.

Police also have refused to release security footage from a market on the corner of the crosswalk where Rich was killed to either the family or the media. The footage shows two people following Rich across the tiny crosswalk just moments before he was attacked. The camera captured grainy footage of the assailants' legs and Rich as he fell backwards into the street after being shot.

Wheeler said normally police would release the footage to the media to see if anyone remembers anything from that night or recognizes assailants. The family also should be privy to the entire case jacket, with all the details of the case, unless they are considered suspects, Wheeler said. However, to date, the family has not received a copy of the tape or most of the details related to their son's murder case. The homicide case remains still open, according to a spokesperson for DC police.

Rich's father, Joel Rich, told Fox News in an interview in January, that he didn't believe his son would have leaked the emails.

"Anyone who knew Seth knew that wasn't the way he would have handled the problem," Rich's father said, noting his son "would not go outside the system."

Rich was a cheerful, compassionate person, who wanted to make a positive impact, said his father.

"Seth above all wanted to make a difference in the world," Rich's father said.

SIDEBAR: TIMELINE

·       Before May 21, 2016, emails are copied from the DNC top brass spanning from January 2015 through late May, 2016 and delivered to Wikileaks;

·       June 8, Bernie Sanders loses hope of winning Presidential primary, vows to fight on;

·       July 6, Seth Rich is offered a job by Hillary Clinton's presidential campaign in Manhattan, which his family said he planned to accept;

·       July 10, Seth Rich is murdered by two unknown assailants;

·       July 22 at 10:30am EDT, WikiLeaks releases 44,053 emails and 17,761 attachments from US Democratic National Committee leaders including DNC Communications Director Luis Miranda National Finance Director Jordon Kaplan, Finance Chief of Staff Scott Comer, Finance Director of Data & Strategic Initiatives Daniel Parrish, Finance Director Allen Zachary, Senior Advisor Andrew Wright and Northern California Finance Director Robert (Erik) Stowe.

·       July 25–28, The 2016 Democratic National Convention is held at the Wells Fargo Center in Philadelphia, Pennsylvania. Many delegates at the convention are in an uproar because the DNC emails showed party leaders conspired to sabotage Sanders' campaign. Debbie Wasserman Schultz, the chairwoman of the party, steps down. Hillary Clinton secures her nomination as the party's presidential candidate.

·       August 9, Assange spoke about Rich's death during an interview with Dutch TV station NOS, and seemed to say Rich was his source: "Whistleblowers go to significant efforts to get us material, often very significant risks. There's a 27-year-old that works for the DNC who was shot in the back, murdered, just two weeks ago, for unknown reasons as he was walking down the street in Washington… I am suggesting that our

sources, ah, take risks and they, they become concerned to see things occurring like that…"

·   LINK https://www.youtube.com/watch?v=Kp7FkLBRpKg

·   August 9, WikiLeaks issues a $20,000 reward for information leading to conviction for the murder of DNC staffer Seth Rich.

·   August 25 in an interview with Meghan Kelly, she asked him "Why are you so interested in Seth Rich's killer?" Assange responded, "We're very interested in anything that might be a threat to Wikileaks' sources… we're not saying that Seth Rich is necessary connected to our publications." Kelly pressed further, "Do you have any suspicions on who may be have been behind his murder?" The Wikileaks founder said, "We have received information… we don't want to compromise the investigation."

·   Jan. 3, 2017, Seth Rich would have turned 28. That same day, Sean Hannity released his interview with Julian Assange in which he disputes Russia provided him with the DNC documents and once again maintains neither the Russian government nor any state actor provided Wikileaks with the DNC emails. Assange said he will not clarify who the source is, whether that source is within or outside the U.S., or within the DNC or a service provider of the DNC.

·   Jan. 10, the six month anniversary of Seth Rich's murder; police announce they have no updates on the case

&lt;mailcore:MessageHeader 0x7fd73e148ab0 Message-ID: CAOCmf5MHW67zM7mu6_u7n__OjZOaNDxVCNgF0d1adDS6x=oEtA@mail.gmail.com From: mailcore:Address 0x7fd73e157140 Malia Zimmerman &lt;maliazimmerman@gmail.com&gt; To: [mailcore:Address 0x7fd73e157190 Ed Butowsky &lt;ebutowsky@gmail.com&gt;; mailcore:Address 0x7fd73e157b00 Rod Wheeler &lt;rod@rodwheeler.com&gt;] Subject: please read carefully Content-Type: multipart/alternative; boundary="001a114f6e72414fa8054f957eaa" X-Received: by 10.55.116.133 with SMTP id p127mr4528340qkc.154.1494878336927; Mon, 15 May 2017 12:58:56 -0700 (PDT) MIME-Version: 1.0 X-Gm-Message-State: AODbwcA7imX3F6R/0J7OuAKyWMCBC7B8T4sSra5oCRE=LqWOooz4QfR DLiCh686aNtuBi8OCqnlErvetM8jBA== X-Nonspam: None DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20161025; h=mime-version:from:date:message-id:subject:to; bh=0+7X51bjNBoksUP2y61HVqgxjHyWR09/YZ8nMPYHUPU=; b=DZVjJgE67tmv8fz97Bvz6I5wOlsBIuiHim+facjzMJAmfDOx9xL+/ruv5UbhRtlrhtTsvzLTsr/iq4jOQBVqJZam+sPDEDsL/FAohlmAvA35WU6Ukly5LV51T1n2s5oP1WEDzjtPzh3+snIp2cmmv5jRKJL07TDH1peD9hbaxl8t6NUqEADg3bM3&emflnc0tef18FUQ4+5eyF 2x5gPU10YY7qgekqm3CkNaHkTAvLg82KqDMraK+LdRVxtn/wfC7exSqRb4mXm8NO8+M6bV AXVzAEMAR3oFB1C8QOkR+W7F5/m3rfeqPHVvz0/VMDzMMpLsJztV7BNod31vv9ealAPd CyLg== Received: (qmail 22089 invoked by uid 30297); 15 May 2017 19:58:58 -0000 X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=1e100.net; s=20161025; h=x-gm-message-state:mime-version:from:date:message-id:subject:to; bh=0+7X51bjNBoksUP2y61HVqgxjHyWR09/YZ8nMPYHUPU=; b=Hte78pJ7qbzNUxQn+mvMnJvz01ygmbhkB0C8okkvVB8E9Nszrf38VIIs4lTqxPLS tpS/VnlcytjnZl6zJCxmxWQxM0UC]+ajidryZVPo8DjsCHefb18q2D2LsC0xKHS0k olnuxXsIroICg7NX7LBKICKgT6aw9mPnlcvtwOv9NtCxCkEjmjrdALHxCJ+iSU3eL]fgJ0faSPnng4TyAeJwMqwNa3s1cY6KOySS2h/a82jUaOB3RI2u82dYVZg+VyzlvChC9XQpB vqHjVo3dV5mSHpWN7PrnxHfYUx15syQVzNSElJruwax8IjdICGk8U2h8v1y3HDVWSOK ktAQ==&gt; Email-Archiver-Version: 371.100