# EXHIBIT 43

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** rod@rodwheeler.com <rod@rodwheeler.com>
**Subject:** DC crime stats from the police department
**Date:** March 6, 2017 at 3:34:07 PM EST

You can access those statistics on our website http://crimemap.dc.gov/CrimeMapSearch.aspx.

Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue
Los Angeles, CA 90025

O: 310-571-2042
M: 808-306-3161
E: Malia.Zimmerman@foxnews.com

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

<mailcore::MessageHeader:0x7fd73e065780 Message-ID: BY2PR02MB203800A81419EC4410CA0DB6EB2C0@BY2PR02MB2038.namprd02.prod.outlook.com From: mailcore::Address:0x7fd73e065cb0 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> To: [mailcore::Address:0x7fd73e066390 rod@rodwheeler.com <rod@rodwheeler.com>] Subject: DC crime stats from the police department X-MS-TNEF-Correlator: Content-Type: multipart/alternative; boundary="_000_BY2PR02MB203800A81419EC4410CA0DB6EB2C0BY2PR02MB2038namp_" x-forefront-antispam-report: SFV:NSPM;SFS:(10009020)(7916002)(39450400003)(39830400002)(39410400002)(7696004)(8936002)(6606003)(8676002)(81166006)(33656002)(861006)(102836003)(1730700003)(5660300001)(6916009)(450100001)(86362001)(50986999)(19627405001)(3280700002)(106116001)(2906002)(54356999)(3660700001)(2351001)(77096006)(38730400002)(25786008)(99286003)(9686003)(54896002)(6306002)(6506006)(558084003)(55016002)(606005)(6116002)(5640700003)(236005)(6436002)(733005)(7736002)(7906003)(7431602)(53936002)(189998001)(19618635001)(2501003)(966004)(110136004)(122556002)(92566002)(2900100001)(7099028);DIR:OUT;SFP:1101;SCL:1;SRVR:BY2PR02MB2039;H:BY2PR02MB2038.namprd02.prod.outlook.com;FPR:;SPF:None;MLV:ovmspm;PTR:InfoNoRecords;LANG:en; authentication-results: rodwheeler.com; dkim=none (message not signed) header.d=none;rodwheeler.com; dmarc=none action=none header.from=FOXNEWS.COM; X-MS-Exchange-CrossTenant-originalarrivaltime: 06 Mar 2017 20:34:07.2321 (UTC) MIME-Version: 1.0 Thread-Topic: DC crime stats from the police department X-MS-Exchange-CrossTenant-id: f0a087e0-8516-4c1a-bf25-7796e09a6d7e X-OriginatorOrg: foxnews.com x-microsoft-exchange-diagnostics: 1;BY2PR02MB2039;7:t2QwOXuirTNAY050wp6p4/8aABzO8Bmd4HIVRXUWPCalyHfiHzHYfg1w58Qkm++vn3d3PoshLgt7Tdve+kcX8JkaQoW0aEYGLjzwtnD+HC09rEgjABiSXwz4/11Wkc7leaA8CJAIJNuEZM2h0wfjHlsuL/LtxR7Pd3sfMhdDDg4k6XPJArROqnjhTLLJ6nDtXhp67icsWwPAD9/giLAACH7eB5QqVIb3IzA/YjZfFQSxoQ0W+QqfYncCL8337AkAFIY5ILRj6YdkYge40ef+ySPPljGR+i3R3u6owfgySBNCuTu+qdvNao5FUGkRbZE4amh1E/cfIhq7MIWf2pbS6g== x-ms-office365-filtering-correlation-id: f6ec548a-6b43-4e20-05ac-08d464d0233d Thread-Index: AQHSlrkAm4hULjHUhUi5aGrCCpyYuA== spamdiagnosticoutput: 1:99 x-microsoft-antispam-prvs: <BY2PR02MB203989AA2976B76C017A9EF6EB2C0@BY2PR02MB2039.namprd02.prod.outlook.com> x-originating-ip: [2605:e000:8488:d000:70be:3f30:a03c:c38d] X-MS-Has-Attach: Content-Language: en-US X-Nonspam: None X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:,, definitions=2017-03-06_19:,, signatures=0 DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=foxnews.com; h=from : to : subject : date : message-id : content-type : mime-version; s=foxnews; bh=R3gJ3TsAP0C9K/rfWqsHvnllXHQh9k008Jcjz3QI9FQ=; b=SQf/Gg7fTqwlb7ZLf1IY8+UzG4XSeK1TtT/bYyxBE14Nd0slQkJEa+rr9ziCNY773THKf2qnl45MXe3ZqM+4/UlzvX9v8NsLwV/KqYsYVAm+a+uJykawMxJdKRwmzKF79U8twezi tOb+DMSVQnTItyynvy8Hjszhm9HfRmb6IOU= Received: (qmail 69155 invoked by uid 30297); 6 Mar 2017 20:34:09 -0000 X-Proofpoint-Spam-Details: rule=outbound_policy_notspam policy=outbound_policy score=0 priorityscore=1501 malwarescore=0 suspectscore=0 phishscore=0 bulkscore=0 spamscore=0 clxscore=1015 lowpriorityscore=0 impostorscore=0 adultscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.0.1-1702020001 definitions=main-1703060163 X-MS-Exchange-Transport-CrossTenantHeadersStamped: BY2PR02MB2039 x-forefront-prvs: 0238AEEDB0 Accept-Language: en-US x-exchange-antispam-report-test: UriScan:(104360490061 62)(164470706584770)(154135814692180)(211936372134217); X-MS-Exchange-CrossTenant-fromentityheader: Hosted spamdiagnosticmetadata: NSPM x-exchange-antispam-report-cfa-test: BCL:0;PCL:0;RULEID:(6040375)(601004)(2401047)(8121501046)(5005006)(3002001)(10201501046)(6041248)(20161123562025)(20161123564025)(20161123560025)(20161123558025)(20161123555025)(6072148);SRVR:BY2PR02MB2039;BCL:0;PCL:0;RULEID:;SRVR:BY2PR02MB2039; x-microsoft-antispam: UriScan:;BCL:0;PCL:0;RULEID:(22001);SRVR:BY2PR02MB2039; >
Email-Archiver-Version: 371.100