# EXHIBIT 44

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** rod@rodwheeler.com <rod@rodwheeler.com>
**Subject:** Police on Seth Rich's murder scene
**Date:** March 6, 2017 at 3:38:01 PM EST

ROBERT WINGATE ROBINSON (#7634) (Body Worn Camera), Derek Tarr (#9237) (Other Officers At Scene), Shea Ellis (#9499) (Other Officers At Scene) Jody O'Leary (#7859) Benjamin Velez (#6631) (Body Worn Camera), Mark Lee (#6141) (Body Worn Camera

Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue
Los Angeles, CA 90025

O: 310-571-2042
M: 808-306-3161
E: Malia.Zimmerman@foxnews.com



This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

<mailcore::MessageHeader:0x7f8ea40b50b0 Message-ID: BY2PR02MB20387945E2019ABFB369DEB0EB2C0@BY2PR02MB2038.namprd02.prod.outlook.com From: mailcore::Address:0x7f8ea40b55e0 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> To: [mailcore::Address:0x7f8ea40b5cc0 rod@rodwheeler.com <rod@rodwheeler.com>] Subject: Police on Seth Rich's murder scene X-MS-TNEF-Correlator: Content-Type: multipart/alternative; boundary="_000_BY2PR02MB20387945E2019ABFB369DEB0EB2C0BY2PR02MB2038namp_" x-forefront-antispam-report: SFV:NSPM;SFS:(10009020)(979002)(7916002)(39450400003)(39830400002)(39410400002)(7696004)(8936002)(6606003)(8676002)(81166006)(33656002)(861006)(102836003)(1730700003)(5660300001)(6916009)(15187005004)(450100001)(86362001)(50986999)(19627405001)(3280700002)(106116001)(2906002)(54356999)(3660700001)(2351001)(77096006)(38730400002)(25786008)(99286003)(9686003)(54896002)(6306002)(6506006)(55016002)(606005)(6116002)(5640700003)(236005)(6436002)(733005)(7736002)(7906003)(74316002)(53936002)(189998001)(19618635001)(2501003)(110136004)(122556002)(92566002)(2900100001)(7099028)(969003)(989001)(999001)(1009001)(1019001);DIR:OUT;SFP:1101;SCL:1;SRVR:BY2PR02MB2039;H:BY2PR02MB2038.namprd02.prod.outlook.com;FPR:;SPF:None;MLV:ovrnspm;PTR:InfoNoRecords;LANG:en; authentication-results: rodwheeler.com; dkim=none (message not signed) header.d=none;rodwheeler.com; dmarc=none action=none header.from=FOXNEWS.COM; X-MS-Exchange-CrossTenant-originalarrivaltime: 06 Mar 2017 20:38:01.2381 (UTC) MIME-Version: 1.0 Thread-Topic: Police on Seth Rich's murder scene X-MS-Exchange-CrossTenant-id: f0a087e0-8516-4c1a-bf25-7796e09a6d7e X-OriginatorOrg: foxnews.com x-microsoft-exchange-diagnostics: 1;BY2PR02MB2039;7:2TWmObYBviApkIakWMbG6ebOkXUhQoAayLrM6sWHiscSOoPn9KYeRwkBtnSPWkkK/R9T9L9f4Ksc9XUDLC17keOqcL2ADN4yBRslEi/6NpQV2IY2irACw6wMB1FELfQTOha0r/dcdVvhhd9mg651xoosL8LPH8O8iKD2sWzk/V4vFAqWSIsh76ecLIlbpx5cFeV61DrIzy9Zc0HteGbkUzQ5qxHDMVnEYBdQ/hvUIgYxH1m+xneZOCzVMiYVoFTQ+Fi4ykzdv3B30KAqxRz0hL/OI2TfaimcQ4jyAnEgV+SpZryCKQgBof0wqq7NpY+HqidrPeCDNdR/yfDF55sCLg== x-ms-office365-filtering-correlation-id: bfbaffca-ba66-4362-1ee5-08d464d0aeb5 Thread-Index: AQHSlrmM0dj2BMC7fUi6tlmWGo4haQ== spamdiagnosticoutput: 1:99 x-microsoft-antispam-prvs: <BY2PR02MB2039F6BA88EC264028A4A479EB2C0@BY2PR02MB2039.namprd02.prod.outlook.com> x-originating-ip: [2605:e000:8488:d000:70be:3f30:a03c:c38d] X-MS-Has-Attach: Content-Language: en-US X-Nonspam: None X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:,, definitions=2017-03-06_19:,, signatures=0 DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=foxnews.com; h=from : to : subject : date : message-id : content-type : mime-version; s=foxnews; bh=Fh8t7v6kPCYccBH0jJErvWpIA6Ce+xrUcQrZC1QZKlo=; b=Tm0UDseeo680PTmKhUBQS3UJFppQtsaIXSQcr0eDwquI0iPEQUoqfGTAkxnreO69wXSR UiHI2Xm471KYaClEnFmMygqmMLVdaOkF+pljjNHAdWFKcS1el2R2bwQaUaZAuAwLTYji Ax6e+yYlhGmOrCexYxcybjRPcjjy2dRrv9A= Received: (qmail 27227 invoked by uid 30297); 6 Mar 2017 20:38:04 -0000 X-Proofpoint-Spam-Details: rule=outbound_policy_notspam policy=outbound_policy score=0 priorityscore=1501 malwarescore=0 suspectscore=0 phishscore=0 bulkscore=0 spamscore=0 clxscore=1015 lowpriorityscore=0 impostorscore=0 adultscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.0.1-1702020001 definitions=main-1703060163 X-MS-Exchange-Transport-CrossTenantHeadersStamped: BY2PR02MB2039 x-forefront-prvs: 0238AEEDB0 Accept-Language: en-US x-exchange-antispam-report-test: UriScan:(164470706584770)(154135814692180)(211936372134217); X-MS-Exchange-CrossTenant-fromentityheader: Hosted spamdiagnosticmetadata: NSPM x-exchange-antispam-report-cfa-test: BCL:0;PCL:0;RULEID:(6040375)(601004)(2401047)(8121501046)(5005006)(3002001)(10201501046)(6041248)(20161123562025)(20161123564025)(20161123560025)(20161123558025)(20161123555025)(6072148);SRVR:BY2PR02MB2039;BCL:0;PCL:0;RULEID:;SRVR:BY2PR02MB2039; x-microsoft-antispam: UriScan:;BCL:0;PCL:0;RULEID:(22001);SRVR:BY2PR02MB2039; >
Email-Archiver-Version: 371.100