# EXHIBIT 45

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** rod@rodwheeler.com <rod@rodwheeler.com>, Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>, Malia Zimmerman <maliamzimmerman@gmail.com>
**Subject:** these are my questions about Seth Rich's murder investigation
**Date:** March 6, 2017 at 6:07:19 PM EST

**Questions about Seth Rich's murder**

Was there a warrant obtained by DC police, and if so, can we see the return on the warrant or what was found?

Were electronics found, if so, which electronics? Did they include his two cell phones and two computers (work and home). Were all searched and if not, why not? And if so, what was found?

Were his office and home searched?

**Was the FBI called in to perform a cyber audit of any electronics? What was found? Were emails between Rich and Wikileaks obtained? Was there a drop box and if so, what was in it? Can we get a copy of the cyber audit or get told what's in it by an FBI or police source?**

Was the DNC server searched for breaches, uploads? If so what was found?

What were Seth Rich's steps the night he died?

Did he leave with the bar owner Joe Capone? If so, what did they discuss, where did they go?

Did he talk with anyone while he was at the bar?

Did the police check surveillance footage at the bar, and if not, why not?

Was he sitting outside or inside at the bar?

Where was he for three hours between when he left the bar at 1:15 and 4:19 when he was killed? Where did he walk?

What did he talk about with the people he called? Did he mention any concerns or worries?

Did he stop anywhere else or encounter anyone else?

Did anyone check his GPS on his phone or watch to see if they could track his route?

Did anyone check security footage of other places along his route home?

Did security footage at the market where he was killed really just capture the legs of the killers? but somehow Seth Rich's whole body was seen? (he was seen falling into the crosswalk after being shot) The crosswalk is only about 14 feet wide. He was killed about 17 feet from the camera. What else is on that footage?

Why isn't the press and family being shown the video tape of the killers?

Did any homes in the area have security cameras that might have captured something?

He was shot about 8 feet from an apartment building that had several windows right next to the crosswalk. Did
anyone talk to the residents and did they see anything? Were other residents interviewed?

Were his roommate and girlfriend interviewed?

And what about his fraternity friend who he was supposedly talking to by phone?

What happened when the police got to Seth Rich? Did he say anything to the police or to the EMS driver?

Did anyone in the neighborhood come to his aid? If so, what did he say?

What did the autopsy report say about his death?

What did the police cameras capture the night of his killing? At least three police were wearing body cameras. Did their cars have cameras?

Who signed the death certificate and at what location/hospital?

His cell phone, wallet, $2000 necklace, watch and house keys were not taken by his assailants. Did he have anything else with him that might have been taken such as a computer thumb drive or a second phone?

Do we know if he had another relationship besides his girlfriend?

Was anyone close to him connected to Wikileaks?

What would be his motivation for leaking to Wikileaks if he did that?

Is there any evidence of a financial transaction between Rich and Wikileaks? Did he receive $25,000 for the sale of the emails?

Who are the people exposed in the emails who might have a reason to seek revenge for him exposing them or who would want to prevent him from leaking additional emails?

How many police are assigned to the case and what progress have they made? Where is the case file? Locked in the police chief's office?

Has the mayor intervened in any way and if so, how?

Has anyone else intervened in the case's progress, and if so, who and why?


Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue
Los Angeles, CA 90025

O: 310-571-2042
M: 808-306-3161

E: Malia.Zimmerman@foxnews.com

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

=mailcore::MessageHeader:0x7f85ec98a670 Message-ID: BY2PR02MB2038AD72EEC96198EFA5D9DCEB2C0@BY2PR02MB2038.namprd02.prod.outlook.com From: mailcore::Address:0x7f85ec98ab10 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> To: [mailcore::Address:0x7f85ec98b2b0 rod@rodwheeler.com <rod@rodwheeler.com>, mailcore::Address:0x7f85ec98b5f0 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>, mailcore::Address:0x7f85ec98b8c0 Malia Zimmerman <maliamzimmerman@gmail.com>] Subject: these are my questions about Seth Rich's murder investigation X-MS-TNEF-Correlator: Content-Type: multipart/alternative; boundary="_000_BY2PR02MB2038AD72EEC96198EFA5D9DCEB2C0BY2PR02MB2038nam_" x-forefront-antispam-report: SFV:NSPM;SFS:(10009020)(7916002)(199003)(189002)(53234004)(7690004)(8676002)(6600003)(551934003)(8936002)(81166006)(33656002)(861006)(102836003)(5660300001)(86362001)(1962740500)(3230700002)(10611600)(2906002)(54356999)(3660700001)(50986999)(77096006)(2576002)(29726003)(6506006)(9686003)(6306002)(55016002)(6116002)(236005)(5489600-2)(3906400002)(73205)(6436002)(7736002)(7906003)(74316002)(5396002)(189998001)(19616501-1)(125100-3)(12255600-2)(9256600-2)(29010000-1)(38730400002)(7099028);DIR:OUT;SFP:1101;SCL:1;SRVR:BY2PR02MB2039;H:BY2PR02MB2038.namprd02.prod.outlook.com;FPR:;SPF:None;MLV:ovrngrn;PTR:InfoNoRecords;A:1;MX:1;LANG:en; authentication-results: rodwheeler.com; dkim=none (message not signed) header.d=none;rodwheeler.com; dmarc=none action=none header.from=FOXNEWS.COM; X-MS-Exchange-CrossTenant-originalarrivaltime: 06 Mar 2017 23:07:19.1931 (UTC) MIME-Version: 1.0 Thread-Topic: these are my questions about Seth Rich's murder investigation X-MS-Exchange-CrossTenant-id: f0a087a0-8516-4c1a-bf25-7796e09a6d7e X-OriginatorOrg: foxnews.com x-microsoft-exchange-diagnostics: 1;BY2PR02MB2039;7;QX2B3sNxH0ZDRRYtF5kgdAFTgs63WDGAPpees2tg0B11kXo2HAc5s4+1rietgIddUWQWE2HU8yOVdX3k3EvuLde/Zg+NoLvAPQIWw6AmNq7fj3WKAl9vvlv839-wQfFCnfxW4RYLzfT0aXos4mJD902MR-luABH+Yzr35/DMtRJug6+lOoUTipVBYCVDTE14mHprOlnjae47hscSYPCTtFW+Q9Zi85oVz1O79WDXvzueb