# EXHIBIT 46

**From:** Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM>
**To:** rod@rodwheeler.com <rod@rodwheeler.com>
**Subject:** about the memorial and Joe Capone
**Date:** March 7, 2017 at 12:39:00 PM EST

It says Joe Capone is the general manager…

He was a regular at Lou's City Bar in Columbia Heights, where he would go multiple times a week to unwind. Joe Capone, the general manager of the bar, brought a glass of Rich's favorite beer to the vigil, a Bell's Two Hearted Ale. He said he was having a plaque made in Rich's honor to be placed on the bar stool where he would always sit.

https://www.washingtonpost.com/news/local/wp/2016/07/13/friends-neighbors-hold-vigil-to-remember-slain-dnc-staffer-and-speak-out-against-city-violence/?utm_term=.92318a8ae20f



### Friends, neighbors hold vigil to remember slain DNC …

www.washingtonpost.com

There was his boss, a congresswoman. The neighbor in a wheelchair, whom he helped plow out of the snow after a storm, was also there. His favorite bartender. His co …

Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue
Los Angeles, CA 90025

O: 310-571-2042
M: 808-306-3161
E: Malia.Zimmerman@foxnews.com

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

<mailcore:MessageHeader:0x7fe3097ad420 Message-ID:BY2PR02MB203807BC5305E22l0177BFAAEB2F0@BY2PR02MB2038.namprd02.prod.outlook.com From: mailcore:Address:0x7fe3097ad950 Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> To: [mailcore:Address:0x7fe3097ae030 rod@rodwheeler.com <rod@rodwheeler.com>] Subject: about the memorial and Joe Capone X-MS-TNEF-Correlator: Content-Type: multipart/alternative; boundary="_000_BY2PR02MB203807BC5305E22l0177BFAAEB2F0BY2PR02MB2038namp_" x-forefront-antispam-report: SFV:NSPM;SFS:(10009020)(7916002)(39830400002)(39450400003)(3940400002)(117185001)(1961863001)(3660700001)(6606003)(69150039)(56407003)(6506006)(10611003001)(7696004)(2501003)(7436002)(54896002)(15974865002)(606005)(733005)(7906003)(7736002)(2906002)(2578008)(235100l)(122556002)(8936002)(7706006)(6486002)(2900100001)(36656002)(5436699)(50986999)(8676002)(5660300001)(1730700003)(6906002)(55016002)(86362001)(8116600b)(38750400002)(19627405001)(2360005)(18999801)(32807000002)(9686005)(11013604l)(8610006)(61160002)(53936002)(6928003b)(10283600b)(7099028)(1599825002);DIR:OUT;SFP:1101;SCL:1;SRVR:BY2PR02MB2037;H:BY2PR02MB2038.namprd02.prod.outlook.com;FPR:;SPF:None;MLV:ovrnpm;PTR:InfoNoRecords;LANG:en; authentication-results: rodwheeler.com; dkim=none (message not signed) header.d=none;rodwheeler.com; dmarc=none action=none header.from=FOXNEWS.COM; X-MS-Exchange-CrossTenant-originalarrivaltime: 07 Mar 2017 17:39:00.0658 (UTC) MIME-Version: 1.0 Thread-Topic: about the memorial and Joe Capone X-MS-Exchange-CrossTenant-id: f0a087e0-8516-4c1a-bf25-7796e09e6d7e X-OriginatorOrg: foxnews.com x-microsoft-exchange-diagnostics: 1;BY2PR02MB2037;7:bAKSUhWgbdH8PSE41D8EnKVD55e95jT3IZltdN8NSkqlpuQY0V7/1VUFC6gReeWqM4W2WLlJ4FhClWroglqMN7onVggAPLg1V7Wo0XTYg4P5Vago KEOxlXuH2UTqHCYYLaFeB0zw81fb8PfOAYe21a4WVKoOC6KO4430QRT2TQGvrae4qHNSZujRUXlYYQ7WUURuS3Zz0pLcqlsJsMYkzz4CY61gJa3hUUJagDal4zZ6gAV941hEgy8VB8FA1gf7nEgcE4dJAHvfHKejZ7BKfHTUoibB43VbfSbFtyZD+B-eOsOUSU92ayiKUYB7dywlyEDwLll7YUkbJg== x-ms-office365-filtering-correlation-id: 69c4c0fc-6069-46ba-7e27-0824658066f7 Thread-Index: AQHS12m0Y/8OyyVAlCIanz5UBlEa480A== spam-diagnosticoutput: 1:99 x-microsoft-antispam-prvs: <BY2PR02MB2037AAEA34ACB57D1A17974DEB2F0@BY2PR02MB2037.namprd02.prod.outlook.com> x-originating-ip: [2605:e000:8438:d000:6122:58ea:4f28:1def] X-MS-Has-Attach: Content-Language: en-US X-Nonspam: None X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432_; definitions=2017-03-07_12_,_signatures=0 DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=foxnews.com; b=from : to : subject : date : message-id : content-type : mime-version; s=foxnews; bh=cfsPxKqZFOHs83wDui+W+YuwCLOYAlYOiVyVzp3x0L4=; b=kl0xq6mBMX49uyyawULl+Y7h96zD7MMShDXRZDlgxRq3gAakl5e8VEUhveY/FqLd/iio+ZuLcEDLBwOfhn9wsuAgJqVwqlZOVuaFoCkQ5iEuqRUcsooOWoTYEthHDxVuwSg5 HPNQUyCFCm3WXgBOrqta6fOppjWPShaS/EA= Received: (qmail 67027 invoked by uid 50297); 7 Mar 2017 17:39:03 -0000 X-Proofpoint-Spam-Details: rule=outbound_policy_notspam policy=outbound_policy score=0 priorityscore=1501 malwarescore=0 suspectscore=0 phishscore=0 bulkscore=0 spamscore=0 impostorscore=0 adultscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.0.1-1702020001 definitions=main-1703070159 X-MS-Exchange-Transport-CrossTenantHeadersStamped: BY2PR02MB2037 x-forefront-prvs: 0239D46DB6 Accept-Language: en-US x-exchange-antispam-report-test: UriScan:(164470706584770)(154135814692180)(22766553075546S)(000989556078J5)(2119368721340l7); X-MS-Exchange-CrossTenant-fromentityheader: Hosted spam-diagnosticmetadata: NSPM x-exchange-antispam-report-cfa-test: BCL:0;PCL:0;RULEID:(6040375)(6010(004)(2401047)(8121501046)(5005006)(3002001)(10201501046)(6041248)(2016123564025)(2016112355025)(2016123555025)(201611235025)(2016112356025)(6072148);SRVR:BY2PR02MB2037,BCL:0.PCL:0.RULEID;SRVR:BY2PR02MB2037; x-microsoft-antispam: UriScan;BCL:0;PCL:0;RULEID:(22001);SRVR:BY2PR02MB2037;>
Email-Archiver-Version: 371.100