UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,
Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## NOTICE OF SUPPLEMENTAL AUTHORITY

In compliance with the Court's Order, dated January 24, 2020, Dkt. 133, Defendant Edward Butowsky ("Defendant" or "Mr. Butowsky") hereby supplements Defendants' Motion to Extend or Stay Discovery with the relevant medical records of Mr. Butowsky, together with a letter from Dr. Richard Reitman, Mr. Butowsky's treating physician underscoring the complexity of Mr. Butowsky's condition and the limitations it places on his participation in litigation proceedings (the "Reitman Letter").

The medical records are set forth on Exhibits 1 and 2 (collectively, the "Medical Records") to the Declaration of Eden P. Quainton, dated January 31, 2020 (the "Quainton Decl.") and the letter of Dr. Reitman is set forth on Exhibit 4 to the Quainton Decl. The Medical Records provide detailed support for the facts set forth in the Declaration of Edward Butowsky, previously filed at Dkt. 97-9.

[redacted]

1



███████████████████████████████████████████

████████████████████████  ████████████

Dr. Reitman summarizes his patient's condition as follows:

> Mr. Butowsky has been dealing with a very complex, chronic orthopedic condition since March 2017. He recently underwent a complicated surgical procedure that involved removal of a hip prosthesis and implantation of a methylmethacrylate antibiotic spacer, remove of entire acetabular component and removal of entire femoral component. Following the surgery, Mr. Butowsky was readmitted after reporting intractable pain and hemorrhaging from the incision site. He is scheduled for another surgery on around the beginning of March.

Quainton Decl. Ex. 3.

Dr. Reitman concludes that Mr. Butowsky's current condition renders him unable to travel or participate in any legal proceedings, including depositions, and that he is anticipated to remain similarly limited until and for approximately 6-8 weeks following his scheduled follow-up surgery on or about the beginning of March. Quainton Decl., Ex. 3.

Mr. Butowsky respectfully submits that the medical evidence is overwhelming and fully supports his request for a discovery extension of 120 days to prepare his defense adequately in the above-captioned matter.

Dated: January 31, 2020

/s/ Eden Quainton
EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
QUAINTON LAW, PLLC
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Edward Butowsky*

---

[1] The discharge summary was provided following Mr. Butowsky's January 10, 2020 surgery. Quainton Decl. at ¶ 3. The aftercare plan of physical therapy and medication remains the same following Mr. Butowsky's most recent admission. *Id.* at ¶ 4.

3

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on January 31, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Edward Butowsky*