# EXHIBIT 3

## What's next

**APR 20**   **Office Visit with Richard David Reitman, MD**
Monday Apr 20, 2020 3:30 PM
Please arrive 10 minutes prior to your appointment as there may be additional forms to complete or sign at the clinic. Please bring a list of all current medications.

Texas Center for Joint Replacement - Plano #A66
6020 West Parker Rd Ste 470
Plano TX 75093-8338
972-608-8868

## Physician Referral Service

THR Well Call Number:
1-877-THR-WELL (1-877-847-9355)

## You are allergic to the following

| Allergen | Reactions |
|---|---|
| Versed (Midazolam) | Agitation |
| Combative, confused | |

## Nursing & Ancillary Discharge Instructions

The following instructions are provided for your recovery. Please call your doctor or healthcare provider for any problems or questions.

You are being dismissed to: . You can be reached at: 972.897.0197 . It is recommended that someone stay with you for the rest of the day and overnight.

**CALL 911 IF YOU HAVE:**
- A medical emergency
- Shortness of breath or problems breathing
- Chest pain
- Change in speech
- Numbness or weakness on one side of your body
- Uncontrolled bleeding

**CALL YOUR DOCTOR IF YOU HAVE:**
- A worsening in your present condition
- Fever over 101F
- Nausea or Vomiting
- Diarrhea or Constipation
- Inability to urinate
- Blood in urine or stool
- Sore throat
- Blurred vision
- Severe headache
- Unusual pain or calf pain
- Weight gain of over 2 to 3 pounds in two days; or 5 pounds in one week
- Skin redness or rash
- Swelling
- Decrease in activity
- Trouble sleeping
- Change in behavior
- Trouble swallowing
- Numbness or tingling
- Depression
- Hallucinations

## Nursing & Ancillary Discharge Instructions (continued)

**DIET:**
Diabetic

**Activity:** Do not drive if you are taking pain medications
Do not drive until cleared by your physician
No tub baths
Per Physical Therapy instructions TTWB LLE , BED TO CHAIR

**DRESSING:**
- You may shower once the incision is completely dry with no drainage.
- Don't scrub the incision or soak in a tub or pool.
- Your skin clips/sutures will be removed at home by home care in 10-14 days from the day of surgery.
- The incision may be open to air if there is no drainage.
- Bruising and swelling on the operative site is normal.

**MEDICATIONS:**
- If you notice that you become constipated while taking pain medications, you may use Colace or Senokot as a stool softener.
- If your constipation is not relieved with Colace or Senokot, you my use Milk of Magnesia, which is a mild laxative or Magnesium Citrate, a much stronger laxative. Suppositories or Fleets Enemas can also be used if necessary. These items are available over the counter, without a prescription. Follow the package directions carefully before using.

**ANTICOAGULANTS:**
It is important to continue taking your blood thinner at home. Continue taking your **ASPIRIN**

**ACTIVITY RECOMMENDATIONS:**
- Your activity is limited to the physical therapist or your physician's orders.
- Follow all precautions you have learned while you were in the hospital
- You may be taking medications that cause drowsiness or cause you to tire easily. Do not drive or operate power equipment for 4-6 weeks, or as instructed by your physician
- If you notice increased swelling in your leg, it ususally means that you are spending too much time up, out of bed. It is recommended that you spend no more than 40 minutes at a time out of bed, followed by at least 1 hour lying down with your legs elevated before getting up again.

**INCISION / WOUND CARE / OSTOMY CARE:**

## Your Daily Medication List

| | | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|:---:|:---:|:---:|:---:|:---:|
| START | **aspirin EC** 325 mg EC tablet<br>Commonly known as: Ecotrin<br>Take 1 Tab (325 mg total) by mouth two(2) times daily<br>Last time this was given: START AT HOME FOR BLOOD THINNER<br>Next Dose: Today<br>Time of Day: Evening | ✓ | | ✓ | | |
| | **azilsartan med-chlorthalidone** 40-25 mg Tab<br>Take by mouth every day<br>Last time this was given: Continue home med regimen, had dose today<br>Next Dose: Tomorrow<br>Time of Day: Morning | ✓ | | | | |
| START | **DAPTOmycin** 50 mg/mL solution<br>Commonly known as: CUBICIN<br>16.87 mL (843.5 mg total) by SLOW IV PUSH route every 24 hours (daily at the same time each day)<br>Last time this was given: 843.5 mg on January 19, 2020 9:56 AM<br>Next Dose: Tomorrow<br>Time of Day: Morning<br>Notes to patient: Per ID Dr. Seriburi, go to Dr.Seriburi's office tomorrow | ✓ | | | | |
| | **diclofenac** 75 mg EC tablet<br>Commonly known as: VOLTAREN<br>Take 75 mg by mouth two(2) times daily<br>Last time this was given: Check with Dr.Reitman before taking<br>Next Dose: Other | ✓̶ | | ✓̶ | | |

## Where to pick up your medications (continued)



**Ask your doctor where to pick up these medications**
- aspirin EC 325 mg EC tablet
- DAPTOmycin 50 mg/mL solution
- ertapenem 1 gram 1 g in sodium chloride 0.9 % 100 mL

**DISCLAIMER:** This list was made with the assumption that the information given by you (or the person with you) is complete and accurate. If you have questions, about any of the home medications, please contact the prescribing physician.

You should keep an updated list of your home medications, including vitamins and herbal products, and take this list with you to every visit to your physician, to the Emergency Department, and to the hospital.



# Texas Health Resources

# DISCHARGE/AFTER VISIT SUMMARY

Healing Hands. Caring Hearts.

Ed W. Butowsky  CSN: 9448967672         1/5/2020 - 1/19/2020

## Instructions



**Your medications have changed**

➡ START taking:
  aspirin EC (Ecotrin)
  DAPTOmycin (CUBICIN)
  ertapenem 1 gram 1 g in sodium chloride 0.9 % 100 mL
  HYDROmorphone (Dilaudid)

◆ CHANGE how you take:
  Synthroid

✖ STOP taking:
  minocycline 100 mg capsule (DYNACIN)

Review your updated medication list below.

## About your hospitalization

You were admitted on: January 5, 2020
You were discharged on: January 19, 2020

You last received care in the: Texas Health Plano Orthopedics 8th Floor
Unit phone number: 972-981-2881

## Your Doctor(s) Were

| Provider | Specialty |
|---|---|
| Tran, Alexander Hung, MD | Internal Medicine. |
| Peterson, William Stanley, MD | Emergency Medicine. |
| Winters, Karl Nelson, MD | Anesthesiology. |
| Risam, Satbir M., MD | Internal Medicine. |
| Seriburi, Vimon, MD | Internal Medicine / Infectious Disease. |
| Reitman, Richard David, MD | Orthopaedic Surgery. |

## Physician Discharge Instructions

*TTWBB LLE, Bed-Chair*
*Aspirin 325mg two times Daily for Blood Thinner*
*Dr. Reitman office - 972-608-8868*

## Your Next Steps

### 👍 Do

☐ Pick up these medications from WALGREENS DRUG STORE #05508 - PLANO, TX - 6301 W PARK BLVD AT NWC OF PLANO PARKWAY & PARK BLVD
  • HYDROmorphone

☑ Call Richard David Reitman, MD in 2 week(s)
  6020 West Parker Road
  Ste 470
  Plano TX 75093
  972-608-8868

☐ Schedule an appointment with Vimon Seriburi, MD as soon as possible for a visit on 1/20/2020
  3600 Communications Parkway
  Ste 675
  Plano TX 75093
  917-519-3765

### 📖 Read

☐ Read these attachments
  • Hydromorphone tablets (English)

### 📍 Go

**APR 20**  **Office Visit** 3:30 PM
Richard David Reitman, MD
Texas Center for Joint Replacement - Plano #A66
6020 West Parker Rd Ste 470
Plano TX 75093-8338
972-608-8868

Please arrive 10 minutes prior to your appointment as there may be additional forms to complete or sign at the clinic. Please bring a list of all current medications.

*Laura & Robin*
*972 981 2817*

*Julia social worker 981-4070*

Ed W. Butowsky (CSN: 9448967672) • Printed at 1/19/20 11:18 AM                    Page 1 of 15  **Epic**