# EXHIBIT 4

# TEXAS CENTER FOR JOINT REPLACEMENT



| Roger H. Emerson, Jr., MD | Kwame A. Ennin, MD | Richard D. Reitman, MD | Karim A. Elsharkawy, MD |
| --- | --- | --- | --- |
| *Hip and Knee Surgery* | *Hip and Knee Surgery* | *Hip, Knee, Shoulder, Elbow* | *Hip and Knee Surgery* |
| Elizabeth Diaz, PA-C | Shelton Jones, PA-C | Nguyet Vo, PA-C | Amanda Ben Simon, PA-C |
| Kyndra Gross, PA-C | | Edward Martinez, PA-C | |

January 30, 2020

Re: Edward Wayne Butowsky
DOB: 02/12/1962

To Whom it May Concern:

This letter is to certify that Edward Wayne Butowsky has been a patient under my care since December 2018. Mr. Butowsky has been dealing with a very complex, chronic orthopedic condition since March 2017. He recently underwent a complicated surgical procedure that involved removal of a hip prosthesis and implantation of a methylmethacrylate antibiotic spacer, remove of entire acetabular component and removal of entire femoral component. Following the surgery, Mr. Butowsky was readmitted after reporting intractable pain and hemorrhaging from the incision site. He is scheduled for another surgery on around the beginning of March. Mr. Butowsky's current condition renders him unable to travel or participate in any legal proceedings, including depositions. I anticipate that Mr. Butowsky will remain similarly limited until, and for approximately 6-8 weeks following, his scheduled surgery.

Regards,

*R. Reitman MD*

Richard D. Reitman, MD