UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681-RJL |
| | Honorable Richard J. Leon |
| Plaintiff, | |
| v. | |
| EDWARD BUTOWSKY,<br>MATTHEW COUCH,<br>AMERICA FIRST MEDIA,<br>Defendants. | |

### DECLARATION OF EDEN P. QUAINTON IN SUPPORT OF NOTICE OF SUPPLEMENTAL AUTHORITY

I, Eden P. Quainton, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Defendant Matthew Couch. This declaration is based upon my personal knowledge and upon information provided to me in my official capacity.

2. Set forth as Exhibit 1 hereto is a true and accurate copy of certain investigative notes of Rod Wheeler.

3. Set forth as Exhibit 2 hereto is a true and accurate copy of a photograph of Seth Rich and Kelsey Mulka.

4. Set forth as Exhibit 3 hereto is a true and accurate copy of an email from Seth Rich to Joel Rich, dated May 3, 2016, ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

5. Set forth as Exhibit 4 hereto is a true and accurate extract from the deposition of Rod Wheeler, dated November 18, 2019.

1

6. Set forth as Exhibit 5 hereto is a true and accurate copy of copy of an email from Aaron Rich to Kelsey Mulka, dated July 17, 2016.

7. Set forth as Exhibit 6 hereto is a true and accurate copy of a text message exchange between Aaron Rich and a detective, dated July 10, 2016.

8. Set forth as Exhibit 7 hereto is a true and accurate copy of an email exchange between Detective Della Camera and Aaron Rich, dated July 26, 2016.

9. Set forth as Exhibit 8 hereto is a true and accurate copy of a text message exchange between Aaron Rich and a detective, dated June 1, 2017.

10. Set forth as Exhibit 9 hereto is a true and accurate copy of an email exchange between Aaron Rich and Detective Della Camera, dated July 18 and 19, 2016.

11. Set forth as Exhibit 10 hereto is a true and accurate copy of a text message exchange between Aaron Rich and a detective, dated August 11, 2016, together with a true and accurate copy of a list of electronic accounts purportedly belonging to Seth Rich.

12. Set forth as Exhibit 11 hereto is a true and accurate copy of account information relating to Seth Rich provided by eBay.

13. Set forth as Exhibit 12 is a true and accurate copy of an email from Donna Brazile to Mary, Joel and Aaron Rich, dated August 1, 2017.

14. Set forth as Exhibit 13 hereto is a true and accurate copy of an email exchange between Donna Brazile and Joel Rich, dated March 22, 2017, and a true and accurate copy of an email from Joel Rich to Donna Brazile, dated February 17, 2017.

15. Set forth as Exhibit 14 hereto is a true and accurate copy of an email from Aaron Rich to Donna Brazile, dated March 30, 2017.

16.     Set forth as Exhibit 15 hereto is a true and accurate copy of an extract from the Responses to Interrogatories of Plaintiff Aaron Rich.

17.     Set forth as Exhibit 16 hereto is a true and accurate copy of an email from Joel Rich to Joe Ingrisano, copying Aaron and Mary Rich, dated June 26, 2017, forwarding an email from Ed Butowsky reproducing the investigative notes of Rod Wheeler, dated April 25, 2017.

Executed: January 31, 2020

/s/ Eden P. Quainton
EDEN P. QUAINTON
QUAINTON LAW PLLC
D.C. Bar No. NY0318
Quainton Law PLLC
1001 Avenue of the Americas, 11th Fl.
New York, NY 10018
212-813-8389
equainton@gmail.com