# EXHIBIT 1





onfidential)







Butowsky 0001189 (Confidential)