# EXHIBIT 2



Highly Confidential - Attorneys' Eyes Only