EXHIBIT 3





Highly Confidential - Attorneys' Eyes Only

RICH0003356