# EXHIBIT 5

[redacted]

Confidential
RICH0001501