# EXHIBIT 6



RICH0003781