# EXHIBIT 7

Highly Confidential - Attorneys' Eyes Only

RICH0003167