# EXHIBIT 8



Highly Confidential - Attorneys' Eyes Only

RICH0003777