# EXHIBIT 9

Highly Confidential - Attorneys' Eyes Only

RICH0003173