# EXHIBIT 10



Highly Confidential - Attorneys' Eyes Only





