# EXHIBIT 11

Case 1:18-cv-00681-RJL   Document 142-12   Filed 01/31/20   Page 2 of 4





