# EXHIBIT 12



Highly Confidential - Attorneys' Eyes Only