# EXHIBIT 14



Highly Confidential - Attorneys' Eyes Only

RICH0003216