# EXHIBIT 16

From: Joel Rich
To: Joseph Ingrisano
CC: Aaron Rich; Mary Rich
Sent: 6/26/2017 10:30:26 PM

# Redacted



Begin forwarded message:





Confidential

RICH0001465