UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH
AMERICA FIRST MEDIA,
Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## DECLARATION OF EDEN P. QUAINTON IN SUPPORT OF DEFENDANT MATTHEW COUCH'S MOTION FOR RECONSIDERATION AND STAY PENDING DETERMINATION OF MOTION FOR PROTECTIVE ORDER

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1. I am counsel for Defendant Matthew Couch ("Defendant" or "Mr. Couch"). This declaration is based upon my personal knowledge and upon information provided to me in my official capacity.

2. On January 21, 2020, the Court held a conference in chambers with me and opposing counsel, Michael Gottlieb.

3. During the conference, the Court stated, to the best of my recollection, "there is no reporters' privilege" and indicated that the Court would rule to grant Plaintiff's Motion to Enforce. Dkt. 95. To the best of my recollection, the Court did not otherwise address the merits of the briefs filed by the parties. In particular, the Court did not address Mr. Couch's First Amendment Constitutional argument. Dkt. 120 at 4.

1

4.    To the best of my recollection, the Court also dismissed the pending Motion filed by Fox News and Malia Zimmerman at Dkt. 114, again with words to the effect of "there's no reporter's privilege."

5.    The Court also indicated that Defendant would face a significant uphill battle in obtaining cooperation from investigative reporter Sy Hersh, but to the best of my recollection, did not provide a substantive legal rationale for this pragmatic (and no doubt correct) assessment.

Executed: January 31, 2020

>   */s/ Eden P. Quainton*_____
>   EDEN P. QUAINTON
>   QUAINTON LAW PLLC
>   D.C. Bar No. NY0318
>   1001 Avenue of the Americas, 11th Fl.
>   New York, NY 10018
>   212-813-8389
>   equainton@gmail.com