# EXHIBIT 3



**Eden Quainton <equainton@gmail.com>**

## RE: Butowsky responses to Second RFA's

2 messages

---

**Joshua Riley** <jriley@bsfllp.com>                                              Mon, Jan 27, 2020 at 4:34 PM
To: Eden Quainton <equainton@gmail.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>

Mr. Quainton,

Yes, please send us an amendment to your RFA responses that admits RFA No. 79, and we will remove this issue from
our reply brief.

Thank you.

~Josh

**Joshua Riley**
Partner

_____

## BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t)   202 237.2727

jriley@bsfllp.com

www.bsfllp.com

**From:** Eden Quainton [mailto:equainton@gmail.com]
**Sent:** Monday, January 27, 2020 4:39 PM
**To:** Joshua Riley <jriley@bsfllp.com>
**Cc:** Michael Gottlieb <mgottlieb@willkie.com>; Meryl Governski <mgovernski@bsfllp.com>
**Subject:** Re: Butowsky responses to Second RFA's

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Josh,

We disagree on BUTOWSKY000836-39, but it is not worth burdening the court with a dispute.  I had an opportunity to speak to Mr. Butowsky -- who is now out of the hospital and in pain, but with periods of alertness -- and we are willing to change the answer to an admission.  Let me know if you would like me to resubmit our responses.


Eden


On Mon, Jan 27, 2020 at 4:09 PM Joshua Riley <jriley@bsfllp.com> wrote:

> Mr. Quainton,
>
>
> We understand that Defendant Butowsky is standing on his denial to RFA No. 79 based on your position that Defendant Butowsky has not sent or received messages about Seth Rich or Aaron Rich via the email address ed@chapwoodinvestments.com—even though you are aware of at least one email sent to ed@chapwoodinvestments.com, with the subject line "Op-Ed for review," attaching an article about Seth Rich and Aaron Rich.  We disagree with your position, and we will intend to put it before the Court in our reply brief.  If you wish to amend Defendant Butowsky's RFA responses to admit RFA No. 79 before we file our brief, please let us know that.  Otherwise, please let me know if you will agree to de-designate BUTOWSKY000836-39 or if instead we will need to file it under seal.
>
>
> ~Josh
>
>
>
> **Joshua Riley**
> Partner
>
> _____
>
>
>
> BOIES SCHILLER FLEXNER LLP
>
> 1401 New York Avenue, N.W.
>
> Washington, DC 20005
>
> (t)   202 237.2727
>
> jriley@bsfllp.com
>
> www.bsfllp.com
>
>
> **From:** Eden Quainton [mailto:equainton@gmail.com]
> **Sent:** Friday, January 24, 2020 2:54 PM
> **To:** Joshua Riley <jriley@bsfllp.com>
> **Cc:** Michael Gottlieb <mgottlieb@willkie.com>; Meryl Governski <mgovernski@bsfllp.com>
> **Subject:** Re: Butowsky responses to Second RFA's
>
>
> **CAUTION**: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Josh,

I reviewed both the email and the attachment.  I do not believe it is fair to say the email is a "message"  "about" Seth or Aaron Rich.  The email is a "message" about a cover-up.  The attachment mentions Seth and Aaron.

I have not discussed this email with my client, but if you rephrase the question, I can raise it with Mr. Butowsky.

Eden

On Fri, Jan 24, 2020 at 2:13 PM Joshua Riley <jriley@bsfllp.com> wrote:

Mr. Quainton,

The document to which I referred you, and which is attached here, is an email attaching a document that is entirely about both Seth and Aaron Rich.  Is it really your position that you have a good faith basis to deny that Mr. Butowsky has "sent or received messages about Seth Rich or Aaron Rich via the email address ed@chapwoodinvestments.com"?

~Josh

**Joshua Riley**
Partner

**BOIES SCHILLER FLEXNER** LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t)  202 237.2727

jriley@bsfllp.com

www.bsfllp.com

**From:** Eden Quainton [mailto:equainton@gmail.com]
**Sent:** Friday, January 24, 2020 12:55 PM
**To:** Joshua Riley <jriley@bsfllp.com>
**Cc:** Michael Gottlieb <mgottlieb@willkie.com>; Meryl Governski <mgovernski@bsfllp.com>
**Subject:** Re: Butowsky responses to Second RFA's

CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Josh,

I have reviewed RFA 79 and BUTOWSKY000836. I don't believe the email constitutes a "message about Seth or Aaron Rich". If you restate the RFA, I could revisit the request.

Sincerely,

Eden

On Fri, Jan 24, 2020 at 12:35 AM Eden Quainton <equainton@gmail.com> wrote:

> Let me check tomorrow.

> On Thu, Jan 23, 2020, 6:59 PM Joshua Riley <jriley@bsfllp.com> wrote:

>> Mr. Quainton,

>> What is Defendant Butowsky's basis for denying RFA No. 79 in light of, for example, document BUTOWSKY0000836?

>> ~Josh

>> **Joshua Riley**
>> Partner

>> BOIES SCHILLER FLEXNER LLP

>> 1401 New York Avenue, N.W.

>> Washington, DC 20005

>> (t)  202 237.2727

>> jriley@bsfllp.com

>> www.bsfllp.com

>> **From:** Eden Quainton [mailto:equainton@gmail.com]
>> **Sent:** Wednesday, January 22, 2020 8:35 PM
>> **To:** Joshua Riley <jriley@bsfllp.com>
>> **Cc:** Michael Gottlieb <mgottlieb@willkie.com>; Meryl Governski <mgovernski@bsfllp.com>
>> **Subject:** Butowsky responses to Second RFA's

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Josh,

As I mentioned to Michael and Meryl earlier, Mr. Butowsky was readmitted to the emergency room today following severe post-surgical hemorrhaging.  Before he was readmitted, I was able to discuss the RFA's with him and his responses are attached.  My opposition to your motion will be filed a bit later tonight.

Eden P. Quainton

Quainton Law, PLLC

1001 Avenue of the Americas, 11th Floor

New York, NY 10018

Tel: 212.813.8389

Fax: 212.813.8390

Cell: 202.360.6296

www.quaintonlaw.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

--

Eden P. Quainton

Quainton Law, PLLC

1001 Avenue of the Americas, 11th Floor

New York, NY 10018

Tel: 212.813.8389

Fax: 212.813.8390

Cell: 202.360.6296

www.quaintonlaw.com

--

Eden P. Quainton

Quainton Law, PLLC

1001 Avenue of the Americas, 11th Floor

New York, NY 10018

Tel: 212.813.8389

Fax: 212.813.8390

Cell: 202.360.6296

www.quaintonlaw.com


--

Eden P. Quainton

Quainton Law, PLLC

1001 Avenue of the Americas, 11th Floor

New York, NY 10018

Tel: 212.813.8389

Fax: 212.813.8390

Cell: 202.360.6296

www.quaintonlaw.com

---

**Eden Quainton** <equainton@gmail.com>                    Mon, Jan 27, 2020 at 4:46 PM
To: Joshua Riley <jriley@bsfllp.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>

Josh,

When are you filing your brief?

Eden

[Quoted text hidden]