# EXHIBIT 4

   Eden Quainton <equainton@gmail.com>

# Rich v. Butowsky -- Amended Responses to Second Requests for Admissions from Edward Butowsky
6 messages

**Eden Quainton** <equainton@gmail.com>   Mon, Jan 27, 2020 at 10:48 PM
To: Joshua Riley <jriley@bsfllp.com>, "Gottlieb, Michael" <MGottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>

Josh,

Attached please find Mr. Butowsky's Amended Responses to Plaintiff's Second Requests for Admissions.  As discussed, Mr. Butowsky is withdrawing and amending his response to RFA 79.  Following further discussions with Mr. Butowsky, he is also withdrawing and amending his responses to RFA 61, 62, 63, 76 and 77.  Mr. Butowsky did not make the statements referenced in RFA's 61, 62 and 63.  I have been hampered in my communications with Mr. Butowsky since we began discussing the responses to the Second Requests for Admissions on January 6, which was the day (or the day after) Mr. Butowsky was admitted to the emergency room and then hospitalized.  But he did not make those statements and cannot properly admit them.  He is withdrawing and amending his response to RFA 76 because he did not "pay" Matt Couch.  He made a donation to Mr. Couch that was similar to the donation I understand he made to Aaron Rich's GoFundMe account.   It would not be fair to say that an individual who donated to Aaron's GoFundMe account was "paying" Aaron and neither was Mr. Butowsky "paying" Mr. Couch.  As to RFA 77, to Mr. Butowsky's knowledge "Shadowbox" never existed  and certainly no money was ever paid to "Shadowbox" so the statement cannot be admitted.

Separately, I intend to file a motion for reconsideration of the Court's order granting your motion to enforce.

Sincerely,

Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com

 **Butowsky Responses to Second Requests for Admissions.pdf**
143K

---

**Eden Quainton** <equainton@gmail.com>   Mon, Jan 27, 2020 at 10:51 PM
To: Ed Butowsky <ebutowsky@gmail.com>, Ty Clevenger <tyclevenger@yahoo.com>

fyi
[Quoted text hidden]
--
[Quoted text hidden]

 **Butowsky Responses to Second Requests for Admissions.pdf**
143K

---

**Joshua Riley** <jriley@bsfllp.com>   Tue, Jan 28, 2020 at 11:54 AM
To: Eden Quainton <equainton@gmail.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>

Mr. Quainton,

The RFAs to Defendant Butowsky are deemed admitted by operation of Rule 36(a)(3).  To the extent to you have moved the Court, under Rule 36(b), for permission to withdraw and amend answers deemed admitted, your motion deals only with the amended responses that you put before the Court on January 22.  (The Court obviously cannot rule on proposed amended answers that you emailed to us on January 27 but did not include with your brief on January 22 and thus are not even before the Court.)  Therefore, the document you sent us last night has no effect.

~Josh

**Joshua Riley**
Partner

# BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t)   202 237.2727

jriley@bsfllp.com

www.bsfllp.com

**From:** Eden Quainton [mailto:equainton@gmail.com]
**Sent:** Monday, January 27, 2020 10:48 PM
**To:** Joshua Riley <jriley@bsfllp.com>; Michael Gottlieb <mgottlieb@willkie.com>; Meryl Governski <mgovernski@bsfllp.com>
**Subject:** Rich v. Butowsky -- Amended Responses to Second Requests for Admissions from Edward Butowsky

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

[Quoted text hidden]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

**Eden Quainton** <equainton@gmail.com>                                              Tue, Jan 28, 2020 at 12:08 PM
To: Joshua Riley <jriley@bsfllp.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>

I will file a supplemental motion to withdraw and amend the responses. Under the circumstances, in which my ability to confer with my client --who was in the emergency room and the ICU, then went through very invasive surgery, and was subsequetnly readmitted to the hospital -- was severely limited, Mr. Butowsky should be entitled to withdraw responses that do not correspond to reality and provide amended responses that are accurate.

Respectfully,

Eden
[Quoted text hidden]
--
[Quoted text hidden]

---

**Joshua Riley** <jriley@bsfllp.com>  Tue, Jan 28, 2020 at 12:11 PM
To: Eden Quainton <equainton@gmail.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>

When do you intend to submit that filing?

[Quoted text hidden]

---

**Eden Quainton** <equainton@gmail.com>  Tue, Jan 28, 2020 at 1:12 PM
To: Joshua Riley <jriley@bsfllp.com>
Cc: Michael Gottlieb <mgottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>

Soon. I'm getting crushed though, so I doubt it will be today.
[Quoted text hidden]