UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AARON RICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 18-681 (RJL) |
| | ) | |
| ED BUTOWSKY, *and* | ) | |
| MATTHEW COUCH, *and* | ) | |
| AMERICA FIRST MEDIA, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
FEB - 5 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER

February 5th, 2020

Upon consideration of the relevant and the record, it is hereby

**ORDERED** that Defendant Couch's Motion to Take Five Depositions [Dkt. # 102] is **GRANTED** in part and **DENIED** in part. Defendant Couch is hereby granted permission to seek to depose Kelsey Mulka, Joe Capone, and Detective Joey Della Camera. His motion is otherwise denied for failure to demonstrate those depositions are likely to lead to relevant evidence. It is further

**ORDERED** that plaintiff's Motion to Deem Facts in Certain RFAs Admitted [Dkt. # 104] is **GRANTED** in part and **DENIED** in part. Plaintiff's First Set of Requests for Admission to Defendant America First Media are hereby admitted. In light of the Court's ruling as to defendant's Butowsky's Cross Motion [Dkt. # 128], *see below*, Plaintiff's

Second Set of Requests for Admission as to Defendant Butowsky are not admitted in total. It is further

**ORDERED** that defendant Butowsky's Cross Motion to Withdraw and Amend Admissions [Dkt. # 128] is **GRANTED**. Defendant Butowsky's responses to RFAs 67, 68, 69, 70, 71, 72, and 74 are amended as set forth in his January 22, 2020 responses [Dkt. # 128, Ex. 8]. It is further

**ORDERED** that defendant Butowsky's Supplemental Motion to Withdraw and Amend Answers [Dkt. # 146] is **DENIED**.

**ORDERED** that defendants' Motion for Extension of Time to Complete Discovery [Dkt. # 97] is **GRANTED** in part and **DENIED** in part. Defendant Couch shall have until March 27, 2020 to depose the three witnesses identified above. The motion for an extension of discovery is otherwise denied as to Defendant Couch. Defendant Butowsky shall have until March 27, 2020 to complete all fact discovery. Should he be unable to sit for his own deposition within that time frame due to his medical condition, he can seek leave to hold that deposition outside the extended discovery period. It is further

**ORDERED** that defendants' Motion for Reconsideration of Order Granting Motion to Enforce [Dkt. # 143] is **DENIED**. Defendant Couch is hereby ordered to produce the relevant documents within 72 hours. Should he fail to do so, this Court will address whether to hold him in contempt. It is further

**ORDERED** that counsel for defendants shall show cause within 14 days why the Court should not assess a $2,500 fine for his failure to properly redact confidential information in his January 24, 2020 filings, despite the Court's previous admonishment.

In the future, the Court will simply impose a $2,500 fine for any additional violations of the parties' protective order, which requires the redaction of confidential information.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge