UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                    Plaintiff,<br>      v.<br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>                    Defendants. | Civil Action No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |

**PLAINTIFF'S NOTICE OF DEFENDANT COUCH'S NON-COMPLIANCE
WITH THE COURT'S ORDERS REQUIRING PRODUCTION OF DOCUMENTS**


JOSHUA P. RILEY
MERYL C. GOVERNSKI
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005

MICHAEL J. GOTTLIEB
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006

*Attorneys for Plaintiff Aaron Rich*

Plaintiff respectfully submits this Notice of Defendant Couch's Non-Compliance With The Court's Orders Requiring Production of Documents ("Notice") to inform the Court that Defendant Couch continues to withhold information that the Court recently ordered him to produce—or, as Defendant Couch has explained in his own words: he "refuse[s] to" produce certain information, he "didn't give up any video," and he "didn't give up any names. Everything was redacted out."[1]

*******

The Court now has entered four orders requiring Defendant Couch to produce documents that he was withholding in response to Plaintiff's document requests.[2] Most recently, on January 3, 2020, Plaintiff filed a motion to enforce the Court's prior orders after Defendant Couch refused to produce—either in documents or deposition testimony—certain information about the purported "sources" on which Defendant Couch claims to have relied when he made defamatory statements about Plaintiff.[3] As Plaintiff's motion explained, if Defendant Couch were permitted to withhold this material, it "would allow Defendant Couch and Defendant Butowsky to reap the benefit of purported 'information' on which they claimed to rely in making statements about Plaintiff while depriving Plaintiff of the ability to probe Defendants' position, prosecute Plaintiff's case, and establish the truth."[4]

---

[1] *See infra* at notes 18, 22.

[2] *See* 7/31/2019 Minute Entry (Court's first order, granting Plaintiff's motion to compel); 11/4/2019 Minute Order (Court's second order, denying Defendant Couch's motion for relief from the first order); Dkt. 133 (Court's third order, granting Plaintiff's motion to enforce the prior orders); Dkt. 151 (Court's fourth order, denying Defendant Couch's motion for reconsideration of the third order).

[3] *See* Dkt. 95 (redacted); Dkt. 96 (unredacted).

[4] Dkt. 95 at 3; *see also id.* at 23 ("Plaintiff would be at a significant and unfair disadvantage if he were deprived of the information Defendant Couch is withholding while Defendant Couch and Defendant Butowsky were able to present their own un-tested versions of those conversations, including to form a key part of their defense.").

Items at issue in Plaintiff's most recent motion were set forth in lines 21 to 31 of Defendant Couch's privilege log, which was filed as an exhibit to Plaintiff's motion.[5] As explained below, the items relevant to this Notice are those in lines 30 and 31 of the privilege log, reproduced here:

| 30 | | April 18, 2018 | Audio File | Interview with confidential source re Shawn Lucas murder, touches tangentially on whether Lucas knew Aaron or Seth Rich | 1st Amendment Reporters Privilege |
| 31 | | April 24, 2018 | Video File | Testimony of confidential source provided to House Intelligence Committee | 1st Amendment Reporters Privilege; |

On January 24, 2020, the Court granted Plaintiff's motion to enforce the Court's prior orders and ordered Defendant Couch to "produce on or before January 31, 2020 all relevant documents, including those he is withholding on the basis of a purported reporter's privilege."[6] Instead of complying with the Court's order, Defendant Couch filed a motion for reconsideration,[7] which the Court denied on February 5, 2020, ordering Defendant Couch "to produce the relevant documents within 72 hours. Should he fail to do so, this Court will address whether to hold him in contempt."[8]

*******

Plaintiff hereby notifies the Court that Defendant Couch refuses to comply (and publicly boasted about doing so) with certain aspects of the Court's orders. Specifically, Defendant Couch continues to withhold the following material, in defiance of the Court's orders:

---

[5] *See* Dkt. 95-12; *see also* Dkt. 95 at 7 n.9 ("The withheld documents that currently are known to exist are set forth in lines 21 to 31 of Defendant Couch's privilege log, which is included as an exhibit to this Motion.").

[6] Dkt. 133. All emphases herein are supplied unless otherwise indicated.

[7] *See* Dkt. 143.

[8] Dkt. 151.

1. **ITEM #30.** Item #30 on Defendant Couch's privilege log is an April 18, 2019, audio file of an interview with a "confidential source."[9] Defendant Couch initially withheld the document on the basis of a claimed reporter's privilege.[10] As noted above, the Court ordered Defendant Couch to produce "all relevant documents, including those he is withholding on the basis of a purported reporter's privilege."[11] Nonetheless, Defendant Couch still refuses to produce the file listed in line 30 of his privilege log, now claiming that the document is "non-responsive" and does "not belong to Mr. Couch"[12]—arguments that Defendant Couch did not raise in any of his prior briefing on these issues and that are belied by the privilege log itself, which states that the recorded interview "touches," at least "tangentially," upon Plaintiff and his brother.[13]

2. **ITEM #31.** Item #31 on Defendant Couch's privilege log is a "Video File" of "Testimony of confidential source provided to House Intelligence Committee" that Defendant Couch previously withheld on the basis of a claimed reporter's privilege.[14] Defendant Couch appears to rely on the "source" in the video as his basis for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[15] Defying this

---

[9] Dkt. 95-12 at 5.
[10] *Id.*
[11] Dkt. 133 at 1-2.
[12] Ex. 1 at 1, 9.
[13] Dkt. 95-12 at 5.
[14] *Id.*
[15] Dkt. 96-5 (Ex. 7) at 485:13-486:23 (Defendant Couch explaining, in response to his own counsel's questions, that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇); *see also id.* at 495:4-497:17.

Court's order that he produce "all relevant documents, including those he is withholding on the basis of a purported reporter's privilege,"[16] Defendant Couch unilaterally has decreed that he is not required to produce the video, and instead he has produced only an audio file for the express purpose of concealing the identity of his purported "source."  As Defendant Couch has explained online:

> "We had to give over all of our recordings, video and audio of sources, and what we decided to do, we ripped the audio from the video.  ***I just told my attorney I'm not giving them the face of our sources.  That's not happening***.  We did a couple sit down type interviews with some sources.  I can't protect—the voices is one thing but I'm not giving them their faces and ***I refuse to do that***"[17]
>
> "They will have the audio recordings and we didn't give up any video.  We ripped the audio from the video."[18]

     **3.**     **<u>REDACTED EMAILS.</u>**  In response to the Court's orders, Defendant Couch also now has produced certain emails, but he has redacted names from some of those emails to conceal purported "sources."  Because the redactions to the emails are not marked as such, Plaintiff cannot ascertain the full extent of the redactions, but at least one communication ▮▮▮▮▮ appears to have information removed, thereby making it impossible to know the sources of the communication.[19]  Defendant Couch has explained on social media that he redacted names from documents so as to continue to conceal the identities of "sources":

> "What people need to understand is yes we had to give over source information, we had to give over audio files and documents, but it's redacted. They don't know our source's names that we redacted the

---

[16] Dkt. 133.

[17] *Matt Couch Investigation of Seth Rich*, Freedom Declassified at 1:05:02 (Feb. 12, 2020), https://anchor.fm/freedomdeclassified/episodes/Matt-Couch-Investigation-of-Seth-Rich-eaq032; *see also id.* at 1:05:19.

[18] *Id.* at 1:17:37.

[19] Ex. 2.

names out. . ."[20]

"I do want the audience to know that *we redacted the sources' names so we did not give up the names of our sources*"[21]

"I want people to understand, *we didn't give up any names. Everything was redacted out*."[22]

"Just an FYI, all names of our sources have been REDACTED in what we turned over to opposing counsel. *They WILL NOT have access to the names of our sources*. It has all been marked 'Attorneys Eyes Only, Highly Confidential' as well. We are fighting with EVERYTHING we have!"[23]

*******

Defendant Couch has made no secret of his disdain for this Court's decision to grant Plaintiff's motion to enforce the Court's orders. Indeed, Defendant Couch now appears to be promoting conspiracy theories about the Court (including re-tweeting one article that smears the Court as being biased based upon alleged connections to Fusion GPS and John Podesta)[24] and its rulings (which he has described in interviews as "sickening").[25] Defendant Couch is entitled to

---

[20] *Matt Couch Investigation of Seth Rich*, *supra* note 17 at 1:04:05.

[21] *Id*. at 1:17:33.

[22] *Live Interview with Matt Couch*, The American Joe Show at 28:18 (Feb. 12, 2020), https://www.youtube.com/watch?v=JtP2_xVJ388; *see also id*. at 25:48 ("Now we have redacted their names").

[23] Ex. 3.

[24] *See* Ex. 4 (Defendant Couch Tweet stating: "MUST READ: Seth Rich Family AND Defendants REQUEST TESTIMONY From Julian Assange -- But Podesta-Linked Judge Richard Leon REFUSES" and linking to article at TheGatewayPundit.com).

[25] *See Live Interview with Matt Couch*, *supra* note 22 at 27:35 (Couch: "It's just alarming, you know, that, Joe, you can make a ruling without saying why you're ruling that way, if that makes sense." Interviewer: "Well, yeah, especially when it seems so blatantly obvious that you're being biased or controlled or manipulated or who knows what the hell is going on around here. I mean, when you're getting to that level where so many pieces are moving and operating together to do something, I mean, there's nobody that's outside the realm of being influenced or being manipulated to make something happen, especially a judge." Couch: "It's sickening, you know,

his opinions, but he may not disobey court orders simply because he suspects that the Court is part of the Deep State.

So long as Defendant Couch continues to defy the Court's order that he produce "all relevant documents, including those he is withholding on the basis of a purported reporter's privilege," Plaintiff will remain unable to test the bases on which Defendant Couch claims to have relied when he published false statements about Plaintiff. With respect to Item #30, Plaintiff is left completely in the dark, as Defendant Couch refuses to produce the file at all. With respect to Item #31 and the redacted emails, Plaintiff cannot test the purported sources' credibility or seek additional discovery of them since Defendant Couch continues to conceal their identities, having produced only *what* was said, but not *who* said it.

*******

Given the record to date, including the Court's prior orders, Plaintiff believes that it would be appropriate for the Court to: **(1)** hold Defendant Couch in contempt, **(2)** issue a penalty for Defendant Couch's non-compliance with the Court's orders to date, and **(3)** levy penalties accruing daily until Defendant Couch complies fully with the Court's orders.[26]

Dated: February 18, 2020

/s/ *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP

---

it made me sick to my stomach."); *see also Matt Couch Investigation of Seth Rich*, *supra* note 17, at 1:04:48 ("It's just a really, really dirty thing. And if anybody wants to look it up, it's Rich versus—Rich v. Butowsky, 18-cv-00681 is the case, it's a federal case out in D.C. More than welcome to look that up. But we had to give over all of our recordings, video, audio of all of our sources.").

[26] While Plaintiff's counsel is unaware of a formal meet-and-confer requirement for notices, as distinct from motions, Plaintiff's counsel nonetheless conferred about the issues set forth herein and was unable to resolve them. *See* Ex. 1.

       1401 New York Ave NW, Washington DC 20005
       Tel: (202) 237-2727 / Fax: (202) 237-6131
       jriley@bsfllp.com
       mgovernski@bsfllp.com

       MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
       WILLKIE FARR GALLAGHER LLP
       1875 K Street NW, Washington, DC 20006
       Tel: (202) 303-1442 / Fax: (202) 303-2000
       mgottlieb@willkie.com

       ***Attorneys for Plaintiff Aaron Rich***

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on February 18, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: February 18, 2020

/s/ *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com