# EXHIBIT 3



Search Twitter

Log in Sign up

**Matt Couch** @RealMattCouch · Feb 9

Major Announcement: Press Release; Source Privilege & First Amendment Rights DENIED to Matt Couch, The Fight for Truth..

**Matt Couch** @RealMattCouch
Major Announcement: Press Release; Source Privilege & First Amendment Rights DENIED to Matt Couch, The Fight for Truth..
pscp.tv

250 1.9K 2.2K

**Matt Couch** @RealMattCouch · Feb 9

MAJOR ANNOUNCEMENT: Source Privilege & First A...
It is with a heavy heart that I have to make this announcement in our Seth Rich investigation on ...
thedcpatriot.com

9 126 158

**Matt Couch**
@RealMattCouch

Just an FYI, all names of our sources have been REDACTED in what we turned over to opposing counsel. They WILL NOT have access to the names of our sources.

It has all been marked "Attorneys Eyes Only, Highly Confidential" as well.

We are fighting with EVERYTHING we have!

11:58 AM · Feb 11, 2020 · Twitter Web App

**58** Retweets **147** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Matt Couch**
@RealMattCouch
Follow
Christian, Father of 2, Investigator, Founder The DC Patriot & America First Media Group, Razorback, NRA, Truth Slinger
instagram.com/realmattcouch/

## Trends

**#SeeThePhotograph**
Celebrate Love In Color
Promoted by The Photograph

1 · Politics · Trending
**John Kelly**
Trending with: General Kelly, Trump - The Atlantic

US news
John Kelly speaks up about Trump's handling of North ...

2 · Trending
**#ThursdayThoughts**
56.1K Tweets

3 · Trending
**#ThursdayMotivation**

If you truly want to help in our fight, then do so here. Our Investigation is ongoing, our legal battle is real. This isn't a game, we're under attack by the Deep State Attorneys.

I do this full time, I have two daughters, Join the Fight!



Investigations and Reporting organized by Matt Couch
Matt Couch Investigations and Reporting The DC Patriot is Real News in Real Time. We're a New Brand of Media. We Investigate, Report, and ha…
🔗 gofundme.com

💬 1      🔁 33      ♡ 37      ↥

**USAF** 🇺🇸 @galante_l · Feb 11
Replying to @RealMattCouch
Praying for You & You're Team..🙏🙏
God Bless you for All You Do

💬      🔁      ♡ 1      ↥

❤❤**AmericaFirst**❤❤ @MsGifurnasty · Feb 11
Replying to @RealMattCouch
The first thing that didn't make sense about #SethRich was his parents getting mad about furthering investigations. My brother in law was killed in a hit/run 14 yrs ago(not ran over once but TWICE) Had to be ID'ed by his tattoos-we'd give ANYTHING to know who did this!

💬      🔁      ♡ 3      ↥

❤❤**AmericaFirst**❤❤ @MsGifurnasty · Feb 11
Replying to @RealMattCouch
There's not a doubt in my mind Seth's parents/brother? have been warned. I feel for them in the situation they have been put in.  Seth's family is clearly having to play #Hillary's rules= Lie or Die. Keep doing the right thing Matt! You're a true Patriot, with a big heart!

GIF

Show more replies

#GalentinesDay
Trending with: Happy Galentines

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

Matt Couch on Twitter: "Just so our named witnesses have been informed, At what we agreed with opposing counsel. Th…

 

Search Twitter

Log in   Sign up