# EXHIBIT 4

2/14/2020    Matt Couch on Twitter: "MUST READ: Seth Rich Family AND Defendants REQUEST TESTIMONY From Julian Assange -- But Podest…

Case 1:18-cv-00681-RJL Document 154-5 Filed 02/18/20 Page 2 of 4

←    🔍 Search Twitter    **Log in**    **Sign up**    ⋯



**Matt Couch** 🎙
@RealMattCouch

MUST READ: Seth Rich Family AND Defendants REQUEST TESTIMONY From Julian Assange -- But Podesta-Linked Judge Richard Leon REFUSES thegatewaypundit.com/2020/02/must-r… via @gatewaypundit



MUST READ: Seth Rich Family AND Defendants REQUEST TESTIMONY From Julia…
Judge Richard Leon and John Podesta Over the weekend Judge Richard Leon in Washington D.C. ordered investigative reporter Matt Couch to release all of his …
🔗 thegatewaypundit.com

1:10 PM · Feb 11, 2020 · Twitter Web Client

**685** Retweets    **669** Likes

💬    ⟲    ♡    📤

**Nancy Taylor** @nancytaylor2013 · Feb 11
Replying to @RealMattCouch and @gatewaypundit
Matt please tell us more about you potentially filing to have Judge Leon recused. This sounds like such a perfect idea in light of what he is doing…And Aaron Rich joining you in a request to question Assange??? Good good stuff.🙏👏🇺🇸⚖️

💬    ⟲ 2    ♡ 12    📤

**Saav** @thejimmywinters · Feb 11
Replying to @RealMattCouch and @gatewaypundit
I've been waiting for this. Ty fren.

💬    ⟲ 1    ♡ 3    📤

**S&N** @news_translator · Feb 11
Replying to @RealMattCouch and @gatewaypundit
Aaannnnddd somebody needs to be relieved of their duties.

💬    ⟲    ♡ 5    📤

**Jan Dinkins** @jan_dinkins · Feb 11
Replying to @RealMattCouch and @gatewaypundit
They need to INSIST even louder and threaten lawsuits against the Hilly/Podesta squad !

💬    ⟲ 1    ♡ 2    📤

**Tamara Thomas** ⭐⭐⭐⌛ **#freejulian #noexpulsion** @T… · Feb 11
Replying to @RealMattCouch and @gatewaypundit
What is going on??!! @CassandraRules @chillum @vabelle2010 @Tim_Canova

💬    ⟲    ♡    📤

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**



**Matt Couch** 🎙
@RealMattCouch   **Follow**
Christian, Father of 2, Investigator, Founder The DC Patriot & America First Media Group, Razorback, NRA, Truth Slinger
instagram.com/realmattcouch/

**Jim Hoft** ✓
@gatewaypundit   **Follow**
Writer- Speaker- Where Hope Made a Comeback - Top Choice of the American Truth Seeker

**Trends** ⚙

**#Outlander**🌹
Premieres now on the STARZ App
↗ Promoted by Outlander

**#ValentinesDay**💐 · Trending
Trending with: Happy Valentines, #HappyValentinesDay2020, Happy V

Music
A collection of love songs for Valentine's Day 2020 💖



2 · Politics · Trending
**McCabe**
Trending with: Andrew McCabe

US news
Justice Department drops

Search Twitter
Log in
Sign up

Replying to @RealMattCouch and @gatewaypundit
Why would his brother not want the truth?
2

**bob** @handyru · Feb 11
Replying to @RealMattCouch @LovesTheLight and @gatewaypundit
Figures! 🤬
2

**Torsten Jansen** @TorstenJansen6 · Feb 11
Replying to @RealMattCouch @MariaSMB01 and @gatewaypundit
👍
2

**Mina Cox** @ADVOCATEONTHAT · Feb 12
Replying to @RealMattCouch and @gatewaypundit
Podesta is not looking well at all.
2

**Mina Cox** @ADVOCATEONTHAT · Feb 12
Replying to @RealMattCouch and @gatewaypundit
Podesta is not looking well...
2

**chuk** @chuk_huffy · Feb 11
Replying to @RealMattCouch and @gatewaypundit
“corruption revealed, you ask?”

good question.

very good question.

imo

**Love for Country🇺🇸🇺🇸🇺🇸** @Robin45457353 · Feb 11
Replying to @RealMattCouch and @gatewaypundit
Just horrible

**Karen** @southrtnlady · Feb 11
Replying to @RealMattCouch and @gatewaypundit
The Podesta bro’s get away with murder all the time?

**Debbie Kirk** @DebbieK46955202 · Feb 11
Replying to @RealMattCouch and @gatewaypundit
Good!!

**CommunityCorner** @EdenfieldPl · Feb 12
Replying to @RealMattCouch @libertyraven and @gatewaypundit
That’s a big deal Matt!

**prettymessy888** @prettymessy888 · Feb 12
Replying to @RealMattCouch and @gatewaypundit
they look EVIL

**sofia sjöberg** @risalusofia · Feb 12
Replying to @RealMattCouch and @gatewaypundit
Just as a reminder

**sofia sjöberg** @risalusofia · Feb 12

3 · Trending
**Hopper**
Trending with: #StrangerThings4, #StrangerThings, HOPPER IS ALIVE

Television
The teaser for the new season of Stranger Things includes a ...

4 · Soccer · Trending
**Roses**
256K Tweets

Haha
Some alternative takes on the 'roses are red' format 🥀

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.

Search Twitter

Log in Sign up

bakomkulissernabiz.wordpress.com/2020/02/09/fn-...

**Jim McMorrow** @Rinkguy · Feb 12
Replying to @RealMattCouch and @gatewaypundit
Two more SWAMP RATS.

**Tracy Phillips** @TracyLeigh10 · Feb 11
Replying to @RealMattCouch and @gatewaypundit
I would contact President Trump and get yourself an insurance policy. These people are extremely dangerous.
2 2

**Bev Stanley** @bstanfl0620 · Feb 11
Replying to @RealMattCouch and @gatewaypundit
To force you to give up your sources, but not go straight to JA??? Messed up!!! Hang in there, Matt.
1



