# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AARON RICH | |
| Plaintiff, | Civil Action No. 1:18-cv-00681-RJL |
| v. | Hon. Richard J. Leon |
| EDWARD BUTOWSKY, MATTHEW COUCH, and AMERICA FIRST MEDIA | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DEFENDANT BUTOWSKY'S RECENT ACTION IN TEXAS LITIGATION

JOSHUA P. RILEY
MERYL C. GOVERNSKI
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005

MICHAEL J. GOTTLIEB
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006

*Attorneys for Plaintiff Aaron Rich*

In connection with Plaintiff's Motion for an Anti-Suit Injunction and Motion for Sanctions, Plaintiff Aaron Rich respectfully submits this Notice of Defendant Butowsky's Recent Action In Texas Litigation ("Notice") to alert the Court that Defendant Butowsky continues to press the Texas Litigation against Plaintiff's counsel.

*******

Plaintiff filed this lawsuit on March 26, 2018, alleging, inter alia, that Defendant Butowsky defamed Plaintiff.[1]  Nearly a year later, on March 12, 2019, Defendant Butowsky sued Plaintiff's counsel in the U.S. District Court for the Eastern District of Texas, alleging, inter alia, that Plaintiff's counsel defamed Defendant Butowsky by alleging that Defendant Butowsky had defamed Plaintiff ("the Texas Litigation").[2]

On March 26, 2019, Plaintiff filed a Motion for an Anti-Suit Injunction ("Anti-Suit Motion"), asking this Court to enjoin the Texas Litigation pending resolution of this case.[3] Separately, on December 30, 2019, Plaintiff filed a Motion for Sanctions against Defendant Butowsky based on his failure to produce documents that the Court ordered him to produce on July 31, 2019, and which Defendant Butowsky had committed to produce by December 23, 2019, but which Defendant Butowsky still has not produced as of the time of this filing.[4]

This Court has encouraged Defendant Butowsky's counsel to dismiss the Texas Litigation against Plaintiff's counsel.[5]  Instead of doing that, Defendant Butowsky has continued to press the Texas Litigation against Plaintiff's counsel.  Most recently, on February 14, 2020, Defendant

---

[1] *See* Dkt. 1.

[2] *See* Dkt. 52-2; 52-3.

[3] *See* Dkt. 52.

[4] *See* Dkt. 93.

[5] *See, e.g.*, Dkt. 75 at 21:19-23.

Butowsky filed in the Texas Litigation a proposed "supplemental complaint" in which Defendant Butowsky asserted additional allegations and claims against Plaintiff's counsel.  That filing is attached to this Notice as Exhibit A.  Additionally, on February 18, 2020, Defendant Butowsky served a notice of his intent to serve a deposition and document subpoena on Deborah Sines, the former Assistant United States Attorney who coordinated the prosecutorial work related to the murder of Plaintiff's brother.  That noticed subpoena is attached to this Notice as Exhibit B.

Dated: February 18, 2020

/s/ *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

*Attorneys for Plaintiff Aaron Rich*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on February 18, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.


Dated: February 18, 2020

/s/ *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com