UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

### DECLARATION OF EDEN P. QUAINTON IN RESPONSE TO ORDER TO SHOW CAUSE

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1. I am counsel for Defendants Edward Butowsky and Matthew Couch. This declaration is based upon my personal knowledge and upon information provided to me in my official capacity.

2. On January 24, 2020, Defendants filed a Reply in Support of their Motion to Extend Discovery. Dkt. 130.

3. Included in the filing was an email that contained a "Google Drive" link to documents previously produced by Defendant Matthew Couch. Dkt. 132-2.

4. The Google Drive link had been set so that only the named recipients could open the link. The only named recipients were Mr. Couch himself and counsel for Plaintiffs.

5. I did not believe that it was technically possible for the link to be accessed by anyone other than the named recipients. In other words, I did not believe, and had not

1

considered the possibility, that the link was somehow "live," and could be accessed by parties who had not received the necessary permission.

6. However, shortly after the filing, Defendant Matthew Couch notified me that it was possible to click on the link and access the underlying documents.

7. I immediately contacted the e-filing clerk and requested that the document be sealed. My understanding is that the clerk then discussed the issue with Chambers, after which the clerk informed me I could rectify the error by redacting the document and filing it under the "Redacted Document" event, which I promptly did. Dkt. 131.

8. I also filed a motion for permission to file the redacted email under seal. Dkt. 132.

9. In addition, I notified Courtlistener.com and requested that the email be removed from the Courtlistener database. I have confirmed that the email is no longer available through PACER, Courtlistener or Westlaw.

10. The only party potential harmed by the temporary availability of an unredacted link is Mr. Couch. I have not asked him to waive any rights and he retains all remedies available to him by law.

11. I submit this particular incident is best left for resolution between attorney and client, without the imposition of Court fines.

12. However, I fully understand the importance of the Protective Order's strictures. I have endeavored, to the best of my ability, to comply with the redaction rules. Any errors have been entirely unintentional.

13. I have apologized to Mr. Couch and I am committed to redoubling my efforts to ensure that no violation occurs in the future.

14. I understand and accept that any future violation, even unintentional, will be met with an automatic penalty of $2,500. I believe this is fair and will ensure that all parties and counsel take the Court's directives with the utmost seriousness.

Executed: February 18, 2020

                                      */s/_Eden P. Quainton*_____
EDEN P. QUAINTON
QUAINTON LAW PLLC
D.C. Bar No. NY0318
1001 Avenue of the Americas, 11th Fl.
New York, NY 10018
212-813-8389
equainton@gmail.com