# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                      Plaintiff,<br>    v.<br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>                     Defendants. | Civil Action No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |

**PLAINTIFF'S NOTICE OF JUDICIAL ACTION IN TEXAS LITIGATION**


JOSHUA P. RILEY
MERYL C. GOVERNSKI
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005

MICHAEL J. GOTTLIEB
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006

*Attorneys for Plaintiff Aaron Rich*

In connection with Plaintiff's Motion for an Anti-Suit Injunction, Plaintiff Aaron Rich respectfully submits this Notice of Judicial Action In Texas Litigation ("Notice"). On February 18, 2019—after Plaintiff filed the Notice of Defendant Butowsky's Recent Action in Texas Litigation, Dkt. 156—Magistrate Judge Kimberly C. Priest Johnson of the United States Court for the Eastern District of Texas issued an order resetting the Rule 16 Management Conference in the Texas Litigation that had been set for February 20, 2020. The Court explained that it is "currently reviewing the pending motions" (including the motions to dismiss filed by certain of Plaintiff's counsel) and "expects to issue recommendations on each motion in the near future. As such, judicial efficiency is best served by postponing the Rule 16 Management Conference in this case."

Dated: February 19, 2020

/s/ _Joshua P. Riley_____
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

*Attorneys for Plaintiff Aaron Rich*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on February 19, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: February 19, 2020

/s/   *Joshua P. Riley*
JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com