UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                        Case No. 1:18-cv-00681-RJL
                                                   Honorable Richard J. Leon
Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

Defendants.

## <u>NOTICE OF CORRECTION</u>

Defendants' Notice of Response to Order to Show Cause and the accompanying

Declaration of Eden P. Quainton dated February 18, 2020 incorrectly stated that Dkt. 130-2,

which contained a link in an Exhibit that should have been redacted, had been removed from the

Courtlistener.com database.  Dkt. 157 at 2; Dkt. 157 at ¶ 9.  Counsel had been informed by his

client that the document had been removed and had relied on this representation.  Declaration of

Matthew Couch, dated February 20, 2020, at ¶ 2; Declaration of Eden P. Quainton, dated

February 20, 2020 (the "Quainton Decl.") at ¶ 5.  However, on February 20, 2020 counsel for

Plaintiff informed counsel for Defendant that the link in the Exhibit in question remained live.

Quainton Decl. at ¶ 6.  Counsel immediately sent a removal notice to Courtlistener.com through

the website removal page.  *Id.* at ¶ 7.  The Exhibit is no longer available on the Courtlistener.com

website.  *Id.*

Dated: February 20, 2020

                              /s/ Eden Quainton
                              EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
                              QUAINTON LAW, PLLC
                              1001 Avenue of the Americas, 11th Floor
                              New York, New York 10018
                              Telephone: (212) 813-8389

E-mail: equainton@gmail.com
*Attorneys for Defendants Edward Butowsky and*
*Matthew Couch*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on January 27, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendants Edward Butowsky and Matthew Couch*