UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

# DECLARATION OF EDEN P. QUAINTON
# IN SUPPORT OF NOTICE OF CORRECTION

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1. I am counsel for Defendants Edward Butowsky and Matthew Couch. This declaration is based upon my personal knowledge and upon information provided to me in my official capacity.

2. On February 18, 2020, I filed a Notice of Response to Order to Show Cause and a Declaration in Support of Response with the Court. Dkt. 157, Dkt. 157-1.

3. In my submission, I represented that I had requested that Courtlistener.com remove an Exhibit that had been improperly redacted and that I had confirmed the item was no longer available on the Courtlistener.com website. Dkt. 157-1 at ¶ 9.

4. To the best of my knowledge and recollection my statement that I had notified Courtlistener.com was true and accurate. It is possible I confused the notification with a separate notification I had made in connection with an earlier request.

1

5. My client, Matthew Couch, informed me that the Exhibit had been removed from the Courtlistener website. Declaration of Matthew Couch, dated February 2020. Because the link related to information of concern solely to Mr. Couch, who had brought the issue to my attention, I relied on this representation.

6. However, on February 20, 2020, counsel for Plaintiff informed me that the Exhibit was available on the Courtlistener.com website.

7. I filed a removal request with Courtlistener.com and have personally confirmed that the Exhibit, Dkt. 130-2, is no longer available on the website.

Executed: February 20, 2020

*/s/ Eden P. Quainton*_____
EDEN P. QUAINTON
QUAINTON LAW PLLC
D.C. Bar No. NY0318
1001 Avenue of the Americas, 11th Fl.
New York, NY 10018
212-813-8389
equainton@gmail.com