UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681 (RJL) |
| | Honorable Richard J. Leon |
| Plaintiff, | |
| v. | |
| EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, | |
| Defendants. | |

### DECLARATION OF MATTHEW COUCH

My name is Matthew Couch. I am a Defendant in the above-captioned action and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

1. On January 24, 2020, I notified my counsel that a link in a document that had been filed with the Court (Dkt. 130-2) was "live" on the Courtlistener.com website and needed to be redacted.

2. I subsequently verified on the Courtlistener.com website that the link was no longer live and so notified my counsel. It is possible I may have entered identifying information incorrectly on the Courtlistener.com website.

Dated: February 20, 2020
Rogers, Arkansas

Matthew Couch
_____
MATTHEW COUCH

1