UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## DECLARATION OF MERYL C. GOVERNSKI IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT COUCH TO PRODUCE FLOCK DOCUMENTS

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Plaintiff Aaron Rich. This Declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. On September 27, 2019, I participated in a telephone call during which Eden Quainton, Defendant Couch's counsel, confirmed the existence of responsive communications on Flock that had not been produced.

3. On February 13, 2020, Mr. Quainton made the argument for the first time that Mr. Couch does not "control the Flock account" because the "account is administered by Hannibal Moot."

4. On February 26, 2020, Plaintiff's counsel informed Defendant Couch's counsel that Plaintiff would file a motion if the responsive Flock communications were not produced by February 28, 2020

5. Counsel for Plaintiff has attempted, unsuccessfully, to determine the identity and location of "Hannibal Moot."

6. Attached as Exhibit 1 is a true and correct copy of the letter served on Defendant Matthew Couch on March 27, 2018.

7. Attached as Exhibit 2 is a true and correct copy of an email exchange between E. Quainton and M. Governski, cc'ing J. Riley and M Gottlieb, dated October 21, 2019, re: Rich v Butowsky. The attachment is not relevant to the motion and not included in the exhibit.

8. Attached as Exhibit 3 is a true and correct copy of an email exchange between E. Quainton and M. Governski, cc'ing J. Riley and M. Gottlieb, dated November 20, 2019, re FW: Retainer Agreement (Rich v. Butowsky et al. 18-cv-0681 Matt Couch) Matter.

9. Attached as Exhibit 4 is a true and correct copy of an email from E. Quainton to J Riley, cc'ing M. Governski and M Gottlieb, dated February 27, 2020, re: Flock.

10. Attached as Exhibit 5 is a true and correct copy of an email from E. Quainton to J Riley, cc'ing M. Governski and M Gottlieb, dated February 17, 2020, re: Rich v. Butowsky – Butowsky Production.

11. Attached as Exhibit 6 is a true and correct copy of an email from J. Riley to hannibalmoot@gmail.com, cc'ing M. Governski, M Gottlieb, and S. Hall, dated February 27, 2020, re: Rich v. Butowsky, 18-cv-00681 (DC).

Executed: March 3, 2020

/s/ *Meryl C. Governski*
MERYL C. GOVERNSKI
D.C. Bar No. 1023549
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgovernski@bsfllp.com