# Exhibit 3

| | |
|---|---|
| **From:** | Eden Quainton |
| **To:** | Meryl Governski |
| **Cc:** | Michael Gottlieb; Joshua Riley |
| **Subject:** | Re: FW: Retainer Agreement (Rich v. Butowsky et al. 18-cv-0681 Matt Couch) Matter |
| **Date:** | Wednesday, November 20, 2019 2:11:49 PM |

Meryl,

Apologies. There must have been a miscommunication. I thought you were going to pay directly because Mr. Couch does not have the resources for ESI discovery. As to the $4-12,000, unless I missed it, I have not seen whatever was sent to you (although I asked to be copied). I communicated your desire to start with the remote collection and was told they would need a retainer of $4000 (which did not seem unreasonable to me) to start. I don't know if that corresponds to an estimate for just the remote piece or whether there is a cushion. I would think the latter, but will check. I also don't know if they will start work with a lower retainer.

Let me talk to them and get back to you.

Eden


On Wed, Nov 20, 2019, 1:48 PM Meryl Governski <mgovernski@bsfllp.com> wrote:

> Mr. Quainton,
>
> We have not agreed to enter into a contractual arrangement with Online Security, nor to pay $4,000 to $12,000 for collection of your client's materials. I requested a revised estimate based on the cost of collecting, in the first instance, Mr. Couch's web-based applications (e.g. email, social media, flock, signal, etc), which could be done remotely. The original estimate indicated that could be completed for around $2,000. Please provide an updated estimate for that piece and we will consider whether it is reasonable.
>
> Additionally, we will need to consider whether it is appropriate for us to be the contracting party with the vendor, which we have never discussed with you and will need to discuss internally.
>
> Thanks,
>
> Meryl
>
> **Meryl Conant Governski**
> Associate

# BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t)   202 895 7565

(m) 301 502 5638

(f)   202 237 6131

mgovernski@bsfllp.com

www.bsfllp.com

**From:** Charlie Balot [mailto:balot@onlinesecurity.com]
**Sent:** Wednesday, November 20, 2019 1:40 PM
**To:** Meryl Governski
**Cc:** 'Eden Quainton'; 'Richard Gralnik'
**Subject:** Retainer Agreement (Rich v. Butowsky et al. 18-cv-0681 Matt Couch) Matter

Dear Ms. Governski,

As per the request of Mr. Eden Quainton please find attached our retainer agreement for our electronic discovery services on the "Rich v. Butowsky 18-cv-0681" matter.  After your review of the agreement please forward back an executed copy to my attention for my counter signature.  We request that our retainer deposit of $4,000 be forwarded to us via overnight FedEx, or if you prefer please provide us with your firms credit card.

If you have an questions or concerns please don't hesitate to contact me.

Regards,

Charlie Balot

CEO

**OnlineSecurity**

3000 S. Robertson Blvd., Suite 288

Los Angeles, California  90034

Phone:  310.815.8855  Ext. 212

Fax:     310.815.8808

Cell:     310.245.2903

**balot@onlinesecurity.com**

**www.onlinesecurity.com**



**Comprehensive Litigation Support**

**Los Angeles    New York**

This email may contain material that is confidential and/or privileged information for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you have received this transmission in error, please promptly notify the sender by reply email and then delete all copies of the transmission.  Thank you.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]