UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                         Case No. 1:18-cv-00681-RJL
                                                                   Honorable Richard J. Leon
                      Plaintiff,

       v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

                      Defendants.

## DECLARATION OF EDEN P. QUAINTON IN SUPPORT OF DEFENDANTS' MOTION FOR AN EXTENSION DISCOVERY

I, Eden P. Quainton, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Defendant Edward Butowsky.

2. At the prior status conference held on January 21, 2020, the Court indicated that it would provide Mr. Butowsky with an additional ninety days to finish discovery, with the option to apply for a further extension of thirty days. The Court asked me asked me whether I thought we would be able to complete discovery in that time frame. I responded to the effect that it would be difficult but we would certainly do our best.

3. As required by the Court, Mr. Butowsky provided detailed medical records and a letter from his doctor underscoring the limitations on his current and anticipated further condition for purposes of meaningfully participating in litigation.

4. However, on February 5, 2020, the Court only granted Mr. Butowsky a sixty-day extension, with no mention of a follow-up thirty days.

1

5. During the month of February, it has been virtually impossible for me to communicate effectively with my client and to advance on discovery matters that require Mr. Butowsky's input, either in response to Plaintiff's demands or in developing his own defense. *See* Exhibit 1 for dates of hospital admissions.

6. On February 10, 2020, Mr. Butowsky returned to the hospital for wound surgery to drain an extremely painful build-up of fluids that had been causing him severe suffering for a considerable period. Mr. Butowsky remained in the hospital until February 14, 2020.

7. Following his discharge, Mr. Butowswky remained in extreme pain.

8. On February 15, 2020, Mr. Butowsky was transported back to the hospital due to his intractable pain. Two CT procedures were performed, one with contrast one without. Mr. Butowsky remained in the hospital for three days.

9. On February 18, 2020, Mr. Butowsky was discharged from the hospital, but his pain remained unbearable, and he was readmitted on February 19, 2020.

10. Mr. Butowsky remained in the hospital until February 26, 2020, when he was discharged to home care.

11. I spoke with Mr. Butowsky several times during his hospital stay, but each time he was in severe pain, once even crying out with such force that it was impossible to continue the conversation. He was also under the effect of heavy sedation and it was difficult to have any type of meaningful conversation about the pending litigation.

12. I also attempted to speak twice to Mr. Butowsky upon his discharge, but he was disoriented and under the effect of medication and we were unable to have a meaningful discussion.

13. I also spoke to Mr. Butowsky's wife, who provided me with further information about Mr. Butowsky's condition as set forth in this declaration.

14. After Mr. Butowsky's most recent discharge, I attempted to talk with him on two occasions, but he was under heavy sedation and effective communication was impossible.

15. I spoke with Mr. Butowsky this morning and, while he continues to be in pain, his mental acuity was much improved and we were able to begin discussing discovery and strategy matters. Mr. Butowsky informed me that he is scheduled for complete hip replacement surgery in approximately two weeks and that, as previously indicated, his doctors recommend a six-to-eight week period of rehabilitation, possibly on an in-patient basis that will make participation in the litigation difficult.

16. Since the last status conference, in addition to motion practice, I have diligently pursued such discovery as was possible in the absence of direct guidance from my client, have conducted a privilege review over 5,000 pages of additional documents and instructed Mr. Butowsky's discovery vendor to perform additional document preservation requested by Plaintiff.

Executed: March 3, 2020

/s/_Eden P. Quainton_____
EDEN P. QUAINTON
QUAINTON LAW PLLC
D.C. Bar No. NY0318
1001 Avenue of the Americas, 11th Fl.
New York, NY 10018
212-813-8389
equainton@gmail.com