# EXHIBIT 1

# Related Visits

### CARE TEAM SEEN

**Abbaschian Cyrus E MD**
*performer (primary care physician)*

**Kuo Christina J MD**
*performer (primary care physician)*

**Kuo Christina J**
*performer (primary care physician)*

**Madhav Venkatesh V MD**
*performer*

**Baselle Zachary J DO**
*performer*

**Cook Christopher DO**
*performer*

**KHAZA**
*performer*

## Encounters

### Dates
From: 02/10/2020, 04:52
To: 02/14/2020, 14:10

### Encounter ID
E00994855975
OID:
2.16.840.1.113883.3.1110.3.1.58.6.1.9

## Reason For Visit

LEFT HIP OPEN WOUND

# Related Visits

## CARE TEAM SEEN

**Abbaschian Cyrus E MD**
*performer (primary care physician)*

**Kuo Christina J MD**
*performer (primary care physician)*

**Kuo Christina J**
*performer (primary care physician)*

**Madhav Venkatesh V MD**
*performer*

**Baselle Zachary J DO**
*performer*

**Cook Christopher DO**
*performer*

**REFERRED SELF**
*performer*

**KHAZA**
*performer*

# Encounters

**Dates**
From: 02/15/2020, 04:45
To: 02/18/2020, 15:08

**Encounter ID**
E00994900883
OID:
2.16.840.1.113883.3.1110.3.1.58.6.1.9

# Reason For Visit

HIP PAIN, POST OP



# DISCHARGE/AFTER VISIT SUMMARY

Ed W. Butowsky  CSN: 9451356429

Healing Hands. Caring Hearts.℠

2/19/2020 - 2/26/2020



## Instructions



**Your medications have changed**

➡ START taking:
meropenem 1 gram 1 g in sodium chloride 0.9 % 100 mL

✖ STOP taking:
ertapenem 1 gram 1 g in sodium chloride 0.9 % 100 mL

Review your updated medication list below.

## About your hospitalization

You were admitted on: February 19, 2020
You were discharged on: February 26, 2020

You last received care in the: Texas Health Plano Orthopedics 8th Floor
Unit phone number: 972-981-2881

## 🎗 Your Doctor(s) Were

| Provider | Specialty |
| --- | --- |
| Tran, Alexander Hung, MD | Internal Medicine. |
| Reitman, Richard David, MD | Orthopaedic Surgery. |
| Chintala, Deepa, MD | Internal Medicine. |



**Physician Discharge Instructions**
**Orthopedic Discharge Instructions**
Left Hip 50% Partial Weight Bearing
Empty and record drainage from Left Hip JP Drain Daily

## What's next

**APR 20**  **Office Visit with Richard David Reitman, MD**
Monday Apr 20, 2020 3:30 PM
Please arrive 10 minutes prior to your appointment as there may be additional forms to complete or sign at the clinic. Please bring a list of all current medications.

Texas Center for Joint Replacement - Plano #A66
6020 West Parker Rd Ste 470
Plano TX 75093-8338
972-608-8868

## Your Next Steps

📍 Go

**APR 20**  **Office Visit** 3:30 PM
Richard David Reitman, MD
Texas Center for Joint Replacement - Plano #A66
6020 West Parker Rd Ste 470
Plano TX 75093-8338
972-608-8868

Please arrive 10 minutes prior to your appointment as there may be additional forms to complete or sign at the clinic. Please bring a list of all current medications.


MyChart

A secure and convenient online resource that allows you to access your health information anytime, anywhere.

Your account has already been activated. If you want to give someone else access to your MyChart account complete and submit the proxy access form. The forms can be found at https://mychart.texashealth.org.

Thank you for using MyChart!

You can recover your login information using the 'Forgot Username' or 'Forgot Password' links at https://mychart.texashealth.org.