UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**DECLARATION OF MERYL C. GOVERNSKI IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT BUTOWSKY'S
SECOND MOTION TO EXTEND DISCOVERY**

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Plaintiff Aaron Rich. This Declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. Defendant Butowsky served 13 Requests in his Second Set of Requests for Production (RFP) on February 20, 2020; 13 Requests in his Third Set of RFPs on February 24, 2020; and 12 Requests in his Fourth Set of RFPs on February 28, 2020. Defendant Butowsky served his final four Interrogatories on January 27, 2020.

3. On February 26, 2020, counsel for Plaintiff asked Eden Quainton, counsel for Defendants Butowsky and Matthew Couch, the "basis for your accusation that these witnesses are evading service, including what efforts have been made to serve them and what negotiations, if any, have taken place with counsel for witnesses who are represented." The next day he responded: "I stated to you that it 'appeared' there was an effort to evade service. If I find evidence in support

of that appearance, I will provide it to you.  In the meantime, your repeated demands for further information are not ripe."

4. Prior to the Court's February 5, 2020 Order, Plaintiff's counsel had incurred nearly $200,000 solely in discovery-related costs.

5. On February 24, 2020, Counsel for Mr. Couch, Eden Quainton, emailed Joshua Riley, et al., counsel for Plaintiff Rich, with the subject line "re: Rich v. Butowsky – Depositions," stating that "Unfortunately, Mr. Couch is not available on the 12th or 13th as I had thought. . . . . Next week doesn't work for me as I am still trying to get depositions of other witnesses scheduled (without much luck for the moment, but that is a separate issue).  Mr. Couch can give you any date during the week of March 30th."

6. Attached as Exhibit 1 to this Declaration is a true and correct copy of a screenshot of a Periscope video posted by Matt Couch, on February 15, 2020, at www.pscp.tv/RealMattCouch/ 1mrxmQXEgWzxy?t=,  in which Matt Couch stated "He's hosting deplorapalooza in Las Vegas, March 5th through the 7th. I'm planning on being there."

7. Attached as Exhibit 2 to this Declaration is a true and correct copy of an email from Eden Quainton and to Riley, et al., counsel for Plaintiff Rich, dated February 25, 2020, re: Notice of Intent to Serve Third Party Subpoenas.  The Exhibit excludes the attachments to the email, which are not relevant to the Opposition.

8. Attached as Exhibit 3 to this Declaration is a true and correct copy of an email from Eden Quainton and to Riley, et al., counsel for Plaintiff Rich, dated February 25, 2020, re: Notice of Intent to Serve Third Party Subpoenas.  The Exhibit excludes the attachments to the email, which are not relevant to the Opposition.

9. Attached as Exhibit 4 to this Declaration is a true and correct copy of an email from Eden Quainton and to Riley, et al., counsel for Plaintiff Rich, dated February 29, 2020, re: Notice of Intent to Serve Third Party Subpoenas. The Exhibit excludes the attachments to the email, which are not relevant to the Opposition.

10. Attached as Exhibit 5 to this Declaration is a true and correct copy of Defendant Butowsky's Notice of Intent to Serve a Third-Party Subpoena on the Chief Medical Examiner of Washington, D.C., dated February 13, 2020.

11. Attached as Exhibit 6 to this Declaration is a true and correct copy of an email thread between Eden Quainton and Michael Gottlieb, et al., counsel for Plaintiff Rich, dated February 21, 2020, re: Ellen Ratner.

12. Attached as Exhibit 7 to this Declaration is a true and correct copy of an email thread from myself to Eden Quainton, et al., counsel for Plaintiff Rich, dated January 17, 2020, re: Rule 31 Deposition Transcript and Exhibits. The Exhibit excludes the attachments to the email, which are designated Highly Confidential – Attorney's Eyes Only and are not relevant to the Opposition.

13. Attached as Exhibit 8 to this Declaration is a true and correct copy of Defendant Butowsky's Notice of Intent to Serve a Third-Party Subpoena on Seymour Hersh, dated December 19, 2019.

14. Attached as Exhibit 9 to this Declaration is a true and correct copy of an email from Eden Quainton and to Riley, et al., counsel for Plaintiff Rich, dated March 11, 2020, re: Third party depositions.

15. Attached as Exhibit 10 to this Declaration is a true and correct copy of an email thread between Eden Quainton and myself, et al., counsel for Plaintiff Rich, dated January 2, 2020 through January 3, 2020, re: Rich v. Butowsky – Defendants' Motions.

16. Attached as Exhibit 11 to this Declaration is a true and correct copy of an email thread between Defendant Couch and Michael Gottlieb, et al., counsel for Plaintiff Rich, and other third parties dated July 20, 2019, re: Kim Dotcom.

17. Attached as Exhibit 12 to this Declaration is a true and correct copy of a compilation of Facebook posts posted on Defendant Butowsky's public Facebook page, dated February 25, 2020.

Executed: March 13, 2020

/s/ *Meryl C. Governski*
MERYL C. GOVERNSKI
D.C. Bar No. 1023549
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgovernski@bsfllp.com