# Exhibit 1

https://www.pscp.tv/RealMattCouch/1mrxmQXEgWzxy

