# Exhibit 2

| | |
|---|---|
| **From:** | Eden Quainton |
| **To:** | Joshua Riley; Michael Gottlieb; Meryl Governski; Sam Hall |
| **Subject:** | Notice of Intent to Serve Third Party Subpoenas |
| **Date:** | Tuesday, February 25, 2020 1:51:24 PM |
| **Attachments:** | Notice of Intent to Serve Subpoena Antoine Weston.pdf |
| | Notice of Intent to Serve Subpoena Elissa Nadworny.pdf |
| | Notice of Intent to Serve Subpoena Eric Baker.pdf |
| | Notice of Intent to Serve Subpoena Michael Cass Antony.pdf |
| | Notice of Intent to Serve Subpoena Dov Friedman.pdf |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Please see attached.

Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com