# Exhibit 3

| | |
|---|---|
| From: | Eden Quainton |
| To: | Joshua Riley; Michael Gottlieb; Meryl Governski; Sam Hall |
| Subject: | Rich v. Butowsky -- Notices of Intent to Serve Third Party Subpoena |
| Date: | Tuesday, February 25, 2020 10:17:36 AM |
| Attachments: | Notice of Intent to Serve Subpoena Joel Rich.pdf |
| | Notice of Intent to Serve Subpoena Mary Rich.pdf |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Please see attached.

Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com