# Exhibit 4

| | |
|---|---|
| From: | Eden Quainton |
| To: | Joshua Riley; Michael Gottlieb; Meryl Governski; Sam Hall |
| Subject: | Notices of Intent to Serve Third Party Subpoena |
| Date: | Saturday, February 29, 2020 11:35:57 PM |
| Attachments: | Google Subpoena.2.pdf |
| | Notice of Intent to Serve Subpoena Brad Bauman.pdf |
| | Notice of Intent to Serve Subpoena Hersh.1.pdf |
| | Notice of Intent to Serve Subpoena DellaCamera (2).pdf |
| | Notice of Intent to Serve Subpoena Capone.pdf |
| | Notice of Intent to Serve Subpoena Isikoff .pdf |
| | Notice of Intent to Serve Subpoena Lanier.pdf |
| | Notice of Intent to Serve Subpoena Pratt Wiley .pdf |
| | Notice of Intent to Serve Subpoena Amy Dacey.pdf |
| | Notice of Intent to Serve Subpoena Ratner.1.pdf |
| | Notice of Intent to Serve Subpoena Ratner.2.pdf |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Please see attached.

You will note that I am reissuing a number of subpoenas because I have a bad experience with my former process server and switching to a new process server.

Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com