# Exhibit 6

| | |
|---|---|
| **From:** | Eden Quainton |
| **To:** | Michael Gottlieb |
| **Cc:** | Joshua Riley; Meryl Governski |
| **Subject:** | Re: Ellen Ratner |
| **Date:** | Friday, February 21, 2020 4:16:13 PM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

The main thing is authenticating her video.  Is that even possible in a Rule 31 deposition?

On Fri, Feb 21, 2020 at 1:54 PM Gottlieb, Michael <MGottlieb@willkie.com> wrote:

> Eden,
>
> We do take a different view. Plaintiff's deposition of Ms. Ratner is "complete" by the terms of Rule 31, and there is no provision in that rule for cross examination now.  This was not a Rule 30 deposition, so you would not be entitled to "an hour of cross" even if you had timely requested it. Instead, you were required to submit cross questions in writing as laid out under Rule 31(a)(5). Defendants did not do so, the deposition took place based on the written questions submitted, and the deposition was then "completed" under the terms of Rule 31(c)(1). You did not object to the Rule 31 notice (which we served on December 17 (attached), and included all of the questions that Ms. Ratner was asked at the deposition), when we exchanged emails about the deposition on January 14 before the deposition took place, or when we provided notice that the deposition was complete on January 17.  In sum, we think it's clear that Defendants waived their right to submit cross examination questions under Rule 31, and there is no provision for re-opening a "complete" deposition under Rule 31.
>
> Respectfully,
>
> Mike
>
> **Michael Gottlieb**
> **Willkie Farr & Gallagher LLP**
> 1875 K Street, N.W. | Washington, DC 20006-1238
> Direct: +1 202 303 1442 | Fax: +1 202 303 2442
> mgottlieb@willkie.com | vCard | www.willkie.com bio

From: Eden Quainton [mailto:equainton@gmail.com]
Sent: Friday, February 21, 2020 1:16 PM
To: Gottlieb, Michael <MGottlieb@willkie.com>
Cc: Joshua Riley <jriley@bsfllp.com>; Meryl Governski <mgovernski@bsfllp.com>
Subject: Ellen Ratner

Mike,

I would like to do an hour of cross on Ellen Ratner. I do not think that should count against Mr. Butowsky's five depositions. Mr. Butowsky did not waive any rights to cross. Do you take a different view?

Please let me know.

Eden

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

--
Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com