# Exhibit 7

| | |
|---|---|
| **From:** | Meryl Governski |
| **To:** | Eden Quainton (equainton@gmail.com) |
| **Cc:** | Michael Gottlieb; Joshua Riley; Hall, Samuel (SHall@willkie.com) |
| **Subject:** | Rule 31 Deposition Transcript and Exhibits |
| **Date:** | Friday, January 17, 2020 8:35:00 PM |
| **Attachments:** | E Ratner 1-17-2020 Condensed.pdf |
| | E Ratner 1-17-2020 Full Size.pdf |
| | Ratner Exhibits.zip |

Mr. Quainton,

Attached please find the transcript and exhibits related to the Rule 31 deposition of Ellen Ratner.

**PLEASE NOTE THAT MS. RATNER HAS DESIGNATED THE TRANSCRIPT AND EXHIBITS AS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.**

**From:** Lynn Ann Konitsky
**Sent:** Friday, January 17, 2020 5:43 PM
**To:** English, Andrew
**Subject:** transcript pdf version Ellen Ratner 1-17-2020 Exhibits

Good afternoon,
    attached is the transcript of the videotaped deposition of Ellen Ratner and the
exhibits.   Please contact my office if  you have any trouble opening the attachments.
Your copy of the signature letter for this deponent and invoice will be sent in a separate email.
thank you for your business!
    Lynn


Lynn A. Konitsky, RMR, CRR
Waters Reporting Services
38385 Wood Road
Willoughby, Ohio  44094
440 269.1980

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or

store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.