# Exhibit 9

| | |
|---|---|
| From: | Eden Quainton |
| To: | Joshua Riley |
| Cc: | Michael Gottlieb; Meryl Governski; Sam Hall; Kristin Bender |
| Subject: | Third party depositions |
| Date: | Wednesday, March 11, 2020 7:33:00 PM |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Josh,

In response to your email, please see below.

- 3/13: Hersh: 9:30 a.m. at Wilder & Baptise, 1150 Connecticut Ave., NW, Suite 315, Washington DC, 20008 [To my knowledge, service has not yet been effected, but am confirming with process server; deposition on Friday is highly unlikely]
- 3/17: Ratner: 9:30 a.m. at a place TBD (you have indicated that this is not taking place, but you have not withdrawn the notice) [am still attempting to obtain an address for service following two moves by Ms. Ratner]
- 3/18: Della Camera: 9:30 at Wilder & Baptise, 1150 Connecticut Ave., NW, Suite 315, Washington DC, 20008 [Have not yet been able to serve Mr. Della Camera]
- 3/19: Capone: 9:30 at Covington & Burling (we have not received an updated deposition notice) [This is going forward]
- 3/25: Bauman: 9:30 at BSF DC (we have not received an updated deposition notice) [This is going forward]

I will provide you additional information as it becomes available.

Eden


Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com