# Exhibit 11

| | |
|---|---|
| **From:** | Matt Couch |
| **To:** | Gottlieb, Michael |
| **Cc:** | Joshua Riley; Meryl Governski; Dale Pedrick; Hall, Samuel; bpinv@sbcglobal.net; david@stophate.com; whalenpi@aol.com; hannibalmoot@gmail.com |
| **Subject:** | Re: Kim Dotcom |
| **Date:** | Tuesday, July 30, 2019 5:54:11 PM |

Dear Mr. Gottlieb,

Yes, we've been saying that we didn't believe Kim Dotcom's Intel for a good 6 months now including on our broadcasts. I'm not sure how this is new and I've said so publicly.

We've never based much of our Intel on Kim Dotcom, nor have we published anything related to Kim Dotcom in well over a year.

Furthermore this defamation suit is about Aaron Rich, not Seth Rich. As I'm sure you're aware Michael you cannot sue on behalf of the dead.

Have a blessed afternoon.

Matt

Sent from my iPhone

On Jul 30, 2019, at 4:29 PM, Gottlieb, Michael <MGottlieb@willkie.com> wrote:

> Dear Mr. Couch,
>
> Please see the attached correspondence regarding your publication (tweeting and re-tweeting) of messages from Kim Dotcom.
>
> Respectfully,
>
> Mike
>
>
> **Michael Gottlieb**
> **Willkie Farr & Gallagher LLP**
> 1875 K Street, N.W. | Washington, DC 20006-1238
> Direct: +1 202 303 1442 | Fax: +1 202 303 2442
> mgottlieb@willkie.com | vCard | www.willkie.com bio
>
> ---
>
> **Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an

intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

<Ex. A.PNG>

<4884881_1.pdf>