# Exhibit 12



**Ed Butowsky**
February 25 at 8:53 PM

During Joe Biden's tenure as VP, China's trade cheating and expansionist policies went unaddressed.

Under the Trump Administration, the U.S. has put the pressure on China and is getting results.

President Trump signed a phase one trade deal with China, which will address its frequent trade cheating and open Chinese markets to the American people.

Meanwhile, Joe Biden's record on China remains atrocious:

Since the 1970s, Biden held little respect for China. He thought their military was "impotent" and said China was "considerably less formidable" than he originally thought.
In 1997, Biden voted against an "amendment to express the sense of the Senate that China's most-favored-nation trade status should be revoked."
In 2000, Biden voted against human rights standards and enforcement prior to the implementation of permanent normal trade relations with China.
Biden has also voted against labor standards and voted against environmental standards in permanent normal trade relations with China.
In 2007, despite his tough rhetoric that he would take countries "to the mat" on trade, Biden opposed the idea of applying tariffs on China.
In 2016, Biden was the Obama Administration's "leading pitchman" for TPP, which would have allowed China to "reap benefits" from trade "without having to abide by any of [TPP] terms."
Biden has repeatedly downplayed the Chinese threat to the American economy and said, "What are we worried about?"

And it's not just Biden's political views that should raise a red flag, NBC has reported on the Biden family's conflicts of interest when Joe was VP.

His son Hunter tagged along on Joe's official trip to China in 2013 to meet with Jonathan Li, a Chinese banker, at the same time Hunter was trying to form a Chinese equity fund set on raising "big money."

In less than two weeks, Chinese authorities issued the business license for the fund and Hunter was on the board of said company.

 12

2 Comments

https://www.facebook.com/ed.butowsky/posts/10219768606178122



**Ed Butowsky**
February 25 at 8:12 PM

Not a single candidate on stage tonight supports school-choice programs that give low-income students access to high quality education.

Instead Democrats side with powerful teachers unions insisting funds go to failing schools.

The Obama/Biden admin threw $7 billion into failing schools through his School Improvement Grant and even his own administration admitted the plan was a "failure."

Meanwhile, President Trump has advocated for school choice programs that allow students access to high-quality education.

In Florida, private school choice vouchers were found to benefit children who attended public schools.

The study found improved test scores, lower absenteeism, and suspension rates "particularly pronounced for lower-income students."

Reminder: nearly two-thirds of black voters, whose children are disproportionately end up in underperforming schools, support school-choice.

It's the height of hypocrisy from Joe Biden, Elizabeth Warren, and Tom Steyer, who sent their kids to ritzy private schools, to oppose school choice.

 18                                      6 Comments  2 Shares

https://www.facebook.com/ed.butowsky/posts/10219768398932941



**Ed Butowsky**
February 25 at 7:32 PM

Not only do Democrats want to give taxpayer funded health insurance to illegal immigrants, they've also promised to make private health insurance illegal.

Reminder: Bernie Sanders's bill, which Elizabeth Warren has co-sponsored, makes private health insurance illegal.

So while Democrats like Joe Biden and Pete Buttigieg try and deceive voters with their health care plans, New York Magazine points out, "In truth, the kind of public option that Biden and Buttigieg are campaigning on — one robust enough to make universal health care a reality in the United States — would not allow all Americans to 'keep their private insurance if they prefer it.' In fact, their plans would guarantee massive disruptions to private coverage."

If enacted, Democrats would kick 176 million Americans off of their private health insurance plans while the Associated Press explains "taxes would have to go up significantly as the government takes on trillions of dollars in health care costs now covered by employers and individuals."

Reminder: nearly 60% of Americans oppose taxpayer funded health insurance coverage for illegal immigrants.

Furthermore, by putting illegal immigrants on Medicare, that would also force seniors to compete with millions of illegal immigrants for care.

A week hardly goes by when at least one Democrat advocates for taxpayer funded health care for illegal immigrants.

But Michael Bloomberg has a solution: deny elderly people care in order to cut costs.

Bottom line: Take it from Bernie Sanders: The Democrats' government takeover of health care would raise taxes on people making more than $29K a year and eliminate private health insurance. And as Sanders says, "There will be pain."

 29                                    9 Comments  10 Shares

https://www.facebook.com/ed.butowsky/posts/10219768152926791



**Ed Butowsky**
February 25 at 7:31 PM

No matter how many millions Mike Bloomberg spends to reshape his image, he will never be able to rewrite his record.

Bloomberg's radical climate policies could make even the far-left socialists blush.

He supports a war on coal and natural gas that would jeopardize 10.3 million jobs across the country.

Washington Examiner

Bloomberg is also a leading China apologist. In a recent interview, he claimed the Chinese government "is doing a lot" to fight climate change, that people in the Communist Party "listen to the public," and that "Xi Jinping is not a dictator."

He called the NAACP a "disgrace" for opposing his soda ban and promotes gun control policies that are far outside of the mainstream.

Bloomberg also bragged about supporting regressive taxes on the poor to control their behavior for their own good.

Furthermore, Bloomberg has said that elderly cancer patients should be denied treatment, pregnant women should "kill it," farmers lack "grey matter," and Black and Latino males "don't know how to behave in the workplace."

Bottom Line: Bloomberg's radicalism and his disdain for voters is evident.

👍 22                                                     6 Comments  1 Share

https://www.facebook.com/ed.butowsky/posts/10219768143886565

**Ed Butowsky**
February 25 at 7:29 PM

Over three years into Donald Trump's presidency, the economy continues to smash expectations.

Consumer confidence remained extremely high, and according to Gallup, 90% of Americans are satisfied with personal life, the highest in 4 decades and 63% of America approves of President Trump's handling of the economy. That's the highest for any president in almost 20 years.

So let's get into the numbers:

The U.S. has added more than 7 million jobs since President Trump was elected.
The U.S. added 225,000 jobs in January.
Construction added 44,000 jobs.
Transportation & Warehousing added 28,0000 jobs.
The labor force participation rate edged up to 63.4%, a seven-year high.
Wages grew at more than 3% for the 18th month in a row, a benchmark reached for just 3 months total under President Obama.
Wage increases for nonsupervisory workers continue to outpace total gains
The unemployment rate remained near generational lows at 3.6%.
The Black unemployment rate remained near record lows at 6%.
The Hispanic unemployment rate remained near record lows at 4.3%.
The unemployment rate for women remained near generational lows at 3.5%.
The Asian American unemployment rate remained low at 3%.
South Carolina has the lowest unemployment rate in the country.
During the Trump administration, South Carolina's unemployment rate has decreased from 4.7% to 2.3%.

👍❤️ 43                                                           67 Comments  5 Shares

https://www.facebook.com/ed.butowsky/posts/10219768132606283