UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,　　　　　　　　　　　　　　　　Case No. 1:18-cv-00681 (RJL)
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Richard J. Leon
　　　　　　Plaintiff,

　　v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

　　　　　　Defendants.

## DECLARATION OF MATTHEW COUCH

I, Matthew Couch, a Defendant in the above-captioned matter, declare under penalty of perjury that the following is true and correct:

1. I am a user of a chat system known as Flock. To my knowledge, there are approximately 12 other users of the Flock system.

2. I have no administrator rights to the Flock system and no rights over any other users of Flock. I have no ability to search the Flock system.

3. Edward Butowsky is not a member of Flock and has never used Flock.

4. I am not relying for any information received from or shared with anyone through Flock in my defense against Plaintiff's lawsuit.

5. As a result, Flock conversations are entirely irrelevant to Plaintiff's lawsuit.

6. I am currently emerging from a bankruptcy proceeding and do not have any resources to fund discovery. I have received bills for legal services and fees in this matter of

1

approximately $57,000, which I have no ability to pay.  I am considering a new bankruptcy filing and seeking the benefit of the automatic stay.

7. My counsel is currently advancing all my out-of-pocket expenses because I do not have the resources to pay for things like travel and deposition transcripts.

8. Plaintiff is fully aware of my precarious financial situation and recently refused to conduct a deposition in Arkansas because, accordingly to my counsel, Mr. Gottlieb would not authorize a deposition knowing it could bankrupt me.

9. While I originally believed that I could obtain search rights within Flock for $500, I was mistaken.  When Plaintiff refused to bear the costs of a search or a discovery vendor, despite having initially offered to bear these costs, I did not pursue the matter further.

10. While I offered to take screen shots of chats on Flock, on further reflection and analysis it is evident that I do not have the authority to do this.  I have no authority to produce conversations with other chat participants without their consent.  I have asked other participants if they would be willing to give their consent and they have declined.

11. In sum, Plaintiff is pointlessly demanding the impossible, even though he knows the Flock discussions are irrelevant to his case.

12. I respectfully request that the Court order Plaintiff to pay my attorneys' fees for responding to a vexatious and harassing motion.

Dated: March 17, 2020
Rogers, Arkansas

*Matthew Couch*
_____
MATTHEW COUCH