UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681 (RJL) |
| Plaintiff, | Honorable Richard J. Leon |
| v. | |
| EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, | |
| Defendants. | |

### DECLARATION OF EDWARD BUTOWSKY

I, Edward Butowsky, Defendant in the above-captioned action, declare under penalty of perjury that the following is true and correct:

1. I am not a member of the chat system known as Flock.

2. I do not now use and have never used Flock.

3. I had never even heard of Flock until the system was brought to my attention in the course of the above-captioned litigation.

Dated: March 17, 2020
Plano, Texas

*Edward Butowsky* (signature)
EDWARD BUTOWSKY

1