UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

        Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

        Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

# DECLARATION OF EDEN P. QUAINTON IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF FLOCK INFORMATION

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1. I am counsel for Defendant Matthew Couch.

2. In order to comply with the Court's order that Mr. Couch's deposition be conduction prior to March 27, 2020, Mr. Couch and I offered to have Mr. Couch sit for the deposition in Rogers Arkansas on March 2, 2020.

3. In making this offer, I warned Plaintiff's counsel that if they charged Mr. Couch for their travel time to Arkansas, they would run the risk of bankrupting Mr. Couch.

4. Plaintiff's counsel refused our offer, claiming that it had been made on too short notice.

5. Subsequently, however, Mr. Gottlieb stated that he had not been willing to authorize the deposition because he did not want to bankrupt Mr. Couch.

1

6.     Mr. Couch's financial situation is precarious, as he has separately sworn.  I have been advancing Mr. Couch's considerable discovery costs despite the strain on my own practice.

>   */s/ Eden P. Quainton*
>   EDEN P. QUAINTON
>   QUAINTON LAW PLLC
>   D.C. Bar No. NY0318
>   1001 Avenue of the Americas, 11th Fl.
>   New York, NY 10018
>   212-813-8389
>   equainton@gmail.com