# EXHIBIT 7



Eden Quainton <equainton@gmail.com>

# Authorization of further search

2 messages

**Eden Quainton** <equainton@gmail.com> Mon, Mar 2, 2020 at 4:19 PM
To: "Info@Served.com" <Info@served.com>

I am not near a fax machine or printer, but I AUTHORIZE the further work necessary to serve the subpoena. This is a matter of urgency.

Please also provide further information on the reasons for the non-serve.

Thank you,

| | |
|---|---|
| GSS# | 20200302095142 |
| Docket/Case# | 18 CV 0681 |
| Claim/File# | |
| Plaintiff | AARON RICH |
| Defendant | EDWARD BUTOWSKY, ET AL |
| Entity | ELLEN RATNER |

THIS IS NOT AN AFFIDAVIT OF DUE DILIGENCE

| | |
|---|---|
| Address: | 321 S SAN VICENTE BLVD., APT. 801 LOS ANGELES CA 90048 |
| Court Date: | 3/17/2020 12:00:00 AM |
| Due Date: | 3/2/2020 12:00:00 AM |
| Attorney | EDEN P. QUAINTON, ESQ. |
| Serving: | HOME |
| Documents: | SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, SUBPOENA |

ADDENDUM, EXHIBIT A

We were unable to serve your process for the following reason(s):

THIS IS NOT AN AFFIDAVIT OF DUE DILIGENCE

[ ] Evading

[ ] Unknown at address

[ ] Address does not exist

[ ] Moved

[ ] Cancelled

We may be able to serve your process if we have your authorization to further investigate this matter. Please select one of the options below.

**NOTE: ALL INVESTIGATIVE WORK PERFORMED BY SPARTAN DETECTIVE AGENCY, NJ LICENSE 2392**

[x] WE RECOMMEND SEARCH:

[ ] Skip Trace - $75.00 - No Find, No Pay

[ ] Postal Forwarding - Call (877) SDA - 2009

[ ] DMV - MVC - Call (877) SDA - 2009

AUTHORIZATION FOR ADVANCED SEARCH

[x] Affidavit of Due Diligence $40 NJ Only, $55 Other States

[ ] Stake Out - For Hours

[ ] Corporate Search - $85

Authorizing Signature:________________________________

Date____/___/_________

Sent from Mail for Windows 10

---

**OOSPending** <oospending@served.com> Mon, Mar 2, 2020 at 5:23 PM
To: "equainton@gmail.com" <equainton@gmail.com>

LOCATION IS VACANT

*Alexza Taylor*

*Out of State Customer Service*

**Guaranteed Subpoena Service - "If we don't serve it, you don't pay"**

1-800-672-1952 ext 140

1-908-687-0056 ext 140

2009 Morris Avenue

Union, NJ 07083

OOSPENDING@SERVED.COM

(908) 687-0056 (ext. 140)

(908) 688-0885 (fax)

**Voted the Best in New York,  Pennsylvania, Connecticut and New Jersey**

---

**From:** GSS
**Sent:** Monday, March 2, 2020 4:23 PM
**To:** OOSPending <oospending@served.com>
**Subject:** FW: Authorization of further search

Donna Ciullo

CUSTOMER SERVICE IN STATE SUPERVISOR

GUARANTEED SUBPOENA SERVICE, INC.

2009 MORRIS AVE., SUITE 101

UNION, NJ 07083

**DIRECT LINE: (908)687-2194 EXT. 148**

OFFICE LINE: (908)687-0056

[Quoted text hidden]

---

**Total Control Panel** Login

| | | |
|---|---|---|
| To: info@served.com | Message Score: 1 | High (60): Pass |
| From: equainton@gmail.com | My Spam Blocking Level: Custom | Medium (75): Pass |
| | | Low (90): Pass |
| | Block this sender | Custom (99): Pass |
| | Block gmail.com | |

*This message was delivered because the content filter score did not exceed your filter level.*

This email and any attachments transmitted with it are intended for official use only by the person or entity to which they are addressed and may contain information from Guaranteed Subpoena Service, Inc. that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. No representation is made on the accuracy or completeness of the information contained in this electronic message. If you have received this transmission in error, please notify the sender by return email and permanently delete the original and any copy of this message, its attachments, and backups or printouts thereof.