**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>　　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## **DECLARATION OF SAMUEL G. HALL**

I, Samuel G. Hall, declare under penalty of perjury that the foregoing is true and correct:

　　1.　　I am counsel for Plaintiff Aaron Rich. This declaration is based on my personal knowledge and upon information provided to me in my official capacity.

　　2.　　Attached as Exhibit 1 to this Declaration is a true and correct copy of excerpts from the deposition transcript of the deposition of Larry Johnson that took place on March 4, 2020, in Bradenton Florida.

　　3.　　Attached as Exhibit 2 to this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky, bearing Bates stamp BUTOWSKY0004220.

　　4.　　Attached as Exhibit 3 to this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky, bearing Bates stamp BUTOWSKY0004249.

　　5.　　Attached as Exhibit 4 to this Declaration is a true and correct copy of a document produced in this litigation by Defendant Butowsky, bearing Bates stamp BUTOWSKY0004330.

　　6.　　Attached as Exhibit 5 to this Declaration is a true and correct copy of a Rule 45 documents subpoena in this litigation personally served upon Larry Johnson on October 29, 2019.

　　7.　　Attached as Exhibit 6 to this Declaration is a true and correct copy an email chain,

along with its attachment, dated November 11, 2019, between L. Johnson and M. Gottlieb, cc: E. Quainton and T. Clevenger, with subject line *Response to Subpoena,* that was subsequently forwarded to additional Plaintiff's counsel that same day.

8. Attached as Exhibit 7 to this Declaration is a true and correct copy an email chain dated November 14, 2019, between E. Quainton and S. Hall, cc: J. Riley, M. Gottlieb, and M. Governski, with subject line *Re: Rich v Butowsky, Case 1:18-cv-00681-RJL.*

9. Attached as Exhibit 8 to this Declaration is a true and correct copy an email chain dated November 15, 2019, between L. Johnson and M. Gottlieb, cc: E. Quainton, S. Hall, and M. Governski, with subject line *Re: Call?.*

10. Attached as Exhibit 9 to this Declaration is a true and correct copy of a Rule 45 deposition subpoena in this litigation personally served upon Larry Johnson on January 13, 2020.

11. Attached as Exhibit 10 to this Declaration is a true and correct copy an email chain dated January 16, 2020, between M. Gottlieb and E. Quainton, cc: S. Hall, with subject line *Re: Rich v. Butowsky -- Notice of Intent to Serve Third Party Subpoena.*

12. Attached as Exhibit 11 to this Declaration is a true and correct copy of an email and its attachment dated February 26, 2020, between S. Hall and E. Quainton, cc: M. Gottlieb, M. Governski, and J. Riley, with subject line *Rich v Butowsky, Case 1:18-cv-00681-RJL.*

13. Attached as Exhibit 12 to this Declaration is a true and correct copy an email chain dated March 4, 2020, between S. Hall and E. Quainton, cc: M. Gottlieb, M. Governski, and J. Riley, with subject line *Re: Rich v Butowsky, Case 1:18-cv-00681-RJL.*

Executed: March 27, 2020

/s/ <u>Samuel G. Hall</u>
SAMUEL G. HALL (D.C. Bar No. 242110)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1443 / Fax: (202) 303-2000
shall@willkie.com