# EXHIBIT 6

| | |
|---|---|
| **From:** | Gottlieb, Michael |
| **To:** | Meryl Governski |
| **Subject:** | Fwd: Response to Subpoena |
| **Date:** | Monday, November 11, 2019 10:51:43 AM |
| **Attachments:** | Larry Johnson Responses to Subpoena Duces Tecum.pdf <br> ATT00001.htm |

Sent from my iPhone

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

Begin forwarded message:

> **From:** Larry Johnson <lcjohnson1@me.com>
> **Date:** November 11, 2019 at 10:41:43 AM EST
> **To:** "Gottlieb, Michael" <mgottlieb@willkie.com>
> **Cc:** Ty Clevenger <tyclevenger@yahoo.com>, Eden Quainton <equainton@gmail.com>
> **Subject: Response to Subpoena**
>
> Mr. Gottlieb,
> Attached is my response to the subpoena in the case of Aaron Rich v. Edward Butowsky et.al. The hard copy will be mailed tomorrow, 12 November 2019, to 301 West Platt Street, Suite 137, Tampa Fl 33606. Please confirm receipt of this email and the attached material.
> Larry Johnson

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH,<br><br>        Plaintiff,<br><br>vs.<br><br>EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA and THE WASHINGTON TIMES,<br><br>        Defendants | Case No. 1:18-cv-000681 |

## NON-PARTY LARRY C. JOHNSON'S OBJECTIONS AND RESPONSES TO SUBPOENA DUCES TECUM

NOW COMES Larry C. Johnson, objecting and responding to the October 23, 2019 subpoena duces tecum (hereinafter "Subpoena") served by Aaron Rich as follows:

### General Objections

1. Larry C. Johnson objects to the Subpoena pursuant to Rule 45(d)(3)(A)(iii) of the Federal Rules of Civil Procedure because it seeks documents and materials protected by the attorney work product doctrine, the attorney-client privilege, a joint or common interest privilege, or any other privilege recognized by law, to which no exception or waiver applies. Mr. Johnson will not produce such privileged documents or materials.

2. Mr. Johnson objects to the Subpoena under Rule 26(b)(1) of the Federal Rules of Civil Procedure because it seeks documents that are not relevant to a party's claim or defense in the underlying action and it is not proportional to the needs of the case,

- 1 -

considering the importance of the issues at stake in the case, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

3. Mr. Johnson objects to the Subpoena under Rule 26(b)(1) of the Federal Rules of Civil Procedure because the burdens of producing the requested information would significantly outweigh the benefits of any such production.

4. Mr. Johnson objects to the Subpoena to the extent it seeks discovery of information, including electronically stored information (ESI), from sources that are not reasonably accessible in light of the burdens or costs required to identify, locate, restore, review, and produce whatever responsive information may be found.

5. Mr. Johnson objects to the Subpoena as overbroad, unduly burdensome and not proportional to the needs of the case to the extent any Request is not limited to a relevant time period.

6. Mr. Johnson objects to the Subpoena to the extent that it seeks materials that are not within his possession, custody, or control.

7. Mr. Johnson objects to the Subpoena to the extent that it purports to impose obligations on him greater than what the Federal Rules of Civil Procedure and other applicable laws require.

8. Mr. Johnson objects to the Subpoena to the extent it is unreasonably duplicative

and cumulative of discovery that Plaintiff has propounded or can propound on other sources from which the documents and materials sought are more readily obtainable.

## Document Requests

### Document Request No. 1

*All Documents and Communications relating to Seth Rich, Aaron Rich, Joel Rich, and/or Mary Rich, including, but not limited to, all Communications with Edward Butowsky, Matt Couch, America First Media, Seymour Hersh, Sean Hannity, Malia Zimmerman, Cassandra Fairbanks, Jim Hoft, Bill Binney, and/or any other individual or entity named in the Complaint or any agents or representatives of the foregoing.*

**RESPONSE:** In addition to the objections set forth above, Mr. Johnson objects to this request because it seeks privileged communications with Mr. Butowsky. Mr. Johnson was retained by Mr. Butowsky's attorney as an investigator in this case and in related cases. Without waiving his objections, Mr. Johnson is producing responsive documents.

### Document Request No. 2

*Any Documents or Communications, excluding any Documents or Communications that you have published in public sources, relating to your claims that (a) the Democratic National Committee was not hacked by Russians in 2016 and, instead, (b) an insider leaked DNC materials to Wikileaks.*

**RESPONSE:** In addition to the objections set forth above, Mr. Johnson objects to this request because it seeks privileged communications. Mr. Johnson was retained by Mr. Butowsky's attorney as an investigator in this case and in related cases. Without waiving his objections, Mr. Johnson is producing responsive documents.

## CERTIFICATE OF SERVICE

I certify that I mailed the foregoing NON-PARTY LARRY C. JOHNSON'S OBJECTIONS AND RESPONSES TO SUBPOENA DUCES TECUM, as well as the documents referenced therein, to Michael J. Gottlieb c/o Burns, P.A., 301 West Platt Street, Suite 137, Tampa, Florida 33606 via certified mail on November 12, 2019.

_____

## Results of Search Requested by Subpoena

No emails or written communications with Cassandra Fairbanks.

No emails or written communications with Matt Couch on anything.

No emails or written communications with America First Media on anything.

No emails or written communications with Sean Hannity on anything.

No emails or written communications with Jim Hoft covered by the subpoena.

No emails or written communications with Bill Binney covered by the subpoena.

All communications with Ed Butowsky on this matter are covered by privilege.

Copies of Emails with Seymour Hersh are attached.

A list of articles that I have written on the subjects covered by the subpoena are as follows. Some of these were cross-posted at The Gateway Pundit by Jim Hoft:

https://turcopolier.typepad.com/sic_semper_tyrannis/2019/10/the-intelligence-community-claim-that-the-dnc-emails-were-taken-via-a-russian-spearphising-attack-is-a-lie-all-35816-dnc-em.html

**https://turcopolier.typepad.com/sic_semper_tyrannis/2019/08/fabricating-the-russian-dnc-hack-by-larry-c-johnson.html#more

https://turcopolier.typepad.com/sic_semper_tyrannis/2019/06/usgs-bizarre-change-of-position-in-the-roger-stone-case-by-larry-c-johnson.html#more

https://turcopolier.typepad.com/sic_semper_tyrannis/2019/06/my-entry.html#more

https://turcopolier.typepad.com/sic_semper_tyrannis/2019/06/more-evidence-of-the-russian-meddling-lie-by-larry-c-johnson.html

https://turcopolier.typepad.com/sic_semper_tyrannis/2019/05/nope-guccifer-20-was-not-a-russian-creation-by-larry-c-johnson.html#more

Glaring Omissions and Misrepresentations in Mueller's Report by Larry C Johnson

Fake News Media Suffers Body Blow on Case Linked to Seth Rich by Larry Johnson

https://turcopolier.typepad.com/sic_semper_tyrannis/2019/04/new-vips-memo.html#more

https://turcopolier.typepad.com/sic_semper_tyrannis/2019/04/test-it-yourself-the-2-second-rounding-fact-pattern-in-the-dnc-emails-by-william-binney-and-larry-jo.html

https://turcopolier.typepad.com/sic_semper_tyrannis/2019/02/why-the-dnc-was-not-hacked-by-the-russians.html

**From:** Larry Johnson <lcjohnson1@me.com>
**Subject: Give me a call**
**Date:** January 21, 2017 at 4:44:44 PM EST
**To:** Seymour Hersh <syhersh@gmail.com>

Sy,
Need to talk with you re Seth Rich.
LJ


On May 16, 2017, at 10:30 AM, Seymour Hersh <syhersh@gmail.com> wrote:

but i told him i had no proof. and i do not have such. and macfayden has nada to do with it...he's a drunk.

On Tue, May 16, 2017 at 10:29 AM, Larry Johnson <lcjohnson1@me.com> wrote:
It is his quest. He's not a buddy. I met him in December and learned, belatedly, that he is a bit of a flake.
LJ


On May 16, 2017, at 10:28 AM, Seymour Hersh <syhersh@gmail.com> wrote:

your friggin asshole buddy in texas is responsible for this...thank god he got it wrong...idiiot...he called me a few weeks to ask if i still believed what i had told him and i said i could find no evidence for what i said. what a jerk.,


---------- Forwarded message ----------
From: <kkadane@aol.com>
Date: Tue, May 16, 2017 at 9:13 AM
Subject: seth rich
To: syhersh@gmail.com


http://www.fox5dc.com/news/local-news/254852337-story

**From:** Larry Johnson <lcjohnson1@me.com>
**Subject: Re: stupid ed**
**Date:** May 18, 2017 at 8:34:36 AM EDT
**To:** Seymour Hersh <syhersh@gmail.com>

Always entertaining

Sent from my iPhone

On May 18, 2017, at 07:58, Seymour Hersh <syhersh@gmail.com> wrote:
he got it in the neck and deserved it:

https://www.washingtonpost.com/lifestyle/style/a-conspiratorial-tale-of-murder-with-fox-news-at-the-center/2017/05/17/6a4d1f5a-3b14-11e7-a058-ddbb23c75d82_story.html?hpid=hp_local-news_no-name%3Ahomepage%2Fstory&utm_term=.d19a6b3c8c47