# EXHIBIT 7

**Hall, Samuel**

---

| | |
|---|---|
| **From:** | Eden Quainton <equainton@gmail.com> |
| **Sent:** | Thursday, November 14, 2019 10:10 AM |
| **To:** | Gottlieb, Michael |
| **Cc:** | Larry Johnson; Meryl Governski; Hall, Samuel; English, Andrew |
| **Subject:** | Re: Response to Subpoena |

Works for me.

On Thu, Nov 14, 2019, 9:37 AM Gottlieb, Michael <MGottlieb@willkie.com> wrote:

Let's plan to confer at 3pm on Friday. **Mr. Johnson, I would request that you join this call** so that we may meet and confer as a group and attempt to find a solution. Mr. Quainton has represented that he is *not* your attorney. He is representing Mr. Butowsky's interests for purposes of this subpoena. We still intend to litigate a motion to compel against you in the absence of an agreement on documents in your possession.

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

**From:** Eden Quainton [mailto:equainton@gmail.com]
**Sent:** Wednesday, November 13, 2019 9:53 PM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>
**Cc:** Meryl Governski <mgovernski@bsfllp.com>; Hall, Samuel <SHall@willkie.com>; English, Andrew <AEnglish@willkie.com>; Larry Johnson <lcjohnson1@me.com>
**Subject:** Re: Response to Subpoena

Mike,

I could be free any time after 2:00 p.m. on Friday.

As to when the relevant privilege attaches, while the engagement letter is dated April 2018, my understanding is that materials were prepared in anticipation of litigation as early as the filing of the Wheeler complaint in August of 2017. If there is a communication with an expert in anticipation of litigation but an engagement letter has not yet been formalized, our position would be that the materials are protected under Rule 26(b)(3)(A). But I have only just received the materials in question and cannot speak to the issues in any more detail than that.

Respectfully,

Eden

On Wed, Nov 13, 2019 at 9:26 PM Gottlieb, Michael <MGottlieb@willkie.com> wrote:

Eden,

Thank you.  Please let me know a time and we can confer on Friday.

In the interim, given Mr. Johnson's representation that he was not retained by Mr. Clevenger until April 8, 2018, can you please confirm that Mr. Butowsky will not be claiming privilege over any documents prior to that date?

Respectfully,

Mike

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

On Nov 13, 2019, at 9:18 PM, Eden Quainton <equainton@gmail.com> wrote:

Mike,

As of now, I do not represent Mr. Johnson in connection with responding to the subpoena.  However, I believe the relevant privilege(s) are Mr. Butowsky's, who will be

preparing a privilege log for any withheld documents.  I am only aware of a very small number of documents that would be withheld, but it will take me a little time to review them and prepare a privilege log.   I should be able to confer with you on Friday about the withheld documents based on a privilege log I should be able to put together tomorrow.

As to the other issues raised in your emails, I believe you can discuss those directly with Mr. Johnson.  Although I am not yet fully familiar with the issues, it does seem to me the main issue is one of privilege, to which I can speak.

Let me know if you would like to discuss this further.

Regards,

Eden

On Wed, Nov 13, 2019 at 9:02 PM Gottlieb, Michael <MGottlieb@willkie.com> wrote:

Eden,

Do you represent Mr. Johnson as well in this matter?  If so, please advise when we may confer regarding the third-party subpoena discussed at length in the email below.

Regards,

Mike

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238

Direct: **+1 202 303 1442** | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

Begin forwarded message:

> **From:** Larry Johnson <lcjohnson1@me.com>
> **Date:** November 13, 2019 at 8:55:03 PM EST
> **To:** "Gottlieb, Michael" <mgottlieb@willkie.com>
> **Cc:** "Hall, Samuel" <SHall@willkie.com>, "English, Andrew"
> <AEnglish@willkie.com>, Ty Clevenger <tyclevenger@yahoo.com>, Eden
> Quainton <equainton@gmail.com>
> **Subject: Re:  Response to Subpoena**
>
> Mr. Gottlieb,
>
> Please contact Mr. Quainton regarding this matter.
>
> Larry Johnson
>
>
>> On Nov 13, 2019, at 6:32 PM, Larry Johnson
>> <lcjohnson1@me.com> wrote:
>>
>>
>>
>>> Mr. Gottlieb,
>>>
>>> I was retained on 8 April 2018 by Ty Clevenger who anticipated
>>> being entered into this case as the attorney of record. That
>>> agreement protects Mr. Butowsky's rights against disclosure. I
>>> understand that Mr. Butowsky has retained new counsel that
>>> will be entered on the record this week. He will be in touch with
>>> you on this matter.
>>>
>>> Larry Johnson
>>>
>>>
>>>> On Nov 13, 2019, at 3:50 PM, Gottlieb, Michael
>>>> <MGottlieb@willkie.com> wrote:
>>>>
>>>>
>>>> Mr. Johnson,
>>>>
>>>>
>>>> Respectfully, your email is incorrect as a matter of
>>>> law in multiple respects.  First, as I wrote to you
>>>> yesterday: to the extent you are withholding

4

documents based on a claim of privilege, you have
failed to provide us with the legally required
privilege log, as requested in the subpoena itself and
required under FRCP 45(e)(2)(A).  See also Universal
City Dev. Partners, Ltd. v. Ride & Show Eng'g, Inc.,
230 F.R.D. 688, 697 (M.D. Fla. 2005)("Not only must
a party timely object under Rule 45(c)(2)(B), but the
party must also prepare a privilege log in accordance
with Fed.R.Civ.P. 45(d)(2).").  In order to comply
with the federal rules, your privilege log would need
to describe "the nature of the withheld documents,
communications, or tangible things in a manner that,
without revealing information itself privileged or
protected, will enable the parties to assess" your
claims of privilege. FRCP 45(e)(2)(A).  At a minimum,
the log would include a description of the subject
matter of the Document/Communication; all parties
that have received the Document/Communication;
and the dates of the Document/ Communication.  In
sum, under the federal rules, you are not entitled
simply to withhold documents on a privilege claim
without providing us with the ability to understand
your claim.  Please provide us with a privilege log
covering each and every responsive document you
have withheld without further delay.


Second, Mr. Clevenger informed us that he retained
you as an investigator on Mr. Butowsky's
cases.  Even accepting that there is some valid
privilege that applies under such a retention for sake
of argument, Mr. Clevenger's representation means
that you could not have been operating under any
privilege until, at the earliest, August of 2017.  Yet
we know you were emailing and communicating
with the parties identified in our subpoena dating
back at least to January of 2017.  You are obliged to
produce those communications to us.


Third, your objections are untimely and therefore
waived, and you have offered no justification for
your failure to respond timely.  See below.


Fourth, I should note that the one document you
produced to us appears to be a number of different
email that have been cut and paste into one
page.  Please confirm whether that is the case, or

whether there is something we are
misunderstanding regarding the document you have
provided.

Fifth and finally, Mr. Clevenger has said that he is not
your lawyer, and I do not consent to negotiating
your subpoena compliance through a third party's
counsel.  The fact that you signed an agreement with
him is interesting, but irrelevant.  We will, of course,
consult with Mr. Clevenger as appropriate with
respect to any litigation over your subpoena, but
unless you respond as you are required to do by the
federal rules we will file a motion to compel and
seek all appropriate remedies for our client.

Respectfully,

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

**From:** Larry Johnson [mailto:lcjohnson1@me.com]
**Sent:** Wednesday, November 13, 2019 3:36 PM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>
**Cc:** Hall, Samuel <SHall@willkie.com>; English,
Andrew <AEnglish@willkie.com>; Ty Clevenger
<tyclevenger@yahoo.com>
**Subject:** Re: Response to Subpoena

Mr. Gottlieb,

The only thing "not produced" is covered under
an agreement where I was hired/retained by Mr.
Clevenger. I am not at liberty under that
agreement to disclose anything to you without
the permission of Mr. Clevenger. I spoke with
Mr. Clevenger and he will speak to you on this
matter. You two work it out. You cannot compel

me to violate an agreement I made with Mr. Clevenger.

Larry Johnson

> On Nov 13, 2019, at 1:41 PM, Gottlieb, Michael <[MGottlieb@willkie.com](mailto:MGottlieb@willkie.com)> wrote:
>
> Mr. Johnson,
>
> I'm following up on this correspondence. **Mr. Clevenger has said he does not represent you**, so we are unable to confer with him regarding your production. We either need to discuss this with you, or we will be forced to file a motion to compel your compliance with the subpoena. As mentioned in my last email to you, if we are forced to litigate this, we reserve our right to seek an award of attorney's fees under Fed. R. Civ. P. 37. We are happy to discuss this matter with you, or an attorney should you retain one, between now and Friday.
>
> Respectfully,
>
> Mike
>
> **Michael Gottlieb**
> **Willkie Farr & Gallagher LLP**
> 1875 K Street,
> N.W. | Washington, DC 20006-1238
> Direct: [+1 202 303 1442](tel:+12023031442) | Fax: +1 202 303 2442
> [mgottlieb@willkie.com](mailto:mgottlieb@willkie.com) | [vCard](#) | [www.willkie.com bio](#)

**From:** Larry Johnson
[mailto:lcjohnson1@me.com]
**Sent:** Tuesday, November 12, 2019
10:40 AM
**To:** Gottlieb, Michael
<MGottlieb@willkie.com>
**Cc:** Ty Clevenger
<tyclevenger@yahoo.com>; Eden
Quainton <equainton@gmail.com>
**Subject:** Re: Response to Subpoena


Mr. Gottlieb,

You should contact Mr.
Clevenger.

Larry Johnson


On Nov 12, 2019,
at 10:32 AM,
Gottlieb, Michael
<MGottlieb@willk
ie.com> wrote:


Dear Mr. Johnson,

We are in receipt of
your objections and
responses to our
client?s
subpoena.  Given
your responses thus
far, we are assuming
that you are not
represented in this
matter by counsel,
but if that is not the
case, please direct
this communication
to your attorney and
we will do the same
for all future related
correspondence.

We have reviewed
carefully your
objections, and our
view is that we will
be required to file a

motion to compel given the legal positions you have advanced.  Before doing so, however, we are writing to see whether you believe it would be productive to meet and confer regarding your response to the subpoena.  If you believe that would be productive, we are willing to make ourselves available to discuss any questions or concerns you may have regarding the scope of the subpoena.  If you believe that would be worthwhile, please provide us your availability for a call prior to this Friday, November 15, 2019.  If we cannot come to an agreement, we reserve all rights, including our right to seek a court order compelling you to pay our client's reasonable expenses incurred in making the motion to compel, such as attorney's fees, under the Federal Rules of Civil Procedure. See FRCP 37(a)(5)(A).

We first note that the objections raised in your response were untimely, and therefore waived.  Objections to a Rule 45 subpoena for documents ?must be served before the earlier of the time specified for compliance or 14 days after the subpoena is

served.? Fed. R. C iv. P. 45(d)(2)(B) (emphasis added); State Farm Mut. Auto. Ins. Co. v. Physicians Injury Care Ctr., Inc., No. 6:06-CV-1757-ORL-GJK, 2009 WL 10674775, at *3 (M.D. Fla. Oct. 23, 2009) (?[T]he fourteen-day time allotted for objections under Rule 45 ended on May 19, 2009.  Thus, the Firm has waived any objections to the Subpoena.?).  Here, you were personally served with the subpoena on October 23, 2019, at 4:38pm. Your objections were not served until yesterday, November 11, 2019.  As a result, you have waived your objections and all responsive document must be produced.

Further, to the extent you are withholding documents based on a claim of privilege, you have failed to provide us with the legally required privilege log, as requested in the subpoena itself and required under FRCP 45(e)(2)(A).  See also Universal City Dev. Partners, Ltd. v. Ride & Show Eng'g, Inc., 230 F.R.D. 688, 697 (M.D. Fla. 2005)(?Not only must a party timely object under Rule 45(c)(2)(B), but the party must also

prepare a privilege log in accordance with Fed.R.Civ.P. 45(d)(2).?).   In order to comply with the federal rules, your privilege log would need to describe ?the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess? your claims of privilege. FRCP 45(e)(2)(A).  At a minimum, the log would include a description of the subject matter of the Document/Communi cation; all parties that have received the Document/Communi cation; and the dates of the Document/ Communication.

In addition, we are skeptical that as a retained private investigator, you have any legally recognized privilege on which you may lawfully withhold the Documents and Communications we have requested here.  See Ubiquiti Networks, Inc. v. Kozumi USA Corp., 295 F.R.D. 517, 525 (N.D. Fla.), objections overruled, 981 F. Supp. 2d 1207 (N.D. Fla. 2013) (?[T]he Court is not persuaded that there is a federal common law private investigator privilege.?). That said, we would welcome any support you can

provide for this supposed privilege, including any documentation that shows you are a licensed investigator, or any other type of investigator; the scope of your investigative work on behalf of Mr. Butowsky?s attorney; where that work was conducted; and the dates you were hired for that work.

To the extent you are claiming attorney-client or work product privileges, several additional considerations are warranted. First, there was no related litigation involving Mr. Butowsky until Rod Wheeler sued on August 1, 2017, so at bare minimum you would owe us all communications prior to that date. Second, any communications between you and Mr. Butowsky would not be covered unless they included your attorney or Mr. Butowsky?s attorney, involving legal advice, and in confidence. See United States v. Ary, 518 F.3d 775, 782 (10th Cir. 2008). And third, any communications you had with third parties such as Ms. Zimmerman, Mr. Wheeler, or anyone except for a lawyer would not be covered by such privilege and would be waived. In any event, in order for us

to evaluate whether any such privilege exists, you must provide a description of who represented you, for what purpose, for what time period, and the specific nature of each withheld communication.

We remain willing to discuss any questions or concerns you have regarding the subpoena, and to assist you in any way we can to alleviate any potential burden resulting from the subpoena.  If you believe that would be worthwhile, please let us know your availability, as requested above.

Respectfully,


**Michael Gottlieb**
**Willkie Farr &**
**Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio


-----Original Message-----
From: Larry Johnson [mailto:lcjohnson1@me.com]
Sent: Monday, November 11, 2019 10:42 AM
To: Gottlieb, Michael <MGottlieb@willkie.com>
Cc: Ty Clevenger <tyclevenger@yahoo.com>; Eden

13

Quainton
<equainton@gmail.com>
Subject: Response to Subpoena

Mr. Gottlieb,
Attached is my response to the subpoena in the case of Aaron Rich v. Edward Butowsky et.al. The hard copy will be mailed tomorrow, 12 November 2019, to 301 West Platt Street, Suite 137, Tampa Fl 33606. Please confirm receipt of this email and the attached material.
Larry Johnson

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email mess ages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a

limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

--

Eden P. Quainton

Quainton Law, PLLC

1001 Avenue of the Americas, 11th Floor

New York, NY 10018

Tel: 212.813.8389

Fax: 212.813.8390

Cell: 202.360.6296

www.quaintonlaw.com

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

--

Eden P. Quainton

Quainton Law, PLLC

1001 Avenue of the Americas, 11th Floor

New York, NY 10018

Tel: 212.813.8389

Fax: 212.813.8390

Cell: 202.360.6296

www.quaintonlaw.com

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.