# EXHIBIT 8

# Hall, Samuel

**From:** Larry Johnson <lcjohnson1@me.com>
**Sent:** Friday, November 15, 2019 1:56 PM
**To:** Gottlieb, Michael
**Cc:** Hall, Samuel; Meryl Governski; Eden Quainton
**Subject:** Re: Call?

Mike,
I do not see the need for a phone call. I've provided you everything I have in my possession as requested in the subpoena and cannot add anything to that submission. The decision by Mr. Quainton to allow me to send the emails with Ed Butowsky cleared up the only emails I did not provide with my original submission. Have a nice weekend.
Larry Johnson

> On Nov 15, 2019, at 11:20 AM, Gottlieb, Michael <MGottlieb@willkie.com> wrote:
>
> Mr. Johnson,
>
> While Mr. Quainton's participation is no longer required, we still have concerns with your production that we would like to discuss with you at 3pm today. I expect it should be a brief call, but important to avoid litigation.
>
> Thank you,
>
> Mike
>
> **Michael Gottlieb**
> **Willkie Farr & Gallagher LLP**
> 1875 K Street, N.W. | Washington, DC 20006-1238
> Direct: +1 202 303 1442 | Fax: +1 202 303 2442
> mgottlieb@willkie.com | vCard | www.willkie.com bio
>
> -----Original Message-----
> From: Larry Johnson [mailto:lcjohnson1@me.com]
> Sent: Friday, November 15, 2019 11:11 AM
> To: Gottlieb, Michael <MGottlieb@willkie.com>
> Subject: Call?
>
> Now that the matter surrounding the Butowsky emails is resolved am I correct in assuming there is no need for the 3pm phone call?
> LJ

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

1

2