# EXHIBIT 12

## Hall, Samuel

| | |
|---|---|
| From: | Eden Quainton <equainton@gmail.com> |
| Sent: | Wednesday, March 04, 2020 10:08 AM |
| To: | Hall, Samuel |
| Cc: | Gottlieb, Michael; Meryl Governski; Joshua Riley |
| Subject: | Re: Rich v Butowsky, Case 1:18-cv-00681-RJL |

On our way.

On Wed, Mar 4, 2020, 10:03 Eden Quainton <equainton@gmail.com> wrote:
> Sam, what is your number?
>
> On Wed, Mar 4, 2020, 09:43 Hall, Samuel <SHall@willkie.com> wrote:
>> Eden,
>>
>> I am currently at the address listed on the attached notice of subpoena for the deposition of Larry Johnson, which also states that it was to occur today (March 4) at 9:00 a.m.  We confirmed the date and location with you on Monday.
>>
>> I am here with the court reporter and videographer, as well as with Ms. Governski.  But neither you nor the deponent (your client, Larry Johnson) is here.
>>
>> Please advise immediately if it is you and your clients intention to appear at this deposition.  We reserve all rights, including the right to keep the deposition open due to the delayed start.
>>
>> Regards,
>>
>> Sam
>>
>> **Samuel Hall**
>> **Willkie Farr & Gallagher LLP**
>> 1875 K Street, N.W. | Washington, DC 20006-1238
>> Direct: +1 202 303 1443 | Fax: +1 202 303 2443
>> shall@willkie.com | vCard | www.willkie.com bio
>>
>> From: Eden Quainton [mailto:equainton@gmail.com]
>> Sent: Monday, March 02, 2020 10:57 AM
>> To: Hall, Samuel <SHall@willkie.com>
>> Cc: Gottlieb, Michael <MGottlieb@willkie.com>; Meryl Governski <mgovernski@bsfllp.com>; Joshua Riley

1

<jriley@bsfllp.com>
**Subject:** Re: Rich v Butowsky, Case 1:18-cv-00681-RJL

No worries.  My memory may be playing tricks on me.  We'll bring one to the dep.

On Mon, Mar 2, 2020, 10:22 AM Hall, Samuel <SHall@willkie.com> wrote:

> Eden,
>
> Yes, the Declaration of Compliance—Ex. A of the Protective Order. And no, I do not have record of Mr. Johnson sending an executed copy. Please let me know if I have somehow missed it.
>
> Best,
> Sam
>
>
> **Samuel Hall**
> **Willkie Farr & Gallagher LLP**
> 1875 K Street, N.W. | Washington, DC 20006-1238
> Direct: +1 202 303 1443 | Fax: +1 202 303 2443
> shall@willkie.com | vCard | www.willkie.com bio
>
> **From:** Eden Quainton [mailto:equainton@gmail.com]
> **Sent:** Monday, March 02, 2020 10:18 AM
> **To:** Hall, Samuel <SHall@willkie.com>
> **Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Meryl Governski <mgovernski@bsfllp.com>; Joshua Riley <jriley@bsfllp.com>
> **Subject:** Re: Rich v Butowsky, Case 1:18-cv-00681-RJL
>
> Declaration being the Declaration of Compliance? Didn't he already provide that?
>
> On Mon, Mar 2, 2020, 10:15 AM Hall, Samuel <SHall@willkie.com> wrote:
>
>> Eden,

2

Thanks for your response. Am I correct that Mr. Johnson will provide the relevant declaration prior to the deposition? Please confirm. The location is in the subpoena itself, but I'm pasting the address here for your convenience:

Springhill Suites

102 12th St. West

Bradenton, Florida 34205

Best,

Sam

**Samuel Hall**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1443 | Fax: +1 202 303 2443
shall@willkie.com | vCard | www.willkie.com bio

**From:** Eden Quainton [mailto:equainton@gmail.com]
**Sent:** Monday, March 02, 2020 10:12 AM
**To:** Hall, Samuel <SHall@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Meryl Governski <mgovernski@bsfllp.com>; Joshua Riley <jriley@bsfllp.com>
**Subject:** Re: Rich v Butowsky, Case 1:18-cv-00681-RJL

Yes we are moving forward with the deposition. Where though?

On Mon, Mar 2, 2020, 9:51 AM Hall, Samuel <SHall@willkie.com> wrote:

> Eden,
>
> I am following up on the email below. Please confirm that Mr. Johnson has accepted service of the deposition subpoena and that we will move forward with his deposition this Wednesday, March 4th.

3

Also, please provide a signed copy of the necessary declaration, or confirm that Mr. Johnson will bring the signed copy to the deposition.

Best,

Sam

Samuel Hall
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1443 | Fax: +1 202 303 2443
shall@willkie.com | vCard | www.willkie.com bio

**From:** Hall, Samuel
**Sent:** Wednesday, February 26, 2020 2:08 PM
**To:** 'Eden Quainton' <equainton@gmail.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; 'Meryl Governski' <mgovernski@bsfllp.com>; Joshua Riley <jriley@bsfllp.com>
**Subject:** Rich v Butowsky, Case 1:18-cv-00681-RJL

Eden,

Please find attached the updated notice and subpoena for Mr. Johnson's deposition on March 4. It is our understanding that you are willing to accept service of the subpoena by email, but please confirm.

Also, as you know, if a third party is to be shown documents during a deposition protected by the protective order, he/she needs to sign a declaration to agree to hold in confidence the protected information. For your convenience, we have attached the protective order to this email, which includes the necessary declaration as Ex. A. We request that Mr. Johnson sign the declaration prior to the start of the deposition.

Thank you,

Samuel Hall
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1443 | Fax: +1 202 303 2443
shall@willkie.com | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---------- Forwarded message ----------
From: "Hall, Samuel" <SHall@willkie.com>
To: "'Eden Quainton'" <equainton@gmail.com>
Cc: "Gottlieb, Michael" <MGottlieb@willkie.com>, Meryl Governski <mgovernski@bsfllp.com>, Joshua Riley <jriley@bsfllp.com>

Bcc:
Date: Wed, 26 Feb 2020 19:07:40 +0000
Subject: Rich v Butowsky, Case 1:18-cv-00681-RJL

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Eden,

Please find attached the updated notice and subpoena for Mr. Johnson's deposition on March 4.  It is our understanding that you are willing to accept service of the subpoena by email, but please confirm.

Also, as you know, if a third party is to be shown documents during a deposition protected by the protective order, he/she needs to sign a declaration to agree to hold in confidence the protected information.  For your convenience, we have attached the protective order to this email, which includes the necessary declaration as Ex. A.  We request that Mr. Johnson sign the declaration prior to the start of the deposition.

Thank you,

Samuel Hall
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1443 | Fax: +1 202 303 2443
shall@willkie.com | vCard | www.willkie.com bio

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.