**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>                      Plaintiff,<br>    v.<br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>                      Defendants. | Civil Action No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |

## **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants have argued that discovery in this matter should be extended because other information will someday emerge to support Defendants' accusations about Plaintiff Aaron Rich. In particular, Defendants have repeatedly cited a Freedom of Information Act ("FOIA") suit brought by one of Defendant Butowsky's attorneys, Ty Clevenger,[1] which Defendants have asserted would reveal the existence of an alleged Federal Bureau of Investigation ("FBI") report linking Seth Rich to WikiLeaks. Defendants have claimed that such a report exists for more than three years now, notwithstanding the fact that, to date, Defendants have never identified anyone who claims to have reviewed such a report, the FBI has denied it has such a report, and no documentary evidence has emerged in support of Defendants' theory. Plaintiff writes to notify the Court that on April 4, 2020, the United States District Court for the Eastern District of New

---

[1] Mr. Clevenger was previously Defendant Butowsky's attorney in this case, but withdrew his request to appear pro hac vice in this case following briefing on his extensive disciplinary history in this District and elsewhere, *see* Dkt. 24, Dkt. 32, and is Defendant Butowsky's current counsel in his Texas litigation against Plaintiff's attorneys.

York granted the FBI's summary judgment motion against Mr. Clevenger and closed the case. *Ty Clevenger v. Department of Justice, et al.*, 1:18-cv-01 568-WFK-LB (EDNY) (Dkt 58).

As background, Defendants have suggested in several filings that this Court should extend discovery because of the likelihood that Mr. Clevenger's litigation would reveal evidence supporting their three-year-old theory that Seth Rich stole documents from the DNC and sold them to WikiLeaks. *See e.g.,* Dkt. 106 at 5-6, 9 ("More importantly for present purposes, after a long-period of denying that any such report existed, a Federal District Judge has recently determined that the FBI has failed to search in the most obvious place for the FBI report, namely its Computer Analysis and Response Team (or "CART")."); Dkt. 106-1 at 3 (citing *Ty Clevenger v. Department of Justice, et al.*, 1:18-cv-01 568-WFK-LB); Dkt. 130 at 8-9 ("Plaintiff minimizes the import of the FBI report documenting the existence of Seth Rich's communications with Wikileaks . . . . The point at this particular juncture in the litigation is that ***the FBI has only just now**,* after years of claiming to have searched everywhere for the report, ***admitted that it has not, in fact, searched the locations most likely to house the report, the FBI's CART*** [Computer Analysis Response Team] division and the FBI's Washington Field Office. . . . The Court decision making this finding is a little more than one month old. Following up will necessarily require additional time." (emphasis in original)).  Defendants have stated that "[p]roof of the existence of the [FBI] report would shatter [the] consensus" and would "have a major impact on this case." *Id.* at 9.

Leaving aside the accuracy of Defendants' prior descriptions of Mr. Clevenger's FOIA litigation, the Eastern District of New York has now analyzed and rejected Mr. Clevenger's claims, and closed his case, leaving Defendants in the same place they have been for the last three years—without a shred of evidence supporting Defendants' theory that this alleged report

exists.  The court held that the FBI's fruitless search for the requested file was "reasonably calculated to locate responsive documents," and unsurprisingly rejected the persuasive value of Mr. Butowsky's declaration that an unnamed "friend" at the FBI "'personally viewed records' that were downloaded from Seth Rich's computer" to the FBI.  *Clevenger*, 1:18-cv-01 568-WFK-LB (Dkt. 58 at 17-18) (citation omitted).  Conveniently, Mr. Butowsky did not identify his so-called "friend" in Mr. Clevenger's litigation, nor has he identified this "friend" in this litigation notwithstanding directly applicable interrogatories and document requests.  *See e.g.,* Dkt. 63-1 at 7; Dkt. 68-1 at 6; Dkt. 93-4 at 9, 17-19; Dkt. 116-8 at 30.  In rejecting Mr. Butowsky's latest reliance on anonymous sources, the court explained that:

> the Butowsky declaration is wholly insufficient. The Court has no information as to what position Butowsky's "friend" held, when that "friend" held the position, or what the "friend" personally viewed regarding Seth Rich's records. . . . The declaration here provides no information regarding Butowsky's friend's official duties or whether he obtained "personal knowledge" of the alleged records during the course of his official duties.

*Id.* at 18 n. 15.

The Eastern District of New York's recent opinion and order underscores why the Court should reject Defendants' repeated pleas to pursue endless, and entirely unsubstantiated, theories about Plaintiff's brother.  Defendants and their counsel have pursued these theories for more than three years now, with nothing to show for their efforts apart from the harm they have inflicted upon an innocent family.  Further delays in this litigation will only serve to prejudice Plaintiff and waste judicial resources.

Dated: April 15, 2020

/s/ Michael J. Gottlieb
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

Attorneys for Plaintiff Aaron Rich

- 5 -

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on April 15, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and Matthew Couch. A courtesy copy of the foregoing document was also emailed to their counsel, Eden Quainton, at equainton@gmail.com.  Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: April 15, 2020

/s/ Michael J. Gottlieb
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

Attorney for Plaintiff Aaron Rich
