# EXHIBIT 2

 Gmail     Eden Quainton <equainton@gmail.com>

# New Subpoena Needed - Oath File No. 445587 and Civil Action No. 18-cv-0681
3 messages

**Civil Subpoenas** <civilsubpoenas@teamaol.com>     Tue, Mar 31, 2020 at 3:11 PM
To: equainton@gmail.com

Greetings:

Oath Inc., successor to AOL Inc. ("Oath"), is in receipt of your subpoena in the above referenced matter. Unfortunately we are not able to process your Subpoena as it is made out to the wrong legal entity. As of June 13, 2017, Verizon completed their purchase of Yahoo and merged **AOL Inc.** and Yahoo together. For AOL accounts the successor company is known as:

Oath Inc.
Custodian of Records
22000 AOL Way
Dulles, VA 20166

This includes: AOL.com, AIM.com, CompuServe, Netscape, & verizon.net accounts.

For Yahoo accounts it is:

Oath Holdings Inc.
Custodian of Records
701 First Avenue
Sunnyvale, CA 94089

For civil matters **both** entities must be served through our registered agent in your state. Our registered service agent is:

CT Corporation

https://ct.wolterskluwer.com/sop-locations

Best Regards,
Greg
Oath Inc. Legal


**202003231758.pdf**
631K

**Eden Quainton** <equainton@gmail.com>     Tue, Mar 31, 2020 at 3:33 PM
To: "Gottlieb, Michael" <MGottlieb@willkie.com>, Joshua Riley <jriley@bsfllp.com>, Meryl Governski <mgovernski@bsfllp.com>, "Hall, Samuel (SHall@willkie.com)" <SHall@willkie.com>, Kristin Bender <kbender@bsfllp.com>

Counsel,

Is it your view that the issuance of a subpoena in response to the correspondence below requires approval from Judge Leon, or would correcting the address and reissuing the subpoena be a ministerial act pursuant to a subpoena validly issued within the discovery period? Please let me know your position.

Eden
[Quoted text hidden]
--
Eden P. Quainton
Quainton Law, PLLC

1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com


**202003231758.pdf**
631K

---

**Gottlieb, Michael** <MGottlieb@willkie.com>  Tue, Mar 31, 2020 at 3:54 PM
To: Eden Quainton <equainton@gmail.com>, Joshua Riley <jriley@bsfllp.com>, Meryl Governski <mgovernski@bsfllp.com>, "Hall, Samuel" <SHall@willkie.com>, Kristin Bender <kbender@bsfllp.com>

As I read the correspondence and attachment, you are asking not just to correct the address but to change the legal entity to whom the subpoena is addressed. That requires the issuance of a new subpoena, not merely forwarding the existing subpoena to a new address. Our view is that the Court has expressly prohibited new requests from being noticed/served without approval from this point forward and we aren't empowered to reach agreements otherwise.

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

---

**From:** Eden Quainton [mailto:equainton@gmail.com]
**Sent:** Tuesday, March 31, 2020 3:33 PM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>; Joshua Riley <jriley@bsfllp.com>; Meryl Governski <mgovernski@bsfllp.com>; Hall, Samuel <SHall@willkie.com>; Kristin Bender <kbender@bsfllp.com>
**Subject:** Fwd: New Subpoena Needed - Oath File No. 445587 and Civil Action No. 18-cv-0681

*** EXTERNAL EMAIL ***

[Quoted text hidden]

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.