UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**DECLARATION OF MALIA ZIMMERMAN IN SUPPORT NON-PARTIES
MALIA ZIMMERMAN AND FOX NEWS NETWORK, LLC'S
MOTION FOR RECONSIDERATION**

I, Malia Zimmerman, being first duly cautioned, declare as follows:

1.　　I am a journalist employed at Fox News Network, LLC ("Fox News"). I was so employed at all times relevant hereto.

2.　　I submit this declaration in support of the above-referenced Motion for Reconsideration of the Court's denial of a protective order in this matter.

3.　　In an online article published by Foxnews.com on May 16, 2017, I reported about a link between a former Democratic National Committee ("DNC") staffer named Seth Rich and a leak of DNC emails to WikiLeaks ("Fox News Article").

4.　　In the course of investigating and writing the 2017 article, I relied on numerous sources for information, including background information and leads. Two of those sources are cited in the article. But a number of other sources also provided me with direct or indirect

information in connection with my newsgathering for that story.  Those sources included Ed Butowsky.

5. As part of my newsgathering for that article, I communicated with Mr. Butowsky and obtained from him background information, leads, and access to sources that he uncovered.

6. For instance, Mr. Butowsky introduced me to his contacts so that I could receive relevant information or uncover sources of relevant information.  He also provided me with information he learned from his contacts within the law enforcement and intelligence communities.

7. I also communicated with Mr. Butowsky after publication of the Fox News Article in an attempt to corroborate the reporting as other news outlets called it into question.  I sought additional information or sources from Mr. Butowsky in order to update the Fox News Article based on additional facts or developments or to pursue additional stories about the death of Seth Rich or the leak of DNC emails to WikiLeaks.

I declare under penalty of perjury that the foregoing is true and correct.  *See* 28 U.S.C. § 1746.  Executed on April 22, 2020.

_Malia Zimmerman_ (signature)
Malia Zimmerman