UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                        Case No. 1:18-cv-00681-RJL
                                                   Honorable Richard J. Leon

                Plaintiff,

    v.


EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

                Defendants.


## **NOTICE OF APPEAL**

      Edward Butowsky, Defendant in the above-captioned litigation, hereby gives notice that

he is appealing the Court's March 31, 2020 anti-suit injunction to the U.S. Court of Appeals for

the D.C. Circuit.

                Respectfully submitted,

                */s/_Eden P. Quainton*_____
                EDEN P. QUAINTON
                QUAINTON LAW PLLC
                D.C. Bar No. NY0318
                1001 Avenue of the Americas, 11th Fl.
                New York, NY 10018
                212-813-8389
                equainton@gmail.com