UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681-RJL |
| | Honorable Richard J. Leon |
| Plaintiff, | |
| v. | |
| EDWARD BUTOWSKY, | |
| MATTHEW COUCH, | |
| AMERICA FIRST MEDIA, | |
| Defendants. | |

# NOTICE OF APPEAL

Edward Butowsky, Defendant in the above-captioned litigation, hereby gives notice that he is appealing the Court's March 31, 2020 anti-suit injunction to the U.S. Court of Appeals for the D.C. Circuit.

Respectfully submitted,

*/s/_Eden P. Quainton*_____
EDEN P. QUAINTON
QUAINTON LAW PLLC
D.C. Bar No. NY0318
1001 Avenue of the Americas, 11th Fl.
New York, NY 10018
212-813-8389
equainton@gmail.com