AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Aaron Rich )<br>*Plaintiff* )<br>v. )<br>Edward Butowsky, et al. )<br>*Defendant* ) | Case No.  18-cv-0681 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Larry Johnson

Date: 05/04/2020

*Attorney's signature*

Eden P. Quainton NY 0318
*Printed name and bar number*

Quainton Law, PLLC
1001 Avenue of the Americas, 11th Fl.
New York, NY 10018

*Address*

equainton@gmail.com
*E-mail address*

(212) 813-8389
*Telephone number*

(212) 813-8390
*FAX number*