UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681-RJL |
| Plaintiff, | Honorable Richard J. Leon |
| v. | |
| EDWARD BUTOWSKY,<br>MATTHEW COUCH,<br>AMERICA FIRST MEDIA, | |
| Defendants. | |

### ERRATA – DEPOSITION TRANSCRIPT OF LARRY JOHNSON

Notice is hereby given the Deposition Transcript of Larry Johnson was rejected by the ECF filing system on the night of May 4, 2020 because the PDF document could not be read by the electronic filing system. As a result, Exhibit 2 – Larry Johnson Deposition Transcript was omitted from the filing under seal of Mr. Johnson's Opposition to Motion to Compel and Cross-Motion for Protective Order and Sanctions. The Deposition Transcript was subsequently printed out and scanned manually as a new PDF document, and is being refiled under seal.

Dated: May 5, 2020

                                                                **QUAINTON LAW, PLLC**

                                                                 */s/ Eden Quainton*
                                                                 EDEN P. QUAINTON, ESQ.

                                                                 1001 Avenue of the Americas, 11th Floor
                                                                 New York, New York 10018
                                                                 Telephone: (212) 813-8389
                                                                 E-mail: equainton@gmail.com
                                                                 *Attorneys for Larry Johnson*