UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

      Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

      Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## DECLARATION OF EDEN P. QUAINTON

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1.     I am counsel for Defendants Edward Butowsky and Matthew Couch.

2.     In my letter to the Court dated March 27, 2020, I stated that subpoenas to Google, eBay, Verizon, AT&T, Crowdstrike, the FBI and the Freedom of the Press Foundation had been issued but not served. Dkt 183 at 21-23. Although the subpoenas had not been served, they had been sent for service as of the date of my letter to the Court.

3.     Attached as Exhibit 1 hereto are two emails from me to one of the process servers I use, Guaranteed Subpoena Services, Inc. ("Guaranteed") delivering the above-mentioned subpoenas for service.

4.     Attached as Exhibit 2 hereto is an invoice from AT&T, dated April 2, 2020, relating to the AT&T subpoena identified above.

5.     Attached as Exhibit 3 hereto is a true and accurate copy of a confirmation of service by Guaranteed on the Federal Bureau of Investigation (the "FBI"), dated April 9, 2020.

1

6.     Attached as Exhibit 4 hereto is a true and accurate copy of a confirmation of service by Guaranteed on Google, dated April 13, 2020.

7.     Attached as Exhibit 5 hereto is a true and accurate copy of a confirmation of service by Guaranteed on the Freedom of the Press Foundation, dated April 13, 2020.

8.     Attached as Exhibit 6 hereto is a true and accurate copy of a confirmation of service on Crowdstrike, dated April 15, 2020.

9.     Attached as Exhibit 7 hereto is a screenshot of my internal billing software reflecting payment for the processing of the Google served on April 13, 2020.

10.    Attached as Exhibit 8 hereto is a screenshot of my internal billing software reflecting payment of the AT&T invoice on April 20, 2020.

11.    Attached as Exhibit 9 hereto is a true and accurate copy of a letter from Google confirming the existence of documents responsive to Defendant's request for identification of deletions from certain material accounts.

12.    Attached as Exhibit 10 hereto is a true and accurate copy of correspondence between counsel for Defendants and counsel for Plaintiff discussing the difficulties of accessing the information provided by Google in response to Defendant's subpoena.

13.    Attached as Exhibit 1 hereto is a true and accurate copy of the response of Crowdstrike to Defendant's subpoena, dated April 20, 2020.

14.    Attached as Exhibit 12 hereto is a true and accurate copy of correspondence from counsel to Crowdstrike further objecting to Defendant's subpoena, dated April 24, 2020.

15.    Attached as Exhibit 13 hereto is a true and accurate copy of my response to Crowdstrike's counsel, dated April 24, 2020.

16. Attached as Exhibit 14 hereto is a true and accurate copy of the response of the FBI to Defendant's subpoena.

17. Attached as Exhibit 15 hereto is a true and accurate copy of the Privacy Act release form to be executed by Plaintiff.

18. Attached as Exhibit 16 hereto is a true and accurate copy of correspondence forwarding the FBI response and the Privacy Act release form to counsel for Plaintiff.

19. Attached as Exhibit 17 hereto is a true and accurate copy of the *Touhy* letter provided to the FBI on behalf of Mr. Butowsky on April 17, 2020.

20. Attached as Exhibit 18 hereto is a copy of the decision of Magistrate Judge Caroline M. Craven in the matter of *Edward Butowsky v. David Folkenflik, et al.*, 4:18-cv-00442 (ALM-CM) denying the Motion to Compel of the plaintiff in that matter.

21. Attached as Exhibit 19 hereto is a true and accurate copy of the summary judgment order entered in the matter of *Clevenger v. DOJ et al.*, 18-cv-01568.

22. Attached as Exhibit 20 hereto is a true and accurate copy of a letter from Joshua M. Riss, Chief of Department of Justice's Civil Division and the Declaration of David M. Hardy, dated October 3, 2018, submitted in the matter of *Butowsky v. Folkenflik*, cited above.

23. Attached as Exhibit 21 hereto is a true and accurate copy of the Declaration of David M. Hardy, dated October 3, 2018 submitted in the matter of *Clevenger v. DOJ et al.*, cited above.

24. Attached as Exhibit 22 hereto is a true and accurate copy of the relevant pages produced in response to a separate Freedom of Information Act request made by the non-profit group Judicial Watch.

25. Attached as Exhibit 23 hereto is a true and accurate copy of a Motion for Reconsideration filed in the Clevenger v. DOJ et al. matter cited above on May 1, 2020.

Dated: May 6, 2020

>*/s/ Eden P. Quainton*
>EDEN P. QUAINTON
>QUAINTON LAW PLLC
>D.C. Bar No. NY0318
>1001 Avenue of the Americas, 11th Fl.
>New York, NY 10018
>212-813-8389
>equainton@gmail.com