# EXHIBIT 1



Eden Quainton <equainton@gmail.com>

## Service of Subpoenas -- Rich v. Butowsky

**Eden Quainton** <equainton@gmail.com>  Thu, Mar 26, 2020 at 11:18 PM
To: "Info@Served.com" <Info@served.com>

Attached please find four subpoenas for regular service, although I would appreciate the subpoenas getting served as quickly as possible because of court deadlines.

Thank you,

--
Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com

**4 attachments**


**Verizon Subpoena.1 .pdf**
603K

**AT&T Subpoena .pdf**
604K


**Google subpoena.4 .pdf**
571K


**EBay Subpoena.1 .pdf**
583K


 Gmail

Eden Quainton <equainton@gmail.com>

## Service of Subpoenas

**Eden Quainton** <equainton@gmail.com>  Fri, Mar 27, 2020 at 8:14 PM
To: "Info@Served.com" <Info@served.com>

Please serve the attached subpoenas with regular service. I will provide addresses where not clear from the face of the subpoenas.

Thank you very much.

Eden Quainton

--
Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com

**5 attachments**

- **2020.03.27 NSA subpoena (merged).pdf**
  1223K
- **Signed Subpoena Freedom of the Press .pdf**
  614K
- **2020.03.27 FBI subpoena.pdf**
  1010K
- **2020.03.27 DNC subpeona.pdf**
  1246K
- **2020.03.27 Crowdstrike subpoena.pdf**
  1225K