# EXHIBIT 2

| | | |
|---|---|---|
| **Invoice Date:** | April 02, 2020 | |
| **Invoice Number:** | 346330 | **AT&T** |
| **Billing Fax:** | | |
| **Bill To:** | | **Global Legal Demand Center** |

**Phone:** 1-800-635-6840
**Fax:** 1-888-938-4715

QUAINTON LAW 10018
EDEN P QUAINTON
1001 AVENUE OF AMERICAS
11TH FLR
NEW YORK NY 10018

**REF #**

## Invoice

| File Code | Case Description | Description of | Units | Rate | Amount |
|---|---|---|---|---|---|
| 2945052 | RICH V. BUTOSWKY, ET AL. 18-cv-0681 | Processing Fee | 1.0 | $45.00 | $45.00 |
| 2945052 | RICH V. BUTOSWKY, ET AL. 18-cv-0681 | Billed Units | 2.0 | $25.00 | $50.00 |

**Federal Tax ID: 91-1379052**

| | |
|---|---|
| Subtotal: | $95.00 |
| Payments Received: | - $0.00 |
| **Total Due:** | **$95.00** |

*kcs*


**AT&T**

|  |  |  |
|---|---|---|
| Invoice Date: | April 2, 2020 |
| Invoice Number: | 346330 |
| File Code: | 2945052 |

Tax ID Number - 91-1379052 / 84-1659970
D&B Number - 130598238 SUPO
(800) 635-6840

| Due Date | Amount Due | Amount Paid |
|---|---|---|
| Upon Receipt | $95.00 | $ _____ |

Make checks payable to:
AT&T
PO BOX 5071
CAROL STREAM, IL 60197-5071

**Remitted By:** QUAINTON LAW 10018
EDEN P QUAINTON
1001 AVENUE OF AMERICAS
11TH FLR
NEW YORK NY 10018

**Preferred payment is via Electronic Transfer (include invoice number in transaction) or Credit Card. If paying by credit card please complete the form below and email to ATTMOBILITY.NCC@ATT.COM or send payments made payable to AT&T to our address listed above with remittance slip.**

**PLEASE NOTE: Transactions on your credit card statement will appear as "AT&T POS"**

_____     _____EXP DATE_____
Credit Card Number                                Credit Card Type (Visa, MasterCard, Amex, etc)


_____     _____
Name As It Appears on the Credit Card           Contact Name & Telephone Number


_____     _____
Signature                                        Date

**Only provide the email address if credit card payment receipt is needed:**

_____

Confirmation will be sent by:
    DoNotReply@billing-notification.com
    with subject line of: ATT - Transaction Receipt for (amount of charge)