# EXHIBIT 3

5/6/2020 — Gmail - Guaranteed Subpoena Service, Inc. Served Your Process Regarding 18 CV 0681 (FEDERAL BUREAU OF INVESTIGATION, ATT...

Case 1:18-cv-00681-RJL   Document 194-4   Filed 05/06/20   Page 2 of 3



Eden Quainton <equainton@gmail.com>

## Guaranteed Subpoena Service, Inc. Served Your Process Regarding 18 CV 0681 (FEDERAL BUREAU OF INVESTIGATION, ATTN: CUSTODIAN OF RECORDS)

1 message

**Served@served.com** <Served@served.com>
To: equainton@gmail.com

Thu, Apr 9, 2020 at 1:13 PM



# YOUR PROCESS HAS BEEN SERVED

## Guaranteed Subpoena Service
## Now Offers Video Service



Learn More

5/6/2020 Gmail - Guaranteed Subpoena Service, Inc. Served Your Process Regarding 18 CV 0681-FEDERAL BUREAU OF INVESTIGATION, ATT…

Case 1:18-cv-00681-RJL Document 194-4 Filed 05/06/20 Page 3 of 3

GSSNo: 20200406150103
ATTORNEY: EDEN P. QUAINTON, ESQ.
DOCKET: 18 CV 0681
ENTITY: FEDERAL BUREAU OF INVESTIGATION, ATTN: CUSTODIAN OF RECORDS
ADDRESS: 935 PENNSYLVANIA AVE., NW
WASHINGTON DC 20535

Please click here for more information on this particular service.

You will be receiving your affidavit and invoice shortly.

To view status of all services please visit https://www.served.com/webstatus.aspx and input your FirmID of 71FFA352.

"If we don't serve it, you don't pay!"®
Anywhere in the U.S.A.

Guaranteed Subpoena Service,Inc. | 800.672.1952 | 2009 Morris Avenue Union, NJ 07083
www.Served.com



Guaranteed Subpoena Service, Inc. | 2009 Morris Avenue, Suite 101, Union, NJ 07083

Unsubscribe

This email and any attachments transmitted with it are intended for official use only by the person or entity to which they are addressed and may contain information from Guaranteed Subpoena Service, Inc. that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. No representation is made on the accuracy or completeness of the information contained in this electronic message. If you have received this transmission in error, please notify the sender by return email and permanently delete the original and any copy of this message, its attachments, and backups or printouts thereof.