# EXHIBIT 7



# Expense Entry

Total: $1155.00

Quainton, Eden

Apr 19 - Apr 25, 2020

| Date | Client / Matter | External Narrative | Code | Total ($) | Non-Billable | Taxable | Details |
|---|---|---|---|---|---|---|---|
| MON, APR 20 | Butowsky 438924P68 Edward Rich | AT&T Legal Department invoice for processing subpoena | Expense Code Quantity x Cost | 95.00 | | | |
| SUN, APR 19 | Butowsky 438924P68 Edward Rich | Fourth Ratner subpoena service attempt | Expense Code Quantity x Cost | 60.00 | | | |
| SUN, APR 19 | Shiel, Kevin Cod frames | Payment of Foster bill | Expense Code Quantity x Cost | 1,000.00 | | | |