# EXHIBIT 8

firmcentral.westlaw.com/wb/TimeBilling/#?selectedTab=expenseentry

Time Entry | Expense Entry | PreBills | Payment & Invoices | Trusts & Retainers | All Accounts

# Expense Entry

Total
$ 1301.62

Quainton, Eden

Apr 12 - Apr 18, 2020 | Go | Today | + Expense | Save

| Date | Client / Matter * | External Narrative | Code | Total ($) | Non-Billable | Taxable | Details |
|---|---|---|---|---|---|---|---|
| SAT APR 18 | Bulowsky 438924P68, Edward Rich | Google Subpoena Invoice | Expense Code Quantity x Cost | 225.00 | | | |
| SAT APR 18 | Bulowsky 438924P68, Edward Rich | Fairbanks subpoeana invoice | Expense Code Quantity x Cost | 60.00 | | | |
| SAT APR 18 | Bulowsky 438924P68, Edward Rich | AOL Subpoena invoice | Expense Code Quantity x Cost | 135.00 | | | |
| SAT APR 18 | Bulowsky 438924P68, Edward Rich | Fairbanks subpoena invoice | Expense Code Quantity x Cost | 90.00 | | | |
| SAT APR 18 | Bulowsky 438924P68, Edward Rich | Third Ratner Subpoena Invoice | Expense Code Quantity x Cost | 200.00 | | | |
| SAT APR 18 | Bulowsky 438924P68, Edward Rich | Skip trace investigation – Spartan Detective Agency | Expense Code Quantity x Cost | 106.62 | | | |
| SAT APR 18 | Bulowsky 438924P68, Edward Rich | Second Ratner subpoena invoice | Expense Code Quantity x Cost | 145.00 | | | |
| SAT APR 18 | Bulowsky 438924P68, Edward Rich | Ratner Subpoena Invoice | Expense Code Quantity x Cost | 90.00 | | | |
| FRI APR 17 | Bulowsky 438924P68, Edward Rich | Payment to Google Legal Department | Expense Code Quantity x Cost | 125.00 | | | |
| FRI APR 17 | Bulowsky 438924P68, Edward Rich | Payment to Google Legal Department | Expense Code Quantity x Cost | 125.00 | | | |

DOC042020-042 0....pdf | ATT Invoice.pdf | DOC042020-042 0....pdf | job-4466538-affid....pdf | SKMBT_601200421....pdf | No-Serve.pdf | job-4466538-affid....pdf | Show all

Type here to search

3:49 PM 5/6/2020

