# EXHIBIT 9

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

April 23, 2020

*Via Email Only*
*equainton@gmail.com*

Eden P. Quainton
Quainton Law
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
212-813-8389

**Re:** *Aaron Rich v. Edward Butowsky, et al*, **United States District Court for the District of Columbia, 18-cv-0681 (RJL) (Internal Ref. No. 3634328)**

Dear Eden P. Quainton:

Pursuant to the subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Without waiving, and subject to its objections, Google hereby produces the attached documents. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

We understand that you have requested customer information regarding the user account(s) specified in the subpoena, which includes the following information: (1) non-content headers for deleted emails for the Gmail accounts SETH.C.RICH@GMAIL.COM, PANDA4PROGRESS@GMAIL.COM.

Accompanying this letter is responsive information to the extent reasonably accessible from our system, a list of hash values corresponding to each file, and a signed Certificate of Authenticity. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.

Included in the accompanying information are file(s) ending in Headers.mbox. Although we are unable to recommend any specific program, the provided file(s) may be opened by any text editing or word processing program (i.e., Notepad for Windows and TextEdit for Mac OS X).

Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (3634328) on your check. The federal tax ID number for Google is 77-0493581.

Very truly yours,

Ra Bacchus
Legal Investigations Support

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

## Hash Values for Production Files (Internal Ref. No. 3634328)

panda4progress@gmail.com.Gmail.Headers.mbox:

MD5- 27f8bff30e9dce51706d41fbf455c0e8
SHA512- e758821f6dfd57bd4b4d5b57a34e2977b4e0cc8345dfe96509a834d6ec39f665ab8532a4ebb1c73661c84fead6f98e6a14510e3b9126303c245e1d4323c88bca

seth.c.rich@gmail.com.Gmail.Headers.mbox:

MD5- 00fb8c47e5a6af80e2eca06fc979a2f1
SHA512- ece290ee5cdf95b3c94b4757a8e26fd9c47f98a90f75eda90083716da7434b3b4d4fe77d7d0da4291da146509998d2079021331b79d5e558045c5dd94575f8a6

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

## CERTIFICATE OF AUTHENTICITY

I, Ra Bacchus, certify:

1. I am a Custodian of Records for Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this Certificate of Authenticity on behalf of Google in response to a subpoena dated March 26, 2020 (Google LLC Internal Reference No. 3634328) in the matter of *Aaron Rich v. Edward Butowsky, et al*. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. The accompanying 2 files contain true and correct copies of records pertaining to the email addresses SETH.C.RICH@GMAIL.COM, PANDA4PROGRESS@GMAIL.COM ("Document").

3. The documents attached hereto reflect records made and retained by Google. The records were made at or near the time the data was acquired, entered, or transmitted to or from Google; the records were kept in the course of a regularly conducted activity of Google; and the making of the records were a regular practice of that activity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 23, 2020

*RBacchus*

Ra Bacchus, Custodian of Records for Google LLC