# EXHIBIT 10

 **Gmail**

<div align="right"><b>Eden Quainton &lt;equainton@gmail.com&gt;</b></div>

---

## discovery platform

**Eden Quainton** <equainton@gmail.com>                                    Mon, May 4, 2020 at 4:20 PM
To: Meryl Governski <mgovernski@bsfllp.com>
Cc: Joshua Riley <jriley@bsfllp.com>, Michael Gottlieb <mgottlieb@willkie.com>, Kristin Bender <kbender@bsfllp.com>, Sam Hall <shall@willkie.com>

Meryl,

You have exactly what I received. I indicated that I was also having difficulties. You can open the files in Notepad and you see the code for various headers. I am working with a forensic expert to see if someone can translate the lines of code into the actual headers, but have not had any luck. If I am not successful, I will ask Google to resend the files in a different format.

Eden

On Mon, May 4, 2020 at 3:50 PM Meryl Governski <mgovernski@bsfllp.com> wrote:

Mr. Quainton,

Our discovery vendor cannot open the .mbox files. They appear to be corrupted. Can you please send us what Google produced directly to you or, alternatively, request that they re-produce un-corrupted files?

**From:** Eden Quainton [mailto:equainton@gmail.com]
**Sent:** Friday, May 1, 2020 2:04 PM
**To:** Meryl Governski <mgovernski@bsfllp.com>
**Cc:** Joshua Riley <jriley@bsfllp.com>; Michael Gottlieb <mgottlieb@willkie.com>; Kristin Bender <kbender@bsfllp.com>; Sam Hall <shall@willkie.com>
**Subject:** Re: discovery platform

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Uploaded 3 docs, including 2 .mbox files that are difficult to open. Notepad works to some extent.

Eden

On Fri, May 1, 2020 at 12:06 PM Meryl Governski <mgovernski@bsfllp.com> wrote:

Here is a link to our FTP:

https://bsfllp.sharefile.com/r-r566b05aa2d74e35a

**From:** Eden Quainton [mailto:equainton@gmail.com]
**Sent:** Friday, May 1, 2020 11:28 AM
**To:** Meryl Governski <mgovernski@bsfllp.com>; Joshua Riley <jriley@bsfllp.com>; Michael Gottlieb
<mgottlieb@willkie.com>; Kristin Bender <kbender@bsfllp.com>; Sam Hall <shall@willkie.com>
**Subject:** Re: discovery platform

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Meryl,

Could you resend the link to your discovery platform?  I have received additional material from Google.

Thanks,

Eden

On Mon, Mar 30, 2020 at 10:12 AM Eden Quainton <equainton@gmail.com> wrote:

> Meryl,
>
> Could you please re-send the link to your discovery platform?  It does not appear to be working.
>
> Thank you,
>
> Eden
>
>
> Eden P. Quainton
>
> Quainton Law, PLLC
>
> 1001 Avenue of the Americas, 11th Floor
>
> New York, NY 10018
>
> Tel: 212.813.8389
>
> Fax: 212.813.8390
>
> Cell: 202.360.6296
>
> www.quaintonlaw.com

--

Eden P. Quainton

Quainton Law, PLLC

1001 Avenue of the Americas, 11th Floor

New York, NY 10018

Tel: 212.813.8389

Fax: 212.813.8390

Cell: 202.360.6296

www.quaintonlaw.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

--

Eden P. Quainton

Quainton Law, PLLC

1001 Avenue of the Americas, 11th Floor

New York, NY 10018

Tel: 212.813.8389

Fax: 212.813.8390

Cell: 202.360.6296

www.quaintonlaw.com

--
Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com