# EXHIBIT 12

5/5/2020 Gmail - Rich v. Butowsky et al. Subpoena to Produce Documents

Case 1:18-cv-00681-RJL - Document 194-13 Filed 05/06/20 Page 2 of 2



Eden Quainton <equainton@gmail.com>

## Rich v. Butowsky et al. Subpoena to Produce Documents

**Adya Baker** <Adya@zwillgen.com>  Fri, Apr 24, 2020 at 11:06 AM
To: "equainton@gmail.com" <equainton@gmail.com>
Cc: Marc Zwillinger <Marc@zwillgen.com>

Mr. Quainton,

Per the attached Order, Defendants' request to issue a subpoena to CrowdStrike was **denied**. Therefore, as stated in CrowdStrike's cover letter, the Subpoena was issued in contravention of the Court's order and CrowdStrike's response was not required.

Regards,

Adya Baker



**Adya Baker**

**Attorney | ZwillGen PLLC**

1900 M Street NW Suite 250, Washington, DC 20036

**Office:** 202 296 3585 **Direct:** 202 706 5239 **Pronouns**: she, her, hers

Website | Twitter | LinkedIn

---

**From:** Adya Baker <Adya@zwillgen.com>
**Date:** Monday, April 20, 2020 at 3:44 PM
**To:** "equainton@gmail.com" <equainton@gmail.com>
**Cc:** Marc Zwillinger <Marc@zwillgen.com>
**Subject:** Rich v. Butowsky et al. Subpoena to Produce Documents

Mr. Quainton,

[Quoted text hidden]

📄 **2020-04-23 lt [dckt 182_0][2].pdf**
557K