# EXHIBIT 13

5/5/2020, Gmail - Rich v. Butowsky et al. Subpoena to Produce Documents

Case 1:18-cv-00681-RJL   Document 194-14   Filed 05/06/20   Page 2 of 2



Eden Quainton <equainton@gmail.com>

## Rich v. Butowsky et al. Subpoena to Produce Documents

**Eden Quainton** <equainton@gmail.com>                                                    Fri, Apr 24, 2020 at 11:27 AM
To: Adya Baker <Adya@zwillgen.com>
Cc: Marc Zwillinger <Marc@zwillgen.com>

Ms. Baker,

I believe the Court was mistaken and I will be issuing a request for clarification. The subpoena was validly issued before the close of discovery and should be honored.

Eden Quainton
[Quoted text hidden]
[Quoted text hidden]