# EXHIBIT 15



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

# Privacy Waiver and Certification of Identity

Full Name: _____

Aliases used: _____

Current Address: _____
_____
_____

Date of Birth: _____ Place of Birth: _____

Social Security Number (optional): _____

(Optional: Prior addresses, employments, etc., which may assist the FBI in locating the requested information)
_____
_____
_____

I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :

(Name, address & phone of attorney or other designee)

_____
_____
_____
_____

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: _____ Date: _____