# EXHIBIT 16



Eden Quainton <equainton@gmail.com>

---

## Rich v. Butowsky -- Privacy Act waiver
3 messages

---

**Eden Quainton** <equainton@gmail.com>      Thu, Apr 16, 2020 at 2:04 PM
To: "Gottlieb, Michael" <MGottlieb@willkie.com>
Cc: Joshua Riley <jriley@bsfllp.com>, Meryl Governski <mgovernski@bsfllp.com>, "Hall, Samuel (SHall@willkie.com)" <SHall@willkie.com>, Kristin Bender <kbender@bsfllp.com>

Mike,

In order to respond to our subpoena for records relating to Aaron and Seth Rich, the FBI requires that Aaron waive any right to privacy with respect to information in the FBI's possession. Accordingly, please have your client execute the attached waiver as soon as possible and return a copy to me by email at your earliest convenience.

Sincerely,

Eden

Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296

www.quaintonlaw.com

---

 **Privacy Act Release Form.pdf**
20K

---

**Gottlieb, Michael** <MGottlieb@willkie.com>      Thu, Apr 16, 2020 at 2:16 PM
To: Eden Quainton <equainton@gmail.com>
Cc: Joshua Riley <jriley@bsfllp.com>, Meryl Governski <mgovernski@bsfllp.com>, "Hall, Samuel" <SHall@willkie.com>, Kristin Bender <kbender@bsfllp.com>

Eden,

Thanks for this. Given the history of these exchanges pre-dating your appearance in this case, I will need some additional information, including the identity of the person in the FBI that has requested this along with that person's contact information. If you would like to forward me the communication from the FBI making this request, we would be happy to review that as well.

Once we have validated what it is the FBI is asking for from us, and who has made that request, we will respond promptly.

Respectfully,

Mike

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

---

**From:** Eden Quainton [mailto:equainton@gmail.com]
**Sent:** Thursday, April 16, 2020 2:04 PM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>
**Cc:** Joshua Riley <jriley@bsfllp.com>; Meryl Governski <mgovernski@bsfllp.com>; Hall, Samuel <SHall@willkie.com>; Kristin Bender <kbender@bsfllp.com>
**Subject:** Rich v. Butowsky -- Privacy Act waiver



*** EXTERNAL EMAIL ***

[Quoted text hidden]

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Eden Quainton** <equainton@gmail.com>            Thu, Apr 16, 2020 at 2:22 PM
To: "Gottlieb, Michael" <MGottlieb@willkie.com>
Cc: Joshua Riley <jriley@bsfllp.com>, Meryl Governski <mgovernski@bsfllp.com>, "Hall, Samuel" <SHall@willkie.com>, Kristin Bender <kbender@bsfllp.com>

Mike, here is the correspondence from FBI. I am sending a response today. I will indicate that I have forwarded the Privacy Act request to Mr. Rich's counsel and am waiting for a response.

Sincerely,

Eden
[Quoted text hidden]
--
[Quoted text hidden]

---

**2 attachments**

 **Response_Aaron Rich v Butowsky (1).pdf**
78K

 **Privacy Act Release Form.pdf**
20K