UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## NOTICE OF ERRATA TO PLAINTIFF'S NOTICE OF OUTSTANDING DISCOVERY REQUESTS

Plaintiff respectfully submits this errata to its Notice of Outstanding Discovery Requests ("Notice"), Dkt. 173, in order to correct an inadvertent omission. The Notice inadvertently omitted one outstanding subpoena that Plaintiff served on Twitter Inc. ("Twitter") on March 5, 2020, prior to the stay of discovery, seeking limited account information for the user @whysprtech. We are also notifying the Court that since the filing of the Notice, Twitter filed a motion to quash or modify the subpoena in the Northern District of California. *See In the Matter of a Subpoena to Non-Party Twitter, Inc.,* CV20 80081MISC (N.D. Cal. May 4, 2020). Plaintiff will file its opposition to Twitter's motion by May 14, 2020.

DATED:  May 8, 2020    Respectfully submitted,

*/s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNS KI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
mgovemski@bsfllp.com

***Attorneys for Plaintiff Aaron Rich***

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on May 8, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky, and Defendant Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: May 8, 2020

*/s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com