UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681-RJL |
| Plaintiff, | Honorable Richard J. Leon |
| v. | |
| EDWARD BUTOWSKY, MATTHEW COUCH, AMERICA FIRST MEDIA, | |
| Defendants. | |

# STATUS REPORT

Pursuant to the order of Judge Richard J. Leon, dated April 23, 2020, Dkt. 182 (the "Order"), Defendants Edward Butowsky and Matthew Couch provide the following status report on the service of additional subpoenas authorized pursuant to the Order.

<u>Sy Hersh</u>

Sy Hersh had been previously served but the date for the deposition has passed. ***<u>A subpoena directing Sy Hersh to appear for a deposition on June 15, 2020 has been served</u>*** as set forth on Ex. 1 to the Declaration of Eden P. Quainton, dated May 11, 2020 (the "Quainton Decl.").

<u>Ellen Ratner</u>

Six unsuccessful attempts to serve Ellen Ratner at addresses in California and New York have been made and Defendants have performed several "skip trace" searches attempting to locate Ms. Ratner. Quainton Decl. Ex. 2 – Ex. 9. Most recently, Defendants retained a new process server and provided video and image links so that Ms. Ratner could be properly identified. Quainton Decl. Ex. 10. Thereafter, a subpoena directing Ellen Ratner to appear at a

1

deposition in Washington D.C. at 9:30 a.m. on June 18, 2020 was successfully served on an Ellen Ratner residing at one of the addresses obtained by performing a "skip trace" search. Quainton Decl. Ex. 11. However, the Ellen Ratner served was not the Ellen Ratner at issue in the above-captioned litigation, as indicated by subsequent correspondence. Quainton Decl. Ex. 12. ***Ms. Ratner remains unserved***. Defendants have instructed their process server to continue attempting to locate and serve the correct Ellen Ratner. Quainton Decl. Ex. 13. However, counsel for Defendants respectfully requests that permission be given for alternative means of service, such as through social media, since it appears unlikely service will be successful on Ms. Ratner by conventional means.

Metropolitan Police Department (the "MPD")

Defendants had previously unsuccessfully attempted to serve the MPD. Dkt. 183 at 19. Defendant Butowsky reissued a subpoena and unsuccessfully attempted service. Quainton Decl. Ex. 14. He was directed to effect service by certified mail, which Defendant has authorized. *Id.*; Quainton Decl. Ex. 15. As of today, ***the MPD remains unserved***. Counsel does not yet have confirmation that the MPD has received and is accepting service of the subpoena sent by certified mail.

Detective Joseph Della Camera

Defendants had unsuccessfully attempted service on Detective Joseph Della Camera before the March 27, 2020 cut-off date. Dkt. 183. at 24. Quainton Decl. Ex. 16. Defendant Couch again attempted service on Detective Della Camera, and was again unsuccessful. Quainton Decl. Ex. 17. Mr. Couch was informed that service could only be made by email in light of the COVID-19 pandemic. *Id.* Counsel attempted to serve Detective Della Camera by email, but his filing was rejected, because it lacked an attorney certification. Quainton Decl. Ex. 18. Counsel

has responded to additional objections of the MPD and has prepared successive drafts of a certification that have been submitted to the MPD, with no further comment in response. Quainton Decl. Ex. 19 and 20. Although the certification and subpoena appear to have been properly submitted, **_Mr. Della Camera remains unserved_**. The representative of the MPD with whom counsel spoke cautioned Mr. Quainton that email filing of a subpoena does not constitute service and only acts to notify the relevant police officer of the existence of the subpoena. Quainton Decl. ¶ 15. Personal service will not be possible until the Mayor of D.C. eases some of the current "lockdown" restrictions.

Cassandra Fairbanks

Defendants have made five separate attempts at service on Ms. Fairbanks, who is brazenly refusing service. Quainton Decl. Ex 21. Ms. Fairbanks has been acting in a "ruse" [sic] fashion, refusing to come to the door, observing process servers from the window but refusing to respond, and telling the server to "get off the property." *Id.* Defendants have hired a new process server who has made three attempts at service, clearly identifying Ms. Fairbanks as the person refusing to accept service. *Id.* at 5. Despite Defendants' efforts, **_Ms. Fairbanks remains unserved_**. Given Ms. Fairbanks' conduct, Defendants' process server has been authorized to conduct a "stake out" of Ms. Fairbanks residence. Quainton Decl. Ex 13. However, counsel believes that service via social media, on which Ms. Fairbanks is very active, would be more effective and appropriate than continued attempts at service on a recalcitrant and hostile witness.

Deborah Sines

Defendants have not yet attempted service on Deborah Sines, but anticipate effecting service in the coming days. Counsel in a companion case was able to effect service without

3

difficultly and Defendants do not anticipate encountering any difficulties in effecting service on Ms. Sines before June 1, 2020 in compliance with the Order.

Dated: May 11, 2020

                                                  **QUAINTON LAW, PLLC**

                                               */s/ Eden Quainton*_____
                                               EDEN P. QUAINTON, ESQ.

                                               1001 Avenue of the Americas, 11th Floor
                                               New York, New York 10018
                                               Telephone: (212) 813-8389
                                               E-mail: equainton@gmail.com
                                      *Attorneys for Defendants Edward Butowsky*
                                      *and Matthew Couch*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on May 11, 2020 the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

                                          **QUAINTON LAW, PLLC**

                                          */s/ Eden Quainton*_____
                                          EDEN P. QUAINTON, ESQ.

                                          1001 Avenue of the Americas, 11th Floor
                                          New York, New York 10018
                                          Telephone: (212) 813-8389
                                          E-mail: equainton@gmail.com
                                         *Attorneys for Defendants Edward Butowsky*
                                         *and Matthew Couch*