UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681-RJL |
| | Honorable Richard J. Leon |
| Plaintiff, | |
| v. | |
| EDWARD BUTOWSKY, | |
| MATTHEW COUCH, | |
| AMERICA FIRST MEDIA, | |
| Defendants. | |

## DECLARATION OF EDEN P. QUAINTON

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1. I am counsel for Defendants Edward Butowsky and Matthew Couch.

2. Attached hereto as Exhibit 1 is a true and accurate copy of confirmation of service of a subpoena on Seymour Hersh for a June 15, 2020 deposition.

3. Attached as Exhibits 2-9 hereto are true and accurate copies of attempts at service on, and "skip trace" searches performed for, Ellen Ratner.

4. Attached as Exhibit 10 hereto is a true and accurate copy of an email providing video and photographic images of Ellen Ratner.

5. Attached as Exhibit 11 hereto is a true and accurate copy of confirmation of service of a subpoena on Ellen Ratner for a June 18, 2020 deposition.

6. Attached as Exhibit 12 hereto is a true and accurate copy of an email from Dennis Davison, Esq., asserting that the Ellen Ratner who had been served was not the Ellen Ratner affiliated with Fox News and that a similar mistake had been made in the past.

7. Attached as Exhibit 13 hereto is a true and accurate copy of my instruction to SameDayProcess to continue to attempt service on Ellen Ratner.

8. Attached as Exhibit 14 hereto is a true and accurate copy of a non-service notification for the Metropolitan Police Department (the "MPD") indicating that due to the COVID-19 pandemic, all service of process on the MPD must be effected by certified mail.

9. Attached as Exhibit 15 hereto is a true and accurate copy of an email authorizing service of process by certified mail.

10. Before the March 27, 2020 cut-off date, service had been unsuccessfully attempted on Detective Joseph Della Camera. Dkt. 183 at 24; Quainton Decl. Ex. 16.

11. Following the entry of the Order, service was again attempted on Detective Della Camera. Attached as Exhibit 17 hereto is a true and accurate non-serve notification for service of process on Detective Della Camera, indicating that service of process must be effected by email to mpd.subpoenas@dc.gov.

12. On May 8, 2020, I emailed the subpoena and subpoena addendum for Detective Della Camera to the email address identified above.

13. Attached as Exhibit 18 hereto is a true and accurate copy of an email from Sergeant Tania Bell of the MPD stating that subpoenas must be accompanied by a written certification.

14. Attached as Exhibit 19 hereto is a true and accurate copy of a certification that attempted to comply with the instructions of Sergeant Bell.

15. Following delivery of the certification identified above, Sergeant Bell contacted me and indicated that the written certification was being rejected and would need to be redone. In addition, Sergeant Bell stressed that, because of the coronavirus lockdown orders in place in Washington D.C., personal service on Detective Della Camera would not be possible for the

foreseeable future. Sergeant Bell stated that delivery of a subpoena by email does not constitute service and that the MPD only undertakes to notify the witness of the subpoena, not to effect service.

16. Attached as Exhibit 20 hereto is a true and accurate copy of a revised certification letter responding to Sergeant Bell's comments. The MPD has not responded further.

17. Attached as Exhibit 21 hereto are true and accurate copies of the repeated unsuccessful attempts at service of process on Cassandra Fairbanks.

18. The most recent non-serve notification indicated that a "stake-out" of Ms. Fairbanks may be necessary to effect service. *Id.* at 5.

19. Exhibit 13 identified above also authorized a "stake-out" for service of process on Ms. Fairbanks. Counsel respectfully submits that alternate service would be more effective with a recalcitrant witness such as Ms. Fairbanks who remains very active on social media.

Dated: May 11, 2020

>  */s/ Eden P. Quainton*_____
> EDEN P. QUAINTON
> QUAINTON LAW PLLC
> D.C. Bar No. NY0318
> 1001 Avenue of the Americas, 11th Fl.
> New York, NY 10018
> 212-813-8389
> equainton@gmail.com