# EXHIBIT 10

Gmail **Eden Quainton <equainton@gmail.com>**

# Rich v. Butowsky, 18-cv-0681 -- Service on Ellen Ratner -- URGENT - RUSH

**Eden Quainton** <equainton@gmail.com> Thu, May 7, 2020 at 11:37 AM
To: SDPS <info@samedayprocess.com>

Kay,

Good talking to you. Let's try to see if we can locate where she is before I send you the subpoena for service.

Ellen Ratner:

From 2016: https://youtu.be/0M3Z4eE6cJA

Image links: https://forbiddenknowledgetv.net/wp-content/uploads/2019/07/ratner.jpg

Image https://www.adweek.com/tvnewser/wp-content/uploads/sites/3/2015/06/ratner.jpg

Image: http://www.talkmedianews.com/wp-content/uploads/2017/01/ellenratner1-2.jpg

Addresses:

Most recently spotted at

5919 Loan Oak Drive, Bethesda, MD

Also:

10001 OLD GEORGETOWN ROAD
BETHESDA MD 20814

20 Central Park West, Apartment 10V, 10023

128 EAST 62ND STREET, APT. 2F
NEW YORK NY 10065

1205 COUNTY ROAD 2
OLIVEBRIDGE NY 12461

1 METROTECH CTR. N STE 11
BROOKLYN NY 11203

Car License Plate # 5509 Maryland Plate

Phone numbers: 301-897-8889 (for first address above)
Cell: 617-640-3999

Lives with girlfriend/wife: Cholene Danielle (or maybe Danielle Cholene) Espinoza

Thank you for your help!

Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com