# EXHIBIT 12

 Gmail

**Eden Quainton <equainton@gmail.com>**

## Subpoena to Ellen Ratner
6 messages

---

**Dennis Davison** <dennis@ddavisonlaw.com>                                          Mon, May 11, 2020 at 2:02 PM
To: "equainton@gmail.com" <equainton@gmail.com>

Mr. Quainton,


I represent Mrs. Ellen Ratner, who resides at 10001 Old Georgetown Road, Bethesda, Maryland.  She
was served by the Same Day Process Service with a subpoena (cover page attached) in the matter of Rich v.
Butowsky, et al, USDC  CA 10-cv-0681.

My client is not Ellen Ratner, the former Fox News reporter, whom I believe you intend to subpoena.

My client has received mail for that Ellen Ratner in the past, and believes she may live in Annapolis,
Maryland.

Please email me written confirmation that you do not intend to subpoena my client, cancel the service upon
her,  and retract the proof of service, if one has been filed by your process server.

Thank you,


*Dennis A. Davison*

DDavisonLaw

dennis@ddavisonlaw.com

202-744-9501

---


📄 **Supboena from Butowsky.pdf**
592K

---

**Eden Quainton** <equainton@gmail.com>                                          Mon, May 11, 2020 at 2:10 PM
To: Dennis Davison <dennis@ddavisonlaw.com>

Kay,

Please see attached. Not the right Ellen Ratner.
[Quoted text hidden]
--
Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296

---

**Eden Quainton** <equainton@gmail.com>                                                 Mon, May 11, 2020 at 2:11 PM
To: Dennis Davison <dennis@ddavisonlaw.com>

Mr. Davison,

Does your client operate Talk Media?  Is she related to Michael Ratner?

Please let me know.

Regards,

Eden
[Quoted text hidden]
[Quoted text hidden]

---

**Dennis Davison** <dennis@ddavisonlaw.com>                                             Mon, May 11, 2020 at 2:25 PM
To: Eden Quainton <equainton@gmail.com>

Eden,

No and no.  My client's name is Ellen Miles Ratner.  She has absolutely nothing to do with any of the people involved in the Rich v. Butowsky litigation.

There are many Ellen Ratners and Ratner families.  If you are seeking Ellen Ratner formerly of Fox News, she is one of the Ohio Ratners, (Bruce Ratner is a major real estate developer).

I don't have an address in Annapolis for her.  You should ask your process server to do a search.

Dennis

[Quoted text hidden]

---

**Eden Quainton** <equainton@gmail.com>                                                 Mon, May 11, 2020 at 2:26 PM
To: Dennis Davison <dennis@ddavisonlaw.com>

Ok, I confirm that I will not be pursuing the subpoena directed at your client.   No proof of service has been filed (although I am preparing a status report for the court today).

Regards,
[Quoted text hidden]

---

**Dennis Davison** <dennis@ddavisonlaw.com>                                             Mon, May 11, 2020 at 3:03 PM
To: Eden Quainton <equainton@gmail.com>

Thank you.

[Quoted text hidden]