UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681-RJL |
| Plaintiff, | Honorable Richard J. Leon |
| v. | |
| EDWARD BUTOWSKY,<br>MATTHEW COUCH,<br>AMERICA FIRST MEDIA, | |
| Defendants. | |

## STATUS REPORT UPDATE

The Status Report filed by Defendants Defendants Edward Butowsky and Matthew Couch on May 11, 2020 pursuant to the order of Judge Richard J. Leon, dated April 23, 2020, Dkt. 182, is hereby updated to state that Cassandra Fairbanks has been served for a deposition scheduled to occur on June 17, 2020 at 9:30 a.m. Declaration of Eden P. Quainton, dated May 12, 2020, Ex. 1.

Dated: May 12, 2020

                                                            **QUAINTON LAW, PLLC**

                                                            */s/ Eden Quainton*
                                                            EDEN P. QUAINTON, ESQ.

                                                            1001 Avenue of the Americas, 11th Floor
                                                           New York, New York 10018
                                                           Telephone: (212) 813-8389
                                                           E-mail: equainton@gmail.com
                                                           *Attorneys for Defendants Edward Butowsky*
                                                           *and Matthew Couch*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on May 12, 2020 the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

        **QUAINTON LAW, PLLC**

        */s/ Eden Quainton*_____
        EDEN P. QUAINTON, ESQ.

        1001 Avenue of the Americas, 11th Floor
        New York, New York 10018
        Telephone: (212) 813-8389
        E-mail: equainton@gmail.com
        *Attorneys for Defendants Edward Butowsky*
        *and Matthew Couch*