UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                             Case No. 1:18-cv-00681-RJL
                                                        Honorable Richard J. Leon

      Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

      Defendants.

## **STATUS REPORT UPDATE**

The Status Report filed by Defendants Edward Butowsky and Matthew Couch on May 11, 2020 pursuant to the order of Judge Richard J. Leon, dated April 23, 2020, Dkt. 182, is hereby updated to state that Detective Joe Della Camera was duly notified by the competent DC government authorities of a subpoena for a deposition to be held on June 16, 2020. Declaration of Eden P. Quainton, dated May 13, 2020, Ex. 1. Detective Della Camera confirmed that he was in physical possession of the subpoena and subpoena addendum and that he would be appearing for the scheduled deposition, subject to the feasibility of the deposition under lockdown rules then in effect. Detective Della Camera expressed willingness to conduct the deposition by video if necessary.

Dated: May 13, 202

      **QUAINTON LAW, PLLC**
      */s/ Eden Quainton*_____
      EDEN P. QUAINTON, ESQ.
      1001 Avenue of the Americas, 11th Floor
      New York, New York 10018
      Telephone: (212) 813-8389
      E-mail: equainton@gmail.com
      *Attorneys for Defendants Edward Butowsky*
      *and Matthew Couch*

## <u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel certifies that on May 13, 2020 the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

                                           **QUAINTON LAW, PLLC**

                                           */s/ Eden Quainton*_____
                                           EDEN P. QUAINTON, ESQ.

                                           1001 Avenue of the Americas, 11th Floor
                                           New York, New York 10018
                                           Telephone: (212) 813-8389
                                           E-mail: equainton@gmail.com
                                         *Attorneys for Defendants Edward Butowsky*
                                         *and Matthew Couch*