# EXHIBIT 1



Eden Quainton <equainton@gmail.com>

# CANS COURT APPEARANCE NOTIFICATION - Joseph J Della Camera,6330,18-CV-0681,06/16/2020,324053

**cans.admin@dc.gov** <cans.admin@dc.gov>
To: equainton@gmail.com

Wed, May 13, 2020 at 1:00 PM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*// CANS E-Mail Notification //\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OFFICIAL NOTIFICATION Of A SCHEDULED COURT APPEARANCE. DETAILS FOLLOW:**

OFFICER:   Joseph J Della Camera        CAD:   6330
Comment:

**COURT Date:**   06/16/2020     **TIME:**     09:30
Docket Number:     18-CV-0681     CCN:
DMV Permit Control Hearing Number:

Reason for Appearance:    Civil Cases - Deposition Hearing

Docket Notes:    DEPOSITION HEARING - SAME DAY PROCESS, 1413 K STREET, NW 7TH FLOOR WASHINGTON, DC 20005 ATTORNEY FOR DEFENDANTS: EDEN P. QUAINTON, 1001 AVENUE OF THE AMERICAS, 11TH FL., NEW YORK, NY, 10018, 212-813-8389, equainton@gmail.com

**ATTORNEY(S)**
Name:     EDEN P QUAINTON     PHONE:    2128138389     ROOM:
eMail:        equainton@gmail.com
Comments:

**DEFENDANT(S)**

Name:    RICH V BUTOWSKY ET. AL.         IS:   Defendant
CHARGE:    UNKNOWN
Comments:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*// CANS E-Mail Notification //\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CANS System Administrator

**Note: This is an auto generated email from the CANS system. Please do not reply to this email.  Please follow the guidelines established in the MPD policies and procedures in reference to CANS matters or conflicts.**

CONFIDENTIALITY NOTICE: This e-mail is confidential, intended only for use by the named recipient(s) above. The content included in this email is the property of the Metropolitan Police Department and is law enforcement sensitive. This email should not be forwarded or disseminated to unauthorized users. It should only be used by the intended recipient. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail at the address shown above. This e-mail and any attachments may contain confidential information. Please delete it from your files if you are not the intended recipient.