UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

      Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

      Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## STATUS REPORT UPDATE

The Status Report filed by Defendants Edward Butowsky and Matthew Couch on May 11, 2020 pursuant to the order of Judge Richard J. Leon, dated April 23, 2020, Dkt. 182, is hereby updated to state that former Assistant United Stated Attorney Deborah Sines has been served with a subpoena for a deposition to be held on June 22, 2020.

Dated: May 18, 2020

                **QUAINTON LAW, PLLC**
                */s/ Eden Quainton*
                EDEN P. QUAINTON, ESQ.
                1001 Avenue of the Americas, 11th Floor
                New York, New York 10018
                Telephone: (212) 813-8389
                E-mail: equainton@gmail.com
                *Attorneys for Defendants Edward Butowsky and Matthew Couch*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on May 13, 2020 the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

        **QUAINTON LAW, PLLC**

        */s/ Eden Quainton*_____
        EDEN P. QUAINTON, ESQ.

        1001 Avenue of the Americas, 11th Floor
        New York, New York 10018
        Telephone: (212) 813-8389
        E-mail: equainton@gmail.com
        *Attorneys for Defendants Edward Butowsky and Matthew Couch*