**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## JOINT MOTION FOR SCHEDULING ORDER

On May 26, 2020, the Court instructed the parties to submit "a joint motion for a scheduling order as to expert discovery" by June 11, 2020. The parties have met and conferred and jointly submit the agreed-upon Proposed Scheduling Order for Expert Discovery attached hereto, which the parties respectfully request that the Court enter.

Dated: June 11, 2020

| | |
|---|---|
| /s/ Michael J. Gottlieb<br>MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)<br>WILLKIE FARR GALLAGHER LLP<br>1875 K Street NW, Washington, DC 20006<br>Tel: (202) 303-1442<br>Fax: (202) 303-2000<br>mgottlieb@willkie.com | /s/ Eden Quainton<br>EDEN P. QUAINTON, ESQ.<br>QUAINTON LAW, PLLC<br>1001 Avenue of the Americas, 11th Floor<br>New York, New York 10018<br>Tel: (212) 813-8389<br>equainton@gmail.com |
| JOSHUA P. RILEY (D.C. Bar No. 1026900)<br>MERYL C. GOVERNSKI (D.C. Bar No. 1023549)<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave NW, Washington DC 20005<br>Tel: (202) 237-2727<br>Fax: (202) 237-6131<br>jriley@bsfllp.com<br>mgovernski@bsfllp.com | *Attorney for Defendants Edward Butowsky and Matthew Couch* |

*Attorneys for Plaintiff Aaron Rich*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on June 11, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and Defendant Matthew Couch. Counsel for Defendant Couch has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: June 11, 2020

    /s/ Michael J. Gottlieb
    MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442
Fax: (202) 303-2000
mgottlieb@willkie.com