UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**[PROPOSED JOINT] SCHEDULING ORDER FOR EXPERT DISCOVERY**

IT IS HEREBY ORDERED that the following Scheduling Order is entered, subject to the rights of the parties to seek modification of the schedule:

| | |
|---|---|
| Expert Designations | July 9, 2020 |
| Opening Expert Reports | September 4, 2020 |
| Rebuttal Expert Reports | October 2, 2020 |
| Close of Expert Discovery | November 13, 2020 |

**SO ORDERED.**

Dated:_____        _____
                                                      THE HONORABLE RICHARD J. LEON
                                                      UNITED STATES DISTRICT JUDGE