IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-00681-RJL |
| | ) |
| EDWARD BUTOWSKY, MATTHEW COUCH, and AMERICA FIRST MEDIA, | ) |
| | ) |
| Defendants. | ) |

**<u>APPEARANCE OF COUNSEL</u>**

To the Clerk of the Court and All Parties of Record:

      Please note that I am admitted to practice in this Court, and appear in this case as counsel for Non-Party Malia Zimmerman.

Dated: New York, New York
          June 16, 2020

                                      Respectfully submitted,

                                      Dechert LLP

                                      By: */s/ David Stern*
                                            David Stern
                                           Admitted Pro Hac Vice
                                      david.stern@dechert.com
                                      US Bank Tower
                                      633 West 5th Street – Suite 4900
                                      Los Angeles, CA 90071
                                      (213) 808-5720

                                      *Attorneys for Non-Party Malia Zimmerman*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2020, the foregoing Notice of Appearance was filed on CM/ECF, which will provide electronic service to all counsel of record.

                                          /s/ David Stern
                                          David Stern