# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD BUTOWSKY, MATTHEW ) <br> COUCH, and AMERICA FIRST MEDIA, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:18-cv-00681-RJL |

## APPEARANCE OF COUNSEL

To the Clerk of the Court and All Parties of Record:

Please note that I am admitted to practice in this Court, and appear in this case as counsel for Non-Party Malia Zimmerman.

Dated: New York, New York
June 16, 2020

Respectfully submitted,

Dechert LLP

By: */s/ Nicolle. L. Jacoby*
   Nicolle L. Jacoby
   Admitted Pro Hac Vice
nicolle.jacoby@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500

*Attorneys for Non-Party Malia Zimmerman*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2020, the foregoing Notice of Appearance was filed on CM/ECF, which will provide electronic service to all counsel of record.

/s/ Nicolle L. Jacoby
Nicolle L. Jacoby
