UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>       Plaintiff,<br><br> v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>       Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## ERRATA

The last sentence of Plaintiff's filing at Docket 196 at 7 inadvertently referred to "Defendants' counsel," and for clarity should have referred to "Defendant Butowsky's counsel in the Texas litigation."  *See* Dkt. 196 at 7.

Dated: June 24, 2020

            /s/ Michael J. Gottlieb
            MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
            WILLKIE FARR GALLAGHER LLP
            1875 K Street NW, Washington, DC 20006
            Tel: (202) 303-1442 / Fax: (202) 303-2000
            mgottlieb@willkie.com

            JOSHUA P. RILEY (D.C. Bar No. 1026900)
            MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
            BOIES SCHILLER FLEXNER LLP
            1401 New York Ave NW, Washington DC 20005
            Tel: (202) 237-2727 / Fax: (202) 237-6131
            jriley@bsfllp.com
            mgovernski@bsfllp.com

            *Attorneys for Plaintiff Aaron Rich*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on June 24, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky, and Defendant Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: June 24, 2020

/s/ Michael J. Gottlieb
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com