UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                      Plaintiff,<br>   v.<br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>                      Defendants. | Civil Action No. 1:18-cv-00681-RJL<br>Hon. Richard J. Leon |

**PLAINTIFF'S NOTICE OF RELEVANT FILINGS IN TEXAS LITIGATION**

Defendant Butowsky has brought on an additional attorney, Ty Clevenger, as co-counsel in this matter even though Mr. Clevenger has declined to file a *pro hac vice* application so that he could notice an appearance. Decl. of S. Hall (attached here as Ex. A). Defendant Butowsky's counsel, Eden Quainton, has represented that he will be responsible for Mr. Clevenger's conduct, and Mr. Clevenger has subjected himself to the jurisdiction of this Court by signing the Protective Order governing discovery in this matter. *Id.* Defendant Butowsky, through Mr. Clevenger, has now filed a notice in Texas declaring his intent to file a motion to reassign this case based on allegations of bias. *Butowsky v. Gottlieb*, *et al.*, No. 4:19-cv-180 (E.D. Tex. 2019) (Dkt. 251 at 3-4) (attached here as Ex. B). This is now the third time that Mr. Clevenger has made a representation of this kind publicly. *See* Dkt. 196 at 4-5. Plaintiff believes this issue should be addressed at the status conference.

Dated: July 9, 2020

/s/ Michael J. Gottlieb
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

Attorneys for Plaintiff Aaron Rich

- 3 -

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 9, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky and Matthew Couch. A courtesy copy of the foregoing document was also emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: July 9, 2020

/s/ Michael J. Gottlieb
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

Attorney for Plaintiff Aaron Rich