# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>      Plaintiff,<br><br>  v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA<br><br>      Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## DECLARATION OF SAMUEL G. HALL

I, Samuel G. Hall, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Plaintiff Aaron Rich. This declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. On May 27, 2020, I received an email from Defendant Butowsky's counsel, Eden Quainton stating, in part, the following:

> "I have discussed the foregoing with my client and he has asked to have Ty join my team as an associated attorney. I have agreed, because I think Ty brings a wealth of knowledge about the case that no other attorney possesses. I have also obtained approval from Mr. Butowsky's insurance carrier. Ty will not enter an appearance and will act under my control and supervision in the Aaron Rich case."

3. On May 29, 2020, I received an email from Mr. Quainton stating, in part, that "Mr. Clevenger has executed the Protective Order[.]"

Executed: July 9, 2020

/s/ Samuel G. Hall_____
SAMUEL G. HALL (D.C. Bar No. 242110)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1443 / Fax: (202) 303-2000
shall@willkie.com

2