UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                             Case No. 1:18-cv-00681-RJL
                                                        Honorable Richard J. Leon

      Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

      Defendants.

**STATUS REPORT UPDATE**

During the status conference held on July 10, 2020, the Court asked counsel for

Defendants to provide an update with respect to pending depositions. Counsel inadvertently

omitted to inform the Court that the deposition of third-party witness Joe Capone also remains to

be scheduled. Mr. Capone's prior attorney recently left the firm of Covington & Burling and

counsel for Defendants is in the process of scheduling a deposition with Mr. Capone's successor

counsel. Counsel for Defendants will promptly update the Court and opposing counsel once a

proposed date and manner of deposition has been agreed upon.

Dated: July 12, 2020

> */s/ Eden Quainton*_____
> EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
> QUAINTON LAW, PLLC
> 1001 Avenue of the Americas, 11th Floor
> New York, New York 10018
> Telephone: (212) 813-8389
> E-mail: equainton@gmail.com
> *Attorneys for Defendants Edward Butowsky and Matthew Couch*

1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 12, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Edward Butowsky and Mathew Couch*