**Eden P. Quainton**
**Quainton Law, PLLC**

1001 Avenue of the Americas, 11th Floor
New York, NY 10018

33 Tyson Lane
Princeton, NJ 08540

---

Telephone (212) 813-8389; (609) 921-0529
Fax (212) 813-8390
Cell: (202) 360-6296
Email equainton@gmail.com

August 6, 2020

**VIA ECF**

Honorable Richard J. Leon
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue N.W
Washington D.C. 20001
Room 1225

Re:  Rich v. Butowsky et al., 18-cv-0681
Notification of Related Case

Dear Judge Leon,

    I represent Defendant Matthew Couch in the above-captioned matter. Pursuant to Rule 40.5(b)(2) of this Court, this letter is to notify you that Mr. Couch has filed a related case before this Court, *Matthew Couch v. Verizon Communications, Inc., Michael Isikoff, National Public Radio, Inc., Aaron Rich, Deborah Sines, Joe Capone and Mark Mueller, 20-cv-2151*.

    The case arises out a podcast entitled *Conspiracyland* produced by Mr. Isikoff in which a number of egregious lies were disseminated by Defendants about Mr. Couch. While the case raises some common issues of fact with the Rich case pending before your Honor, I do not believe any claims against Mr. Rich are compulsory counterclaims within the meaning of FRCP Rule 13, because the *Conspiracyland* podcast constitutes a separate and distinct defamatory occurrence that could not have been brought (because it had not yet occurred) within the initial time for filing a responsive pleading, and, indeed, might never have taken place at all if Defendants had not independently chosen to defame Mr. Couch.

    Mr. Couch does intend to seek leave to file an answer, affirmative defenses and a separate counterclaim in the pending case, and would not object to the consolidation of his claims against Mr. Rich in the pending action, but the statute of limitations on Mr. Couch's defamation claims expires today and motion practice relating to the contemplated pleading could compromise Mr. Couch's rights.

Respectfully,

*/s/ Eden P. Quainton*
EDEN P. QUAINTON

Cc: All Counsel of Record via ECF