UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                              Case No. 1:18-cv-00681-RJL
                                                        Honorable Richard J. Leon

      Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

      Defendants.

### NOTICE TO JUDGE RICHARD LEON PURSUANT TO LOCAL RULE 40.5(b)(3)

Pursuant to Rule 40.5(b)(3) of this Court, Defendant Matthew Couch hereby notifies

Judge Richard J. Leon that he has filed a related case before this Court, *Matthew Couch v.*

*Verizon Communications, Inc., Michael Isikoff, National Public Radio, Inc., Aaron Rich,*

*Deborah Sines, Joe Capone and Mark Mueller, 20-cv-2151.*

                            */s/ Eden Quainton*                    
                            EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
                            QUAINTON LAW, PLLC
                            1001 Avenue of the Americas, 11th Floor
                            New York, New York 10018
                            Telephone: (212) 813-8389
                            E-mail: equainton@gmail.com
                            *Attorneys for Defendant Matthew Couch*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on August 7, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Matthew Couch*