UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

      Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

      Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## NOTICE OF REDACTED FILING

Notice is hereby provided that Dkt. 167-10 and Dkt. 167-11 were inadvertently placed on the public docket even though they contained material that should have been redacted under Local Court Rule 5.4(f). Counsel for Plaintiff alerted the undersigned to this issue and, following discussions with the clerk of the Court, the documents have been sealed. The undersigned counsel will take no further action with respect to these documents unless directed to file redacted versions on the public docket, which counsel will do forthwith if so directed.

Dated: August 10, 2020

      */s/ Eden Quainton*_____
      EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
      QUAINTON LAW, PLLC
      1001 Avenue of the Americas, 11th Floor
      New York, New York 10018
      Telephone: (212) 813-8389
      E-mail: equainton@gmail.com
      *Attorneys for Defendants Edward Butowsky and Matthew Couch*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 10, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendants Edward Butowsky and Matthew Couch*