UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                           Case No. 1:18-cv-00681-RJL
                                           Honorable Richard J. Leon

      Plaintiff,

      v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

      Defendants.

## NOTICE OF MATERIAL MEDICAL DEVELOPMENT

Notice is hereby provided that, as set forth on Exhibit 1 hereto, Defendant Edward Butowsky recently went into cardiac arrest and his life was only saved following 13 minutes of CPR, defibrillation and intubation.

Dated: August 12, 2020

                                      */s/ Eden Quainton*_____
                                      EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
                                      QUAINTON LAW, PLLC
                                      1001 Avenue of the Americas, 11th Floor
                                      New York, New York 10018
                                      Telephone: (212) 813-8389
                                      E-mail: equainton@gmail.com
                                      *Attorneys for Defendants Edward Butowsky and Matthew Couch*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 12, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendants Edward Butowsky and Matthew Couch*