## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>   v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

### DECLARATION OF MERYL C. GOVERNSKI IN SUPPORT OF PLAINTIFF'S MOTION TO DE-DESIGNATE CERTAIN AUDIO RECORDINGS DESIGNATED BY DEFENDANT MATTHEW COUCH

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1.      I am counsel for Plaintiff Aaron Rich.  This Declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2.      As part of meeting and conferring about various issues, including about the topic of this Motion, I asked Eden Quainton, counsel for Defendants Couch and Edward Butowsky, on August 11, 2020 to confirm that "Defendant Couch intends to stand by his AEO designations of the audio recordings of his conversations with *inter alia* his co-defendant Edward Butowsky (MC1047; MC1048; MC1049) and with third-party Rod Wheeler (MC000635 and MC000636)."   In response, Mr. Quainton stated in relevant part that Defendant Couch would "not consent to the removal of the AEO designations on the audios you have referenced" because "he is a journalist and has sources and is entitled to protect them" and, in addition, he "has no reason to trust Plaintiff to respect the confidentiality of de-designated documents. . . "

3.      Attached as Exhibit A to this Declaration is a true and correct copy of a document produced in this litigation by Rod Wheeler, bearing bates stamp Wheeler0000889.

4. Attached as Exhibit B to this Declaration is a true and correct copy of an email dated February 10, 2020 sent by E. Quainton to M. Gottlieb and other counsel for Plaintiff with the subject *Rich v. Butowsky – Couch Source audio*.

5. Attached as Exhibit C true and correct copy of a certified transcript of an audio recording produced in this litigation by Defendant Couch, bearing bates stamp MC001047, and highlighted for ease of reference. Defendant Couch designated the underlying audio as "Highly Confidential Information – Attorneys' Eyes Only."

6. Attached as Exhibit D true and correct copy of a certified transcript of an audio recording produced in this litigation by Defendant Couch, bearing bates stamp MC001048, and highlighted for ease of reference. Defendant Couch designated the underlying audio as "Highly Confidential Information – Attorneys' Eyes Only."

7. Attached as Exhibit E true and correct copy of a certified transcript of an audio recording produced in this litigation by Defendant Couch, bearing bates stamp MC001049, and highlighted for ease of reference. Defendant Couch designated the underlying audio as "Highly Confidential Information – Attorneys' Eyes Only."

8. Attached as Exhibit F true and correct copy of a certified transcript of an audio recording produced in this litigation by Defendant Couch, bearing bates stamp MC000636, and highlighted for ease of reference. Defendant Couch designated the underlying audio as "Highly Confidential Information – Attorneys' Eyes Only."

9. Attached as Exhibit G true and correct copy of a certified transcript of an audio recording produced in this litigation by Defendant Couch, bearing bates stamp MC000635, and highlighted for ease of reference. Defendant Couch designated the underlying audio as "Highly Confidential Information – Attorneys' Eyes Only."

10.     Attached as Exhibit H is a true and correct copy of excerpts of the transcript of the deposition of Defendant Matthew Couch, highlighted for ease of reference.  It is Plaintiff's position that Defendant Couch has waived his right to designate his deposition by failing to provide any designations apart from a demand, made well after the deadline for designations under the PO, to declare the entire deposition transcript as confidential.  That said, Plaintiff is nonetheless treating it as designated out of an abundance of caution and pursuant to ongoing conferral with counsel for Defendant Couch.

11.     Attached as Exhibit I is a true and correct copy of a PDF print out of Defendant Couch's        July       25,       2019       tweet       thread,       available       at https://twitter.com/RealMattCouch/status/1154483269104230400.

12.     Attached as Exhibit J is a true and correct copy of an email dated November 5, 2019 sent by E. Quainton to M. Governski and other counsel for Plaintiff with the subject *Rich v. Butowsky et al*, which had audios attached that Defendant Couch designated as "Highly Confidential Information – Attorneys' Eyes Only."

13.     Attached as Exhibit K is a true and correct copy of an email dated March 5, 2020 sent by myself to E. Quainton and other counsel for Plaintiff.  The subject line and part of the content is redacted, as it is derived from the audio recordings Defendant Couch has designated.


Executed: August 26, 2020

/s/ *Meryl C. Governski*
MERYL C. GOVERNSKI
D.C. Bar No. 1023549
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mgovernski@bsfllp.com

3