# Exhibit B

| | |
|---|---|
| **From:** | Eden Quainton |
| **To:** | Michael Gottlieb |
| **Cc:** | Joshua Riley; Meryl Governski; Chloe Houdre |
| **Subject:** | Rich v. Butowsky -- Couch Source audio |
| **Date:** | Monday, February 10, 2020 3:48:22 PM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Mike,

I have just uploaded ten audio files to your discovery platform. All of these files are designated "Highly Confidential Information -- Attorneys Eyes Only." There are four audios with Source 1, three with Source 2, two with Source 3 and one with Source four. In going through my files, I located an additional short Source 1 audio and a Source 2 audio that is largely irrelevant but is produced for completeness. We are not producing the previously identified Source 5 audio. I listened to this audio again last night and it is non-responsive, as it relates to an entirely different investigation and does not bear on any of Plaintiff's allegations. Moreover, the audio does not belong to Mr. Couch but is the property of Bill Pierce and Pierce Investigations and Mr. Couch is not authorized to release it.

There are two more emails identified in the privilege log that I am tracking down and will upload separately.

Sincerely,

Eden P. Quainton
Quainton Law, PLLC
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.813.8389
Fax: 212.813.8390
Cell: 202.360.6296
www.quaintonlaw.com