# Exhibit K

| | |
|---|---|
| **From:** | Meryl Governski |
| **To:** | Eden Quainton (equainton@gmail.com) |
| **Cc:** | Gottlieb, Michael; Joshua Riley |
| **Subject:** | Rich v. Butowsky et al: |
| **Date:** | Thursday, March 5, 2020 11:21:00 AM |

Mr. Quainton,

As you know, both Defendants Couch and Butowsky have made statements about reliance on communications from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. We believe our client is entitled to know what your clients are claiming ▇▇▇▇▇▇▇▇▇▇▇▇▇. We also believe that ▇▇▇▇▇ s entitled to that information. Specifically, they are entitled to hear the parts of Mr. Couch's testimony (Couch Dep. at 174-203) and MC001047.

As far as MC001047, we again see no reason why this communication (or any of the audio recordings between your clients) should be designated AEO. We request that you immediately de-designate it to confidential or undesignated so that we may share the information with our client. If you refuse to do so, please provide in writing the basis for this AEO designation, and why you believe that our client and ▇▇▇▇▇▇▇▇ should not be permitted to hear the claims your clients have made against them? We will seek relief from the Court on this issue if we cannot come to an agreement on it this week.

As far as Mr. Couch's deposition, the matter is simpler as your client has declined to designate the transcript. As you know, the Protective Order states that "Within thirty (30) days after receiving the final transcript of said deposition, counsel for the Designating Party or the Third Party shall identify the specific pages and lines thereof to be designated as 'Confidential' or 'Highly Confidential Information – Attorneys' Eyes Only.'" You represented to the Court that you received Mr. Couch's final transcript on December 30, 2020. Given that Mr. Couch has not made designations within the time specified by the PO, the transcript is undesignated and we will treat it as such.

**Meryl Conant Governski**
Associate

**BOIES SCHILLER FLEXNER LLP**

1401 New York Avenue, N.W.
Washington, DC 20005
(t)  202 895 7565
(f)  202 237 6131
mgovernski@bsfllp.com
www.bsfllp.com