# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**PURSUANT TO COURT ORDER FOR EXPERT DISCOVERY**

Pursuant to the Court's May 26, 2020 minute order, the parties met and conferred and jointly filed a motion for a scheduling order as to expert discovery (Dkt. 212). On June 16, the Court entered the Order, ordering *inter alia* that Expert Designations were due on July 9, 2020 (Dkt. 213). Pursuant to the Court's Order, Plaintiff Aaron Rich served his initial expert designations. By joint stipulation, the parties agreed to provide amended designations on July 23. On July 22, the parties agreed to provide amended designations on August 6. On August 6, at Mr. Quainton's request, the parties agreed to provide the amended designations on August 13. On August 13, at Mr. Quainton's request, the parties agreed to provide the amended designations on August 14. Plaintiff herein provides amended designations pursuant to the Court's Order and party stipulation.

Nothing in these amended designations constitutes, or is intended to constitute, a waiver of any claim, right, or defense in this case or otherwise. Plaintiff may become aware of additional information through discovery or otherwise, may assert additional claims, and also may become

1

aware of new reasons why information presently known may be relevant to the claims in this action. Furthermore, Plaintiff expressly reserves all applicable privileges, including without limitation the attorney-client privilege and the work product doctrine, and privileges contemplated by Federal Rules of Civil Procedure 26.

### Plaintiff's Amended Expert Designations

| Expert | Contact Information/Registered Agent | Report and Testimony |
|---|---|---|
| 1. Duncan Campbell | Duncan Campbell c/o Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006-1238 | Mr. Campbell is anticipated to provide a written report and testimony regarding the opinions in his report. |
| 2. Forensic Risk Alliance | Forensic Risk Alliance 2550 M Street NW Washington, DC 20037 +1 (202) 627-6580 | A partner at Forensic Risk Alliance is anticipated to provide a written report and testimony regarding the opinions in his/her report. Plaintiff will advise as soon as the individual is confirmed. |
| 3. Dr. Ashlee Humphreys | Kellogg School of Management Northwestern University 1870 Campus Drive Evanston, IL 60202 | Dr. Humphreys is anticipated to provide a written report and testimony regarding the opinions in her report. |
| 4. Dr. Bernard J. Jansen | Jansen Expert Witnessing, LLC 1001 East Market Street Apt. #7 Charlottesville, Virginia 22902 | Dr. Jansen is anticipated to provide a written report and testimony regarding the opinions in his report. |
| 5. George Kucik | Columbia Process and Investigative Services 5406 Connecticut Ave., NW, #108 Washington, D,C., 20015 | Mr. Kucik is anticipated to provide a written report and testimony regarding the opinions in his report. |

Plaintiff reserves the right to supplement, revise, and/or correct these amended designations, including but not limited to rebuttal experts, within a reasonable period of time.

DATED August 14, 2020

/s/ Meryl C. Governski
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
JOSHUA P. RILEY (D.C. Bar No. 1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

***Attorneys for Plaintiff Aaron Rich***

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 14, 2020, a copy of the foregoing document was served on Defendant Butowsky and on Defendant Couch through their counsel Eden Quainton at equainton@gmail.com. Mr. Quainton has agree to convey served documents to Defendant America First Media through Defendant Couch as necessary.

Dated: August 14, 2020

/s/ Meryl C. Governski
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131
mgovernski@bsfllp.com