# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,
Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## **DEFENDANTS' AMENDED EXPERT DESIGNATIONS**

Defendants Edward Butowsky and Matthew Couch designate the following individuals as experts whose testimony is expected to cover the following topics:

1. Larry Johnson – Construction of intelligence narratives/analytical and logical flaws in the Russian military intelligence DNC hacking narrative.

2. William Binney – Forensic analysis of DNC Wikileaks email metadata and disproof of Russian remote hacking theory.

3. Frank Whalen – Law enforcement homicide procedures and investigative obstruction.

4. Yakov Apelbaum – Digital evidence analysis of electronic communication use and manipulation; root cause analysis of DNC hack.

5. John Moynihan – Forensic analysis of financial disclosures/adequacy of disclosure for purposes of determining source/receipt of funds.

6. Richard Fisher, Fisher & Associates – Analysis and evaluation of communications related to alleged defamation, conclusions and opinions as to defamation liability and potential impact.

Defendants reserve the right to add additional experts to those identified above. Defendants will rely on rebuttal experts for matters relating to social media (Periscope/Twitter/reach) and other issues raised by Plaintiff.

> */s/ Eden P. Quainton*
> EDEN P. QUAINTON (D.C. Bar No. NY0318)
>
> QUAINTON LAW, PLLC
> 1001 Avenue of the Americas, 11th Fl.
> New York, NY 10018
> 212-813-8389
> equainton@gmail.com

2