AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Aaron Rich )<br>*Plaintiff* )<br>v. )<br>Edward Butowsky, et al. )<br>*Defendant* ) | Case No. 1:18-cv-00681-RJL |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non party Ellen Ratner.

Date:   08/31/2020

/s/ Charna E. Sherman
*Attorney's signature*

Charna E. Sherman (DDC Bar No. 394467)
*Printed name and bar number*
Charna E. Sherman Law Offices Co., LPA
3029 Prospect Ave.
Cleveland, OH  44115

*Address*

csherman@charnalaw.com
*E-mail address*

(216) 453-9133
*Telephone number*

(216) 453-0809
*FAX number*