# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AARON RICH,<br><br>     Plaintiff,<br><br> v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>     Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## PLAINTIFF'S MOTION TO MODIFY DESIGNATIONS OF AN AUDIO RECORDING PRODUCED BY DEFENDANT MATTHEW COUCH

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW, Washington DC 20005
Tel: (202) 237-2727 / Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

Pursuant to the Protective Order entered by this Court, Plaintiff Aaron Rich by and through undersigned counsel respectively moves the Court for an order modifying designations of an audio recording that Defendant Matthew Couch has designated as "Highly Confidential Information – Attorneys' Eyes Only" ("AEO") and refused to de-designate in any way.  Dkt. 29 ("Protective Order," or "PO") ¶¶ 7.[1]  In contrast to Plaintiff's nearly identical motion that asks this Court to entirely de-designate five other audio recordings, *see* Dkt. 233 (public), Dkt. 234-1 (redacted) (collectively, "Parallel Motion"), the audio recording at issue in this motion includes a discrete number of references to information that should **_remain_** designated, albeit as "Confidential" (not AEO).  Rather than repeat the same arguments here, Plaintiff incorporates the Parallel Motion and adds here only material differences between the five audio recordings at issue there, and the one here.

The recording at issue in this Motion—bearing bates stamp MC001046—appears to memorialize the first phone conversation from August 12, 2017 between Defendant Couch and Defendant Edward Butowsky.  *See* Ex. L (herein-after "Initial Conversation").[2]  As with the audios in the Parallel Motion, the Initial Conversation is a contemporaneous record documenting the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to which Defendant Couch has no "good cause" to deprive Plaintiff access.  *See also* Parallel Motion at 11-15.  However, unlike the audios

---

[1] Plaintiff sought Defendant Couch's position on this motion on August 31, 2020.  As of the filing of this motion, counsel for Defendant Couch had not responded to the request.  Plaintiff assumes that Defendant Couch opposes this motion.

[2] In order to avoid confusion, the relevant audio recording is labeled as Exhibit L, as a continuation of the exhibit numbers used in the Parallel Motion.  Exhibit L is a certified transcript of MC001046 and, as with Exhibits C-G in the Parallel Motion, Plaintiff will provided a DVD of the audio if the Court so requests.  Plaintiff has also highlighted the portions of the transcript cited herein, and has marked lines for proposed redactions.  Plaintiff originally inadvertently referred to an August 13, 2017 audio as memorializing the first conversation between the Defendants, but is filing an errata contemporaneously with this motion.

in the Parallel Motion, Plaintiff submits that this audio does ▮▮▮▮ ▮▮▮▮ that should be designated as confidential pursuant to the terms of the PO. *Compare* PO ¶ 3(a) ("'Confidential Information' shall mean Discovery Material that any Party (a) or Third Party reasonably believes to contain or reflect private, proprietary, or sensitive information, such as non-public email addresses and non-public phone numbers"), *with* Ex. L at 60:19-21 (email addresses); *id.* at 61:13-15 (phone numbers). Plaintiff also recognizes that there are additional discrete factual representations that Defendants may seek to properly redact, such as information about Defendant Couch's ▮▮▮▮. *See, e.g., id.* at 66:7-15

The Initial Conversation confirms that Defendant Butowsky's ▮▮▮▮

▮▮▮▮

*Id.* at 37:21 -38:23 (emphasis added).

▮▮▮▮

2

*Id.* at 41:23-42:10 (emphasis added).



*Id.* at 55:1-56:13 (emphasis added).

During the Initial Conversation, Defendant Butowsky implicitly ▇▇▇ Defendant Couch to ▇▇▇



*Id.* at 11:13-12:6 (emphasis added).



3



*Id.* at 43:4-23 (emphasis added).



*Id.* at 47:6-48:5 (emphasis added).



*Id.* at 62:1- 63:4 (emphasis added).





*Id.* at 33:23-34:23 (emphasis added).

Finally, just as with the recordings at issue in the Parallel Motion, the Initial Conversation includes direct allegations advanced by Defendant Butowsky, nearly all of which Defendant Couch later published via one or more of his various social media platforms, such as:



Ex. L at 7:5-18 (emphasis added).



*Id.* at 16:13-17:8 (emphasis added).



*Id.* at 46:13-47:5 (emphasis added).





*Id.* at 71:1-16 (emphasis added).

For the aforementioned reasons, Plaintiff respectfully requests that the Court remove designations to the Initial Conversation with the limited exceptions articulated herein.

DATED:  September 2, 2020

Respectfully submitted,

*/s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
mgovernski@bsfllp.com

**Attorneys for Plaintiff Aaron Rich**

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on September 2, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky, and Defendant Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: September 2, 2020

*/s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com