**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>      Plaintiff,<br><br> v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>      Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**NOTICE OF ERRATA TO PLAINTIFF'S MOTION TO DE-DESIGNATE CERTAIN
AUDIO RECORDINGS PRODUCED BY DEFENDANT MATTHEW COUCH**

                MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
                WILLKIE FARR GALLAGHER LLP
                1875 K Street NW, Washington, DC 20006
                Tel: (202) 303-1442 / Fax: (202) 303-2000
                mgottlieb@willkie.com

                JOSHUA P. RILEY (D.C. Bar No. 1026900)
                MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
                BOIES SCHILLER FLEXNER LLP
                1401 New York Ave NW, Washington DC 20005
                Tel: (202) 237-2727 / Fax: (202) 237-6131
                jriley@bsfllp.com
                mgovernski@bsfllp.com

Plaintiff respectfully submits this errata to the Motion To De-Designate Certain Audio Recordings Produced By Defendant Matthew Couch, Dkt. 233 (public), Dkt. 234 (sealed) ("Motion")[1], to fix an inadvertent error. The first sentence of Plaintiff's Motion at 6 should have stated that MC001047 "appears to memorialized the *second* conversation between Defendant Couch and Butowsky, dated August 13, 2017 . . . ."

DATED:  September 2, 2020                    Respectfully submitted,

*/s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

JOSHUA P. RILEY (D.C. Bar No. 1026900)
MERYL C. GOVERNS KI (D.C. Bar No. 1023549)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
mgovemski@bsfllp.com

*Attorneys for Plaintiff Aaron Rich*

---

[1] Page numbers in this filing refer to the page numbers at the bottom of the sealed Motion.

1

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on September 2, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky, and Defendant Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: September 2, 2020

>*/s/ Michael J. Gottlieb*
>MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
>WILLKIE FARR & GALLAGHER LLP
>1875 K Street NW
>Washington, DC 20006
>Tel: (202) 303-1000
>Fax: (202) 303-2000
>mgottlieb@willkie.com