UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH,<br><br>               Plaintiff,<br><br>   v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICAN FIRST MEDIA,<br><br>               Defendants. | Civil Action No. 1:18-cv-00681-RJL |

## NOTICE OF CHANGE OF FIRM

To the Clerk of Court and all parties of record:

Plaintiff Aaron Rich, by and through its undersigned counsel, hereby notifies the Court and all parties of records, that Meryl C. Governski, who is admitted to practice law in this Court, is now associated with Willkie Farr & Gallagher LLP.  Ms. Governski has switched firms but will remain counsel in this litigation.  Ms. Governski's updated contact information is as follows:

    Meryl C. Governski
    Willkie Farr & Gallagher LLP
    1875 K Street, NW
    Washington, DC 20006
    Tel: 202-303-1000
    Fax: 202-303-2000
    Email: MGovernski@willkie.com

DATED: September 9, 2020                        Respectfully submitted,

                                                              */s/ Meryl C. Governski*
                                                               Meryl C. Governski
                                                               WILLKIE FARR & GALLAGHER LLP
                                                               1875 K Street, NW
                                                               Washington, DC 20006

Tel: (202) 303-1000
Fax: (202)-303-2000
MGovernski@willkie.com

*Attorney for Plaintiff Aaron Rich*