UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH

                Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH, and
AMERICA FIRST MEDIA,

                Defendants

Civil Action No. 1:18-cv-00681-RJL

Hon. Richard J. Leon



**FILED**
**SEP 2 3 2020**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS, AND AMONG PLAINTIFF, DEFENDANTS, AND THIRD-PARTY ELLEN RATNER REGARDING SCHEDULING

Plaintiff Aaron Rich by and through undersigned counsel and counsel for Defendants Edward Butowsky and Matthew Couch (collectively "Defendants") have met and conferred and respectfully request the Court enter the agreement memorialized herein. *See* § I. Counsel for Plaintiff and Defendants also have met and conferred with counsel for third-party Ellen Ratner and respectfully request the Court enter the agreement memorialized herein. *See* § 2.

## I.   EXPERT DISCOVERY SCHEDULE

**WHEREAS**, on August 28, 2020, the Court entered an Order establishing that initial expert reports shall be exchanged on or before September 23, 2020 and that rebuttal reports shall be exchanged on or before October 23, 2020;

**WHEREAS**, on September 17, 2020, the Court held a status conference during which counsel for Defendants requested an extension for the exchange of initial expert reports;

**WHEREAS**, on September 17, 2020, the Court entered an Order extending the due date for Defendants' initial experts reports until September 28, 2020;

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that the deadline to exchange all initial expert reports is extended until **September 28, 2020**. The parties further stipulate and agree that the initial rebuttal reports shall be due on or before **October 30, 2020**.

## II. SCHEDULE REGARDING RATNER'S MOTION TO QUASH AND DEFENDANT BUTOWSKY'S CROSS MOTION

**WHEREAS**, on August 31, 2020, Ms. Ratner filed a Motion to Quash Defendants' Subpoena For A Second Deposition And Documents, Or For Alternative Relief, Dkt. 238 ("Motion to Quash");

**WHEREAS**, on September 14, 2020, Defendant Butowsky filed an Opposition to the Motion to Quash ("Opposition") and a Cross-Motion to Strike Certain Scandalous And Impertinent Material And The Entirety of Ms. Ratner's Rule 31 Deposition ("Cross-Motion), Dkt. 248 (collectively, "Opposition and Cross-Motion");

**WHEREAS**, Defendants served the sealed version of the Opposition and Cross Motion on Plaintiff and Ms. Ratner on September 15, 2020;

**WHEREAS**, the Cross-Motion was re-docketed on September 16, 2020, Dkt. 252;

**WHEREAS**, the Local Rules of the United States District Court of The District of Columbia ("Local Rules") provide for seven days to file a reply memorandum LCvR7(d) and fourteen days to file a memorandum of points and authorities in opposition to a motion, LCvR7(b);

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that the deadline to file a reply memorandum in support of the Motion to Quash and to file

memorandum of points and authorities in opposition to the Cross Motion shall be set for **September 29, 2020**. The parties and Ms. Ratner further stipulate that the due date to file a reply in support of the Cross Motion shall be set for **October 14, 2020**.

DATED: September 18, 2020

By: */s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (974960)
MERYL C. GOVERNSKI (1023549)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

JOSHUA P. RILEY (. 1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com

*Attorneys for Plaintiff Aaron Rich*

By: */s/ Eden Quainton*
EDEN P. QUAINTON, ESQ. (NY0318)
QUAINTON LAW, PLLC
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com

*Attorney for Defendants*

By: */s/ Charna E. Sherman*
Charna E. Sherman, Esq.
DDC Bar No. 394467
Charna E. Sherman Law Offices Co., LPA
3029 Prospect Ave.
Cleveland, OH 44122
Tel: 216-453-9133
Email: csherman@charnalaw.com

*Counsel for Third Party Witness Ellen Ratner*

SO ORDERED.

THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
United States District Court for the District of Columbia

DATED: 9/22/20