UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                    Plaintiff,<br><br>       v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                    Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

### DECLARATION OF MERYL C. GOVERNSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT COUCH'S PURPORTED CROSS MOTION FOR LEAVE TO FILE AN ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Plaintiff Aaron Rich. This Declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. Attached as Exhibit A to this Declaration is a true and correct copy of a document produced in this litigation by Plaintiff, bearing bates stamp RICH0003933, which is designated Highly Confidential – Attorneys' Eyes Only.

3. Attached as Exhibit B to this Declaration is a true and correct copy of a document produced in this litigation by Plaintiff, bearing bates stamp RICH0003874, which is designated Highly Confidential – Attorneys' Eyes Only.

4. Attached as Exhibit C to this Declaration is a true and correct copy of a document produced in this litigation by Plaintiff, bearing bates stamp RICH0003838, which is designated Highly Confidential – Attorneys' Eyes Only.

1

5. Plaintiff's counsel produced documents to defendants on a rolling basis between November 15, 2019 and April 6, 2020.  On August 11, 2020, counsel for Defendant Couch sent Plaintiff's counsel an email identifying a list of documents (identified by bates numbers) in connection with Defendant Couch's motion for leave to file an answer, affirmative defenses, and a counterclaim.  The documents ranged from bates number RICH0001350 to RICH0003243.  Plaintiff produced all of the documents in those bates ranges between December 24, 2019, and January 13, 2020.  Exhibits A–C, which are the subject of this Declaration, were produced on February 21, 2020.

Executed: September 23, 2020

/s/ *Meryl C. Governski*
MERYL C. GOVERNSKI
D.C. Bar No. 1023549
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000