UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,
Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## DEFENDANTS' MOTION FOR ONE-WEEK EXTENSION

EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
QUAINTON LAW, PLLC
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
*Attorneys for Defendants Edward Butowsky and Matthew Couch*

**MOTION FOR ONE-WEEK EXTENSION**

At a conference held on September 17, 2020, the Court ordered counsel for Defendants to file Defendants' motions for additional depositions, their motion to compel compliance with a subpoena and their motion to compel disclosure of source information from Mr. Hersh by Friday September 25, 2020. Counsel for Defendants has endeavored to comply with this order but was unable to finish the motion to obtain source information. In addition to the orders of the Court above, counsel was engaged in ensuring compliance with Defendants' discovery obligations as well as reviewing six expert reports due on Monday, September 28, Yom Kippur. Defendants respectfully request a one-week extension to prepare their motion to compel disclosure of source information from Sy Hersh.

Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order, including one setting the date for the completion of discovery, "may be modified only for good cause." *Equal Rights Ctr. v. Post Properties, Inc.*, No. CV 06-1991(RJL)(AK), 2008 WL 11391642, at *1 (D.D.C. May 27, 2008). Fed. R. Civ. P. 16(b)(4). The primary consideration in the "good cause" analysis is whether the party seeking the amendment was diligent in obtaining the discovery sought during the discovery period. *Dag Enters., Inc. v. Exxon Mobil Corp.*, 226 F.R.D. 95, 105 (D.D.C. 2005). An additional, yet secondary, consideration is "the existence or degree of prejudice to the party opposing the modification." *Id.* (*quoting Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)).

For the reasons set forth below, there is "good cause" for each of the depositions requested by Defendants. Counsel has been as diligent as humanly possible under the circumstances and Mr. Hersh would not face any material prejudice from a one-week extension.

The other parties likewise would not face any prejudice, as the one-week extension would be without any material effect on the overall conduct of the litigation.[1]

## CONCLUSION

For the reasons set forth above, the Court should grant Defendants a one-week extension to file their motion to obtain source information from Sy Hersh.

Dated: September 25, 2020

                                                */s/ Eden Quainton*_____
                                                EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
                                                QUAINTON LAW, PLLC
                                                1001 Avenue of the Americas, 11th Floor
                                                New York, New York 10018
                                                Telephone: (212) 813-8389
                                                E-mail: equainton@gmail.com
                                                *Attorneys for Defendants Edward Butowsky and Matthew Couch*

---

[1] Counsel for Defendants conferred with counsel for Mr. Hersh who opposes the request. Counsel sought consent of opposing counsel but did not hear back prior to filing the present motion.