UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, <br><br>              Plaintiff, <br><br> v. <br><br> EDWARD BUTOWSKY, <br> MATTHEW COUCH, and <br> AMERICA FIRST MEDIA, <br><br>              Defendants. | Civil Action No. 1:18-cv-00681-RJL <br><br> Hon. Richard J. Leon |

**UNOPPOSED MOTION OF MALIA ZIMMERMAN AND FOX NEWS NETWORK
TO WITHDRAW MOTION FOR RECONSIDERATION
AND VACATE COURT'S ORDER OF APRIL 9, 2020**

Third parties Malia Zimmerman and Fox News Network, LLC have reached an agreement with Plaintiff Aaron Rich concerning a mutually agreeable approach to Plaintiff's request for Ms. Zimmerman's testimony in this case. Accordingly, in light of that agreement, Ms. Zimmerman and Fox News respectfully withdraw their pending motion for reconsideration of the Court's opinion and order of April 9, 2020, denying their motion for a protective order. *See* Dkt. No. 181. Additionally, in light of the agreement, Zimmerman and Fox News further move to withdraw their motion for a protective order and vacate as moot that April 9 opinion and order denying that motion. *See* Dkt. No. 177. Both the Court's order and the pending motion for reconsideration have become moot in light of the agreement between Zimmerman, Fox News, and Mr. Rich regarding how they will approach Ms. Zimmerman's testimony. Mr. Rich's counsel has indicated that he does not oppose either withdrawal of the motion for reconsideration or vacatur of the Court's order.

Respectfully submitted,

*/S Joseph M. Terry*

Joseph M. Terry (DDC Bar 473095)
Stephen J. Fuzesi (DDC Bar 496723)
Katherine A. Petti (DDC Bar 1026532)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jterry@wc.com
sfuzesi@wc.com
kpetti@wc.com

*Attorneys for Non-Party Fox News Network, LLC*

David H. Stern (*pro hac vice*)
Vincent H. Cohen, Jr. (DDC Bar 471489)

Dechert LLP
U.S. Bank Tower
633 West 5th Street, 26th Floor
Los Angeles, CA 90071

1900 K Street, NW
Washington, DC 20006
Tel: (213) 808-5720
Fax: (213) 808-5760
david.stern@dechert.com
vincent.cohen@dechert.com

DATED: September 28, 2020            *Attorneys for Non-Party Malia Zimmerman*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, I caused to be filed electronically the foregoing Motion of Malia Zimmerman and Fox News Network, LLC to Withdraw Motion for Reconsideration and Vacate Court's Order of April 9, 2020, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system. I further certify that a copy of the foregoing document was provided to Defendant America First Media via email to mattcouch@af-mg.com on September 28, 2020.

*/S Joseph M. Terry*
Joseph M. Terry
*Counsel for Fox News Network, LLC*
