UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,                                   Case No. 1:18-cv-00681-RJL
                                              Honorable Richard J. Leon
        Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

        Defendants.

## STATUS REPORT

During the status conference held on September 17, 2020, the Court asked counsel for Defendants to provide an update with respect to Defendant Couch's searches of his downloaded Twitter archive. Defendants' counsel had told the Court that one issue preventing completing the search was a licensing issue affecting the vendor. That issue has been resolved. Defendant Couch's discovery vendor ran two sets of search terms previously provided by Plaintiff against Couch's 20 gigabyte Twitter archive. The search terms generated over a half a million hits, wildly disproportionate to the needs of the case. Defendant's counsel informed Plaintiff's counsel of the result of the search and requested more targeted search terms. Defendants' counsel also informed Plaintiff's counsel that given the presentation of the data in three massive files of continuous data not broken into individual Tweets or Direct Messages, Defendants' discovery vendor might have to write a specific algorithm to permit an efficient search. However, this search is premised on the receipt of more targeted search terms.

                                    */s/ Eden Quainton*_____
                                    EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
                                    QUAINTON LAW, PLLC
                                    1001 Avenue of the Americas, 11th Floor

1

New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendants Edward Butowsky and Matthew Couch*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on September 28, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 813-8389
E-mail: equainton@gmail.com
*Attorneys for Defendant Edward Butowsky and Mathew Couch*