UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,　　　　　　　　　　　　　　　　　Case No. 1:18-cv-00681-RJL
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Richard J. Leon
　　　　Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH ,
AMERICA FIRST MEDIA,

　　　　Defendants.

## NOTICE OF CHANGE OF FIRM

To the Clerk of Court and all parties of record:

Defendants Edward Butowsky and Matthew Couch, by and through their undersigned counsel, hereby notify the Court and all parties of records, that Eden P. Quainton, who is admitted to practice law in this Court, is now a partner with the firm of Dunnington, Bartholow & Miller LLP. Mr. Quainton will remain Defendants' counsel in this litigation.

Mr. Quainton's updated contact information is as follows: Eden P. Quainton, Dunnington, Bartholow & Miller LLP, 230 Park Avenue, New York, NY 10169, Tel: 212-682-8811 Fax 212-661, Email: equainton@dunnington.com

Dated:  October 2, 2020　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 */s/ Eden P. Quainton*_____
　　　　　　　　　　　　　　　　　　**DUNNINGTON, BARTHOLOW**
　　　　　　　　　　　　　　　　　　**& MILLER LLP**
　　　　　　　　　　　　　　　　　　230 Park Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10169
　　　　　　　　　　　　　　　　　　(212) 682-8811
　　　　　　　　　　　　　　　　　　 equainton@dunnington.com
　　　　　　　　　　　　　　　　　　 *Attorneys for Defendants Edward Butowsky and Matthew Couch*

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that on October 2, 2020 the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Plaintiff Aaron Rich.

**DUNNINGTON, BARTHOLOW & MILLER LLP**

*/s/ Eden Quainton*
Dunnington, Bartholow & Miller LLP
230 Park Avenue
New York, New York 10169
(212) 682-8811
*Attorneys for Defendants Edward Butowsky and Matthew Couch*