# EXHIBIT B

Page 76

1              HERSH - CONFIDENTIAL
2        Q.   When I -- if -- if I were to say
3   letter agency refers to the CIA, the NSA, the
4   FBI, would you understand what I mean?  Would
5   you understand my reference to letter agency?
6        A.   No, although I -- I can't rule out
7   having heard the phrase, but I don't remember
8   it offhand, what I -- I don't remember.
9        Q.   Was the person to whom you spoke in
10  the CIA?
11            MR. BOWMAN:  Objection.  Instruct
12       the witness not to answer.
13  BY MR. QUAINTON:
14       Q.   Was the person to whom you spoke at
15  the NSA?
16            MR. BOWMAN:  Objection, same
17       ground, privilege.  Instruct the witness
18       not to answer.
19  BY MR. QUAINTON:
20       Q.   Can you disclose the name of the
21  person with whom you spoke?
22            MR. BOWMAN:  Objection, reporter's
23       privilege.
24            MR. QUAINTON:  I'm going to return
25       to the transcript, and I think it will

```
                                                        Page 109
 1               HERSH - CONFIDENTIAL
 2          MS. GOVERNSKI:  Objection.
 3          MR. BOWMAN:  Objection.
 4      (The clip was played.)
 5  BY MR. QUAINTON:
 6      Q.   So in this portion of what the --
 7  your first source, it was -- this was
 8  information that we just listened to.  This was
 9  information communicated to you by the first
10  source?
11      A.   Could -- I couldn't -- yes, Your
12  Honor.
13      Q.   And in the information that was
14  communicated to you here, the information was
15  specifically that Seth Rich had shared this
16  drop box with friends of his.
17      A.   That --
18          MS. GOVERNSKI:  Objection.
19      A.   That's what I was told.
20      Q.   And you were told that in -- in
21  this -- in -- in -- in -- that there was a
22  report that -- that said if anything happened
23  to Seth Rich, that that would not solve your
24  problem.  When you say here "your problem,"
25  who -- whose problem were you referring to?
```

1              HERSH - CONFIDENTIAL

2            MS. GOVERNSKI:  Objection.

3        Q.   Let me just read to you what you said
4   again.  You said -- said, "If anything happens
5   to me, you're not -- it's not going to solve
6   your problem."  In that sentence, is -- does
7   the "me" refer to Seth Rich?
8        A.   Yeah, I -- I -- I really don't quite
9   know the context of -- shoot, I didn't -- hold
10  on.  I didn't really know the context of --
11  I -- I -- I can't remember.  I'm -- what I was
12  referring to.  I mean, I -- I'll -- I guess the
13  understanding would be that he'd shared his
14  information with some roommates.  He had
15  roommates.  But I -- I don't know that.  I
16  mean, I -- I just -- I don't remember what the
17  context was.  It was years ago when I made that
18  conversation with -- with Mr. Butowsky.
19       Q.   So you don't recall whether the
20  report or the -- the --
21       A.   There was no report that I knew
22  about.  There was just --
23       Q.   Let me get your --
24       A.   -- summarizing your conversation.
25  Somebody told him what he had learned from the

```
                                                     Page 198
 1            HERSH - CONFIDENTIAL
 2   that the question that I put to you was a true
 3   statement.  So I'm going to ask the reporter to
 4   read the question again.  And if you could,
 5   I -- I -- I -- I don't need a long answer.
 6   It's really just yes, that's a true statement,
 7   or whatever your testimony is.  But I don't
 8   need a gloss on it.  Do you see what I'm -- do
 9   you see what I'm trying to -- to accomplish
10   here, Mr. Hersh?
11            THE WITNESS:  Let's hear the
12        question.
13            MR. QUAINTON:  Okay.
14            MR. BOWMAN:  And please state his
15        answer.
16            MR. QUAINTON:  Would you read back
17        the question that we had before?
18        (The reporter read from the record as
19        follows:  "It's true that you had a
20        trusted source whom you had known for 31
21        years who communicated information to you
22        about the FBI examining Seth Rich's
23        computer, finding emails from Seth Rich to
24        WikiLeaks, and requesting payment in
25        exchange.  That is a true statement, is it
```

Page 199

1           HERSH - CONFIDENTIAL

2      not?")

3           MS. GOVERNSKI: Objection to that

4      question as well as to the -- Mr.

5      Quainton's intro into it.

6      A.   My -- my answer is it's absolutely

7  true. I had a source who communicated

8  secondhand information to me about the issues

9  you raise.

10 BY MR. QUAINTON:

11     Q.   Going to move to strike everything

12 after the words "It's absolutely true."

13          So when you say "doesn't mean it's

14 true," does -- is what you mean by that that

15 you could not verify the -- the content of what

16 was communicated to you by your trusted source?

17     A.   No, it does not mean that to me.

18          MS. GOVERNSKI: Objection.

19     Q.   Well, what -- what does it mean to

20 you, then?

21     A.   I made no attempt to verify. I

22 didn't consider it something worth verifying.

23     Q.   So what doesn't make it true, though,

24 is the fact that it has not been verified.

25          MS. GOVERNSKI: Objection.