UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

    Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH,
AMERICA FIRST MEDIA,

    Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

### [PROPOSED] JOINT STIPULATION AMONG DEFENDANTS, PLAINTIFF, AND THIRD-PARTY WITNESSES JOSEPH DELLA CAMERA AND SEYMOUR HERSH

Defendants Edward Butowsky and Matthew Couch (collectively "Defendants"), by and through undersigned counsel, and counsel for Plaintiff Aaron Rich, counsel for third-party witness Joseph Della Camera, and counsel for third-party witness Seymour Hersh have met and conferred and respectfully request that the Court enter the agreement memorialized herein.

### SCHEDULE REGARDING PENDING MOTIONS TO COMPEL THIRD-PARTY WITNESSES JOSEPH DELLA CAMERA AND SEYMOUR HERSH

**WHEREAS**, on September 25, 2020, Defendant Matthew Couch filed a Motion to Compel the production of documents and testimony from third-party witness Joseph Della Camera (the "Della Camera Motion to Compel");

**WHEREAS**, counsel for Joseph Della Camera accepted service of the Della Camera Motion to Compel on October 6, 2020;

**WHEREAS** on October 2, 2020, Defendants filed a Motion to Compel the disclosure of certain information from third-party witness Seymour Hersh (the "Hersh Motion to Compel");

**WHEREAS**, counsel for Seymour Hersh accepted service of the Hersh Motion to Compel on October 3, 2020; and

1

**WHEREAS**, the Local Rules of the United States District Court of The District of Columbia provide for fourteen days to file a memorandum of points and authorities in opposition to a motion, LCvR7(b), and for seven days to file a reply memorandum LCvR7(d);

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that

1) The deadline to file an opposition to the Della Camera Motion to Compel shall be **November 13, 2020** and the deadline to file a reply to said opposition shall be **November 20, 2020**;

2) The deadline to file an opposition to the Hersh Motion to Compel shall be **November 17, 2020** and the deadline to file a reply to said opposition shall be **November 24, 2020**.

DATED:  October 9, 2020

By:*/s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (974960)
MERYL C. GOVERNSKI (1023549)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

JOSHUA P. RILEY (1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com

***Attorneys for Plaintiff Aaron Rich***

By: */s/ Eden P. Quainton*_____
EDEN P. QUAINTON, ESQ. (NY0318)
DUNNINGTON, BARTHOLOW & MILLER LLP
230 Park Avenue, 21st Floor
New York, New York 10169
Tel: (212) 682-8811
Fax: (212) 661-7769
E-mail: equainton@dunnington.com

***Attorneys for Defendants***

By: */s/ Chad Bowman*_____
CHAD BOWMAN
BALLARD SPAHR LLP
1909 K Street, NW 12th Floor
Washington, DC 20006-1157
Tel: (202) 508-1120
Fax: (202) 661-2299
bowmanchad@ballardspahr.com

***Attorneys for Third-Party Witness Seymour Hersh***

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division, Section IV

/s/ *David A. Jackson*
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6618 (Direct Line)
(202) 436-2598 (Cell Phone)
(202) 741-8999 (Fax)
davida.jackson@dc.gov

*Attorneys for Third-Party Witness*
*Joseph Della Camera*


SO ORDERED

```
_____
```
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
United States District Court for the District of Columbia

DATED:_____

3

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on October 9, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel Plaintiff Aaron Rich. Copies were also served electronically on counsel for third-party witnesses Joseph Della Camera and Seymour Hersh, on consent, at davida.jackson@dc.gov and bowmanchad@ballardspahr.com.

Dated: October 9, 2020

By: */s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ. (NY0318)
DUNNINGTON, BARTHOLOW & MILLER LLP
230 Park Avenue, 21st Floor
New York, New York 10169
Telephone: (212) 813-8389
E-mail: equainton@dunnington.com