UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>　　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**DECLARATION OF MERYL C. GOVERNSKI IN RESPONSE TO DEFENDANTS'
MOTION FOR RECONSIDERATION AND TO TAKE ADDITIONAL DEPOSITIONS,
AND NOTICE REGARDING THIRD-PARTY WITNESSES**

I, Meryl C. Governski, declare under penalty of perjury that the foregoing is true and correct:

1. I am counsel for Plaintiff Aaron Rich. This Declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. Attached as Exhibit A to this Declaration is a true and correct copy of an excerpt from Supplemental Interrogatory Responses that Defendant Edward Butowsky personally verified and served via counsel on August 17, 2020.

3. Attached as Exhibit B to this Declaration is a true and correct copy of an Affidavit signed under penalty of perjury by Roger L. Aronoff and dated September 29, 2020, which Plaintiff received from Mr. Aronoff's counsel.

4. Attached as Exhibit C to this Declaration is a true and correct copy of a Tweet by Cassandra Fairbanks (@CassandraRules) posted on her Twitter timeline on July 15, 2019 at 6:16 PM.

5. Attached as Exhibit D to this Declaration is a true and correct copy of a Declaration signed under penalty of perjury by Cassandra Fairbanks and dated January 30, 2020, which Plaintiff received from Ms. Fairbanks' counsel.

Executed: October 9, 2020

/s/ *Meryl C. Governski*
MERYL C. GOVERNSKI
D.C. Bar No. 1023549
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000