# Exhibit C

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

← Tweet

**Cassandra Fairbanks** ✓
@CassandraRules

Julian Assange has never confirmed or denied Seth Rich being his source to me or anyone else that I'm aware of. He doesn't tell people about sources one way or the other. He's only said it wasn't a state actor.

For anyone curious.

6:16 PM · Jul 15, 2019 · Twitter for iPhone

**170** Retweets  **509** Likes

**Currie Dobson** @Ventuckyspaz · Jul 15
Replying to @CassandraRules
What do you think about what Butowsky is claiming in his latest lawsuit? He's claiming Ellen Rattner told him that Assange told her that Seth and Aaron were the source of the emails. Butowsky isn't very credible but there is that Hersh recording and Butowsky comments on that too.



💬 2   🔁 8   ♡ 20

**Currie Dobson** @Ventuckyspaz · Jul 15
I found an interesting recording of Butowsky on a radio show talking about this. I like how he talks about Isikoff lmao

> BONUS Highlight Segment: Ed Butowsky - The Rick Ungar Show
> 🔗 rickungarshow.com

💬 2   🔁 3   ♡ 13

**Currie Dobson** @Ventuckyspaz · Jul 15
Article from Ellen Ratner where she proclaims Ed Butowsky is her friend and she discusses the Seth Rich case. This is pretty crazy!
archive.is/7EHEq

> Seth Rich controversy. Just to jog a few memories, Seth Rich worked at the Democratic National Committee and was murdered not far from his home in Washington. Some say he had the secrets

🔍 Search Twitter

**Relevant people**

**Cassandra Fairbanks**
@CassandraRules
Federal court says I "t through Twitter." An ' terrorist" according to Free Assange. Tulsi s

**Trends for you**

Trending in USA
**King of Israel**
103K Tweets

US news
President Trump quotes ra host calling him 'King of Isr

Trending in USA
**Chosen One**
Trending with: king of the je One, #disloyalJews

Trending in USA
**#25thAmendmentNow**
30.9K Tweets

Trending in USA
**#DWTS**
11.3K Tweets

Television
Sean Spicer to compete on season of Dancing with the

🗞 New York Post, E! News, and about this

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

of the Democratic National Committee, and some think he was just murdered.

1 3 10

1 more reply

**Will** @willisfx88 · Jul 15
Replying to @CassandraRules
Whether SR was the source or not, it is interesting how disinterested Democrats are in getting to the bottom of his murder.

1 1 5

4 more replies

**Patrick Beck** 🇺🇸 @realpatrickbeck · Jul 15
Replying to @CassandraRules
I also heard the data transfer rate of the files was comparable to a USB flash drive rather than an internet connection which suggests that it was an internal leak instead of a hack... 🤔

2 2 9

1 more reply

**Tom** @Tom37747199 · Jul 16
Replying to @CassandraRules
Matt Couch says otherwise. Care to comment?

**#GayWaiterPaul2020** @PaulSorrentino3 · Jul 16
Replying to @CassandraRules
kim dot com has claimed numerous times it was rich and says he has proof

1 1

3 more replies

**Tim in Vegas** @LasVegasTim · Jul 16
Replying to @CassandraRules
Red flags that make me want to investigate Rich:
1) Transfer speed (USB?)
2) Isikoff trying to cover it up with no evidence after working with Chalupa to fake the RussiaGate
3) Seth questioned election stuff and people like Kimberlin were paid for election stuff.
4) Gut Feeling!

1

This Tweet is unavailable

**BlackCatzMatter** ⏳ @KissThePaw · Jul 15
Replying to @CassandraRules
You seen this Clinton News Network exclusive on #Assange? Such garbage!

apple.news/AfiPpS8qdQCGm4...

2 3

This Tweet is unavailable

4 more replies

**EVOLVEFASTER** @EvolveQuickly · Jul 16
Replying to @CassandraRules
Thread!

**Land of the Free** @trustrestored · Jul 15
"Mr. Butowksy alleges that Joel, Mary, and Aaron Rich were told

Search Twitter

#WednesdayWisdom
77K Tweets
FOX 5 DC is Tweeting about

Show more

Terms Privacy policy Cookies
More © 2019 Twitter, Inc.

