# Exhibit D

## Declaration of Cassandra Fairbanks

1. I have produced all documents in my custody, care or control with Matt Couch or Ed Butowsky concerning the subject matter of this suit, and the documents provided by me through counsel are authentic emails, messages, and texts.
2. I have never spoken with Julian Assange by cell phone.
3. Julian Assange never discussed whether either or both of the Rich brothers were the source of the DNC emails with me.
4. I never advised Ed Bukowski or Matt Couch that Julian Assange told me that Seth Rich, or his brother, were the source for the DNC emails published by Wikileaks.
5. I do not know who the source was for the DNC emails published by Wikileaks, nor has Julian Assange told me who the source was.
6. I advised Matt Couch any statement contrary to paragraph 1 would be untrue, and not to make such a statement.
7. I never told either Ed Butowsky or Matt Couch that Julian Assange confirmed anything about the Rich brothers with me.
8. I never invited Ed Butowsky to listen in on a call with Julian Assange.
9. I never told either Ed Butowsky or Matt Couch that Julian Assange told me he paid either or both of the Rich brothers for the DNC emails or that Julian Assange told me the Rich brothers received payments from him by any method, ebay or otherwise.
10. I never told either Ed Butowsky or Matt Couch details about Seth Rich's girlfriend Kelsey Mulka.
11. I never confirmed any story about Aaron Rich throwing a chair at Donna Brazile, nor told either Ed Butowsky or Matt Couch I had confirmed it. The original source of the story was Ed Butowsky himself.

Pursuant to section 1746 of Title 28 of the United States Code, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 30, 2020.

_____
Cassandra Fairbanks