**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br><br>  Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**[PROPOSED] JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS**
**REGARDING DISCOVERY SCHEDULE**

Plaintiff Aaron Rich and Defendants Edward Butowsky and Matthew Couch (collectively "Defendants"), by and through undersigned counsel, have met and conferred and respectfully request that the Court enter the agreement memorialized herein, which amends the current expert discovery schedule (Dkt. 255; 9/23/20 Min. Order).

**WHEREAS**, on September 23, 2020, the Court entered the Joint Stipulation ordering the parties to exchange initial expert reports by September 28, 2020;

**WHEREAS**, on September 28, 2020, Plaintiff served four initial expert reports and Defendants served five initial expert reports;

**WHEREAS**, on September 29, 2020, Defendants served a sixth initial expert report;

**WHEREAS**, the current schedule requires the exchange of rebuttal expert reports by October 30, 2020;

**WHEREAS**, expert discovery is currently scheduled to close on November 20, 2020;

1

**WHEREAS** the depositions of a number of third-party fact witnesses and the parties remain outstanding;

**WHEREAS**, counsel for the parties have met and conferred and agreed that Plaintiff and Defendants will benefit from an extension of time to expert discovery;

**WHEREAS**, counsel for the parties have met and conferred and agreed to extending Defendants additional time to serve a rebuttal report ("Defendants' Damages Rebuttal Report") in response to the reports of Plaintiff's damages experts, Dr. Ashlee Humphreys and Dr. Bernard Jansen;

**WHEREAS**, counsel for the parties have met and conferred and agreed, subject to this Court's approval, that the parties shall exchange rebuttal reports on November 25, 2020, with the exception of Defendants' Damages Rebuttal Report to the aforementioned damages experts, which shall be exchanged by December 11, 2020;

**WHEREAS**, counsel for the parties have met and conferred and agreed that this amendment to the schedule will allow for the parties to conduct expert depositions between November 25, 2020 and January 29, 2021;

**WHEREAS**, counsel for the parties have met and conferred and agreed that this amendment will allow the parties to sit for remote/video depositions between November 10, 2020 and November 25, 2020, subject to those depositions remaining open to address any issues requiring motions practice;

**WHEREAS**, counsel for the parties have met and conferred and agreed that the parties shall complete all third-party depositions by December 18, 2020;

**WHEREAS**, counsel for the parties have met and conferred and agreed that this amendment will allow fact discovery to completed by December 18, 2020, and expert discovery to be complete by January 29, 2020;

**IT IS HEREBY ORDERED** that the following Scheduling Order is entered, subject to

the  rights of the parties to seek modification of the schedule:

| | |
|---|---|
| Rebuttal Expert Reports (except Defendants' Damages Rebuttal Report) | November 25, 2020 |
| Defendants' Damages Rebuttal Report | December 11, 2020 |
| Party Depositions | Completed by November 25, 2020 |
| Close of Fact Discovery | December 18, 2020 |
| Close of Expert Discovery | January 29, 2021 |

DATED:  October 14, 2020

By:*/s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (974960)
MERYL C. GOVERNSKI (1023549)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

JOSHUA P. RILEY (1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com
***Attorneys for Plaintiff Aaron Rich***

By: */s/ Eden P. Quainton*
EDEN P. QUAINTON, ESQ. (NY0318)
DUNNINGTON, BARTHOLOW & MILLER LLP
230 Park Avenue, 21st Floor
New York, New York 10169
Tel: (212) 682-8811
Fax: (212) 661-7769
E-mail: equainton@dunnington.com

***Attorney for Defendants***

SO ORDERED.

DATED:

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
United States District Court for the District of Columbia

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on October 14, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky, and Defendant Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@dunnington.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: October 14, 2020

/s/ <u>Michael J. Gottlieb</u>_____
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com