UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 2 2 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| AARON RICH<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

## JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS REGARDING DISCOVERY SCHEDULE

Plaintiff Aaron Rich and Defendants Edward Butowsky and Matthew Couch (collectively "Defendants"), by and through undersigned counsel, have met and conferred and respectfully request that the Court enter the agreement memorialized herein, which amends the current expert discovery schedule (Dkt. 255; 9/23/20 Min. Order).

**WHEREAS**, on September 23, 2020, the Court entered the Joint Stipulation ordering the parties to exchange initial expert reports by September 28, 2020;

**WHEREAS**, on September 28, 2020, Plaintiff served four initial expert reports and Defendants served five initial expert reports;

**WHEREAS**, on September 29, 2020, Defendants served a sixth initial expert report;

**WHEREAS**, the current schedule requires the exchange of rebuttal expert reports by October 30, 2020;

**WHEREAS**, expert discovery is currently scheduled to close on November 20, 2020;

1

**WHEREAS**, the Local Rules of the United States District Court of The District of Columbia provide for fourteen days to file a memorandum of points and authorities in opposition to a motion, LCvR7(b), and for seven days to file a reply memorandum LCvR7(d);

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that

1) The deadline to file an opposition to the Della Camera Motion to Compel shall be **November 13, 2020** and the deadline to file a reply to said opposition shall be **November 20, 2020**;

2) The deadline to file an opposition to the Hersh Motion to Compel shall be **November 17, 2020** and the deadline to file a reply to said opposition shall be **November 24, 2020**.

DATED: October 9, 2020

By: */s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (974960)
MERYL C. GOVERNSKI (1023549)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

JOSHUA P. RILEY (1026900)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
jriley@bsfllp.com

***Attorneys for Plaintiff Aaron Rich***

By: */s/ Eden P. Quainton*
EDEN P. QUAINTON, ESQ. (NY0318)
DUNNINGTON, BARTHOLOW & MILLER LLP
230 Park Avenue, 21st Floor
New York, New York 10169
Tel: (212) 682-8811
Fax: (212) 661-7769
E-mail: equainton@dunnington.com

***Attorneys for Defendants***

By: */s/ Chad Bowman*
CHAD BOWMAN
BALLARD SPAHR LLP
1909 K Street, NW 12th Floor
Washington, DC 20006-1157
Tel: (202) 508-1120
Fax: (202) 661-2299
bowmanchad@ballardspahr.com

***Attorneys for Third-Party Witness Seymour Hersh***

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division, Section IV

/s/ *David A. Jackson*
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6618 (Direct Line)
(202) 436-2598 (Cell Phone)
(202) 741-8999 (Fax)
davida.jackson@dc.gov

*Attorneys for Third-Party Witness*
*Joseph Della Camera*

SO ORDERED

DATED: 10/16/20

THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
United States District Court for the District of Columbia

3

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on October 9, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel Plaintiff Aaron Rich. Copies were also served electronically on counsel for third-party witnesses Joseph Della Camera and Seymour Hersh, on consent, at davida.jackson@dc.gov and bowmanchad@ballardspahr.com.

Dated: October 9, 2020

By: /s/ Eden Quainton
EDEN P. QUAINTON, ESQ. (NY0318)
DUNNINGTON, BARTHOLOW & MILLER LLP
230 Park Avenue, 21st Floor
New York, New York 10169
Telephone: (212) 813-8389
E-mail: equainton@dunnington.com