UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD BUTOWSKY, MATTHEW COUCH, and AMERICA FIRST MEDIA,<br><br>  Defendants. | Civil Action No. 1:18-cv-00681 (RJL)<br>Hon. Richard J. Leon |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that I, Katherine A. Petti, am hereby withdrawing as counsel of record with Williams & Connolly in this matter. The remaining counsel of record from Williams & Connolly will remain counsel of record in this matter. This withdrawal is not intended to, nor will it, to the best of my knowledge, information, and belief, cause any delay or prejudice in this action.

Dated: October 30, 2020

Respectfully submitted,

*s/ Katherine A. Petti*

Katherine A. Petti (DC Bar No. 1026532)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
kpetti@wc.com

*Attorney for Non-Party Fox News Network, LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2020, I caused the foregoing to be served on counsel of record via the Court's ECF System.

                                        *s/ Katherine A. Petti*
                                        Katherine A. Petti