**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AARON RICH

                Plaintiff,

    v.

EDWARD BUTOWSKY,
MATTHEW COUCH, and
AMERICA FIRST MEDIA,

                Defendants.

Civil Action No. 1:18-cv-00681-RJL

Hon. Richard J. Leon

## JOINT MOTION TO STAY AND REFER LITIGATION TO MEDIATION PROGRAM

Plaintiff Aaron Rich and Defendants Edward Butowsky and Matthew Couch (collectively "Defendants"), by and through undersigned counsel, have met and conferred and respectfully request that the Court refer this litigation to the Court's Mediation Program to explore the potential for settlement, and stay all pending deadlines in the matter, for a period of 45 days. *See* LCvR 84. The parties have engaged in settlement negotiations over the past several weeks in good faith and while substantial progress has been made towards an agreement, the parties believe that the Court's Mediation Program could help resolve remaining disagreements. Specifically, the parties have met and conferred, and agreed to one narrow issue set on which assistance of a mediator remains necessary. The parties mutually agree to comply with the terms of the Mediation Program, and will notify the Court at the conclusion of 45 days as to the status of the discussions and, if they appear unsuccessful, to propose a new scheduling order.

1

DATED:  November 11, 2020


By:*/s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (974960)
MERYL C. GOVERNSKI (1023549)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

***Attorneys for Plaintiff Aaron Rich***

By: */s/ Eden P. Quainton*
EDEN P. QUAINTON, ESQ. (NY0318)
DUNNINGTON, BARTHOLOW & MILLER LLP
230 Park Avenue, 21st Floor
New York, New York 10169
Tel: (212) 682-8811
Fax: (212) 661-7769
E-mail: equainton@dunnington.com

***Attorney for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on November 11, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky, and Defendant Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@dunnington.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: November 11, 2020

/s/ Michael J. Gottlieb_____
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com