# United States Court of Appeals
## For The District of Columbia Circuit

**No. 20-7042**  **September Term, 2020**

1:18-cv-00681-RJL

Filed On: November 24, 2020 [1872954]

Aaron Rich,

    Appellee

v.

Edward Butowsky,

    Appellant

Matthew Couch and America First Media,

    Appellees

### M A N D A T E

In accordance with the order of November 24, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
        Amanda Himes
        Deputy Clerk

Link to the order filed November 24, 2020