# United States Court of Appeals
### For The District of Columbia Circuit

**No. 20-7042**  September Term, 2020

1:18-cv-00681-RJL

**Filed On:** November 24, 2020

Aaron Rich,

    Appellee

    v.

Edward Butowsky,

    Appellant

Matthew Couch and America First Media,

    Appellees

## O R D E R

Upon consideration of appellant's motion to dismiss appeal with prejudice, and the response thereto, it is

**ORDERED** that this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Amanda Himes
       Deputy Clerk