UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                  Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                  Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff Aaron Rich's Motion to Dismiss Defendants Matthew Couch and America First Media ("Motion"), it is hereby ORDERED that Plaintiff's Motion is GRANTED.

It is FURTHER ORDERED that Plaintiff Rich and Defendants Couch and America First Media shall bear their own costs, including attorneys' fees.

SO ORDERED.

ENTERED this ____ day of ____, 2021

                                                                         Judge Richard J. Leon
                                                                        U.S. District Court for the District of Columbia
                                                                        U.S. District Court for the District of Columbia

- 1 -

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY

In accordance with LCvR 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the proposed order's entry:

Michael J. Gottlieb
Meryl C. Governski
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1442
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

*Attorneys for Plaintiff Aaron Rich*

EDEN P. QUAINTON, ESQ. (NY0318)
DUNNINGTON, BARTHOLOW & MILLER LLP
230 Park Avenue, 21st Floor
New York, New York 10169
Tel: (212) 682-8811
Fax: (212) 661-7769
E-mail: equainton@dunnington.com
*Attorney for Defendants Edward Butowsky and Matthew Couch*

America First Media
2300 West Ash Street
Rogers, AR 72758

*Pro Se*