UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>　　　　　　Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS DEFENDANT EDWARD BUTOWSKY**

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
MERYL C. GOVERNSKI (D.C. BAR NO. 1023549)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Aaron Rich hereby respectfully requests that the Court enter an order dismissing with prejudice the Complaint against Defendant Edward Butowsky. Rich and Defendant Butowsky have entered into a settlement agreement ("Settlement Agreement") to resolve Rich's claims.[1] Pursuant to the Settlement Agreement, Rich wishes to dismiss, with prejudice, Defendant Butowsky from the above-captioned litigation, with each of Rich and Butowsky to bear his/its own costs and expenses, including attorneys' fees.

DATED: March 22, 2021

Respectfully submitted,

MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
MERYL C. GOVERNSKI (D.C. BAR NO. 1023549)
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1442 / Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

*Attorneys for Plaintiff Aaron Rich*

---

[1] Pursuant to the Settlement Agreement, it is Plaintiff's understanding that Butowsky consents to the motion for dismissal.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on March 22, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky, and Defendant Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at EQuainton@dunnington.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: March 22, 2021

*/s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com