**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON RICH<br><br>                Plaintiff,<br><br>v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff Aaron Rich's Motion to Dismiss Defendants Matthew Couch and America First Media ("Motion"), it is hereby ORDERED that Plaintiff's Motion is GRANTED.

It is FURTHER ORDERED that Plaintiff Rich and Defendants Couch and America First Media shall bear their own costs, including attorneys' fees.

SO ORDERED.

ENTERED this 25th day of March, 2021

_____
Judge Richard J. Leon
U.S. District Court for the District of Columbia
U.S. District Court for the District of Columbia