UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH

        Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH, and
AMERICA FIRST MEDIA,

        Defendants.

Civil Action No. 1:18-cv-00681-RJL

Hon. Richard J. Leon

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff Aaron Rich's Motion to Dismiss Defendant Edward Butowsky ("Motion")), it is hereby

ORDERED that Plaintiffs Motion is GRANTED.

It is FURTHER ORDERED that the Plaintiff Rich and Defendant Butowsky shall bear their own costs, including attorney's fees.

SO ORDERED.

ENTERED this 25th day of March, 2021

_____
Judge Richard J. Leon
U.S. District Court for the District of Columbia
U.S. District Court for the District of Columbia