UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH<br><br>                      Plaintiff,<br><br>   v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH, and<br>AMERICA FIRST MEDIA,<br><br>                      Defendants. | Civil Action No. 1:18-cv-00681-RJL<br><br>Hon. Richard J. Leon |

**JOINT MOTION FOR AN EXCEPTION TO THE PROTECTIVE ORDER**

Plaintiff Aaron Rich and Defendants Edward Butowsky and Matthew Couch (collectively "Parties"), by and through undersigned counsel, have met and conferred and respectfully request that the Court grant the Parties an exception to the Protective Order ("PO") governing this matter. *See* Dkt. 29.  Paragraph 25 requires that all individuals who have received Discovery Materials designated as Confidential or Highly Confidential Information – Attorneys' Eyes Only (all as defined in the PO) return or destroy them within 30 days of entry of *inter alia* a dismissal order.

This Court dismissed the above-captioned litigation on March 29, 2021, which affords the Parties until April 28, 2021 to comply with ¶ 25.[1]  In the interim, counsel for Verizon Communications—one of the defendants in a pending lawsuit filed by Defendant Couch and pending before this Court, *Couch v. Verizon, et al.*,. 20-cv-02151 (D.D.C. Aug. 6, 2020) ("*Couch* Lawsuit")—has served preservation demands on the Parties relating to the same Discovery Materials that the PO requires destroying.  Given the resulting conflicting legal obligations, the Parties respectfully request that the Court permit the Parties to preserve Discovery Material until 30 days after final disposition of the *Couch* Lawsuit *or* 90 days following the Federal Civil Rule 26(f) of Civil Procedure conference that the parties in that lawsuit hold, whichever occurs first. To be clear, the Parties do not seek to absolve any other individuals from the requirements of the PO, nor do they seek relief from their obligations to maintain the confidentiality of all Discovery Materials under their custody and control.

---

[1] Given the timing, the Parties have jointly agreed and respectfully notify the Court that they intend to continue to preserve the relevant Discovery Materials pending resolution of this Motion.

1

DATED:  April 22, 2021

Respectfully submitted,

| | |
|---|---|
| By: */s/ Michael J. Gottlieb* | By: */s/ Eden P. Quainton* |
| MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)<br>MERYL C. GOVERNSKI (D.C. BAR NO. 1023549)<br>WILLKIE FARR GALLAGHER LLP<br>1875 K Street NW, Washington, DC 20006<br>Tel: (202) 303-1442<br>Fax: (202) 303-2000<br>mgottlieb@willkie.com<br>mgovernski@willkie.com<br>***Attorneys for Plaintiff Aaron Rich*** | EDEN P. QUAINTON, ESQ. (NY0318)<br>DUNNINGTON, BARTHOLOW &<br>MILLER LLP<br>230 Park Avenue, 21st Floor<br>New York, New York 10169<br>Tel: (212) 682-8811<br>Fax: (212) 661-7769<br>E-mail: equainton@dunnington.com<br>***Attorney for Defendants*** |

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on April 22, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendant Edward Butowsky, and Defendant Matthew Couch. A courtesy copy of the foregoing document also was emailed to their counsel, Eden Quainton, at equainton@gmail.com. Mr. Quainton has agreed to convey served and filed documents to Defendant America First Media through Defendant Couch as necessary.

Dated: April 22, 2021

>*/s/ Michael J. Gottlieb*
>MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
>WILLKIE FARR & GALLAGHER LLP
>1875 K Street NW
>Washington, DC 20006
>Tel: (202) 303-1000
>Fax: (202) 303-2000
>mgottlieb@willkie.com