UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH,<br><br>                    Plaintiff,<br><br>                    v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH,<br>AMERICA FIRST MEDIA<br><br>                    Defendants. | Case No. 1:18-cv-00681-RJL<br>Honorable Richard J. Leon |

## [PROPOSED] STIPULATION TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY BRIEFS IN RESPONSE TO THIRD-PARTY LUMINANT MEDIA, INC.'S MOTION TO INTERVENE AND UNSEAL DOCKET NUMBERS 234(2-6) AND 241(2)

Counsel for Defendants Edward Butowsky and Matthew Couch (collectively "Defendants") and counsel for Third Party Luminant Media, Inc. ("Luminant") have met and conferred and respectfully request that the Court enter the agreement memorialized herein extending the deadlines for Defendants to file their brief in opposition to Luminant's Motion to Intervene and Unseal pursuant to Rule 24(c) of the Federal Rules of Civil Procedure and for Luminant to file its brief in reply.

**WHEREAS**, on October 14, 2020, the Court granted Plaintiff's Motion to Modify Designations of an Audio Recording Produced by Defendant Matthew Couch;

**WHEREAS**, on June 29, 2021, Luminant filed a Motion to Intervene and Unseal Dkts. 234 and 241 (the "Motion"); and

**WHEREAS**, the Local Rules of the United States District Court of The District of Columbia ("Local Rules") provide for fourteen days to file a memorandum of points and

authorities in opposition to a motion, LCvR7(b), and seven days to file a reply memorandum, LCvR7(d).

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that the deadline for Defendants to file their memorandum of points and authorities in opposition to the Motion shall be set for **July 30, 2021** and the deadline for Luminant to file its reply memorandum shall be set for **August 13, 2021**.

DATED: July 9, 2021

By: */s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ. (NY0318)
**DUNNINGTON, BARTHOLOW**
**& MILLER LLP**
230 Park Ave. 21st Floor
New York, NY 10169
Telephone: (212) 682-8811
E-mail: equainton@dunnington.com
*Attorneys for Plaintiff Edward Butowsky*
*Matthew Couch and America First*

By: */s/ Rom Bar-Nissim*_____
ROM BAR-NISSIM, ESQ. (CA00105)
**LAW OFFICES OF LINCOLN**
**BANDLOW, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9680
Email: rom@bandlowlaw.com
*Attorneys for Third Party Luminant Media,*
*Inc.*

**SO ORDERED**.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
United States District Court for the District
of Columbia

DATED: _____

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 9, 2021, the foregoing document was filed through

the CM/ECF system and thereby served electronically on counsel for Third Party Luminant Media, Inc.

**DUNNINGTON, BARTHOLOW & MILLER, LLP**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
230 Park Ave. 21st Floor
New York, New York 10169
Telephone: (212) 682-8811
E-mail: equainton@dunnington.com
*Attorneys for Defendants Edward Butowsky,*
*Matthew Couch and America First*