UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,   Case No. 1:18-cv-00681-RJL
              Honorable Richard J. Leon

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH
AMERICA FIRST MEDIA,
Defendants.

### DECLARATION OF EDEN P. QUAINTON IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE OF LUMINANT MEDIA

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1. I am counsel for Defendants Edward Butowsky and Matthew Couch.

2. At the time the above-captioned litigation was dismissed, the deposition of Edward Butowsky had not taken place. At that time, Plaintiff's deposition had also not taken place.

3. Because of a preservation letter than was served on me in connection with *Couch v. Verizon Communications, et al.*, 20-cv-2151, I remain in possession of the discovery material produced to my clients in the above-captioned litigation.

4. I was contacted by counsel for Luminant on May 10, 2021 to inquire of Defendants' position on a motion to intervene Luminant contemplated bringing. I conferred with my clients and conveyed that they opposed the motion.

1

5. On or about May 14, counsel for Luminant and I met and conferred. Counsel for Luminant did not provide convincing analysis of the *Hubbard* factors, the requirements of Rule 24(b) or why it considered discovery material submitted in connection with a non-dispositive motion to constitute "judicial records."

6. I communicated that my clients would continue to oppose the motion.

Dated: July 30, 2021
      New York, NY

                                         Eden P. Quainton

                                         *Eden Quainton*