UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON RICH,

Plaintiff,

v.

EDWARD BUTOWSKY,
MATTHEW COUCH
AMERICA FIRST MEDIA,
Defendants.

Case No. 1:18-cv-00681-RJL
Honorable Richard J. Leon

## DECLARATION OF EDWARD BUTOWSKY IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE OF LUMINANT MEDIA

I, Edward Butowsky, Defendant in the above-captioned action, declare under penalty of perjury that the following is true and correct:

1. In connection with discussion of my involvement with the events in the above-captioned action, I and my family have been subject to a vicious and frightening hate campaign.

2. I and my family have been the target of death threats, threats of physical violence, and even actual physical violence.

3. My children have been attacked on Twitter and elsewhere. My son was "doxxed," the name of his university was revealed, his car was vandalized, and there was even a call for murder. My daughter just started a new job and on her first day at work she received a threatening call insulting both her and me.

4. I have received threats at home and at my office.

5. Early this year, I received a message from a deranged individual who stated that he wanted me maimed so badly that I could not be recognized.

1

6. I also received a message from another deranged individual who stated that he wanted me dead.

7. In addition, I received a message from another deranged individual stating that he hoped I lost all my clients and faced bankruptcy.

8. As the Court knows, the stress of the relentless attacks on me were contributing factors to a sharp deterioration in my health, resulting in an incident in which I went into cardiac arrest and organ failure and was clinically dead.

9. On or about January 15, 2021, a threatening call was made to my office that so frightened my assistants we were obligated to lock all the doors to the office and hire a security guard to stand guard and protect us.

10. I have not authenticated any of the recordings at issue in the Motion to Intervene of Luminant Media, Inc. ("Luminant") and I do not know if the recordings were edited, doctored or tampered with. In fact, I was unaware of the existence of the recordings until discovery in the above-captioned litigation. I never consented to any audio recording by Matthew Couch or anyone associated with him.

11. I do not know whether any purported statements will be twisted and distorted by Luminant, which is a partisan media group seeking selective access to sealed files and discovery material in this case.

12. I sincerely fear for my life and that of my wife and children if Luminant is allowed to use unauthenticated, possibly doctored recordings and discovery materials to further a false narrative.

13. I strongly object to any disclosure of the audio recordings or transcripts to Luminant Media, Inc. or any media organization, without my express written consent.

Dated: July 30, 2021
Plano, Texas

Edward Butowsky

2