UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, | Case No. 1:18-cv-00681-RJL |
| | Honorable Richard J. Leon |
| Plaintiff, | |
| v. | |
| EDWARD BUTOWSKY, MATTHEW COUCH AMERICA FIRST MEDIA, | |
| Defendants. | |

## DECLARATION OF MATTHEW COUCH IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE OF LUMINANT MEDIA

I, Matthew Couch, Defendant in the above-captioned action, declare under penalty of perjury that the following is true and correct:

1. I operate a website called the DC Patriot.com and earn my living primarily by investigating and reporting on controversial topics the mainstream corporate media has ignored or badly covered.

2. I have investigated the murder of Seth Rich for a since 2016. I devoted much of the last five years and substantial personal resources into the Seth Rich murder.

3. In connection with discussion of my involvement with the events in the above-captioned action, I and my family have been subject to a vicious and frightening hate campaign.

4. I have been obscenely insulted and received threats, including death threats, at home and on social media.

5. My children have been dragged into attacks on me on social media and their images used as part of a hate campaign against me.

1

6. The audio recordings produced in discovery in response to discovery demands were obtained in the course of my investigation into the Seth Rich murder and are my property.

7. I strongly object to any disclosure of the audio recordings or transcripts to Luminant Media, Inc. or any media organization, without my express written consent.

8. I designated these materials "Attorneys Eyes Only" for reasons that are set forth in my Opposition to the Motion to De-Designate and my Cross-Motion.

Dated: July 30, 2021
Rogers, Arkansas

Matthew Couch