UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH,<br><br>   Plaintiff,<br><br>     v.<br><br>EDWARD BUTOWSKY,<br>MATTHEW COUCH,<br>AMERICA FIRST MEDIA<br><br>   Defendants. | Case No. 1:18-cv-00681-RJL<br>Honorable Richard J. Leon |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING REPLY BRIEF IN SUPPORT OF THIRD-PARTY LUMINANT MEDIA, INC'S MOTION TO INTERVENE AND UNSEAL DOCKET NUMBERS 234(2-6) AND 241(2)

Counsel for Defendants Edward Butowsky and Matthew Couch (collectively "Defendants") and counsel for Third Party Luminant Media, Inc. ("Luminant") have met and conferred and respectfully request that the Court enter the agreement memorialized herein extending the deadline for Luminant to file its Reply Brief ("Reply Brief") in support of Luminant's Motion to Intervene and Unseal pursuant to Rule 24(c) of the Federal Rules of Civil Procedure.

**WHEREAS**, on October 14, 2020, the Court granted Plaintiff's Motion to Modify Designations of an Audio Recording Produced by Defendant Matthew Couch;

**WHEREAS**, on June 29, 2021, Luminant filed a Motion to Intervene and Unseal Dkts. 234 and 241 (the "Motion");

**WHEREAS,** on July 9, 2021, Luminant and Defendants filed a joint stipulation to extend the deadline for Defendants' to file their opposition to the Motion and for Luminant to file its Reply Brief, which this Court granted;

**WHEREAS,** Luminant was unable to file its Reply Brief on August 13, 2021 pursuant to the July 9, 2021 stipulation due to Luminant's counsel needing time to attend to personal matters.

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that the deadline for Luminant to file its Reply Brief shall be extended from August 13, 2021 to **August 19, 2021** and Luminant shall file its Reply Brief concurrently with this stipulation.

DATED: August 19, 2021

By: */s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ. (NY0318)
**DUNNINGTON, BARTHOLOW**
**& MILLER LLP**
230 Park Ave. 21st Floor
New York, NY 10169
Telephone: (212) 682-8811
E-mail: equainton@dunnington.com
*Attorneys for Plaintiff Edward Butowsky*
*Matthew Couch and America First*

By: */s/ Lincoln D. Bandlow*
Lincoln D. Bandlow, ESQ. (CA00101)
**LAW OFFICES OF LINCOLN**
**BANDLOW, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9680
Email: lincoln@bandlowlaw.com
*Attorneys for Third Party Luminant Media,*
*Inc.*

**SO ORDERED**.

DATED:_____          _____
                                THE HONORABLE RICHARD J. LEON
                                UNITED STATES DISTRICT JUDGE
                                United States District Court for the District
                                of Columbia

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on August 19, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendants Edward Butowsky, Matthew Couch and America First.

By: _/s/ Lincoln D. Bandlow_
Lincoln D. Bandlow, ESQ. (CA00101)
**LAW OFFICES OF LINCOLN BANDLOW, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9680
Email: lincoln@bandlowlaw.com
_Attorneys for Third Party Luminant Media, Inc._